UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| CHAYA WERFEL, as personal representative of the Estate of Joseph Werfel, et al., | Case Nos. 23-1286, 23-1335 |
| Appellants | |
| v. | |
| PALESTINE LIBERATION ORGANIZATION, et al., | |
| Appellees | |

**JOINT MOTION TO CONSOLIDATE AND TO ENTER REVISED BRIEFING SCHEDULE**

In accordance with Fed. R. App. P. 27 and Tenth Circuit Rule 27.5, the appellants and appellees in Case Nos. 23-1286 and 23-1335 jointly move to consolidate these appeals and request that the Court enter a revised briefing schedule. In support hereof, the parties state, as follows:

1.      The appeals in case numbers 23-1286 and 23-1335 both arise out of the same case from the United States District Court for the District of Colorado, *Levine v. Palestine Liberation Organization*, 1:21−cv−03043−GPG−STV (D. Colo.), which is a civil action under the Antiterrorism Act ("ATA"), 18 U.S.C. § 2331, *et seq*., and supplemental causes of action, arising from a terrorist attack (the "Attack") carried out on November 18, 2014.

2.      The plaintiffs in the case below, and now the appellants in case no. 23-1286, are the personal representatives of the estates of three U.S citizens and two non-citizens alleged to have been killed in the Attack; other U.S. citizens who allege they were present at the scene of the Attack and suffered serious physical, emotional, and/or other injuries as a result of the Attack; and family members of the victims.

3.      Plaintiffs allege that defendants, the Palestine Liberation Organization ("PLO") and the Palestinian Authority ("PA"), are liable for the Attack under the ATA and supplemental causes of action.

4.      PLO and the PA are the defendants in the case below and the appellees in both appeals.

5.      Defendants moved to dismiss plaintiffs' First Amended Complaint ("FAC") pursuant to Fed. R. Civ. P. 12(b)(2) and (b)(6) for lack of personal jurisdiction and for failure to state a claim.

6.      Among the plaintiffs' asserted bases for personal jurisdiction was the Promoting Security and Justice for Victims of Terrorism Act of 2019 ("PSJVTA"), Pub. L. No. 116-94, div. J, tit. IX, § 903, 133 Stat. 3082 (codified at 18 U.S.C. § 2334(e)), which provides that the defendants herein "shall be deemed to have consented to personal jurisdiction" if they engage in the activities described in § 2334(e)(1) after the PSJVTA's trigger dates.

4863-7730-4972, v. 4

7.      The defendants argued that exercising jurisdiction over them would violate due process and that the PSJVTA is unconstitutional and does not establish valid personal jurisdiction via the Due Process Clause of the Fifth Amendment.

8.      The Government intervened to argue in support of the constitutionality of the PSJVTA.

9.      Limiting its decision to the question of personal jurisdiction, the district court granted the defendants' motion to dismiss. Among other things, the district court agreed with the defendants that the PSJVTA is unconstitutional.

10.     Plaintiffs timely filed their notice of appeal on September 13, 2023, Case No. 23-1286, and the Court set a briefing schedule that would have the plaintiffs-appellants file their opening brief on November 8, 2023.

11.     The Government timely filed its notice of appeal on October 20, 2023, Case No. 23-1335.  No briefing schedule has been set in this second appeal.

12.     One of the central issues in both appeals will be whether the PSJVTA is constitutional.

13.     All the parties to both appeals (including the Government) have conferred and all agree that the interests of justice and efficiency will be served by consolidating the two appeals and entering a new briefing schedule covering the briefs for all of the parties.

4863-7730-4972, v. 4

14.    The parties therefore jointly move for an order adopting the following proposed briefing schedule and related relief:

- Consolidating the two appeals.

- Appellants' opening briefs to be due January 17, 2024.

- Defendants' consolidated brief to be due April 8, 2024.

- Defendants shall be granted an extension of the word limit for their consolidated brief to 19,000 words.[1]

- Appellants' reply briefs to be due May 22, 2024.

Respectfully submitted,

By: *s/ Chip G. Schoneberger*
Chip G. Schoneberger
Daniel K. Calisher
Michael A. Rollin
FOSTER GRAHAM MILSTEIN &
CALISHER, LLP
360 South Garfield Street, 6th Floor
Denver, CO 80209
Telephone:  (303) 333-9810
cschoneberger@fostergraham.com
calisher@fostergraham.com
mrollin@fostergraham.com
*Counsel for Plaintiffs-Appellants*

By: *s/Courtney L. Dixon*
Courtney L. Dixon
Sharon Swingle
950 Pennsylvania Ave.
Washington, DC 20530
Telephone: (202) 353-8189
Courtney.l.dixon@usdoj.gov
Sharon.swingle@usdoj.gov
*Counsel for Intervenor-Appellant*
*United States of America*

---

[1] The United States Court of Appeals for the Second Circuit similarly granted Defendants leave to file a consolidated brief of up to 19,000 words in *Fuld v. Palestine Liberation Organization*, Nos. 22-76(L), 22-296 (Con), where (as here) the plaintiffs' and the Government's consolidated appeals addressed the constitutionality of the PSJVTA. *See* Order (9/28/22), Case No. 22-76 (2d Cir.).

4863-7730-4972, v. 4

By: s/ Asher Perlin
Asher Perlin, Esq.
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Telephone: (786) 687-0404
asher@asherperlin.com
*Counsel for Plaintiffs-Appellants*

SQUIRE PATTON BOGGS LLP

By: *s/Gassan A. Baloul*

Gassan A. Baloul
Mitchell R. Berger
Amy Brown Doolittle
Joseph Alonzo
2550 M. Street NW
Washington, DC 20037
Telephone: (202) 457-6000
mitchell.berger@squirepb.com
gassan.baloul@squirepb.com
amy.doolittle@squirepb.com
joseph.alonzo@squirepb.com
*Counsel for Appellees*

## CERTIFICATE OF DIGITAL SUBMISSION

Counsel certifies the ECF submission was scanned for viruses with Malware Bytes Endpoint Protection on November 1, 2023, and, according to the program, the motion is free of viruses.

Dated: November 1, 2023.

FOSTER GRAHAM MILSTEIN
  & CALISHER, LLP

By:  *s/ Chip G. Schoneberger*
Chip G. Schoneberger
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, Colorado 80209
Telephone:  (303) 333-9810
Fax: (303) 333-9786
E-Mail:  cschoneberger@fostergraham.com

*Attorneys for Appellants*

4863-7730-4972, v. 4

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2023, I electronically filed the foregoing **JOINT UNOPPOSED MOTION TO CONSOLIDATE AND TO ENTER REVISED BRIEFING SCHEDULE** with the Clerk of the Court using the *ECF* system which will serve a true and correct copy upon all counsel of record via *ECF*.

 *s/ Chip G. Schoneberger*

Chip G. Schoneberger
360 S. Garfield Street, 6th Floor
Denver, Colorado 80209
303-333-9810
cschoneberger@fostergraham.com

*Attorney for Appellants*

7