**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**December 11, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| CHAYA WERFEL, et al.,<br><br>　　Plaintiffs - Appellants,<br><br>v.<br><br>THE PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>　　Defendants - Appellees.<br><br>------------------------------<br><br>UNITED STATES OF AMERICA,<br><br>　　Intervenor. | No. 23-1286<br>(D.C. No. 1:21-CV-03043-GPG-STV)<br>(D. Colo.) |

_____

| | |
|---|---|
| CHAYA WERFEL, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>THE PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>　　Defendants - Appellees.<br><br>------------------------------<br><br>UNITED STATES OF AMERICA,<br><br>　　Intervenor - Appellant. | No. 23-1335<br>(D.C. No. 1:21-CV-03043-GPG-STV)<br>(D. Colo.) |

_____

**ORDER**

_____

Before **BACHARACH**, **BALDOCK**, and **CARSON**, Circuit Judges.
_____

These matters are before the court *sua sponte*. No later than December 18, 2024, any party may show cause in writing why these appeals should not be abated pending the Supreme Court's issuance of a decision in *United States v. Palestine Liberation Organization, et al.*, No. 24-151; and *Miriam Fuld, et al. v. Palestine Liberation Organization, et al.*, No. 24-20. The parties' responses may each be no longer than five pages in a 13- or 14-point font. Alternatively, any party may choose not to respond to this order, which will be deemed acquiescence in abatement.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk