FILED
United States Court of Appeals
Tenth Circuit

December 19, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| CHAYA WERFEL, et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>THE PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>    Defendants - Appellees.<br><br>------------------------------<br><br>UNITED STATES OF AMERICA,<br><br>    Intervenor. | No. 23-1286<br>(D.C. No. 1:21-CV-03043-GPG-STV)<br>(D. Colo.) |

_____

| | |
|---|---|
| CHAYA WERFEL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>    Defendants - Appellees.<br><br>------------------------------<br><br>UNITED STATES OF AMERICA,<br><br>    Intervenor - Appellant. | No. 23-1335<br>(D.C. No. 1:21-CV-03043-GPG-STV)<br>(D. Colo.) |

_____

**ORDER**

_____

Before **BACHARACH**, **BALDOCK**, and **CARSON**, Circuit Judges.
_____

These matters are before the court on Plaintiffs-Appellants' response to our order to show cause why these appeals should not be abated pending the Supreme Court's issuance of a decision in *United States v. Palestine Liberation Organization, et al.*, No. 24-151; and *Miriam Fuld, et al. v. Palestine Liberation Organization, et al.*, No. 24-20. By not responding to our order to show cause, both the United States and Defendants-Appellees have acquiesced in abatement. Upon careful consideration, we direct as follows.

This matter is ABATED pending the Supreme Court's issuance of a decision in *United States v. Palestine Liberation Organization, et al.*, No. 24-151; and *Miriam Fuld, et al. v. Palestine Liberation Organization, et al.*, No. 24-20. Within 90 days of the date of this order, and every 30 days thereafter, the parties shall file a joint status report advising this court of the status of the Supreme Court's proceedings in Nos. 24-151 and 24-20. Upon the issuance of the Supreme Court's decision in those cases, the parties shall notify this court forthwith.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk