UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

July 30, 2025

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**    **23-1286, 23-1335, Werfel, et al v. The Palestine Liberation Organization, et al**
Dist/Ag docket: 1:21-CV-03043-GPG-STV

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's July 8, 2025 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Joseph S. Alonzo
         Zach A. Avallone
         Gassan A. Baloul
         Mitchell R. Berger
         Daniel Calisher
         Courtney Dixon
         Amy Brown Doolittle
         Asher Perlin

Michael A. Rollin
Chip G. Schoneberger
Sharon Swingle

CMW/lg