# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

| | |
|---|---|
| Chaya Werfel, as personal representative of the Estate of Joseph Werfel, et al.<br><br>    Appellants<br><br>v.<br><br>Palestine Liberation Organization, et al.<br><br>    Appellees | Case No.   23-1335 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of all Appellees certifies[1] as follows:

There is no information to disclose pursuant to Fed. R. App. P. 26.1.

Dated:  November 2, 2023

/s/ *Gassan A. Baloul*
Gassan A. Baloul
2550 M. Street NW
Washington, DC  20037
Telephone:  (202) 457-6000
*Counsel for Appellees*

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    ☐    On _____ I sent a copy of this Disclosure Statement
                   [date]

Dated:  November 2, 2023

/s/ *Gassan A. Baloul*
Gassan A. Baloul
2550 M. Street NW
Washington, DC  20037
Telephone:  (202) 457-6000
*Counsel for Appellees*