UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| CHAYA WERFEL, as personal representative of the Estate of Joseph Werfel, et al.,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>THE PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>Defendants-Appellees<br><br>--------------------------<br><br>UNITED STATES OF AMERICA,<br><br>Intervenor. | Case No. 23-1286 |
| CHAYA WERFEL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE PALESTINE LIBERATION ORGANIZATION, et al.<br><br>Defendants-Appellees.<br><br>--------------------------<br><br>UNITED STATES OF AMERICA,<br><br>Intervenor-Appellant. | Case No. 23-1335 |

**UNOPPOSED MOTION FOR 12-DAY EXTENSION OF TIME TO FILE OPENING BRIEFS AND CONSOLIDATED JOINT APPENDIX**

Plaintiffs-Appellants, Chaya Werfel, *et al.*, through their undersigned counsel, respectfully request a 12-day extension of time, through and including January 29, 2024, to file their Opening Brief and the Consolidated Joint Appendix. In support hereof, Plaintiffs-Appellants state, as follows:

1.  By order of November 8, 2023, this Court ordered these appeals procedurally consolidated for the purposes of an appendix, submission to the court, argument if scheduled, and partially consolidated for purposes of briefing.

2.  Plaintiffs-Appellants have not previously requested an extension of time to file their opening brief and appendix; all parties to both appeals jointly moved to consolidate the appeals and the Court set the partially consolidated briefing to proceed with the appellants filing separate opening briefs on or before January 17, 2024.

3.  This Court further ordered Plaintiffs-Appellants to file a consolidated joint appendix at the time they file their opening brief.

4.  Plaintiffs-Appellants' counsel conferred with counsel for Intervenor-Appellants (United States of America) and Defendants-Appellees about this motion, and was advised that neither opposes the relief requested. Intervenor-Appellant requested that if the Court extends Plaintiffs-Appellants' deadline, that the Court also extend Intervenor-Appellant's deadline to the same date to keep the appellants' briefing aligned as contemplated by the Court's November 8, 2023, Order.

5. F.R.A.P. 26(b) permits extensions of time to file principal briefs and the appendix for good cause, also subject to the requirements of Circuit Rule 27.6.

6. Per the above rules, good cause for an extension exists here due to several factors. First, the novelty and complexity of the issues require substantial time to prepare sufficient briefing and argument to the Court. More specifically, this case presents constitutional issues of first impression in this Circuit regarding personal jurisdiction – whether the Palestine Liberation Organization and/or the Palestinian Authority are "persons" under the Due Process Clause, and whether the "deemed" consent provision in the Promoting Security and Justice for Victims of Terrorism Act, 18 U.S.C. § 2334(e), comports with due process.

7. Moreover, one of the attorneys primarily responsible for preparing the Plaintiffs-Appellants' opening brief recently underwent unexpected surgery and is still recovering. Other counsel for Plaintiffs-Appellants have also been simultaneously engaged in other litigation matters, including: (1) preparing an appeal to the Colorado Court of Appeals from criminal conviction in *People v. Cliggett*, No. 2023CR00006 (Colo. Dist. Ct., Gunnison County); and (2) supplementing the record and preparing an opening brief to the Colorado Court of Appeals in *St. Charles v. Grouse Glen at Vail Condo. Ass'n*, No. 2019CA206.

8. Counsel for Plaintiffs-Appellants have worked on the opening brief as diligently as possible, but cannot complete the brief by the current due date as a

result of the complexities of the issues and the foregoing time constraints.

9. Plaintiffs-Appellants thus request a 12-day extension of time, through and including January 29, 2024, to file their opening brief and the consolidated joint appendix.

10. Pursuant to the parties' conferral, Plaintiffs-Appellants further request the Court order a commensurate extension of time for Intervenor-Appellant to file its separate opening brief to keep the briefing aligned as contemplated by the Court's November 8, 2023, Order.

WHEREFORE, for the foregoing reasons, Plaintiffs-Appellants request that this Court extend the deadline to file their opening brief and the consolidated joint appendix to January 29, 2024, and also extend Intervenor-Appellant's deadline to file its separate opening brief to the same date.

Respectfully submitted,

By: *s/ Chip G. Schoneberger*
Chip G. Schoneberger
Daniel K. Calisher
Michael A. Rollin
FOSTER GRAHAM MILSTEIN &
CALISHER, LLP
360 South Garfield Street, 6th Floor
Denver, CO 80209
Telephone: (303) 333-9810
cschoneberger@fostergraham.com
calisher@fostergraham.com
mrollin@fostergraham.com
*Counsel for Plaintiffs-Appellants*

By: s/ Asher Perlin
Asher Perlin, Esq.
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Telephone: (786) 687-0404
asher@asherperlin.com
*Counsel for Plaintiffs-Appellants*

# **CERTIFICATE OF DIGITAL SUBMISSION**

Counsel certifies the ECF submission was scanned for viruses with Malware Bytes Endpoint Protection on January 12, 2024, and, according to the program, the motion is free of viruses.

Dated: January 12, 2024.

                               FOSTER GRAHAM MILSTEIN
                                  & CALISHER, LLP

                               By: *s/ Chip G. Schoneberger*
                               Chip G. Schoneberger
                               Foster Graham Milstein & Calisher, LLP
                               360 S. Garfield Street, 6th Floor
                               Denver, Colorado 80209
                               Telephone: (303) 333-9810
                               Fax: (303) 333-9786
                               E-Mail: cschoneberger@fostergraham.com

                               *Counsel for Plaintiffs-Appellants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2024, I electronically filed the foregoing **UNOPPOSED MOTION FOR 12-DAY EXTENSION OF TIME TO FILE OPENING BRIEFS AND CONSOLIDATED JOINT APPENDIX** with the Clerk of the Court using the *ECF* system which will serve a true and correct copy upon all counsel of record via *ECF*.

    *s/ Chip G. Schoneberger*
Chip G. Schoneberger
360 S. Garfield Street, 6th Floor
Denver, Colorado 80209
303-333-9810
cschoneberger@fostergraham.com

*Counsel for Plaintiffs-Appellants*