Nos. 23-1286, 23-1335

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

CHAYA WERFEL, et al.,
Plaintiffs/Appellants
v.
THE PALESTINE LIBERATION ORGANIZATION, et al.,
Defendants/Appellees
---------------------
UNITED STATES OF AMERICA,
Intervenor.

---

CHAYA WERFEL, et al.,
Plaintiffs,
v.
THE PALESTINE LIBERATION ORGANIZATION, et al.,
Defendants/Appellees
---------------------
UNITED STATES OF AMERICA,
Intervenor/Appellant.

---

On Appeal from the United States District Court
For the District of Colorado
The Honorable Gordon P. Gallagher
D.C No. 21-cv-03043-GPG-STV

---

**CONSOLIDATED JOINT APPENDIX**
**Volume III of IV**

---

Daniel K. Calisher
Michael A. Rollin
Chip G. Schoneberger
FOSTER GRAHAM MILSTEIN
& CALISHER LLP
360 S. Garfield Street, 6th Floor
Denver, CO 80209
Telephone: (303) 333-9810
Emails: calisher@fostergraham.com
mrollin@fostergraham.com
cschoneberger@fostergraham.com

Asher Perlin
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Telephone: (786) 687-0404
Email: asher@asherperlin.com

# TABLE OF CONTENTS

## Volume I

| ECF No. | Document Title | Date Filed | Page No. |
|---------|----------------|------------|----------|
| | Civil Docket for Case No. 1:21-cv-03043-GPG-STV | | 0001 |
| 50 | First Amended Complaint and Jury Demand | 5/17/22 | 0022 |
| 58 | Defendants' Motion to Dismiss First Amended Complaint Under Rule 12(b)(2) and Rule 12 (b)(6) | 6/27/22 | 0077 |
| 69 | Plaintiffs' Opposiiton to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint Under Rule 12(b)(2) and Rule 12 (b)(6) | 9/19/22 | 0134 |
| 69-1 | Declaration of Asher Perlin in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint Under Rule 12(b)(2) and Rule 12 (b)(6) | 9/19/22 | 0190 |
| 69-2 | Exhibit A to Declaration of Asher Perlin | 9/19/22 | 0193 |
| 69-3 | Exhibit B to Declaration of Asher Perlin | 9/19/22 | 0209 |

## Volume II

| ECF No. | Document Title | Date Filed | Page No. |
|---------|----------------|------------|----------|
| 69-4 | Exhibit C to Declaration of Asher Perlin | 9/19/22 | 0277 |
| 69-5 | Exhibit D to Declaration of Asher Perlin | 9/19/22 | 0314 |
| 69-6 | Exhibit E to Declaration of Asher Perlin | 9/19/22 | 0373 |
| 69-7 | Exhibit F to Declaration of Asher Perlin | 9/19/22 | 0398 |
| 69-8 | Exhibit G to Declaration of Asher Perlin | 9/19/22 | 0401 |
| 69-9 | Exhibit H to Declaration of Asher Perlin | 9/19/22 | 0423 |
| 69-10 | Exhibit I to Declaration of Asher Perlin | 9/19/22 | 0467 |

**Volume III**

| ECF No. | Document Title | Date Filed | Page No. |
|---|---|---|---|
| 69-11 | Exhibit J to Declaration of Asher Perlin | 9/19/22 | 0554 |
| 69-12 | Exhibit K to Declaration of Asher Perlin | 9/19/22 | 0592 |

**Volume IV**

| ECF No. | Document Title | Date Filed | Page No. |
|---|---|---|---|
| 69-13 | Declaration of Dr. Boaz Shnoor | 9/19/22 | 0832 |
| 71 | Table of Authorities Supplement to Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint Under Rule 12(b)(2) and Rule 12 (b)(6) | 9/20/22 | 0855 |
| 73 | Intervenor United States of America's Brief in Support of the Constitutionality of the Promoting Security and Justice for Victims of Terrorism Act of 2019 | 9/26/22 | 0868 |
| 76 | Defendants' Reply in Support of Their Motion to Dismiss Plaintiffs' First Amended Complaint Under Rule 12(b)(2) and Rule 12 (b)(6) | 11/14/22 | 0895 |
| 106 | Plaintiffs' Supplemental Briefing Concerning *Mallory v. Norfolk* | 7/24/23 | 0943 |
| 107 | Intervenor United States of America's Supplemental Brief | 7/24/23 | 0949 |
| 110 | Defendants' Supplemental Brief Concerning *Mallory* | 8/3/23 | 0955 |
| 111 | Order | 8/23/23 | 0964 |
| 112 | Final Judgment | 8/23/23 | 0980 |
| 113 | Notice of Appeal (Plaintiffs) | 9/13/23 | 0982 |
| 122 | Notice of Appeal (Intervenor United States of America) | 10/20/23 | 1003 |

# EXHIBIT J

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 2 of 38
Case 1:04-cv-00397-GBD-RLE   Document 490   Filed 05/06/14   Page 1 of 2
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

                                    Plaintiffs,

     vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                                    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF KENT A. YALOWITZ IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON**
**DEFENDANTS' FOURTH AFFIRMATIVE DEFENSE**

KENT A. YALOWITZ hereby declares:

1.      I am a member of the bar of this Court and of the law firm of Arnold & Porter

LLP, counsel for the plaintiffs in the above-captioned action.

2.      Attached to this declaration as Exhibit A are true and correct copies of the

following Plaintiffs' Trial Exhibits:

| **EXHIBIT A**<br>(tabs below correspond to trial exhibit numbers) | **Plaintiffs' Designated Trial Exhibit** |
|---|---|
| A.532 | Israeli-Palestinian Interim Agreement on the West Bank and the Gaza Strip (September 28, 1995). |
| A.1076 | PLO Constitution (amended 1968). |

3.      Attached to this declaration as Exhibit B is a true and correct excerpted copy of

Defendants' Objections and Responses to the [Fifth] Set of Interrogatories From All Plaintiffs

(To The Goldberg Plaintiffs), dated December 21, 2012.

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 3 of 38
Case 1:04-cv-00397-GBD-RLE   Document 490   Filed 05/06/14   Page 2 of 2
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 6

4.      Attached to this declaration as Exhibit C is a true and correct excerpted copy of the Defendants' Objections and Responses to Plaintiffs' First Request for Admissions to Defendants (To The Sokolow Plaintiffs), dated December 21, 2012.

5.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       May 2, 2014

_____
Kent A. Yalowitz

**0556**

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 4 of 38
Case 1:04-cv-00397-GBD-RLE   Document 490-1   Filed 05/06/14   Page 1 of 17
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 7

# EXHIBIT A.532

PLAINTIFF'S
EXHIBIT
532


 Israel Ministry of Foreign Affairs

## THE ISRAELI-PALESTINIAN INTERIM AGREEMENT

28 Sep 1995

AGREEMENT | ANNEX I | ANNEX II | ANNEX III | ANNEX IV | ANNEX V | ANNEX VI | ANNEX VII | MAPS | MAIN POINTS

### Israeli-Palestinian Interim Agreement on the West Bank and the Gaza Strip
#### Washington, D.C., September 28, 1995

The Government of the State of Israel and the Palestine Liberation Organization (hereinafter "the PLO"), the representative of the Palestinian people;

**PREAMBLE**

**WITHIN** the framework of the Middle East peace process initiated at Madrid in October 1991;

**REAFFIRMING** their determination to put an end to decades of confrontation and to live in peaceful coexistence, mutual dignity and security, while recognizing their mutual legitimate and political rights;

**REAFFIRMING** their desire to achieve a just, lasting and comprehensive peace settlement and historic reconciliation through the agreed political process;

**RECOGNIZING** that the peace process and the new era that it has created, as well as the new relationship established between the two Parties as described above, are irreversible, and the determination of the two Parties to maintain, sustain and continue the peace process;

**RECOGNIZING** that the aim of the Israeli-Palestinian negotiations within the current Middle East peace process is, among other things, to establish a Palestinian Interim Self-Government Authority, i.e. the elected Council (hereinafter "the Council" or "the Palestinian Council"), and the elected Ra'ees of the Executive Authority, for the Palestinian people in the West Bank and the Gaza Strip, for a transitional period not exceeding five years from the date of signing the Agreement on the Gaza Strip and the Jericho Area (hereinafter "the Gaza-Jericho Agreement") on May 4, 1994, leading to a permanent settlement based on Security Council Resolutions 242 and 338;

**REAFFIRMING** their understanding that the interim self-government arrangements contained in this Agreement are an integral part of the whole peace process, that the negotiations on the permanent status, that will start as soon as possible but not later than May 4, 1996, will lead to the implementation of Security Council Resolutions 242 and 338, and that the Interim Agreement shall settle all the issues of the interim period and that no such issues will be deferred to the agenda of the permanent status negotiations;

**REAFFIRMING** their adherence to the mutual recognition and commitments expressed in the letters dated September 9, 1993, signed by and exchanged between the Prime Minister of Israel and the Chairman of the PLO;

**DESIROUS** of putting into effect the Declaration of Principles on Interim

Self-Government Arrangements signed at Washington, D.C. on September 13, 1993, and the Agreed Minutes thereto (hereinafter "the DOP") and in particular Article III and Annex I concerning the holding of direct, free and general political elections for the Council and the Ra'ees of the Executive Authority in order that the Palestinian people in the West Bank, Jerusalem and the Gaza Strip may democratically elect accountable representatives;

**RECOGNIZING** that these elections will constitute a significant interim preparatory step toward the realization of the legitimate rights of the Palestinian people and their just requirements and will provide a democratic basis for the establishment of Palestinian institutions;

**REAFFIRMING** their mutual commitment to act, in accordance with this Agreement, immediately, efficiently and effectively against acts or threats of terrorism, violence or incitement, whether committed by Palestinians or Israelis;

**FOLLOWING** the Gaza-Jericho Agreement; the Agreement on Preparatory Transfer of Powers and Responsibilities signed at Erez on August 29, 1994 (hereinafter "the Preparatory Transfer Agreement"); and the Protocol on Further Transfer of Powers and Responsibilities signed at Cairo on August 27, 1995 (hereinafter "the Further Transfer Protocol"); which three agreements will be superseded by this Agreement;

**HEREBY AGREE** as follows:

## CHAPTER I - THE COUNCIL

### ARTICLE I
### Transfer of Authority

1. Israel shall transfer powers and responsibilities as specified in this Agreement from the Israeli military government and its Civil Administration to the Council in accordance with this Agreement. Israel shall continue to exercise powers and responsibilities not so transferred.

2. Pending the inauguration of the Council, the powers and responsibilities transferred to the Council shall be exercised by the Palestinian Authority established in accordance with the Gaza-Jericho Agreement, which shall also have all the rights, liabilities and obligations to be assumed by the Council in this regard. Accordingly, the term "Council" throughout this Agreement shall, pending the inauguration of the Council, be construed as meaning the Palestinian Authority.

3. The transfer of powers and responsibilities to the police force established by the Palestinian Council in accordance with Article XIV below (hereinafter "the Palestinian Police") shall be accomplished in a phased manner, as detailed in this Agreement and in the Protocol concerning Redeployment and Security Arrangements attached as Annex I to this Agreement (hereinafter "Annex I").

4. As regards the transfer and assumption of authority in civil spheres, powers and responsibilities shall be transferred and assumed as set out in the Protocol Concerning Civil Affairs attached as Annex III to this Agreement (hereinafter "Annex III").

5. After the inauguration of the Council, the Civil Administration in the West Bank will be dissolved, and the Israeli military government shall be withdrawn. The withdrawal of the military government shall not prevent it from exercising the powers and responsibilities not transferred to the Council.

6. A Joint Civil Affairs Coordination and Cooperation Committee (hereinafter "the CAC"), Joint Regional Civil Affairs Subcommittees, one for the Gaza Strip and the other for the West Bank, and District Civil Liaison Offices in the West Bank shall be established in order to provide for coordination and cooperation in civil affairs between the Council and Israel, as detailed in Annex III.

7. The offices of the Council, and the offices of its Ra'ees and its Executive

Authority and other committees, shall be located in areas under Palestinian territorial jurisdiction in the West Bank and the Gaza Strip.

**ARTICLE II**
**Elections**

1. In order that the Palestinian people of the West Bank and the Gaza Strip may govern themselves according to democratic principles, direct, free and general political elections will be held for the Council and the Ra'ees of the Executive Authority of the Council in accordance with the provisions set out in the Protocol concerning Elections attached as Annex II to this Agreement (hereinafter "Annex II").

2. These elections will constitute a significant interim preparatory step towards the realization of the legitimate rights of the Palestinian people and their just requirements and will provide a democratic basis for the establishment of Palestinian institutions.

3. Palestinians of Jerusalem who live there may participate in the election process in accordance with the provisions contained in this Article and in Article VI of Annex II (Election Arrangements concerning Jerusalem).

4. The elections shall be called by the Chairman of the Palestinian Authority immediately following the signing of this Agreement to take place at the earliest practicable date following the redeployment of Israeli forces in accordance with Annex I, and consistent with the requirements of the election timetable as provided in Annex II, the Election Law and the Election Regulations, as defined in Article I of Annex II.

**ARTICLE III**
**Structure of the Palestinian Council**

1. The Palestinian Council and the Ra'ees of the Executive Authority of the Council constitute the Palestinian Interim Self-Government Authority, which will be elected by the Palestinian people of the West Bank, Jerusalem and the Gaza Strip for the transitional period agreed in Article I of the DOP.

2. The Council shall possess both legislative power and executive power, in accordance with Articles VII and IX of the DOP. The Council shall carry out and be responsible for all the legislative and executive powers and responsibilities transferred to it under this Agreement. The exercise of legislative powers shall be in accordance with Article XVIII of this Agreement (Legislative Powers of the Council).

3. The Council and the Ra'ees of the Executive Authority of the Council shall be directly and simultaneously elected by the Palestinian people of the West Bank, Jerusalem and the Gaza Strip, in accordance with the provisions of this Agreement and the Election Law and Regulations, which shall not be contrary to the provisions of this Agreement.

4. The Council and the Ra'ees of the Executive Authority of the Council shall be elected for a transitional period not exceeding five years from the signing of the Gaza-Jericho Agreement on May 4, 1994.

5. Immediately upon its inauguration, the Council will elect from among its members a Speaker. The Speaker will preside over the meetings of the Council, administer the Council and its committees, decide on the agenda of each meeting, and lay before the Council proposals for voting and declare their results.

6. The jurisdiction of the Council shall be as determined in Article XVII of this Agreement (Jurisdiction).

7. The organization, structure and functioning of the Council shall be in accordance with this Agreement and the Basic Law for the Palestinian Interim Self-government Authority, which Law shall be adopted by the Council. The Basic Law and any regulations made under it shall not be contrary to the provisions of this Agreement.

8. The Council shall be responsible under its executive powers for the offices, services and departments transferred to it and may establish,

**0560**

within its jurisdiction, ministries and subordinate bodies, as necessary for the fulfillment of its responsibilities.

9. The Speaker will present for the Council's approval proposed internal procedures that will regulate, among other things, the decision-making processes of the Council.

### ARTICLE IV
### Size of the Council

The Palestinian Council shall be composed of 82 representatives and the Ra'ees of the Executive Authority, who will be directly and simultaneously elected by the Palestinian people of the West Bank, Jerusalem and the Gaza Strip.

### ARTICLE V
### The Executive Authority of the Council

1. The Council will have a committee that will exercise the executive authority of the Council, formed in accordance with paragraph 4 below (hereinafter "the Executive Authority").

2. The Executive Authority shall be bestowed with the executive authority of the Council and will exercise it on behalf of the Council. It shall determine its own internal procedures and decision making processes.

3. The Council will publish the names of the members of the Executive Authority immediately upon their initial appointment and subsequent to any changes.

4. a. The Ra'ees of the Executive Authority shall be an ex officio member of the Executive Authority.

b. All of the other members of the Executive Authority, except as provided in subparagraph c. below, shall be members of the Council, chosen and proposed to the Council by the Ra'ees of the Executive Authority and approved by the Council.

c. The Ra'ees of the Executive Authority shall have the right to appoint some persons, in number not exceeding twenty percent of the total membership of the Executive Authority, who are not members of the Council, to exercise executive authority and participate in government tasks. Such appointed members may not vote in meetings of the Council.

d. Non-elected members of the Executive Authority must have a valid address in an area under the jurisdiction of the Council.

### ARTICLE VI
### Other Committees of the Council

1. The Council may form small committees to simplify the proceedings of the Council and to assist in controlling the activity of its Executive Authority.

2. Each committee shall establish its own decision-making processes within the general framework of the organization and structure of the Council.

### ARTICLE VII
### Open Government

1. All meetings of the Council and of its committees, other than the Executive Authority, shall be open to the public, except upon a resolution of the Council or the relevant committee on the grounds of security, or commercial or personal confidentiality.

2. Participation in the deliberations of the Council, its committees and the Executive Authority shall be limited to their respective members only. Experts may be invited to such meetings to address specific issues on an ad hoc basis.

### ARTICLE VIII
### Judicial Review

**0561**

Any person or organization affected by any act or decision of the Ra'ees of the Executive Authority of the Council or of any member of the Executive Authority, who believes that such act or decision exceeds the authority of the Ra'ees or of such member, or is otherwise incorrect in law or procedure, may apply to the relevant Palestinian Court of Justice for a review of such activity or decision.

## ARTICLE IX
### Powers and Responsibilities of the Council

1. Subject to the provisions of this Agreement, the Council will, within its jurisdiction, have legislative powers as set out in Article XVIII of this Agreement, as well as executive powers.

2. The executive power of the Palestinian Council shall extend to all matters within its jurisdiction under this Agreement or any future agreement that may be reached between the two Parties during the interim period. It shall include the power to formulate and conduct Palestinian policies and to supervise their implementation, to issue any rule or regulation under powers given in approved legislation and administrative decisions necessary for the realization of Palestinian self-government, the power to employ staff, sue and be sued and conclude contracts, and the power to keep and administer registers and records of the population, and issue certificates, licenses and documents.

3. The Palestinian Council's executive decisions and acts shall be consistent with the provisions of this Agreement.

4. The Palestinian Council may adopt all necessary measures in order to enforce the law and any of its decisions, and bring proceedings before the Palestinian courts and tribunals.

5. a. In accordance with the DOP, the Council will not have powers and responsibilities in the sphere of foreign relations, which sphere includes the establishment abroad of embassies, consulates or other types of foreign missions and posts or permitting their establishment in the West Bank or the Gaza Strip, the appointment of or admission of diplomatic and consular staff, and the exercise of diplomatic functions.

b. Notwithstanding the provisions of this paragraph, the PLO may conduct negotiations and sign agreements with states or international organizations for the benefit of the Council in the following cases only:

(I) economic agreements, as specifically provided in Annex V of this Agreement:

(2) agreements with donor countries for the purpose of implementing arrangements for the provision of assistance to the Council,

(3) agreements for the purpose of implementing the regional development plans detailed in Annex IV of the DOP or in agreements entered into in the framework of the multilateral negotiations, and

(4) cultural, scientific and educational agreements. Dealings between the Council and representatives of foreign states and international organizations, as well as the establishment in the West Bank and the Gaza Strip of representative offices other than those described in subparagraph 5.a above, for the purpose of implementing the agreements referred to in subparagraph 5.b above, shall not be considered foreign relations.

6. Subject to the provisions of this Agreement, the Council shall, within its jurisdiction, have an independent judicial system composed of independent Palestinian courts and tribunals.

## CHAPTER 2 - REDEPLOYMENT AND SECURITY ARRANGEMENTS

### ARTICLE X
### Redeployment of Israeli Military Forces

1. The first phase of the Israeli military forces redeployment will cover

**0562**

populated areas in the West Bank - cities, towns, villages, refugee camps
and hamlets - as set out in Annex I, and will be completed prior to the eve
of the Palestinian elections, i. e., 22 days before the day of the elections.

2. Further redeployments of Israeli military forces to specified military
locations will commence after the inauguration of the Council and will be
gradually implemented commensurate with the assumption of
responsibility for public order and internal security by the Palestinian
Police, to be completed within 18 months from the date of the inauguration
of the Council as detailed in Articles XI (Land) and XIII (Security), below
and in Annex I.

3. The Palestinian Police shall be deployed and shall assume
responsibility for public order and internal security for Palestinians in a
phased manner in accordance with XIII (Security) below and Annex I.

4. Israel shall continue to carry the responsibility for external security, as
well as the responsibility for overall security of Israelis for the purpose of
safeguarding their internal security and public order.

5. For the purpose of this Agreement, "Israeli military forces" includes
Israel Police and other Israeli security forces.

**ARTICLE XI**
**Land**

1. The two sides view the West Bank and the Gaza Strip as a single
territorial unit, the integrity and status of which will be preserved during the
interim period.

2. The two sides agree that West Bank and Gaza Strip territory, except for
issues that will be negotiated in the permanent status negotiations, will
come under the jurisdiction of the Palestinian Council in a phased manner,
to be completed within 18 months from the date of the inauguration of the
Council, as specified below:

a. Land in populated areas (Areas A and B), including government and Al
Waqf land, will come under the jurisdiction of the Council during the first
phase of redeployment.

b. All civil powers and responsibilities, including planning and zoning, in
Areas A and B, set out in Annex III, will be transferred to and assumed by
the Council during the first phase of redeployment.

c. In Area C, during the first phase of redeployment Israel will transfer to
the Council civil powers and responsibilities not relating to territory, as set
out in Annex III.

d. The further redeployments of Israeli military forces to specified military
locations will be gradually implemented in accordance with the DOP in
three phases, each to take place after an interval of six months, after the
inauguration of the Council, to be completed within 18 months from the
date of the inauguration of the Council.

e. During the further redeployment phases to be completed within 18
months from the date of the inauguration of the Council, powers and
responsibilities relating to territory will be transferred gradually to
Palestinian jurisdiction that will cover West Bank and Gaza Strip territory,
except for the issues that will be negotiated in the permanent status
negotiations.

f. The specified military locations referred to in Article X, paragraph 2
above will be determined in the further redeployment phases, within the
specified time-frame ending not later than 18 months from the date of the
inauguration of the Council, and will be negotiated in the permanent status
negotiations.

3. For the purpose of this Agreement and until the completion of the first
phase of the further redeployments:

a. "Area A" means the populated areas delineated by a red line and

shaded in brown on attached map No. 1;

b. "Area B" means the populated areas delineated by a red line and shaded in yellow on attached map No. 1, and the built-up area of the hamlets listed in Appendix 6 to Annex I, and

c. "Area C" means areas of the West Bank outside Areas A and B, which, except for the issues that will be negotiated in the permanent status negotiations, will be gradually transferred to Palestinian jurisdiction in accordance with this Agreement.

## ARTICLE XII
### Arrangements for Security and Public Order

1. In order to guarantee public order and internal security for the Palestinians of the West Bank and the Gaza Strip, the Council shall establish a strong police force as set out in Article XIV below. Israel shall continue to carry the responsibility for defense against external threats, including the responsibility for protecting the Egyptian and Jordanian borders, and for defense against external threats from the sea and from the air, as well as the responsibility for overall security of Israelis and Settlements, for the purpose of safeguarding their internal security and public order, and will have all the powers to take the steps necessary to meet this responsibility.

2. Agreed security arrangements and coordination mechanisms are specified in Annex I.

3. A Joint Coordination and Cooperation Committee for Mutual Security Purposes (hereinafter "the JSC"), as well as Joint Regional Security Committees (hereinafter "RSCs") and Joint District Coordination Offices (hereinafter "DCOs"), are hereby established as provided for in Annex I.

4. The security arrangements provided for in this Agreement and in Annex I may be reviewed at the request of either Party and may be amended by mutual agreement of the Parties. Specific review arrangements are included in Annex I.

5. For the purpose of this Agreement, "the Settlements" means, in the West Bank the settlements in Area C; and in the Gaza Strip - the Gush Katif and Erez settlement areas, as well as the other settlements in the Gaza Strip, as shown on attached map No. 2.

## ARTICLE XIII
### Security

1. The Council will, upon completion of the redeployment of Israeli military forces in each district, as set out in Appendix 1 to Annex I, assume the powers and responsibilities for internal security and public order in Area A in that district.

2. a. There will be a complete redeployment of Israeli military forces from Area B. Israel will transfer to the Council and the Council will assume responsibility for public order for Palestinians. Israel shall have the overriding responsibility for security for the purpose of protecting Israelis and confronting the threat of terrorism.

b. In Area B the Palestinian Police shall assume the responsibility for public order for Palestinians and shall be deployed in order to accommodate the Palestinian needs and requirements in the following manner:

(I) The Palestinian Police shall establish 25 police stations and posts in towns, villages, and other places listed in Appendix 2 to Annex I and as delineated on map No. 3. The West Bank RSC may agree on the establishment of additional police stations and posts, if required.

(2) The Palestinian Police shall be responsible for handling public order incidents in which only Palestinians are involved.

**0564**

(3) The Palestinian Police shall operate freely in populated places where
police stations and posts are located, as set out in paragraph b(1) above.

(4) While the movement of uniformed Palestinian policemen in Area B
outside places where there is a Palestinian police station or post will be
carried out after coordination and confirmation through the relevant DCO,
three months after the completion of redeployment from Area B, the DCOs
may decide that movement of Palestinian policemen from the police
stations in Area B to Palestinian towns and villages in Area B on roads that
are used only by Palestinian traffic will take place after notifying the DCO.

(5) The coordination of such planned movement prior to confirmation
through the relevant DCO shall include a scheduled plan, including the
number of policemen, as well as the type and number of weapons and
vehicles intended to take part. It shall also include details of arrangements
for ensuring continued coordination through appropriate communication
links, the exact schedule of movement to the area of the planned
operation, including the destination and routes thereto, its proposed
duration and the schedule for returning to the police station or post.

The Israeli side of the DCO will provide the Palestinian side with its
response, following a request for movement of policemen in accordance
with this paragraph, in normal or routine cases within one day and in
emergency cases no later than 2 hours.

(6) The Palestinian Police and the Israeli military forces will conduct joint
security activities on the main roads as set out in Annex I.

(7) The Palestinian Police will notify the West Bank RSC of the names of
the policemen, number plates of police vehicles and serial numbers of
weapons, with respect to each police station and post in Area B.

(8) Further redeployments from Area C and transfer of internal security
responsibility to the Palestinian Police in Areas B and C will be carried out
in three phases, each to take place after an interval of six months, to be
completed 18 months after the inauguration of the Council, except for the
issues of permanent status negotiations and of Israel's overall
responsibility for Israelis and borders.

(9) The procedures detailed in this paragraph will be reviewed within six
months of the completion of the first phase of redeployment.

### ARTICLE XIV
### The Palestinian Police

1. The Council shall establish a strong police force. The duties, functions,
structure, deployment and composition of the Palestinian Police, together
with provisions regarding its equipment and operation, as well as rules of
conduct, are set out in Annex I.

2. The Palestinian police force established under the Gaza-Jericho
Agreement will be fully integrated into the Palestinian Police and will be
subject to the provisions of this Agreement.

3. Except for the Palestinian Police and the Israeli military forces, no other
armed forces shall be established or operate in the West Bank and the
Gaza Strip.

4. Except for the arms, ammunition and equipment of the Palestinian
Police described in Annex I, and those of the Israeli military forces, no
organization, group or individual in the West Bank and the Gaza Strip shall
manufacture, sell, acquire, possess, import or otherwise introduce into the
West Bank or the Gaza Strip any firearms, ammunition, weapons,
explosives, gunpowder or any related equipment, unless otherwise
provided for in Annex I.

### ARTICLE XV
### Prevention of Hostile Acts

1. Both sides shall take all measures necessary in order to prevent acts of

**0565**

terrorism, crime and hostilities directed against each other, against individuals falling under the other's authority and against their property and shall take legal measures against offenders.

2. Specific provisions for the implementation of this Article are set out in Annex I.

## ARTICLE XVI
### Confidence Building Measures

With a view to fostering a positive and supportive public atmosphere to accompany the implementation of this Agreement, to establish a solid basis of mutual trust and good faith, and in order to facilitate the anticipated cooperation and new relations between the two peoples, both Parties agree to carry out confidence building measures as detailed herewith:

1. Israel will release or turn over to the Palestinian side, Palestinian detainees and prisoners, residents of the West Bank and the Gaza Strip. The first stage of release of these prisoners and detainees will take place on the signing of this Agreement and the second stage will take place prior to the date of the elections. There will be a third stage of release of detainees and prisoners. Detainees and prisoners will be released from among categories detailed in Annex VII (Release of Palestinian Prisoners and Detainees). Those released will be free to return to their homes in the West Bank and the Gaza Strip.

2. Palestinians who have maintained contact with the Israeli authorities will not be subjected to acts of harassment, violence, retribution or prosecution. Appropriate ongoing measures will be taken, in coordination with Israel, in order to ensure their protection.

3. Palestinians from abroad whose entry into the West Bank and the Gaza Strip is approved pursuant to this Agreement, and to whom the provisions of this Article are applicable, will not be prosecuted for offenses committed prior to September 13, 1993.

## CHAPTER 3 - LEGAL AFFAIRS

## ARTICLE XVII
### Jurisdiction

1. In accordance with the DOP, the jurisdiction of the Council will cover West Bank and Gaza Strip territory as a single territorial unit, except for:

a. issues that will be negotiated in the permanent status negotiations: Jerusalem, settlements, specified military locations, Palestinian refugees, borders, foreign relations and Israelis; and

b. powers and responsibilities not transferred to the Council.

2. Accordingly, the authority of the Council encompasses all matters that fall within its territorial, functional and personal jurisdiction, as follows:

a. The territorial jurisdiction of the Council shall encompass Gaza Strip territory, except for the Settlements and the Military Installation Area shown on map No. 2, and West Bank territory, except for Area C which, except for the issues that will be negotiated in the permanent status negotiations, will be gradually transferred to Palestinian jurisdiction in three phases, each to take place after an interval of six months, to be completed 18 months after the inauguration of the Council. At this time, the jurisdiction of the Council will cover West Bank and Gaza Strip territory, except for the issues that will be negotiated in the permanent status negotiations.

Territorial jurisdiction includes land, subsoil and territorial waters, in accordance with the provisions of this Agreement.

b. The functional jurisdiction of the Council extends to all powers and responsibilities transferred to the Council, as specified in this Agreement or

**0566**

in any future agreements that may be reached between the Parties during the interim period.

c. The territorial and functional jurisdiction of the Council will apply to all persons, except for Israelis, unless otherwise provided in this Agreement.

d. Notwithstanding subparagraph a. above, the Council shall have functional jurisdiction in Area C, as detailed in Article IV of Annex III.

3. The Council has, within its authority, legislative, executive and judicial powers and responsibilities, as provided for in this Agreement.

4. a. Israel, through its military government, has the authority over areas that are not under the territorial jurisdiction of the Council, powers and responsibilities not transferred to the Council and Israelis.

b. To this end, the Israeli military government shall retain the necessary legislative, judicial and executive powers and responsibilities, in accordance with international law. This provision shall not derogate from Israel's applicable legislation over Israelis in personam.

5. The exercise of authority with regard to the electromagnetic sphere and air space shall be in accordance with the provisions of this Agreement.

6. Without derogating from the provisions of this Article, legal arrangements detailed in the Protocol Concerning Legal Matters attached as Annex IV to this Agreement (hereinafter "Annex IV") shall be observed. Israel and the Council may negotiate further legal arrangements.

7. Israel and the Council shall cooperate on matters of legal assistance in criminal and civil matters through a legal committee (hereinafter "the Legal Committee"), hereby established.

8. The Council's jurisdiction will extend gradually to cover West Bank and Gaza Strip territory, except for the issues to be negotiated in the permanent status negotiations, through a series of redeployments of the Israeli military forces. The first phase of the redeployment of Israeli military forces will cover populated areas in the West Bank - cities, towns, refugee camps and hamlets, as set out in Annex I - and will be completed prior to the eve of the Palestinian elections, i.e. 22 days before the day of the elections. Further redeployments of Israeli military forces to specified military locations will commence immediately upon the inauguration of the Council and will be effected in three phases, each to take place after an interval of six months, to be concluded no later than eighteen months from the date of the inauguration of the Council.

## ARTICLE XVIII
### Legislative Powers of the Council

1. For the purposes of this Article, legislation shall mean any primary and secondary legislation, including basic laws, laws, regulations and other legislative acts.

2. The Council has the power, within its jurisdiction as defined in Article XVII of this Agreement, to adopt legislation.

3. While the primary legislative power shall lie in the hands of the Council as a whole, the Ra'ees of the Executive Authority of the Council shall have the following legislative powers

a. the power to initiate legislation or to present proposed legislation to the Council;

b. the power to promulgate legislation adopted by the Council; and

c. the power to issue secondary legislation, including regulations, relating to any matters specified and within the scope laid down in any primary legislation adopted by the Council.

4. a. Legislation, including legislation which amends or abrogates existing laws or military orders, which exceeds the jurisdiction of the Council or which is otherwise inconsistent with the provisions of the DOP, this

Agreement, or of any other agreement that may be reached between the two sides during the interim period, shall have no effect and shall be void ab initio.

b. The Ra'ees of the Executive Authority of the Council shall not promulgate legislation adopted by the Council if such legislation falls under the provisions of this paragraph.

5. All legislation shall be communicated to the Israeli side of the Legal Committee.

6. Without derogating from the provisions of paragraph 4 above, the Israeli side of the Legal Committee may refer for the attention of the Committee any legislation regarding which Israel considers the provisions of paragraph 4 apply, in order to discuss issues arising from such legislation. The Legal Committee will consider the legislation referred to it at the earliest opportunity.

### ARTICLE XIX
#### Human Rights and the Rule of Law

Israel and the Council shall exercise their powers and responsibilities pursuant to this Agreement with due regard to internationally-accepted norms and principles of human rights and the rule of law.

### ARTICLE XX
#### Rights, Liabilities and Obligations

1. a. The transfer of powers and responsibilities from the Israeli military government and its civil administration to the Council, as detailed in Annex III, includes all related rights, liabilities and obligations arising with regard to acts or omissions which occurred prior to such transfer. Israel will cease to bear any financial responsibility regarding such acts or omissions and the Council will bear all financial responsibility for these and for its own functioning.

b. Any financial claim made in this regard against Israel will be referred to the Council.

c. Israel shall provide the Council with the information it has regarding pending and anticipated claims brought before any court or tribunal against Israel in this regard.

d. Where legal proceedings are brought in respect of such a claim, Israel will notify the Council and enable it to participate in defending the claim and raise any arguments on its behalf.

e. In the event that an award is made against Israel by any court or tribunal in respect of such a claim, the Council shall immediately reimburse Israel the full amount of the award.

f. Without prejudice to the above, where a court or tribunal hearing such a claim finds that liability rests solely with an employee or agent who acted beyond the scope of the powers assigned to him or her, unlawfully or with willful malfeasance, the Council shall not bear financial responsibility.

2. a. Notwithstanding the provisions of paragraphs I.d through I.f above, each side may take the necessary measures, including promulgation of legislation, in order to ensure that such claims by Palestinians including pending claims in which the hearing of evidence has not yet begun, are brought only before Palestinian courts or tribunals in the West Bank and the Gaza Strip, and are not brought before or heard by Israeli courts or tribunals.

b. Where a new claim has been brought before a Palestinian court or tribunal subsequent to the dismissal of the claim pursuant to subparagraph a. above, the Council shall defend it and, in accordance with subparagraph I.a above, in the event that an award is made for the plaintiff, shall pay the amount of the award.

c. The Legal Committee shall agree on arrangements for the transfer of all

0568

materials and information needed to enable the Palestinian courts or tribunals to hear such claims as referred to in subparagraph b. above, and, when necessary, for the provision of legal assistance by Israel to the Council in defending such claims.

3. The transfer of authority in itself shall not affect rights, liabilities and obligations of any person or legal entity, in existence at the date of signing of this Agreement.

4. The Council, upon its inauguration, will assume all the rights, liabilities and obligations of the Palestinian Authority.

5. For the purpose of this Agreement, "Israelis" also includes Israeli statutory agencies and corporations registered in Israel.

### ARTICLE XXI
### Settlement of Differences and Disputes

Any difference relating to the application of this Agreement shall be referred to the appropriate coordination and cooperation mechanism established under this Agreement. The provisions of Article XV of the DOP shall apply to any such difference which is not settled through the appropriate coordination and cooperation mechanism, namely:

1. Disputes arising out of the application or interpretation of this Agreement or any related agreements pertaining to the interim period shall be settled through the Liaison Committee.

2. Disputes which cannot be settled by negotiations may be settled by a mechanism of conciliation to be agreed between the Parties.

3. The Parties may agree to submit to arbitration disputes relating to the interim period, which cannot be settled through conciliation. To this end, upon the agreement of both Parties, the Parties will establish an Arbitration Committee.

### CHAPTER 4 - COOPERATION

### ARTICLE XXII
### Relations between Israel and the Council

1. Israel and the Council shall seek to foster mutual understanding and tolerance and shall accordingly abstain from incitement, including hostile propaganda, against each other and, without derogating from the principle of freedom of expression, shall take legal measures to prevent such incitement by any organizations, groups or individuals within their jurisdiction.

2. Israel and the Council will ensure that their respective educational systems contribute to the peace between the Israeli and Palestinian peoples and to peace in the entire region, and will refrain from the introduction of any motifs that could adversely affect the process of reconciliation.

3. Without derogating from the other provisions of this Agreement, Israel and the Council shall cooperate in combating criminal activity which may affect both sides, including offenses related to trafficking in illegal drugs and psychotropic substances, smuggling, and offenses against property, including offenses related to vehicles.

### ARTICLE XXIII
### Cooperation with Regard to Transfer of Powers and Responsibilities

In order to ensure a smooth, peaceful and orderly transfer of powers and responsibilities, the two sides will cooperate with regard to the transfer of security powers and responsibilities in accordance with the provisions of Annex I, and the transfer of civil powers and responsibilities in accordance with the provisions of Annex III.

### ARTICLE XXIV
### Economic Relations

The economic relations between the two sides are set out in the Protocol on Economic Relations signed in Paris on April 29, 1994, and the Appendices thereto, and the Supplement to the Protocol on Economic Relations all attached as Annex V, and will be governed by the relevant provisions of this Agreement and its Annexes.

## ARTICLE XXV
### Cooperation Programs

1. The Parties agree to establish a mechanism to develop programs of cooperation between them. Details of such cooperation are set out in Annex VI.

2. A Standing Cooperation Committee to deal with issues arising in the context of this cooperation is hereby established as provided for in Annex VI.

## ARTICLE XXVI
### The Joint Israeli-Palestinian Liaison Committee

1. The Liaison Committee established pursuant to Article X of the DOP shall ensure the smooth implementation of this Agreement. It shall deal with issues requiring coordination, other issues of common interest and disputes.

2. The Liaison Committee shall be composed of an equal number of members from each Party. It may add other technicians and experts as necessary.

3. The Liaison Committee shall adopt its rules of procedures, including the frequency and place or places of its meetings.

4. The Liaison Committee shall reach its decisions by agreement.

5. The Liaison Committee shall establish a subcommittee that will monitor and steer the implementation of this Agreement (hereinafter "the Monitoring and Steering Committee"). It will function as follows:

a. The Monitoring and Steering Committee will, on an ongoing basis, monitor the implementation of this Agreement, with a view to enhancing the cooperation and fostering the peaceful relations between the two sides.

b. The Monitoring and Steering Committee will steer the activities of the various joint committees established in this Agreement (the JSC, the CAC, the Legal Committee, the Joint Economic Committee and the Standing Cooperation Committee) concerning the ongoing implementation of the Agreement, and will report to the Liaison Committee.

c. The Monitoring and Steering Committee will be composed of the heads of the various committees mentioned above.

d. The two heads of the Monitoring and Steering Committee will establish its rules of procedures, including the frequency and places of its meetings.

## ARTICLE XXVII
### Liaison and Cooperation with Jordan and Egypt

1. Pursuant to Article XII of the DOP, the two Parties have invited the Governments of Jordan and Egypt to participate in establishing further liaison and cooperation arrangements between the Government of Israel and the Palestinian representatives on the one hand, and the Governments of Jordan and Egypt on the other hand, to promote cooperation between them. As part of these arrangements a Continuing Committee has been constituted and has commenced its deliberations.

2. The Continuing Committee shall decide by agreement on the modalities of admission of persons displaced from the West Bank and the Gaza Strip in 1967, together with necessary measures to prevent disruption and disorder.

3. The Continuing Committee shall also deal with other matters of common concern.

### ARTICLE XXVIII
**Missing Persons**

1. Israel and the Council shall cooperate by providing each other with all necessary assistance in the conduct of searches for missing persons and bodies of persons which have not been recovered, as well as by providing information about missing persons.

2. The PLO undertakes to cooperate with Israel and to assist it in its efforts to locate and to return to Israel Israeli soldiers who are missing in action and the bodies of soldiers which have not been recovered.

### CHAPTER 5 - MISCELLANEOUS PROVISIONS

### ARTICLE XXIX
**Safe Passage between the West Bank and the Gaza Strip**

Arrangements for safe passage of persons and transportation between the West Bank and the Gaza Strip are set out in Annex I.

### ARTICLE XXX
**Passages**

Arrangements for coordination between Israel and the Council regarding passage to and from Egypt and Jordan, as well as any other agreed international crossings, are set out in Annex I.

### ARTICLE XXXI
**Final Clauses**

1. This Agreement shall enter into force on the date of its signing.

2. The Gaza-Jericho Agreement, except for Article XX (Confidence-Building Measures), the Preparatory Transfer Agreement and the Further Transfer Protocol will be superseded by this Agreement.

3. The Council, upon its inauguration, shall replace the Palestinian Authority and shall assume all the undertakings and obligations of the Palestinian Authority under the Gaza-Jericho Agreement, the Preparatory Transfer Agreement, and the Further Transfer Protocol.

4. The two sides shall pass all necessary legislation to implement this Agreement.

5. Permanent status negotiations will commence as soon as possible, but not later than May 4, 1996, between the Parties. It is understood that these negotiations shall cover remaining issues, including: Jerusalem, refugees, settlements, security arrangements, borders, relations and cooperation with other neighbors, and other issues of common interest.

6. Nothing in this Agreement shall prejudice or preempt the outcome of the negotiations on the permanent status to be conducted pursuant to the DOP. Neither Party shall be deemed, by virtue of having entered into this Agreement, to have renounced or waived any of its existing rights, claims or positions.

7. Neither side shall initiate or take any step that will change the status of the West Bank and the Gaza Strip pending the outcome of the permanent status negotiations.

8. The two Parties view the West Bank and the Gaza Strip as a single territorial unit, the integrity and status of which will be preserved during the interim period.

9. The PLO undertakes that, within two months of the date of the inauguration of the Council, the Palestinian National Council will convene and formally approve the necessary changes in regard to the Palestinian Covenant, as undertaken in the letters signed by the Chairman of the PLO and addressed to the Prime Minister of Israel, dated September 9, 1993 and May 4, 1994.

0571

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 19 of
GxMS Friendly Print Case 1:04-cv-00397-GBD-RLE   Document 490-1   Filed 05/06/14   Page 16 of 17
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 22

10. Pursuant to Annex I, Article IX of this Agreement, Israel confirms that the permanent checkpoints on the roads leading to and from the Jericho Area (except those related to the access road leading from Mousa Alami to the Allenby Bridge) will be removed upon the completion of the first phase of redeployment.

11. Prisoners who, pursuant to the Gaza-Jericho Agreement, were turned over to the Palestinian Authority on the condition that they remain in the Jericho Area for the remainder of their sentence, will be free to return to their homes in the West Bank and the Gaza Strip upon the completion of the first phase of redeployment.

12. As regards relations between Israel and the PLO, and without derogating from the commitments contained in the letters signed by and exchanged between the Prime Minister of Israel and the Chairman of the PLO, dated September 9, 1993 and May 4, 1994, the two sides will apply between them the provisions contained in Article XXII, paragraph 1, with the necessary changes.

13. a. The Preamble to this Agreement, and all Annexes, Appendices and maps attached hereto, shall constitute an integral part hereof.

b. The Parties agree that the maps attached to the Gaza-Jericho Agreement as:

a. map No. 1 (The Gaza Strip), an exact copy of which is attached to this Agreement as map No. (in this Agreement "map No. 2");

b. map No. 4 (Deployment of Palestinian Police in the Gaza Strip), an exact copy of which is attached to this Agreement as map No. 5 (in this Agreement "map No. 5"); and

c. map No. 6 (Maritime Activity Zones), an exact copy of which is attached to this Agreement as map No. 8 (in this Agreement "map No. 8"; are an integral part hereof and will remain in effect for the duration of this Agreement.

14. While the Jeftlik area will come under the functional and personal jurisdiction of the Council in the first phase of redeployment, the area's transfer to the territorial jurisdiction of the Council will be considered by the Israeli side in the first phase of the further redeployment phases.


**Done at Washington DC, this 28th day of September, 1995.**

_____

_For the Government of_
_the State of Israel_

_____

_For the PLO_


**Witnessed by:**

_____

_The United States of America_

_____

_The Russian Federation_

_____

_The Arab Republic of Egypt_

_____

_The Hashemite Kingdom of Jordan_

_____

_The Kingdom of Norway_

_____

_The European Union_

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 20 of 39
Case 1:04-cv-00397-GBD-RLE   Document 490-1   Filed 05/06/14   Page 17 of 17
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 23

GxMS Friendly Print                                                        http://www.mfa.gov.il/MFA/ForeignPolicy/Peace/Guide/Pages/THE IS

Close

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 21 of
Case 1:04-cv-00397-GBD-RLE   Document 490-2   Filed 05/06/14   Page 1 of 7
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 24

# EXHIBIT A.1076

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 22 of
Case 1:04-cv-00397-GBD-RLE   Document 490-2   Filed 05/06/14   Page 2 of 7
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024

PLAINTIFF'S
EXHIBIT
1076



### JEWISH VIRTUAL LIBRARY
A Division of The American-Israeli Cooperative Enterprise

A.   Constitution of the Palestine
Liberation Organization (PLO)

1.   (July 17, 1968)

*Stuart Hersh comments: In addition to amending and ratification of the <u>Palestine National Covenant</u>, the Palestine National Assembly amended and ratified the <u>PLO</u> Constitution, at their Fourth Session in Cairo, from July 10-17, 1968.*

2.   Chapter I

**General Principles**

Article 1. The Palestinians, in accordance with the provisions of this Constitution, form themselves into an organization to be known as the Palestine Liberation Organization.

Article 2. The Palestine Liberation Organization shall exercise its responsibilities in accordance with the principles of the National Charter, the provisions of this Constitution, and such rules, provisions and resolutions as may be issued in conformity with these principles and provisions.

Article 3. Relationships with the Organization shall be based on commitment to struggle and to national action, the different levels of the Organization, from its base up to its collective leadership, being closely linked together on a basis of the following principles: the minority shall defer to the will of the majority, confidence of the people shall be won through persuasion, the movement of Palestinian struggle shall be continued, the armed Palestinian struggle shall be supported, and every possible effort shall be made to ensure that it continues and escalates, so that the impetus of the masses towards liberation may take its course until victory is achieved. In implementation of this principle, the Executive Committee shall draft constitutions for the Organization's subsidiary bodies, due regard being paid to the circumstances of Palestinians in all places where they are concentrated, to the circumstances of the Palestinian revolution, and to the realization of the objectives of the Charter and the Constitution.

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 23 of
Case 1:04-cv-00397-GBD-RLE   Document 490-2   Filed 05/06/14   Page 3 of 7
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 26

Article 4. All Palestinians are natural members of the Palestine Liberation Organization, performing their duty to liberate their country in accordance with their abilities and qualifications. The Palestinian people is the base of this Organization.

3.    Chapter II

**The National Assembly**

Article 5. The members of the National Assembly shall be elected by the Palestinian people by direct ballot, in accordance with a system to be devised for this purpose by the Executive Committee.

Article 6.

(a) Should it be impossible to hold an election to the Assembly, the National Assembly shall continue to sit until circumstances permit of the holding of elections.

(b) If, for some reason, one or more seats in the National Assembly fall vacant, the Assembly shall appoint a member or members to fill the vacant seats.

Article 7.

(a) The National Assembly is the supreme authority of the Liberation Organization. It drafts the policy planning and programmes of the Organization.

(b) Jerusalem is the seat of the Palestine Liberation Organization.

Article 8. The National Assembly is elected for three years, and it shall be convened in regular session once every six months by its President or, should extraordinary sessions be necessary, by the President at the request of the Executive Committee, or of a quarter of its members. It shall meet in Jerusalem, Gaza, or any other place, depending on circumstances. Should the President not call such a session, the session shall convene automatically in such place and at such time as are designated in the request submitted by its members or by the Executive Committee.

Article 9. The National Assembly shall have a President's Office, consisting of the President, two Vice-Presidents, and a Secretary, elected by the National Assembly when it first meets.

Article 10. The National Assembly in ordinary session shall consider:

(a) The annual report submitted by the Executive Committee on the achievements of the Organization and its subsidiary bodies.

(b) The annual report of the National Fund and budget allocations.

(c) Proposals submitted by the Executive Committee and recommendations of Assembly Committees.

(d) Any other questions submitted to it.

Article 11. The National Assembly shall form such committees as it deems necessary to assist in the performance of its duties.

Article 12. Attendance by two-thirds of the members of the Assembly shall constitute a quorum. Decisions shall be taken by a majority vote of those present.

(b) Supervising the Organization's subsidiary bodies.

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 24 of
Case 1:04-cv-00397-GBD-RLE   Document 490-2   Filed 05/06/14   Page 4 of 7
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 27

(c) Issuing regulations and instructions, and taking decisions on the Organization's activities, provided these are not incompatible with the Charter or the Constitution.
(d) Implementing the Organization's financial policy and drafting its budget.
In General, the Executive Committee shall assume all the responsibilities of the Liberation Organization, in accordance with the general policies and resolutions adopted by the National Assembly.
Article 17. The permanent headquarters of the Executive Committee shall be in Jerusalem. It shall also be entitled to hold its meetings in any other place it sees fit.
Article 18. The Executive Committee shall establish the following Departments:
(a) A Military Department
(b) A Department for Political and Information Affairs.
(c) A Palestine National Fund Department
(d) A Department for Research and Specialized Institutes.
(e) A Department for Administrative Affairs.
(f) Any other department the Committee considers necessary.
Each department shall have a Director-General and the requisite staff. The authority of each department shall be defined by special regulations drawn up by the Executive Committee.
Article 19. The Executive Committee shall establish close relations and coordinate activities between the Organization and all Arab and international Organizations, federations, and institutions which agree with its aims, or which help it in the realization of the Organization's objectives.

4.      Chapter III

**The Executive Committee**
Article 13.
(a) All members of the Executive Committee shall be elected by the National Assembly.
(b) The Chairman of the Executive Committee shall be elected by the Committee itself.
(c) The Executive Committee shall be elected from the National Assembly.
Article 14. The Executive Committee shall consist of eleven members, including the Chairman of the Board of Directors of the Palestine National Fund.
Should vacancies occur on the Executive Committee, for any reason, when the National Assembly is not sitting, they shall be filled as follows:
(a) If the vacancies are less than a third of the total membership, they shall not be filled until the first session of the National Assembly.
(b) If the vacancies amount to a third or more of the total membership of the Executive Committee, the National Assembly shall fill them at a session convened for the purpose in not more than thirty days.

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 25 of
Case 1:04-cv-00397-GBD-RLE   Document 490-2   Filed 05/06/14   Page 5 of 7
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 28

(c) Should it be impossible, for valid reasons, to convene the National Assembly in extraordinary session, vacancies arising in either of the above cases shall be filled by the Executive Committee, the Assembly's Bureau and such members of the Assembly as are able to attend, at a joint assembly formed for this purpose. The new members shall be chosen by majority vote of those present.

Article 15. The Executive Committee is the highest executive authority of the Organization. It shall remain in permanent session, its members devoting themselves exclusively to their work. It shall be responsible for executing the policy, programmes and planning approved by the National Assembly, to which it shall be responsible, collectively and individually.

Article 16. The Executive Committee shall assume responsibility for:

(a) Representing the Palestinian people.

(b) Supervising the Organization's subsidiary bodies.

(c) Issuing regulations and instructions, and taking decisions on the Organization's activities, provided these are not incompatible with the Charter or the Constitution.

(d) Implementing the Organization's financial policy and drafting its budget.

In General, the Executive Committee shall assume all the responsibilities of the Liberation Organization, in accordance with the general policies and resolutions adopted by the National Assembly.

Article 17. The permanent headquarters of the Executive Committee shall be in Jerusalem. It shall also be entitled to hold its meetings in any other place it sees fit.

Article 18. The Executive Committee shall establish the following Departments:

(a) A Military Department

(b) A Department for Political and Information Affairs.

(c) A Palestine National Fund Department

(d) A Department for Research and Specialized Institutes.

(e) A Department for Administrative Affairs.

(f) Any other department the Committee considers necessary.

Each department shall have a Director-General and the requisite staff. The authority of each department shall be defined by special regulations drawn up by the Executive Committee.

Article 19. The Executive Committee shall establish close relations and coordinate activities between the Organization and all Arab and international Organizations, federations, and institutions which agree with its aims, or which help it in the realization of the Organization's objectives.

Article 20. The Executive Committee shall continue to exercise its prerogatives as long as it enjoys the confidence of the National Assembly. The Executive Committee shall submit its resignation to the new National Assembly at its first session. It is subject to re-election.

Article 21. Attendance of two thirds of its members shall constitute a quorum, and its resolutions shall be adopted by a majority vote of those present.

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 26 of
Case 1:04-cv-00397-GBD-RLE   Document 490-2   Filed 05/06/14   Page 6 of 7
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 29

5.     Chapter IV

**General Rules**

Article 22. The Palestine Liberation Organization shall form an army of Palestinians, to be known as the Palestine Liberation Army, with an independent command which shall operate under the supervision of the Executive Committee, and carry out its instructions and decisions, both general and particular. Its national duty is to become the vanguard in the battle for the liberation of Palestine.

Article 23. The Executive Committee shall make every effort to enroll Palestinians in Arab military colleges and institutes for military training., to mobilize the potentials and resources of the Palestinians, and to prepare them for the battle of liberation.

Article 24. A fund, to be known as the Palestine National Fund, shall be established to finance the activities of the Organization, which fund shall be administered by a board of directors to be formed in accordance with special regulations for the fund issued by the National Assembly.

Article 25. The Funds sources of revenue shall be:

(a) an impost on Palestinians imposed and collected in accordance with a special system.

(b) Financial assistance provided by Arab governments and the Arab nations.

(c) The sale of "liberation stamps" which the Arab states will issue for use in postal and other transactions.

(d) Contributions and donations.

(e) Arab loans and aid from Arab countries and friendly peoples.

(f) Any other sources of revenue approved by the Assembly.

Article 26. Committees to be known as 'Committees for the Support of Palestine' shall be formed in Arab countries to collect contributions and support the organization in its national endeavors.

Article 27. The level at which the Palestinian people is represented in Arab organizations and conferences shall be determined by the Executive Committee. The Executive Committee shall appoint a representative for Palestine to the League of Arab States.

Article 28. The Executive Committee shall be entitled to make such regulations as are necessary for the implementation of the provisions of this constitution.

Article 29. The Organization's National Assembly shall be empowered to amend, alter, or add to this constitution by a two thirds majority of its members.

6.     Chapter V

**Transitional Provisions**

Article 30. On July 10, 1968, the National Assembly convened in Cairo shall replace the former Provisional National Assembly of the Palestine Liberation Organization and exercise all the prerogatives allotted to it by this Constitution.

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 27 of
Case 1:04-cv-00397-GBD-RLE   Document 490-2   Filed 05/06/14   Page 7 of 7
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 30

Article 31. The National Assembly shall sit for two years as from July 10, 1968. Should it prove impossible to hold elections for its successor, it shall meet and decide either to extend its term for another period or to form a new Assembly in such a manner as it may approve.

Article 32. The National Assembly alone is entitled to co-opt new members from time to time, as it sees fit, should this be desirable in view of the requirements of the battle for liberation and the need to strengthen national unity, in conformity with the provisions of the National Charter, in accordance with regulations to be drafted by the Executive Committee in the coming session.

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 28 of
38
Case 1:04-cv-00397-GBD-RLE   Document 490-3   Filed 05/06/14   Page 1 of 8
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 31

# EXHIBIT B

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 29 of
Case 1:04-cv-00397-GBD-RLE   Document 490-3   Filed 05/06/14   Page 2 of 8
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 32

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MARK SOKOLOW, *et al.*,

                              Plaintiffs,

              - against -

THE PALESTINE LIBERATION ORGANIZATION,
*et al.*,

                              Defendants.

-------------------------------------------------------------------X

Docket No:
04-CV-397 (GBD) (RLE)

### DEFENDANTS' OBJECTIONS AND RESPONSES TO THE [FIFTH][1] SET OF INTERROGATORIES FROM ALL PLAINTIFFS (TO THE GOLDBERG PLAINTIFFS)

Defendants The Palestine Liberation Organization ("PLO") and The Palestinian Authority ("PA") (collectively "Defendants"), by counsel, and pursuant to Rules 26(e) and 33 of the Federal Rules of Civil Procedure, hereby respectfully submit their Objections and Responses to the [Fifth] Set of Interrogatories from All Plaintiffs and state as follows:

### PRELIMINARY STATEMENT

1.      The objections and responses by Defendants to the Interrogatories are based only upon such information and documents as are currently known to Defendants. These objections and responses are made subject to, without prejudice to, and are not in waiver of, Defendants' right to rely on other facts or documents at trial or to supplement their objections hereto.

2.      The exact wording of any objections or answers contained herein may be that of Defendants' counsel and does not necessarily purport to be that of Defendants.

---

[1] Plaintiffs entitled the interrogatories served on November 21, 2012 as the "Fourth Set of Interrogatories from All Plaintiffs." However, Plaintiffs had previously served Defendants with a Fourth Set of Interrogatories from All Plaintiffs on September 19, 2011. Therefore, this request is Plaintiffs' Fifth Set of Interrogatories from All Plaintiffs.

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 30 of
Case 1:04-cv-00397-GBD-RLE   Document 490-3   Filed 05/06/14   Page 3 of 8
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 33

including all discrete subparts, permitted by that Rule as modified by Paragraph 7 of the

Scheduling Order issued by the Court on June 24, 2011 (DE 131).

14.    Defendants incorporate by reference every general objection set forth above into

the specific responses set forth below.  The failure to include any general objection in any

specific answer does not waive any general objection to the Interrogatory.

## SPECIFIC OBJECTIONS AND ANSWERS

### PLAINTIFFS' SPECIFIC DEFINITIONS:

1.    "PA" means and refers to defendant The Palestinian Authority and any ministry, agency, division, bureau, department or instrumentality thereof.

2.    "PLO" means and refers to defendant The Palestine Liberation Organization and any agency, division, bureau, department or instrumentality thereof.

3.    "Defendants" means and refers collectively to Defendants PA and PLO and any ministry, agency, division, bureau, department or instrumentality thereof.

### INTERROGATORY NO. 6(a)[2]:

Describe in full (i) the process, procedure and manner through which a person can become a "member" of the PA (as that term is used in *Martin v. Curran*, 101 N.E. 2d 683 (N.Y. 1951)) and (ii) the process, procedure and manner through which a person can cease to be a "member" of the PA.

### OBJECTIONS TO INTERROGATORY NO. 6(a):

Defendants hereby incorporate by reference, as if fully set forth herein, the foregoing

General Objections.  In addition, Defendants specifically object to Interrogatory No. 6(a) on the

grounds that:  (a) the Interrogatory is overly broad and unduly burdensome particularly with

respect to its lack of a timeframe and the lack of any reasonable restrictions as to the scope of

information it requests (*e.g.*, its request to "[d]escribe in full" "the process, procedure, and

---

[2] Plaintiffs previously served Defendants with Interrogatory No. 6 on September 19, 2011.  Therefore, Defendants will refer to the interrogatory labeled "Interrogatory No. 6" in the set of interrogatories served on Defendants on November 21, 2012 as "Interrogatory No. 6(a)."

1292690.2

**0583**

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 31 of
Case 1:04-cv-00397-GBD-RLE   Document 490-3   Filed 05/06/14   Page 4 of 8
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 34

manner through which a person can become a 'member' of the PA"); (b) the Interrogatory seeks
disclosure of information that is irrelevant to any party's claim or defense, and the Interrogatory
is not reasonably calculated to lead to the discovery of admissible evidence; (c) as potentially
construed, the words "full," "process," "procedure," "manner," and "member" are vague and
ambiguous; (d) the Interrogatory, while styled as single interrogatory, is composed of multiple
discrete subparts that count as separate interrogatories, and (e) the Interrogatory exceeds the 25-
interrogatory limit set by Federal Rule of Civil Procedure 33(a)(1) as modified by Paragraph 7 of
the Scheduling Order issued by the Court on June 24, 2011 (DE 131).

**ANSWER TO INTERROGATORY NO. 6(a):**

Subject to, and without waiving the foregoing General and Specific Objections,
Defendants hereby answer this Interrogatory as follows:

The PA is not a labor union like the unincorporated association at issue in *Martin v.
Curran*, 101 N.E. 2d 683 (N.Y. 1951), but the PA does have members in the sense that elected
and appointed officials assume and cease their positions with the PA in accordance with the
pertinent legislation and regulations governing within the Occupied Palestinian Territory.  The
PA also has members in the sense that it has employees who assume and cease their positions
with the PA in accordance with the pertinent legislation and regulations governing within the
Occupied Palestinian Territory, and in accordance with individual employment decisions made
by officials within the PA.

**INTERROGATORY NO. 7:**

Describe in full (i) the process, procedure and manner through which a person can
become a "member" of the PLO (as that term is used in *Martin v. Curran*, 101 N.E. 2d 683 (N.Y.
1951)) and (ii) the process, procedure and manner through which a person can cease to be a
"member" of the PLO.

1292690.2

**0584**

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 32 of
Case 1:04-cv-00397-GBD-RLE   Document 490-3   Filed 05/06/14   Page 5 of 8
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 35

**OBJECTIONS TO INTERROGATORY NO. 7:**

Defendants hereby incorporate by reference, as if fully set forth herein, the foregoing General Objections.  In addition, Defendants specifically object to Interrogatory No. 7 on the grounds that:  (a) the Interrogatory is overly broad and unduly burdensome particularly with respect to its lack of a timeframe and the lack of any reasonable restrictions as to the scope of information it requests (*e.g.*, its request to "[d]escribe in full" "the process, procedure, and manner through which a person can become a 'member' of the PLO"); (b) the Interrogatory seeks disclosure of information that is irrelevant to party's claim or defense, and the Interrogatory is not reasonably calculated to lead to the discovery of admissible evidence; (c) as potentially construed, the words "full," "process," "procedure," "manner," and "member" are vague and ambiguous; (d) the Interrogatory, while styled as single interrogatory, is composed of multiple discrete subparts that count as separate interrogatories, and (e) the Interrogatory exceeds the 25-interrogatory limit set by Federal Rule of Civil Procedure 33(a)(1) as modified by Paragraph 7 of the Scheduling Order issued by the Court on June 24, 2011 (DE 131).

**ANSWER TO INTERROGATORY NO. 7:**

Subject to, and without waiving the foregoing General and Specific Objections, Defendants hereby answer this Interrogatory as follows:

The PLO is not a labor union like the unincorporated association at issue in *Martin v. Curran*, 101 N.E. 2d 683 (N.Y. 1951), but the PLO does have members in the sense that elected and appointed officials assume and cease their positions with the PLO in accordance with the Organization's governing policies and procedures.  The PLO also has members in the sense that it has employees who assume and cease their positions with the PLO in accordance with the

1292690.2

**0585**

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 33 of
Case 1:04-cv-00397-GBD-RLE   Document 490-3   Filed 05/06/14   Page 6 of 8
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 36

Organization's governing policies and procedures, and in accordance with individual

employment decisions made by officials within the PLO.

In addition, the PLO is made up of constituent political organizations which have their

own individual members.

In addition, the PLO is the internationally recognized representative of the Palestinian

people and, as such, all Palestinian persons may be viewed as represented by the PLO from the

time of birth until the time of death.

**INTERROGATORY NO. 8:**

List all "members" of the PA (as that term is used in *Martin v. Curran*, 101 N.E. 2d 683
(N.Y. 1951)) between January 8, 2001 and the present day, and for each such "member" specify
(i) the person's full name and (ii) the date on which that person became a "member" of the PA.

**OBJECTIONS TO INTERROGATORY NO. 8:**

Defendants hereby incorporate by reference, as if fully set forth herein, the foregoing

General Objections.  In addition, Defendants specifically object to Interrogatory No. 8 on the

grounds that:  (a) the Interrogatory is overly broad and unduly burdensome particularly with

respect to its more than 10-year timeframe and the lack of any reasonable restrictions as to the

scope of information it requests (*e.g.*, its request for a list of "all 'members' of the PA," "the

person's full name," and "the date on which that person became a 'member' of the PA"); (b) the

Interrogatory seeks disclosure of information that is irrelevant to any party's claim or defense,

and the Interrogatory is not reasonably calculated to lead to the discovery of admissible

evidence; (c) as potentially construed, the words "members" and "member" are vague and

ambiguous; (d) the Interrogatory, while styled as single interrogatory, is composed of multiple

discrete subparts that count as separate interrogatories, and (e) the Interrogatory exceeds the 25-

1292690.2

**0586**

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 34 of
Case 1:04-cv-00397-GBD-RLE   Document 490-3   Filed 05/06/14   Page 7 of 8
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 37

interrogatory limit set by Federal Rule of Civil Procedure 33(a)(1) as modified by Paragraph 7 of

the Scheduling Order issued by the Court on June 24, 2011 (DE 131).

## ANSWER TO INTERROGATORY NO. 8:

Subject to, and without waiving the foregoing General and Specific Objections,

Defendants hereby answer this Interrogatory as follows:

It would be unduly burdensome for Defendants to list the requested information for all

the persons described as "members" of the PA in Interrogatory Answer No. 6(a) during the time

period specified in Interrogatory No. 8, but the names of certain elected, appointed, and

employed officials of the PA during that period do appear in the documents Bates labeled

04:000030-04:000106 and 02:008806-02:008938, which, although they were not complied or

published by either Defendant, and have not been independently verified by either Defendant,

are believed to be generally accurate as to the information requested by this interrogatory.

## INTERROGATORY NO. 9:

List all "members" of the PLO (as that term is used in *Martin v. Curran*, 101 N.E. 2d 683
(N.Y. 1951)) between January 8, 2001 and the present day, and for each such "member" specify
(i) the person's full name; (ii) the date on which that person became a "member" of the PLO.

## OBJECTIONS TO INTERROGATORY NO. 9:

Defendants hereby incorporate by reference, as if fully set forth herein, the foregoing

General Objections.  In addition, Defendants specifically object to Interrogatory No. 9 on the

grounds that:  (a) the Interrogatory is overly broad and unduly burdensome particularly with

respect to its more than 10-year timeframe and the lack of any reasonable restrictions as to the

scope of information it requests (*e.g.*, its request for a list of "all 'members' of the PLO," "the

person's full name," and "the date on which that person became a 'member' of the PLO); (b) the

Interrogatory seeks disclosure of information that is irrelevant to any party's claim or defense,

1292690.2

**0587**

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 35 of
Case 1:04-cv-00397-GBD-RLE   Document 490-3   Filed 05/06/14   Page 8 of 8
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 38

and the Interrogatory is not reasonably calculated to lead to the discovery of admissible

evidence; (c) as potentially construed, the words "members" and "member" are vague and

ambiguous; (d) the Interrogatory, while styled as single interrogatory, is composed of multiple

discrete subparts that count as separate interrogatories, and (e) the Interrogatory exceeds the 25-

interrogatory limit set by Federal Rule of Civil Procedure 33(a)(1) as modified by Paragraph 7 of

the Scheduling Order issued by the Court on June 24, 2011 (DE 131).

## ANSWER TO INTERROGATORY NO. 9:

Subject to, and without waiving the foregoing General and Specific Objections,

Defendants hereby answer this Interrogatory as follows:

It would be unduly burdensome for Defendants to list the requested information for all

the persons described as "members" of the PLO in Interrogatory Answer No. 7 during the time

period specified in Interrogatory No. 9, but the names of certain elected, appointed, and

employed officials of the PLO during that period do appear in the documents Bates labeled

04:000030-04:000106 and 02:008806-02:008938, which, although they were not complied or

published by either Defendant, and have not been independently verified by either Defendant,

are believed to be generally accurate as to the information requested by this interrogatory.

## INTERROGATORY NO. 10:

State the full factual basis for the contention (DE 92 at 2) that "Defendants lack the
capacity to be sued in this Court with respect to the Second Count (Wrongful Death), Third
Count (Pain and Suffering), Fourth Count (Battery), Fifth Count (Assault), Sixth Count (Loss of
Consortium and Solatium), Seventh Count (Negligence), Eighth Count (Intentional Infliction of
Emotional Distress), Ninth Count (Negligent Infliction of Emotional Distress), Tenth Count
(Civil Conspiracy), Eleventh Count (Aiding and Abetting), Twelfth Count (Vicarious
Liability/Respondeat Superior) and Thirteenth Count (Inducement)."

1292690.2

**0588**

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 36 of 38
Case 1:04-cv-00397-GBD-RLE   Document 490-4   Filed 05/06/14   Page 1 of 3
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 39

# EXHIBIT C

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 37 of
Case 1:04-cv-00397-GBD-RLE   Document 490-4   Filed 05/06/14   Page 2 of 3
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 40

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MARK SOKOLOW, *et al.*,

                      Plaintiffs,

            - against -

THE PALESTINE LIBERATION ORGANIZATION,
*et al.*,

                    Defendants.

-------------------------------------------------------------------X

Docket No:
04-CV-397 (GBD) (RLE)

### DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS TO DEFENDANTS (TO THE SOKOLOW PLAINTIFFS)

Defendants The Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") (collectively "Defendants"), by their counsel, and pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, hereby respectfully submit their Objections and, where applicable, Responses to "Plaintiffs' First Request for Admissions to Defendants," dated November 21, 2012 ("Request" or "Requests"), and state as follows:

### GENERAL OBJECTIONS

1.     Defendants object to the Requests to the extent that the definitions or instructions set forth therein seek to impose requirements beyond those contained in the Federal Rules of Civil Procedure and the Local Rules of this Court.

2.     Defendants object to the Requests to the extent that they seek admissions concerning matters that are "in dispute." *See* Fed. R. Civ. P. 36, cmts.

3.     Defendants object to the Requests to the extent that they refer to documents that were not created by Defendants or cannot be authenticated by Defendants through a reasonable

Case 1:21-cv-03043-RM-STV   Document 69-11   Filed 09/19/22   USDC Colorado   Page 38 of
Case 1:04-cv-00397-GBD-RLE   Document 490-4   Filed 05/06/14   Page 3 of 3
Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 41

97.     The PA does not have membership dues.

**OBJECTIONS:**

Defendants incorporate herein by reference the foregoing General Objections.  In

addition, Defendants object to Request No. 97 on the grounds that, as potentially construed, the

use of the words and phrase "membership dues" is vague and ambiguous.

**RESPONSE:**

Defendants incorporate herein by reference the foregoing General and Specific

Objections to Request No. 97.  Subject to, and without waiving those Objections, Defendants

respond based on their understanding and interpretation of the terms contained in the Request as

follows:

Defendants admit this Request.

**REQUEST:**

98.     The PA holds assets in its own name.

**OBJECTIONS:**

Defendants incorporate herein by reference the foregoing General Objections.  In

addition, Defendants object to Request No. 98 on the grounds that, as potentially construed, the

use of the words and phrase "holds assets in its own name" is vague and ambiguous.

**RESPONSE:**

Defendants incorporate herein by reference the foregoing General and Specific

Objections to Request No. 98.  Subject to, and without waiving those Objections, Defendants

respond based on their understanding and interpretation of the terms contained in the Request as

follows:

Defendants admit this Request.

**0591**

# EXHIBIT K



04:000030



# Diary 2001

**PASSIA**
Palestinian Academic Society for the Study of International Affairs
Jerusalem ✦ Al-Quds

**45 NIS**

04:000031

0594

# Directory 2001


PASSIA

## PLO - PALESTINE LIBERATION ORGANIZATION

### BODIES AND DEPARTMENTS

**Chairman:** HE Yasser Arafat
Tel.: 07-2824670/1/2
Fax: 07-2822365/6
http://www.sis/gov.ps/president/
   index.html
**Gen.-Sec.:** Mahmoud Abbas (Abu Mazen), Gaza
Tel.: 07-2824834/1578/40664/
   050-390257
Fax: 07-2823487
Ramallah:
Tel.: 02-2987950/1
Fax: 02-2986212/3
**Political Department:** (Tunis)
Head: Farouk Qaddoumi
Tel.: 002161-287336/233816
   786272
**Media Department:**
Head: Yasser Abed Rabbo
Ramallah:
Tel.: 02-2986465/54044
   02-2981031/
   050-434055/201439
Fax: 02-2986204/2954043
**Arab and International Dept.:**
Head: Dr. Zakaria Al-Agha
Gaza: 050-407627
Tel.: 07-2823224/6422/3055
   07-2822576
Fax: 07-2823224
Ramallah:
Tel.: 02-2985886/2959167
Fax: 02-2985887
E-mail: dair@palnet.com
http://www.dair.org
**Economic Department:**
Head: Moh'd Zuhdi Nashashibi
Tel.: 07-2826188
Fax: 07-2820696/2822853
**Educational Department:**
Head: Yasser Amro
Tel.: 02-2980128/2964691
**Refugees Department:**
Head: Dr. Asa'd Abdel Rahman
Tel.: 006992-74-696765
Ramallah: 050-549951
Tel.: 02-2984801/2
Fax: 02-2961313
**Negotiations Affairs Department:**
Tel.: 02-2959642/3/4/5/6
Fax: 02-2959648
E-mail: admin@nsu-pal.org
http://www.nad.gov.ps
PO Box 2245, Ramallah

**Social Affairs Department:**
Head: Suleiman Najab
Tel.: 02-2987711 – off.
   02-2986186 – res.
Fax: 02-2987932
E-mail: Alnajjab@planet.edu
PO Box 2087, Ramallah

**Other PLO Executive Committee Members:**
Faisal Husseini
Tel.: 02-6273573/6272483
   050-549831/052-537295
Dr. Samir Ghosheh
Tel.: 02-2985895 res.
   02-2986292 off
   050-485243/059-485243
Fax: 02-2964989
Ali Ishaq
Tel.: 02-2981446/2987729
   050-445432
Fax: 02-2958797
Mahmoud Ismail
Tel.: 07-2846944 / 050-599870
Dr. Emil Jarjoui
Tel.: 02-5828066 / 050-243601
Taysir Khalid
Tel.: 02-2954438 – off.
   059-573935
   09-2385577/015 – res.
Fax: 02-2980401
Riad Khodari
Tel.: 07-2823180 / 059-408027
Abdel Rahim Malouh
Tel.: 02-2959767 – off.
   02-2980430 – res.
   050-521287
Ghassan Shaka'a
Tel.: 09-2379313/1451
   050-539334 / 059-330331

**Palestinian National Council (PNC)**
Speaker: Salim Deeb Al-Zanoun
Tel.: 07-2824489/5941
Fax: 07-2824164
Gaza
Deputy: Taysir Quba'a
Tel.: 09-2385571/4
Tel.: 050-507431/059-507431
E-mail: p-n-c@zaytona.com
http://www.p-n-c.org
Nablus
Amman:
Tel.: 962-6-5687084
Fax: 962-6-5679391/2
PO Box 910244, Amman

**Orient House**
Head: Faisal Husseini
Tel.: 02-6273573/2483
Fax: 02-6286820/6274020
http://www.orienthouse.org
Abu Obeidah St.
PO Box 20479, Jerusalem

Press Office
Tel. & Fax: 02-6286834
   02-6288765
E-mail: info@orienthouse.org

## DELEGATIONS ABROAD

**Albania (Embassy)**
Amb. Anwar Al Aqra'
Tel.: 355-4-2-34300/ 34056
Fax: 355-4-2-32092
St. 'Skenderbeu' No. 6.1.1
Tirana, Albania

**Algeria (Embassy)**
Amb. Munzer Ad-Dajani
Tel.: 213-2-718857
Fax: 213-2-732165
15 Blvd. Victor Hugo
PO Box 308, Algiers, Algeria

**Argentina (General Delegation)**
Amb. Suhail Akel
Tel.: 54-1-4325121
Fax: 54-1-7851041
Mendoza 1821 Piso 8
Buenos Aires, Argentina

**Australia (General Delegation)**
Amb. Ali Kazak
Tel.: 61-62-950222
Fax: 61-62-950021
19 Carnegie Cres., Narrabundah
ACT 2603, PO Box 4646,
Kingston ACT 2604

**Austria (Permanent Mission)**
Amb. Faisal Awaideh
Tel.: 43-1-4088202/3
Fax: 43-1-4088119
E-mail: plovienna@netway.at
Josefsgasse 5, A-1080 Vienna

**Bahrain (Embassy)**
Amb. Wafa Nabhan
Tel.: 973-276099
Fax: 973-276054
2801 St., Block 57
PO Box 1102, Manama, Bahrain

**Bangladesh (Embassy)**
Amb. Mohammed Zo'rob
Tel.: 880-2-603308/603016
Fax: 880-2-883517
PO Box 600, Code 1000
Dacca, Bangladesh

**Belgium (General Delegation)**
Amb. Shawqi Armali
Tel.: 32-2-7351639-2478
Fax: 32-2-7352478
111 Rue Franklin, 1040 Brussels

**Brazil (Special Delegation)**
Amb. Musa M. Odeh
Tel.: 55-61-2484760/2484482

*Index p. 123 ff*

PASSIA

Fax: 55-61-2485879
E-mail: Palestina@tba.com.br
Shis Qi 09 Conj, 06 Casa 02,
Lago Sul, 72650-060 Brasilia-DF
or: PO Box 1055, 71620-980
Lago Sul, Brasilia, DF, Brazil

**Bulgaria** (Embassy)
Chargé d'Affaires: Dr.
Mohammed Salaymeh
Tel.: 359-2-668947 / 668860
Fax: 359-2-654833
PO Box 87, Sofia, Bulgaria

**Canada** (General Delegation)
Amb. Baker Abdel Munem
Tel.: 1-613-7360053
Fax: 1-613-7360535
E-mail: baker@ibm.net
    or: bakermunem@hotmail.com
www.cyberus.ca/~baker/gdpc.htm
45 Country Club Drive, Ottawa,
Ontario KlV 9Wl Canada

**Chile** (Embassy)
Amb. Hussein Abdel Khaleq
Tel.: 56-2-2065771/2065764
Fax: 56-2-2282466
E-mail: falestin@red-mundo.net
Casilla postal 53170, Santiago-1

**China** (Embassy)
Amb. Mustafa As-Safarini
Tel.: 86-1-5323316/5323327
Fax: 86-1-5323241
PO Box 9006, Beijing, China

**Colombia** (Special Mission)
Amb. Sabri Attiyeh
Tel.: 57-1-2877691/2877904
Fax: 57-1-2887439
Calle 45 No. 14-76
Santafe de Bogota, Colombia

**Cuba** (Embassy)
Amb. Imad Jada
Tel.: 53-7-242556/241114 (R.)
Fax: 53-7-241159
Calle 20, No. 714, Entre 7Ma
Y.9 NA Miramar, Havana, Cuba

**Cyprus** (Embassy)
Amb. Samir Abu Ghazaleh
Tel.: 357-2-315010/11
Fax: 357-2-494694/ 312301
E-mail: palestin@spidernet.com.cy
PO Box 4669, Nicosia, Cyprus

**Czech Republic** (Embassy)
Amb. Samih Abdel Fattah
Tel.: 420-2-24311265
Fax: 420-2-24311133
E-mail: palestcz@mbox.vol.cz
PO Box 306, 11121 Prague 1

**Denmark** (General Delegation)
Amb. Dr. Moh'd Abu-Khoush
Tel.: 45-3-9617207
Fax: 45-3-9614207
Ehlersvej 5, 2900 Hellerup
Copenhagen, Denmark

**Egypt** (Embassy)
Amb. Zuhdi Al-Kidra
Tel.: 20-2-3609873/3602997/8

Fax: 20-2-3602996
33 An-Nahda St., Dokki, Cairo

**Ethiopia** (Embassy)
Amb. Yousef Rajab Radii
Tel.: 251-1-610811/610672
Fax: 251-1-611199
E-mail: pal.emb.et@telecom.net.et
PO Box 5800, Addis Ababa

**Finland** (General Delegation)
Amb. Zuheir El-Wazir
Tel.: 358-9-2789771
Fax: 358-9-2789770
E-mail: pgd@palestinegd.fi
http://www.plo.cute.fi/pgd.html
Fredrikinkatu 25 A10, Helsinki
00120, or: PO Box 351, Helsinki
00121

**France** (General Delegation)
Amb. Leila Shahid
Tel.: 33-1-48286600
Fax: 33-1- 4828506/7
14, Rue de Commandant Leandri
75015, Paris, France

**Gabon** (Embassy)
Amb. Amin Abu Hasira
Tel.: 241-746012
Fax: 241-746014
PO Box 2168, Libreville, Gabon

**Germany** (General Delegation)
Amb. Abdallah Frenji
Tel.: 49-228-212035/6
Fax: 49-228-213594
E-mail: Palaestina@t-online.de
http://www.palaestina.org
August Bier Str. 33, 53129 Bonn

**Ghana** (Embassy)
Amb. Ibrahim Omar Khalil
Tel.: 233-21-772529/228578
Fax: 233-21-772528
POBox 1728 OSU, Accra, Ghana

**Greece** (Diplomatic Representation)
Amb. Abdallah Abdallah
Tel.: 30-1-6726061/3
Fax: 30-1-6726064
31 Marathonodromon St.
154 52 Psychico, Athens

**Guinea** (Embassy)
Amb. Jamal Ghnaim
Tel.: 224-441132/413034
Fax: 224-412230
PO Box 1021, Conakry, Guinea

**Guinea Bissau** (Embassy)
Amb. Nabil Al-Wazir
Tel.: 245-215091/212710
Fax: 245-252650
PO Box 888, Bissau, G. Bissau

**Hungary** (Embassy)
Chargé d'Affaires: Khaled Ghazal
Tel.: 36-1-1804518
Fax: 36-1-1290357
PO Box 213, 11, Jizelfhegyi
1025, Budapest, Hungary

**India** (Embassy)
Amb. Khaled Al-Sheikh
Tel.: 91-11-6146605/4679115
Fax: 91-11-6142942/6872943
D1/27 Vasantihar
New Delhi 110057, India

**Indonesia** (Embassy)
Amb. Ribhi Awad
Tel.: 62-21-3108005/3105444
Fax: 62-21-3108011
JL Diponegoro No. 59
Jakarta 10310, Indonesia

**Iran** (Embassy)
Amb. Salah Al-Zawawi
Tel.: 98-21-664501
Fax: 98-21-6402513
PO Box 1455-3455, Tehran, Iran

**Iraq** (Embassy)
Amb. Azzam Al-Ahmad
Tel.: 964-1-7180209
Fax: 964-1-7181143
PO Box 3122, Baghdad, Iraq

**Italy** (General Delegation)
Amb. Nimer Hamad
Tel.: 39-6-7005041/7008791
Fax: 39-6-7005115
Piazza San Giovanni, In Laterano
72, Rome, Italy 00184

**Japan** (General Delegation)
Amb. Walid Siam

**Jordan** (Embassy)
Amb. Omar Al-Khatib
Tel.: 962-6-5668210
Fax: 962-6-5661727
E-mail: palestine@nol.com.jo
PO Box 995757, Amman, Jordan

**Kazakhstan** (Embassy)
Amb. Mohammed Tarshahani
Tel. & Fax: 7-327-2601545
E-mail: plokaz@asdc.kz
Kasteeva St. 38, Almaty 480100

**Korea, Democratic People's
Republic** (Embassy)
Amb. Shaher M. Abdallah
Tel.: 850-2-3817465
Fax: 850-2-3817259
PO Box 24, Pyong Yang

**Kuwait** (Embassy)
Chargé d'Affaires:Moh'd Abdel Jabr
Tel.: 965-2-616211/613160
Fax: 965-2-652450
PO Box 5363, As-Safat, Kuwait

**Lebanon** (PLO Office)
Amb. Shafiq Al-Hoot
Tel.: 961-1-300819
Kurnish Al Mazraa', Al Mazraa'
Beirut, Lebanon

**Libya** (Embassy)
Amb. Ali Mohammed Mustafa
Tel.: 218-21-4443935
Fax: 218-21-3336161
PO Box 2466, Tripoli, Libya

10

PASSIA

**Malaysia** (Embassy)
Amb. Ahmed Al-Farra
Tel.: 60-3-4568905/6
Fax: 60-3-4561411
65 Jalan U Thant, PO Box 10554-
50716, 55000, Kuala Lumpur

**Mali** (Embassy)
Amb. Ahmed Abdel Rahim
Tel.: 223-2-25328
Fax: 223-2-26462
Email: ambpalestine@afribone.net.ml
PO Box 1951, Bamaco, Mali

**Mauritania** (Embassy)
Amb. Abdel Shafi Siyam
Tel.: 222-2-51343/ 52394
Fax: 222-2-53888
PO Box 408, Nouakchott

**Mexico** (Special Delegation)
Amb. Fawzi Al-Mashni
Tel.: 52-5-255-2904
Fax: 52-5-531-3821
E-mail: dpalestina@ticnet.com.mx
Lope de Vega 146 5, Piso col.
Polanco Apdo. Postal 5-045, C.P.
11570, D.F. Mexico

**Morocco** (Embassy)
Amb. Wajih Qassem
Tel.: 212-7-767331/766008
Fax: 212-7-767166
4 Zanket Soussa, PO Box 387,
Rabat, Morocco

**Mozambique** (Embassy)
Amb. Majed Wadi
Tel.: 258-1-742196
Fax: 258-1-492190
PO Box 1160, Maboto

**Netherlands** (General Delegation)
Amb. Yousef Al-Habbab
Tel.: 31-70-3617045/3604864
Fax: 31-70-3478289
E-mail: pgd@wxs.nl
73, Loan Copes Van Cattenburch
Raaweg 1A, 2585 The Hague

**Nicaragua** (Embassy)
Amb. George Salamah
Tel.: 505-2-651916
Fax: 505-2-650589
E-mail: embpal@ns.tmx.com.ni
Las Colinas-Calle Las Flores # 136
PO Box 5305, Managua

**Nigeria** (Embassy)
Amb. Samir Baker
Tel.: 234-1-617259
Fax: 234-1-618776
12 Festival Rd., Victoria Island,
PO Box 7891, Lagos, Nigeria

**Norway** (General Delegation)
Amb. Omar Kittmitto
Tel.: 47-2-2560547
Fax: 47-2-2731579
Drammensveien 104, 0273 Oslo

**Oman** (Embassy)
Amb. Awni Battash
Tel.: 968-697191/230

**Pakistan** (Embassy)
Amb. Ahmed Abdel Razzak
Tel.: 92-51-291231/ 291185
Fax: 92-51-294703
No. 486, Islambad, Pakistan

**Peru** (Special PLO Representation)
Chargé d'Affaires: Walid Ibrahim
Al-Mua'qat
Tel.: 51-1-4221-4241
Fax: 51-1-4221-4240
E-mail: palperu@telematic.com.pe
Av.Arequipa 4130 Of. 306
Miraflores, Lima 18, Peru

**Poland** (Embassy)
Chargé d'Affaires: Hafez Al-Nimr
Tel.: 48-22-489126/497772
Fax: 48-22-489005
Ul. Staroscinska 1m7
PO Box 475, Warsaw, Poland

**Portugal** (General Delegation)
Amb. Issam Bseisso
Tel.: 351-1-3621118
Fax: 351-1-3621095
E-mail: palestinaport@mail.telepac.pt
Rue 22 no. 2 Bairro de Belem
Apartado, 50027, 1700 Lisbon

**Qatar** (Embassy)
Amb. Yassin Al-Sharif
Tel.: 974-422530/31
Fax: 974-327639
Al-Khalij St., PO Box 138, Doha

**Romania** (Embassy)
Amb. Fouad Al-Bitar
Tel.: 40-1-613 3621
Fax: 40-1-315 2467
E-mail: al_bitar@cable.ro
PO Box 314, Bucharest, Romania

**Russian Federation** (Embassy)
Amb. Khairy Abdel Fattah
Tel.: 7-095-2013682/2022654
Fax: 7-095-2302083
Kropotkinsky per 26,
Moscow 119034

**Saudi Arabia** (Embassy)
Amb. Mustafa Hashem Al-Sheikh
Deeb
Tel.: 966-1-4880738/9
Fax: 966-1-4880721
PO Box 3589, Riyadh,
Saudi Arabia 11481

**Senegal** (Embassy)
Amb. Sa'id Al-Abassi
Tel.: 221-251862
Fax: 221-241377
PO Box 3169, Dakar, Senegal

**South Africa** (Embassy)
Amb. Salman Al-Harfy
Tel.: 27-12-3430668/3426411
Fax: 27-12-3433458
E-mail: palembasa@intekom.co.za
PO Box 56021, Arcadia,
Pretoria 0007, South Africa

**Spain** (General Delegation)
Amb. Nabil Ma'rouf
Tel.: 34-1-3453258/62
Fax: 34-1-3454287
E-mail: embajada.palstina@mad.
servicom.es
20, Avda Pio XII, 28016 Madrid

**Sri Lanka** (Embassy)
Amb. Attalah Qobai'a
Tel.: 94-1-695991/588607
Fax: 94-1-6959920/588580
PO Box 207, 110/10 Wejerama
NW, Colombo 7, Sri Lanka

**Sudan** (Embassy)
Amb. Omar Shalayel
Tel.: 249-11-225475/6
Fax: 249-11-224974/224968
PO Box 2262, Khartoum, Sudan

**Sweden** (General Delegation)
Amb. Eugene Makhlouf
Tel.: 46-8-7551222
Fax: 46-8-7534403
E-mail: eugene.makhlouf@mbox
300.swipnet.se
PO Box 83, 18205, Djurshohn
Stockholm, Sweden

**Switzerland** (General Delegation)
Amb. Nabil Al-Ramlawi
Tel.: 41-22-7967660
Fax: 4122-7967860
96 Route de Vernier
Case Postal 1828, 1211 Geneva 1

**Syria** (Embassy)
Amb. Mahmoud Al-Khalidi
Tel.: 963-11-4450688
Fax: 963-11-444352
PO Box 2889, Damascus, Syria

**Tanzania** (Embassy)
Amb. Fariz Mehdawi
Tel.: 255-51-22254
Fax: 255-51-68409
PO Box 20307, Dar As-Salaam

**Tunisia** (Embassy)
Chargé d'Affaires: Munir Ghannam
Tel.: 216-1-791288/790883
Fax: 216-1-785973
17 Rue Ernest Conseil,
PO Box 142, 1002 Tunis

**Turkey** (Embassy)
Amb. Fu'ad Yassin
Tel.: 90-312-4360823/24
Fax: 90-312-4377801
Filistin Sokak No. 45
06700 G.O.P., Ankara, Turkey

**United Arab Emirates** (Embassy)
Amb. Khaled Malak
Tel.: 971-2-434652
Fax: 971-2-434363
PO Box 3841, Abu Dhabi, UAE

**United Kingdom** (General Delegation)
Amb. Afif Safieh
Tel.: 44-181-5630008
Fax: 44-181-5630058
E-mail: 106323.3367@
compuserve.com

*Index p. 123 ff*

**PASSIA**

5 Galena Road, Hammersmith,
London, W6OLT United Kingdom

**United States** (PLO Office)
Amb. Hasan Abdel Rahman
Tel.: 1-202-785-8394
Fax: 1-202-887-5337
E-mail: SH.9950@aol .com
1730 K Street, NW # 1004
Washington DC 20006

**Uzbekistan** (Embassy)
Amb. Nabil Lahham
Tel.: 7-3712-
531017/549418/550266
Fax: 7-3712-531017
Imam At-Termezi St., House No.
50, The Index: 700100, Tashkent

**Vietnam** (Embassy)
Amb. Sayyed Al-Masri
Tel.: 84-4-8524013/253016
Fax: 84-4-8263696/8263699
E-Mail: palestine@hn.Vnn.vn
PO Box 73, Hanoi, Vietnam

**Yemen** (Embassy)
Amb. Yahya Rabbah
Tel.:967-1-215404/5/9672-64234
Fax: 967-1-217346/9672-64236
PO Box 185, Sanaa, Yemen

**Yugoslavia** (Embassy)
Tel.: 381-11-663372/66391
Fax: 381-11-663830
Maglajska 14, Belgrade 11000,
Yugoslavia

**Zimbabwe** (Embassy)
Amb. Ali Halimeh
Tel.: 263-4-725901/2
Fax: 263-4-725970
1 Fairbridge Avenue Belgravia,
PO Box 3817, Harare, Zimbabwe

## REPRESENTATION IN INTERNATIONAL BODIES

**League of Arab States**
Sec. Gen.: Ismat Abdul Majid
Tel: 202-575-0511
        202-575-2966
Fax: 202-574-0331
PO Box 11642
Al Tahrir Square, Cairo, Egypt
*Palestine Permenant Mission
(Arab League)*
Amb. Mohammed Sbeih
Tel.: 20-2-3609873/3602997/8
Fax: 20-2-3602996
E-mail: pales_al@intouch.com
33 An-Nahda Street, Dokki
Cairo, Egypt

**Organization of the Islamic
Conference** (Permanent Mission)
Repr. Abdel Aziz Abu Ghosh
Tel.: 966-2-6872572/054
Fax: 966-2-6936407
PO Box 1253, Jeddah 21431
Saudi Arabia

**United Nations**
(Permanent Observer Mission)
Amb. Nasser Al-Kidwa
Tel.: 1-212-288-8500
Fax: 1-212-517-2377
E-mail: mission@palestine-un.org
115 East 65th Street
New York, NY 10021, US
*Geneva Office:*
Amb. Nabil Al-Ramlawi
Tel.: 41-22-7967660
Fax: 41-22-7967860
E-Mail: missiom-observer.
        Palestine@itu.ch
96 route de Vernier
Case postale 1828, 1211 Geneva
1, Switzerland

**UN Office & International Orga-
nizations** (Permanent Mission)
Amb. Faisal Awaideh
Tel.: 43-1-4088202/3
Fax: 43-1-4088117
Josefgasse 5, 1080 Vienna,
Austria

**UNESCO** (Permanent Observer)
Amb. Ahmad Abdel Razeq
Tel.: 33-1-45683328
Fax: 33-11-45683340
1, Rue Miollis 75015
Paris, France



## PALESTINIAN AUTHORITY

## PRESIDENT'S OFFICE AND MINISTRIES

▶ **PRESIDENT'S OFFICE**
**President:** Yasser Arafat
Tel.: 07-2824670/1/5963
        07-2824670-2
Fax: 07-2822365/6
http://www.p-p-o.com/
*Central:* Tel.: 07-2841028/38
Sec. Gen.: Tayyeb Abdul Rahim
Tel.: 07-2824171
**Dir. Gen.:** Dr. Ramzi Khoury
Tel.: 07-2824670
**Cabinet Sec.:** Ahmad Abdul
Rahman – Tel.: 07-2826890
**Spokesperson:** Marwan Kanafani
Tel.: 07-2826021
        054-871088
**Advisor:** Nabil Abu Rudeineh
Tel.: 07-2825154
Fax: 07-2822365
**Advisor:** Gaith Abu Gaith
**President's Representative:**
Suleiman Ash-Shurafa
**Economic Advisor:** Khalid Slam
Tel: 02-2987770
Fax: 02-2987771
**Israeli Affairs Advisor:**
Dr. Ahmad Tibi
Tel: 02-6771267/050-268777

**Protocol Office:**
Dir.: Khaled Al Yaziji
Tel.: 07-2824064/5
Fax: 07-2825092
**President's Office, Jericho:**
Dir.Gen.: Dr. Sami Musallam
Tel.: 02-2321241/2 / 050-323164
Fax: 02-2321291
**President's Office, Ramallah:**
**Dir. Gen.:** Imad Nahhas
Tel.: 02-2959929/8/2981370/1
Fax: 02-2822365
**Planning Office (OPPC):**
Tel.: 07-2820725
E-mail: oppc@palnet.com
http://www.oppc.pna.net
Neima Bldg., Rimal, Gaza
**National Institution Office:**
Dir.: Wa'el Nazif
Tel. & Fax: 02-2321411
School St, Jericho
**Foreign Media Press Officer:**
Mohammed Edwan
Tel.: 07-2821090/4777
Fax: 07-2824777
**President's Archives:**
Tel.: 07-2829451/2/6081
**PR:** Saeed Zahran

▶ **MINISTRY OF AGRICULTURE**
**Minister:** Hikmat Zaid
Tel.: 02-2961080-8
Fax: 02-2961212
PO Box 197, Ramallah
**Gaza Office:**
Tel.: 07-2865990
        07-2863926, 072862909
Abu Khadra Bldg., Al-Wahda St.,
PO Box 4014, Gaza
**Asst. Deputy:** Atta Abu Karsh
Tel. & Fax: 07-2830305
**Dir. Gen.:** Mahmoud Abu Samra
Tel.: 07-2830305
**Nablus Office:**
Tel.: 09-2386006, 09-2384960
Fax: 09-2385542
**Deputy:** Azzam Tbaileh
Tel.: 02-2961080-8
**Dir. Gen. Scientific Research:**
Shaker Joudeh
Tel.: 02-2961080-8
**Jericho Office:**
Dir.Gen.: Ibrahim Qtaishat
Tel.: 02-2322425/73
Fax: 02-2321280
**General Admin. of Projects:**
Head: Mahmoud Hussein
Tel.: 02-2406502
**Central Veterinary Department:**
Head: Dr. Moh'd Hassouneh
Tel.: 02-2406029/788
**Central Veterinary Laboratory**
Tel.: 02-2406502
        02-2406530
Ramallah
**Palestinian National Agricultural
Research Center** (Jericho)
Dir.: Dr. Ali Fatafta
Tel.: 02-2321922-5
Fax: 02-2321926

▶ **MINISTRY OF CIVIL AFFAIRS**

**Minister:** Jamil Tarifi
Tel.: 02-2987336-9/452-4/
Fax: 02-2987335/7451
Green Tower Bldg., An-Nuzha
St., PO Box 2074, Ramallah
Gaza:
Tel.: 07-2827866
       07-2829647/49
Fax: 07-2827846
Tal Al-Hawa, Gaza
**Deputy:** Sufian Abu Zaydeh
Tel.: 07-2827846
Fax: 07-2827846
**Asst. Deputy:** Zuheir Khalaf
**Dir.Gen. West Bank:** Wajih Al-Atari, Khaled Salim
**PR:** Dir.: Fakhr Eddin Ad-Dik
**PA Civil Affairs Offices:**
Abu Dis: Tel.: 02-2799520
            Fax: 02-2797920
Allenby Bridge: Tel.: 02-9943395
                      Fax: 02-9943395
Bethlehem: Tel.: 02-2770590
               Fax: 02-2770591
Deir Al-Balah: Tel.: 07-2531517
                   Fax: 07-2531518
Gaza: Tel.: 07-2894049/2822333
       07-2829050, 07-2827866
Hebron: Tel.: 02-2226420
           Fax: 02-2226421
Jabalia: Tel.: 07-2459570
           Fax: 07-2459571
Jenin: Tel.: 06-2501555
          Fax: 06-2501556
Jericho: Tel.: 02-2321448
            Fax: 02-2321030
Khan Younis: Tel.: 07-2054374
                 Fax: 07-2054574
Nablus: Tel.: 09-2384404
           Fax: 09-2384405
Qalqilya:Tel.: 09-2942755
            Fax: 09-2942757
Rafah: Tel. & Fax: 07-2145773
          Fax: 07-2135773
Ramallah: Tel.: 02-2986512
             Fax: 02-2986513
Tulkarem: Tel.: 09-2674084/5

▶ **MINISTRY OF CULTURE & ARTS**

**Minister:** Yasser Abed Rabbo
Tel.: 02-2986205/6/2961819
Fax: 02-2986204
http://www.moc.gov.ps/
Ar-Rayan Bldg., Irsal St.,
PO Box 147, Ramallah
Gaza:
Tel.: 07-2824850/70
Fax: 07-2824860
PO Box 4024
**Deputy:** Yahya Hassan Yakhluf
**Dir. Gen.:** Ahmed Dahbour
Tel.: 07-2824850/60/70/7253
Fax: 07-2824860
Mustafa Hafez St., PO Box 4004,
Rimal, Gaza
**Advisor & Dir. Gen:** Yousef Lubbad
**Director Generals:**
- Literature & Publications:
  Mahmoud Shqeir

- International Relations & Advisor to the Min.: Sam'an Khouri
- Arts: Leana Badr
- Public Relations: Ali Amer
- Cultural Centers: Ali Khalili
- Hebron Office: Yousef Tartouri

▶ **MINISTRY OF DETAINEES & FREED DETAINEES AFFAIRS**

**Minister:** Hisham Abdel Razeq
Tel.: 02-2961714/3 07-2847148
Fax: 02-2963722
E-mail: mda@palnet.com
Shalash Bldg., Irsal St.,
PO Box 2105, Ramallah
**Deputy Dir. Gen.:** Radi Jaraii
Tel.: 02-2961714/3 059-209922
Gaza:
Tel. & Fax: 07-2828979
**Office Dir.:** Mu'ath Al-Hanafi
Tel. & Fax: 07-2847148/58/68
**Deputy:** Khalil Ar-Rai
Tel.: 059-403400
**District Offices:**
Bethl.: Head: Ibrahim Najajreh
          Tel. & Fax: 02-2741642
Hebron: Munquez Abu A'twan
            Tel. & Fax: 02-2226423
Jenin: Nazmi Abdel-Ghafour
          Tel.: 06-2501184
Jerusalem: Dir.: Nibal Qatash
               Tel.: 02-2961714/3
               Fax: 02-2963722
Nablus: Abdul Rahman Daoud
            Tel.: 09-2374125
Qalqilya: Head: Izzat Malouh
              Tel.: 09-2942587
**Ex-Detainees Rehabilitation Program**
Dir.: Radi Jamil and Nasser Jarai'
Tel.: 02-2980032/3
Gaza: Dir.: Mohammed Tlouli
Tel.: 07-2847168
(Services that include health insurance, job search assistance, education, vocational training, loans, psychological counseling.)

▶ **MINISTRY OF ECONOMY & TRADE**

**Minister:** Maher Al-Masri
Tel.: 02-2981214/59
Fax: 07-2826139
Rimal, Gaza
Ramallah:
Tel.: 02-2981214-9/08/12
       050-576039/373705
Fax: 02-2981210-5/7/8
PO Box 1629, Ramallah
**Deputy:** Dr. Maher Al-Kurd
**Asst. Dep.:** Sulaiman Abu Karsh
**Asst. Deputy for Financial & Admin. Issues:** Tawfiq Shihabi
**Dir.Gen., Min.:** Nasser Sarraj
Tel. & Fax: 07-2823343
**Director Generals:**
- Trade: Hamad Rafati
  Tel.: 07-2829140/1/2
  Fax: 07-2823343
  Ar-Rimal, Gaza

- Trade, WB: Abdul Hafiz Nofal
- General Admin. for Trade Cooperation: Saeb Bamieh
- General Admin. for Enterprises: Omar Lehroub
- Services & Trade Unit: Ibrahim Muqaiyad
  Tel.: 07-2829143
- Coordination with Chambers of Commerce & International Organizations: Nidal Al Ahmad
**Import/Export Dept:**
Head: Hamad Ar-Raffati
Tel.: 07-2826139
Exhibitions & Markets Dept:
Majed Muhsen
Tel.: 02-2981214-6/07
*The Palestinian Development Gateway (PDG)*
Coordinator: Marwan Tarazi
Tel.: 02-2981213
Fax: 02-2981208
E-mail: info@psgateway.org
http://www.psgateway.org

▶ **MINISTRY OF EDUCATION**

**Minister:** n.a.
Tel.: 02-2983200/53/42/56/5555
Fax: 02-2983222
PO Box 576, Ramallah
Gaza:
Tel.: 07-2865209
       07-2829210/06
Al-Wihdeh & Al-Yarmouk St. intersection, PO Box 435, Gaza
**Deputy:** Dr. Naim Abu Hommos
Tel.: 02-2983256/2983201/42
**Asst. Deputy/Gaza:** Abdallah Abdul Mun'em
Tel.: 07-2861409/5200
**Asst. Deputy/West Bank:** Mute' Abu Hijleh
Tel.: 02-2983253/2983207
**Director Generals:**
- Administrative Affairs: Azzam Abu Bakr
  Tel.: 02-2983292
- Books & Educational Publications: Muwafaq Yaseen
  Tel.: 02-2406174
- Buildings & Projects: Eng. Fawwaz Mujahed
  Tel.: 02-2983252
- Curriculum Center: Dr. Salah Yassin - Tel.: 02-2406756
- Development & District Admin.: Jihad Zakarneh
  Tel.: 02-2983291
- Educational Activities & Students' Affairs: Zainab Al Wazir
  Tel.: 07-2821475
- Educational Techniques: Subhi Al-Kayyed
  Tel.: 02-2401119
- Financial Affairs: Moh'd Jubran
  Tel.: 02-2983206
- General Education: Walid Zagha
  Tel.: 02-2983205
- International & Public Relations: Khalil Mahshi
  Tel.: 02-2983254

*Index p. 123 ff*

PASSIA

04:000036          13

- **Supplies:** Hasan Sarsour
  Tel.: 07-2865206
- **Technical & Vocational Education:** Jamil Abu Sa'da
  Tel.: 02-2983235
- **Training & Educational Supervision:** Dr. Ghazi Eid
  Tel.: 02-2983255
- **Personnel & Registration Office:** Mohammed Hamida
  Tel.: 02-2983200
**Legal Advisor:** Khairi Hanoun
Tel.: 02-2983259
**Advisor:** Lucia Hijazi
Tel.: 02-2983251/68
**District Offices:**
Bethlehem: Head: Moh'd Al-Dibs
  Tel.: 02-2744392
Gaza: Mohammed El Hanjuri
  Tel.: 07-2829207
Hebron: Dr. Taysir Maswadeh
  Tel.: 02-2228990
Jenin: Jamal Tarif
  Tel.: 06-2501366
Jericho: Moh'd Abdel Qader
  Tel.: 02-2321244
Jerusalem: Abdul Muhsen Jabber
  Tel.: 02-6276514
J'lem Suburbs: Subhi Al Khatib
  Tel.: 02-2348627
Khan Younis: Ali Khalefa
  Tel.: 07-2054410
Nablus: Rima Zeid Al-Kilani
  Tel.: 09-2389544
North Gaza: Jamal Al-Jumasi
  Tel.: 07-2453130
Qabatia: Head: Lutfi Kittaneh
  Tel.: 06-2432604
Qalqilya: Head: Mohammed Alia
  Tel.: 09-2940001/1111
Ramallah-Al-Bireh: Musa Jamhour
  Tel.: 02-2987623
Salfeet: Khalil Abu Libdeh
  Tel.: 09-2395661
South Hebron: Khalil Tmeizi
  Tel.: 02-2226366
Tulkarem: Husni Sadeq Badran
  Tel.: 09-2671038

▶ **MINISTRY OF ENVIRONMENT**
**Minister:** Dr. Yousef Abu Safiyeh
Tel.: 07-2822000/3000/2847208
      07-2839355
Fax: 07-2847198
E-mail: pena@planet.edu
http://www.mena.gov.ps
An-Nasser, Ath-Thwara St., Gaza
**Deputy:** Dr. Sufian Sultan Tamimi
**Asst. Deputy:** Musa Abu Gharbiyeh
Tel.: 02-2403495/8
Fax: 02-2403494
Ramallah
Hebron:
Tel.: 02-2225328/9269
Fax: 02-2229279

▶ **MINISTRY OF FINANCE**
**Minister:** Moh'd Zuhdi Nashashibi
Tel.: 07-2863994/2863636/964/
      07-2826188/365/75/85/7262

Fax: 07-2822853
Beirut St., Tel Al-Hawa,
PO Box 4007, Gaza
Ramallah:
Tel.: 02-2407121-4
      02-2400372/650/
      050-369350
Fax: 02-2405880
http://www.mof.gov.ps
Sateh Marhaba, Al-Bireh
PO Box 795, Ramallah
**Deputy Min.:** Dr. Atef Alawneh
Tel.: 02-2400372
      050-341614
**Asst.Deputy:** Mohammed Jaradeh
Tel.: 02-2845288
**Director Generals:**
- **Gaza:** Sa'eed Aweidah
  Tel.: 07-2829247
- **West Bank:** Sami Ramlawi
  Tel.: 02-2400370
  Dir. Gen.: A'bla Nashashibi
  Tel.: 07-2825942
- **Budgetary Affairs:**
  Tel.: 07-2825225
- **Publications:** Ibrahim Al-Biltaji
  Tel.: 07-2829248
- **Personal/Administrative Affairs:**
  Basel Ar-Ramahi
  Tel.: 02-2400480
- **Income Affairs:** Nasser Tahboub
  Tel.: 02-2407341
- **Finance:** Mahmoud Al-Saqa
  Tel.: 07-2829247
  Fax: 07-2825305
- **Auditing/Control:** Said Al-
  Qidreh - Tel.: 07-2829423
- **Customs & VAT:**
  Gaza: Mohammed Issa
  Tel.: 07-2825733
  West Bank: Nasser Tahboub
- **Income Tax:**
  West Bank: Jihad Zamari
  (Acting) Tel.: 02-2407111
  Gaza: Bayyan Abu Shaban
  Tel.: 07-2822408
- **Salaries:** Mustafa Diab
  Tel.: 02-2401333

▶ **MINISTRY OF HEALTH**
**Minister:** Dr. Riad Za'noun
Tel.: 07-2829301-3
      07-2829153/4
Fax: 07-2826325/295
E-mail: mohgaza@palnet.com
E-mail: pnamoh@palnet.com
http://www.moh.gov.ps/
Abu Khadra Bldg., PO Box 1035
or PO Box 5001, Gaza
Ramallah:
Tel.: 02-2407743
Fax: 02-2407742
**Primary Health Care and Public
Health Directorate**
Tel.: 02-2987741
Fax: 02-2955765
Dr. Ziad Al-Haj Yassin Bldg., Al-
Balou', Al-Bireh
**Deputy:** Dr. Munther Al-Sharif
Tel.: 09-2384771
Fax: 09-2384777
PO Box 14, Nablus

**Director Generals:**
- **Gaza:** Dr. Imad Tarawiyeh
  Tel.: 07-2829173/74
- **West Bank:** Dr. Fahed As-Said
  Tel.: 09-2384771-6
  Fax: 09-2384777
- **Children's Health:**
  Dr. Raghda Shawwa
- **Community Health:**
  Dr. Assad Ramlawi
  Tel.: 02-2957392/3
- **Dentistry:** Dr. Saqer Abu
  Qumboz
  Tel.: 07-2825782
  Dr. Raji Musleh
  Tel.: 02-2404744
- **Emergency:** Dr. Moh'd Salameh
- **Enviromental Health:** Dr.
  Ibrahim Attiyeh
  Tel.: 02-2955766/7392
- **Health Insurance:** Dr.
  Mohammed Abu Al Fadl
- **Health Promotion:** Dr. Zahira
  Habash
- **Hospitals:** Dr. Faisal Abu Shahla
- **International Cooperation:** Dr.
  Yousef Al-Hindi
- **Pharmaceuticals:** Dr. Ziad Sha'ath
  Tel.: 07-2826448
  Dr. Walid Obeidallah
  Tel.: 02-2954698
- **Planning:** Khaled Abu Ghali
  Tel. & Fax: 07-2828003
- **Primary Healthcare:** Dr. Abdul
  Jabar At-Tibi
- **Preventive Medicine:**
  Dr. As'ad Ramlawi
  Tel.: 02-2957392/3
        02-2955657
- **PR:** Dr. Marwan Za'ayim
  Tel. & Fax: 07-2826944
- **Public Health Admin.:** Dr.
  Nadim Toubasi
  Tel.: 02-2957391/8394
- **Treatment Abroad :** Dr. Majed
  El-Rayyes
- **Human Resourse Development:**
  Dr. Wael Issa
  Tel.: 07-2827298
- **General Admin. of Pharmacy**
  Dir.: Dr. Walid Ubeidallah
  Tel.: 02-2954698/7
  Fax: 02-2954697

**Quality Improvement Project**
Dir.: Dr. Nehaya Telbani
Tel.: 07-2827941
Fax: 07-2827225
http://www.qippna.org
**Health Services Management Unit**
Dir.: Dr. Faisal Abdul Latif
Tel.: 09-2384771
Fax: 09-2384777
E-mail: hsmu@jrol.com
*District Offices:*
Bethl.: Dr. DeGaulle Haudali
  Tel.: 02-2741756/5
Hebron: Dr. Abdel Aziz Shqeir
  Tel.: 02-2227695/6078/7706
Jenin: Dr. Mohammed Toufakji
  Tel.: 06-2501033/2480
Jericho: Dr. Nazih Mulseh
  Tel.: 02-2322573/406/1292/3

14

**PASSIA**

Nablus: Dr. Sa'id Al Hamouz
Tel.: 09-2376601/2/3/5
Qalqyilia: Dr. Ziad Eid
Tel.: 09-2940054/1054
Ramallah: Dr. Fawzi Falah
Tel: 02-2956521/5658/88450
Salfeet: Dr. Bassam Abu Madi
Tel.: 09-2395620/674/727
Tulkarem: Dr. Sa'id Hanoun
Tel.: 09-2671003/71423

### ▶ MINISTRY OF HIGHER EDUCATION

**Minister:** Dr. Munther Salah
Tel.: 02-2954490/5/
02-2982600/30/4/7833
Fax: 02-2954518
E-mail: minister@mhe.planet.edu
http://www.pal-mhe.org
Um Sharayet, POBox 17360, J'lem
Gaza:
Tel.: 07-2820004/8824/14
Fax: 07-2828554
Al-Yarmouk/Omar Al-Mukhtar
St., PO Box 5301, Gaza
**Deputy:** Eng. Hisham Kuheil
Tel.: 02-2954490/82604/
07-2820004
E-mail: hkuheil@mhe.planet.edu
**Advisor:** Dr. Gabi Baramki
Tel.: 02-2982604
E-mail: gbaramki@mhe.planet.edu
**Press Office:** Majid Sawalhah
Tel.: 02-2982629
E-mail: minister@mhe.planet.edu
**Director Generals:**
- **International & Cultural Relations:**
Tel.: 02-2982615
- **Students' Affairs:** Moh'd Khader
Tel.: 02-2982627
E-mail: mkhader@mhe.planet.edu
- **Technical Education & Colleges:**
Ziad Jweiles - Tel.: 02-2982631
E-mail: jweiles@mhe.planet.edu
- **Licensing & Accreditation:**
Head: Dr. Ribhi Abu Sneineh
Tel.: 02-2982639
E-mail: rsneineh@mhe.planet.edu
- **Admin. & Financial Affairs:**
Dr. Abdul Karim Az-Zughayar
Tel.: 02-2982608
E-mail: dg-finance@mhe.planet.edu
- **Scientific Research:**
Dr. Abdel Salam Shal'ab
Tel.: 02-2982603
E-mail: dg-research@mhe.planet.edu
- **Planning & Development:**
Dr. Wael Al-Qadi
Tel.: 02-2982620
E-mail: waelq@mhe.planet.edu
- **University Education:**
Tel.: 02-2982609
E-m: dg-universities@mhe.planet.edu
Gaza: Dir.: Mohammed Abu Jarad
Tel.: 07-2920004
Fax: 07-2828554
E-mail: abujarad@mhe.planet.edu
Nablus:  Dir.: Hani Makboul
Tel. & Fax: 09-2397103
Az-Zaka Bldg., Rafidia Main St.

### ▶ MINISTRY OF HOUSING

**Minister:** Dr.Abdul Rahman Hamad
Tel.: 02-2843444
07-2822233-6/4646/68480
Fax: 07-2822235
Damascus St., Southern Rimal,
PO Box 4034, Gaza
Ramallah:
Tel.: 02-2987704/51434/
02-2986747/0154
Fax: 02-2987705
Irsal St., Al-Masayef, PO Box 2227
**Dep. Min.:** Marwan Abdul Hamid
**Dir. Gen.:**
- Gaza: Dr. Ramadan Al-Najjar
- West Bank: Adnan Abu Ayyash
**Dept. for Land Survey**
Tel.: 02-2957371/544
Bethl.: Tel. & Fax: 02-2743344
Hebron: Tel.: 02-2227623
02-2226040
Jenin: Tel. & Fax: 06-2501016
Jericho: Tel. & Fax: 02-2321264
J'lem: Tel. & Fax: 02-2797201
Nablus: Tel.: 09-2385343
Fax: 09-2383816
Qalqilya: Tel.: 09-2949688
Fax: 09-2940688
Ramallah: Tel.: 02-2956747
Salfeet: Tel.: 09-2399230
Fax: 09-2395808
Tubas: Tel.: 09-2574395
Fax: 09-2574504
Tulkarem: Tel.& Fax: 09-2671780

### ▶ MINISTRY OF INDUSTRY

**Minister:** Dr. Sa'di Al-Krunz
Tel.: 02-2987641/2/4956-8
Fax: 02-2987640
E-mail: industry@palnet.com
pnaindus@p-i-s.com
http://www.industry.gov.ps/index.htm
Um Sharayet, POB 2073, Ramallah
Gaza/An-Nasser:
Tel.: 02-2829699/454
Fax: 02-2824536
Gaza/Tal El-Hawa
Tel.: 02-2826463
07-2829697/8
Fax: 07-2824884
**Asst. Deputy:** Dr. Jawad Naji
Hirzallah - Tel: 02-2987748
**Dir.Gen.:** Dr. Nasr Jabr
Tel.: 07-2829454/6453/463
Fax: 07-2824884
**Dir. Gen.:** Rateb Al-A'mleh,
Majeda Al-Masri
**Research & Planning:**
Dr. Sami Abu Zarifeh
**District Offices:**
Bethl.: Head: Mahmoud Al Sha'er
Tel.: 02-2741776
02-2742132
Hebron: Head: Ahmad Jum'ah
Tel.: 02-2226393
Jenin: Head: Emad Abu Tabikh
Tel.: 06-2503281
Nablus: Head: Ziad Jou'meh
Tel.: 09-2385953/2
Tulkarem: Yousef Salah Babiyeh
Tel.: 09-2682511

▶ PASSIA

### ▶ MINISTRY OF INFORMATION

**Minister:** Yasser Abed Rabbo
Tel.: 02-2954042/2986465-8
Fax: 02-2954043
E-mail: mininfo@planet.edu
or: postmaster@mininfo.pna.org
http://www.pna.org/mininfo
Acre St., Al-Bireh, PO Box 224,
Ramallah
Gaza:
Tel.: 07-2824925
07-2826200
07-2826100
Fax: 07-2826100
An-Nasr St., PO Box 5195, Gaza
**Dir. Gen.:** Hasan Al-Kashif
Tel.: 07-2821672
07-2821672
Fax: 07-2821672/2824926
**Dir. Gen. West Bank:**
Mohammed Suleiman
Tel. 02-2966445/54044
Fax: 02-2954043
**District Offices:**
Bethl.: Tel. & Fax: 02-2765115
Hebron: Tel. & Fax: 02-2226938
Shalalah St., Natsheh Bldg.
Nablus: Tel.: 09-2384024
Sa'addin Bldg., Adel St.
**Director Generals:**
- **Press & Printed Materials:**
Hani Al-Masri
- **Financial & Admin. Affairs:**
Ibrahim Sajdiyeh
- **Local Media:** Muhannad Abdul Hamid
- **Public Media:** Towfiq Bseiso
- **External/Local Media/Public Relations:** Walid Alami
- **Women & Child Affairs:** Clemence Khoury
- **South Governorate Office:** Yacoub Shaheen

### ▶ MINISTRY OF THE INTERIOR

**Minister (acting):** Pres. Yasser Arafat
Tel.: 07-2829183/185
07-2829460
Fax: 07-2840165
An-Nasser St., Gaza
Ramallah:
Tel.: 02-2959395-7
Fax: 02-2959394
Al-Irsal St., PO Box 641
Hebron:
Tel.: 02-2227265/6350
Fax: 02-2228649
**Deputy:** Ahmad Said Tamimi
Tel.: 02-2957174
**Asst. Deputies.:** Zakaria Abdul Rahim
Tel.: 07-2825442
**Dir. Gen.:** Dr. Awad Hijazi
- Gaza, Tel.: 07-2823088
Mohammed Lutfi Yassin
- West Bank
**Licensing Dept.:** 07-2829183
07-2825794
**Director Generals:**
- Ministry: Omar Al-Shibli
- PR: Nizam Abu Sha'ban

*Index p. 123 ff*

- **Organizations:**
  Mohammed Al-Madhoun
  Tel.: 07-2863800/4084/21661
  Fax: 07-2829470
- **Passport & Naturalization:**
  Mohmoud Al-Agha
  Tel.: 07-2828060
- **Legal Department:** Hussein Assi
  Tel.: 02-2322230/2321060
  Fax: 02-2321061
  Jericho
- **Directorate of Prisons:**
  Col. Hamdi Reefi
  Tel. & Fax: 07-2829112
  Tel.: 07-2829589
- **Directorate of Police Training:**
  Brig.Gen. Samih Nasser
  Tel.: 07-2829366/65
  Fax: 07-2823983
- **Civil Defence:**
  Mahmoud Abu Marzouq
  Tel.: 07-2863633 - Gaza
       07-2841878 - Tal El-Hawa
       07-2826047 - Tal El-Hawa
**Civil Defense Centers:**
Al-Bireh: Tel.: 02-2955595
Bethl.: Tel.: 110/02-2741122-3
Deir Al-Balah: Tel.: 102
       07-2531129
Dura: Tel.: 02-2280677
Gaza: Tel.:102/07-2861233/3633
Hebron: Tel.: 02-2228844
Jabalia: Tel.: 102/07-2457836/35
       07-2477835/6
Jenin: Tel.: 102/06-2501225 ·
       06-2503801
Jericho: Tel.: 02-2322658/1062
Khan Younis: 102 / 07-2053057
Nablus: Tel.: 09-2380598/1011
Qalqilya: Tel.: 09-2940440/1
Rafah: Tel.: 07-2135079
Ramallah: Tel.: 02-295880/5599
Salfit: Tel.: 09-2399757
Thahriyyeh: 02-2267111
Tulkarem: Tel.: 09-2672130
Yatta: Tel.: 02-2279607

▶ MINISTRY OF JUSTICE

**Minister:** Freih Abu Meddein
Tel.: 07-2867109/20256
       07-2845432/42
       07-2822231/318/9118
Fax: 07-2867109/20265
**Deputy Min.:** Ibrahim Al Daghma
Tel.: 07-2822927
**Asst. Dep.:** Hassan Abu Libdeh
Tel. & Fax: 07-2825286
**Attorney Gen.:** Zuheir As-Sourani
Tel.: 07-2829059
**Dir.Gen.:** Atef Khudari
Tel.: 07-2820266
Fax: 02-2867109
**Dir. Gen./WB:** Farouk Abul Rub
**Dir. Gen.:** Yahya Shrouro
Tel.: 07-2845432
Fax: 02-2867109
**Dir. Gen. Public Relations:**
Mohammed Abu Shawiesh
Tel.: 07-2829120
Fax: 07-2867109

**Legislation Department - Diwan
Al Fatwa Wal Tashrei'**
Head: Ibrahim Al Daghma
Tel.: 07-2829197/18
Tel.: 02-2984304/6 (Ramallah)
Fax: 07-2829197
Fax: 02-2984306
**Chamber of the Chief Justice**
**High Court:**
Tel.: 07-2824501
Fax: 07-2822388/390
**Chief Justice, Shari'a Courts:**
Sheikh Mahmoud Salameh
Tel.: 07-2868485
       07-2863609

▶ MINISTRY OF LABOR

**Minister:** Rafiq An-Natsheh
Tel.: 02-2900375-9/2900990
Fax: 02-2900607
E-mail: info.mol.pna.org
http://www.mol.gov.ps
Main St., Betunia, PO Box 350,
Ramallah
Gaza:
Tel.: 07-2863919/8393
       07-2829147/640
Fax: 07-2868478/22400
Abu Khadra, PO Box 4021
**Asst. Deputy Ministers:**
Moh'd Sabbah (West Bank, Gaza)
Tel.: 02-2901373
Haider Ibrahim (West Bank)
Tel.: 02-2900379
**Dir. Gen.:** Ahmed Abu Shawish
Tel.: 07-2863919
**Employment Program:**
Dir.: Abdul Majeed Swailem
Tel.: 02-2900022
**Director Generals:**
- **Admin. & Financial Affairs:**
  Mohammed Abu Sbeitan
- **Cooperatives:** Taher An-Natsheh
- **Employment & Labor:**
  Gaza: Said Mdalal
  West Bank: Hussein Al-Abed
- **International, Arab & Public
  Relations:** Hassan Saleh
- **Labor Inspection:** Mahmoud Al-
  Shunaq
- **Labor National Institute:**
  Fawaz Yassin
- **Labor Relations:** Ahmad Nijjem
- **Occupational Safety & Health:**
  Assef Sa'id
- **Planning & Information:**
  Ghazi Al-Khalili
- **Social Insurances:**
  Mohammed Hzayyim
- **Vocational Training:** Riad
  Madani, Ahmad Al Khatib
- **Woman Affairs:** Ihsan Barnawi
**Media & Public Relations Dept.:**
Head: Ali Najmeddin
Jericho Office:
Husni Hamdan
Tel.: 02-2322616
       02-2321161
Fax: 02-2321161
**Public Relations:** Hafez Abbassi
Tel.: 07-2822400/9329

**Palestinian-Swiss Cooperation -
Expert Team on Vocational Training**
Head: Mazen Al Hashweh
Tel.: 02-2901638/2900965
Fax: 02-2900965/2902085
**District Offices:**
Bethlehem: Head: Yassin Radi
       Tel. & Fax: 02-2742557
Hebron: Head: Ali Qdaimat
       Tel.: 02-2226116/7896
       Fax: 02-2226115
Jenin: Head: Walid Bilbaisi
       Tel.: 06-2501010
Jericho: Head: Husni Romah
       Tel.: 02-2328616/1270
       Fax: 02-2321270
Jerusalem: Hussein Abu Gharbieh
       Tel.: 02-2796057/9862
Nablus: Head: Moh'd Abu Zaytun
       Tel.: 09-2384639
Qaqilya: Head: Husni As-Saifi
       Tel.: 09-2940010
Ramallah: Head: Ali Hamdan
       Tel: 02-2957395/6
Salfeet: Head: Baha' Eddin Taha
       Tel.: 09-2395226
Tulkarem: Ghazi Nasrallah
       Tel.: 09-2672147

▶ MINISTRY OF LOCAL
   GOVERNMENT

**Minister:** Dr. Sa'eb Erekat
Tel: 02-2322619/065
Fax: 02-2321240
E-mail: molg@p-ol.com
http://www.p-ol.com/~molg/
Kitf Al-Wad, PO Box 98, Jericho
Gaza:
Tel.: 07-2866844/494/29184/046
       07-2820271/3/4478
Fax: 07-2867509
Ramallah: PO Box 23
Tel.: 02-2402345/8
Fax: 02-2402349
**Deputy:** Dr. Hussein Al-Araj
Tel.: 02-2402260
**Asst. Deputy/Gaza:** Ismail Abu
Shamaleh - Tel.: 07-2820271
**Asst. Deputy/WB:** Ahmed Ghneim
**Dir. Gen.:** Jihad Hamdan,
       Omar Samha
**PR:** Dir.: Dr. Hani Al-Hrub
Tel.: 02-2402345/8
**District Planning Committee:**
Tel.: 09-2945394 - Qalqilya

▶MINISTRY OF NON-GOVERN-
  MENTAL ORGANIZATIONS

**Minister:** Hassan Asfour
**Dir. Gen.:** Dr. Fathi Darwish
Tel.: 07-2825552/2834828
Fax: 07-2834858
E-mail: mongoa@mongoa.gov.ps
       smona@palnet.com
http://www.mongoa.gov.ps
PO Box 1370, Gaza
Ramallah:
Tel.: 02-2401370-2
Fax: 02-2401371
PO Box 20, Ramallah

16

PASSIA

04:000039

0602

► MINISTRY OF PARLIA-
MENTARY AFFAIRS

**Minister:** Nabil Amro
Tel.: 02-2960872-3
Fax: 02-2981101
E-mail: mpa@planet.edu
Irsal St., Jaber Shalash Bldg.,
Ramallah

► MINISTRY OF PLANNING &
INTERNATIONAL COOPERATION

**Minister:** Nabil Sha'ath
Tel.: 07-2867334/28224882/93
07-2829260/2821655/40
Fax: 07-2824090/2937/2482
E-mail: info@nmopic.pna.net
http://www.pna.gov.ps/
PO Box 4017, Gaza City
West Bank:
Tel.: 02-2961860-2/850/1
02-2366000/2983914
Fax: 02-2961856-9
Al-Balu', Al-Bireh, PO Box 1336,
Ramallah or PO Box 54319, J'lem
**Deputy:** Dr. Samih Al Abed
Tel.: 02-2961851 / 059-352875
**Asst. Deputy:** Ali Sha'ath - Gaza
Tel.: 07-2826737 / 059-408115
**Dir. Gen.:** Dr. Majdi Khalidi
Tel.: 07-2822483
Director Generals:
- **Internat. Coop.:** Walid Siam
  Ahmad Suboh
  Tel.: 02-2961952/3
  Hisham Mustapha
  Tel.: 02-2961954
- **Gender Planning & Develop-
  ment:** Zahira Kamal
  Tel.: 02-2961856 /
  050-500363 / 050-695342
- **Expatriate Affairs:** Anis Bargouthi
  E-mail: expat@intlcoop.pna.net
  Tel.: 02-2961860/1
- **Admin. & Financial Affairs:**
  Said Al-Qudreh
  Tel.: 07-2827828
  02-2983927
- **Israeli Affairs:** Sufian Abu Zaydeh
  Tel.: 07-2829258
- **Strategic and Sectoral Planning**
  Khalil Nijim
  Tel.: 02-2983904 / 052-634511
- **Institution Building & Human
  Resources Development:**
  Dr. Mohammed Ghadiyeh
  Tel.: 02-2961864
Science & Technology Unit:
Head: Dr. Karim Tahboub
Tel. & Fax: 02-2983912
*PALESTA (Palestinian Scientists
and Technologists Abroad)*
E-mail: ask@palesta.net
http://www.palesta,net
Balou', Ramallah

NPA Secretariat (National Plan of
Action for Palestinian Children)
Tel.: 02-2404760/1
Fax: 02-2404762
E-mail: npapal@palnet.com
http://palnet.com/~npasec/

As-Sahrafeh St., Al-Bireh, opp. Al-
Razi Hospital (Munis Tresh
House), PO Box 38144, Kufr Aqab
PR Dept.: Basel Jaber
Tel.: 02-2983772
Media Office: Basel Jaber
Tel.: 07-2867334

► MINISTRY OF POSTS &
TELECOMMUNICATION

**Minister:** Imad Al-Falouji
Tel.: 07-2822822/9171
Fax: 07-2825666
Gaza
Ramallah:
Tel.: 02-2986555/7/8/946
Fax: 02-2986556
E-mail: hayaha@hotmail.com
Irsal St., Al-Balou', PO Box 674
**Deputy Min.:** Zuheir Lahham
Tel.: 07-2829459/2825666
Fax: 02-2825666
**Dir. Gen.:** Mahmoud Diwan
Director Generals:
- **West Bank:** Samir Bakr
- **Gaza:** Kamel Sha'ath
- **Communications:** Moh'd Skeik
- **Internal Control:** Majdi Jaber
- **Postal Affairs:** Omar Khalawi

►MINISTRY OF PUBLIC WORKS

**Minister:** Azzam Al-Ahmad
Tel.: 02-2980206/8/7888/
02-2400888/1208/2206/7
Fax: 02-2987890/2400890
E-mail: mpw@palnet.com
Sateh Marhaba, Al-Bireh
PO Box 29, Ramallah
Gaza:
Tel.: 07-2865900
Fax: 07-2868475
Arab League St., Rimal
**Deputy:** Deif Allah Al Akhras
Director Generals:
- **Public Works:** Afif Said
- Hebron: Majdi Abu Gharbiyeh
  Tel.: 02-2966006
- Jericho: Musa Jadallah
- **Planning & Studies:** Aqil Kharsam
  Tel.: 02-2966006
- **Technical Control:** Maher Ghneim
  Tel. & Fax: 02-2965921
- **Admin. & Financial Affairs:**
  Bassam Abu Gharbiyeh
  Tel.: 02-2400888

►MINISTRY OF SOCIAL AFFAIRS

**Minister:** Intisar Al-Wazir (Um Jihad)
Tel.: 07-2829193/4/5/89
Fax: 07-2820686
Old Housing Bldg., Rimal, Gaza
Ramallah:
Tel.: 02-2959061/2986183/4
Fax: 02-2955723/2959060
Um Sharayet, PO Box 3525,
Al-Bireh
**Deputy Min. & Dir. Gen.:**
Wahid M'teir
Tel.: 07-2869994

Director Generals:
- **Rehabilitation:** Ikhlas Jamil
  Tel.: 07-2848426/2848426
- **PR Dept.:** Abeer Abu Kishk
  Tel.: 02-2986183/4
- **Planning Unit:** Hana Al-Qaimari
  Tel: 02-2959061/2986183-4
District Offices:
Bethl.: Head: Diana Mubarak
  Tel.: 02-2741216/7
  Fax: 02-2770582
Hebron: Head: Sharif Jaradat
  Tel.: 02-2227653
  Fax: 02-2220898
Jenin: Tel. & Fax: 06-2436864
Jericho: Head: Ahmad Maharmeh
  Tel.: 02-2322504
Jerusalem: Head: Sha'lan Bahar
  Tel. & Fax: 02-2799969
Nablus: Head: Fadia Al Masri
  Tel.: 09-2383574/2387785
  Fax: 09-2380064
Qalqilya: Head: Dr. Saleh Mara'be
  Tel.: 09-2942588
Ramallah: Head: Zuheir Al-Zuheiri
  Tel.: 02-2958343
  Tel. & Fax: 02-2956277
Tulkarem: Head: Ra'eq Al-Dureydi
  Tel.: 09-2674244

► MINISTRY OF SUPPLIES

**Minister:** Abdul Aziz Shaheen
Tel.: 07-2840215/05/25/2825140
059-419995
E-mail: supply@rannet.com
Al-Wihda St., Gaza
Ramallah:
Tel.: 02-2400895
Fax: 02-2400894
Al-Balou', PO Box 2148, Al-Bireh
Um Sharayet: Tel.: 02-2987893
PO Box 2148, Ramallah
**Deputy:** Abdul Hamid Al-Qudsi
  Tel.: 02-2400892
**Dir. Gen.:** Adel Saqallah
  Tel.: 07-2844417
**Consultant:** Dr. Subhi Abu Sha'ireh
Director Generals:
- **Northern Region:** Abdallah Skafi
  Tel.: 02-2400893/5/29878920
- **Financial & Admin. Affairs:**
  Riyad Al Madhoun
  Tel.: 07-2826420/30
- **Control & Inspection:**
  Gaza: Abdallah Fattah Humeid
  Tel.: 07-2826420/30
  West Bank: Mahmoud Id'eis
- **PR:** Ibrahim Khader
District Offices:
Beit Lahya: Tel.: 07-2458710
Bethlehem: Tel.: 02-2772395
Deir Al-Balah: Tel.: 07-2351519
Gaza City: Tel.: 07-2826420/30
Hebron: Tel.: 02-2220111/3333
Jenin: Tel.: 06-2437062/3
Jericho: Tel.: 02-2921528
Jerusalem: Tel.: 02-2798372
Khan Younis: Tel.: 07-2052100
Nablus: Tel.: 09-2386017/8
Qalqilya: Tel.: 09-2493108
Rafah: Tel.: 07-2135720

Ramallah: Tel.: 02-987892/4
Tulkarem : Tel.: 09-2672718/9

▶ MINISTRY OF TOURISM & ANTIQUITIES

**Minister:** Mitri Abu Aita
Tel.: 02-2741581-3
Fax: 02-2743753
E-mail: mota@visit-palestine.com
http://www.visit-palestine.com
Nazzal Building, Main Street
PO Box 534, Bethlehem
**Deputy:** Abdallah Hijazi
Tel.: 02-2770603 / 07-2824876
Fax: 02-2770604
**Dir. Gen.:** Bajes Ismail
Tel.: 02-2760665
Fax: 02-2760898
**District Offices:**
Gaza: Tel.: 07-2824866/2824876
          Fax: 07-2824856
Hebron: Tel.: 02-2229633
          Fax: 02-2227633
Jenin: Tel.: 06-2438380
          Fax: 06-2348381
Jericho: Tel.: 02-2322935
          Fax: 02-2321229
Nablus: Tel.: 09-2385042-4
          Fax: 09-2385043
Qalqilya: Tel.: 09-2943143
          Fax: 09-2943143
Ramallah: Tel.: 02-2402530/2/3
          Fax: 02-2402531
Salfeet: Tel.: 09-2395967
          Fax: 09-2395970
Tulkarem: Tel.: 09-2672356
          Fax: 02-2679701

▶ MINISTRY OF TRANSPORT

**Minister:** Dr. Ali Qawasmi
Tel.: 02-2400946
Fax: 02-2400943
PO Box 399, Ramallah
**Asst. Deputy:** Ali Suleiman Ja'bari
Tel.: 02-2400946
Gaza: Tel.: 07-2829133/63762
          07-2863322
Fax: 07-2822297
**Dir. Gen.:** Mahmoud Qawasmi
Tel.: 02-2400946
**Director Generals:**
- **Licensing, Southern Districts:**
  Jibril Tilbani - Tel.: 07-2863322
- **Licensing, West Bank:**
  Eng. Mohammad Jaradat
  Tel.: 02-2400946
- **Financial Affairs:** Ali Erekat
  Tel.: 02-2400946
- **Admin. Affairs & Supplies:**
  Abdul Jabbar Hamad

▶ MINISTRY OF WAQF & RELIGIOUS AFFAIRS

**Minister:** ----
Hebron
Tel.: 02-2228251 / 050-353308
          02-2228213
Gaza
Tel.: 07-2866947

Fax: 02-2866947/2824837
Al-Yarmuk St., PO Box 283, Gaza
Izzariyya:
Tel.: 02-2799902/3
Fax: 02-2796222
Dar Al-Aytam Al-Islamia Bldg.
Dep.: Sheikh Yusef Juma Salameh
**Asst. Deputy:** Aziz Amro
**Mufti of Jerusalem & Palestine:**
Sheikh Ekrima Sabri
Tel.: 02-6260582/050-311489
Fax: 02-6285082
PO Box 54825, Jerusalem
**Dir., Al-Aqsa Mosque:**
Sheikh Mohammed Hussein
Tel.: 02-6274925
**Dir. Generals:**
- **Jerusalem Affairs:**
  Nasser Daoud Rifa'i
- **Directorates:** Bahjat Dweikat
- **Financial Affairs:** Moh'd
  Mustapha Ja'far, Khader Abu
  Sha'ban: Tel.: 07-2829050
  Mahmoud Al-Neirab:
  Tel.: 07-2829070
- **Christian Affairs:**
  Ibrahim Kandalaft
  Tel.: 02-6282339/050-391697
- **Islamic Research:**
  Mohammed Lafi
  Tel.: 02-2863943/47638
- **Legal Affairs:**
  Fouad Siam
- **Women's Affairs Dept.:**
  Tel.: 07-2827628
**District Offices:**
Gaza: Tel: 07-2826892
Nablus: Tel.: 09-2384274/5/6
Hebron & Southern District:
          Tel.: 02-2223005

▶ MINISTRY OF YOUTH & SPORT

**Minister:** -----
Tel.: 07-2868045/2826689/
          07-2822743/2668/9/7654
Fax: 07-2822736
E-mail: MYS@palnet.com
Ash-Shifa St., Southern Rimal,
PO Box 1416, Gaza
Ramallah:
Tel.: 02-2985981/2/8/6490/
          02-29559730-4
Fax: 02-2985991
Irsal St., Irsal Bldg., PO Box 52
**Deputy Min.:** Dr. Ahmad Al-Yazji
Tel.: 02-2827645/2743
Fax: 02-2827627
**Asst. Deputy/West Bank:**
Dr. Jamal Al-Muheissen
Tel.: 02-2985983
**Dir. Gen.:** Rabiha Diab
Tel.: 02-2959733
**District Offices:**
Bethl.: Head: Khalil Shahwan
          Tel.: 02-2770612-4
Deir Al Balah: Tel.: 07-2531929
Gaza Compound: 07-2824956
Hebron: Abdul Nasser Al Sharif
          Tel.: 02-2226559
Jenin: Head: Ghassan Kabaha

Tel.: 06-2502680
Jericho: Suleiman Abu Taleb
          Tel.: 02-2322498
J'lem: Head: Nabil Abu Omar
          Tel.: 02-2347998
Khan Younis:
          Tel.: 07-2054176/3671
Nablus: Head: Ghassan Al-Masri
          Tel.: 09-2381557
          Fax: 09-2382621
Qalqilya:
          Tel.: 09-2942761
Ramallah-Al-Bireh: Nimer Attiyeh
          Tel.: 02-2959730/4
          02-2985981/2
          Fax: 02-2985991
Salfeet: Head: Reyad Amer
          Tel.: 09-2395623
Tulkarem: Head: A'la'a Haloub
          Tel.: 09-2672783

♦**Ben Weider Academy for Fitness**
Dir.: Dr. Nazih N'eirat
Tel.: 02-2900972
Fax: 02-2900971
Beitunia
♦**Majed As'ad Sports' Compound**
Dir.: Daoud Mitwali
Tel.: 02-2400144
Al-Bireh
♦**The Martyr Salah Khalaf Center
for Young Leaders**
Dir.: Marwan Wishahi
Tel.: 02-2578620
Al-Fara'a

▶ MINISTERS WITHOUT PORTFOLIO

**Minister:** Faisal Husseini
(Jerusalem File)
Tel.: 02-6271172/2472
          050-549831
          052-537295
Fax: 02-6274020
Orient House, Jerusalem

**Minister:** Salah Ta'amari
(Settlements)
Tel.: 02-2743502/3
          02-2765308
          050-202947 / 052-202947
Fax: 02-2743502
c/o Orient House, Jerusalem

**Minister:** Ziyad Abu Ziyad
Tel.: 02-6282159
          02-2797450/1
          050-248089
Fax: 02-6273388
E-mail: pij@palnet.com

**Minister:** Dr. Nabil Kassis
(Bethlehem 2000)
Tel.: 02-2742224
Fax: 02-2742227

**Minister:** Jirar Qudwa
Tel.: 07-2829187
Fax: 07-2821703

18

PASSIA

04:000041

## PLC - PALESTINIAN LEGISLATIVE COUNCIL

**Speaker:** Ahmed Qrei'a (Abu Ala')
Tel.: 02-2987716/2959595
050-495659
02-6279263 - res.
Fax: 02-2987712
**Main Office, Al-Bireh:**
Tel.: 02-2987714/5/7
Fax: 02-2987719
**Gaza:**
Tel.: 07-2827027/9337/8
07-2824194/3953
Fax: 07-2827037/4174/2596
E-mail: palplc@planet.edu
http://www.pal-plc.org
**1st Deputy:** Ibrahim Abu Naja
Tel.: 07-2824154 / 050-546382
Fax: 07-2824174
**2nd Deputy:** Ghazi Hanania
Tel.: 02-2987222/54110
059-301357
Fax: 02-2957062
**Dir. Gen.:** Mahmoud Labadi
Tel.: 02-2987720 / 2960733
050-532747
Fax: 02-2987720
**Dir. Gen. of the Speakers Office:**
Salah Al-Ayan
Tel.: 02-2987716 / 050-377915
Fax: 02-2987712
**Financial Department**
Abdul Karim Abu Taha
Tel. & Fax: 02-2987721
059-205206
**PLC Committees**
Dir.: Ibrahim Khreisheh
Tel.: 02-2987719 / 050-566317
**Media & Information Dept.**
Dir.: Basem Barhoum
Tel.: 02-2987718/2402718
**PR Department**
Dir.: Nadia Sartawi
Tel. & Fax: 02-2960332
050-281193
**Administrative Affairs:**
Dir. Gen.: Izzideen Abu Safiyeh
Tel.: 07-2824488
050-316080 / 059-316080
**Library:** Dir.: Lina Queider
Tel.: 02-2958892 / 050-363848
**Legal Dept.:** Jamal El Khatib
Tel.: 02-2400717

### PLC MEMBERS

▶ **JERUSALEM DISTRICT**

**Jerusalem District Office** (7 seats)
Tel.: 02-2347450/1
Fax: 02-2347452

**Ziad Abu Zayyad**
Tel.: 02-6282115/2797450/1 - off.
02-6282159
02-2799748 / 050-248089
Fax: 02-6273388
E-mail: pij@palnet.com

---

**Hatem Abdel Qader**
Tel.: 02-2347450/1 - off.
052-867629
Fax: 02-2347452

**Hanan Ashrawi**
Tel.: 02-5851842/35462 - off.
02-2951928/9 - res.
059-201207/6
Fax: 02-5835184

**Ahmad Al-Batsh**
Tel.: 02-2347450 - off.
02-2449561 - res.
050-452242
Fax: 02-2347452

**Dr. Emile Jarjou'i**
Tel.: 02-2741171/5 - off.
02-5828066 - res.
050-243601
Fax: 02-2766401/2742514

**Ahmad Qrei'a (Abu Ala)**
Tel.: 02-2987716/59595 - off.
050-495659/02-6279263 - res.
Fax: 02-2987712

**Ahmad Hashem Az-Zughayar**
Tel.: 02-6282351/2347450 - off.
02-6276788/050-389761 - res.
Fax: 02-2347452

▶ **BETHLEHEM DISTRICT**

**Bethlehem District Office**
(4 seats)
Officer: Fuad Suleiman Salem
Tel.: 02-2743502/2743502/3
Fax: 02-2743503

**Mitri Abu Aitta**
Tel.: 02-2744542/5440 - off.
02-2741641 - res.
050-510047
Fax: 02-2744544

**Bishara Daoud**
Tel.: 02-2742966/5440 - off.
02-2742242 - res.
050-381090
Fax: 02-2744546

**Salah At-Ta'mari**
Tel.: 02-2765308 - off.
02-2772366 - res.
050-202947
Fax: 02-2743502/3

**Daoud Az-Zeir**
Tel.: 02-2770461 - off.
050-201005 / 059-205271
Fax: 02-2765060

▶ **DEIR AL-BALAH DISTRICT**

**Deir Balah District Office** (5 seats)
Tel. & Fax: 07-2552166

**Freih Abu Meddein**
Tel.: 07-2552166 / 050-314142
07-2822231 - Res.
Fax: 07-2820265/552166

---

**Ibrahim Al-Habbash**
Tel.: 07-2552166
07-2531321 - res.
059-408332
Fax: 07-2552166

**Sa'adi Al-Krunz**
Tel.: 07-2552166/2843707
050-342251 / 059-408331
Fax: 07-2552166/2824884

**Jalal Al-Msadar**
Tel.: 07-2552166/30950
059-401010
Fax: 07-2552166

**Jamileh Saydam**
Tel.: 07-2552166 - off.
07-2824116 - res.
059-408379
Fax: 07-2552166

▶ **GAZA CITY DISTRICT**

**Gaza District Office** (11 seats)
Tel.: 07-2822788
Fax: 07-2822449

**Ziad Abu Amr**
Tel.: 07-2836617 / 059-408407
07-2824356 - res.
Fax: 07-2836627

**Marwan Kanafani**
Tel.: 07-2826021/5470
059-408119
Fax: 07-2826031

**Nahedd Ar-Rayyes**
Tel.: 07-2824896 - off.
Fax: 07-2824896

**Faraj As-Sarraf**
Tel.: 07-2866596 - off.
07-2860011 - res.
059-408423
Fax: 07-2866596

**Yousef Ash-Shanti**
Tel.: 07-2867105/74003
059-408368 / 050-483773
052-379414
Fax: 07-2824993

**Fakhri Shaqoura**
Tel.: 07-2842440 - off.
07-2824288 / 059-408158
Fax: 07-2825324

**Rawya Ash-Shawwa**
Tel.: 07-2860177 - off.
07-2821242 - res.
059-408416
Fax: 07-2824177

**Intisar Al-Wazir**
Tel.: 07-2827474 - off.
07-2824730 - res.
Fax: 07-2820686

**Wajih Yaghi**
Tel.: 07-2825732 - off.
059-408415
Fax: 07-2855799

---

*Index p. 123 ff*

PASSIA

04:000042

19

**Musa Az-Za'bout**
Tel.: 07-2822788 – off.
07-2869747 / 059-408412 -res.
Fax: 07-2833577

**Reyad Az-Zanoun**
Tel.: 07-2829176/54/5579 – off.
07-2826666 - res.
050-349671
Fax: 07-2826295

▶ **HEBRON DISTRICT**

**Hebron District Office** (10 seats)
Tel.: 02-2226767
Fax: 02-2226766

**Zahran Abu Qbeitah**
Tel.: 02-2226766/7 – off.
02-2279331 – res.
050-533979
Fax: 02-2226766/7

**Ali Abu Ar-Rish**
Tel.: 02-2251911 – off.
050-233926 / 059-205178
Fax: 02-2226766/7

**Musa Abu Sabha**
Tel.: 02-2226766/7 – off.
02-2227026 – res.
050-356815 / 059-205186
Fax: 02-2226766/7

**Suleiman Abu Sneineh**
Tel.: 02-2226766/7 – off.
02-2228550/6398
050-537729 / 050-233926
059-205176 / 059-205196
Fax: 02-2226766/7

**Nabil Amro**
Tel.: 02-2960872/3 – off.
02-2958433 – res.
050-573784
Fax: 02-2981101

**Mohammed Al-Hourani**
Tel.: 02-2226766/7
050-282654 / 059-205204
Fax: 02-2226766/7

**Rafiq An-Natsheh**
Tel.: 02-2900375-9 – off.
02-2900990 / 02-2224244
052-390555
Fax: 02-2226766/7

**Ali Al-Qawasmi**
Tel.: 02-2220901/2400944 – off.
02-2228165/6910 – res.
050-433942 / 059-433942
Fax: 02-2228156/6766/7

**Jamal Ash-Shobaki**
Tel.: 02-2226766/7 – off.
02-2745880 – res.
050-289722 / 059-205304
Fax: 02-2226766/7

**Abbas Zaki**
Tel.: 02-2223851 – off.
02-2222444 – res.
050-388678 / 059-224455
Fax: 02-2223853

20

▶ **JABALIA DISTRICT**

**Jabalia District Office** (7 seats)
Tel. & Fax: 07-2457337

**Hisham Abed Ar-Razek**
Tel.: 07-2457337 – off.
07-2457911 – res.
050-369732 / 059-408181
Fax: 07-2457337

**Yousef Abu Safieh**
Tel.: 07-2457337 – off.
07-2457744 – res.
059-408262
Fax: 07-2457337

**Fuad Eid**
Tel.: 07-2457337 / 059-408328
07-2456624 – res.
Fax: 07-2457337

**Emad Al-Falouji**
Tel.: 07-2825612
07-2456235 – res.
050-433943 / 059-433943
Fax: 07-2824555

**Abdul Rahman Hamad**
Tel.: 07-2825903/777/9149/2235
059-408120
Fax: 07-2824086/849

**Karam Sarandah**
Tel.: 07-2457337 / 052-332567
07-2458750 – res.
Fax: 07-2457337

**Kamal Ash-Sharafi**
Tel.: 07-2457337/059-408321-off.
07-2456428 – res.
Fax: 07-2457337

▶ **JENIN DISTRICT**

**Jenin District Office** (6 seats)
Tel.: 06-2437161/2
Fax: 06-2437163

**Azzam Al-Ahmad**
Tel.: 02-2402206/4181 - off.
050-500104
Fax: 02-2400890

**Jamal Shati Al-Hindi**
Tel.: 06-2437161/2 – off.
06-2430320 / 050-251081
059-205121
Fax: 06-2439580

**Ahmad Irsheid**
Tel.: 06-2437161/2 – off.
06-2502060 / 059-205174
Fax: 06-2439580

**Burhan Jarrar**
Tel.: 06-2437161/2 – off.
06-2436901 – res.
Fax: 06-2439580

**Hikmat Zeid Al-Kilani**
Tel.: 02-2961080-8 / 90-2
050-369734/059-205147
06-2501027
Fax: 02-2961212

**Fakhri Turkman**
Tel.: 06-2437161/2 – off.
06-2436650 /059-205377
Fax: 06-2439580

▶ **JERICHO DISTRICT**

**Jericho District Office** (1 seat)
Tel.: 02-2321540
02-2321541

**Sa'eb Erekat**
Tel.: 02-2321540/6190 – off.
02-2322304 – res.
050-523405 / 059-205190
Fax: 02-2321540

▶ **KHAN YOUNIS DISTRICT**

**Khan Younis District Office**
(8 seats)
Tel.: 07-2051349/2051134
Fax: 07-2051134

**Ibrahim Abu An-Naja**
Tel.: 07-2824154 – off.
07-2825999 – res.
050-546382
Fax: 07-2824154

**Abdul Karim Abu Salah**
Tel.: 07-2854877 – off.
07-2073448 – res.
059-408314
Fax: 07-2051134

**Hassan Asfour**
Tel.: 07-2823657/5552
050-347226 / 059-347226
Fax: 07-2051134/2823487
07-2834858

**Ra'fat An-Najar**
Tel.: 07-2052445 – res.
050-254766
Fax: 07-2051134

**Ahmad Nasr**
Tel.: 07-2847266 - off.
07-2866351 – res.
050-278233
Fax: 07-2823055/2022576

**Nabil Sha'ath**
Tel.: 07-2829760
Fax: 07-2824090

**Ahmad Ash-Shibi**
Tel.: 07-2071275 – res.
059-484150
Fax: 07-2051134

**Jawad At-Tibi**
Tel.: 07-2053394 / 059-408447
050-254766 / 050-451362
Fax: 07-2051134

▶ **NABLUS DISTRICT**

**Nablus District Office** (8 seats)
Tel.: 09-2333231
Tel. & Fax: 09-2385647

**04:000043**

PASSIA

**Kamel Al-Afghani**
Tel.: 09-2385647 / 059-205460
    09-2380756 – res.
Fax: 09-2386441

**Salloum Samri**
Tel.: 09-2382111 – off.
    09-2385888 / 050-412737
    059-205454
Fax: 09-2385888

**Husam Khader**
Tel.: 09-2385930 – off.
    09-2380936 – res.
    059-205410
Fax: 09-2380936

**Maher Al-Masri**
Tel.: 02-2981213 – off.
    09-2387748 - res.
    050-373705
Fax: 02-2981208

**Mu'awiyah Al-Masri**
Tel.: 09-2374628 – off.
    09-2379912
    050-288671 / 059-205448
Fax: 09-2386441

**Dalal Salameh**
Tel.: 09-2385647 – off.
    059-205470 / 050-768291
Fax: 09-2385647

**Ghassan Ash-Shaka'a**
Tel.: 09-2379313
    09-2371451 – res.
    050-539334 / 059-205400
Fax: 09-2374690

**Fayez Zeidan**
Tel.: 07-2821309 – off.
    059-408409
Fax: 07-2821309

▶ **QALQILYA DISTRICT**

**Qalqilya District Office** (2 seats)
Tel.: 09-2943044
Fax: 09-2943045

**Mahmoud Da'as**
Tel.: 09-2943044 – off.
    09-2998573 – res.
    059-205173 / 050-220877
Fax: 09-2943045

**Othman Ghashash**
Tel.: 09-2943044 – off.
    09-2942423 / 059-205169
Fax: 09-2943045

▶ **RAFAH DISTRICT**

**Rafah District Office** (5 seats)
Tel.: 07-2136910/1
Fax: 07-2136912

**Abed Rabbo Abu O'un**
Tel.: 07-2136910/1 – off.
    07-2137150 – res.
    059-408392
Fax: 07-2136912

**Rouhi Fatouh**
Tel.: 07-2823953/4194 – off.
    050-566319
Fax: 07-2846433

**Mohammed Hijazi**
Tel.: 07-2136910/1/5108 – off.
    07-2136836/2826725 – res.
    050-358846
Fax: 07-2136912

**Suleiman Ar-Rumi**
Tel.: 07-2136911 – off.
    07-2136606/8
    052-614212 / 059-408384
Fax: 07-2136912

**Abdul Aziz Shaheen**
Tel.: 07-2823953/6430/4324 – off.
    07-2136828
Fax: 07-2824324/5140

▶ **RAMALLAH DISTRICT**

**Ramallah District Office** (7 seats)
Tel.: 02-2987214
    02-2400714/5/7
    02-2987719

**Marwan Barghouti**
Tel.: 02-2954949/50 – off.
    050-342998/359080/
    059-205211
Fax: 02-2985729

**Qadura Fares**
Tel.: 02-2987214 - off.
    059-205642
Fax: 02-2987214

**Abdul Fatah Hamayel**
Tel.: 02-2987214 – off.
    02-2980341
    02-2957272 / 059-205166

**Ghazi Hanania**
Tel.: 02-2957060 – off.
    02-2957222
    02-2957060/2 – res.
    059-301357
Fax: 02-2957060/2

**Abdul Jawad Saleh**
Tel.: 02-2958430 – off.
    02-2986718 / 050-459352
Fax: 02-2958423

**A'zmi Ash-Shu'aybi**
Tel.: 02-2954072/3 – off.
    02-2401084 – res.
Fax: 02-2954071

**Jamil Al-Tarifi**
Tel.: 02-2987452/3/4 – off.
    02-2952875 – res.
Fax: 02-2987451
    02-2987335

▶ **SALFIT DISTRICT**

**Salfit District Office** (1 seat)
Tel.: 09-2395669
Fax: 09-2395668

**Ahmad Ad-Deik**
Tel.: 09-2395668/9 – off.
    02-2954080 / 059-653026
Fax: 09-2395668

▶ **TUBAS DISTRICT**

**Tubas District Office** (1 seat)
Tel.: 09-2376887
    050-660469 / 059-733373

**Hashem Suleiman Saleh Daraghmeh**
Tel.: 09-2376887 / 059-205451
Fax: 09-2376887

▶ **TULKAREM DISTRICT**

**Tulkarem District Office** (4 seats)
Tel.: 09-2676025
Fax: 09-2676026

**Mufid Abed Rabbo**
Tel.: 09-2676025/3857
    02-2403787 - res.
    052-357865 / 059-205723
Fax: 09-2676026

**Al-Tayyeb Abdul Rahim**
Tel.: 07-2824174 – off.
Fax: 07-2824604

**Hakam Bala'wi**
Tel.: 07-2824276/02-2984373 -off.
Fax: 02-2984374

**Hassan Khreisheh**
Tel.: 09-2676025 – off.
    09-2674166/5029
    059-205071
Fax: 09-2675029

**◼ PLC COMMITTEES**

**Budget Committee**
Chair: Daoud Az-Zir
Tel.: 02-2400714/5
    059-205271 / 050-201005
Fax: 02-2987719

**Economic Committee**
Chair: Jamal Shobaki
Tel.: 02-2226767
    050-289722 / 059-205304
Fax: 02-2226766

**Educational Committee**
Chair: Abbas Zaki
Tel.: 02-2223851-3/6390/1/2444
    07-2825605
    050-388678 / 059-224455
Fax: 02-2223853

**Interior & Security Committee**
Chair: Fakhri Shaqura
Tel.: 07-2825324 / 2842440
    059-408158

**Jerusalem Committee**
Chair: Ahmad Hashem Az-Zughayar
Tel.: 02-2347450 / 050-389761
Fax: 02-2347452

**Land & Settlement Committee**
Chair: Salah Ta'mari
Tel.: 02-2743502/3 - off.
   02-2765308 / 050-202947
Fax: 02-2743502

**Legal Committee**
Chair: Abdul Karim Abu Salah
Tel.: 07-2051349 / 059-408314
Fax: 07-2051134

**Parliamentary Monitoring Com.**
Chair: Hassan Khreisheh
Tel.: 09-2676025 / 059-205071
Fax: 09-2675029/6029

**PLC Affairs Committee**
Chair: Ahmad Qrei'a
Tel.: 02-2987716 / 2963636
Fax: 02-2987712

**Political Committee**
Chair: Dr. Ziad Abu Amr
Tel.: 07-2836617 / 059-408407
Fax: 07-2836627

**Refugees & Diaspora Committee**
Chair: Jamal Shati Al-Hindi
Tel.: 06-2437161/2 / 059-205121
Fax: 06-2439580

---

## PA AGENCIES AND INSTITUTIONS

**Gaza International Airport**
Chair: Fayez Zeidan
Dir. Gen.: Salman Abu Halib
Tel.: 07-2134119 / 4129 (Tower)
   07-2821309/2134338/58
   07-2134279/89/99 (Info)
Fax: 07-2821309/7844
E-mail: gaza-int@hally.net
http://www.gaza-airport.org
PO Box 8007, Rafah, Gaza
Airport Security: 07-2134339/49
Preventive Security: 07-2134369

**General Control Institution**
Chairman: Jirar Qudwa
Tel.: 07-2829187 / 2827307
Fax: 07-2821703
Dir. Gen.: Abdellatif Matar
Tel.: 02-2407354/03
Fax: 02-2407304
Nablus: Tel.: 09-2385122

**General Personnel Council**
Chairman: Dr. Moh'd Abu Sharia
Ramallah:
Tel.: 02-2980640/7791/2
Fax: 02-2980640/7793
Um Sharayet, PO Box 1995,
Ramallah
Gaza: Tel.: 07-2829008
Fax: 07-2822236
E-mail: diwan@palnet.com
Abu Khadra Complex, Gaza

**Government Computer Center**
Dir. Gen.: Dr. Ghassan Qadah
Tel.: 02-2961866/7
Fax: 02-2961865
http://www.gcc.g.ov.ps/

Opp. Bridge Academy, Ar-Ram
Gaza: Dir.: Dr. Bishara Khouri
Tel.: 07-2829262/3
Fax: 07-2863900
Abu Khadra Bldg.

**Institute for Administrative Development**
Dep. Dir. Gen.s: Bana Kaloti,
Ghada Hazboun
Ramallah: Tel.& Fax: 02-2980644
Um Sharayet, POB 1995, Ramallah
Gaza: Tel.: 07-2834888
Fax: 07-2829009
E-mail: diwan@palnet.com
Abu Khadra Complex, Gaza

**Martyrs' Families & Prisoners' Institution (M's F. & I.C.E.)**
Dir. Gen.: Yousef Jubran
Dir.: Amneh Al-Hassan
Tel.: 02-2958507 / 02-2986268
Fax: 02-2986268
Ramallah
Bethl.: Dir.: Yousef Abu Laban
   Tel. & Fax: 02-2770945
Deir Al-Balah: Tel.: 07-2536301
Gaza: Dir.: Mohammed Arafat
   Tel.& Fax:07-2824727
Hebron: Dir.: Moh'd Abu Sharar
   Tel. & Fax: 02-2223888
Jenin: Dir.: Ghazi Abdul Hadi
   Tel. & Fax: 06-2436864
Jerusalem: Dir.: Khaled Kharouf
   Tel. & Fax: 02-2798433
Khan Younis: Tel.: 07-2061533
Nablus: Dir.: Ali Assad
   Tel. & Fax: 09-2385550
Qalqilya: Dir.: Mai Zeid
   Tel. & Fax: 09-2944373
Rafah: Tel.: 07-2130708
Salfit: Dir.: Zahra Qaroush
   Tel. & Fax: 09-2399326
Tulkarem: Dir.: Zuheir Khatab
   Tel. & Fax: 09-2680477

**National Center for Public Administration & Human Resource Development** (MOPIC)
Dir., Gaza: Mohammed Naja
Tel.: 07-2829260/67334/8909
Fax: 07-2824090
Ramallah: Tel.: 02-2961860-5
   Fax: 02-2961857/8

**National Center for Studies & Documentation**
Head: Dr. Abdallah Hourani
Tel. & Fax: 07-2822028/65716
E-mail: n-c-s-d@palnet.com
Jala' St., Rimal, POB 5256, Gaza

**Negotiations Affairs Department**
Head: Mahmoud Abbas
Gaza: Dir.: Walid Zaqout
Tel.: 07-2823347/3657/1578
Fax: 07-2823487
E-mail: nad@palnet.com
http://www.nad.gov.ps
PO Box 4048, Gaza City
Ramallah: Dir.Gen.: Ma'en Erekat
Tel.: 02-2959642-4
Fax: 02-2959648
E-mail: nad@palnet.com

Nablus Rd., Al-Balou', Al-Bireh,
PO Box 2245, Ramallah

**Palestine Airlines**
Chair/Dir. Gen.: Fayez Zeidan
Tel.: 07-2829526-8
Fax: 07-2821309
E-mail: capf@rannet.com
http://www.palestinianair.com/
Jamal Abdel Nasser St.,
PO Box 4043, Gaza
Sales & Reservation:
Tel.: 07-2827814
Tel. & fax: 07-2827824
Commercial Dept.:
Tel.: 07-2827044
Tel. & Fax: 07-2827834

**Palestine National Archives Center**
Dir.Gen.: Mohammed Bheis
Tel. & Fax: 02-2343707
E-mail: pnac@palnet.com
Dahiet Al-Barid, PO Box 66353,
Jerusalem

**Palestine Standards Institution**
Dir. Gen.: Atef Maidani
Gaza: Tel.: 07-2823656
Hebron: Tel.: 02-2226977
   Fax: 02-2226976
Nablus: Tel. 09-2385721/2
   Fax: 09-2375745
Ramallah: Tel.: 02-2984144

**Palestinian Broadcasting Corporation (PBC)**
Chairman: Radwan Abu Ayyash
Tel.: 02-2959893/7/9
Fax: 02-2959893/7
E-mail: pbc@palnet.com
Dir.Gen.Radio: Basem Abu Sumaya
Tel: 02-2959891
Fax: 02-2984730
Dir. Gen. TV: Ali Rayan
Tel.: 02-2959898
Gen. Coord./Head of Satellite
Channel: Hisham M. Mikki
Tel.: 07-2820701
Fax: 07-2823744
PO Box 2540, Gaza
Studios: Tel.: 07-2820711 (Gaza)
   Tel.: 02-2987901(Ramallah)

**Palestinian Central Bureau of Statistics (PCBS)**
Head: Hassan Abu Libdeh
Tel.: 02-2406340
Fax: 02-2406343
E-mail: diwan@pcbs.pna.org
http://www.pcbs.org
Al-Bireh, PO Box 1647, Ramallah
PR Officer: Loay Shihadeh
Tel.: 02-2951101
*Field Work Directorates:*
Gaza: Tel. 07-2820885/1509
   Fax: 07-2829600
Hebron: Tel.: 02-2220222
   Fax: 02-2252865
Jenin: Tel.: 06-2436969
Nablus: Tel.: 09-2381752
   Fax: 09-2387230
Qalqilya: Tel.: 09-2943005
Tulkarem: Tel.: 09-2672905/1540

PASSIA

04:000045

**0608**

**Palestinian Civil Aviation Authority**
Chairman: Fayez Zeidan
Tel.: 07-2821309/7814/24/
 050-343603/059-408409
Fax: 07-2821309/9526
E-mail: f.zaidan@palnet.com
Dir. Gen.: Salman Abu Halib
Tel.: 07-2134338/58/159
Fax: 07-2134159/2827844
Jamal Abdel Nasser St., Gaza

**Palestinian Curriculum Development Center**
Dir.: Dr. Salah Yassin
Tel.: 02-2406174/6756/1551/2
Fax: 02-2401550
E-mail: pcdc@palnet.com
PO Box 719, Ramallah

**Palestinian Economic Council for Development & Reconstruction (PECDAR)**
Man. Dir.: Mohammed Shtayyeh
E-mail: shtayyeh@planet.edu
Tel: 02-2362380/00/050-210338
Fax: 02-2362331
E-mail: pecdar@palnet.com
http://www.pecdar.org
Dahiet Al-Barid, PO Box 54910, Jerusalem
Project Dir.: Dr. Hisham Shkokani
Tel.: 02-2362340/48
Fax: 02-2362342

*PECDAR - Departments/Heads:*
Services: Muhaymen Tirhi
Tel.: 02-2362312
Admin. & Financial Affairs:
Mohammed Abu Awad
Tel: 02-2362384/60
Gaza: Tel: 07-2824859
 Fax: 07-2824040
Hebron: Tel.: 02-2226822
Nablus: Tel.: 09-2375575

**Palestinian Energy Authority**
Chairman: Abdul Rahman Hamad
Tel: 02-2986192/0
Fax: 02-2986191
E-mail: pietro@planet.edu
*Palestinian Energy and Environment Research Center (PEC)*
Head: Dr. Abdul Malik Al-Jaber
Tel.: 02-5859957
E-mail: perc@palnet.com
http://www.home.palnet.com/perc
Dahiet Al-Barid
Nablus: Dir.: Nabil Tineh
Tel.: 09-2384803/4
Fax: 09-2384388
Hasouneh Bldg., Rafidia St.,
PO Box 85, Nablus
Gaza Office:
Tel.: 07-2826303
Fax: 07-2822711
PO Box 445

**Palestinian Geographic Center (PALGRIC)**
Gen.Dir.: Eng.Younis Al-Qawasmi
Tel. & Fax: 02-2404711/2
E-mail: palgric@planet.edu
Sateh Marhaba, Al-Bireh

**Palestinian Industrial Estate & Free Zone Authority**
Head: Dr. Sa'di Krunz
Dir.: Abdel Malek Jabber
Tel. & Fax: 02-2960351
E-mail: piefza@palnet.com
Um Sharayet, PO Box 2073, Ramallah

**Palestinian Monetary Authority**
Governor: Dr. Fouad Bseiso
Tel.: 07-2824817/5713/23
Fax: 07-2824599/5126
E-mail: gmmail@pma.palnet.com
http://www.pma-palestine.org/
PO Box 4026, Gaza
Ramallah:
Tel.: 02-2959920/2980130/1
 02-2965380-2
Fax: 02-2959922/24
E-mail: pmaram@palnet.com
PO Box 452, Ramallah

**Palestinian National Commission for Education, Culture & Science (UNESCO, ISESCO, ALECSO)**
Sec.-Gen.: Jihad Quarashouli
Tel.: 02-2401080/2400901
Fax: 02-2406333
E-mail: pncecs@palnet.com
http://www.pncecs.pna.net
Ramallah

**Palestinian Olympic Committee**
Head: Ahmad Arafat Qudwe
Dir.: Abdel Hamid Ghanem
Tel.: 07-2829222/9307
Fax: 07-2824742/9307
Gaza

**Palestinian Tobacco Authority**
Head: Ahmed Al-Agha
Tel.: 07-2825179/89
Fax: 07-2825199
Gaza
Ramallah Office:
Tel.: 02-2987560-2
Fax: 02-2987507

**Palestinian Water Authority**
Tel.: 02-2959022
Fax: 02-2981341
http://www.pwa.pna.org
Al-Baloua', Al-Bireh
Chairman: Eng. Nabil Sharif
Tel.: 07-2822696
Fax: 07-2824030/2697
Deputy: Fadel Ka'wash
Tel.: 02-2959022
Fax: 02-2981341
E-mail: fkpwa@planet.edu
Al Balou', Al-Bireh
CDM:
Tel.: 02-2406155
Fax: 02-2405154
E-mail: cdm@palnet.com
PO Box 955, Ramallah

**PALTRADE Trade Center**
Dir.: Dr. Samir Abdullah
Tel.: 02-2959448/2959447
Fax: 02-2959449

E-mail: info@paltrade.org
http://www.paltrade.org
An-Nuzha St., Green Tower Bldg.,
PO Box 883 Ramallah
Gaza:
Salah Abdul Shafi
Tel.: 07-2833539
Fax: 07-2833549
E-mail: paltrade@palnet.com
Said Al-A'ss St., Ni'meh Commercial Center, PO Box 5180

**State Information Service (SIS)**
Dir. Gen.: Reyad Al-Hassan
Tel. & Fax: 07-2825856
Tel: 07-2825638/7289
 07-2834565/8788
E-mail: siswebmaster@gov.ps
http://www.sis.gov.ps
Dir.: Mahmoud Samir Amro
Tel. & Fax: 02-2225165
Ain Khair Eddin, Hebron

**Voice of Palestine (Radio)**
Contact: Hisham Miki
Tel.: 07-2823809/5804
Fax: 07-2825804
PO Box 4025, Gaza City

**WAFA - Wakalet Al-Anba'a Filastiniyya (*Palestinian News Agency*)**
Chair: Ziad Abdul Fattah
Tel.: 07-2824026
Chief Editor: Ali Hussein
Tel.: 07-2824036/56/16
Fax: 07-2824046
E-mail: wafapal@rannet.com
http://www.wafa.pna.net
Nablus:
Abdul Aziz Abu Warde
Tel.: 09-2389908
Fax: 09-2389909
Amman St., Nablus

---

## PA COMMISSIONS & COUNCILS

**Bethlehem 2000 Project**
In charge: Min. Dr. Nabil Kassis
Tel.: 02-2742224/5
Fax: 02-2742227
E-mail: info@bethlehem2000.org
http://www.bethlehem2000.org
Al-Attan St., PO Box 2000, Bethlehem

**Council for Medical Services**
Dir.: Hassan Shurrab
Tel.: 07-2862163
Fax: 07-2867814
Gaza

**District Coordination Office (DCO)**
Saraya: Tel.: 07-2829107
 07-2829386/7
South: Tel.: 07-6846447
Erez: Tel.: 07-6892701/2

**Higher Council for the Arab Tourism Industry**
Head: Haidar Husseini
Tel.: 02-6281805/050-369395
Exec. Dir.: Dr. Abed Rahman Abu Rabah
Tel.: 02-6281805/24
Fax: 02-6282981
E-mail: hcat-pal@palnet.com
Khaled Ibn Walid St.,
PO Box 19850, Jerusalem

**Higher Islamic Council** see *Index*

**Palestinian Central Election Commission**
Chair: Mahmud Abbas (Abu Mazen)
Tel.: 02-2987950/1
Fax: 02-2986212/3
E-mail: cec@planet.edu
http://www.planet.edu/~cec
Ramallah

**Palestinian Council of Health**
Dir. Gen.: Dr. Hikmat Ajjouri
Tel.: 02-5831180 / 5852055
Fax: 02-5852048
E-mail: pchealth@planet.edu
http://www.palnet.com/~fadi2/
PO Box 51681, Jerusalem

**Palestinian Council for Higher Education**
Sec. Gen.: Dr. Gabi Baramki
Tel.: 02-2982600/82600
Fax: 02-2954518
E-mail: gbaramki@mhe.planet.edu
or: consultant@mhe.planet.edu
minister@mhe.planet.edu

**Palestinian Housing Council**
(est. 1991)
Chairman: Eng. Adnan Husseini
Acting Gen. Dir.: Dr. Nabil Aref
Tel.: 02-2347141/2/4
Fax: 02-2347143
E-mail: phc@palnet.com
Dahiet Al-Barid, PO Box 17128, Jerusalem
Gaza: Tel. & Fax: 07-2823290/80
Hebron: Tel. & Fax: 02-2226589
Nablus: Tel.: 09-2381169
        Fax: 09-2381169

**Palestinian Oil Council (POC)**
Head: Dr. Said Assaf
Tel. & Fax: 02-2955380
Tel.: 02-2954223 / 052-277489
Ramallah

**Political Guidance Commission**
Head: Othman Abu Gharbieh
Tel: 07-2824321
Gaza
Jericho: Tel.: 02-2322661
Bethlehem: 02-2741866
Qalqilya: 09-2943060
Jenin: 06-2436914
Ramallah: 02-2987618
Nablus: 09-2380672
Salfeet: 09-2395951

---

## POLICE AND SECURITY

**Border Crossings**
Gen. Dir.: Nazmi Mhana
Allenby Bridge: Nazmi Mhana
Tel.: 02-9943358/3702/483
      02-2323555
Erez: Tel.: 050-500476
Rafah: Tel.: 07-6713685/4/3
Karni (Al-Mintar):
Tel.: 07-2869966/41570

**Border Police**
Tel.: 07-2824024
Fax: 07-2869973

**Civil Police**
Head: Brig. Gen. Ghazi Jabali
Gaza: (Rimal)
Tel.: 07-2866600/2826721
Head National Security:
Haj Ismail Jabr
Tel.: 02-2321331/3603/6/7/1248
Fax: 02-2321248/2399
Jericho: Basem El Khatib
Tel: 02-2323624/2644
Women Police:
Col. Fatma Birnawi
Tel.: 07-2866600
Criminal Investigation:
Abdul Rahman Barakat
Tel.: 07-2052200
Drugs Dept.: Hamdi Salah Al-Rifi
Hebron: Tareq Zaid
Tel.: 02-2226378
Bethlehem:
Tel.: 02-2744903/905/907
Fax: 02-2744057
Beit Jala:
Tel.: 02-2770625/6
Beit Sahour:
Tel.: 02-2772184
Ramallah: Kamal Ash-Sheikh
Tel.: 02-2957630/7020/6571
Fax: 02-2986549
Jenin: Musa Jadallah
Tel.: 06-2505971/4444
Nablus: Tel.: 09-2388044/3029

**Force 17**
Head: Brig.Gen. Faisal Abu Sharkh
Tel: 02-2958590/87291
Ramallah
Gaza:
Tel.: 07-2829323/4
Fax: 07-2829324

**General Intelligence Service**
Head: Brig.Gen. Amin Al-Hindi
Gaza
Sudanieh: Tel.: 07-2855360
Fax: 07-2855382
As-Saraya: 07-2829015/420
West Bank:
Head: Brig. Gen.: Tawfiq Terawi
Tel: 02-2956288
Fax: 02-2984865

**Medical Military Services**
Head: Dr. Khaled Shawar
Tel: 07-2829034/4??/616/
      07-2829551/5??

---

Fax: 07-2823736
Preventive Medicine
Dr. Husam Al-Awadi
Tel.: 07-2845332

**Military Academy of Sa'ed Sa'el**
Head: Adnan Jaber
Tel.: 02-2321272-4 / 050-305704
Fax: 02-2321273/4
Jericho

**Military Intelligence**
Head: Musa Arafat
Tel.: 07-2829308/111
      050-326034
Fax: 07-2829114
Gaza
Ramallah: Tel: 02-2958730
          Fax: 02-2960657

**National Security**
Dir.Gen., Gaza: Col. Daoud Nayef
Tel.: 07-2863131/2823429/5752
      07-2824308/9393/4469
Fax: 07-2829388
Gaza

**Navy Police**
Head: Jawad Abu Hassan
Tel: 02-2321173
Fax: 02-2321174
- Ansar 2: Tel.: 07-2829541/2/3
- Sudanieh: Tel.: 07-287091/2
- Hebron: Tel: 02-2225314/311
- Nablus: Tel: 09-2384419

**Police Directorate**
Tel: 07-2820685 (Central)
Tel: 07-2823401 (North)
Tel: 07-2829331/102
Fax: 07-2829474

**Presidential Security**
Head: Brig.Gen. Faisal Abu Sharkh
Tel: 07-2825553/9418
Fax: 07-2825226
Ramallah:
Mahmud Awad Damra
Tel: 02-2958590
Fax:02-2957291
Admin. Dir.: Mounir Ruzziyeh
Tel.: 02-2407310/1/2
*District Offices:*
Gaza: Abu Seif
      Tel.: 07-2825553
Hebron: Abdallah Al-Manasra
      Tel.: 02-2226916/7
Jerusalem – Abu Dis:
      Kifah Barakat
      Tel.: 02-2798990/9518
Nablus: Moh'd Hassan Isbeih
      Tel.: 09-2389705

**Preventive Security**
West Bank:
Head: Col. Jibril Rajoub
Tel: 02-2321274/2
Gaza:
Head: Col. Moh'd Dahlan
Tel: 07-2825415/55/2832085/08
      050-491473
Airport: Tel.: 07-2134369

---

PASSIA

04:000047

0610

**District Offices:**
Bethl.: Tel.: 02-2740914/1344
Hebron: Tel.: 02-2226442/920
Al-Izzariya: Tel.: 02-2799891
Jenin: Tel.: 06-2436633
Jericho: Tel.: 02-2321272-4
Nablus: Tel.: 09-2383010/2587
Ramallah: Tel.: 02-2986391/2

**Public Security**
Head: Maj. General: Nasr Yussef
Tel. & Fax: 07-2822342/802
Research & Planning:
Dir.Gen.: Brig.Gen. Nizar Ammar
Tel: 07-2824522/7600
Fax: 07-2829469
PO Box 1144, Gaza

**Tourism and Antiquities Police**
Bethlehem: 02-2770750-1
Gaza: Tel.: 07-2829017
Jericho: 02-2324011
Nablus: 09-2385244

---

## LOCAL GOVERNMENT ADMINISTRATION

### ▶ GOVERNORATES

**Governorate Bethlehem**
Governor: Moh'd Rashed Ja'bari
Tel.: 02-2741667/4
Fax: 02-2741666
PO Box 1035

**Governorate Gaza**
Governor: Moh'd Salim Al-Qudwah
Tel.: 07-2828694/2828704/14/24
Fax: 07-2828724
E-mail: govrngz@palnet.com
Thalathni St., PO Box 1422, Gaza

**Governorate Gaza North**
Governor: Zuhdi Said
Tel.: 07-2457146/766/855
Fax: 07-2457147

**Governorate Hebron**
Governor: Aziz Amro
Tel.: 02-2228550 / 059-550880
PO Box 45

**Governorate Jenin**
Governor: Zuheir Manasra
Tel.: 06-2503220/21
Fax: 06-2503222
E-mail: goj@zaytona.com
Haifa St., Jenin

**Governorate Jericho**
Governor: n.a.

**Governorate Jerusalem/Abu Dis**
Governor: Jamil Othman Nasser
Head: Mohammed Erekat
PR: Jamil Salhout
Tel.: 02-2799074/6
Fax: 02-2799076/1
At-Ram: Ghassan Ayyoub
Tel.: 02-2347447/8
Biddu: Moh'd Khaled Al-Faqih
Tel.: 02-2471334
The Old Police Station, Bidu

**Governorate Khan Younis**
Governor: Sakher Bseiso
Tel.: 07-2054888/65/75
Fax: 07-2054845
E-mail: kh-gov@marna.com

**Governorate Nablus**
Governor: Mahmoud Al-Aloul
Tel.: 09-2383046/7
Fax: 09-2389913
E-mail: gnablus@planet.edu
PO Box 1564

**Governorate Qalqilya**
Governor: Mustafa Malki
Tel.: 09-2942920/1/2
Fax: 09-2942523
Main St., Qalqilya

**Governorate Rafah**
Gov.: Abdallah Abu Samhadaneh
Tel.: 07-2136875/2136870/1
Fax: 07-2136875

**Governorate Ramallah**
Governor: Mustafa Issa Liftawi
Tel.: 02-2957680/8588
02-2986569
Fax: 02-2986569
http://www.ramgov.org/
Irsal St., PO Box 665, Ramallah

**Governorate Tulkarem**
Governor: Izzeddin Sharif
Tel.: 09-2672707/3335
09-2678190
Fax: 09-2673334

### ▶ MUNICIPALITIES & VILLAGE COUNCILS

**Abasan Al-Kabira Municipality**
Mayor: Mustafa Ash-Shawwaf
Tel.: 07-2073672
059-408113
Fax: 07-2073044

**Abasan As-Saghira Municipality**
Mayor: Jalal Adaghma
Tel. & Fax: 07-2071099

**Abu Dis Village Council**
Mayor: Na'eem Ayyad
Tel.: 02-2799245
Fax: 02-2799244

**Anabta Municipality**
(est. 1954)
Mayor: Hamadallah Hamadallah
Tel.: 09-2672460/3401/4460
Fax: 09-2675155
PO Box 1

**Aqraba Municipality**
Mayor: Ghaleb Moh'd Mayadmeh
Tel.: 09-2598301 / 050-542862
Fax: 09-2598446
E-mail: Aqraba97@hotmail.com

**Arrabah Municipality**
Mayor: Anwar Ezzedin
Tel. & Fax: 06-2502929
059-205478

**Assira Ash-Shamaliyeh Municip.**
Mayor: Assad Sawalmeh
Tel.: 09-2396079
059-211255
Fax: 09-2396080

**Attara Municipality**
Mayor: Mohammed Qteiri
Tel.: 02-2956711 / 050-339910
Fax: 02-2957947
PO Box 40

**Attil Municipality**
Head: Mazen Al Qasas
Tel. & Fax: 09-2661120

**Azzoun Municipality**
Mayor: Ihsan Abdul Latif
Tel.: 09-2940519
Fax: 09-2942782
E-mail: azounmun@hally.net
PO Box 753

**Bala' Municipality**
Mayor: Jihad Hamad
Tel.: 092676860
Tel. & Fax: 09-2677725

**Baqa Ash-Sharkiyeh Municipality**
Mayor: Mu'aid Hussein
Tel.: 09-2664301
Tel. & Fax: 09-2664318

**Beit Anan Municipality**
Mayor: Naji Jomhour
Tel.: 02-2474111

**Beit Fajjar Municipality**
Mayor: Salah Deiri
Tel.: 02-2769666
Fax: 02-2740490

**Beit Furik Municipality**
Mayor: Atef Hanani
Tel.: 09-2500002/1

**Beit Hanoun Municipality**
Mayor: Ibrahim Hamad
Tel.: 07-2458095/0080/7487
Fax: 07-2457487

**Beit Iksa Village Council**
Head: Moh'd Abdul Wahhab
Tel.: 02-2341105
050-484246

**Beit Jala Municipality**
(est. 1912)
Mayor: Raji Zidan
Tel.: 02-2744457/3979/2601
Fax: 02-2744457

**Beit Lahya Municipality**
Mayor: Mohammed Masri
Tel.: 07-2458085/752
07-2451499
Fax: 07-2458752

**Beit Lid Municipality**
Mayor: Mahmoud Hamaydeh
Tel.: 09-2680697
Fax: 09-2680697

**Beit Liqya Municipality**
Mayor: Jabr A'si
Tel.: 02-2956512

04:000048



04:000049

# Diary 2002



**PASSIA**

**Palestinian Academic Society for the Study of International Affairs**

**Jerusalem + Al-Quds**

**45 NIS**

04:000050

# Directory 2002

 PASSIA

## PLO - PALESTINE LIBERATION ORGANIZATION

### BODIES AND DEPARTMENTS

**Chairman:** HE Yasser Arafat
Tel.: 08-2824670-2/2841028/038
Fax: 08-2822365/6
http://www.sis/gov.ps/president/index.html
**Gen.-Sec.:** Mahmoud Abbas (Abu Mazen), Gaza
Tel.: 08-2824834/1578/40664/050-390257
Fax: 08-2823487
Ramallah:
Tel.: 02-2961133-5
Fax: 02-2961313

**Political Department:** (Tunis)
Head: Farouk Qaddoumi
Tel.: 002161-230105/237919/231806
Fax: 002161-786272/766640
95 Rue Mouawla Ibn Abu Sofian El-Tunisia Menzah VI

**Media Department:**
Head: Yasser Abed Rabbo
Ramallah:
Tel.: 02-2986465/1031/54044
Fax: 02-2954043

**Arab and International Dept.:**
Head: Dr. Zakaria Al-Agha
Gaza: 050-407627
Tel.: 08-2821388
Fax: 08-2823224
Ramallah:
Tel.: 02-2985886/2959167
Fax: 02-2985887
E-mail: dair@palnet.com
http://www.dair.org

**Economic Department:**
Head: Moh'd Zuhdi Nashashibi
Tel.: 08-2826188
Fax: 08-2820696/2822853

**Educational Department:**
Head: Yasser Amro
Tel.: 02-2980128/2964691
Fax: 02-2987678

**Refugees Department:**
Head: Mahmoud Abbas (Abu Mazen)
Ramallah:
Tel.: 02-2961133-5
Fax: 02-2961313
E-mail: plord@plord.org
Dep. Head: Marwan Abdul Hamid
Dir. Gen.: Saji Salameh
Tel.: 02-2961133-5
Gaza: Tel. & Fax: 08-2824885

**Negotiations Affairs Department-PLO**
Head: Mahmoud Abbas (Abu Mazen)
Dir.Gen.: Maen Ereikat
Tel.: 02-2959642-7
Fax: 02-2959648
E-mail: nadr@palnet.com
Nablus Rd., Al-Balou', Al-Bireh, PO Box 2245, Ramallah
Tel.: 08-2823347/3657/1578
Fax: 08-2823487
**Negotiations Support Unit**
Tel: 02-2963741-6
Fax: 02-2963740
E-mail: admin@nsu-pal.org
http://www.nad-plo.org
PO Box 4120, El-Bireh, Irsal St., Awad Center, 5th fl., Ramallah
**Social Affairs Department:**
Head: n.a.
Tel.: 02-2987711 – off.
Fax: 02-2987932
E-mail: Alnajjab@planet.edu
PO Box 2087, Ramallah

**Other PLO Executive Committee Members:**
**Dr. Samir Ghosheh**
Tel.: 02-2985895 res.
02-2986292 off
Fax: 02-2964989
**Ali Ishaq**
Tel.: 02-2981446- off.
02-2987729-res.
059-205734
Fax: 02-2958797
**Mahmoud Ismail**
Tel.: 08-2846944 / 050-599870
**Dr. Emil Jarioui**
Tel.: 02-5828066 / 050-243601
**Taysir Khalid**
Tel.: 02-2980402 – off.
02-2981375 / 059-573935
09-2385577/015 – res.
Fax: 02-2980401
**Riad Khodari**
Tel.& Fax: 08-2823180 / 059-408027
**Abdel Rahim Malouh**
Tel.: 02-2959767/2986689 – off.
02-2980430 – res.
050-521287
**Ghassan Shaka'a**
Tel.: 09-2379313/1451
050-539334 / 059-330331
Fax: 09-2374690
**Dr. Asa'd Abdel Rahman**
Tel.: 962-6-79-882020
Fax: 962-6-4613909
Tel.: 059-205161/050-549951
Tel. & Fax: 02-2966175

**Mufti of Jerusalem & Palestine**
Sheikh Ekrima Sabri
Tel. & Fax: 02-6260582/050-311489
PO Box 54825, Jerusalem
**Dir., Al-Aqsa Mosque:**
Sheikh Mohammed Hussein
Tel.: 02-6274925

**Orient House / Jerusalem**
Tel.: 02-6273573/2483
Fax: 02-6286820/6274020
E-mail: info@orienthouse.org
http://www.orienthouse.org
Abu Obeidah St.PO Box 20479, Jerusalem

**Palestinian National Council (PNC)**
Speaker: Salim Adeeb Al-Zanoun
Tel.: 08-2824489/5941
Fax: 08-2824164
Gaza
**Deputy:** Taysir Quba'a
Tel.: 09-2138688
Tel.: 050-507431/059-507431
E-mail: p-n-c@zaytona.com
http://www.p-n-c.org
Nablus
Amman:
Tel.: 962-6-5857208
Fax: 962-6-5855711
PO Box 910244, Amman

**Political Commissoner for Jerusalem Affairs**
Prof. Sari Nusseibeh
Tel: 02-6281822/6274335

### DELEGATIONS ABROAD

**Albania** (Embassy)
Amb. Ali Al-Kurdi
Tel.: 355-4-2-34300/ 34056
Fax: 355-4-2-32092
St. 'Skenderbeu' No. 6.1.1
Tirana, Albania

**Algeria** (Embassy)
Amb. Munzer Ad-Dajani
Tel.: 213-2-718857/73
Fax: 213-2-732165
15 Blvd. Victor Hugo
PO Box 308, Algiers, Algeria

**Argentina** (General Delegation)
Amb. Suhail Atcel
Tel.: 5411-48166651
Fax: 5411-48166652
Riobamba 981, 1116 Buenos Aires, Argentina

04:000051

0614

**Australia** (General Delegation)
Amb. Ali Kazak
Tel.: 61-62-950222
Fax: 61-62-950021
19 Carnegie Cres., Narrabundah
ACT 2604, PO Box 4646, Kingston
ACT 2604

**Austria** (Permanent Mission)
Amb. Faisal Awaideh
Tel.: 43-1-4088202/3
Fax: 43-1-4088202-10
E-mail: faisal_wich@hotmail.com
http://www.Hotmail.com
Josefsgasse 5/1-1080 Vienna

**Bahrain** (Embassy)
Amb. Wafa Nabhan
Tel.: 973-276099
Fax: 973-276054
2801 St., Block 57
PO Box 1102, Manama, Bahrain

**Bangladesh** (Embassy)
Amb. Mohammed Zo'rob
Tel.: 880-2-603308/603016
Fax: 880-2-883517
PO Box 600, Code 1000
Dacca, Bangladesh

**Belgium** (General Delegation)
Amb. Shawqi Armali
Tel.: 32-2-7351639-2478
Fax 32-2-7352478
110 Winston Churchill 1180
Brussels

**Brazil** (Special Delegation)
Amb. Musa Odeh
Tel.: 55-61-2484S/2484482
Fax 55-61-2485879
E-mail: Palestina@tba.com.br
Shis Ql 09 Conj, 06 Casa 02, Lago
Sul, 72650-060 Brasilia-DF
or: PO Box 1055, 71620-980 Lago
Sul, Brasilia, DF, Brazil

**Bulgaria** (Embassy)
Chargé d'Affaires: Dr. Mohammed
Salaymeh
Tel.: 359-2-668947 / 668860
Fax 359-2-9632571
PO Box 87, Sofia, Bulgaria

**Canada** (General Delegation)
Amb. Dr. Baker Abdel Munem
Tel.: 1-613-7360053
Fax 1-613-7360535
E-mail: baker@ibm.net
   or: bakermunem@hotmail.com
www.cyberus.ca/~baker/gdpc.htm
45 Country Club Drive, Ottawa,
Ontario KlV 9Wl Canada

**Chile** (Embassy)
Amb. Dr. Sabri Ateya
Tel.: 56-2-2065771/2065764
Fax: 56-2-2282466
E-mail: falastin@entelchile.net
Casilla postal 53170, Sentiago-1

**China** (Embassy)
Amb. Mustafa As-Safarini
Tel.: 86-1-65323318/53217574/
65323136
Fax: 86-1-653232416
PO Box 9009, Beijing, China

**Colombia** (Special Mission)
Amb. Ibrahim Al-Zeben
Tel.: 57-1-2877691/2877904
Fax: 57-1-2887439
Calle 45 No. 14-76
Santafe de Bogota, Colombia

**Cuba** (Embassy)
Amb. Imad Jada'
Tel.: 53-7-242556/241114 (R.)
Fax: 53-7-241159
Calle 20, No. 714, Entre 7Ma
Y.9 NA Miramar, Havana, Cuba

**Cyprus** (Embassy)
Amb. Samir Abu Ghazaleh
Tel.: 357-2-315010/11
Fax: 357-2-312301
E-mail: palestin@spidernet.com.cy
PO Box 4669, Nicosia, Cyprus

**Czech Republic** (Embassy)
Amb. Samih Abdel Fattah
Tel.: 420-2-24311265-6
Fax: 420-2-24311133
E-mail: palestcz@mbox.vol.cz
PO Box 306, 11121 Prague 1

**Denmark** (General Delegation)
Amb. Dr. Moh'd Abu-Khoush
Tel.: 45-3-9617207
Fax: 45-3-9614207
Ehlersvej 5, 2900 Hellervp
Copenhagen, Denmark

**Egypt** (Embassy)
Amb. Zuhdi Al-Kidra
Tel.: 20-2-3384762-3
Fax: 20-2-3384764/3384760
33 An-Nahda St., Dokd, Cairo

**Ethiopia** (Embassy)
Amb. Yousef Rajab Radil
Tel.: 251-1-610811/610672/710719
Fax: 251-1-611199
E-mail: pal.gmb.et@telecom.net.et
PO Box 5800, Addis Ababa

**Finland** (General Delegation)
Amb. Zuheir El-Wazir
Tel.: 358-9-2789771
Fax: 358-9-2789770/672126
E-mail: pgd@palestinegd.fi
http://www.palestinegg.fi
Fredrikinkatu 25 A10, Helsinki
00120, or: PO Box 351, Helsinki
00121

**France** (General Delegation)
Amb. Leila Shahid
Tel.: 33-1-48286600
Fax: 33-1-48285067
14, Rue de Commandant Leandri
75015, Paris.

**Gabon** (Embassy)
Amb. Amin Abu Hasira
Tel.: 241-746012
Fax: 241-746014
PO Box 2168, Libreville, Gabon

**Germany** (General Delegation)
Amb. Abdallah Frenji
Tel.: 49-228-212035/6/8224650
Fax: 49-228-213594
E-mail: Palaestina@t-online.de
http://www.palaestina.org
August Bier Str. 33, 5300 Bonn 1

**Ghana** (Embassy)
Amb. Ibrahim Omar Khalil
Tel.: 233-21-772529/228578
Fax: 233-21-772528
POBox 1728 OSU, Accra, Ghana

**Greece** (Diplomatic Representation)
Amb. Abdallah Abdallah
Tel: 30-1-6726061-3
Fax: 30-1-6726064
31 Marathonodromon St.
154 52 Psychico, Athens

**Guinea** (Embassy)
Amb. Jamal Ghnaim
Tel.: 224-441132/413034
Fax: 224-412230
PO Box 1021, Conakry, Guinea

**Guinea Bissau** (Embassy)
Amb. Nabil Al-Wazir
Tel.: 245-215091/212710
Fax: 245-252650
PO Box 888, Bissau, G. Bissau

**Hungary** (Embassy)
Chargé d'Affaires: Khaled Ghazal
Tel.: 36-1-1804518
Fax: 36-1-1290357
PO Box 213, 11, Jizsafhegyi, UT 28-
30 G/11/6 1025, Budapest, Hungary

**India** (Embassy)
Amb. Khaled Al-Sheikh
Tel.: 91-11-6146605/4679115
Fax: 91-11-6142942/6872943
D1/27 Vasanthar
New Delhi 110057, India

**Indonesia** (Embassy)
Amb. Ribhi Awad
Tel.: 62-21-3108005/3105444
Fax: 62-21-3108011
JL Diponegoro No. 59
Jakarta 10310, Indonesia

**Iran** (Embassy)
Amb. Salah Al-Zawawi
Tel.: 98-21-664501
Fax: 98-21-6402513
E-mail: plo@neda.net
PO Box 1455-3455, Tehran, Iran

**Iraq** (Embassy)
Amb. Azzam Al-Ahmad
Tel.: 964-1-7180209
Fax: 964-1-7181143
PO Box 3122, Baghdad, Iraq

10

PASSIA

04:000052

**Italy** (General Delegation)
Amb. Nimer Hamad
Tel.: 39-6-70050441/7008791
Fax: 39-6-7005115
Piazza San Giovanni, In Laterano 72,
Rome, Italy 00184

**Japan** (General Delegation)
Amb. Walid Siam

**Jordan** (Embassy)
Amb. Omar Al-Khatib
Tel.: 962-6-5677517/5663813
Fax: 962-6-5661727
E-mail: palestine@nol.com.jo
PO Box 995757, Amman, Jordan

**Kazakhstan** (Embassy)
Amb. Mohammed Tarshahani
Tel. & Fax: 7-327-2601545/919501
E-mail: plokaz@asdc.kz
Kasteeva St. 38, Almaty 480100

**Korea, Democratic People's
Republic** (Embassy)
Amb. Shaher M. Abdallah
Tel.: 850-2-3817465/61
Fax: 850-2-3817259
PO Box 24, Pyong Yang

**Kuwait** (Embassy)
Chargé d'Affaires: Moh'd Abdel Jabr
Tel.: 965-2-616211/613160
Fax: 965-2-652450
PO Box 5363, As-Safat, Kuwait

**Lebanon** (PLO Office)
Amb. Shafiq Al-Hoot
Tel.: 961-1-300819
Kurnish Al Mazraa', Al Mazraa'
Beirut, Lebanon

**Libya** (Embassy)
Amb. Ali Mohammed Mustafa
Tel.: 218-21-4443935
Fax: 218-21-3336161
PO Box 2466, Tripoli, Libya

**Malaysia** (Embassy)
Amb. Ahmed Al-Farra
Tel.: 60-3-4568905-6/909
Fax: 60-3-4561411
65 Jalan U Thant, PO Box 10554-
50716, 55000, Kuala Lumpur

**Mali** (Embassy)
Amb. Ahmed Abdel Rahim
Tel.: 223-2-25328
Fax: 223-2-26462
Email: ambpalestine@afribone.net.ml
PO Box 1951, Bamaco, Mali

**Mauritania** (Embassy)
Amb. Abdel Shafi Siyam
Tel.: 222-2-51343/ 52394
Fax: 222-2-53888
PO Box 408, Nouakchott

**Mexico** (Special Delegation)
Amb. Fawzi Al-Mashni
Tel.: 52-5-255-2904
Fax: 52-5-531-3821/4548936
E-mail: dpalestina@ticnet.com.mx

Lope de Vega 146 5, Piso col.
Polanco Apdo. Postal 5-045, C.P.
11570, D.F. Mexico

**Morocco** (Embassy)
Amb. Wajih Qassem
Tel.: 212-7-767331/766008
Fax: 212-7-767166
4 Zanket Soussa, PO Box 387,
Rabat, Morocco

**Mozambique** (Embassy)
Amb. Majed Wadi
Tel.: 258-1-742196
Fax: 258-1-492190
PO Box 1160, Maboto

**Netherlands** (General Delegation)
Amb. Yousef Al-Habbab
Tel.: 31-70-3617045/3604864
Fax: 31-70-3657847
E-mail: pgd@wxs.nl
73, Laan Copes Van Cattenburch
73, Razweg 1A, 2585 The Hague

**Nicaragua** (Embassy)
Amb. George Salamah
Tel.: 505-2-651916/760239/762388
Fax: 505-2-650589
E-mail: embpal@ns.tmx.com.ni
Las Colinas-Calle Las Flores # 136
PO Box 5305, Managua

**Nigeria** (Embassy)
Amb. Samir Baker
Tel.: 234-1-617259
Fax: 234-1-618776
12 Festival Rd., Victoria Island, PO
Box 7891, Lagos, Nigeria

**Norway** (General Delegation)
Amb. Omar Kittmitto
Tel.: 47-2-2560547
Fax: 47-2-2731579
Drammensveien 104, 0273 Oslo

**Oman** (Embassy)
Amb. Awni Battash
Tel.: 968-697191/230
Fax: 968-697251
Muscat, Oman

**Pakistan** (Embassy)
Amb. Ahmad Abdel Razzak
Tel.: 92-51-291231/ 291185
Fax: 92-51-294703
No. 486, Islamabad, Pakistan

**Peru** (Special PLO Representation)
Chargé d'Affaires: Walid Ibrahim
Al-Mua'qat
Tel.: 51-1-4221-4241
Fax: 51-1-4221-4240
E-mail: palperu@telematic.com.pe
Av.Arequipa 4130 Of. 306
Miraflores, Lima 18, Peru

**Poland** (Embassy)
Chargé d'Affaires: Hafez Al-Nimr
Tel.: 48-22-8492122/8489126
Fax: 48-22-8489005
Ul. Staroscinska 1m7
PO Box 475, Warsaw, Poland

**Portugal** (General Delegation)
Amb. Issam Bseisso
Tel.: 351-1-3621118/3621098
Fax: 351-1-3621095
E-mail: palestinaport@mail.telepac.pt
Rue 22 no. 2 Bairro de Belem
Apartado, 50027, 1700, 1400-383
Lisbon

**Qatar** (Embassy)
Amb. Yassin Al-Sharif
Tel.: 974-422530/31
Fax: 974-327639
Al-Khalij St., PO Box 138,
Doha 4100616

**Romania** (Embassy)
Amb. Fouad Al-Bitar
Tel.: 40-1-6132549/3127548
Fax: 40-1-6152467
E-mail: al_bitar@cable.ro
PO Box 314, Bucharest, Romania

**Russian Federation** (Embassy)
Amb. Khalry Abdel Fattah
Tel.: 7-095-2013682/2022654
Fax: 7-095-2302083
Kropotkinsky per 26,
Moscow 119034

**Saudi Arabia** (Embassy)
Amb. Mustafa Hashem Al-Sheikh
Deeb
Tel.: 966-1-4880738/9
Fax: 966-1-4880721
PO Box 3589, Riyadh,
Saudi Arabia 11481

**Senegal** (Embassy)
Amb. Sa'id Al-Abassi
Tel.: 221-8242462
Fax: 221-241377
PO Box 3169, Dakar, Senegal

**South Africa** (Embassy)
Amb. Salman Al-Harfy
Tel.: 27-12-3430668/3426411-3
Fax: 27-12-3433458
E-mail: palembasa@intekom.co.za
PO Box 56021, Arcadia,
Pretoria 0007, South Africa

**Spain** (General Delegation)
Amb. Nabil Ma'rouf
Tel.: 34-1-3453258/66
Fax: 34-1-3454287
E-mail: embajada.palstina@mad.
servicom.es
20, Avda Pio XII, 28016 Madrid

**Sri Lanka** (Embassy)
Amb. Attalah Qobal'a
Tel.: 94-1-695991/588607
Fax: 94-1-6959920/588580
PO Box 207, 110/10 Wejerama
NW, Colombo 7, Sri Lanka

**Sudan** (Embassy)
Amb. Omar Shalayel
Tel.: 249-11-225475/6
Fax: 249-11-224974/224968
PO Box 2262, Khartoum, Sudan

*Index p. 130 ff*

PASSIA

**Sweden** (General Delegation)
Amb. Eugene Makhlouf
Tel.: 46-8-7551222/8151588
Fax: 46-8-7534403
E-mail: eugene.makhlouf@mbox
300.swipnet.se
PO Box 83, 18205, Djurshohn
Stockholm, Sweden

**Switzerland** (General Delegation)
Amb. Nabil Al-Ramlawi
Tel.: 41-22-7967660
Fax: 4122-7967860
E-mail: mission-
observer.Palestine@itu.ch
96 Route de Vernier
Case Postal 1828, 1211 Geneva 1

**Syria** (Embassy)
Amb. Mahmoud Al-Khalidi
Tel.: 963-11-4450688
Fax: 963-11-444352
PO Box 2889, Damascus, Syria

**Tanzania** (Embassy)
Amb. Fariz Mehdawi
Tel.: 255-51-22254
Fax: 255-51-68409
PO Box 20307, Dar As-Salaam

**Tunisia** (Embassy)
Chargé d'Affaires: Munir Ghannam
Tel.: 216-1-791288/790883/784725
Fax: 216-1-785973/782533
17 Rue Ernest Conseil,
PO Box 142, 1002 Tunis

**Turkey** (Embassy)
Amb. Fu'ad Yassin
Tel.: 90-312-4360823/24
Fax: 90-312-4377801
Filistin Sokak No. 45
06700 G.O.P., Ankara, Turkey

**United Arab Emirates**
(Embassy)
Amb. Khaled Malak
Tel.: 971-2-434652/434048
Fax: 971-2-434363
PO Box 841, Abu Dhabi, UAE

**United Kingdom** (Gen. Delegation)
Amb. Afif Safieh
Tel.: 44-208-5630008/3703245
Fax: 44-208-5630058
E-mail: 106323.3367@
compuserve.com
5 Galena Road, Hammersmith,
London, W60LT United Kingdom

**United States** (PLO Office)
Amb. Hasan Abdel Rahman
Tel.: 1-202-785-8594
Fax: 1-202-887-5337
E-Mail: SH.9950@aol .com
1730 K Street, NW # 1004
Washington DC 20006

**Uzbekistan** (Embassy)
Amb. Nabil Lahham
Tel.: 7-3712-531017/549418/
550266
Fax: 7-3712-531017

Imam At-Termezi St., House No.
50, The Index: 700100, Tashkent

**Vietnam** (Embassy)
Amb. Sayyed Al-Masri
Tel.: 84-4-8524013/253016
Fax: 84-4-8263696/8263699
E-Mail: palestine@hn.Vnn.vn
PO Box 73, Hanoi, Vietnam

**Yemen** (Embassy)
Amb. Yahya Rabbah
Tel.: 967-1-264237/264233-4/241518
Fax: 967-1-264236/9671/241518
PO Box 185, Sanaa, Yemen

**Yugoslavia** (Embassy)
Charge.d'Affaires: Bader Akel
Tel.: 381-11-663372/66391
Fax: 381-11-663830
Maglajska 14, Belgrade 11000,
Yugoslavia

**Zimbabwe** (Embassy)
Amb. Ali Halimeh
Tel.: 263-4-725901-2
Fax: 263-4-725970
1 Fairbridge Avenue Belgravia,
PO Box 3817, Harare, Zimbabwe

### REPRESENTATION IN INTERNATIONAL BODIES

**League of Arab States**
Sec. Gen.: Amr Mousa
Tel.: 202-575-0511/2966
Fax: 202-574-0331
PO Box 11642
At-Tahrir Square, Cairo, Egypt
*Palestine Permanent Mission
(Arab League)*
Amb. Mohammed Sbeih
Tel.: 20-2-3609873/3602997/8
Fax: 20-2-3602996
E-mail: pales_al@intouch.com
33 An-Nahda Street, Dokki
Cairo, Egypt

**Organization of the Islamic
Conference** (Permanent Mission)
Repr. Abdel Aziz Abu Ghosh
Tel.: 966-2-6873572/054
Fax: 966-2-6936407
PO Box 1253, Jeddah 21431
Saudi Arabia

**United Nations**
(Permanent Observer Mission)
Amb. Nasser Al-Kidwa
Tel.: 1-212-288-8500
Fax: 1-212-517-2377
E-mail: mission@palestine-un.org
115 East 65th Street
New York, NY 10021, US
*Geneva Office:*
Amb. Nabil Al-Ramlawi
Tel.: 41-22-7967660
Fax: 41-22-7967860
E-Mail: mission-observer.
Palestine@itu.ch

96 route de Vernier, Case postale
1828, 1211 Geneva 1, Switzerland

**UN Office & International
Organizations**
(Permanent Mission)
Amb. Faisal Awaideh
Tel.: 43-1-4088202/3
Fax: 43-1-4088117
Josefgasse 5, 1080 Vienna, Austria

**UNESCO** (Permanent Observer)
Amb. Ahmad Abdel Razeq
Tel.: 33-1-45683328
Fax: 33-1-45683340
1, Rue Miollis 75015
Paris, France

### PALESTINIAN AUTHORITY

### PRESIDENT'S OFFICE AND MINISTRIES

▶ **PRESIDENT'S OFFICE**

**President:** Yasser Arafat
Tel.: 08-2824670/1/2
      08-2841028/038
Fax: 08-2822365/6
http://www.p-p-o.com/
*Central:* Tel.: 08-2841028/38
**Sec. Gen.:** Tayyeb Abdul Rahim
Tel.: 08-2824171
**Dir. Gen.:** Dr. Ramzi Khoury
Tel.: 08-2824670/1
**Cabinet Sec:** Ahmad Abdul Rahman
Tel.: 08-2826890
Fax: 08-2822159
**Spokesperson:** Marwan Kanafani
Tel.: 08-2826021 / 054-871088
Fax: 08-2822518
**Advisor:** Nabil Abu Rudeineh
Tel.: 08-2825154
Fax: 08-2822365
**Advisor:** Gaith Abu Gaith
**President's Representative:**
Suleiman Ash-Shurafa
**Economic Advisor:** Khalid Slam
Tel.: 02-2987770
Fax: 02-2987771
*Protocol Office:*
Dir.: Khaled Al Yaziji
Tel.: 08-2824064/5
Fax: 08-2825092
*President's Office, Jericho:*
**Dir.Gen.:** Dr. Sami Musallam
Tel.: 02-2321241/2 / 050-323164
Fax: 02-2321291
*President's Office, Ramallah:*
**Dir. Gen:** Imad Nahhas
Tel.: 02-2959929/8/2981370/1-4
Fax: 08-2822365
*Planning Center (OPPC):*
Dir.: Sulafa El-Hijawi
Tel.: 08-2820725
E-mail: oppc@palnet.com



PASSIA

04:000054

http://www.oppc.pna.net
Neima Bldg., Rimal, Gaza
**National Institution Office:**
**Dir.:** Wa'el Nazif
Tel. & Fax: 02-2321411
School St, Jericho
**Press Office:**
Head: Mohammed Edwan
Tel.: 08-2821090
Fax: 08-2824777
**President's Archives:**
Dir.: Yousef Issa
Tel.: 08-2829451/2/6081
**PR:** Saeed Zahran

▶ MINISTRY OF
   AGRICULTURE

**Minister:** Hikmat Zaid
Tel.: 02-2961081-8
Fax: 02-2961080
E-mail: MOA@palnet.com
PO Box 197, Ramallah

**Gaza Office:**
Tel.: 09-2827805/829090
Abu Khadra Bldg., Al-Wahda St.,
PO Box 4014, Gaza
**Asst. Deputy:** Atta Abu Karsh
Tel. & Fax: 08-2830305
**Dir. Gen.:** Mahmoud Abu Samra
Tel.: 08-2829128 / 2882909

**Nablus Office:**
Tel.: 02-2386006/2382716
Fax: 09-2385542
**Deputy:** Azzam Tbaileh
Tel.: 02-2961080-8
Fax: 02-2961212
**Dir. Gen. Scientific Research &**
**Consoling Dept.:** Abdullah Lahluh
Tel.: 02-2961080-8
**Planning and Policies Dept:**
Shaker Judeh

**Jericho Office:**
**Dir.Gen.:** Ibrahim Qtaishat
Tel.: 02-2322425/73
Fax: 02-2321280
**General Admin. of Projects:**
Head: Zakaria Salawdeh
Tel.: 02-2406029/6028
**Central Veterinary**
**Department:**
Head: Dr. Moh'd Hassouneh
Tel.: 02-2406029/788
**Central Veterinarian**
**Laboratory** (Ramallah)
Tel.: 02-2406502
        02-2406530
**Palestinian National**
**Agricultural Research Center**
(Jericho) Dir.: Dr. Ali Fatafta
Tel.: 02-2321923-5
Fax: 02-2321926

▶ MINISTRY OF CIVIL AFFAIRS

**Minister:** Jamil Tarifi
Tel.: 02-2987336-9/452-4/
Fax: 02-2987335/7451
Al-Bireh/Um Al-Sharayt, PO Box
2074, Ramallah
**Gaza:**
Tel.: 08-2827866/9647/49

Fax: 08-2829648
Tal Al-Hawa, Gaza
**Deputy:** Sufian Abu Zaydeh
Tel.: 08-2827846/41595
Fax: 08-2827846
**Asst. Deputy:** Zuheir Khalaf
**Dir.Gen. West Bank:** Wajih Al-
Atari, Khaled Salim, Jamal Zaqout,
Hussein Al- Shaikh
**PR:** Dir.: Fakhr Eddin Ad-Dik
**PA Civil Affairs Offices:**
**Abu Dis:** Tel.: 02-2799520
Fax: 02-2797920
**Allenby Bridge:** Tel.: 02-9943395
**Bethlehem:** Tel.: 02-2770590
        Fax: 02-2770591
**Deir Al-Balah:** Tel.: 08-2531517
        Fax: 08-2531518
**Gaza:** Tel.: 08-2894049/2822333
08-2829050/7856
**Hebron:** Tel.: 02-2226420
        Fax: 02-2226421
**Jabalia:** Tel.: 08-2459570
Fax: 08-2459571
**Jenin:** Tel.: 04-2501555
        Fax: 04-2501565
**Jericho:** Tel.: 02-2321448
        Fax: 02-2321030
**Khan Younis:** Tel.: 08-2851144
        Fax: 08-2054574
**Nablus:** Tel.: 09-2384404
        Fax: 09-2384405
**Qalqilya:** Tel.: 09-2942755
Fax: 09-2942757
**Rafah:** Tel. & Fax: 08-6713684/6140
**Ramallah:** Tel.: 02-2986512
        Fax: 02-2986513
**Tulkarem:** Tel.: 09-2674084/5
        Fax: 09-2674085
**Salfeet:** Tel.: 09-2515688
        Fax: 09-2515658

▶ MINISTRY OF
   CULTURE & ARTS

**Minister:** Yasser Abed Rabbo
Tel.: 02-2986205/6/2961819
Fax: 02-2986204
E-mail: moc@gov.ps
http://www.moc.gov.ps/
Ar-Rayan Bldg., Irsal St.,
PO Box 147, Ramallah
**Gaza:**
Tel.: 08-2824860/70
Fax: 08-2824860
PO Box 4024
**Deputy:** Yahya Hassan Yakhluf
Tel.: 02-2980396
**Dir. Gen.:** Ahmed Dahbour
Tel.: 08-2824850/60/70/7253
Fax: 08-2824860
Mustafa Hafez St., PO Box 4004,
Rimal, Gaza
**Advisor & Dir. Gen.:** Yousef
Lubbad
**Director Generals:**
- **Literature & Publications:**
  Mahmoud Shqeir
- **Arts:** Leana Badr
- **Public Relations:** Ali Amer
- **Cultural Centers:** Ali Khalili
- **Hebron Office:** Yousef Tartouri

▶ MINISTRY OF DETAINEES &
   FREED DETAINEES AFFAIRS

**Minister:** Hisham Abdel Razeq
Tel.: 02-2961714/3, 08-2847148
Fax: 02-2963722
E-mail: mda@palnet.com
Shalash Bldg., Irsal St.,
PO Box 2105, Ramallah
**Deputy Dir. Gen.:** Radi Jarali
Tel.: 02-2961714/ 059-209922
**Gaza:**
Tel.: 08-2828979
Fax: 08-2847148
**Office Dir.:** Mu'ath Al-Hanafi
Tel. & Fax: 08-2847148/58/68
**Asst. Dep.:** Khalil Ar-Rai
Tel.: 059-403400
**District Offices:**
**Bethl.:** Head: Ibrahim Najajreh
        Tel. & Fax: 02-2741642
**Hebron:** Munquez Abu A'twan
        Tel.: 02-2226423
        Fax: 02-2213993
**Jenin:** Nazmi Abdel-Ghafour
        Tel.: 04-2501184
**Jerusalem:** Dir.: Nibal Taqash
        Tel.: 02-2961714/3
        Fax: 02-2963722
**Nablus:** Abdul Rahman Daoud
        Tel.: 09-2374125
**Qalqilya:** Head: Salah Ghanaim
        Tel.: 09-2942587
**Tulkarem:** Head: Atef 'Ata
        Tel.: 09-2676691
**Ex-Detainees Rehabilitation**
**Program**
Dir.: Radi Jamil and Nasser Jarai'
Tel: 02-2980032/3
**Gaza:** Dir.: Mohammed Tlouli
Tel.: 08-2847168
(services, incl. health insurance, loans,
job search assistance, education, voca-
tional training, psychological counseling)

▶ MINISTRY OF ECONOMY
   & TRADE

**Minister:** Maher Al-Masri
Tel.: 08-2829140-2
Fax: 08-2826149/59
Rimal, Gaza
**Ramallah:**
Tel.: 02-2981214-9
Fax: 02-2981216
PO Box 1629, Ramallah
**Deputy:** Dr. Maher Al-Kurd
**Asst. Dep.:** Sulaiman Abu Karsh
**Asst. Deputy for Financial &**
**Admin. Issues:** Tawfiq Shihabi
**Dir.Gen. of Trade:** Nasser Sarraj
Tel. & Fax: 08-2823343
**Directors:**
- **Trade:** Hamad Rafati
  Tel.: 08-2829140/1/2
  Fax: 08-2823343
  Ar-Rimal, Gaza
- **Trade, WB:** Abdul Hafiz Nofal
- **General Admin. for Trade**
  **Cooperation:** Saeb Bamleh
- **General Admin. for**
  **Enterprises:**
  Omar Lehroub

*Index p. 130 ff*

PASSIA

04:000055        13

**0618**

- **Services & Trade Unit:**
  Ibrahim Muqaiyad
  Tel.: 08-2829143
- **Coordination with Chambers of Commerce & International Organizations:**
  Nidal Al Ahmad
**Import/Export Dept:**
Head: Hamad Ar-Raffati
Tel.: 08-2826139
Exhibitions & Markets Dept:
Majed Muhsen
Tel.: 02-2981214-6/07
*The Palestinian Development Gateway (PDG)*
Coordinator: Marwan Tarazi
Tel.: 02-2981213
Fax: 02-2981208
E-mail: info@psgateway.org
http://www.psgateway.org

► **MINISTRY OF EDUCATION**

**Minister:** Tel.: 02-2983200/53/42/56/5555
Fax: 02-2983222
PO Box 576, Ramallah
Gaza:
Tel.: 08-2865209
        08-2829210/06
Al-Wihdeh & Al-Yarmouk St. intersection, PO Box 435, Gaza
**Deputy:** Dr. Naim Abu Hommos
Tel.: 02-2983256/2983201/42
**Advisor:** Muwafaq Yasein
Tel.: 02-2983229
**Asst. Deputy/Gaza:** Abdallah Abdul Mun'em
Tel.: 08-2861409/5200
**Asst. Dep. for Admin./West Bank:** Jihad Zakarneh
Tel.: 02-2983289/3207
**Asst. Dep. for Education/West Bank:** Dr. Said Assaf
Tel.: 02-2983238
**Director Generals:**
- Acting Dir. Gen. for High Education: Rima Kilani
  Tel.: 02-2983287/ 3205
- Administrative Affairs:
  Azzam Abu Bakr
  Tel.: 02-2983292
- Books & Educational Publications: Nihad Al-Sa'di
  Tel.: 02-2401550
- Buildings & Projects:
  Eng. Fawwaz Mujahed
  Tel.: 02-2983252
- Curriculum Center: Dr. Salah Yassin - Tel.: 02-2406756
- Development & District Admin.: Jihad Zakarneh
  Tel.: 02-2983291
- Educational Activities & Students' Affairs: Zainab Al-Wazir
  Tel.: 08-2821475
- Educational Techniques:
  Subhi Al-Kayyed
  Tel.: 02-2401119
- Financial Affairs: Moh'd Jubran
  Tel.: 02-2983206
- Gen. Education: Walid Zagha
  Tel.: 02-2983205

- **International & Public Relations:** Khalil Mahshi
  Tel.: 02-2983254
- **Supplies:** Hasan Sarsour
  Tel.: 08-2865206
- **Technical & Vocational Education:** Jamil Abu Sa'da
  Tel.: 02-2983235
- **Training & Educational Supervision:** Dr. Ghazi Eid
  Tel.: 02-2983255
- **Personnel & Registration Office:** Mohammed Hamida
  Tel.: 02-2983200
**Legal Advisor:** Khairi Hanoun
Tel.: 02-2983259
**Advisor:** Lucia Hijazi
Tel.: 02-2983251/68
**District Offices:**
Bethlehem: Head: Moh'd Al-Dibs
        Tel.: 02-2744392
Gaza: Mohammed El Hanjuri
        Tel.: 08-2829207
Hebron: Dr. Taysir Maswadeh
        Tel.: 02-2228990
Jenin: Jamal Tarif
        Tel.: 04-2501366
Jericho: Moh'd Abdel Qader
        Tel.: 02-2321244
Jerusalem: Abdul Muhsen jabber
        Tel.: 02-6276514
J'lem Suburbs: Subhi Al Khatib
        Tel.: 02-2348627
Khan Younis: Ali Khalefa
        Tel.: 08-2054410
Nablus: Rima Zeid Al-Kilani
        Tel.: 09-2389544
North Gaza: Ismail Al-Jurnasi
        Tel.: 08-2453130
Qabatia: Head: Lutfi Kittaneh
        Tel.: 04-2432604
Qalqilya: Head: Mohammed Alia
        Tel.: 09-2940001/1111
Ramallah-Al-Bireh: Musa Jamhour
        Tel.: 02-2987623
Salfeet: Khalil Abu Libdeh
        Tel.: 09-2395661
South Hebron: Khalil Tmeizi
        Tel.: 02-2226366
Tulkarem: Husni Sadeq Badran
        Tel.: 09-2671038
Rafah: Said Harb
        Tel.: 08-2140127

► **MINISTRY OF ENVIRONMENT**

**Minister:** Dr. Yousef Abu Safiyeh
Tel.: 08-2822000/3000/2847208
Fax: 08-2839355
        08-2847198
E-mail: menaw6@gov.ps
http://www.mena.gov.ps
An-Nasser, Ath-Thwara St., Gaza
**Deputy:** Dr. Sufian Sultan Tamimi
Tel.: 02-2403495/8/3495
Fax: 02-2403494
Ramallah, PO Box 3841
Hebron:
Tel.: 02-2225328/9269
Fax: 02-2229279

► **MINISTRY OF FINANCE**

**Minister:** Moh'd Zuhdi Nashashibi
Tel.: 08-2863994/2863636/964/
        08-2826188/365/75/85/7262
Fax: 08-2820696
Beirut St., Tel Al-Hawa.
PO Box 4007, Gaza
Ramallah:
Tel.: 02-2407121-4
        02-2400372/650/
        050-369350
Fax: 02-2405880
http://www.mof.gov.ps
Sateh Marhaba, Al-Bireh
PO Box 795, Ramallah
**Deputy Min.:** Dr. Atef Alawneh
Tel.: 02-2400372 / 059-341614
**Asst.Deputy:** Mohammed Jaradeh
Tel.: 08-2845288
**Director Generals:**
- Gaza: Sa'eed Aweidah
  Tel.: 08-2829247
- West Bank: Sami Ramlawi
  Tel.: 02-2400370
  Dir. Gen.: A'bla Nashashibi
  Tel.: 08-2825942
- Budgetary Affairs:
  Tel.: 08-2825225
- Publications: Ibrahim Al-Biltaji
  Tel.: 08-2829248
- Personal/Administrative Affairs:
  Basel Ar-Ramahi
  Tel.: 02-2400480
- Income Affairs: Jihad Zammari
  Tel.: 02-2407341
- Finance: Mahmoud Al-Saqa
  Tel.: 08-2829247
  Fax: 08-2825305
- Auditing/Control: Said Al-Qidreh - Tel.: 08-2829423
- Customs & VAT:
  Gaza: Mohammed Issa
  Tel.: 08-2825733
  West Bank: Nasser Tahboub
- Income Tax:
  West Bank: Jihad Zamari (Acting)
  Tel.: 02-2407111
  Gaza: Bayyan Abu Shaban
  Tel.: 08-2822408
- Salaries: Mustafa Diab
  Tel.: 02-2401333

► **MINISTRY OF HEALTH**

**Minister:** Dr. Riad Za'noun
Tel.: 08-2829301-3 / 153/4
Fax: 08-2826325/295
E-mail: mohgaza@palnet.com
E-mail: pnamoh@palnet.com
http://www.moh.gov.ps/
Abu Khadra Bldg., PO Box 1035 or
PO Box 5001, Gaza
Ramallah:
Tel.: 02-2407743
Fax: 02-2407742
**Primary Health Care and Public Health Directorate**
Tel.: 02-2987741
Fax: 02-2955765
Dr. Ziad Al-Haj Yassin Bldg., Al-Balou', Al-Bireh

14

**Deputy:** Dr. Munther Al-Sharif
Tel.: 09-2384771-6
Fax: 09-2384777
PO Box 14, Nablus
**Director Generals:**
- **Gaza:** Dr. Imad Tarawiyeh
  Tel.: 08-2829173/74
- **West Bank:** Dr. Fahed As-Said
  Tel.: 09-2384771-6
  Fax: 09-2384777
- **Children's Health:**
  Dr. Raghda Shawwa
- **Community Health:**
  Dr. Assad Ramlawi
  Tel.: 02-2957392/3
- **Dentistry:** Dr. Saqer Abu
  Qumboz
  Tel.: 08-2825782
  Dr. Raji Musleh
  Tel.: 02-2404744
- **Emergency:** Dr. Moh'd Salameh
- **Enviromental Health:** Dr.
  Ibrahim Attiyeh
  Tel.: 02-2955766/7392
- **Health Insurance:** Diab Ahmad
  Fadel
- **Health Promotion:** Dr. Zahira
  Habash
- **Hospitals:** Dr. Faisal Abu Shahla
- **International Cooperation:**
  Dr. Yousef Al-Hindi
  Tel.: 08-2838699
  Fax: 08-2826325
- **Pharmaceuticals:** Dr. Ziad
  Sha'ath
  Tel.: 08-2826448
  Dr. Walid Obeidallah
  Tel.: 02-2954698
- **Planning:** Khaled Abu Ghali
  Tel. & Fax: 08-2828003
  **Dir. of Research, Planning &
  Development:** Ghaleb Abu
  Baker
  Tel.: 09-2387275
  Fax: 09-2384777
- **Primary Healthcare:** Dr. Abdul
  Jabar At-Tibi
- **Preventive Medicine:**
  Dr. As'ad Ramlawi
  Tel.: 02-2957392/3
  02-2955657
- **PR:** Dr. Marwan Za'ayim/Gaza
  Tel. & Fax: 08-2826944
  Dr. Omar Al Nasser/ West Bank
  Tel.: 09-2384771
  Fax: 09-2384777
- **Public Health Admin.:** Dr.
  Nadim Toubasi
  Tel.: 02-2957391/8394
- **Treatment Abroad :** Dr. Majed
  El-Rayyes
- **Human Resourse
  Development:** Dr. Wael Issa
  Tel.: 08-2827298
- **General Admin. of Pharmacy**
  Dir.: Dr. Walid Ubeidallah
  Tel.: 02-2954698/7
  Fax: 02-2954697
**Quality Improvement Project**
Dir.: Dr. Nehaya Telbani
Tel.: 08-2827941
Fax 08-2827225
http://www.qippna.org

**Health Services Management
Unit**
Dir.: Dr. Faisal Abdul Latif
Tel.: 09-2384771
Fax: 09-2384777
E-mail: hsmu@jrol.com
*District Offices:*
Beth.: Dr. DeGaulle Haudali
  Tel.: 02-2741756/5
Hebron: Dr. Abdel Aziz Shqeir
  Tel.: 02-2227695/6078/7706
Jenin: Dr. Mohammed Toufakji
  Tel.: 04-2501033/2480
Jericho: Dr. Nazih Mulseh
  Tel.: 02-2322573/406/1292/3
Nablus: Dr. Sa'id Al Hamouz
  Tel.: 09-2376601/2/3/5
Qalqylia: Dr. Ziad Eid
  Tel.: 09-2940054/1054
Ramallah: Dr. Fawzi Falah
  Tel.: 02-2956521/5658/84850
Salfeet: Dr. Bassam Abu Madi
  Tel.: 09-2395620/674/727
Tulkarem: Dr. Sa'id Hanoun
  Tel.: 09-2671003/71423

▶ MINISTRY OF HIGHER
EDUCATION

**Minister:** Dr. Munther Salah
Tel.: 02-2982602/4
  02-2982600/30/4/7833
Fax: 02-2954518
E-mail: msalah@gov.ps
Office Dir.: Rana Halsah
Tel.: 02-2982602/18
Fax: 02-2954518
E-mail: rhalaseh@gov.ps
http://www.mohe@gov.ps
Um Sharayet, POBox 17360, J'lem
Gaza:
Tel.: 08-2820004/8824/14
Fax 08-2828554
Al-Yarmouk/Omar Al-Mukhtar St.,
PO Box 5301, Gaza
**Deputy:** Eng. Hisham Kuheil
Tel.: 02-2954490/82604/
  08-2820004
E-mail: hkuheil@gov.ps
Dep.'s Office Dir.: Frosse Dabit
Tel.: 02-2982604
**Advisor:** Dr. Gabi Baramki
Tel.: 02-2982604
E-mail: gbaramki@gov.ps
*Press Office:* Mohammad Shtaiwi
Tel.: 02-2982667
E-mail: minister@mhe.planet.edu
**Director Generals:**
- **International & Cultural
  Relations:**
  Dr. Lily Feidy
  Tel.: 02-2982606/15
  E-mail: dg-ir@gov.ps
- **Students' Affairs:** Moh'd Khader
  Tel.: 02-2982627
  E-mail: dg-student@gov.ps
- **Technical Education &
  Colleges:**
  Tel.: 02-2982614
  E-mail: dg-tech-ed@gov.ps
- **Licensing & Accreditation:**
  Head: Dr. Ribhi Abu Sneineh
  Tel.: 02-2982639

E-mail: rsneineh@mhe.planet.edu
- **Admin. & Financial Affairs:**
  Dr. Abdul Karim Az-Zughayar
  Tel.: 02-2982608
  E-mail: dg-finance@gov.ps
- **Scientific Research:**
  Dr. Abdel Salam Shal'ab
  Tel.: 02-2982603
  E-mail: dg-research@gov.ps
- **Planning & Development:**
  Dr. Wael Al-Qadi
  Tel.: 02-2982620
  E-mail: dg-planning@gov.ps
- **University Education:**
  Tel.: 02-2982609
  E-m: dg-universities@mhe.planet.edu
Gaza: Dir.: Mohammed Abu Jarad
Tel.: 08-2820004
Fax: 08-2828554
E-mail: abujarad@gov.ps
PO Box 5301, Gaza
Nablus: Dir.: Hani Makboul
Tel. & Fax: 09-2397103
Az-Zaka Bldg., Rafidia Main St.

▶ MINISTRY OF HOUSING

**Minister:** Dr.Abdul Rahman Hamad
Tel.: 08-2822233-6
Fax: 08-2822235
Damascus St., Southern Rimal, PO
Box 4034, Gaza
Ramallah:
Tel.: 02-2987704/51434/
  02-2986747/0154
Fax: 02-2987705
Irsal St., Al-Masayef, PO Box 2227
**Dep. Min.:** Marwan Abdul Hamid
**Dir. Gen.:**
- **Gaza:** Dr. Ramadan Al-Najjar
- **West Bank:** Adnan Abu Ayyash
**Dept. for Land Survey**
Tel.: 02-2957371/544
Beth.: Tel. & Fax: 02-2743344
Hebron: Tel.: 02-2227623
  Fax: 02-2226040
Jenin: Tel. & Fax: 04-2501016
Jericho: Tel. & Fax: 02-2321264
J'lem: Tel. & Fax: 02-2797201
Nablus: Tel.: 09-2385343
  Fax: 09-2383816
Qalqiya: Tel.: 09-2949688
  Fax: 09-2940688
Ramallah: Tel.: 02-2956747
Salfeet: Tel.: 09-2399230
  Fax: 09-2395808
Tubas: Tel.: 09-2574395
  Fax: 09-2574504
Tulkarem: Tel.& Fax: 09-2671780

▶ MINISTRY OF INDUSTRY

**Minister:** Dr. Sa'di Al-Krunz
Tel.: 02-2987747
Fax: 02-2960350
E-mail: industry-WB@gov.ps
  pnaindus@p-i-s.com
http://www.industry.gov.ps/index.htm
Um Sharayet, POB 2073, Ramallah
Gaza/An-Nasser:
Tel.: 08-2829699/454/43707
Fax: 08-2824884

<u>Gaza/Tal El-Hawa</u>
Tel.: 08-2826463/9697/8
Fax: 08-2824884
**Asst. Deputy:** Dr. Jawad Naji
Hirzallah - Tel.: 02-2987748
**Dir.Gen.:** Dr. Nasr Jabr
Tel.: 08-2829454/6453/463
Fax: 08-2824884
**Dir. Gen.:** Rateb Al-A'mleh,
Majeda Al-Masri
**Research & Planning:**
Dr. Sami Abu Zarifeh
<u>District Offices:</u>
<u>Bethl.:</u> Head: Mahmoud Al Sha'er
Tel.: 02-2741776/2132
<u>Hebron:</u> Head: Sharaf Muhanna
Tel.: 02-2226393
<u>Jenin:</u> Head: Ziad Tu'meh
Tel.: 04-2503281
<u>Nablus:</u> Head: Kamal Ghannam
Tel.: 09-2385953/2
<u>Tulkarem:</u> Yousef Saleh Babiyeh
Tel.: 09-2672511
<u>Qalqilya:</u> Mosameh Mosameh
Tel.: 09-2943101

▶ **MINISTRY OF
INFORMATION**

**Minister:** Yasser Abed Rabbo
Tel.: 02-2954042-4/2986465-8
Fax: 02-2954043
E-mail: mininfog@planet.edu
or: postmaster@mininfo.pna.org
http://www.pna.org/mininfo
Acre St., Al-Bireh, PO Box 224,
Ramallah
<u>Gaza:</u>
Tel.: 08-2824925/6200
Tel. & Fax: 08-2826100
An-Nasr St., PO Box 5195, Gaza
**Dir. Gen.:** Hasan Al-Kashif
Tel.: 08-2821672
Fax: 08-2821672/2824926
**Dir. Gen. West Bank:**
Mohammed Suleiman
Tel. 02-2966445/54044
Fax: 02-2954043
<u>District Offices:</u>
<u>Bethl.:</u> Tel. & Fax: 02-2765115
<u>Hebron:</u> Tel. & Fax: 02-2226938
Shalalah St., Natsheh Bldg.
<u>Nablus:</u> Tel.: 09-2384024
Sa'addin Bldg., Adel St.
- **International Relations &
Advisor to the Min.:** Şam'an
Khouri
<u>Director Generals:</u>
- **Press & Printed Materials:**
Hani Al-Masri
- **Financial & Admin. Affairs:**
Ibrahim Sajdiyeh
- **Local Media:** Muhannad Abdul
Hamid
- **Public Media:** Towfiq Bseiso
- **External/Local Media/Public
Relations:** Walid Alami
- **Women & Child Affairs:**
Clemence Khoury
- **South Governorate Office:**
Yacoub Shaheen

▶ **MINISTRY OF THE
INTERIOR**

**Minister** (acting): Yasser Arafat
Tel.: 08-2829183/185
08-2829460
Fax: 08-2840165
An-Nasser St., Gaza
<u>Ramallah:</u>
Tel.: 02-2959395-7
Fax: 02-2959394
Al-Irsal St., PO Box 641
<u>Hebron:</u>
Tel.: 02-2227265/6350
Fax: 02-2228649
**Deputy:** Ahmad Said Tamimi
Tel.: 02-2957174
**Asst. Deputies.:** Zakaria Abdul
Rahim & Nidal 'Amer/ Gaza
Tel.: 08-2825442
**Asst. Dep.:** Jamil Shihadeh/ WB
Tel.: 02-2959395
**Dir. Gen.:** Dr. Awad Hijazi
- Gaza, Tel.: 08-2823088
Mohammed Lutfi Yassin
- West Bank
<u>Licensing Dept.:</u> 08-2829183
08-2825794
<u>Director Generals:</u>
- **Ministry:** Omar Al-Shibli
- **PR:** Sana' Abu Zayed
- **Organizations:**
Mohammed Al-Madhoun
Tel.: 08-2863800/4084/21661
Fax: 08-2829470
- **Passport & Naturalization:**
Jamal Al-Sumndt – Tel: 08-2828060
Hassan 'Alawi – Tel.: 02-2956410
- **Legal Dept.:** Hussein Assi
Tel.: 02-2322230/2321060
Fax: 02-2321061
Jericho
- **Directorate of Prisons:**
Col. Hamdi Reefi
Tel. & Fax: 08-2829112
Tel.: 08-2829589
- **Directorate of Police Training:**
Brig.Gen. Samih Nasser
Tel.: 08-2829366/65
Fax: 08-2823983
- **Civil Defence:**
Mahmoud Abu Marzouq
Tel.: 08-2863633 - Gaza
08-2841878 - Tal El-Hawa
08-2826047 - Tal El-Hawa
<u>Civil Defense Centers:</u>
<u>Al-Bireh:</u> Tel.: 02-2955595
<u>Bethl.:</u> Tel.: 110/02-2741122-3
<u>Deir Al-Balah:</u> Tel.: 102
08-2531129
<u>Dura:</u> Tel.: 02-2280677
<u>Gaza:</u> Tel.:102/08-2861233/3633
<u>Hebron:</u> Tel.: 02-2228844
<u>Jabalia:</u> Tel.: 102/08-2457836/35
08-2477835/6
<u>Jenin:</u> Tel.: 102/04-2501225
04-2503801
<u>Jericho:</u> Tel.: 02-2322658/1062
<u>Khan Younis:</u> 102 / 08-2053057
<u>Nablus:</u> Tel.: 09-2380598/1011
<u>Qalqilya:</u> Tel.: 09-2940440/1
<u>Rafah:</u> Tel.: 08-2135079
<u>Ramallah:</u> Tel.: 02-295880/5599

<u>Salfit:</u> Tel.: 09-2395757
<u>Thahriyyeh:</u> 02-2267111
<u>Tulkarem:</u> Tel.: 09-2672130
<u>Yatta:</u> Tel.: 02-2279607

▶ **MINISTRY OF JERUSALEM
AFFAIRS**

**Minister:** Ziyad Abu Ziyad
Tel. & Fax: 02-2797450-1/6282159
050-248089
E-mail: pij@palnet.com
jeaff@alami.net
**Dir. Gen.:** Dr. Nimer Isma'il
Tel.: 02-2797451
**Technical Dept.:** Eng. Munther
Al-Shami
**Legal Dept.:** Rania Nassar
**Social Research:** Suheir Al-Hirbawi
**Public Affairs:** Rami Tahboub
Ras Qubsa, PO Box 115, Al-
Izzariyya

▶ **MINISTRY OF JUSTICE**

**Minister:** Freih Abu Meddein
Tel.: 08-2867109/20256
08-2845432/42
08-2822231/318/9118
Fax: 08-2867109/20265
**Deputy Min.:** Ibrahim Al Daghma
Tel.: 08-2822927
**Asst. Dep.:** Hassan Abu Libdeh
Tel. & Fax: 08-2825286
**Atty. Gen.:** Zuheir As-Sourani
Tel.: 08-2829059/4584
**Dir.Gen.:** Atef Khudari
Tel.: 08-2820266
Fax: 08-2867109
**Dir. Gen./WB:** Farouk Abul Rub
Tel.: 02-2987662
Fax: 02-2954615
**Dir. Gen.:** Yahya Shrouro
Tel.: 08-2845432
Fax: 08-2867109
**Dir. Gen. Public Relations:**
Mohammed Abu Shawiesh
Tel.: 08-2829120
Fax: 08-2867109
**Legislation Department -
Diwan Al Fatwa Wal Tashrie'**
Head: Ibrahim Al Daghma
Tel.: 08-2822927/9118
Tel.: 02-2984304/6 (Ramallah)
Fax: 08-2829197
Fax: 02-2984306
**Chamber of the Chief Justice
High Court:**
Tel.: 08-2824501
Fax: 08-2822388/390
**Chief Justice, Shari'a Courts:**
Sheikh Mahmoud Salameh
Tel.: 08-2868485/3609

▶ **MINISTRY OF LABOR**

**Minister:** Rafiq An-Natsheh
Tel.: 02-2900375-9/2900990
Fax: 02-2900607
E-mail: info.mol.pna.org
http://www.mol.gov.ps
Main St., Betunia, PO Box 350,
Ramallah

16

PASSIA RAMALLAH

04:000058

Gaza:
Tel.: 08-2863919/8393
08-2829147/640
Fax: 08-2868478/22400
Abu Khadra, PO Box 4021
**Asst. Deputy Ministers:**
Moh'd Sabbah (West Bank, Gaza)
Tel.: 02-2901373
Haider Ibrahim (West Bank)
Tel.: 02-2902404
**Employment Program:**
Dir.: Abdul Majeed Swailem
Tel.: 02-2900022
**Director Generals:**
- **Admin. & Financial Affairs:**
Mohammed Abu Sbeitan
- **Cooperatives:** Taher An-
Natsheh
- **Employment & Labor:**
Gaza: Said Mdalal
West Bank: Hussein Al-Abed
- **International, Arab & Public
Relations:** Hassan Saleh
- **Labor Inspection:** Mahmoud Al-
Shunaq
- **Labor National Institute:**
Fawaz Yassin
- **Labor Relations:** Riyad Jubran
- **Occupational Safety &
Health:**
Assef Sa'id
- **Planning & Information:**
Ghazi Al-Khalili
- **Social Insurances:**
Mohammed Hzayyim
- **Vocational Training:** Riad
Madani, Ahmad Al Khatib
- **Woman Affairs:** Ihsan Barnawi
**Media & Public Relations Dept.:**
Head: Ali Najmeddin
Jericho Office:
Husni Hamdan
Tel.: 02-2322616
02-2321161
Fax: 02-2321161
**Public Relations:** Hafez Abbassi
Tel.: 08-2822400/9129
**District Offices:**
Bethlehem: Head: Yassin Radi
Tel. & Fax: 02-2742557
Hebron: Head: Ali Qdaimat
Tel.: 02-2226116/7896
Fax: 02-2226115
Jenin: Head: Walid Bilbaisi
Tel.: 04-2501010
Jericho: Head: Ahmad Najim
Tel.: 02-2328616/1270
Fax: 02-2321270
Jerusalem: Hussein Abu Gharbieh
Tel.: 02-2796057/9862
Nablus: Head: Moh'd Abu Zaytun
Tel.: 09-2384639
Qaqilya: Head: Husni As-Saifi
Tel.: 09-29400010
Ramallah: Head: Ali Hamdan
Tel.: 02-2957395/6
Salfeet: Head: Baha' Eddin Taha
Tel.: 09-2395226
Tulkarem: Ghazi Nasrallah
Tel.: 09-2672147
Tubas: Ahmad Daraghmeh
Tel. & Fax: 09-2574535

▶ **MINISTRY OF LOCAL
GOVERNMENT**

**Minister:** Dr. Sa'eb Erekat
Tel.: 02-2322619/065
Fax: 02-2321240
E-mail: molg@p-ol.com
http://www.p-ol.com/~molg/
Kifl Al-Wad, PO Box 98, Jericho
Gaza:
Tel.: 08-2866844/494/29184/046
08-2820271/3/4478
Fax: 08-2867509
Ramallah: PO Box 731
Tel.: 02-2988291-4
Fax: 02-2988290
**Deputy:** Dr. Hussein Al-Araj
Tel.: 02-2988291
**Asst. Deputy/Gaza:** Ismail Abu
Shamaleh - Tel.: 08-2820271
**Asst. Deputy/WB:** Ahmed
Ghneim
**Dir. Gen.:** Jihad Hamdan,
Omar Samha, Qalqilya
**PR:** Dir.: Dr. Hani Al-Hrub
Tel.: 02-2988291
**District Planning Committee:**
Tel.: 09-2945394 - Qalqilya

▶**MINISTRY OF NGO AFFAIRS**

**Minister:** Hassan Asfour
**Dir. Gen.:** Dr. Fathi Darwish
Tel.: 08-2834828/818
Fax: 08-2834858
**Dir., Planning & Development /**
Gaza: Khamis Rouk
E-mail: mongoa@gov.ps
http://www.mongoa.gov.ps
PO Box 1370, Gaza
Ramallah:
Tel.: 02-2401370-2/7220
Fax: 02-2401371
PO Box 20, Ramallah

▶ **MINISTRY OF PARLIA-
MENTARY AFFAIRS**

**Minister:** Nabil Amro
Tel.: 02-2960870/2
Fax: 02-2981101
E-mail: mpa@planet.edu
**Finance & Admin. Dir.:**
Mohammad Yaghi
Irsal St., Jaber Shafash Bldg., P.O
Box 4047, Ramallah

▶ **MINISTRY OF PLANNING
& INTERNATIONAL
COOPERATION**

**Minister:** Nabil Sha'ath
Tel.: 02-2867334/28224882/93
08-2829260/2821655/40
Fax: 08-2824090/2937/2482
E-mail: info@nmopic.pna.net
http://www.pna.gov.ps
PO Box 4017, Gaza City
West Bank:
Tel.: 02-2961860-2/850/1
02-2366000/2983914
Fax: 02-2963772
Al-Balu', Al-Bireh, PO Box 1336,
Ramallah or PO Box 54319, J'lem

**Deputy:** Dr. Samih Al Abed
Tel.: 02-2961851 / 059-352875
**Asst. Deputy:** Ali Sha'ath - Gaza
Tel.: 08-2826737 / 059-408115
**Dir. Gen.:** Dr. Majdi Khalidi
Tel.: 08-2822483
**Director Generals:**
- **Internat. Coop.:** Walid Siam
Ahmad Suboh
Tel.: 02-2961853
Hisham Mustapha
- **Gender Planning & Develop-
ment:** Zahira Kamal
Tel.: 02-2961856 /
050-500363 / 050-695342
- **Expatriate Affairs:** Anis Bargouthi
E-mail: expat@intcoop.pna.net
Tel.: 02-2961860/1
- **Admin. & Financial Affairs:**
Said Al-Qudreh
Tel.: 08-2827828 / 02-2983927
- **Israeli Affairs:** Sufian Abu Zaydeh
Tel.: 08-2829258
- **Strategic & Sectoral Planning:**
Khalil Nijim
Tel.: 02-2983904 / 052-634511
- **Institution Building & Human
Resources Development:**
Dr. Mohammed Ghadiyeh
Tel.: 02-2961864
**Science & Technology Unit:**
Head: Dr. Karim Tahboub
Tel. & Fax: 02-2983912
PALESTA (Palestinian Scientists and
Technologists Abroad)
E-mail: ask@palesta.net
http://www.palesta.net
Balou', Ramallah
**NPA Secretariat (National
Plan of Action for Palestinian
Children)**
Tel.: 02-2404760/1
Fax: 02-2404762
E-mail: npapal@palnet.com
http://palnet.com/~npasec/
As-Sahrafeh St., Al-Bireh, opp. Al-
Razi Hospital (Munis Tresh House),
PO Box 38144, Kufr Aqab
**PR Dept.:** Basel Jaber
Tel.: 02-2963772
**Media Office:** Basel Jaber
Tel.: 08-2867334

▶ **MINISTRY OF POSTS &
TELECOMMUNICATION**

**Minister:** Imad Al-Falouji
Tel.: 08-2822822/9171
Fax: 08-2825666
Gaza
Ramallah:
Tel.: 02-2986555/7/8/946
Fax: 02-2986556
Irsal St., Al-Balou', PO Box 674
**Deputy Min.:** Zuheir Lahham
Tel. & Fax: 08-2825666
02-2986563/6555
E-mail: zlaham@marna.com
P.O Box 5300, Gaza, Ar Rimal
**Dir. Gen.:** Mahmoud Diwan
**Director Generals:**
- **West Bank:** Samir Bakr

- **Communications:** Moh'd Skeik
- **Internal Control:** Majdi Jaber
- **Postal Affairs:** Taysir Sabri

**▶MINISTRY OF PUBLIC WORKS**

**Minister:** Azzam Al-Ahmad
Tel.: 02-2401208
Fax: 02-2400890
E-mail: mpw@palnet.com
Sateh Marhaba, Al-Bireh
PO Box 3961, Ramallah
Gaza:
Tel.: 08-2822310
Fax: 08-2865900
Arab League St., Rimal
**Deputy:** Deif Allah Al Akhras
**Director Generals:**
- **Public Works:** Afif Said
Tel.: 02-2966006
Fax: 02-2987889
- Jericho: Musa Jadallah
- **Planning & Studies:** Aqil Kharsam
Tel.: 08-2862900
- **Technical Affairs:** Maher Ghneim
Tel. & Fax: 02-2965921
- **Admin. & Financial Affairs:**
Bassam Abu Gharbiyeh
Tel.: 02-2400888
Fax: 02-2400890

**▶MINISTRY OF SOCIAL AFFAIRS**

**Minister:** Intisar Al-Wazir (Um Jihad)
Tel.: 08-2829193/4/5/89
Fax: 08-2820686
Old Housing Bldg., Rimal, Gaza
Ramallah:
Tel.: 02-2959061/2986183/4
Fax: 02-2955723/2959060
Um Sharayet, PO Box 3525, Al-Bireh
**Deputy Min. & Dir. Gen.:**
Wahid M'teir
Tel.: 08-2869994
**Director Generals:**
- **Rehabilitation:** Rihab 'Issawi
Tel.: 08-2848426/2848426
- **PR Dept.:** Abeer Abu Kishk
Tel.: 02-2986183/4
- **Planning Unit:** Hana Al-Qaimari
Tel.: 02-2959061/2986183-4
**Dir., Information & Statistics**
**Dept.:** Ayman Sawalha
Tel.: 02-2956259
Fax: 02-2959060
**District Offices:**
Bethl.: Head: Diana Mubarak
Tel.: 02-2741216/7
Fax: 02-2770582
Hebron: Head: Sharif Jaradat
Tel.: 02-2227653
Fax: 02-2220898
Jenin: Tel. & Fax: 04-2436864
Jericho: Head: Ahmad Maharmeh
Tel.: 02-2322504
Jerusalem: Head: Sha'fan Bahar
Tel. & Fax: 02-2799969
Nablus: Head: Fadia Al Masri
Tel.: 09-2383574/2387785
Fax: 09-2380064

Qalqilya: Head: Dr. Saleh Mara'be
Tel.: 09-2942588
Ramallah: Head: Zuheir Al-Zuheiri
Tel.: 02-2958343
Tel. & Fax: 02-2956277
Tulkarem: Head: Ra'eq Al-Dureydi
Tel.: 09-2674244

**▶ MINISTRY OF SUPPLIES**

**Minister:** Abdul Aziz Shaheen
Tel.: 02-2840215/05/25/2825140
059-419995
E-mail: supply@rannet.com
Al-Wihda St., Gaza
Ramallah:
Tel. & Fax: 02-2400891
Al-Balou', PO Box 2148, Al-Bireh
Um Sharayet: Tel.: 02-2987893
PO Box 2148, Ramallah
**Deputy:** Abdul Hamid Al-Qudsi
Tel.: 02-2400892
**Dir. Gen.:** Adel Saqallah
Tel.: 08-2874133
**Consultant:** Dr. Subhi Abu Sha'ireh
Tel.: 02-2987893
**Director Generals:**
- **Northern Region:** Abdallah Skafi
Tel.: 02-2400893/5/29878920
- **Financial & Admin. Affairs:**
Riyad Aweidah
Tel.: 08-2874147/8/9
- **Control & Inspection:**
Gaza: Abdallah Fattah Humeid
Tel.: 08-2874147-9
West Bank: Mahmoud Id'eis
Tel.: 02-2400895
- **PR:** Ibrahim Khader
**Gen. Directorate of Center Labs:** Tel.: 02-2987 893
**Dept. Hall Marketing and Inspection of Metals:**
Tel.: 02-2987894, Ramallah
Tel.: 09-2332022, Nablus
**Food Science Directorate:**
Tel.: 02-2987892
**District Offices:**
Beit Lahya: Tel.: 08-2458710
Bethlehem: Tel.: 02-2773544
Deir Al-Balah: Tel.: 08-2351519
Gaza City: Tel.: 08-2874177-9
Hebron: Tel.: 02-2220111/3333
Jenin: Tel.: 04-2437062/3
Jericho: Tel.: 02-2321598
Jerusalem: Tel.: 02-2798372
Khan Younis: Tel.: 08-2052100
Nablus: Tel.: 09-2386017/8
Qalqilya: Tel.: 09-2493108
Rafah: Tel.: 08-2135720
Ramallah: Tel.: 02-2902411
Tulkarem: Tel.: 09-2672718/9

**▶ MINISTRY OF TOURISM & ANTIQUITIES**

**Minister:** Mitri Abu Aita
Tel.: 02-2741581-3
Fax: 02-2743753
E-mail: mota@visit-palestine.com
http://www.visit-palestine.com
Nazzal Building, Main Street
PO Box 534, Bethlehem
**Deputy:** Abdallah Hijazi

Tel.: 02-2770603 / 08-2824866
Fax: 02-2770604
**Dir. Gen.:** Bajes Ismail
Tel.: 02-2760665
Fax: 02-2760898
**District Offices:**
Gaza: Tel.: 08-2824866/2829461
Fax: 08-2824856
Hebron: Samer Masri
Tel.: 02-2229633
Fax: 02-2227633
Jenin: Majid Abu Rub
Tel.: 04-2438380
Fax: 04-2348381
Jericho: Ayyoush Abed As-Salam
Tel.: 02-2322935
Fax: 02-2321229
Nablus: Imad Ya'ish
Tel.: 09-2385042-4
Fax: 09-2385043
Qalqilya: Ibrahim Al- Hafi
Tel.: 09-2943143
Fax: 09-2943143
Ramallah: Daoud Odeh
Tel.: 02-2402530/2/3
Fax: 02-2402531
Salfeet: Sayel Al- Deik
Tel.: 09-2395967
Fax: 09-2395970
Tulkarem: 'Amer Al- Jitawi
Tel.: 09-2672356
Fax: 09-2679701

**▶ MINISTRY OF TRANSPORT**

**Minister:** Dr. Ali Qawasmi
Tel.: 02-2400944
Fax: 02-2400943
PO Box 399, Ramallah
**Asst. Deputy:** Ali Suleiman Ja'bari
Tel.: 02-2400944
Gaza: Tel.: 08-2829133/63762
08-2863322
Fax: 08-2822297
**Dir. Gen.:** Mahmoud Qawasmi
Tel.: 02-2400946
**Director Generals:**
- **Licensing, Southern Districts:**
Jibril Tibani - Tel.: 08-2825265
- **Licensing, West Bank:**
Eng. Mohammad Jaradat
Tel.: 02-2400944
- **Financial Affairs:** Ali Erekat
Tel.: 02-2400944
- **Admin. Affairs & Supplies:**
Abdul Jabbar Hamad

**▶ MINISTRY OF WAQF & RELIGIOUS AFFAIRS**

**Minister:** ----
Jerusalem
Tel.:
Hebron
Tel. & Fax: 02-2829070/2228213
Gaza
Tel.: 08-2866947
Fax: 02-2866947/2824837
Al-Yarmuk St., PO Box 283, Gaza
Izzariyya:
Tel.: 02-2799902/3
Fax: 02-2796222
Dar Al-Aytam Al-Islamia Bldg.


PASSIA

04:000060

**0623**

**Dep.:** Sheikh Yusef Juma Salameh
**Asst. Deputy:** Aziz Amro
**Dir. Generals:**
- **Jerusalem Affairs:**
  Nasser Daoud Rifa'i
- **Directorates:** Bahjat Dweikat
- **Financial Affairs:** Moh'd
  Mustapha Ja'far, Khader Abu
  Sha'ban: Tel.: 08-2829050
  Mahmoud Al-Neirab:
  Tel.: 08-2829070
- **Christian Affairs:**
  Ibrahim Kandalaft
  Tel.: 02-6282339/050-391697
- **Heritage Dept.:** Yousef Hamad
  Tel.: 02-6285473
- **Islamic Research:** Mohd. Lafi
  Tel.: 08-2863943/47638
- **Legal Affairs:** Fathailah Al-
  Husseini & Fouad Siam
- **Women's Affairs Dept.:**
  Tel.: 08-2827628
**District Offices:**
Gaza: Tel.: 08-2826892
Nablus: Tel.: 09-2384274/5/6
Hebron & Southern District:
  Tel.: 02-2223005

▶ **MINISTRY OF YOUTH &
SPORT**

**Minister:** ——
Tel.: 08-2868045/2826689/
  08-2822743/2668/9/7654
Fax: 08-2822736
E-mail: MYS@palnet.com
Ash-Shifa St., Southern Rimal,
PO Box 1416, Gaza
Ramallah:
Tel.: 02-2985981/2/8/6490/
  02-29559730-4
Fax: 02-2985991
Irsal St., Irsal Bldg., PO Box 52
**Deputy Min.:** Dr. Ahmad Al-Yazji
Tel.: 08-2827645/2743
Fax: 08-2822736
**Asst. Deputy/West Bank:**
Dr. Jamal Al-Muheissen
Tel.: 02-2985983
**Dir. Gen.:** Rabiha Diab
Tel.: 02-2959733
**District Offices:**
Bethl.: Head: Khalil Shahwan
  Tel.: 02-2770680
Deir Al Balah: Tel.: 08-2531929
Gaza Compound: 08-2824956
Hebron: Abdul Nasser Al Sharif
  Tel.: 02-2226359
Jenin: Head: Ghassan Kabaha
  Tel.: 04-2502680
Jericho: Suleiman Abu Taleb
  Tel.: 02-2322498
J'lem: Head: Nabil Abu Omar
  Tel.: 02-2347998
Khan Younis:
  Tel.: 08-2054176/3671
Nablus: Head: Fathi Khader
  Tel.: 09-2381557
  Fax: 09-2382621
Qalqilya: Hussam Bal'awi
  Tel.: 09-2942761
Ramallah-Al-Bireh: Nimer Attdyeh
  Tel.: 02-2959730/4/2985981/2

*Index p. 130 ff*

---

Fax: 02-2985991
Salfeet: Head: Reyad Amer
  Tel.: 09-25195623
Tulkarem: Head: A'la'a Haloub
  Tel.: 09-2672783

◆**Ben Weider Academy for
Fitness**
  Dir.: Dr. Nazih N'eirat
  Tel.: 02-2900972
  Fax: 02-2900971
  Beitunia

◆**Majed As'ad Sports'
Compound**
  Dir.: Daoud Mitwali
  Tel.: 02-2400144
  Al-Bireh

◆**The Martyr Salah Khalaf
Center for Young Leaders**
  Dir.: Marwan Wishahi
  Tel.: 09-2578620
  Al-Fara'a

▶ **MINISTERS WITHOUT
PORTFOLIO**

**Minister:** Salah Ta'amari
(Settlements)
Tel.: 02-2765308
  050-202947 / 052-202947
Fax: 02-2743503

**Minister:** Dr. Nabil Kassis
(Bethlehem 2000)
Tel.: 02-2988433
Fax: 02-2988435

**Minister:** Jirar Qudwa
(General Monitoring Commission)
Tel.: 08-2829187
Fax: 02-2821703

**PLC - PALESTINIAN
LEGISLATIVE
COUNCIL**

**Speaker:** Ahmed Qrei'a (Abu Ala')
Tel.: 02-2987716/2959595
  059-542666
  02-6279263 - res.
Fax: 02-2987712
Main Office, Al-Bireh:
Tel.: 02-2987714/5/7
Fax: 02-2987719
Gaza:
Tel.: 08-2827027/9337/8
  08-2824194/3953
Fax: 08-2827037/4174/2596
E-mail: palplc@planet.edu
http://www.pal-plc.org
1ˢᵗ **Deputy:** Ibrahim Abu Naja
Tel.: 08-2824154 / 059-448448
Fax: 08-2824174
2ⁿᵈ **Deputy:** Ghazi Hanania
Tel.: 02-2987222/54110
  059-301357
Fax: 02-2957062
Dir. Gen.: Mahmoud Labadi
Tel.: 02-2987720 / 2960733
  050-532747
Fax: 02-2987720

---

Dir. Gen. of the Speakers
Office: Salah Al-Ayan
Tel.: 02-2987716 / 050-377915
Fax: 02-2987712
**Financial Department**
Abdul Karim Abu Taha
Tel. & Fax: 02-2987721
Tel.: 059-205206
**PLC Committees**
Dir.: Ibrahim Khreisheh
Tel.: 02-2987719 / 050-566317
**Media & Information Dept.**
Dir.: Basem Barhoum
Tel.: 02-2987718/2402718
**PR Department**
Dir.: Nadia Sartawi
Tel. & Fax: 02-2960332/050-281193
**Administrative Affairs:**
Dir. Gen.: Izzideen Abu Safiyeh
Tel.: 08-2824488
  050-316080 / 059-316080
Library: Dir.: Lina Queider
Tel.: 02-2958892 / 050-363848
Legal Dept.: Jamal El Khatib
Tel.: 02-2400717

**■■ PLC MEMBERS ■■**

▶ **JERUSALEM DISTRICT**

Jerusalem District Office (7 seats)
Tel.: 02-2347450/1
Fax: 02-2347452

**Ahmad Qrei'a (Abu Ala)**
Tel.: 02-2987716/59595 – off.
  059-542666/6279263 - res.
Fax: 02-2987712

**Hanan Ashrawi**
Tel.: 02-5851842/35462 – off.
  02-2951928/9 - res.
  059-2012076
Fax: 02-5835184

**Dr. Emile Jarjou'i**
Tel.: 02-2741171/5 – off.
  02-5828066 – res.
  050-243601
Fax: 02-2766401/2742514

**Hatem Abdel Qader**
Tel.: 02-2347450/1 – off.
  052-867629
Fax: 02-2347452

**Ahmad Al-Batsh**
Tel.: 02-2347450 – off.
  02-2449561 - res.
  052-222327
Fax: 02-2347452

**Ahmad Hashem Az-Zughayar**
Tel.: 02-6282351/2347450 - off.
  02-6276788/050-389761 - res.
Fax: 02-2347452

**Ziad Abu Zayyad**
Tel.: 02-6282115/2797450/1 - off.
  02-6282159
  02-2799748 / 050-248089
Fax: 02-6273388
E-mail: pij@palnet.com

## ▶ BETHLEHEM DISTRICT

**Bethlehem District Office**
(4 seats)
Officer: Fuad Suleiman Salem
Tel.: 02-2743503/ 059-233536
Fax: 02-2743503

**Mitri Abu Aitta**
Tel.: 02-2744542/5440 – off.
02-2741641 – res.
050-510047
Fax: 02-2744544

**Bishara Daoud**
Tel.: 02-2742966/5440 – off.
02-2742242 – res.
050-381090
Fax: 02-2744546

**Salah At-Ta'mari**
Tel.: 02-2765308 – off.
02-2772366 – res.
050-202947
Fax: 02-2743503

**Daoud Az-Zeir**
Tel.: 02-2770461 – off.
050-263556/ 059-205271
Fax: 02-2765060

## ▶ DEIR AL-BALAH DISTRICT

**Deir Balah District Office** (5 seats)
Tel. & Fax: 08-2552166

**Freih Abu Meddein**
Tel.: 08-2822231 / 050-314142
08-2822231- Res.
Fax: 08-2820265/2552166

**Ibrahim Al-Habbash**
Tel.: 08-2552166
08-2531321 – res.
059-408332
Fax: 08-2552166

**Sa'adi Al-Krunz**
Tel.: 08-2552166/2843707
059-908331
Fax: 08-2552166/2824884

**Jalal Al-Msadar**
Tel.: 08-2552166/30950
059-401015
Fax: 08-2552166

**Jamileh Saydam**
Tel.: 08-2552166 - off.
08-2824116 – res.
059-408379
Fax: 08-2552166

## ▶ GAZA CITY DISTRICT

**Gaza District Office** (11 seats)
Tel.: 08-2822788
Fax: 08-2824449

**Ziad Abu Amr**
Tel.: 08-2836617 / 059-408407
08-2824356 – res.
Fax: 08-2836627

**Marwan Kanafani**
Tel.: 08-2826021/5470
059-408119
Fax: 08-2826031

**Nahedd Ar-Rayyes**
Tel.: 08-2824896 – off.
050-228746
Fax: 08-2824896

**Faraj As-Sarraf**
Tel.: 08-2866596 – off.
08-2860011 – res.
059-408423
Fax: 08-2866596

**Yousef Ash-Shanti**
Tel.: 08-2867105/74003
059-408368 / 052-379414
Fax: 08-2824993

**Fakhri Shaqoura**
Tel.: 08-2842440 – off.
08-2824288 / 059-408158
Fax: 08-2825324

**Rawya Ash-Shawwa**
Tel.: 08-2860177 – off.
08-2821242 – res.
059-408416
Fax: 08-2824177

**Intisar Al-Wazir**
Tel.: 08-2827474 – off.
08-2824730 – res.
050-326999
Fax: 08-2820686

**Wajih Yaghi**
Tel.: 08-2825732 – off.
059-408415
Fax:08-2822449

**Musa Az-Za'bout**
Tel.: 08-2822788 – off.
08-2869747 / 059-408412 -res.
Fax: 08-2833577

**Reyad Az-Zanoun**
Tel.: 08-2829301-2 – off.
08-2826666 - res.
050-349671
Fax: 08-2826295

## ▶ HEBRON DISTRICT

**Hebron District Office** (10 seats)
Tel. & Fax: 02-2226766

**Zahran Abu Qbeitah**
Tel.: 02-2226766/ 6390 – off.
02-2279331 – res.
050-533979
Fax: 02-2279331

**Ali Abu Ar-Rish**
Tel.: 02-2251911/26390 – off.
050-233926 / 059-205178
Fax: 02-2226766/7

**Musa Abu Sabha**
Tel.: 02-2226766/7 – off.
02-2227026 – res.
050-356815 / 059-205186
Fax: 02-2226766/7

**Suleiman Abu Sneineh**
Tel.: 02-2226766/7 – off.
02-2228550/6398
050-537729 / 059-205176
Fax: 02-2226766/7

**Nabil Amro**
Tel.: 02-2960872/3 – off.
02-2958433 – res.
050-573784 – 059-205025
Fax: 02-2981101

**Mohammed Al-Hourani**
Tel.: 02-2226766/7
059-205204
Fax: 02-2226766/7

**Rafiq An-Natsheh**
Tel.: 02-2900375-9 – off.
02-2900990 / 02-2224244
052-390555/ 059-224244
Fax: 02-2226115/6

**Ali Al-Qawasmi**
Tel.: 02-2220901/2400944 -- off.
02-2228165/6910 – res.
050-433942 / 059-433942
Fax: 02-2228156/6766/7

**Jamal Ash-Shobaki**
Tel.: 02-2226766/7 – off.
02-2745880 – res.
050-289722 / 059-205304
Fax: 02-2226766/7

**Abbas Zaki**
Tel.: 02-2223851-3/ 6391 – off.
02-2222444 – res.
050-388678 / 059-224455
Fax: 02-2223853

## ▶ JABALIA DISTRICT

**Jabalia District Office** (7 seats)
Tel. & Fax: 08-2477337

**Hisham Abed Ar-Razek**
Tel.: 08-2457337 – off.
08-2457911 – res.
050-369732 / 059-408181
Fax: 08-2457337

**Yousef Abu Safieh**
Tel.: 08-2457337 – off.
08-2457744 – res.
059-408262
Fax: 08-2457337

**Fuad Eid**
Tel.: 08-2457337 / 059-408328
08-2456624 – res.
Fax: 08-2457337

**Emad Al-Falouji**
Tel.: 08-2825612
08-2456235 – res.
059-433943
Fax: 08-2824555

**Abdul Rahman Hamad**
Tel.: 08-2825903/777/9149/2235
059-408120
Fax: 08-2824086/849

20

04:000062

**0625**

**Karam Sarandah**
Tel.: 08-2457337 / 052-332567
      08-2458750 – res.
Fax: 08-2457337

**Kamal Ash-Sharafi**
Tel.: 08-2457337/059-408321-off.
      08-2456428 – res.
Fax: 08-2457337

▶ **JENIN DISTRICT**

**Jenin District Office** (6 seats)
Tel.: 04-2437161/2
Fax: 04-2437163

**Azzam Al-Ahmad**
Tel.: 02-2402206/4181 – off.
      050-500104
Fax: 02-2400890

**Jamal Shatl Al-Hindi**
Tel.: 04-2437161/2 – off.
      04-2430320 / 059-205121
Fax: 04-2439580

**Ahmad Irsheid**
Tel.: 04-2437161/2 – off.
      04-2502060 / 059-205174
Fax: 04-2439580

**Burhan Jarrar**
Tel.: 04-2437161/2 – off.
      04-2436901 – res.
Fax: 04-2439580

**Hikmat Zeid Al-Kilani**
Tel.: 02-2961080-8 / 90-2
      059-205147 / 04-2501027
Fax: 02-2961212

**Fakhri Turkman**
Tel.: 04-2437161/2 – off.
      04-2436650 /059-205377
Fax: 04-2439580

▶ **JERICHO DISTRICT**

**Jericho District Office** (1 seat)
Tel.: 02-2321540/1

**Sa'eb Erekat**
Tel.: 02-2322619/065 – off.
      02-2322304 – res.
      050-523405 / 059-205190
Fax: 02-2321540

▶ **KHAN YOUNIS DISTRICT**

**K. Y. District Office** (8 seats)
Tel.: 08-2051349/2051134
Fax: 08-2051134

**Ibrahim Abu An-Naja**
Tel.: 08-2824154 – off.
      08-2825999 – res.
      059-448448
Fax: 08-2824154

**Abdul Karim Abu Salah**
Tel.: 08-2051134 – off.
      08-2073448 – res.
      059-408314
Fax: 08-2051134

*Index p. 130 ff*

**Hassan Asfour**
Tel.: 08-2823657/5552
      059-347226
Fax: 08-2823487

**Ra'fat An-Najar**
Tel.: 08-2052445 – res.
      08-2051134/059-760887
Fax: 08-2051134

**Ahmad Nasr**
Tel.: 08-2822576 - off.
      08-2866351 – res.
      059-413925
Fax: 08-2823055/2022576

**Nabil Sha'ath**
Tel.: 08-2829260
Fax: 08-2824090

**Ahmad Ash-Shibi**
Tel.: 08-2051134 – off.
      08-2071275 – res.
      059-484150
Fax: 08-2071531

**Jawad At-Tibi**
Tel.: 08-2051134 / 059-762115
      052-256001
Fax: 08-2051134

▶ **NABLUS DISTRICT**

**Nablus District Office** (8 seats)
Tel.: 09-2333231 / 059-204410
Tel. & Fax: 09-2385647

**Kamel Al-Afghani**
Tel.: 09-2385647/33490
      · 059-205460
      09-2380756 – res.
Fax: 09-2386441

**Salloum Samri**
Tel.: 09-2333490 – off.
      09-2385888 / 059-205454
Fax: 09-2385888

**Husam Khader**
Tel.: 09-2385930 – off.
      09-2380936 – res.
      059-205410
Fax: 09-2380936

**Maher Al-Masri**
Tel.: 02-2981213 – off.
      09-2387748 - res.
      050-373705
Fax: 02-2981208

**Mu'awiyah Al-Masri**
Tel.: 09-2333490 – off.
      09-2379912
      050-288671 / 059-205448
Fax: 09-2386441

**Dalal Salameh**
Tel.: -2385647 09– off.
      059-205470 / 052-236594
Fax: 09-2385647

**Ghassan Ash-Shaka'a**
Tel.: 09-2379313
      09-2371451 - res.
      059-205400
Fax: 09-2374690

**Fayez Zeldan**
Tel.: 08-2821309 – off.
      059-408409
Fax: 08-2821309

▶ **QALQILYA DISTRICT**

**Qalqilya District Office** (2 seats)
Tel.: 09-2943044/ 059-797147
Fax: 09-2943045

**Mahmoud Da'as**
Tel.: 09-2943044 – off.
      09-2998573 – res.
      050-220877
Fax: 09-2943045

**Othman Ghashash**
Tel.: 09-2943044 – off.
      09-2942423
Fax: 09-2943045

▶ **RAFAH DISTRICT**

**Rafah District Office** (5 seats)
Tel.: 08-2136911/2825931
Fax: 08-2136912

**Abed Rabbo Abu O'un**
Tel.: 08-2136911 – off.
      08-2137150 – res.
      059-408392
Fax: 08-2136912

**Rouhi Fatouh**
Tel.: 08-2823953/4194 – off.
      08-2824184 / 050-566319
Fax: 08-2846433

**Mohammed Hijazi**
Tel.: 08-2136910/1/5108 – off.
      08-2136836/2826725 – res.
      059- 859561
Fax: 08-2136912

**Suleiman Ar-Rumi**
Tel.: 08-2136911 – off.
      08-2136606/8 / 059-411044
Fax: 08-2136912

**Abdul Aziz Shaheen**
Tel.: 08-2823953/6430/4324 – off.
      08-2136828 / 08-2827146
Fax: 08-2824324/5140

▶ **RAMALLAH DISTRICT**

**Ramallah District Office** (7 seats)
Tel.: 02-2987628/719

**Marwan Barghouti**
Tel.: 02-2954949/50 – off.
      059-205211
Fax: 02-2985729

**Qadura Fares**
Tel.: 02-2987628 - off.
      059-205142
Fax: 02-2987214

**Abdul Fatah Hamayel**
Tel.: 02-2980341 – off.
      02-2980341
      02-2957272 / 059-205166

PASSIA

04:000063    · 21

**Ghazi Hanania**
Tel.: 02-2957060 – off.
        02-2957222
        02-2954110 – res.
        059-301357
Fax: 02-2957060/2

**Abdul Jawad Saleh**
Tel.: 02-2958435 – off.
        02-2958718 / 059-459352
Fax: 02-2958423

**A'zmi Ash-Shu'aybi**
Tel.: 02-2954072/3 – off.
        02-2401084 – res.
Fax: 02-2954071

**Jamil Al-Tarifi**
Tel.: 02-2987452/3/4 – off.
        02-2952875 – res.
Fax: 02-2987451
        02-2987335

▶ **SALFIT DISTRICT**

**Salfit District Office** (1 seat)
Tel.: 09-2515669
Fax: 09-2515668

**Ahmad Ad-Deik**
Tel.: 09-2515668/9 – off.
        02-2954080 / 059-205210
Fax: 09-2515668

▶ **TUBAS DISTRICT**

**Tubas District Office** (1 seat)
Tel.: 09-2376887
        050-660469 / 059-733373

**Hashem Suleiman Saleh
Daraghmeh**
Tel.: 09-2376887 / 059-205451
Fax: 09-2376887

▶ **TULKAREM DISTRICT**

**Tulkarem District Office** (4 seats)
Tel. & Fax: 09-2676026

**Mufid Abed Rabbo**
Tel.: 09-2676026
        02-2403787 – res.
        059-205723
Fax: 09-2676026

**Al-Tayyeb Abdul Rahim**
Tel.: 08-2824174 – off.
Fax: 08-2824604

**Hakam Bala'wi**
Tel.: 08-2824276/02-2984373 –off.
Fax: 02-2984374

**Hassan Khreisheh**
Tel.: 09-2676026 – off.
        09-2674166/5029
        059-205071
Fax: 09-2675029

## PLC COMMITTEES

**Budget Committee**
Chair: Daoud Az-Zir
Tel.: 02-2400714/5
        059-205271 / 050-201005
Fax: 02-2987719

**Economic Committee**
Chair: Jamal Shobaki
Tel.: 02-2226767
        050-289722 / 059-205304
Fax: 02-2226766

**Educational Committee**
Chair: Abbas Zaki
Tel.: 02-2223851-3/6390/1/2444
        08-2825605
        050-388678 / 059-224455
Fax: 02-2223853

**Interior & Security Committee**
Chair: Fakhri Shaqura
Tel: 08-2825324/42440/059-408158

**Jerusalem Committee**
Chair: Ahmad Hashem Az-Zughayar
Tel.: 02-2347450 / 050-389761
Fax: 02-2347452

**Land & Settlement Committee**
Chair: Salah Ta'mari
Tel.: 02-2743023 - off.
        02-2765308 / 050-202947
Fax: 02-2743502

**Legal Committee**
Chair: Abdul Karim Abu Salah
Tel.: 08-2051134 / 059-408314
Fax: 08-2051134

**Parliamentary Monitoring
Committee**
Chair: Qadura Fares
Tel. & Fax: 02-2987628
Tel.: 059-205142

**PLC Affairs Committee**
Chair: Ahmad Qrei'a
Tel.: 02-2987716 / 2963636
Fax: 02-2987712

**Political Committee**
Chair: Dr. Ziad Abu Amr
Tel.: 08-2836617 / 059-408407
Fax: 08-2836627

**Refugees & Diaspora
Committee**
Chair: Jamal Shati Al-Hindi
Tel.: 04-2437161/2 / 059-205121
Fax: 04-2437163

## PA AGENCIES AND INSTITUTIONS

**Gaza International Airport**
Chair: Fayez Zeidan
Dir. Gen.: Salman Abu Halib
Tel.: 08-2134119 / 4129 (Tower)
        08-2821309/2134338/58
        08-2134279/89/99 (Info)
Fax: 08-2821309/7844

E-mail: gaza-int@hally.net
http://www.gaza-airport.org
PO Box 8007, Rafah, Gaza
Airport Security: 08-2134339/49
Preventive Security: 08-2134369

**General Control Institution**
Chairman: Jirar Qudwa
Tel.: 08-2829187 / 282737
Fax: 08-2821703
Dir. Gen.: Abdellatif Matar
Tel.: 02-2407354/03
Fax: 02-2407304
Nablus:
Contact: Mazen Mahroum
Tel.: 09-2385122

**General Personnel Council**
Chairman: Dr. Moh'd Abu Sharia
Ramallah:
Tel.: 02-2980640/7791/2
Fax: 02-2980640/7793
Um Sharayet, PO Box 1995,
Ramallah
Gaza: Tel.: 08-2980008
Fax: 08-2822236
E-mail: diwan@palnet.com
Abu Khadra Complex, Gaza

**General Petroleum
Corporation**
Chairman: Harbi Sarsoour
Tel.: 02-2404988-9/16
Fax: 02-2404003
E-mail: gpc@palnet.com
Nablus main St., Silwadi building,
P.O Box 3725, Al Bireh
Gaza:
Tel.: 08-2823745
Fax: 08-2843407
E-mail: gpchq@palnet.com
PO Box 1444, Rimal, Gaza

**Government Computer Center**
Dir. Gen.: Dr. Ghassan Qadah
Tel.: 02-2961866/7
Fax: 02-2961865
http://www.gcc.g.ov.ps/
Opp. Bridge Academy, Ar-Ram
Gaza: Dir.: Dr. Bishara Khouri
Tel.: 08-2829262/3
Fax: 08-2863900
Abu Khadra Bldg.

**Institute for Administrative
Development**
Dep. Dir. Gen.s: Bana Kaloti, Ghada
Hazboun
Ramallah: Tel.& Fax 02-2965130
Um Sharayet, POB 1995, Ramallah
Gaza: Tel.: 08-2829228
Fax: 08-2829012
E-mail: diwan@palnet.com
Southern Ar-Rimal , Gaza

**Martyrs' Families & Prisoners'
Institution (M's F. & I.C.E.)**
Dir. Gen.: Yousef Jubran
Dir.: Amneh Al-Hassan
Tel.: 02-2958507 / 02-2986268
Fax: 02-2986268
Ramallah



04:000064

0627

Bethl: Dir.: Yousef Abu Laban
Tel. & Fax: 02-2770945
Deir Al-Balah: Tel.: 08-2536301
Gaza: Dir.: Mohammed Arafat
Tel.& Fax: 08-2824727
Hebron: Dir.: Moh'd Abu Sharar
Tel. & Fax: 02-2223888
Jenin: Dir.: Ghazi Abdul Hadi
Tel. & Fax: 04-2436864
Jerusalem: Dir.: Khaled Kharouf
Tel. & Fax: 02-2798433
Khan Younis: Tel.: 08-2061533
Nablus: Dir.: Ali Assad
Tel. & Fax: 09-2385550
Qalqilya: Dir.: Mai Zeid
Tel. & Fax: 09-2944373
Rafah: Tel.: 08-2130708
Salfit: Dir.: Zahra Qaroush
Tel. & Fax: 09-2519326
Tulkarem: Dir.: Zuheir Khatab
Tel. & Fax: 09-2680477
Jericho: Dir: Ahmad Maharmeh
Tel.: 02-2322504

**National Center for Public Administration & Human Resource Development (MOPIC)**
Dir., Gaza: Mohammed Naja
Tel.: 08-2829260/67334/8909
08-2821218
Fax: 08-2824090
Ramallah: Tel.: 02-2961860-5
Fax: 02-2961851

**National Center for Studies & Documentation**
Head: Abdallah Hourani
Tel. & Fax: 08-2822028/65716
08-2848778
E-mail: n-c-s-d@palnet.com
Jala' St., Rimal, POB 5256, Gaza

**Palestine Airlines**
Chair/Dir. Gen.: Fayez Zeidan
Tel.: 08-2829526-8
Fax: 08-2822800
E-mail: fzaidan@palairlines.com
http://www.palairlines.com
Jamal Abdel Nasser St.,
PO Box 4043, Gaza
Sales & Reservation:
Tel.: 08-2827814
Tel. & Fax: 08-2827824
Commercial Dept.:
Tel. & Fax: 08-2827834

**Palestine National Archives Center**
Dir.Gen.: Mohammed Bheis
Tel. & Fax: 02-2343707/9888
E-mail: pnac@palnet.com
Dahiet Al-Barid, PO Box 66353,
Jerusalem

**Palestine Standards Institution**
Ramallah:
Dir. Gen.: Mazen Abu Shari'a
Tel.: 02-2984144
Fax: 02-2964433
Gaza: Tel.: 08-2823656
Hebron: Tel.: 02-2226977
Fax: 02-2226976

Nablus: Tel.: 09-2385721/2
Fax: 09-2375745

**Palestinian Broadcasting Corporation (PBC)**
Chairman: Radwan Abu Ayyash
Tel.: 02-2959893/7/9
Fax: 02-2959893/7
E-mail: pbc@palnet.edu
Dir.Gen.Radio: Basem Abu Sumaya
Tel.: 02-2959891
Fax: 02-2984730
Dir. Gen. TV: Ali Rayan
Tel.: 02-2959898
Gen. Coord./Head of Satellite
Channel:
Tel.: 08-2833300/25824
Fax: 08-2823744
PO Box 2540, Gaza
Studios: Tel.: 08-2820711 (Gaza)
Tel.: 02-2987901(Ramallah)

**Palestinian Central Bureau of Statistics (PCBS)**
Pres.: Dr. Hassan Abu Libdeh
Tel.: 02-2406340
Fax: 02-2406343
E-mail: diwan@pcbs.pna.org
http://www.pcbs.org
Al-Bireh, PO Box 1647, Ramallah
PR Officer: Loay Shihadeh
Tel.: 02-2951101
Field Work Directorates:
Gaza: Tel.: 08-2820885/1509
Fax: 08-2829600
Hebron: Tel.: 02-2220222
Fax: 02-2252865
Jenin: Tel.: 04-2436969
Nablus: Tel.: 09-2381752
Fax: 09-2387230
Qalqilya: Tel.: 09-2943005
Tulkarem: Tel.: 09-2672905/1540

**Palestinian Civil Aviation Authority**
Chairman: Fayez Zeidan
Tel.: 08-2821309/7814/24/
050-2364603/059-408409
Fax: 08-2821309/9526
E-mail: f.zaidan@palnet.com
Dir. Gen.: Salman Abu Halib
Tel.: 08-2134338/58/159
Fax: 08-2134159/2827844
Jamal Abdel Nasser St., Gaza

**Palestinian Curriculum Development Center**
Dir.: Dr. Salah Yassin
Tel.: 02-2406174/6756/1551/2
Fax: 02-2401550
E-mail: pcdc@palnet.com
PO Box 719, Ramallah

**Palestinian Economic Council for Development & Reconstruction (PECDAR)**
Man. Dir.: Mohammed Shtayyeh
E-mail: shtayyeh@palnet.edu
Tel.: 02-2362380/00/050-210338
Fax: 02-2347041
E-mail: pecdar@palnet.com
http://www.pecdar.org

Dahiet Al-Barid, PO Box 54910,
Jerusalem
Project Dir.: Dr. Hisham Shkokani
Tel.: 02-2362340/48
Fax: 02-2362342
PECDAR - Departments/Heads:
Technical Assistance & Train-
ing Dept.: Dr. Mohammad Dijani
Tel.: 02-2362366/70/73
Fax: 02-2347041
Services: Muhaymen Tirhi
Tel.: 02-2362312
Admin. & Financial Affairs:
Mohammed Abu Awad
Tel.: 02-2362384/60
Gaza: Tel.: 08-2824859
Fax: 08-2824040
Hebron: Tel.: 02-2226822
Nablus: Tel.: 09-2375575
National Institute for
Information:
Dir.: 'Adel Lafi
Tel.: 02-2407751
Fax: 02-2407754
Gaza:
Tel.: 08-2833318
Fax: 08-2833308

**Palestinian Energy Authority**
Chairman: Dr. Abdul Rahman Hamad
Tel.: 02-2986192/0
Fax: 02-2986191
E-mail: pietro@palnet.edu
Palestinian Energy & Environ-
ment Research Center (PEC)
Dir.: Eng. Nabil Tineh
Tel.: 09-2384804
Fax: 09-2384388
E-mail: perc@palnet.com
http://www.home.palnet.com/perc
Hasouneh Bldg., Rafidia St.,
PO Box 85, Nablus
Ramallah: Tel. & Fax: 02-2989075

**Palestinian Geographic Center (PALGRIC)**
Gen.Dir.: Eng.Younis Al-Qawasmi
Tel. & Fax: 02-2404711/2
E-mail: palgric@planet.edu
Al-Bireh

**Palestinian Industrial Estate & Free Zone Authority**
Head, Board: Dr. Sa'di Krunz
Dir.: Abdel Malek Jabber
Tel. & Fax: 02-2960351
E-mail: piefza@palnet.com
Um Sharayet, PO Box 2073,
Ramallah

**Palestine Monetary Authority**
Acting Head: Dr. Amin Haddad
Tel.: 08-2825292/4599/5713/23
Fax: 08-2844487
http://www.pma.gov.ps
Rimal, Nasreh St., POB 4026, Gaza
Ramallah:
Tel.: 02-2959920-1/23/2980130/1
02-2965380-2
Fax: 02-2959922/24
E-mail: pmaram@palnet.com
PO Box 452, Ramallah

PASSIA

04:000065    23

**0628**

**Nablus:**
Tel: 09-2335661/87925-26
Fax: 09-2335662
Abu Ra'd Bldg., 4th fl., P O Box 42

**Palestinian National Commission for Education, Culture & Science (UNESCO, ISESCO, ALECSO)**
Sec.-Gen.: Jihad Quarashouli
Tel.: 02-2401080/2400901
Fax: 02-2406333
E-mail: pncecs@palnet.com
http://www.pncecs.gov.ps
PO Box 174, Ramallah

**Palestinian Olympic Committee**
Head: Ahmad Arafat Qudwe
Dir.: Abdel Hamid Ghanem
Tel.: 08-2829222/9307
Fax: 08-2824742/9307
Gaza

**Palestinian Tobacco Authority**
Head: Ahmed Al-Agha
Tel.: 08-2825179/89
Fax: 08-2825199
Gaza
Ramallah Office:
Tel.: 02-2987560-2
Fax: 02-2987507

**Palestinian Water Authority**
Tel.: 02-2959022
Fax: 02-2981341
http://www.pwa.pna.org
Al-Baloua', Al-Bireh
Chairman: Eng. Nabil Sharif
Tel.: 08-2822696
Fax: 08-2824030/2697
Deputy: Fadel Ka'wash
Tel.: 02-2959022
Fax: 02-2981341
E-mail: fkpwa@planet.edu
Al Balou', Al-Bireh

**State Information Service (SIS)**
Dir. Gen.: Reyad Al-Hassan
Tel. & Fax: 08-2825856
Tel.: 08-2825638/7289
        08-2834565/8788
E-mail: siswebmaster@gov.ps
http://www.sis.gov.ps
Dir.: Mahmoud Samir Amro
Tel. & Fax: 02-2225165
Ain Khair Eddin, Hebron
Ramallah: Nawaf Hamed
Tel.: 02-2964761-3

**Voice of Palestine (Radio)**
Contact: Al-Rayyes
Tel.: 08-2823809/5804
Fax: 08-2825804
PO Box 4025, Gaza City

**WAFA - Wakalet Al-Anba'a Fi-lastiniyya** (*Palestinian News Agency*)
Chair: Ziad Abdul Fattah
Tel.: 08-2824026
Chief Editor: Ali Hussein

Tel.: 08-2824036/56
Fax: 08-2824046
E-mail: wafapal@rannet.com
        wafa@palnet.com
http://www.wafa.pna.net
Ramallah:
Gen. Dir.: Sami Sarhan
Tel.: 02-2987767
Nablus:
Abdul Aziz Abu Warde
Tel.: 09-2389908
Fax: 09-2389909
Amman St., Nablus
Tulkarem: Tel.: 09-2674164
Jenin: Tel.: 04-2505001/2
Qalqilya: Tel.: 09-2942808
Jerusalem: Tel.: 02-6281206
            Fax: 02-6281226
Bethlehem: Tel.: 02-2770841

**Central Photographic (Archives)**
Tel.& Fax 02-2980472/0115
E-mail: wafa_tasweer@hotmail.com
Ramallah Commercial Center, 5th
fl., # 506, Ramallah

## PA COMMISSIONS & COUNCILS

**Bethlehem 2000 (Center for Cultural Heritage Preservation)**
In charge: Min. Dr. Nabil Kassis
Tel.: 02-2766241
Fax: 02-2766244
E-mail: info@bethlehem2000.org
http://www.bethlehem2000.org
Al-Attan St., PO Box 2000, Bethlehem

**Council for Medical Services**
Dir.: Duhni Al- Weiheidi
Tel.: 08-2862163
Fax: 08-2867814
Gaza

**District Coordination Office (DCO)**
Saraya: Tel.: 08-2829107/386/7
South: Tel.: 08-2050944
Erez: Tel.: 08-2458790

**Higher Council for the Arab Tourism Industry**
   **- CURRENTLY CLOSED -**
Head: Haidar Husseini
Tel.: 02-6281805/050-369395
Exec. Dir.: Dr. Abed Rahman Abu Rabah
Tel.: 02-6281805/24
Fax: 02-6282981
E-mail: hcat-pal@palnet.com
Khaled Ibn Walid St.,
PO Box 19850, Jerusalem

**Higher Islamic Council** see *Index*

**Palestinian Central Election Commission**
Chair: Mahmud Abbas (Abu Mazen)
Tel. & Fax: 02-2987950/1

E-mail: cec@planet.edu
http://www.planet.edu/~cec
Ramallah

**Palestinian Council of Health**
Dir. Gen.: Dr. Hikmat Ajjouri
Tel.: 02-5831180 / 5852055
Fax: 02-5852048
E-mail: pchealth@planet.edu
http://www.palnet.com/~fadi2/
PO Box 51681, Jerusalem

**Palestinian Council for Higher Education**
Sec. Gen.: Dr. Gabi Baramki
Tel.: 02-2982600/82600
Fax: 02-2954518
E-mail: gbaramki@mhe.planet.edu
   or: consultant@mhe.planet.edu
   minister@mhe.planet.edu

**Palestinian Housing Council** (est. 1991)
Chairman: Eng. Adnan Husseini
Acting Gen. Dir.: Eng. Nabil Aref
Tel.: 02-2347141/2/4
Fax: 02-2347143
E-mail: phc@palnet.com
Dahiet Al-Barid, PO Box 17128, Jerusalem
Gaza: Tel. & Fax: 08-2823290/80
Hebron: Tel. & Fax: 02-2226589
Nablus: Tel.: 09-2381169
         Fax: 09-2381169

**Palestinian Oil Council (POC)**
Head: Dr. Said Assaf
Tel. & Fax: 02-2955380
Tel.: 02-2954223 / 052-277489
Ramallah

**Political Guidance Commission**
Head: Othman Abu Gharbieh
Gaza: Tel.: 08-2824321
Jericho: Tel.: 02-2322661
Bethlehem: 02-2741866
Qalqilya: 09-2943060
Jenin: 04-2436914
Ramallah: 02-2987618
Nablus: 09-2380672
Salfeet: 09-2395951

## POLICE AND SECURITY

**Border Crossings**
Gen. Dir.: Nazmi Mhana
Allenby Bridge: Nazmi Mhana
Tel.: 02-9943358/3702/483
         02-2323555
Erez: Tel.: 08-2458790
Rafah: Tel.: 08-6713683-7
Karni (Al-Mintar):
Tel.: 08-2869966/41570/00222

**Border Police**
Contact: Nazmi Mhana
Tel.: 08-2824024
Fax: 08-2869973

24



**Civil Police**
Head: Brig. Gen. Ghazl Jabali
Gaza: (Rimal)
Tel.: 08-2866600/2826721
PR: Col. Abu As'ad
Tel.: 08-2829104
Head National Security:
Haj Ismail Jabr
Tel.: 02-2321331/3603/6/7/1248
Fax: 02-2321248/2399
Jericho: Basem El Khatib
Tel.: 02-2322644
Women Police:
Col. Fatma Birnawi
Tel.: 08-2866600
Criminal Investigation:
Abdul Rahman Barakat
Tel.: 08-2052200/2824101
Drugs Dept.: Fihmi 'Ikeileh
Hebron: Tareq Zaid
Tel.: 02-2226380-1
Bethlehem: Abu Al-Abed Samhoud
Tel.: 02-2744903/905/907
Fax: 02-2744057
Beit Jala:
Tel.: 02-2770625/6
Beit Sahour:
Tel.: 02-2772184
Ramallah: Kamal Ash-Sheikh
Tel.: 02-2956757
Fax: 02-2986549
Jenin: Luai Jadallah
Tel.: 04-2504444
Nablus: Firas Al- 'Amleh
Tel.: 09-2388044/3029

**Force 17**
Head: Brig.Gen. Faisal Abu Sharkh
Tel.: 02-2958590/87291
Ramallah
Gaza:
Tel.: 08-2829323/4
Fax: 08-2829324

**General Intelligence Service**
Head: Brig.Gen. Amin Al-Hindi
Gaza
Sudanieh: Tel.: 08-2855360
Fax: 08-2850809
As-Saraya: 08-2829015/420
West Bank:
Head: Brig. Gen.: Tawfiq Terawi
Tel.: 02-2956288
Fax: 02-2963596

**Medical Military Services**
Head: Dr. Khaled Sanwar
Tel.: 08-2829034/417/616/
08-2829551/579
Fax: 08-2823736
Preventive Medicine
Dr. Husam Al-Awadi
Tel.: 08-2845332

**Military Academy of Sa'ed Sa'el**
Head: Adnan Jaber
Tel.&Fax: 02-2321471
Jericho

**Military Intelligence**
Head: Musa Arafat
Tel.: 08-2829308/111/050-326034
Fax: 08-2829114
Gaza

Ramallah: Tel.: 02-2958730
Fax: 02-2960657

**National Security**
Dir.Gen., Gaza: Col. Daoud Nayef
Tel.: 08-2825752/4308/9393/4469/
08-2834733
Fax: 08-2829388/34833
Gaza

**Navy Police**
Head: Jawad Abu Hassan
Tel.: 02-2321173
Fax: 02-2321174
- Ansar 2: Tel.: 08-2829541/2/3
- Sudanieh: Tel.: 08-287091/2
- Hebron: Tel.: 02-2225314/311
- Nablus: Tel.: 09-2384419

**Police Directorate**
Tel.: 08-2820685 (Central)
Tel.: 08-2823401 (North)
Tel.: 08-2829331/102
Fax: 08-2829474

**Presidential Security**
Head: Brig.Gen. Faisal Abu Sharkh
Tel.: 08-2825553/9418
Fax: 08-2825226
Ramallah:
Mahmoud Awad Damra
Tel.: 02-2987291
Fax: 02-2957291
Admin. Dir.: Mounir Ruzziyeh
Tel.: 02-2407310/1/2
District Offices:
Gaza: Abu Seif
Tel.: 08-2825553
Hebron: Abdallah Al-Manasra
Tel.: 02-2226916/7
Jerusalem ~ Abu Dis:
Kifah Barakat
Tel.: 02-2798990/9518
Nablus: Moh'd Hassan Isbeih
Tel.: 09-2389705

**Preventive Security**
West Bank:
Head: Col. Jibril Rajoub
Tel.: 02-2901801-4
Gaza:
Head: Col. Moh'd Dahlan
Tel.: 08-2825415/55/2832085/08
050-491473
Airport: Tel.: 08-2134369
District Offices:
Bethl.: Tel.: 02-2740914/1344
Hebron: Tel.: 02-2226442/920
Al-Izzariya: Tel.: 02-2799891
Jenin: Tel.: 04-2436633
Jericho: Tel.: 02-2321272-4
Nablus: Tel.: 09-2383010/2587
Ramallah: Tel.: 02-2986391/2

**Public Security**
Head: Maj. General: Nasr Yussef
Tel. & Fax: 08-2822342/802
Research & Planning:
Dir.Gen.: Brig.Gen. Nizar Ammar
Tel.: 08-2829469/7600
Fax: 08-2829469
PO Box 1144, Gaza

**Tourism and Antiquities Police**
Bethlehem: 02-2770750-1
Gaza: Tel.: 08-2829017
Jericho: 02-2324011
Nablus: 09-2385244

---

## LOCAL GOVERNMENT ADMINISTRATION

### ▶ GOVERNORATES

**Governorate Bethlehem**
Governor: Mohammed Al-Madani
Tel.: 02-2741667/4 / 059-432159
Fax: 02-2741666
PO Box 1035

**Governorate Gaza**
Governor: Moh'd Salim Al-Qudwah
Tel.: 08-2828694/2828704/14/24
Fax: 08-2828684
E-mail: govrngz@palnet.com
Thalathni St., PO Box 1422, Gaza

**Governorate Gaza North**
Governor: Saker Besiso
Tel.: 08-2477146/766/855
Fax: 08-2457147

**Governorate Hebron**
Governor: Aziz Amro
Tel.: 02-2228550 / 059-550880
PO Box 45

**Governorate Jenin**
Governor: Zuheir Manasra
Tel.: 04-2503220/21
Fax: 04-2503222
E-mail: goj@zaytona.com
Haifa St., Jenin

**Governorate Jericho**
Governor: n.a.

**Governorate Jerusalem/Abu Dis**
Governor: Jamil Othman Nasser
Dir. Gen.: Mohammed Erekat
PR: Jamil Salhout
Tel.: 02-2799074/6
Fax: 02-2799076/1
Ar-Ram: Ghassan Ayyoub
Tel.: 02-2347447/8
Biddu: Moh'd Khaled Al-Faqih
Tel.: 02-2471334
The Old Police Station, Bidu

**Governorate Khan Younis**
Governor: Husni Zu'roub
Tel.: 08-2054888/65/75
059-501502
Fax: 08-2054845
E-mail: kh-gov@marna.com

**Governorate Nablus**
Governor: Mahmoud Al-Aloul
Tel.: 09-2383046/7
Fax: 09-2389913
E-mail: govnablus@hally.net
PO Box 1564

04:000067

Index p. 130 ff

25

**0630**

## Directory 2003

| | |
|---|---|
| Israeli | 93 |
| NGOs - Non-Governmental Organizations | 95 |
|   Coordinating Groups | 95 |
|   Canadian NGOs | 95 |
|   European NGOs | 95 |
|   US NGOs | 99 |
|   Others & International NGOs | 101 |
| Palestinian Organizations in Israel | 102 |
| Religious Forums & Centers | 103 |
|   Islamic | 103 |
|   Christian Churches & Centers | 104 |
| Services | 109 |
|   Accountants | 109 |
|   Advertisement, Print & Design | 109 |
|   Bookshops & Stationery | 110 |
|   Car Rentals | 110 |
|   Computers, Software & Information Technology | 111 |
|   Couriers & Express Services | 113 |
|   E-mail & Internet | 113 |
|   Insurances | 114 |
|   Management Consulting & Development | 115 |
|   Planning & Engineering | 116 |
|   Real Estate | 116 |
|   Restaurants | 117 |
|   Telecommunication and Office Equipment | 119 |
|   Translation & Editing | 120 |
|   Other Services | 120 |
| Trade - Import/Export | 121 |
| Travel and Tourism | 122 |
|   Airlines | 122 |
|   Hotels & Resorts | 122 |
|   Hospices & Guesthouses | 125 |
|   Travel Agencies & Tour Operators | 126 |
|   Taxis & Transport | 128 |
| Women's Organizations - by geographic area | 129 |
| Youth Organizations and Sport Clubs | 132 |
| Last Minute Entries / Notes | 134 |
| Index | 135 |
| Calendar Overview 2003-2004 | 143 |
| Calendar 2003 | 144 |
| PASSIA Agenda 2003 | 253 |

**Abbreviations:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Asst. | = | Assistant | MOPIC | = | | Ministry of Planning & International Cooperation |
| Att. | = | Attorney | PCBS | = | | Palestinian Central Bureau of Statistics |
| Brig. | = | Brigadier | | | | |
| BZU | = | Birzeit University | PLC | = | | Palestinian Legislative Council |
| Col. | = | Colonel | PA | = | | Palestinian Authority |
| Coord. | = | Coordinator | PM | = | | Prime Minister |
| Dep. | = | Deputy | Pres. | = | | President |
| Dir. | = | Director | Prin. | = | | Principal |
| Ed. | = | Editor | Proj. | = | | Project |
| Est. | = | Established | Publ. | = | | Publications |
| Exec. | = | Executive | Repr. | = | | Representative |
| FM | = | Foreign Minister | Secr. | = | | Secretary |
| Gen. | = | General | UN | = | | United Nations |
| Maj. | = | Major | UNGA/SC | = | | UN General Assembly/ Security Council |
| Man. | = | Manager | | | | |
| Min. | = | Minister/Ministry | | | | |
| MFW | = | Main Fields of Work | | | | |

04:000068

8

### PLO - PALESTINE LIBERATION ORGANIZATION

#### BODIES AND DEPARTMENTS

**Chairman:** HE Yasser Arafat
Tel: 08-2824670-2/2841028/038
Fax: 08-2822365/6
http://www.islaf-gov.ps/president/index.html
**Gen.-Sec.:** Mahmoud Abbas (Abu Mazen), Gaza
Tel.: 08-2824341/1578/40664/ 050-390257
**Ramallah:**
Tel.: 02-2961133-5
Fax: 02-2961313

**Political Department** (Tunis)
**Head:** Farouk Qaddoumi
Tel.: 00216l-230105/237919/ 231806
Fax: 002161-786272/766640
95 Rue Mouawia Ibn Abu Sofian El-Tunisia Menzah VI

**Media Department**
**Head:** Yasser Abed Rabbo
Ramallah
Tel.: 02-2986465/1031/54044
Fax: 02-2954043

**Arab and International Dept.:**
**Head:** Dr. Zakaria Al-Agha
Gaza: 050-407627
Tel.: 08-2821388
Fax: 08-2823224
**Ramallah:**
Tel.: 02-2985886/2959167
Fax: 02-2985887
E-mail: dair@palnet.com
http://www.dair.org

**Economic Department**
**Head:** Moh'd Zuhdi Nashashibi
Tel.: 08-2826188
Fax: 08-2820696/2822853

**Educational Department:**
Tel.: 02-2980128/296469l
Fax: 02-2987678

**Refugees Department:**
**Head:** Mahmoud Abbas (Abu Mazen)
**Ramallah:**
Tel.: 02-2961133-5
Fax: 02-2961313
E-mail: plord@plord.org
Dep. Head: Marwan Abdul Hamid
Dir. Gen.: Saji Salameh
Tel.: 02-2961133-5
Gaza: Tel. & Fax: 08-2824885

**Negotiations Affairs Department-PLO**
**Head:** Mahmoud Abbas (Abu Mazen)
Dir.Gen.: Hsen Erekat
Tel.: 02-2959642-7
Fax: 02-2959648
E-mail: nadr@palnet.com
Nablus Rd., Al-Balou', Al-Bireh, PO Box 245, Ramallah
Tel.: 08-2823347/3657f/1578
Fax 08-2823487
**Negotiations Support Unit**
Tel: 02-2963740
Fax: 02-2963740
E-mail: admin@nsu-pal.org
http://www.nsd-pio.org
PO Box 4120, El-Bireh, Irsal St., Awad Center, 5th fl., Ramallah

**Social Affairs Department:**
**Head:** Hanna 'Amirah
Tel.: 02-2960104.
Fax: 02-2960640
050-218929
E-mail: shaab@palpeople.org
PO Box 2097, Ramallah

**Orient House / Jerusalem File**
Dr. Samir Ghosheh
Tel.: 02-2985895 res.
02-2986292 off.
Fax: 02-2964989
Mobile: 059-485243
**Other PLO Executive Committee Members:**
**Ali Ishaq**
Tel.: 02-2981446- off.
02-2987729-res.
059-205734
Fax: 02-2958797
**Mahmoud Ismail**
Tel: 08-2846944 / 050-599870
**Dr. Emil Jarjoui**
Tel.: 02-5828066 / 050-243601
**Taysir Khalid**
Tel.: 02-2986402 – off.
02-2981375 / 059-573935
09-2385577/015 – res.
Fax: 02-2980401
**Riad Khodari**
Tel.& Fax: 02-2823180/059-408027
**Abdel Rahim Malouh**
Tel.: 02-2959767/2986689 – off.
02-2980430 – res.
050-521287
**Ghassan Shaka'a**
Tel.: 09-2379313/1451
050-539334 / 059-330331
Fax: 09-2374690
**Dr. Ass'd Abdel Rahman**
Tel.: 962-6-79-5882020/
Tel.&Fax: 962-6-5668318-9
Tel.: 059-205161
Tel. & Fax 02-2966175/4613909

Index p. 135 ff

**Negotiations Affairs Department-FLO**

**Mufti of Jerusalem & Palestine.**
Sheikh Ekrima Sabri
Tel. & Fax: 02-6260582/050-31 489
PO Box 54825, Jerusalem
**Dir., Al-Aqsa Mosque:**
Sheikh Mohammed Hussein
Tel.: 02-6274925

**Orient House / Jerusalem (closed)**
Tel.: 02-6273573/2483
Fax: 02-6286820/6274020
E-mail: info@orienthouse.org
http: www.orienthouse.org
Abu Obeidah St., PO Box 20479, Jerusalem

**Palestinian National Council (PNC)**
**Speaker:** Salim Adeeb Al-Zanoun
Tel.: 08-2824489/5941
Fax: 08-2824164
Gaza
**Deputy:** Tayslr Quba'a
Tel.: 09-2138688
Tel.: 050-507431/059-507431
E-mail: p-n-c@zaytona.com
http://www.p-n-c.org
Nablus
**Amman:**
Tel.: 962-6-5857208
Fax: 962-6-5855711
PO Box 910244, Amman

**Political Commissioner for Jerusalem Affairs**
Prof. Sari Nusseibeh
Tel.: 02-6281822/6274335

**Housing Council (J'lem Dept.)**
Dir. Manz Muhammad Halayka
Tel.: 02-6271666
Fax: 02-6271357
E-mail: phder@palnet.com
PO Box 17128 Jerusalem

### DELEGATIONS ABROAD

**Albania (Embassy)**
Amb. Ali Al-Kurd
Tel.: 355-4-2-34300/ 34056
Fax: 355-4-2-32092
St. 'Skenderbeu' No. 6.1.1
Tirana, Albania

**Algeria (Embassy)**
Amb. Munzer Ad-Dajani
Tel.: 213-2-718857/73
Fax: 213-2-732165/57
15 Blvd. Victor Hugo
PO Box 869/207 Algiers, Algeria

Buenos Aires, Argentina

**Australia (General Delegation)**
Amb. Ali Kazak
Tel: 61-62-950222
Fax: 61-61-950021
19 Carnegie Cres., Narrabundah,
PO Box 4646, Kingston ACT 2604,
Australia

**Austria (Permanent Mission)**
Amb. Faisal Awaidah
Tel: 43-1-4088202/3
Fax: 43-1-4088119
E-mail: faisal_wafie@hotmail.com
Josefsgasse 5/1-1080 Vienna

**Bahrain (Embassy)**
Amb. Wafa Nabhan
Tel: 973-276099/262769
Fax: 973-276054
2801 St., Block 57
PO Box 1102, Manama, Bahrain

**Bangladesh (Embassy)**
Amb. Mohammed Zo'rob
Tel: 880-2-603308/603016
Fax: 880-2-883517
PO Box 600, Code 1000
Dacca, Bangladesh

**Belgium (General Delegation)**
Amb. Shawqi Armali
Tel: 32-2-7351639-2478
Fax: 32-2-7352478
110 Winston Churchill 1180
Brussels

**Brazil (Special Delegation)**
Amb. Musa Odeh
Tel: 55-61-2484482
Fax: 55-61-2485879
E-mail: Palestine@mymail.com.br
P O Box 02621 Cep. 70279-970,
Brasilia, DF Brazil

**Bulgaria (Embassy)**
Amb.: Dr. Mohammed Salaymeh
Tel: 359-2-668947/668860/656792
Fax: 359-2-654833/
PO Box 87, Sofia, Bulgaria

**Canada (General Delegation)**
Amb. Dr. Baker Abdel Munem
Tel: 1-613-7360053
Fax: 1-613-7360035
E-mail: baker@kpm.net
or: bakermunem@hotmail.com
45 Country Club Drive, Ottawa,
Ontario Kl V9 Wl Canada

**Chile (Embassy)**
Amb. Hussein Abdel Khaleq
Tel: 56-2-2265771/2065764
Fax: 56-2-2282466
E-mail: ede@cor-maires.net
Casilla postal 53170, Santiago

Tel: 241-746012
Fax: 241-746014
PO Box 2168, Libreville, Gabon

**Germany (General Delegation)**
Amb. Abdallah Frangi
Tel: 49-228-212035/6/8324650
Fax: 49-228-213594
E-mail: palestina@t-online.de
http://www.palaestina.org
August Bier Str. 33, 53129 Bonn

**Ghana (Embassy)**
Amb. Ibrahim Omar
Tel: 233-21-772529/228578
Fax: 233-21-772528
State House, 3rd Bay, 8th floor,
01752, PO Box 050, Accra, Ghana

**Greece (Diplomatic Representation)**
Amb. Abdallah Abdallah
Tel: 30-1-6756341
Fax: 30-1-6726044
E-mail: palestine@epldernet.com.cy
PO Box 4669, Nicosia, Cyprus

**Guinea (Embassy)**
Amb. Jamal Omar
Tel: 224-441132/413034
Fax: 224-412230
POB 1021, Conakry, Guinea 413034

**Guinea Bissau (Embassy)**
Amb.
Tel: 245-212710
Fax: 245-213581
PO Box 115, Bissau, G. Bissau

**Hungary (Embassy)**
Chargé d'Affaires: Khaled Ghazal
Tel: 36-1-2006917/1803469
Fax: 36-1-1804518
PO Box 213, 11, Ilzsefhegyi, UT 28-
30 G/1116 1025, Budapest, Hungary

**India (Embassy)**
Amb. Khaled Al-Sheikh
Tel: 91-11-4679115/6605/2859/
6882605
Fax: 91-11-6142942
D1/27 Vasanthar, New Delhi 110057

**Indonesia (Embassy)**
Amb. Ribhi Awad
Tel: 62-21-3106005/3105444
Fax: 62-21-3108011
Jl Diponegoro No. 9
Jakarta 10310, Indonesia

**Iran (Embassy)**
Amb. Salah Al-Zawawi
Tel: 98-21-6402513
Fax: 98-21-6402.13
E-mail: plo@nds.net
PO Box 1435-3455, Tehran, Iran

**Iraq (Embassy)**
Chargé d'Affaires: Mahmoud Ad-
Dsota
Tel: 964-1-7180209/3146/91011

---

Tel: 222-2-51343/ $2394/
53993/53888
Fax: 222-2-53888
PO Box 547/408, Nouakchott

**Mexico (Special Delegation)**
Amb. Fayed Al-Mashni
Tel: 52-5-255-2904
Fax: 52-5-531-382/12505688
E-mail: dpalestina@dcnet.com.mx
Apdo. Postal S-045, 06500 D.F.
Mexico

**Morocco (Embassy)**
Amb. Wajih Qasem
Tel: 212-37-766008/77331
Fax: 212-37-767166
4 Zankat Sousse, PO Box 387,
Rabat, Morocco

**Mozambique (Embassy)**
Amb. Majed Saleh Kayed Wali
Tel: 258-1-496986

**Netherlands (General Delegation)**
Amb. Yousef Al-Habbab
Tel: 31-70-3617045/3604864
Fax: 31-70-3657847
E-mail: pgi@wna.nl
Raxweg 1A, 2596 HL the Hague

**Nicaragua (Embassy)**
Amb. George Salaman
Tel: 505-2-760239
Fax: 505-2-650589
E-mail: embpal@tmx.com.nl
Las Colinas-Calle Las Flores # 136
PO Box 5305, Managua

**Nigeria (Embassy)**
Amb. Samir Baker
Tel: 2349-413531/058
Fax: 2349-413530B
Abayomi St., Victoria Island Lagos
PO Box 7891, 240 Bokofo Lagos,
Nigeria

**Norway (General Delegation)**
Amb. Omar Kleniztoo
Tel: 47-2-2560540
Fax: 47-2-2731579
Drummensveien 104, 0273 Oslo

**Oman (Embassy)**
Amb. Awni Battash
Tel: 968-697191
Fax: 968-697251
E-mail: ooopsm@omantel.net.com
Muscat, Oman

**Pakistan (Embassy)**
Amb. Ahmad Abdel Razzak
Tel: 92-51-298511/ 291185
Fax: 92-51-294703/251231
8/2 St., 21 House 74, PO Box 1061,
Islamabad, Pakistan

**Peru (Specki PLO Representation)**
Chargé d'Affaires: Walid Ibrahim
Al-Mu'aqit
Tel: 51-1-221-424/1/458740

---

Francisco de Paula Ugarriza 595,
Lima 18, Peru

**Poland (Embassy)**
Chargé d'Affaires: Hafez Al-Nimer
Tel: 48-22-483433/489126
Fax: 48-22-489005
02-516 Warsaw Str.
UL Starościńska 1ft 7/8
PO Box 475, Warsaw, Poland

**Portugal (General Delegation**
Amb. Issam Baeisso
Tel: 351-1-3621118/3621098
Fax: 351-1-3621095
E-mail: palestinaport@mall.telepac.pt
Rua 22 no. 2 Bairro de Belem
1400 Lisbon, 1701 Lisboa Codex

**Qatar (Embassy)**
Amb. Yassin Al-Sharif
Tel: 974-422530/31
Fax: 974-317619
Al-Khalij St., PO Box 138,
Doha 4100616

**Romania (Embassy)**
Amb. Fouad Al-Bitar
Tel: 40-21-2120308/06/3120348
Fax: 40-21-2120307
E-mail: al_bitar@cable.ro
Str., Alexandersanis Nr. 64
PO Box 314, Bucharest, Romania

**Russian Federation (Embassy)**
Amb. Khairy Abdel Fattah Al-Awadi
Tel: 7-095-2013682/5517/5777/
2302560
Fax: 7-095-2301083/2012654
Kropodksky per 26,
Moscow 11 9034

**Saudi Arabia (Embassy)**
Amb. Mustafa Hashemi Al-Sheikh
Deeb
Tel: 966-1-4880736/9
Fax: 966-1-6936407
PO Box 3589, Riyadh,
11481 Saudi Arabia

**Senegal (Embassy)**
Amb. Sa'id Al-Abissi
Tel: 221-841377
Fax: 221-241377
PO Box 3169, Dakar, Senegal

**South Africa (Embassy)**
Amb. Salman Al-Harfi
Tel: 27-12-3426411-3
Fax: 27-12-3426412
E-mail: palembass@intekom.co.za
Sudbol Bldg, 472 Walker St., Fist
No. 5, Viok St., Sunnyside, Pretoria
PO Box 56021, Arcadia,
Pretoria 0007, South Africa

**Spain (General Delegation)**
Amb. Nabil Ma'rouf
Tel: 34-1-34533258/66
Fax: 34-1-345428795

---

**Australia (General Delegation)**
*(column left, abbreviated entries)*

Fax: 86-1-653232416
PO Box 9009, Beijing, China

**Colombia (Special Mission)**
Amb. Dr. Sabri Atiyyeh
Tel: 57-1-2877691/2877904
Fax: 49-228-213594
Calle 45 No. 14-76
Santa'fe de Bogota, Colombia

**Cuba (Embassy)**
Amb. Imad Jada'
Tel: 53-7-242556/1296/1114 (R.)
Fax: 53-7-241159
Calle 20, No. 714, Entre 7l*la
Y.9 NA Miramar, La Havana, Cuba

**Cyprus (Embassy)**
Amb. Samir Abu Ghazaleh
Tel: 357-2-315010/11/015
Fax: 357-2-312301
E-mail: palestine@epldernet.com.cy
PO Box 4669, Nicosia, Cyprus

**Czech Republic (Embassy)**
Amb. Samih Abdel Fattah
Tel: 420-2-24311265-6/
24317228-31/22281
Fax: 420-2-24311133
E-mail: palestca@mbox.vol.cz
NA Orechovce 4, Prague 1 CSS
PO Box 306, 11121 Prague 1

**Denmark (General Delegation)**
Amb. Dr. Moh'd Abu-Koush
Tel: 45-3-9617207
Fax: 45-3-9614207
Ehlersvej 5, 2900 Hellerup
Copenhagen, Denmark

**Egypt (Embassy)**
Amb. Zuhdi Al-Kidra
Tel: 202-3384762-3
Fax: 20-2-3384764/3384760
33 An-Nahda St., Dokki, Cairo

**Ethiopia (Embassy)**
Amb.: Zaid Abu Al-Ala
Tel: 251-1-610811/610672/710719
Fax: 251-1-611199
E-mail: palamb-et@telecom.net.et
PO Box 5800, Addis Ababa

**Finland (General Delegation)**
Amb. Zuheir El-Wazir
Tel: 358-9-2789771
Fax: 358-9-2769770/672126
E-mail: box02066@megabaud
http://www.palestinegg.fi
Kumpulantie 3 A Staircase 00520
Helsinki
POBox 132, Helsinki 00521

**France (General Delegation)**
Amb. Leila Shahid
Tel: 33-1-48286400
Fax: 33-1-48285047/47349454
14, Rue de Commandant Leandri
75015, Paris

---

**Ireland (General Delegation)**
Amb.: Ali Halimeh
Tel: 35-31-2070658
Fax: 35-31-2898264
E-mail: gd.palestine@ireland.com
Dublin

**Italy (General Delegation)**
Amb. Nimer Hamad
Tel: 39-6-8322918/8848201/
7005041
Fax: 39-6-8848201
Roma, Viale Regina Margha Vita 269

**Japan (General Delegation)**
Amb. Walid Siam

**Jordan (Embassy)**
Amb. Omar Al-Khatib
Tel: 962-6-567751/5663813
Fax: 962-6-5661727
E-mail: palestine@nol.com.jo
PO Box 595757, Amman, Jordan

**Kazakhstan (Embassy)**
Amb. Mohammed Tarshhani
Tel: 7327-2919065
Tel. & Fax: 7-327-2601545/919501
E-mail: plokaz@asdc.kz
Kasteeva St. 38, Almaty 480100

**Korea, Democratic People's
Republic (Embassy)**
Amb. Shaher M. Abdallah
Tel: 850-2-3817465/61
Fax: 850-2-3817259
PO Box 24, Pyong Yang

**Kuwait (Embassy)**
Chargé d'Affaires: Mohammed
Abdel Jaber
Tel: 965-2-61621/1/613160
Fax: 965-2-652450
PO Box 5363, As-Safat, Kuwait

**Lebanon (PLO Office)**
Amb. Khaled Al-Hoot
Tel: 961-1-3005
Kurnish Al Mazraa', Al Mazraa'
Beirut, Lebanon

**Libya (Embassy)**
Amb. Bassam Al-Agha
Tel: 218-21-3333917
Fax: 218-21-3336161
PO Box 2466, Tripoli, Libya

**Malaysia (Embassy)**
Amb. Ahmed Al-Farra
Tel: 60-3-42568905/68906
Fax: 60-3-42527911
65 Jalan U Thant, 55000, Kuala
Lumpur

**Mali (Embassy)**
Amb. Ahmed Abdel Rahim
Tel: 223-2-25328
Fax: 223-2-26462
E-mail: smbpalestine@afribone.net.ml
PO Box 1951, Bamaco, Mali

---

04:000069

10

*Index p. 135 ff*

0632

**Sri Lanka (Embassy)**
Amb. Attalah Qobai'a
Tel: 941-1-588607
Fax: 941-1-588580
33 Wejerama Mawtha, Colombo 7,
Sri Lanka

**Sudan (Embassy)**
Amb. Omar Shalayel
Tel: 249-11-225476/761
Fax: 249-11-224968
Abdel Mun'em Riad St.,
PO Box 2262, Khartoum, Sudan

**Sweden (General Delegation)**
Amb. Eugene Makhlouf
Tel: 46-8-755122/7534403
Fax: 46-8-7534403/6124114
E-mail: eugene.makhlouf@mbox
300.swipnet.se
PO Box 63, 10205, Djurshohn
Stockholm, Sweden

**Switzerland (General Delegation)**
Amb. Nabil Al-Ramlawi
Tel: 41-22-7967660
Fax: 4122-7967860
E-mail: mission-
observer.Palestine@itu.ch
96 Route de Vernier Chatelaine,
Geneva, Case Postal 1828, 1211
Geneva 1

**Syria (Embassy)**
Amb. Mahmoud Al-Khalidi
Tel: 963-11-4443525
Murshed Khatar St.,
PO Box 2889, Damascus, Syria

**Tanzania (Embassy)**
Amb. Faiz Mahawi
Tel: 255-51-22254
Fax: 255-51-68409
PO Box 20307, Dar As-Salaam

**Tunisia (Embassy)**
Chargé d'Affaires Munir Ghannam
Tel: 216-1-791286/790883/784725
Fax: 216-1-785973
E-mail: mounir.gh@gnet.tn
17 Rue Ernest Conseil,
PO Box 142, 1002 Tunis

**Turkey (Embassy)**
Amb. Fu'ad Yassin
Tel: 90-312-4360823/24
Fax: 90-312-4377801
E-mail: foudyassin@hotmail.com
Filistin Sokak No. 43
06700 G.O.P., Ankara, Turkey

**United Arab Emirates**
(Embassy)
Amb. Khaled Malak
Tel: 971-2-434652/434048
Fax: 971-2-434363
PO Box 481, Abu Dhabi, UAE

Fax: 44-208-5630058
E-mail: 106323.3367@
compuserve.com
5 Galena Road, Hammersmith,
London, W60LT United Kingdom

**United States (PLO Office)**
Amb. Hasan Abdel Rahman
Tel: 1-202-785-8394/91
Fax: 1-202-887-5337/7851596
E-mail: 5N.99050@aol.com
1730 K Street, NW # 1004
Washington DC 20006

**Uzbekistan (Embassy)**
Amb. Nabil Lahham
Tel: 998-712-550266
/549418/533017
Fax: 998-712-531017
Iram At-Tormezi St., House No.
50, The Index 700100, Tashkent

**Vietnam (Embassy)**
Amb. Sayyed Al-Masri
Tel: 84-4-5240013/253016/532947
Fax: 84-4-2636962/63699
E-Mail: palestine@hn.vnn.vn
PO Box 73, Hanoi, Vietnam

**Yemen (Embassy)**
Amb. Yahya Rabbah
Tel: 967-1-264237/236/264233-4
Fax: 967-1-264235
E-mail: palembyem@y.net-ye
PO Box 185, San'aa, Yemen

**Yugoslavia (Embassy)**
Chargé d'Affaires: Bador Akel
Tel: 38/-11-663372/663491 /97
Fax: 381-11-663830
Magjajska 14, Belgrade 11000,
Yugoslavia

**Zimbabwe (Embassy)**
Amb. Yousef Rajab
Tel: 263-4-725967-1-2
Fax: 263-4-725970
1 Fairbridge Avenue Belgravia,
PO Box 3817, Harare, Zimbabwe

REPRESENTATION IN
INTERNATIONAL BODIES

**League of Arab States**
Sec. Gen: Amr Mousa
Tel: 202-575-0511/2966
Fax: 202-574-3331
PO Box 11642
Al-Tahrir Square, Cairo, Egypt
**Palestine Permanent Mission
(Arab League)**
Amb. Mohammed Sobeh
Tel: 20-2-3609873/3602997/8
Fax: 20-2-3602996
E-mail: palest_al@intouch.com
33 An-Nahda Street, Dokki
Cairo, Egypt

Jwpr. Abdel Aziz Abu Ghosh
Tel: 966-2-6872572/054
Fax: 966-2-6936407
PO Box 1253, Jeddah 21431
Saudi Arabia

**United Nations**
(Permanent Observer Mission)
Amb. Nasser Al-Kidwa
Tel: 1-212-288-8500
Fax 1-212-517-2377
E-mail: mission@palestine-un.org
115 East 65th Street
New York, NY 10021, US
**Geneva Office**
Amb. Nabil Al-Ramlawi
Tel: 41-22-7967660
Fax 41-22-7967860
E-Mail: mission-observer.
Palestine@itu.ch
96 route de Vernier, Case postale
1828, 1211 Geneva 1, Switzerland

**UN Office & International
Organizations (Permanent Mission)**
Amb. Faisal Awaideh
Tel: 43-1-4088202/3
Fax 43-1-4088117
Josefgasse 5, 1080 Vienna, Austria

**UNESCO (Permanent Observer)**
Amb. Ahmad Abdel Razeq
Tel: 33-1-45683328
Fax 33-1-45683340
1, Rue Miollis 75015, Paris, France

PALESTINIAN
AUTHORITY

PRESIDENT'S OFFICE
AND MINISTRIES

▶ **PRESIDENT'S OFFICE**
**President** Yasser Arafat
Tel: 08-2824670/1/2
08-2841028/038
Fax: 08-2822365/6
http://www.p-p-o.com/
**Central:** Tel: 08-2841028/38
Dep. Secretary 'Azza Abu Karsh
Tel: 08-2846590
Fax: 08-2821171
**Dep. Sec. Gen.:** Dr. Ramzi Khoury
Tel: 08-2824067/1
**Cabinet Sec.**Ahmad Abdul Rahman
Tel: 08-2826890
Fax: 08-2822159
**Advisor:** Nabil Abu Rudeineh
Tel: 08-2825154
Fax: 08-2822365
**President's Representative:**
Suleiman Ash-Shurafa
**Economic Advisor:** Khaled Salam
Tel: 02-2987770
Fax: 02-2987771

Sido
Tel: 08-2824064/5
Fax: 08-2825092
**Ramallah:** Dir: Nivin Sarraj
Tel: 02-2959929-8/2981370-2

**President's Office, Jericho:**
Dir. Gen: Dr. Sami Musallam
Tel: 02-2321241/2 / 050-323164
Fax: 02-2321391
**President's Office, Ramallah:**
Gen: Imad Nabhas
Tel: 02-2959929/8/2981370-2
Fax: 08-2822365
**Planning Center (OPPC):**
Dir: Sulafa El-Hijawi
Tel: 08-2820725
E-mail: oppc@palnet.com
http://www.oppc.pna.net
Nalma Bldg, Rimal, Gaza
**National Institution Office:**
Dir: Wa'el Nazif
Tel. & Fax: 02-3321411
School St, Jericho
**Press Office:**
Head: Mohammed Edwan
Tel: 08-2821090
Fax: 08-2824777

**Prime Ministry -Advisor**
Minister: Khaled Abu Ziyad
Tel. & Fax: 02-2797450-1/6282159
Mobile: 050-248089

**President's Archives:**
Dir. Gen: Yousef Issa
Tel: 08-2829451/2/6081
**PR:** Dir. Gen: Said Zahran
Dir. Gen. Feyez Az-Zakhari

▶ **MINISTRY OF
AGRICULTURE**
Minister: Rafiq An-Natsheh
Tel: 02-2961001-2
Fax: 02-2961080
E-mail: moa@palnet.edu
PO Box 197, Ramallah
**Gaza Office:**
Tel: 08-2830899/899/305
Tel El-Hawa, Beirut St.,
PO Box 4014, Gaza
Deputy Assam Toaljeh
Tel: 02-2961212
Fax: 02-2961212
**Ass. Deputy** 'Azza Abu Karsh
Tel: 08-2846590
Fax: 08-2863926
**Planning and Policies Dept:**
Dir. Gen. Shaker Jodeh
Tel: 02-2961080-7
Fax: 02-2961212
**Dir. General Admin. of
Projects:**
Head: Zakaria Salawdeh
Tel. & Fax: 02-2406029
Mobile: 052-359903
**Palestinian National
Agricultural Research Center**
(Jericho) Dir. Gen.: Dr. Ali Fatafta

**Central Veterinary Lab:**
Dir. Gen: Dr. Moh'd Hassouneh
Tel: 059-383666
Fax: 02-2406028
**Extension & Development:**
Dir. Gen.: Abdullah Lahluh
Tel: 059-742403
Fax: 02-2961212
Dir. Gen: Mahmoud Husain
Tel: 02-2961060-7
Fax: 02-2961212
**Finance & Administration**
Dir. Gen.: Uisie Jadouh
Tel: 02-2961080
Fax: 02-2961212
**Marketing**
Dir. Gen: Gabriel Abu Ally
Tel: 08-2829447
Fax: 08-2862909
**Soil & Irrigation**
Dir. Gen. Mohammed Al-Shahbary
Tel: 02-2961080-7
Fax: 02-2961212
**Forestry, Range Land & Wild
Life:** Dir. Gen.: Abdel Abu Ayash
Tel: 02-2961080-7
Fax: 02-2961212

▶ **MINISTRY OF
CULTURE & ARTS**
Minister: Yasser Abed Rabbo
Tel: 02-2986205/6/2961819
Fax: 02-2986204
E-mail: moc@gov.ps
http://www.moc.gov.ps
Ar-Rayan Bldg., Irsal St.,
PO Box 147, Ramallah
**Gaza:**
Tel: 08-2824860/70/7253
Fax: 08-2824860
Mustafa Hafez St., PO Box 4004,
Rimal
Dir. Gen: Ahmed Dahbour
Tel: 08-2824850/60/70/7253
Fax: 08-2824860
Mustafa Hafez St., PO Box 4004,
Rimal, Gaza
**Advisor & Dir. Gen.:** Yousef
Lubbad
**Director Generals:**
- Literature & Publications:
Mahmoud Shuqeir
- Arts: Liana Badar
- Cultural Centers: Ali Khalili
- Finance & Admin. Mohammed
Al-Khalili
- Culture Development:
Mohammed Al-Batrawi
- Minister Advisor: Issam Badder
- Jerusalem Info Dir: As'ad Al-As'ad
**Offices:**
Tulkarem: 09-2672733
Hebron:02-2226757/19372
Jenin:04-2435566
Nablus: 09-2384791
Qalqilya: 09-2945585/059-837604
Salfit: 09-2515910
Bethlehem: 02-2741524

Minister: Hisham Abdel Razeq
Tel: 08-2847148
Fax: 08-2847158
E-mail: adrp@palnet.com
Beirut St., near Al-Aqsa UN
**Gaza:**
Office Dir: Mu'ath Al-Hanafi
Tel: 08-2847148
Fax: 08-2847158/68
**Ex-Detainees Rehabilitation
Program**
Dep. Dir. Gen.: Radi Jaral
Tel: 02-2980033-2
Fax: 02-2963712
E-mail: ejaral@hotmail.com
**Ramallah:**
Deputy Dir.: Azzam Irmilah
Tel: 02-2980033
Fax: 02-2980033
E-mail: azzam_Ir@hotmail.com
**Gaza:**
Deputy Dir.: Mohammad Al-Tlouli
Tel.& Fax: 08-2847168
(services, incl. health insurance, loans,
job search assistance, education, voca-
tional training, psychological counseling)
**Coordinators**
Vocational Training: Moh'd El-Batz
Loans: Mohamed El-Fayat
Education: Mutasem Yasein
Psychological Guide: Wedad Khader
Job Search Assistance: Khaled Hamad
Media and PR: Khalod Nijem Slam
E-mail: radjr@hotmail.com
**Coordinators: Gaza**
Tel: 08-2838479/47468
Vocational Training: Dir.: Saber El-
Hwajri
Education Dir.: Acuf Murel
Loans &Job Research Assistance:
Abed Rabuh El-Qarra

**District Offices:**
**Beiti:** Dir.: Ibrahim Natajreh
Tel. & Fax: 02-2741642
**Hebron:** Dir.: Munquez Abu Aswan
Tel: 02-2226423
Fax: 02-2213993
**Jenin:** Dir.: Nazmi Abdel-Ghafur
Tel: 04-2501184
**Jerusalem:** Dir.: Samar Abdel Lateef
Tel. &Fax: 02-2980032/9
**Nablus:** Dir.: Abdul Rahman Gloud
Tel: 09-2374125
**Qalqilya:** Dir.: Saleh Ghannam
Tel: 09-2942587
**Tulkarem:** Dir.: Atef 'Ata
Tel: 09-2676691

**Martyr Abu Jihad College:
Vocational Training College:**
(Graphic Design, Computer, Driving)
**Location:**
**Ramallah:** Dir.: Marwan Ayesh
Tel. & Fax: 02-2961117
**Nablus:** Dir.: Husni El Aazer
Tel. & Fax: 09-2397026
**Tulkarem:** Dir.: Atef Ata
Tel. & Fax: 09-2678830
**Bethlehem:** Dir.: Ibrahim Najjreh

12

Index p. 135 ff



Fax: 02-2219618
Jenin: Dir: Faisal Jaradat
Tel. & Fax: 04-2439477
Technology Center: Dir: Said Abu Hamdeh
Tel. & Fax: 02-2989076

### ▶ MINISTRY OF ECONOMY INDUSTRY& TRADE

Minister: Maher Al-Masri
Tel.: 02-2981213
Fax: 02-2981208
PO Box 1629, Ramallah
Gaza:
Tel.: 08-2829140-3
Fax: 08-2826149/59
Rimal, PO Box 4023, Gaza
E-mail: maher.masri@met.gov.ps
Dep. Min.: Dr. Maher Al-Kurd
Ramallah:
Tel.: 02-2981211
Fax: 02-2981211
Gaza
Tel.: 08-2826159
E-mail: elkurd@met.gov.ps
Asst. Dep. for Industry:
Dr. Jawad Naji Khrailah
Tel.: 02-2987748/059-788188
Fax: 02-2960350
E-mail: jawad.nji@mail.com
Asst. Dep. for Financial & Admin. Issues: Tawfiq Shitabi
Tel. & Fax: 02-2981210
Mobile: 059-335336
Gen. Dir. for Trade: WB: Abdul Hafiz Nofal
Tel.: 02-2981214-9/059-522523
Fax: 02-2981210
Gen. Dir for Trade Cooperation: Saeb Bamieh
Tel.: 02-2981214-9
Fax: 02-2981206
Gen. Dir. for Enterprises Admin.: Omar Lehroub
Tel.: 02-2981214-9
Fax: 02-2981206
Gen. Dir. for Industry:
Dr. Nasser Jaber
Gaza:
Tel.: 08-2840988
Fax: 08-2841992
Gen. Dir. for Trade:
Nasser Al-Sarraj
Tel. & Fax: 08-2829142

### ▶ MINISTRY OF EDUCATION & HIGHER EDUCATION

Minister: Naim Abu Hommos
Tel.: 02-2983217
Fax: 02-2983222
E-mail: nhommos@hotmail.com
PO Box 576, Ramallah
Dep. Min.: Dr. Abdallah Abdel-Mun'em
Tel.: 08-2865200
Fax: 08-2865909
Al-Wihdeh & Al-Yarmouk St. intersection, PO Box 435, Gaza

Prea mike: jinao Zakarneh
Tel.: 02-2983291
E-mail: Zakarneh@palnet.com
Gaza: Zainab Al-Wazeer
Tel.: 08-2865200
Fax: 08-28165909
Asst. Dep. Minister for Higher Education:
Hisham Kuhail
Tel.: 02-2982600
Asst. to the Minister:
Mohammed Odeh
Tel.: 02-2983257

Advisors:
Lucia Hijazi Tel.: 02-2983268
Dr. Gabi Baramki Tel.: 02-2982604
Mowafaq Yassine Tel.: 02-2983207

Dir. Generals:
-Gen. Directorate of International & Public Relations
Dir. Gen.: Basri Salmoodi
Tel.: 02-2983254/059-778320
Fax: 02-2983299
E-mail: Moe@palnet.com
-Gen. Directorate of Planning
Dir. Gen.: Rima Killany
Tel.: 02-2983290
-Gen. Directorate of Training & Supervision
Dir. Gen.: Dr. Ghazi Abu Sharkh
Tel.: 02-2983255
-University Education
Acting Dir. Gen.: Dr. Jamal Hussain
Tel.: 02-2982610
-Council of Scientific Research
Dr. Abdel Salim Sha'ab
Tel.: 02-2982603
-Directorate of Development & Scientific Research:
Dr. Fahoum Shalabi
Tel.: 02-2982620
-Dept. of Accreditation & Quality Assurance Commission:
Dr. Khalil Mahfoul
Tel.: 02-2982600
-Gen. Directorate of Administrative Affairs:
Dir. Gen. Azzam Abu Baker
Tel.: 02-2983292
-Gen. Directorate of Buildings:
Eng. Fawaz Hujahed
Tel.: 02-2983252
-Curriculum Development Center: Dr. Salah Yassin
Tel.: 02-2406174
Fax: 02-2401555
E-mail: pcdc@palnet.com
PO Box 719, Ramallah
-Gen. Dir. of Students' Affairs:
Acting Dir. Gen.: Mantaha Israr
Tel.: 02-2983251
-Gen. Directorate of Educational Technology:
Dir. Gen.: Subhi Al-Kayed
Tel. & Fax: 02-2401119
-Gen. Dir. of General Education
Asst. Dir. Gen.: Elham Abdul Qader
Tel.: 02-2983205

Dir. Gen.: Jamil Abu Sa'da
Tel.: 02-2982235
-Gen. Directorate of Text Books & Educational Publications:
Dir. Gen. Asst.: Nuhad Abu Gazaleh
Tel.: 02-2406174
-Gen. Directorate of Supplies:
Dir. Gen.: Hassan Sarsour
Tel.: 02-2983284
-Gen. Directorate for Examinations
Dir. Gen. Abdel Rahman Awadallah
Tel.: 08-2865200
Fax: 08-2865909
-School Health & Counseling Center:
Dr. Mohammed Al-Rimawi
Tel.: 02-2983200
-Assessment & Evaluation Center:
Mohammed Mattar
Tel.: 02-2406174
-Gen. Directorate of District Administration:
Acting Dir. Gen.: Ali Manasra
Tel.: 02-2983271
-Registry Office:
Dir.: Sedqee Abu Safad
Tel.: 02-2983200

District Offices:
Bethlehem: Dir.: Abdallh Shakarneh
Tel.: 02-2741271
Fax: 02-2744392
Gaza: Dir.: Mohammed El Hanjuri
Tel.: 08-2829207
Fax: 08-2865300
Hebron: Dir.: Mohammed Omran
Tel.: 02-2227862
Fax: 02-2228990
Jenin: Dir.: Mohammed Abu Al-Rub
Tel.: 04-2501061
Fax: 04-2503503
Jericho: Dir.: Hoh'd 'Awaldez
Tel. & Fax: 02-2321278
Jerusalem: Dir.: Abdul Muhsen Jaber
Tel.: 02-6276514
Fax: 02-6289476
Dier Sabatba: Dir.: Faleq Abu Salem
Tel.: 02-2348627
Fax: 02-2344455
Khan Younis: Dir.: Ali Abu As-Samak
Tel.: 08-2054410
Fax: 08-2051177
Nablus: Dir.: Ismail Qaraman
Tel.: 09-2380034
Fax: 09-2389495
North Gaza: Dir.: Ismail Al-Jumasi
Tel.: 08-2473130
Fax: 08-2472550
Qabatia: Dir.: Thamon Abu-Zaid
Tel.: 04-2522603
Fax: 04-2522604
Qalqilya: Dir.: Khalil Abu Lebdeh
Tel.: 09-2941111
Fax: 09-2940001
Ramallah: Dir.: Mota Al-Haj
Tel.: 02-2956455

Tel. & Fax: 09-2959569
South Hebron: Dir.: Khalil Tmeizi
Tel.: 02-2282773
Fax: 02-2282360
Tulkarem: Dir.: Jamal Tarawf
Tel.: 09-2671153
Fax: 09-2671038
Rafah: Dir.: Said Harb
Tel.: 08-2140222
Fax: 08-2140125

### ▶ MINISTRY OF ENERGY & NATURAL RESOURCES

Minister: Dr. Abdul Rahman Hamad
Tel.: 02-2981920
Fax: 02-2986191
E-mail: pletro@planet.edu
Irsal Bldg., Irsal St., Al-Bireh

### ▶ MINISTRY OF FINANCE

Minister: Dr. Salam Fayyadh
Tel.: 08-2826188
2863994/2863636/964/
08/265/75/857262
Fax: 08-2829173/74
Beirut St., Tel Al-Hawa,
PO Box 4007, Gaza
Ramallah:
Tel.: 02-2407121-4
02-2400371/650/
Fax: 02-2405880
http://www.mof.gov.ps
Saleh Marhaba, Al-Bireh
PO Box 795, Ramallah
Deputy Min.: Dr. Atef Alawneh
Tel.: 02-2955452
E-mail: mofdep@hally.net
Asst.Deputy: Mohammed Jaradeh
Tel.: 08-2845288
Director Generals:
- Gaza: Sa'eed Aweidah
Tel.: 08-2829247
- West Bank: Sami Ramlawi
Tel.: 02-2400370
Dir. Gen.: 'Abla Nashashibi
Tel.: 08-2825943
- Budgetary Affairs:
Tel.: 08-2825253
- Publications: Ibrahim Al-Bitaji
Tel.: 08-2829248
- Personnel/Administrative Affairs:
Basel Ar-Ramahi
Tel.: 02-2400480
- Income Affairs: Jihad Zammari
Tel.: 02-2407341
- Finance: Mahmoud Al-Saqa
Tel.: 08-2829247
Fax: 08-2825305
-Auditing/Control: Said Al-Qidreh - Yasi: 08-2829423
- Customs & VAT:
Gaza: Mohammed Issa
Tel.: 08-2825733
West Bank: Nasser Tahboub
- Income Tax:
West Bank: Jihad Zamari (Acting)
Tel.: 02-2407111
Gaza: Bayyan Abu Shaban

index p. 135 ff

### ▶ MINISTRY OF HEALTH

Minister: Dr. Ahmad Al-Shibi
- Public Health Directorate:
Tel.: 08-2829301-3 / 1534
Fax: 08-2826325/295
E-mail: mohgaza@palnet.com
E-mail: moh@palnet.com
http://www.moh.gov.ps
http://www.moh3.com
Abu Khadra Bldg., PO Box 1035 or
PO Box 5001, Gaza
Deputy: Dr. Munther Al-Sharif
Tel.: 09-2384771-6
Fax: 09-2384777
PO Box 14, Nablus
Ramallah:
Tel.: 02-2407743
Fax: 02-2407742
E-mail: panmoh@palnet.com
Director Generals:
- Gaza: Dr. Imad Trawiyeh
Tel.: 08-2829173/74
- West Bank: Dr. Fahed As-Said
Tel.: 09-2384771-6
Fax: 09-2384777
Public Health Directorate
West Bank: Dr. Nadim Tobasi
Tel.: 02-2957931
Fax: 02-2957546
Gaza: Dr. Abed Jaber At-Tibi
Tel.: 08-2842185
Fax: 08-2864230
- Preventive Medicine:
Dr. As'ad Ramlawi
Tel.: 02-2957392-3
Fax: 02-2955657
- Management Information Systems:
WB: Omar Abu 'Arqoub
Tel.: 09-2384771-6
02-2407790/059-204243
Fax: 02-2407791
E-mail: omarhmis@hotmail.com
hmis@moh3.com
Gaza: Dr.Riyad 'Awad
Tel. & Fax: 08-23833044
E-mail: riyadawad@hotmail.com
- Dentistry:
WB: Dr. Raji Musieh
Tel. & Fax: 02-2989388
Gaza: Dr. Saqer Abu Qumboz
Tel. & Fax: 08-2825782
- Health Education:
WB: Dr. Zahira Habash
Tel.& Fax: 02-2989388
Gaza: Mu'aan Al-Kriri
Tel.: 02-2854950
-International Cooperation
Gaza: Dr. Majed Abu Ramadan
Tel.: 08-2838699
Fax: 08-2826335
WB: Dr. Qasim Al-Masri
Tel.: 02-2384757
Fax: 09-2384777
- Environmental Health:
Ibrahim Actiyeh
Tel. & Fax: 02-2955766

Fax: 02-2408045
Gaza: Dr. Dina Abu Shaban
Tel.: 08-2822889
Fax: 08-2841544
- Psychiatric Dept.
Gaza: Dr. Ayesh Samour
Tel.& Fax: 08-2822748
WB: Dr. Basim El-Aabhab
Tel. & Fax: 02-2987146
- Purchasing Dept.
WB: Ziyad Shaheen
Tel.: 02-2384771-6
Fax: 09-2384777
Gaza: Mahmoud El-Wali
Tel.: 08-2827634
Fax: 08-2824607
- Laboratory & Blood Bank
WB: Wathiq Saber
Tel.: 09-2384771-6
Fax: 09-2384777
Gaza: Rand El-Khudari
Tel. & Fax: 08-2840066
- Finance
Gaza: Ghanim El-Astal
Tel.: 08-2829179
Fax: 08-2826118
WB: Mohammed Elyani
Tel. & Fax: 09-2370438
- Engineering & Maintenance
WB: Mohammed Abu Ajamieh
Tel. & Fax: 02-2957933
Gaza: Radwan El-Khudari
Tel.: 02-2827721
Fax: 08-2864109

### ▶ MINISTRY OF INFORMATION

Minister: Yasser Abed Rabbo
Tel.: 02-2954044
Fax: 02-2954043
E-mail: minfo@gov.ps
http://www.minfo.gov.ps
Dir. Gen. of the Ministry:
Mohammed Sulaiman
Tel.: 059-549956
Ramallah:
Tel.: 02-2954044/2954042
Fax: 02-2954043
End of Al-Irsal St., Al-Bireh, PO Box 224, Ramallah
Dir. Gen.
- Financial & Admin. Affairs:
Ibrahim Sajdiyah
- Press & Printed Materials:
Hani Al-Masri
- Local Media: Mohannad Abdul Hamid
- Women & Child Affairs:
Clemence Khori
- South Governorate Office:
Yacoub Shaheen
Tel.: 02-2765115
- Gaza Governorate Office:
Hassan Al-Kashef
Tel.: 08-2821672
District Offices:
Bethl.: Tel.& Fax: 02-2765115
Al-Jabal St.
Hebron: Tel. & Fax: 02-2226138/

14



04:000071

Tulkarem: Tel: 09-2674090

**► MINISTRY OF JUSTICE**
Minister: Zuhair Sourani
Tel.: 08-2822927
Fax: 08-2829197
Deputy Min.: Hassan Abu Libdeh
Tel.& Fax: 08-2825286
Atty. Gen.: Zuheir As-Sourani
Tel.: 08-2824503
Dir. Gen.: Yahya Shourouro
Tel. &Fax: 08-2845432
- Bureau of Fatwa &Legislation
Sukiman Al-Dahdouh
Tel.: 08-2829188
Dir. Gen./WB: Farouk Abul Rub
Tel.: 02-2987662
Fax: 02-2954615
Chamber of the Chief Justice
High Court
Tel.: 08-2822390
Fax: 08-2829350
Legislation Department -
Diwan Al-Fatwa w-Al-Tashrei'
Head: Ibrahim Al-Daghma
Tel.: 08-2822927/9118
Tel.: 02-2984304/6 (Ramallah)
Tel.: 08-2829197
Fax: 02-2984306
Chief Justice, Shari'a Courts:
Sheikh Mahmoud Salameh
Tel.: 08-2868485/3609

**► MINISTRY OF LABOR**
Minister: Ghassan El-Kharib
Tel.: 02-2901303-4
Tel.: 02-2900990
E-mail: mlabour@p-ol.com
Ramallah:
Tel.: 02-2900375-9
Fax: 02-2901373
E-mail: info@mol.pna.org
http://www.mol.pna.org/
Main St., Betunia, PO Box 350,
Ramallah
Gaza:
Tel.: 08-2829147
08-2826630/40
Fax: 08-2868478/2124040
Abu Khadra, PO Box 4021
Asst. Deputy / Gaza:
Moh'd Sabbah (West Bank, Gaza)
Tel.: 02-2901373
Haider Ibrahim (West Bank)
Tel.: 02-2905404
Director Generals:
- Admin. & Financial Affairs:
Mohammed Abu Sbeitan
- Cooperatives: Taher An-
Nazsheh
- Employment & Labo;:
Gaza: Said Habla
West Bank: Hussein Al-Abed
- International, Arab & Public
Relations: Hassan Saleh
- Labor Inspection: Mahmoud Al-
Shunaq

- Occupational Safety &
Health:
Assef Sa'id
- Planning & Information:
Ghazi Al-Khalili
- Social Insurances:
Mohammed Hzayyin
- Vocational Training: Dr. Salah
El-Zaraf
- Woman Affairs: Ihsan Barnawi
Media & Public Relations Dept.:
Head: Hassan Saleh
Jericho Office: Head: Husni Ruma
Tel.: 02-2322616
02-2321161
Fax: 02-2321161
Public Relations: Hafez Abbassi
Tel.: 08-2822400/9129
District Offices:
Bethlehem: Head: Yassin Radi
Tel. & Fax: 02-2742557
Hebron: Head: Ali Qdaimat
Tel.: 02-2226116/7896
Fax: 02-2226115
Jenin: Head: Walid Bibalsi
Tel.: 04-2501010
Jerusalem: Hussein Abu Gharbieh
Tel.: 02-2796057/9862
Nablus: Head: Moh'd Abu Zaytun
Tel.: 09-2384639
Qalqilya: Head: Husni As-Saft
Tel.: 09-2940010
Ramallah: Head: Ali Hamdan
Tel.: 02-2957395/6
Salfeet: Head: Baha' Eddin Taha
Tel.: 09-2395226
Tulkarem: Ghazi Nasrallah
Tel.: 09-2672147
Tubas: Ahmad Daraghmeh
Tel. & Fax: 09-2574535

**► MINISTRY OF LOCAL
GOVERNMENT**
Minister: Dr. Sa'eb Erekat
Tel.: 02-2312261/9065
Fax: 02-2321240
E-mail: molg@p-ol.com
http://www.p-ol.com/~molg/
Kifl Al-Wad, PO Box 98, Jericho
Gaza:
Tel.: 08-2866844/494/046/29184
08-2830271/13/4478
Fax: 08-2867509
Ramallah: PO Box 731
Tel.: 02-2988291-5
Fax: 02-2988290
Deputy: Dr. Hussein Al-Araj
Tel.: 02-2988284
Asst. Deputy/Gaza: Ismail Abu
Shamaleh - Tel.: 08-2820271
Asst. Deputy/WB: Ahmed
Ghneim – Tel.: 02-2988242
Dir. Gen.: Jihad Hamdan,
Qalqilya – Tel.: 09-2335215/6
Dir. Gen. West Bank: Fouz
Khalileh - Tel.: 02-2988288
PR: Dir.: Ahmed 'Abbas
Tel.: 02-2988292

Hebron: Mohammed Jabarin
Tel.: 02-2229732/8112
Fax: 02-2234746
Jericho: Yousef Farsh
Tel. & Fax: 02-2323166
Bethlehem: Kamel Herald
Tel.: 02-2742637/70594
Fax: 02-2770595
Jenin: Fathen El-Raghib
Tel.: 04-2501362
Fax: 04-2436191
Tulkarem: Imad El-Sa'id
Tel.: 09-2672154
Fax: 09-2674088
Tubas: Samir Dawabsheh
Tel.: 09-2574677
Fax: 09-2574677
Salfit: Mohammed Yassin
Tel.: 09-2515005
Fax: 09-2515804
Nablus: Khalil 'Ashour
Tel.: 09-2384415/9191
Fax: 09-2384414
Qalqilya: Omar Samha
Tel.: 09-2942989
Fax: 09-2942988
Ramallah: Zuhair Abdul Hadi
Tel.: 02-2956324/1284/6090
Fax: 02-2956304

**► MINISTRY OF PLANNING
& INTERNATIONAL
COOPERATION**
Minister: Nabil Sha'ath
Tel.: 08-2867334/2822482/937
08-2829260/2821655/40
Fax: 08-2824090/2937/2482
E-mail: info@mopic.pna.net
http://www.pna.gov.ps/
PO Box 4017, Gaza City
West Bank:
Tel.: 02-2959061/2850/1
Fax: 02-2963771
Al-Balu', Al-Bireh, PO Box 1336,
Ramallah or PO Box 54319, J'lem
Deputy: Dr. Samih Al Abed
Tel.: 08-2822483
E-mail: sabid@gov.ps
Asst. Deputy: Dr. Ahmed Soboh
Tel.: 02-2961653
E-mail: asoboh@gov.ps
Asst. Deputy: Dr. Jihad Al-Wazir
Head of Planning Section-Gaza
Tel.: 08-2822857
E-mail: jwazir@gov.ps
Asst. Deputy: Majdi Khaldi
Tel: 08-2822483
E-mail: mkhaldi@gov.ps
Dir. Gen. of the Ministry:
Said Al-Qudrah
Tel.: 08-2827828/02-2983927
E-mail: squdrah@gov.ps
Dir. Gen of the Cabinet, Head of
the Israeli Affairs & the Peace
Process Dept.: Bassil Jabir
Tel.: 02-2961850
E-mail: bjabir@gov.ps
Gender Planning & Develop-
ment: Dir.Gen.: Zahira Kamal

Strategic & Sectoral Planning
Khalil Nijim
Tel.: 02-2983904 / 052-634511
E-mail: knijim@gov.ps
Head of Planning Section /WB
Dr. Mohammed Ghudeyah
Tel.: 02-2961864
E-mail: mghadia@gov.ps

**►MINISTRY OF PUBLIC
WORKS & HOUSING**
Minister: Azzam Al-Ahmad
Tel.: 02-2401208/2400888
Fax: 02-2400890
E-mail: mpw@palnet.com
Sateh Marhaba, Al-Bireh
PO Box 3961, Ramallah
Gaza:
Tel.: 08-2822310
Fax: 08-2865900
Arab League St, Rimal
Deputy: Marwan Abdul Hamid
Tel.: 08-2880807
Asst. Deputy: Maher Ghrulm
Tel.: 02-2400888
Dir. of PR &Media: Salah Hanlah
Tel.: 02-2400888

**► MINISTRY OF SOCIAL
AFFAIRS**
Minister: Intisar Al-Wazir (Um
Jihad)
Tel.: 02-2986180
Fax: 08-2820686
Old Housing Bldg, Rimal, Gaza
Gen.Dir.: Mahmoud Mcair
Tel.: 08-2826994/02-2958810
Fax: 08-2827102/02-2958810
Ramallah:
Tel.: 02-2959861/2986183/4
Fax: 02-2955723/2959060
Um Sharayet, PO Box 3525,
Al-Bireh
Director Generals:
-Planning & Follow up: Najat
Arkl
Tel. & Fax: 02-2989205
E-mail: natarwan@palnet.com
-Family &Childhood: Maysoun
Al-Atawneh
Tel. & Fax: 02-2961721
-Finance & Admin.: Dr.Raka Al-Tibi
Tel.: 08-2822464
Fax: 08-2866209
-External Relations: Anisa Mansour
Tel. & Fax: 02-2986180
- Rehabilitation: Rihab Tazawi
Tel. & Fax: 02-2989204
-Monitoring & Inspection:
Awadallah Al-Barghouthy
Tel.: 02-2961721
- Information & Statistics:
Dr. Abdallah Hourani
Tel.: 02-2956859
-Social Development
Hani Saba
Tel.: 08-2834186

Tel.: 08-2823155/9382
Nballs: Kamel Al-Jumasi
Tel.: 08-2456179/79316
Al-Nqseitat & Deir Al-Balah: Abdel
Hakim Eid
Tel.: 08-2530031/0108
Khan Younis: Saleh Hamdan
Tel.: 08-2051103
Rafah: Omar Al-Darbi
Tel.: 08-2149363/5041

West Bank:
Bethl: Diass Mubarak
Tel.: 02-2741216/7
Fax: 02-2770582
Hebron: Sharif Jaradat
Tel.: 02-2277653/3360
Fax: 02-2220898
Jenin: Omar Hamdan
Tel.: 04-2501017/3598
Fax: 04-2437118
Jericho: Ahmad Maharmeh
Tel.: 02-2322504/429D
Jerusalem: Sha'lan Bahar
Tel. & Fax: 02-2799519
Nablus: Fadia Al Masri
Tel.: 09-2383574
Fax: 09-2387785
Qalqilya: Mahmoud Al-Qadouni
Tel.: 09-2940036
Fax: 09-2942588
Ramallah: Tel.& Fax: 02-
2963636/58343
Salfit: Nidham Al-Deek
Tel. & Fax: 09-2395722/2519226
Tulkarem: Rayq Al-Duraidi
Tel.: 09-2671171/1925
Fax: 09-2674244

Martyrs Families & Injured
Care Establishment:
Gaza: Mohammed Arafat
Tel.: 08-2821009/24727
Ramallah: Dr. Yousef Jubran
Tel.: 02-2983268/585071
2956402/70111

Juveniles Centers for Males:
Gaza: Tal'at Hamoudeh
Tel.: 08-2856030
Ramallah: Anwar Hamam
Tel.: 02-2956030

Juveniles Center for Females:
Bethlehem: Jihad Abu 'Ain
Tel. & Fax: 02-2742667

The Aging House
Jericho: Mohammed 'Alqam
Tel.: 02-2322319

**► MINISTRY OF SUPPLIES**
Minister: Abdul Aziz Shaheen
Tel.: 08-2874150/ 059-419995
E-mail: supply@rannet.com
Al-Wihda St., Gaza
Ramallah:
Tel. & Fax: 02-2400891
Al-Balou', Abu Haneefeh St., No 8
Al-Bireh, PO Box 2148, Ramallah
Deputy: Abdul Hamid Al-Qudsi

**► MINISTRY OF THE
INTERIOR**
Minister: Hani Al-Hassan
Tel.: 08-2829183/185/188
08-2829460
Fax: 08-2840165
Sabra St, Gaza
Ramallah:
Tel.: 02-2959395-7
Fax: 02-2959394
Al-Irsal St., PO Box 641
Hebron:
Tel.: 02-2222626/6350
Fax: 02-2228649
Dep. Min.: Ahmad Said Tamini
Gaza:
Tel.: 08-2834077/25442
Ramallah:
Tel.: 02-2957174
Fax: 02-2959394
Asst. Dep., WB: Jamil Shihadeh
Tel.: 02-2959395/86615
Fax: 02-2959394
Dir. Gen., WB: Dr. Moh'd Yassin
Tel.: 02-2960602
Fax: 02-2959394
Licensing Dept:
Acting Dir. Gen.: Amjad Abu Shamli
Tel.: 02-2960603
Fax: 02-2959394
Dep. Civil Affairs:
Gaza
Dir. Gen.: Mohammed Al-Madhoun
Tel.: 08-2863800/4084/21661
Fax: 08-2829470
WB
Dir. Gen.: Hassan 'Alawi
Tel.: 02-2956640/87261
- Passport & Naturalization:
Exec. Dir.Gen: Nizam Abu Shaban
- Tel: 08-2828060
- Legal Dept.
Gaza:
Dir. Gen.: Omran Odeh
Tel.: 08-2829188
WB:
Manager Dep.: Izz Abu Snaineh
Tel.: 02-2959395
Fax: 02-2959394
Director Generals:
Dir. Gen.: Yasef Erekat
Tel.: 02-2959395
Fax: 02-2959394

West Bank Offices:
Abu Dis: 02-2796074
Bethl: Tel: 02-2770745
Dura: Tel.: 02-2280288
Hebron: Tel.: 02-2227634
Jenin: Tel.: 04-2501374
Jaridoo: Tel.: 02-2321194
Nablus: Tel.: 09-2398606

16

Index p. 135 ff

PARRA...

04-000072

0635

Dr. Abou Shu'ireh
- **Financial & Admin. Affairs:**
Tel.: 08-2874147-9
Fax: 02-2400895
- **Control & Inspection:**
Gaza: Abdallah Fattah Humeid
Tel.: 08-2874147-9
**West Bank:** Mahmoud Id'eis
Tel.: 02-2400895-7
**District Offices:**
Bethlehem: Tel.: 02-2773544
Deir Al-Balah: Tel.: 08-2351519
Gaza City: Tel.: 08-2874146/8-9
Hebron: Tel.: 02-2220111/3333
Jenin: Tel.: 04-2437063
Jericho: Tel.: 02-2321528
Jerusalem: Tel.: 02-2798372
Khan Younis: Tel.: 08-2052100
Nablus: Tel.: 09-2386017
Qalqilya: Tel.: 02-2943108
Rafah: Tel.: 08-2145720
Ramallah: Tel.: 02-2902411
Tulkarem: Tel.: 09-2672719

Gen. Dir. of Center Labs:
Food labs / Ramallah
Tel.: 02-2987893
Dept. Hall Marking &
Inspection of Precious Metals:
-Ramallah Tel.: 02-2987894
- Nablus   Tel.: 09-2332012
Food Science Directorate:
-Tel.: 02-2987892

▶ **MINISTRY OF TOURISM & ANTIQUITIES**
Minister: Dr. Nabil Kassis
Tel.: 02-2988433/2741581-3
Fax: 02-2988435/2743753
E-mail: nkassis@p-ol.com
moca@visit-palestine.com
http://www.visit-palestine.ps
http://www.visit-palestine.ps
Nazzal Building, Manger Street
PO Box 534, Bethlehem
Deputy: Abdallah Hijazi
Tel.: 02-2770603 / 08-2824866
Fax: 02-2770604
Dir. Gen.: Baja Ismail
Tel.: 02-2760665
Fax: 02-2766899
**District Offices:**
Gaza: Tel.: 08-2824866/2829461
Fax: 08-2824856
Hebron: Samer Hasri
Tel.: 02-2229633
Fax: 02-2227633
Jenin: Fadel Abu Rub
Tel.: 04-2438380
Fax: 04-2438381
Jericho: Ayoush Abed As-Salam
Tel.: 02-2322935
Fax: 02-2321229
Nablus: Imad Ya'ish
Tel.: 09-2385042-4
Fax: 09-2385043
Qalqilya: Ibrahim Al-Hafi

Fax: 02-2402531
Safleet: Sayel Al-Deik
Tel.: 09-2395367
Fax: 09-2395970
Tulkarem: 'Amer Al-Jitawi
Tel.: 09-2672356
Fax: 09-2679701

▶ **MINISTRY OF TRANSPORT**
Minister: Miri Abu 'Atta
Tel.: 02-2400944
Fax: 02-2404648
PO Box 399, Ramallah
Asst. Deputy: Ali Suleiman Ja'bari
Tel.: 02-2400570
Fax: 02-2400943
Dir. Gen.: Mahmoud Qawasmi
Financial Affairs: Ali Erekat
Tel.: 02-2400944/47
Fax: 02-2400943

**Director General:**
- Licensing, Southern Districts:
Mohammed Suliman
Tel.: 08-2825265
Fax: 08-2822257
- Licensing, North Districts:
Eng. Mohammad Jaradat
Tel.: 02-2400946/47
Fax: 02-2400943
- Admin, Affairs & Supplies:
Abdul Jabber Hamad
Tel.: 02-2400946/47

▶ **MINISTRY OF WAQF & RELIGIOUS AFFAIRS**
Minister: —
Jerusalem
Tel.:
Hebron
Tel. & Fax: 02-2829070/2228213
Gaza
Tel.: 08-2866947
Fax: 02-2866947/2824637
Al-Yarmuk St., PO Box 283, Gaza
Izzariyya:
Tel.: 02-2799922-3/6170
Fax: 02-2799922
Dar Al-Aytam Al-Islamis Bldg.
Gaza: Tel.: 08-2827628
Nablus: Tel.: 09-12798004
Dep.: Sheikh Yusef Juma Salameh
Asst. Dep.: 'Aziz Amro
Gen. Plans: Asad Jaber
Tel.: 02-2799813, 059-500377
- Christian Affairs:
Ibrahim Kandakh
Tel.: 02-4282339/050-391697
- Legal Affairs: Fathallah Al-Husseini
- Jerusalem Affairs:
Nass.- Daoud Rifa'i
Tel.: 059-720750/052-230093
- Heritage Dept.: Yousef Hamad
Tel.: 02-2285473
- Islamic Research: Mohd. Lafi
Tel.: 08-2863943/47638

Lazy: Shafeek Daher
Tel.: 08-2329058
Dar Al-Aytam Al-Islamis Bldg.
- Women's Affairs Dept.:
Tel.: 09-2398004/08-2827628
Dir. General:
- Directorates:
Mahmoud Al-Neirab:
Tel.: 08-2829070
**District Offices:**
Gaza: Tel.: 08-2826892
Nablus: Tel.: 09-2384274/5/6
Hebron & Southern District:
Tel.: 02-2223005

▶ **MINISTRY OF YOUTH & SPORT**
Minister: —
Tel.: 08-2826689/ 2743/2468-9/7654
Fax: 08-2822736
E-mail: MYS@palnet.com
Ash-Shifa St., Southern Rimal,
PO Box 1416, Gaza
Ramallah:
Tel.: 02-2985981-2/8/6490/
02-29559730-4
Fax: 02-2985991
Irsal St., Irsal Bldg., PO Box 52
Deputy Min.: Dr. Ahmad Al-Yazji
Tel.: 08-2827645/2743
Fax: 08-2822736
Asst. Deputy/West Bank
Dr. Jamal Al-Muheissen
Tel.: 02-2985983
Dir. Gen.: Rabiha Diab
Tel.: 02-2959733
**District Offices:**
Bethl.: Head: Khalil Shahwan
Tel.: 02-2770680
Deir Al Balah: Tel.: 08-2531929
Gaza Compound: 08-2824956
Hebron: Abdul Nasser Al Sharif
Tel.: 02-2226359
Jenin: Head: Ghassan Kabaha
Tel.: 04-2502680
Jericho: Suleiman Abu Taleb
Tel.: 02-2322490
Jism: Head: Nabil Abu Omar
Tel.: 02-2347998
**Khan Younis:**
Tel.: 08-2054176/3671
Nablus: Head: Fadii Khader
Tel.: 09-2381557
Qalqilya: Hussam Bafawi
Tel.: 09-2942761
Ramallah-Al-Bireh: Nimer Atziyeh
Tel.: 02-2959730/4/2985981/2
Fax: 02-2985991
Safleet: Head: Reyad Amer
Tel.: 09-2519562/3
Tulkarem: Head: A'la'a Haloub
Tel.: 09-2674085
▶ **Ben Welder Academy for Fitness**
Dir.: Dr. Nazih Nairat
Tel.: 02-2909972

▶ **Majed As'ad Sports' Compound**
Dir.: Daoud Mitwali
Tel.: 02-2400144
Al-Bireh
▶ **The Martyr Salah Khalaf Center for Young Leaders**
Dir.: Marwan Wishahi
Tel.: 09-2578620
Al-Para'a

---

**NON-CABINET MINISTERIAL-LEVEL BODIES (Ministries before the Cabinet reshuffling of 29 Oct. 2002)**

▶ **ENVIRONMENTAL QUALITY AUTHORITY**
Pres.: Dr. Yousef Abu Safiyeh
Public Man.: Said Abu Jalala
Gaza:
Tel.: 08-2822000/3000/2847208
Fax: 08-2839355/2847198
E-mail: environment@gov.ps
http://www.mena.gov.ps
An-Nasser, Ash-Thwara St., Gaza
Ramallah:
Tel.: 02-2403495-8/3495
Fax: 02-2403494
E-mail:enawb@gov.ps
Ramallah, PO Box 3841
**Regional Offices:**
Hebron: Tel.: 02-2225328/9269
Fax: 02-2229279
E-mail: menah@palnet.com
PO Box 1310
Nablus: Tel. & Fax: 09-2397632
Jenin: Tel. & Fax: 04-2433770
Tulkarem: Tel. & Fax: 09-2674558

▶ **COMMISSION OF NGO AFFAIRS**
Head: Hassan Asfour
Tel.: 02-2407220
Dir. of Admin. : Ahmad Hamarsheh
Tel.: 059-202213
E-mail: kaled1967@hotmail.com
Planning & Resource Development
Dir.: Ussama Bazt
Tel.: 059-276099
E-mail: osibazt@hotmail.com
Registration & Monitoring
Dir.: Bashir Zaher
E-mail: birzaher@yahoo.com
Voluntary Work & Institutional Coord.
Dir.: Ali Hassouneh
Tel.: 055-254589
E-mail: ali-hassouneh@yahoo.com

**Advisors:**
International Relation
Advisor: Lily Habash
Tel.: 059-361002
E-mail: lhabash@gov.ps

Index p. 135 ff

E-mail: ysbukhater@hotmail.com
Gaza
Acting Dir. Gen.: Naim Abu Anzah
Tel.: 059-403545
E-mail: geonaim@gov.ps
Dir. of Voluntary Work: Dr. Ayman Abu Quash
Dir. of Human Rights & Democracy: Adil Al-Yazouri
Ramallah:
Tel.: 02-2401372-2/7210
Fax: 02-2401371
E-mail: mongaa@gov.ps
http://www.mongaa.gov.ps
Trust Bldg., 3rd fl., PO Box 20, Ramallah
Gaza: Tel.: 08-2834828
El-Hawa, PO Box 1370, Gaza

▶ **CIVIL AFFAIRS**
Minister: Jamil Tarifi
Tel.: 02-2987336-9/452-4/
Fax: 02-2987335/7451
Al-Bireh/Um Al-Sharayt, PO Box 2074, Ramallah
Gaza:
Tel.: 08-2827866/9647/49
Fax: 08-2829648
Al-Nasir St., Gaza
Deputy: Sultan Abu Zaydeh
Tel.: 08-2827846/41595
Fax: 08-2827846
Asst. Deputy: Zuheir Khalaf
Dir. Gen. West Bank: Wajih Al-Azuri, Jamal Zaqout, Hussein Al-Shaikh
PR: Dir.: Fakhr Eddin Ad-Dik
PA Civil Affairs Offices:
Abu Dis: Tel.: 02-2799520
Gaza: Tel.: 02-2987209
Allenby Bridge: Tel.: 02-9943395
Bethlehem: Tel.: 02-2770590/2765305
Deir Al-Balah: Tel. & Fax: 08-2531517
Gaza: Tel.: 08-2894049/2822333
08-2829050/2829649-647
Hebron: Tel.: 02-2226420/2258558
Fax: 02-2226421
Jabalia: Tel. & Fax: 08-2479570-1
Jenin: Tel.: 04-2501535/243/642
Fax: 04-2501565
Jericho: Tel.: 02-2321448
Fax: 02-2321030
Khan Younis: Tel. Fax 08-2054574
Nablus: Tel.: 09-2384404/2391650
Fax: 09-2384405
Qalqilya: Tel.: 09-2942755
Fax: 09-2942757
Rafah: Tel. & Fax: 08-2145773
Ramallah: Tel.: 02-2986512
Fax: 02-2986513
Tulkarem: Tel.: 09-2674084/5
Fax: 09-2674085
Salfeet: Tel.: 09-2515688
Fax: 09-2515658

Bethl.: Tel. & Fax: 02-2741344
Hebron: Tel.: 02-2227623
Fax: 02-2226040
Jenin: Tel. & Fax: 04-2501016
Jericho: Tel. & Fax: 02-2321264
Nablus: Tel.: 09-2385343
Fax: 09-2383816
Qalqilya: Tel.: 09-2949688
Fax: 09-2940688
Ramallah: Tel.: 02-2956747
Salfeet: Tel.: 09-2399230
Fax: 09-2398208
Tubas: Tel.: 09-2574355
Fax: 09-2574504
Tulkarem: Tel. & Fax: 09-2671780

▶ **MINISTRY OF POSTS & TELECOMMUNICATION**
Deputy Min.: Zuheir Al-Lahim
Gaza: Tel. & Fax: 08-2853666
Tel.: 02-2829486
E-mail: zlahim@marna.com
PO Box 5300, Gaza, Ar Rimal
Dir. Gen.: Mahmoud Diwan
Ramallah: Tel.: 02-2986555/9
Fax: 02-2986563
E-mail: mpt@jrol.com
Postal Affairs: Mohammed Qoffa
Gaza: Tel.: 08-2829300

---

**PLC - PALESTINIAN LEGISLATIVE COUNCIL**

Speaker: Ahmed Qrei'a (Abu Ala')
Tel.: 02-2987716/2959595/2770666
059-542666
02-6279263 - res.
Fax: 02-2987712/2790665
Main Office, Al-Bireh:
Tel.: 02-2987714/577
Fax: 02-2987719
Gaza:
Tel.: 08-2827027/9337/8
08-2824194/3953
Fax: 08-2827037/417472596
E-mail: palplc@palnet.edu
http://www.pal-plc.org
1st Deputy: Ibrahim Abu Naja
Tel.: 08-2824154 / 059-448445
Fax: 08-2824174
2nd Deputy: Ghazi Hanania
Tel.: 02-2987232/54110
059-301357
Fax: 02-2957062
Sec. Gen.: Rawhi Fattooh
Tel.: 02-2987720/ 08-2824199
Fax: 08-2824184
Dir. Gen.: Mahmoud Labadi
Tel.: 02-2987720 / 2960733
059-532747
Fax: 02-2987720
Dir. Gen. of the Speakers Office: Saleh Al-Ayan
Tel.: 02-2987716 / 279-0666
059-377915
Fax: 02-2987712/279-0665

04-:000073

18

0636

**Procurement Dept:**
Dir: Amjed Darwish
Tel: 02-2960731/059-370210

**PLC Committees**
Dir: Ibrahim Khreisheh
Tel: 02-2987719 / 050-566317
**Media & Information Dept.**
Dir: Bassem Barhoum
Tel: 02-2987718/2402718
**PR Department**
Dir: Nadia Sartawi
Tel: & Fax 02-2960332/050-281193
**Administrative Affairs**
Gen.
Dir. Gen: Izzeldeen Abu Safiyeh
Tel: 08-2824480
050-316080 / 059-316080
**West Bank**
Dir. Gen: Kamal 'Adwan
Tel: 02-2985590
**Information Technology Dept.:**
Dir: Ahmad Maqdadi
Tel: 02-2400715/059-713209
**Library:** Dir: Lina Queider
Tel: 02-2958892 / 050-363848
**Legal Dept:** Jamal El Khatib
Tel: 02-2400717

## PLC MEMBERS

### ▶ JERUSALEM DISTRICT

**Jerusalem District Office** (7 seats)
Tel: 02-2347450/
Fax: 02-2347452

Ahmad Qrei'a (Abu Ala)
Tel: 02-2987716/59595 – off.
059-542666/6279263 - res.
Fax: 02-2987712

Hanan Ashrawi
Tel: 02-5851842/35462 – off.
02-2951928/9 - res.
059-201207/6
Fax: 02-5835184

Dr. Emile Jarjou'i
Tel: 02-2741171/5 – off.
02-5828066 – res.
050-243601
Fax: 02-2766401/2742514

Hatem Abdel Qader
Tel: 02-2347450/1 – off.
052-867629
Fax: 02-2347452

Ahmad Al-Batsh
Tel: 02-2347450 – off.
02-2449561 - res.
052-222227
Fax: 02-2347452

Ahmad Hashem Az-Zughayar
Tel: 02-628235/2347450 - off.
02-6276788/050-389761 - res.
Fax: 02-2347452

20

### ▶ BETHLEHEM DISTRICT

**Bethlehem District Office**
(4 seats)
Officer: Fuad Suleiman Salem
Tel: 02-2743503/ 059-253534
Fax: 02-2743502

Mitri Abu Aitta
Tel: 02-2744542/5440 – off.
02-2741641 – res.
050-510047
Fax 02-2744544

Bishara Daoud
Tel: 02-2742166/5440 – off.
02-2742242 – res.
050-381090
Fax: 02-2744546

Salah At-Ta'mari
Tel: 02-2765308 – off.
02-2772366 – res.
050-290547
Fax: 02-2743503

Daoud Az-Zeir
Tel: 02-2770461 – off.
050-263556/ 059-205271
Fax: 02-2765060

### ▶ DEIR AL-BALAH DISTRICT

**Deir Balah District Office** (5 seats)
Tel. & Fax: 08-2552166

Freih Abu Meddein
Tel: 08-2822231 / 050-314142
08-2822331 - Res.
Fax: 08-2810265/2552166

Ibrahim Al-Habbash
Tel: 08-2552166/2531321 – res.
059-408832
Fax: 08-2552166

Sa'adi Al-Krunz
Tel: 08-2552166/2843707
059-908331
Fax: 08-2552166/2824884

Jalal Al-Msader
Tel: 08-2552166/230950
059-401015
Fax: 08-2552166

Jamileh Saydam
Tel: 08-2552166 - off.
08-2824116 – res.
059-408379
Fax: 08-2552166

### ▶ GAZA CITY DISTRICT

**Gaza District Office** (11 seats)
Tel: 08-2822788
Fax 08-2822449

Fax: 08-2836627

Marwan Kanafani
Tel: 08-2826021/5470
059-408119
Fax: 08-2826031

Nahedd Ar-Rayyes
Tel: 08-2824896 – off.
050-228746
Fax: 08-2824896

Faraj As-Sarraf
Tel: 08-2866596 – off.
08-2860011 – res.
059-408423
Fax: 08-2866596

Yousef Ash-Shanti
Tel: 08-2867105/7/4003
059-408368 / 052-379414
Fax: 09-2824993

Fakhri Shaqoura
Tel: 08-2842440 – off.
08-2824289 / 059-408158
Fax: 08-2825324

Rawya Ash-Shawwa
Tel: 08-2860177 – off.
08-2821242 – res.
059-408416
Fax: 08-2824177

Intisar Al-Wazir
Tel: 08-2827474 – off.
08-2824730 – res.
050-326999
Fax: 08-2820686

Musa Az-Za'bout
Tel: 08-2822788 – off.
08-2869747 / 059-408412 -res.
Fax: 08-2833577

Reyad Az-Zanoun
Tel: 08-2839301-2 – off.
08-2826666 - res.
050-349671
Fax: 08-2826295

### ▶ HEBRON DISTRICT

**Hebron District Office** (10 seats)
Tel. & Fax: 02-2226766

Zahran Abu Qbeitah
Tel: 02-2226766/7 6390 – off.
02-2279331 – res.
050-533979
Fax: 02-2279331

Ali Abu Ar-Rish
Tel: 02-225191/26390 – off.
050-233926 / 059-205178
Fax: 02-2226766/7

Musa Abu Sabha
Tel: 02-2226766/7 – off.
02-2227026 – res.
050-356815 / 059-205186
Fax: 02-2226766/7

02-2228550/6398
050-537729 / 059-205176
Fax: 02-2226766/7

Nabil Amro
Tel: 02-2960872/3 – off.
02-2958433 – res.
050-573784 – 059-205025
Fax: 02-2981101

Mohammed Al-Hourani
Tel: 02-2226766/7
059-205204
Fax: 02-2226766/7

Rafiq An-Natsheh
Tel: 02-2900375-9 – off.
02-2900990 /02-2224244
052-390555/ 059-224244
Fax: 02-2226115/6

Ali Al-Qawasmi
Tel: 02-2220901/2400944 – off.
02-2228165/6910 – res.
050-433942 / 059-433942
Fax: 02-2228156/6766/7

Jamal Ash-Shobaki
Tel: 02-2226766/7 – off.
02-2745880 – res.
050-289722 / 059-205304
Fax: 02-2226766/7

Abbas Zaki
Tel: 02-2223851-3/ 6391 – off.
02-2222444 – res.
050-388678 / 059-224455
Fax: 02-2223853

### ▶ JABALIA DISTRICT

**Jabalia District Office** (7 seats)
Tel. & Fax: 08-2477337

Hisham Abed Ar-Razek
Tel: 08-2457337 – off.
08-2457911 – res.
050-369732 / 059-408181
Fax: 08-2457337

Yousef Abu Safieh
Tel: 08-2457337 – off.
08-2457744 – res.
059-408262
Fax: 08-2457337

Fuad Eid
Tel: 08-2457337 / 059-408328
08-2456624 – res.
Fax: 08-2457337

Emad Al-Falouji
Tel: 08-2825612
08-2456235 – res.
059-433943
Fax: 08-2824154

Abdul Rahman Hamad
Tel: 08-2825903/777/9149/2235
059-408120
Fax: 08-2824086/849

08-2458750 – res.
Fax: 08-2457337

Kamal Ash-Sharafi
Tel: 08-2457337/059-408321-off.
08-2456428 – res.
Fax: 08-2457337

### ▶ JENIN DISTRICT

**Jenin District Office** (6 seats)
Tel: 04-2437161/2
Fax: 04-2437163

Azzam Al-Ahmad
Tel: 04-2402206/4181 – off.
050-500104
Fax: 04-2400890

Jamal Shati Al-Hindi
Tel: 04-2437161/2 – off.
04-2430320 / 059-205121
Fax: 04-2439580

Burhan Jarrar
Tel: 04-2437161/2 – off.
04-2436901 – res.
Fax: 04-2439580

Hikmat Zeid Al-Kilani
Tel: 02-2961080-8 / 90-2
059-205147 / 04-2301027
Fax: 02-2961212

Fakhri Turkman
Tel: 04-2437161/2 – off.
04-2436650 /059-205377
Fax: 04-2439580

### ▶ JERICHO DISTRICT

**Jericho District Office** (1 seat)
Tel: 02-2321540/1/059-830979
Fax: 02-2321541

Sa'eb Erekat
Tel: 02-2322619/065 – off.
02-2322304 – res.
050-521405 / 059-205190
Fax: 02-2321540

### ▶ KHAN YOUNIS DISTRICT

**K. Y. District Office** (8 seats)
Tel: 08-2051349/2051134
Fax: 08-2051134

Ibrahim Abu An-Naja
Tel: 06-2824154 – off.
08-2825999 – res.
059-448448
Fax: 08-2824154

Abdul Karim Abu Safah
Tel: 08-2051134 – off.
08-2073440 – res.
059-408314
Fax: 08-2051134

08-2457337 – res.
Fax: 08-2457337

059-347226
Fax: 08-2823487

Ra'fat An-Najar
Tel: 08-2052445 – res.
08-2051134/059-760887
Fax: 08-2051134

Ahmad Nasr
Tel: 08-2822576 – off.
08-2866331 – res.
059-413925
Fax: 08-2823055/2022576

Nabil Sha'ath
Tel: 08-2829160
Fax: 08-2824090

Ahmad Ash-Shibi
Tel: 08-2051134 – off.
08-2071275 – res.
059-448150
Fax: 08-2071521

Jawad At-Tibi
Tel: 08-2051134 / 059-762115
052-256001
Fax: 08-2051134

### ▶ NABLUS DISTRICT

**Nablus District Office** (8 seats)
Tel: 09-2333231 / 059-204410
Tel. & Fax: 09-2385647

Kamal Al-Afghani
Tel: 09-2385647/33490
059-205460
09-2380756 – res.
Fax: 09-2386441

Salloum Samri
Tel: 09-2333490 – off.
09-2385888 / 059-205454
Fax: 09-2385888

Husam Khader
Tel: 09-2385930 – off.
09-2380936 – res.
059-205410
Fax: 09-2380936

Maher Al-Masri
Tel: 09-2981213 – off.
09-2387748 - res.
050-373705
Fax: 09-2981208

Mu'awiyah Al-Masri
Tel: 09-2333490 – off.
09-2379912
050-288671 / 059-205449
Fax: 09-2386441

Dalal Salameh
Tel: 09-2385647 09– off.
059-205470 / 052-236594
Fax: 09-2385647

Ghassan Ash-Shaka'a
Tel: 09-2379313
09-2371451 - res.
059-205400
Fax: 09-2374690



21

**04:000075**

▶ **QALQILYA DISTRICT**

**Qalqilya District Office** (2 seats)
Tel.: 09-2943044/ 059-797147
Fax: 09-2943045

Mahmoud Da'as
Tel.: 09-2943044 – off.
09-2998573 – res.
050-220877
Fax: 09-2943045

Othman Ghashash
Tel.: 09-2943044 – off.
09-2943423
Fax: 09-2943045

▶ **RAFAH DISTRICT**

**Rafah District Office** (5 seats)
Tel.: 08-2136911/2825931
Fax: 08-2136912

Abed Rabbo Abu O'un
Tel.: 08-2136911 – off.
08-2137150 – res.
059-408392
Fax: 08-2136912

Rouhi Fatouh
Tel.: 08-2823953/4194 – off.
08-2824184 / 050-566319
Fax: 08-2846433

Mohammed Hijazi
Tel.: 08-2136910/1/5108 – off.
08-2136836/2826725 – res.
059-859561
Fax: 08-2136912

Suleiman Ar-Rumi
Tel.: 08-2136911 – off.
08-2136606/8 / 059-411044
Fax: 08-2136912

Abdul Aziz Shaheen
Tel.: 08-2823953/6430/4324 – off.
08-2136028 / 08-2827146
059-859565
Fax: 08-2824324/5140

▶ **RAMALLAH DISTRICT**

**Ramallah District Office** (7 seats)
Tel.: 02-2987628/719

Marwan Barghouti
Tel.: 02-2954949/50 – off.
059-205211
Fax: 02-2985729

Qadura Fares
Tel.: 02-2987628 – off.
059-205142
Fax: 02-2987214

Abdul Fatah Hamayel
Tel.: 02-2980341 – off.
02-2980341
02-2957272 / 059-205166

22

02-2954110 – res.
059-301357
Fax: 02-2957060/2

Abdul Jawad Saleh
Tel.: 02-2958435 – off.
02-2986718 / 059-459352
Fax: 02-2958423

A'zmi Ash-Shu'aybi
Tel.: 02-2954072/3 – off.
02-2401084 – res.
Fax: 02-2954071

Jamil Al-Tarifi
Tel.: 02-2987452/3/4 – off.
02-2952875 – res.
Fax: 02-2987451/ 02-2987335

▶ **SALFIT DISTRICT**

**Salfit District Office** (1 seat)
Tel.: 09-2515669
Fax: 09-2515668

Ahmad Ad-Deik
Tel.: 09-2515668/9 – off.
02-2954080 / 059-205210
Fax: 09-2515668

▶ **TUBAS DISTRICT**

**Tubas District Office** (1 seat)
Tel.: 09-2376887
050-660469 / 059-733373

Hashem Suleiman Salah Daraghmeh
Tel.: 09-2376887 / 059-205451
Fax: 09-2376887

▶ **TULKAREM DISTRICT**

**Tulkarem District Office** (4 seats)
Tel. & Fax: 09-2676026/059-474174

Mufid Abad Rabbo
Tel.: 09-2676026/2403787 – res.
059-205723
Fax: 09-2676026

Al-Tayyeb Abdul Rahim
Tel.: 08-2824174 – off.
Fax: 08-2824604

Hakam Bala'wi
Tel.: 08-2824276/02-2984373 – off.
Fax: 02-2984374

Hassan Khreisheh
Tel.: 09-2676026 – off.
09-2674164/5029/059-205071
Fax: 09-2675029

**Council Affairs Committee**
Head: Ahmad Qrei'
Dir. Gen.: Abdellatif El-Qura'n
Tel.: 02-2987716
Fax: 02-2987712

**Land & Settlement Confrontation Committee**
Head: Salah El-Ta'mari
Tel.: 02-2765308
Fax: 02-2772366

**Jerusalem Committee**
Head: Ahmad Al-Zghayar
Tel.: 02-2347450
Fax: 02-2347452

**Political Committee**
Head: Ziyad Abu 'Amr
Tel.: 08-2836617
Fax: 08-2836627

**Economic Committee**
Head: Jamal Esh-Shobaki
Tel.& Fax: 02-2222767

**Education & Social Affairs Committee**
Head: 'Abbas Zaki
Tel.: 02-2226390
Fax: 02-2226391

**Legal Committee**
Head: 'Abdul Karim Abu Salah
Tel. & Fax: 08-2051134

**Refugee Affairs Committee**
Head: Jamal Hindi
Tel.: 04-2437161
Fax: 04-2437163

**Interior Committee**
Head: Fakhri Shakoura
Tel. & Fax: 08-2825324

**Budget & Financial Affairs Committee**
Head: Dawood Al-Zeer
Tel.: 02-2743502
Fax: 02-2743503

**Monitoring, Human Rights & Public Freedoms Committee**
Head: Qadoura Faris
Tel.: 02-2987214
Fax: 02-2987628

---

**PA AGENCIES AND INSTITUTIONS**

**Gaza International Airport**
Chair: Fayez Zeidan
Dir. Gen.: Salman Abu Halib
Tel.: 08-2134119 / 4129 (Tower)
08-2821309/2134438/58
08-2134279/89979 (Info)
Fax: 08-2821309/7844/2134159
E-mail: gaza-int@haily.net
http://www.gaza-airport.org
PO Box 4043, Rafah, Gaza
Airport Security: 08-2134339/49
Preventive Security: 08-2134369

Tel.: 08-2821707/262737
Fax: 08-2821703
Dir. Gen.: Abdellatif El-Qura'n
Tel.: 02-2407354/03
Fax: 02-2407304
Nablus:
Contact: Mazen Mahroum
Tel.: 09-2385122

**General Personnel Council**
Chairman: Dr. Moh'd Abu Sharia
Ramallah
Tel.: 02-2980640/7791/2
Fax: 02-2980640/7793
Um Sharayet, PO Box 1995, Ramallah
Gaza: Tel.: 08-2829006
Fax: 08-2822236
E-mail: diwan@palnet.com
Abu Khadra Complex, Gaza

**General Petroleum Corporation**
Chairman: Harbi Sarsoour
Tel.: 02-2404988-9/16
Fax: 02-2404003
E-mail: gpc@palnet.com
Nablus main St., Silwadi building,
P.O Box 37/2A, Al Bireh
Gaza:
Tel.: 08-2823745
Fax: 08-2843407
E-mail: gpcho@palnet.com
PO Box 1444, Rimal, Gaza

**Government Computer Center**
Dir. Gen.: Jihad El-Wazir
Tel.: 02-2961865
Fax: 02-2961865
http://www.gcc.gov.ps/
El-Balou', PO Box 1336, El-Bireh
Gaza: Dir.: Dr. Bishara Khouri
Tel.: 08-2829263/3
Fax: 08-2863900
Abu Khadra Bldg.

**Institute for Administrative Development**
Dep. Dir. Gen.: Bana Kaloti, Ghada Hazboun
Ramallah: Tel.& Fax: 02-2965130
Um Sharayet, POB 1995, Ramallah
Gaza: Tel.: 08-2829228
Fax: 08-2829012
E-mail: diwan@palnet.com
Southern Ar-Rimal , Gaza

**Martyrs' Families & Injures Case Establishment (M's F. & I.C.E.)**
Dir. Gen.: Yousef Jubran
Dir.: Arneeh Al-Hassan
Tel.: 02-2958507 / 02-2986268
Fax: 02-2986268
Ramallah
Bethl: Dir.: Yousef Abu Laban
Tel. & Fax: 02-2770945
Deir Al-Balah: Tel.: 08-2536301
Gaza: Dir.: Mohammed Arafat
Tel.& Fax: 08-2824727

Index p. 135 ff

Tel.: 08-2827167 / 262737
Fax: & Fax: 04-2436864
Jerusalem: Dir.: Khalid Kharouf
Tel. & Fax: 02-2798433
Khan Younis: Tel.: 08-2061533
Nablus: Dir.: Ali Assad
Tel. & Fax: 09-2385550
Qalqilya: Dir.: Hai Zeid
Tel. & Fax: 09-2944373
Rafah: Tel.: 08-2130708
Salfit: Dir.: Zakya Qarouah
Tel. & Fax: 09-251326
Tulkarem: Dir.: Zuheir Khatab
Tel. & Fax: 02-2680477
Jericho: Dir.: Ahmad Mahurmeh
Tel.: 02-2322504

**Training Department (MOPIC)**
Dir.: Randa Tarazi
Tel.: 08-2829260/67324/8909/1218
Fax: 08-2868971

**National Center for Studies & Documentation**
Head: Abdallah Hourani
Tel. & Fax: 08-2822028/65716
08-2848778
E-mail: n-c-s-d@palnet.com
Jala' St., Rimal, POB 5256, Gaza

**Palestine Airlines**
Chair/Dir. Gen.: Fayez Zeidan
Tel.: 08-2829526-8
Fax: 08-2822800
E-mail: haidar@palairlines.com
http://www.palairlines.com
Jamal Abdel Nasser St.,
PO Box 4043, Gaza
Sales & Reservations:
Tel.: 08-2827814
Tel. & Fax: 08-2827814
Commercial Dept.:
Tel. & Fax: 08-2827834

**Palestine National Archives Center**
Dir. Gen.: Mohammed Shels
Tel. & Fax: 02-2343707/9888
E-mail: pnac@palnet.com
Dahiet Al-Barid, PO Box 66353, Jerusalem

**Palestine Standards Institution**
Ramallah
Dir. Gen.: Mazen Abu Sharia
Tel.: 02-2989650
Fax: 02-2964433
Gaza: Tel.: 08-2836844
Hebron: Tel. & Fax: 02-2226976
Nablus: Tel. 09-2385721
Fax: 09-2375743

**Palestinian Broadcasting Corporation (PBC)**
Chairman: Radwan Abu Ayyash
Tel.: 02-2959893-4/6
Fax: 02-2959893/7
E-mail: pbc@palnet.edu
Dir. Gen.Radio: Basem Abu Sumaya
Tel.: 02-2959891
Fax: 02-2984730

Jericho: Dir.: Grab Abdul Jabbar
Channel: Tel.: 08-2833300/25624
Fax: 08-2833744
PO Box 2540, Gaza
Studios: Tel.: 08-2820711 (Gaza)
Tel.: 02-2987901-4 (Ramallah)

**Palestinian Central Bureau of Statistics (PCBS)**
Pres.: Dr. Hasan Abu Libdeh
Tel.: 02-2406340
Fax: 02-2406343
E-mail: diwan@pcbs.pna.org
http://www.pcbs.org
Al-Bireh, PO Box 1647, Ramallah
PR Officer: Lossy Shihadeh
Tel.: 02-2951101
Field Work Directorates:
Gaza: Tel.: 08-2820885/1509
Fax: 08-2819600
Bethlehem: Tel.: 02-2744480
Khan Younis: Tel.: 08-2052943
Hebron: Tel.: 02-2220222
Fax: 02-2252865
Jenin: Tel.: 04-2436969
Nablus: Tel.: 09-2387230
Fax: 09-2387230
Qalqilya: Tel.: 09-2943005
Tulkarem: Tel.: 09-2672905/1140

**Palestinian Civil Aviation Authority**
Chairman: Fayez Zeidan
Tel.: 08-2821309/7814/24/
059-408409
Fax: 08-2821309/9526
E-mail: haidar@palairlines.com
Dir. Gen.: Salman Abu Halib
Tel.: 08-2134338/58/159
Fax: 08-2134159/2827844
Jamal Abdel Nasser St., Gaza

**Palestinian Curriculum Development Center**
Dir.: Dr. Salah Yasin
Tel.: 02-2401674/756/1551/2
Fax: 02-2401550
E-mail: pcdc@palnet.com
http://www.pcdc.gov.ps
PO Box 719, Ramallah

**Palestinian Economic Council for Development & Reconstruction (PECDAR)**
Man. Dir.: Mohammed Shtayyeh
E-mail: shtayyeh@planet.edu
Tel.: 02-2362280/00/050-210338
Fax: 02-2347041
E-mail: pecdar@palnet.com
Dahiet Al-Barid, PO Box 54910, Jerusalem
Project Dir.: Dr. Hisham Shkolani
Tel.: 02-2362340/48
Fax: 02-2362342
Departments/Heads:
Technical Assistance & Training
Dr. Mohammad Djuni
Tel.: 02-2362366/70/73
Fax: 02-2347041

**0638**

Tel.: 02-2362384/60
Gaza: Tel.: 08-2824859
Fax: 08-2824040
Hebron: Tel.: 02-2226822
Nablus: Tel.: 09-2375575
National Institute for Information
Dir.: 'Adel Lafi
Tel.: 02-2407751
Fax: 02-2407754
Gaza:
Tel.: 08-2833318
Fax: 08-2833308

Palestinian Energy & Environment Research Center (PEC)
Dir.: Eng. Nabil Tineh
Tel.: 09-2384604
Fax: 09-2384368
E-mail: perc@palnet.com
http://www.home.palnet.com/perc
Zala' Committee Bldg., 3rd fl.,
PO Box 85, Nablus
Ramallah: Tel. & Fax 02-2989075

Palestinian Geographic Center (PALGRIC)
Gen.Dir.: Eng.Younis Al-Qawasmi
Tel. & Fax: 02-2404711/2
E-mail: palgric@planet.edu
Al-Bireh

Palestinian Industrial Estate & Free Zone Authority
Head, Board: Maher Al-Masri
Gen. Dir.: Eng. Ismail Abu Shehadeh
Tel.: 08-2801028/33
Fax: 08-2801034
Gaza industrial area
Ramallah:
Tel. & Fax: 02-2960351
E-mail: piefza@palnet.com
Um Sharayer, PO Box 2073,
Ramallah

Palestine Monetary Authority
Governor: Dr. Amin Haddad
Tel.: 08-2825292/4599/571/3/23
Fax: 08-2844487
http://www.pma.gov.ps
Rimal, Nasrah St., POB 4026, Gaza
Ramallah:
Tel.: 02-2959910-1/13/2980130/1
02-2965380-2
Fax: 02-2959922/4
E-mail: pmaram@palnet.com
PO Box 452, Ramallah
Nablus:
Tel: 09-2335661/87925-26
Fax: 09-2335662
E-mail: pnma@pmna.com
Abu Ra'd Bldg., 4th fl., P O box 42

Palestinian National Fund
Gen. Dir.: Nizar Abu Ghazaleh
Tel.: 962-6-5690271/5690473
Fax: 962-6-5690471/474
Jordan

24

---

(...SCO, ALECSO)
Sec.-Gen.: Jihad Qaarashouli
Tel.: 02-2401080/2400901
Fax: 02-2406333
E-mail: pnecc@palnet.com
http://www.pncecc.gov.ps
PO Box 174, Ramallah

Palestinian Olympic Committee
Head: Ahmad Arafat Qudwe
Dir.: Abdel Hamid Ghanem
Tel.: 08-2829222/9307
Fax: 08-2824742/9307
Gaza

Palestinian Tobacco Authority
Head: Ahmed Al-Agha
Tel.: 08-2825179/89
Fax: 08-2825199
Gaza
Ramallah Office:
Tel.: 02-2957560-2
Fax: 02-2987567

Palestinian Water Authority
Head: Dr. Fadel Qawash
Tel.: 02-2981341
E-mail: pwa@pwa-pna.org
http://www.pwa-pna.org
Al-Balou', Al-Bireh
Chairman: Eng. Nabil Sharif
Tel.: 08-2822696
Tel.: 02-2959022
Fax: 02-2981341
Al Balou', Al-Bireh

State Information Service (SIS)
Dir. Gen.: Reyad Al-Hassan
Tel. & Fax: 08-2825856
Tel.: 08-2825638/7289
08-2834565/8788
E-mail: sitwebmaster@gov.ps
http://www.sis.gov.ps
Hebron:
Dir.: Mahmoud Samir Amro
Tel. & Fax: 02-2225145
Ain Khair Eddin, Hebron
Ramallah: Nawaf Hamed
Tel.: 02-2964761-3

Voice of Palestine (Radio)
Dir.: Samir El-Sharif
Tel.: 08-2827393
Fax: 08-2827402
PO Box 4025, Gaza City

WAFA - Wakalat Al-Anba'a Filastiniyya (Palestinian News Agency)
Chair: Ziad Abdul Fattah
Tel.: 08-2824036/56
Fax: 08-2824046
Chief Editor: Ali Hussein
Tel.: 08-2824036/56
Fax: 08-2824046
E-mail: wafa15@palnet.com
http://www.wafa.pna.net

---

Nablus:
Abdul Aziz Abu Warde
Tel.: 09-2389908
Fax: 09-2389909
Amman St., Nablus
Tulkarem: Tel.: 09-2674164
Jenin: Tel.: 04-2505001/2
Qalqilya: Tel.: 09-2942808
Jerusalem: Tel.: 02-6281206
Fax: 02-6281226
Bethlehem: Tel.: 02-2770841

Central Photographic (Archives)
Tel. & Fax: 02-2980472/0115
E-mail: wafa_tazweer@hotmail.com
Ramallah Commercial Center, 5th
fl., # 506, Ramallah

## PA COMMISSIONS & COUNCILS

Bethlehem 2000
(Center for Cultural Heritage Preservation)
In charge: Min. Dr. Nabil Kassis
Dir.: Dr. Kholoud Daibes
Tel.: 02-2766244
Fax: 02-2766241
E-mail: info@bethlehem2000.org
http://www.bethlehem2000.org
En-Nigmia St., PO Box 2000,
Bethlehem

Council for Medical Services
Dir.: Duhni Al-Weheidi
Tel.: 08-2862163
Fax: 08-2867814
Gaza

District Coordination Office (DCO)
Saraya: Tel.: 08-2829107/386/7
South: Tel.: 08-2050944
Erez: Tel.: 08-2824880

Higher Council for the Arab Tourism Industry
– CURRENTLY CLOSED –
Head: Haidar Hussaini
Tel.: 02-6281805/0S0-36939S
Exec. Dir.: Dr. Abed Rahman Abu Rabah
Tel.: 02-6281805/24
Fax: 02-6282981
E-mail: hcat-ad@palnet.com
Khaled Ibn Walid St.,
PO Box 19850, Jerusalem

Higher Islamic Council see Index

Palestinian Central Election Commission
Chair: Mahmud Abbas (Abu Mazen)
Tel. & Fax: 02-2987950/1
E-mail: ridaabbas@rally.net
Ramallah

---

Dir. Gen.: Dr. Fasmi Aqqui
Tel.: 02-5831180 / 5852055
Fax: 02-5852048
E-mail: pchealth@planet.edu
PO Box 51681, Jerusalem

Palestinian Council for Higher Education
Minister: Naim Abu El-Hommos
Vice Pres.: Dr. Gabi Baramki
Sec.: Dr. Diab 'Ayoub
Tel.: 02-2982600/82617
Fax: 02-2954518
E-mail: minister@gov.ps
gbaramki@gov.ps

Palestinian Housing Council (est. 1991)
Chairman: Eng. Adnan Husseini
Acting Gen. Dir.: Eng. Nabil Aref
Tel.: 02-2347141/2/4
Fax: 02-2347143
E-mail: phc@palnet.com
Duheit Al-Barid, PO Box 17128, Jerusalem
Gaza: Tel. & Fax: 08-2822290/80
Hebron: Tel. & Fax: 02-2226589
Nablus: Tel.: 09-2381169

Palestinian Oil Council (POC)
Head: Dr. Said Assaf
Tel. & Fax: 02-2955380
Tel.: 02-2954223 / 052-277489
E-mail: kassaf@planet.edu
Ramallah

Political Guidance Commission
Head: Othman Abu Gharbieh
Ramallah: Tel.: 02-2987618/0393
Fax: 02-2987619

## POLICE AND SECURITY

Border Crossings
Gen. Dir.: Nazmi Mhana
Allenby Bridge Nazmi Mhana
Tel.: 02-9943580/3702/483
02-2323555
Erez: Tel.: 08-2458790
Tel.: 08-6713683-7
Kamil (Al-Hinar):
Tel.: 08-2869766/41570/00222

Border Police
Dir.: Nazmi Mhana
Tel.: 08-2824024
Fax: 08-2869973

Civil Police
Head: Major Gen. Salim El-Bardini
Gaza: (Rimal)
Tel.: 08-2846600/282672
PSI: Col. Tawfiq Jabir
Tel.: 08-2829104
Head National Security:
Haj Ismail Jabr
Tel.: 02-2321331/3603/677/1248
Fax: 02-2321248/2399

Index p. 135 ff

---

Women Police
Col. Fatma Bitnawi
Tel.: 08-2866600
Criminal Investigation
Abdul Rahman Barakat
Tel.: 08-2866600
Drug Dept.: Ibrahim Haboub
Hebron: Kamal Ash-Sheikh Tel.: 02-2226380-1
Bethlehem: 'Ala' Hussein
Tel.: 02-2744905/2172
Fax: 02-2744057
Beit Sahur
Tel.: 02-2770625/6
Beit Sahour:
Tel.: 02-2772184
Ramallah: Col. Abu Saleh
Tel.: 02-2956757/63485
Tel.: 02-2986549
Jenin: Saeer Hujahid
Tel.: 04-2504444
Jerusalem: Mohammed El-Ja'bari
Fax: 02-2961128
Nablus: Luai Jadallah
Tel.: 09-2385880
Tulkarem: Bilal Abu Zaid
Tel.: 09-2072121

Force 17
Head: Brig.Gen. Faisal Abu Sharikh
Tel. & Fax: 02-2987291/9390
Ramallah
Gaza: Tel.: 08-2829476

General Intelligence Service
Head: Brig.Gen. Amin Al-Hindi
Gaza
Sudaneh: Tel.: 08-2855360
Fax: 08-2850809
As-Saraya: 08-2829015/420
West Bank:
Head: Brig. Gen.: Tawfiq Terawi
Tel.: 02-2956288
Fax: 02-2963596

Medical Military Services
Head: Dr. Khaled Sanwar
Tel.: 08-2826110/903/417/616/
08-2825515/579
Fax: 08-2823736/2829579
Preventive Medicine
Dr. Husam Al-Awadi
Tel.: 08-2826110

Military Academy of Sa'ed Sa'el
Head: Adnan Jaber
Tel.&Fax: 02-2321471
Jericho

Military Intelligence
Head: Musa Arafat
Tel.: 08-2823306/111
Fax: 08-2829114
Gaza
Ramallah: Tel.: 02-2958730
Fax: 02-2960657

National Security
Dir.-Gen., Gaza: Gen. Abdel Razzeq
El-Majaidah
Tel.: 08-2825752/4508/4469/9242

---

Navy Police
Head: Jawad Abu Hassan
Tel.: 02-2321174
Fax: 02-2321119
– Anas 2: Tel.: 08-2829541-3
– Sudaneh: Tel.: 08-287091-6
– Bethl.: Tel.: 02-2764441
Fax: 02-2764440
– Hebron: Tel.: 02-2325314/311
– Nablus: Tel.: 09-2384419

Police Directorate
Tel.: 08-2820685 (Central)
Tel.: 08-2822401 (North)
Tel.: 08-2839331/102
Fax: 08-2829474

Presidential Security
Head: Brig.Gen. Faisal Abu Sharikh
Tel.: 08-2825553/9418
Fax: 08-2825226
Ramallah:
Mahmoud Awad Damra
Tel.: 02-2987291
Fax: 02-2957291
Admin. Dir.: Mounir Ruzziyeh
Tel.: 02-2407310-2
District Offices:
Gaza: Abu Saif
Tel.: 08-2825553
Hebron: Abdallah Al-Mansara
Tel.: 02-2226916-7
Jerusalem – Abu Dis:
Kifah Barakat
Tel.: 02-2799990/9518
Nablus: Mo'd Hassan Isbeih
Tel.: 09-2389705

Preventive Security
West Bank
Head: Brig. Gen. Zuhair El-Mansareh
Tel.: 02-2989805
Fax: 02-2989806
Gaza:
Head: Col. Rashid Abu Shbak
Tel.: 08-2825415/5S/2832085/08
050-491473
Airport: Tel.: 08-2134369
District Offices:
Bethl.: Tel.: 02-2740914/1344
Hebron: Tel.: 02-2226442/920
Jenin: Tel.: 04-2436633
Jericho: Tel.: 02-2321272-4
Nablus: Tel.: 09-2383010/258
Ramallah: Tel.: 02-2989804

Public Security
Head: Maj. General: Nasr Yusef
Tel. & Fax: 08-2823242/802
Research & Planning:
Dir.Gen.: Frig.Gen. Nizar Ammar
Tel.: 08-2829469/7600
Fax: 08-2829469
PO Box 1144, Gaza

Tourism and Antiquities Police
Bethlehem: 02-2770750-1
Gaza: Tel.: 08-2829017



Appellate Case: 23-1335   Document: 010110991830   Date Filed: 01/29/2024   Page: 90



04:000077

# Diary 2004



**PASSIA**

## PASSIA
### Palestinian Academic Society for the Study of International Affairs
### Jerusalem ◆ Al-Quds

**50 NIS**

04:000078

# Directory 2004   PASSIA

## PLO - PALESTINE LIBERATION ORGANIZATION

### PLO EXECUTIVE COMMITTEE MEMBERS & PLO DEPARTMENTS

**Chairman:** HE Yasser Arafat
Tel.: 08-2824670-2/2841028/038
Fax: 08-2822365/6
http://www.sis/gov.ps/president/index.html
Ramallah: Tel. & Fax: 02-2981370-5

**Secretariat General - PLO**
Gen. Sec.: Mahmoud Abbas
Gen. Dir.: Intisar Abu 'Amara
Tel.: 02-2409641-4/ 059-390257
Fax: 02-2409648
E-mail: nadr@palnet.com
Gaza:
Tel.: 08-2840674
Fax: 08-2840654
Ramallah:
Tel.: 02-2401133-5
Fax: 02-2401313

**Political Department:** (Tunis)
Head: Farouk Qaddoumi
Tel.: 002161-230105/7919/1806
Fax: 002161-786272/766640
E-mail: ayman1@gnet.tn
95, Rue Mouawia Ibn Abu Sofian El-Tunisia Menzah VI

**Media Department:**
Head: Yasser Abed Rabbo
Tel.: 02-2986465/1031/54044
Fax: 02-2954043
Ramallah

**Arab and International Dept.:**
Head: Dr. Zakaria Al-Agha
Tel.: 059-233223
Dep. Min.: Dr. Merie Abdul Rahman
Tel.: 059-205741
Gaza:
Tel.: 08-2821388
Fax: 08-2823224/2824428
Ramallah:
Tel.: 02-2985886/2959167
Fax: 02-2985887
E-mail: pcjp@palnet.com
http://www.dair.com

**Economic Department:**
Head: Moh'd Zuhdi Nashashibi
Tel.: 08-2826188/
          059-408175/409208
Fax: 08-2820696/2822853

**Educational Department:**
Tel.: 02-2964691
Fax: 02-2987678

**Refugees Department:**
Head: Dr. Zakaria Al-Agha
Tel.: 059-233223
Ramallah:
Tel.: 02-2961131-2
Fax: 02-2961313
E-mail: plord@plord.org
Dir. Gen.: Saji Salameh
Tel.: 02-2961131-2
Gaza: Tel. & Fax: 08-2824885

**Negotiations Affairs Department:**
Head: Sa'eb Erekat
Dir.Gen.: Maen Erekat
Tel: 02-2963741-8
Fax: 02-2963740
E-mail: nadr@palnet.com
Nablus Rd., Al-Bafou', Al-Bireh,
PO Box 2245, Ramallah
Gaza
Tel.: 08-2823347/3657/1578
Fax: 08-2823487
*Negotiations Support Unit*
Tel: 02-2963741-8
Fax: 02-2963740
E-mail: info@nsu-pai.org
http://www.nad-plo.org
PO Box 4120, El-Bireh, Irsal St.,
Awad Center, 5th fl., Ramallah

**Social Affairs Department:**
Head: Hanna 'Amirah
Tel.: 02-6275335
Fax: 02-6275336 / 050-218929
E-mail: hanna@palpeople.org
PO Box 206285, Jerusalem

**Other PLO Executive Committee Members:**
♦ Dr. Samir Ghosheh
    Tel.: 02-2985895 res/059-485243
          02-2986292 off
    Fax: 02-2964989
♦ Ali Ishaq
    Tel.: 02-2981446- off.
          02-2987729-res./059-878889
          Fax: 02-2987729
♦ Mahmoud Ismail
    Tel.: 08-2846944 / 2825947/
          08-2828271/ 059-425623
♦ Dr. Emil Jarjoui
    Tel.: 02-5826066 / 050-243601
          02-2741540- res
          Fax: 02-5816742
♦ Taysir Khalid
    Tel.: 02-2980402 – off.
          02-2981375/059-573935
          09-2385577/015 – res.
          Fax: 02-2980401
♦ Riad Khodari
    Tel. & Fax: 08-2823180/
          08-2877610-2 - res
          059-408027
          Fax: 08-2877612

♦ Abdel Rahim Malouh
    Tel.: 02-2959767/2986689 -- off.
          02-2980430 – res.
          050-521287/059-680685
♦ Ghassan Shaka'a
    Tel.: 09-2379313/1451/
          09-2330331- res
          050-539334 / 059-330331
          Fax: 09-2374690
♦ Dr. Asa'd Abdel Rahman
    Tel.:962-6-79-5882020/059-205161
    Tel.&Fax:962-6-5668318-9/4-613909
    Tel. & Fax: 02-2966175

**Housing Council (J'lem Dept.)**
Dir. Man.: Muhammad Halayka
Tel.: 02-6271666
Fax: 02-6271357
E-mail: phcjer@palnet.com
PO Box 17128 Jerusalem

**Mufti of Jerusalem & Palestine**
Sheikh Ekrima Sabri
Tel. & Fax: 02-6260582/050-311489
PO Box 54825, Jerusalem
*Al-Aqsa Mosque*
Dir.: Sheikh Mohammed Hussein
Tel.: 02-6274925

**Orient House**
- closed by Israel since Aug. 2001 -
Tel.: 02-6273573/2483
Fax: 02-6286820/6274020
E-mail: info@orienthouse.org
http:www.orienthouse.org
Abu Obeidah St., PO Box 20479,
Jerusalem

**Palestinian National Council (PNC)**
Speaker: Salim Adeeb Al-Zanoun
Tel.: 08-2824489/5941
Fax: 08-2824164
Gaza
Deputy: Taysir Quba'a
Tel.: 09-2138688
Tel.: 050-507431/059-507431
E-mail: p-n-c@zaytona.com
http://www.p-n-c.org
Nablus
Amman:
Tel.: 962-6-5857208
Fax: 962-6-5855711
PO Box 910244, Amman

**Palestinian National Security Council**
Head: The President Yasser Arafat
Members: Prime Minister (currently:
Ahmed Qrei'a), Interior Min. (Hakam
Bala'wi), Finance Min. (Salam Fayyad),
Foreign Affairs Min. (Nabil Shaath),
Negotiation Affairs Min. (Saeb Erekat),
as well as: Jibril Rajoub, Amin Al-Hindi, Abdul Razzeq Majaydeh, Abdul

*Index p. 138 ff*

PASSIA

04:000079          9

**0642**

Razzeq Yahya, Fakhri Shaqoura, Haj
Ismail Jaber, Musa Arafat, Ghazi Jabali
Tel. & Fax: 02-2981370-5
Ramallah

## DELEGATIONS ABROAD

**Albania** (Embassy)
Amb. Ali Al-Kurdi
Tel.: 355-4-2-34300/ 34056
Fax: 355-4-2-32092
St. 'Skenderbeu' No. 6.1.1
Tirana, Albania

**Algeria** (Embassy)
Amb. Munzer Ad-Dajani
Tel.: 213-2-718857/73
Fax: 213-2-732165/57
E-mail: aepalg@caramail.com
15 Blvd. Victor Hugo
PO Box 308, Algiers, Algeria

**Angola**
Amb. Sa'eed 'Abbasi
Tel.: 244-2-362233
Fax: 244-2-363855
E-mail: palango@netangola.com
PO Box 421, Luanda, Rua da
liberdade 108 Bro. Nelito Soares Vila
Alice

**Argentina** (General Delegation)
Amb. Suhail Akel
Tel.: 54-11-4816-6651
Fax: 54-11-4816-6652
E-mail: jerusalem@mianet.com.ar
or: palestineembassy@cuidad.com.ar
http://www.palestina.int.ar
Riobambamba 981,
1116, Buenos Aires, Argentina

**Australia** (General Delegation)
Amb. Ali Kazak
Tel.: 612-62-950222
Fax: 612-62-950021
E-mail:Palestine.delegation@bigpond.com
PO Box 4646, Kingston, ACT 2604,
Australia

**Austria** (Permanent Mission)
Amb. n.a
Tel.: 43-1-4088202/3
Fax: 43-1-4088119
Josefsgasse 5/1-1080 Vienna

**Bahrain** (Embassy)
Amb. Wafa Nabhan
Tel.: 973-276099/262769
Fax: 973-276054
2801 St., Block 57
PO Box 1102, Manama, Bahrain

**Bangladesh** (Embassy)
Amb. Mohammed Zo'rob
Tel.: 880-2-603308/603016
Fax: 880-2-883517
PO Box 600, Code 1000
Dhaka, Bangladesh

**Belgium** (General Delegation)
Amb. Chawki Armali
Tel.: 32-2-7351639/1971
Fax: 32-2-7352478
E-mail: deleg.palestinienne@skynet.be
Rue Franklin #111, 1000 Bruxelles,
Belgique

**Brazil** (Special Delegation)
Amb. Musa Odeh
Tel.: 55-61-2484482/760
Fax: 55-61-2485879
E-mail: Palestina@mymail.com.br
or: palestina@tba.com.br
P O Box 10555, zip code 71620 980,
Lago Sull, Brasilia, DF Brazil

**Bulgaria** (Embassy)
Amb. Dr. Mohammed Salaymeh
Tel.: 359-2-668947/668860/656792
Fax: 359-2-654833
E-mail: palestina.sofia@internet-bg.net
PO Box 87, Sofia, Bulgaria

**Canada** (General Delegation)
Amb. Dr. Baker Abdul Munem
Tel.: 1-613-7360053
Fax: 1-613-7360535
E-mail: baker@palestine1.net
or: baker@cyberus.ca
http://www.palestine1.net
or: www.cyberus.ca/`baker/palestine
4a.htm
45 Country Club Drive, Ottawa,
Ontario KIV 9WI Canada

**Chile** (Embassy)
Amb. Dr. Sabri Atiyyeh
Tel.: 56-2-2065771/2065764
Fax: 56-2-2282466
E-mail: ede@ctc-mundo.net
or: falestin@entelchile.net
Casilla postal 53170, Sentiago-1, Chili

**China** (Embassy)
Amb. Mustafa As-Safarini
Tel.: 86-1-65323318/136/5321754/
Fax: 86-1-653232416
PO Box 9009, Beijing, China

**Colombia** (Special Mission)
Amb. Ibrahim El-Zaben
Tel.: 57-1-2877691/2877904
Fax: 57-1-2887439
E-mail: jerusalem@telesat.com.co
Calle 45 No. 14-76
Santa Fe de Bogota, Colombia

**Congo**
Amb. Jawad 'Aqel
Tel.: 24-828237/813055/810639
Fax: 24-836815
PO Box 1082, Prazavile, Congo

**Cuba** (Embassy)
Amb. Imad Jada'
Tel.: 53-7-242556/1296/1114 (R.)
Fax: 53-7-241159
Calle 20, No. 714, Entre 7Ma
Y.9 NA Miramar, La Havana, 00537
Cuba

**Cyprus** (Embassy)
Amb. Samir Abu Ghazaleh
Tel.: 357-22-315010
Fax: 357-22-312301
E-mail: palestin@spldernet.com.cy
PO Box 4669, Nicosia, Cyprus

**Czech Republic** (Embassy)
Amb. Samih Abdel Fattah
Tel.: 420-2-24311265-6/2228/81
Fax: 420-2-24311133
E-mail: palestcz@mbox.vol.cz
NA Orechovce 4, Prague 1CSS
PO Box 306, 11121 Prague 1

**Denmark** (General Delegation)
Amb. Dr. Moh'd Abu-Koash
Tel.: 45-33-932239
Fax: 45-33-932286
E-mail: abukoash@yahoo.com
or: Palestine@mail.dk
H.C. Anderson Boulevard 51, 1th
1553, Copenhagen V, Denmark

**Djibouti**
Amb. Kamel Qazaz
Tel.: 253-358205
Fax: 253-814005
Djibouti

**Egypt** (Embassy)
Amb. Zuhdi Al-Kidra
Tel.: 20-2-3384762-3
Fax: 20-2-3384764/3384760
E-mail: poegypt@usa.net
33 An-Nahda St., Dokki, Cairo

**Ethiopia** (Embassy)
Amb. Yousef Rajab
Tel.: 251-1-610811/610672/710719
Fax: 251-1-611199
E-mail: pal.emb.et@telecom.net.et
PO Box 5800, Addis Ababa

**Finland** (General Delegation)
Amb.  Dr. Zuheir El-Wazer
Tel.: 358-2789771
Fax: 358-9-2789770/672126
E-mail: zuheir.elwazer@palestinegd.fi
or: pgd@palestinegd.fi
http://www.palestinegd.fi
Fredrikinkatu 25 A, HKI 00120,
PO Box 351, Helsinki 00121, Finland

**France** (General Delegation)
Amb. Leila Chahid
Tel.: 33-1-48286600
Fax: 33-1-48285067/47348454
E-mail: Del.palestine@wanadoc.fr
14, Rue de Commandant Leandri,
75015 Paris

**Gabon** (Embassy)
Amb. Amin Abu Hasira
Tel.: 241-746012
Fax: 241-746014
E-mail: palembassy@internetgabon.com
PO Box 2168, Libreville, Gabon

**Germany** (General Delegation)
Amb. Abdallah Frangi
Tel.: 49-228-212035/6/8224650
Fax: 49-228-213594
E-mail: palaestina@t-online.de

10

PASSIA

04:000080

**0643**

http://www.palaestina.org
August Bier Str. 33, 53129 Bonn
*Berlin Office:*
Tel.: 49-30-2061770
Fax: 49-30-20617729

**Ghana** (Embassy)
Amb. Ibrahim Omar
Tel.: 233-21-778736/228578
Fax: 233-21-785806
E-mail: josmer@ighmail.com
or      josmer@ucomgh.com
State House, 3rd Bay, 8th floor, 01752,
PO Box 050, Occra, Ghana

**Greece** (Diplomatic Representation)
Amb. Abdallah Abdallah
Tel.: 30-1-6726061-3
Fax: 30-1-6726064
E-mail: falastin@hellasnet.gr
31 Marathonodromon St.
154 52 Psychico, Athens

**Guinea** (Embassy)
Amb. Jamal Ghnaim
Tel.: 224-441132/413034
Fax: 224-412230
POB 1021, Gonakry, Guinea 413034

**Guinea Bissau** (Embassy)
Amb. Nabil Al-Wazelr
Tel.: 245-212710/215091
Fax: 245-2522650
PO Box 888, Bissau, G. Bissau

**Hungary** (Embassy)
Amb. Khaled Ghazal
Tel.: 36-1-3257579/3260340
Fax: 36-1-3260341
E-mail: elian@freemail.hu
http://ww.palestine.hu
PO Box 213, Jozsefhegyi, UT 28-30
H- 1025, Budapest, Hungary

**India** (Embassy)
Amb. Khaled Al-Sheikh
Tel.: 91-11-4679115/6605/2859/
6882605
Fax: 91-11-6142942
D1/27 Vasantihar, New Delhi 110057

**Indonesia** (Embassy)
Amb. Ribhi Awad
Tel.: 62-21-3108005/3105444
Fax: 62-21-3108011
Jl Diponegoro No. 59
Jakarta 10310, Indonesia

**Iran** (Embassy)
Amb. Salah Al-Zawawi
Tel.: 98-21-664501
Fax: 98-21-6402513
E-mail: plo@neda.net
PO Box 1455-3455, Tehran, Iran

**Iraq** (Embassy)
Chargé d'Affaires: Mahmoud Ad-
Daqqa
Tel.: 964-1-9020817/6413817/
1101917
Fax: 964-1-7181143/5555968
PO Box 3122, Baghdad, Iraq

**Ireland** (General Delegation)
Amb. Ali Halimeh
Tel.: 35-31-207065/6618028
Fax: 35-31-2898264
E-mail: gd.palestine@ireland.com
Dublin

**Italy** (General Delegation)
Amb. Nimer Hamad
Tel.: 39-6-8322918/8848201/
7005041
Fax: 39-6-8848201/7005115
Piazza San Giovanni In Laterano, 72
Rome, Italy 00184

**Japan** (General Delegation)
Amb. Walid Siam
Tel.: 813-55-118400
Fax: 813-55-110333
Chiyoda House 6F2 -- 17-8, Nigata-
Cho, Chiyoda-Ku, Tokyo 100-0014

**Jordan** (Embassy)
Amb. Omar Al-Khatib
Tel.: 962-6-5677517/5663813
Fax: 962-6-5661727
E-mail: palestine@nol.com.jo
PO Box 995757, Amman, Jordan

**Kazakhstan** (Embassy)
Amb. Mohammed Tarshahani
Tel.: 7327-2919065/9501/930294
Tel. & Fax: 7-327-2601545/919501
E-mail: plokaz@nursat.kz
10, Jlenkulova, 480099, Almaty

**Korea, Democratic People's
Republic** (Embassy)
Amb. Shaher M. Abdallah
Tel.: 850-2-3817465/61
Fax: 850-2-3817259
PO Box 24, Pyong Yang, D.P.R.

**Kuwait** (Embassy)
Chargé d'Affaires: Mohammed Al-
Abed Al-Jaber
Tel.: 965-2-616211/613160
Fax: 965-2-652450
E-mail: hammad41@maktoub.com
PO Box 5363, As-Safat, Kuwait

**Lebanon** (PLO Office)
Amb. Shafiq Al-Hoot
Tel.: 961-1-300819
Kurnish Al Mazraa', Al Mazraa'
Beirut, Lebanon

**Libya** (Embassy)
Amb. Bassam Al-Agha
Tel.: 218-21-3339917
Fax: 218-21-3336161
E-mail: palastinelo@hotmail.com
PO Box 2466, Tripoli, Libya

**Malaysia** (Embassy)
Amb. Ahmed Al-Farra
Tel.: 60-3-4568909/5-6
Fax: 60-3-4561411
PO Box 10554-50716, 65 Jalan U
Thant, 55000, Kuala Lumpur

**Mali** (Embassy)
Amb. Ahmed Abdel Rahim
Tel.: 223-2-25328

Fax: 223-2-26462
Email: ambpalestine@afribone.net.mi
PO Box 1951, Bamaco, Mali

**Malta**
Amb. 'Awad Yakhlef
Tel.: 356-382355/6445494
Fax: 356-370605
Malta

**Mauritania** (Embassy)
Amb. Abdel Shafi Siyam
Tel.: 222-2-51343/52393-4
53993/888
Fax: 222-2-53888
E-mail: Ambassade.palestine.
nouakchott@opt.mr
PO Box 547/408, Nouakchott

**Mexico** (Special Delegation)
Amb. Fawzi Al-Mashni
Tel.: 52-5-255-2904
Fax: 52-5-531-3821/2505688
E-mail: dpalestina@ticnet.com.mx
Lope de Vega 1465, Piso col. Polanco
Apdo., Postal 5-045 CP 11570

**Morocco** (Embassy)
Amb. Wajih Qasem
Tel.: 212-27-766008/767331
Fax: 212-27-767166
E-mail: embassade.palestine@iam.net.ma
4 Zanket Soussa, PO Box 387, Rabat

**Mozambique** (Embassy)
Amb. Majed Saleh Kayed Wali
Tel.: 258-1-742196
Fax: 258-1-492190
PO Box 1160, Maboto, Mozambique

**Netherlands** (General Delegation)
Amb. Yousef Habbab
Tel.: 31-70-3617045/3604864
Fax: 31-70-3657847
E-mail: pgd@planet.nl
Laan Copes Van Cattenburch 73,
2585 EW, The Hague, Netherlands

**Nicaragua** (Embassy)
Amb. George Salamah
Tel.: 505-2-76651916/62388/762388
Fax: 505-2-650589
E-mail: embpal@nsamx.com.ni
Las Colinas, Calle Las Flores # 136,
PO Box 5305, Managua

**Nigeria** (Embassy)
Amb. Samir Baker Diab
Tel.: 2349-4135311/058-9
Fax: 2349-4135308
E-mail: diabsng@yahoo.com
P.M.B 429 Garki, Abuja, Nigeria

**Norway** (General Delegation)
Amb. Omar Kittmitto
Tel.: 47-2-2560547
Fax: 47-2-2731579
E-mail: mkplo@online.no
Drammensvelen 104, 0273 Oslo

**Oman** (Embassy)
Amb. Awni Battash
Tel.: 968-607191/697230
Fax: 968-697251

*Index p. 138 ff*

PASSIA

04:000081        11

**0644**

E-mail: eosopmet@omantel.net.com
Muscat, Oman

**Pakistan** (Embassy)
Amb. Ahmad Abdel Razzak
Tel.: 92-51-291185/ 298511
Fax: 92-51-294703/291231
8/2 St., 21 House 74, PO Box 1061,
Islamabad, No. 486, Pakistan

**Peru** (Special PLO Representation)
Chargé d'Affaires: Walid Ibrahim Al-Mu'aqqat
Tel.: 51-1-221-4241/458740
Fax: 51-1-221-4240
E-mail: palperu@telematic.com.pe
Fracisco de Paula Ugarriza 595, Lima
18, Peru

**Poland** (Embassy)
Amb. Hafez Al-Nimer
Tel.: 48-22-8497772
Fax: 48-22-8567376
E-mail: info@palestyna.pl
http://www.palestyna.pl
02-516 Warszaw Str.,
Ul. Staroscinska 1/7
PO Box 475, Warsaw, Poland

**Portugal** (General Delegation)
Amb. Issam Beseisso
Tel.: 351-21-3621118/3621098
Fax: 351-21-3621095
E-mail: beseisso@yahoo.co.uk
Rua 22 no. 2, Bairro de Belem,
1400 Lisbon, 383 Lisbon, Portugal

**Qatar** (Embassy)
Amb. Yassin Al-Sharif
Tel.: 974-422530/31/428250
Fax: 974-327639
E-mail: palembs@qatar.net.qa
Al-Khalij St., PO Box 138,
Doha 4100616

**Romania** (Embassy)
Amb. Fouad Al-Bitar
Tel.: 40-21-2120308/06/3120368
Fax: 40-21-2120307
E-mail: al_bitar@cable.ro
   or: palemb@cable.ro
Str., Alexanderusania Nr. 64
PO Box 314, Bucharest, Romania

**Russian Federation** (Embassy)
Amb. Khairy Naje Al-'Awaidi
Tel.: 7-095-2013682/5517/5779/
        2302560
Fax: 7-095-2302083/2022654
E-mail: pna@elnet.msk.ru
Kropotkinsky per 26,
Moscow 11 9034

**Saudi Arabia** (Embassy)
Amb. Mustafa Hashem Al-Sheikh Deeb
Tel.: 966-1-4880738/9
Fax: 966-1-6936407/4880721
E-mail: palemb@dmp.net.sa
PO Box 3589, Riyadh,
11481 Saudi Arabia

**Senegal** (Embassy)
Amb. Sa'id Al-Abassi
Tel.: 221-841377
Fax: 221-241377
PO Box 3119, Dakar, Senegal

**South Africa** (Embassy)
Amb. Salman Al-Harfy
Tel.: 27-12-3426411-3/343668
Fax: 27-12-3426412
E-mail: palembsa@intecom.co.za
Sudhof Bldg. 472 Walker St., Flat No.
5, Viok St., Sunnyside, Pretoria, PO
Box 56021, Arcadia, Pretoria 0007

**Serbia & Montenegro**
Amb. Bader Aqel
Tel.: 938111-3671407/326
Fax: 938111-3671336
E-mail: ambpal@eunet.yu

**Spain** (General Delegation)
Amb. Nabil Ma'rouf
Tel.: 34-1-3453258/66
Fax: 34-1-345428795
E-mail: embajada.palstina@mad.
servicom.es
20, Avda Pio XII, 28016 Madrid

**Sri Lanka** (Embassy)
Amb. Attalah Qobai'a
Tel.: 941-1-588607/695991
Fax: 941-1-588580/6959920
PO Box 207, 110/10 Wejerman NW,
Colombo 7, Sri Lanka

**Sudan** (Embassy)
Amb. Omar Shalayel
Tel.: 249-11-225476-61
Fax: 249-11-224968/224974
Abdel Mun'em Riad St.,
PO Box 2262, Khartoum, Sudan

**Sweden** (General Delegation)
Amb. Eugene Makhlouf
Tel.: 46-8-151588
Fax: 46-8-151528
E-mail: eugene.makhlouf@mbox
300.swipnet.se
   or: plo.sweden@swipnet.se
PO Box 83, 18205, Djurshohn
Stockholm, Sweden

**Switzerland** (General Delegation)
Amb. Nabil Al-Ramlawi
Tel.: 41-22-7967660
Fax: 4122-7967860
E-mail: mission-observer.Palestine@itu.ch
96 Route de Vernier Chatelaine,
Geneve, Case Postal 1828, 1211
Geneva 1

**Syria** (Embassy)
Amb. Mahmoud Al-Khalidi
Tel.: 963-11-4435254/4450688
Fax: 963-11-4443524
Murshed Khater St.,
PO Box 2889, Damascus, Syria

**Tanzania** (Embassy)
Amb. Fariz Mehdawi
Tel.: 255-51-22254
Fax: 255-51-68409
PO Box 20307, Dar As-Salaam

**Tunisia** (Embassy)
Chargé d'Affaires: Munir Ghannam
Tel.: 216-1-791288/790883/784725
Fax: 216-1-785973/782533
E-mail: mounir.gh@gnet.in
17 Rue Ernest Conseil,
PO Box 142, 1002 Tunis

**Turkey** (Embassy)
Amb. Fu'ad Yassin
Tel.: 90-312-4360823/24
Fax: 90-312-4377801
E-mail: fouadyasen@hotmail.com
   or: embapal@ttnet.net.tr
Filistin Sokak No. 45,
06700 G.P.Pasa, Ankara, Turkey

**Ukraine**
Amb. Walid Zaqout
Tel.: 380-44-2443932
Kiev, Ukraine

**United Arab Emirates** (Embassy)
Amb. Khaled Malak
Tel.: 971-2-4434048/4434396
Fax: 971-2-4434363
E-mail: palestinecons@hotmail.com
PO Box 841, Abu Dhabi, UAE

**United Kingdom** (Gen. Delegation)
Amb. Afif Safieh
Tel.: 44-208-5630008/3703245
Fax: 44-208-5630058
E-mail: palestinianuk@aol.com
   or: 106323.3367@compuserve.com
http://www.palestinianuk.org
5 Galena Road, Hammersmith,
London, W6OLT, United Kingdom

**United States** (PLO Office)
Amb. Hasan Abdel Rahman
Tel.: 1-202-785-8394/91
Fax: 1-202-887-5337/7851596
E-mail: SH.9950@aol .com
   or: Palwash1@ol.com
1730 K Street, NW #1004
Washington DC, 20006

**Uzbekistan** (Embassy)
Amb. Nabil Lahham
Tel.: 737-12-550266 /549418/531017
Fax: 737-12-531017
E-mail: idree5@mail.tps.uz
Imam At-Termezi St., House No. 50,
The Index: 700100, Tashkent

**Vietnam** (Embassy)
Amb. Sayyed Al-Masri
Tel.: 84-4-524013/253016/522947
Fax: 84-4-263696/8263699
E-Mail: palestine@hn.Vnn.vn
PO Box 73, Hanoi, Vietnam

**Yemen** (Embassy)
Amb. Yahya Rabbah
Tel.: 967-1-264234-7/
Fax: 967-1-264235
E-mail: palembyem@y.net-ye
   or: salama@y.net.ye
PO Box 185, San'aa, Yemen

**Yugoslavia** (Embassy)
Charge.d'Affaires: Zuhair El-Natour
Tel.: 381-11-663372/491/7

12

PASSIA

04:000082

0645

Fax: 381-11-663830
E-mail: embpal@eunet.yu
Maglajska 14, Belgrade 11000

**Zimbabwe (Embassy)**
Amb. Majed Saleh Kayed Wali
Tel.: 263-4-725901-2
Fax: 263-4-725970
E-mail: allman@icon.co.zw
1 Fairbridge Avenue Belgravia,
PO Box 3817, Harare, Zimbabwe

## REPRESENTATION IN INTERNA-TIONAL BODIES

**League of Arab States**
Sec. Gen.: Amr Mousa
Tel.: 202-575-0511/2966
Fax: 202-574-0331
PO Box 11642
Al-Tahrir Square, Cairo, Egypt
*Palestine Permanent Mission (Arab League)*
Amb. Mohammed Sbeih
Tel.: 20-2-3364732/ 3384762-3
Fax: 20-2-3602996
E-mail: pales_al@intouch.com
33 An-Nahda Street, Dokki
Cairo, Egypt

**Organization of the Islamic Conference** (Permanent Mission)
Repr. Abdel Aziz Abu Ghosh
Tel.: 966-2-6800800
Fax: 966-2-6873558/6873568
PO Box 1253, Jeddah 1431
Saudi Arabia

**United Nations**
(Permanent Mission)
Amb. Nasser Al-Kidwa
Tel.: 1-212-288-8500
Fax: 1-212-517-2377
E-mail: mission@palestine-un.org
115 East 65th Street
New York, NY 10021, US
*Geneva Office:*
Amb. Nabil Al-Ramlawi
Tel.: 41-22-7967660
Fax: 41-22-7967860
E-mail: mission-observer.
        Palestine@itu.ch
96 route de Vernier, Case postale
1828, 1211 Geneva 1, Switzerland

**UN Office & International Organizations** (Permanent Mission)
Amb. n.a.
Tel.: 43-1-4088202/3
Fax: 43-1-4088117
Josefgasse 5, 1080 Vienna, Austria

**UNESCO** (Permanent Observer)
Amb. Ahmad Abdel Razeq
Tel.: 33-1-45683328
Fax: 33-1-45683340
1, Rue Miollis 75015, Paris, France

*Index p. 138 ff*

## PALESTINIAN AUTHORITY

### PRESIDENT'S OFFICE

**President:** Yasser Arafat
Tel.: 08-2824670/1/2/41028/038
      02-2981370-2
Fax: 08-2822365/6
http://www.p-p-o.com/
Central: Tel.: 08-2841028/38

**Sec. Gen.:** Tayyeb Abdul Rahim
Tel.: 08-2824171
Fax: 08-2824604
**Dep. Sec. Gen.:** Dr. Ramzi Khoury
Tel.: 08-2824670/1/02-2981370
Fax: 08-2822365
**Advisor:** Nabil Abu Rudeineh
Tel.: 08-2825154/2981370-7
Fax: 08-2822365/2822367
**Economic Advisor:** Khaled Salam

**Protocol Office:**
Dir.: Akram Al-Sakaa, Wafik Abu Sido
Tel.: 08-2824064/5
Fax: 08-2825092
Ramallah: Dir.: Nivin Sarraj
Tel.: 02-2959929-8/2981370-2

**President's Office, Jericho:**
Dir. Gen.: Dr. Sami Musallam
Tel.: 02-2321241/2 / 050-323164
Fax: 02-2321291

**President's Office, Ramallah:**
Dir.: Imad Nahhas
Tel.: 02-2959929-8/2981370-2
Fax: 08-2822365

**Planning Center (OPPC):**
Dir.: Sulafa El-Hijawi
Tel.: 08-2820725/2825766
Fax: 08-2847055
E-mail: oppc@palnet.com
http://www.oppc.pna.net
Neima Bldg., Rimal, PO Box 4058,
Gaza

**National Institution Office:**
Gen. Sec.: Samir Shehadah
Tel.: 02-2986323-4
Fax: 02-2986320
Irsal St., Irsal Bldg., 3rd fl.,
PO Box 1752, Ramallah
Jericho: Dir.: Wa'el Nathief
Tel. & Fax: 02-2321411
School St, Jericho

**Press Office:**
Head: Mohammed Edwan
Tel.: 08-2821090
Fax: 08-2824777

**President's Archives:**
Dir. Gen.: Yousef Issa
Tel.: 08-2829451-2/6081
PR: Dir. Gen.: Said Zahran
Dir. Gen. Fayez Az-Zakhari

## MINISTRIES

### ▶ PRIME MINISTER'S OFFICE
**Prime Minister:** Ahmad Qrel'a
Tel.: 02-2950970-3/7
Fax: 02-2950975/79
Al-Masyoun, Ramallah
**Bureau Chief:** Dr. Hassan Abu Libdeh
Tel.: 02-2950974
**Prime Ministry - Adviser**
Ziad Abu Zayyad
Tel. & Fax: 02-2797450-1
Mobile: 054-779838
E-mail: ziad@abuzayyad.net
Commercial Bank Bldg., PO Box 115,
Al-Izzariyya
Gaza:
Tel.: 08-2822129/139/2826890
Fax: 08-2822159

### ▶ CABINET OFFICE
**Gen. Sec.:** Dr. Hassan Abu Libdeh
Tel.: 02-2950977-8/985
Fax: 02-2950983-4
Al-Masyoun, Ramallah
Gaza:
Tel.: 08-2822129/139/2826890
Fax: 08-2822159

### ▶ MINISTRY OF AGRICULTURE
**Minister:** Rawhi Fattouh
Tel.: 02-2961091-2 /1280
Fax: 02-2961212
E-mail: moa@planet.edu
PO Box 197, Ramallah
Gaza Office:
Tel.: 08-2830899/899/305
Tal El-Hawa, Beirut St.,
PO Box 4014, Gaza
**Deputy:** Azzam Tballeh
Tel.: 02-2961080-7
Fax: 02-2961212
**Ass. Deputy:** 'Atta Abu Karsh
Tel.: 08-2866590
Fax: 08-2863926
**Planning and Policies Dept:**
Dir. Gen. Shaker Judeh
Tel.: 02-2961080-7
Fax: 02-2961212
**Dir. General Admin. of Projects:**
Head: Zakaria Salawdeh
Tel. & Fax: 02-2406029
Mobile: 052-359903
**Palestinian National Agricultural Research Center** (Jericho) Dir.
Gen.: Dr. Ali Fatafta
Tel.: 02-2322425
Fax: 02-2321280
**Central Veterinary Lab:**
Dir. Gen.: Dr. Moh'd Hassouneh
Tel.: 059-383656
Fax: 02-2406028
**Extension & Development:**
Dir. Gen.: Abdullah Lahluh
Tel.: 059-742403
Fax: 02-2961217.
Dir. Gen.: Mahmoud Husain
Tel.: 02-2961080-7
Fax: 02-2961212



PASSIA

04:000083

13

**0646**

**Finance & Administration**
Dir. Gen.: Unis Jadouh
Tel.: 02-2961080
Fax: 02-2961212
**Marketing**
Dir. Gen.: Gabriel Abu Ally
Tel.: 08-2829447
Fax: 08-2862909
**Soil & Irrigation**
Dir. Gen. Mohammed Al-Shahbary
Tel.: 02-2961080-7
Fax: 02-2961212
**Foresty, Range Land & Wild Life**:
Dir. Gen.: Addel Abu Ayash
Tel.: 02-2961080-7
Fax: 02-2961212

▶ MINISTRY OF CIVIL AFFAIRS

**Minister**: Jamil Tarifi
Tel.: 02-2987336-9/452-4/
Fax: 02-2987335/7451
Al-Bireh/Um Al-Sharayt, PO Box
2074, Ramallah
**Gaza**:
Tel.: 08-2827866/9647/49
Fax: 08-2829648
Al-Nasir St., Gaza
**Asst. Dep.,** Ramallah: Zuheir Khalaf
**Asst. Dep.,** Gaza: Sufian Abu Zaydeh
Tel.: 08-2827846/41595
Fax: 08-2827846
**Dir.s Gen. West Bank:** Hisham Abu
Mariam, Ayman Qandil, Adeeb Abu
Khalil, Fakhreddin Al-Deek
**PR: Dir.:** Riham Barghouthi

**PA Civil Affairs Offices:**
Abu Dis: Tel.: 02-2799520
Fax: 02-2797920
Allenby Bridge: Tel.: 02-9943395
Bethlehem: Tel.: 02-2770590/65305
      Fax: 02-2770591
Deir Al-Balah: Tel.& Fax: 08-2531517
Gaza: Tel.: 08-2894049/2822333
08-2829050/2829649-647
Hebron: Tel.: 02-2226420/2258558
      Fax: 02-2226421
Jabalia: Tel. & Fax: 08-2479570-1
Jenin: Tel.: 04-2501555/2431642
      Fax: 04-2501565
Jericho: Tel.: 02-2321448
      Fax: 02-2321030
Khan Younis: Tel. Fax: 08-2054574
Nablus: Tel.: 09-2384404/2391650
      Fax: 09-2384405
Qalqilya:Tel.: 09-2942755
Fax: 09-2942757
Rafah: Tel. & Fax: 08-2145773
Ramallah: Tel.: 02-2986512
      Fax: 02-2986513
Tulkarem: Tel.: 09-2674084/5
      Fax: 09-2674085
Salfit: Tel.: 09-2515688
      Fax: 09-2515658

▶ MINISTRY OF CULTURE
   & ARTS

**Minister:** Yahya Yakhluf
Tel.: 02-2981031/ 6205
Fax: 02-2986204
E-mail: moc@moc.gov.ps

http://www.moc.gov.ps
Ar-Rayan Bldg., Irsal St.,
PO Box 147, Ramallah
Gaza: Tel.: 08-2824860/70/7252
**Dir. Gen.:** Ahmed Dahbour
Tel.: 08-2824850/60/70/8615Fax:
08-2824860
Mustafa Hafez St., PO Box 4004,
Rimal, Gaza
**Director Generals:**
- **Arts:** Liana Bader
- **Cultural:** Ali Khalili
- **Finance & Admin.:** Moh'd Al-
   Khalili
- **Culture Development:**
   Mohammed Al-Batrawi
- **Jerusalem file:** Mahmoud Shuqeir
- **Books General Commission:**
   As'ad Al-As'ad
- **Project & International Rela-
   tions Dept.:** Youmna Al-Batran
- **Library Dept.:** Sami Batrawy
**Offices:**
Tulkarem: 09-2672733
Hebron: 02-2226757/19372
Jenin: 04-2435866
Nablus: 09-2384790
Qalqilya: 09-2945585
Salfit: 09-2515920
Bethlehem: 02-2741524

▶MINISTRY OF DETAINEES &
  EX-DETAINEES AFFAIRS

**Minister:** Hisham Abdel Razzeq
Tel.: 08-2844428
Fax: 08-2847144
E-mail: edrp@palnet.com
Beirut St., near Al-Aqsa UN
Gaza:
**Office Dir.:** Mu'ath Al-Hanafi
Tel.: 08-2847148
Fax: 08-2847158/68
West Bank:
**Office Dir:** Shukri Salameh
Tel.: 02-2963721
Fax: 02-2963722
**Deputy Minister:** Radi Jarai
Tel.: 02-2980032-3
Fax: 02-2963722
E-mail: rjarai@hotmail.com
Irsal St., Shalash Bldg, Ramallah
**Dep. Assistant:** Zeyad Abu Ein
Tel.: 02-2980032
**Ex-Detainees Rehabilitation
Program**
Deputy Gen. Dir.: Azzam Irmileh
Tel.: 02-2980032/3
Fax: 02-2963722
E-mail: azzam_ir@hotmail.com
Irsal St., Shalash Bldg, Ramallah
(services, incl. health insurance, loans,
job search assistance, education, voca-
tional training, psychological counseling)

**Coordinators:**
Vocational Training: Moh'd El-Batah
Loans: Mohamed El-Fuqayat
Education: Mutasem Yasseln
Psychological Guide: Wedad Khader
Job & Employment: Khaled Hamad
Media and PR: Khulod Nijem Siam
E-mail: radijr@hotmail.com

**Coordinators - Gaza**
Tel: 08-2828979/47468
Vocational Training: Sabir El-Hwajreh
Education: Attef Mur'i
Job & Employment:Abed Rabbo El-Qara
Loans: Yahya Abdul Karim

**District Offices:**
Bethl.: Dir.: Ibrahim Najajreh
      Tel. & Fax: 02-2741642
Hebron: Dir.: Munqith Abu 'Atwan
      Tel.: 02-2226423
      Fax: 02-2213993
Jenin: Dir.: Nathmi Abdel-Ghafour
      Tel. & Fax: 04-2501184
Jericho: Nibal Taqash
      Tel. & Fax: 02-2961714
Jerusalem: Dir.: Samar Abdel Lateef
      Tel. &Fax: 02-2961714
Nablus: Dir.: Abdul Rahman Daoud
      Tel. & Fax: 09-2374125
Qalqilya: Dir.: Salah Ghanayem
      Tel.: 09-2942587
Ramallah: Dir.: Mohammad Ba'lusheh
      Tel. & Fax: 02-2961713
Tubas: Dir.: Mohammad Salahat
      Tel. & Fax: 09-2573208
Tulkarem: Dir.: Atef 'Atta
      Tel. & Fax: 09-2676691
Gaza: Dep. Gen. Dir.: Moh'd Al-Tlouli
Tel. & Fax: 08-2847168
E-mail: mo_tal@hotmail.com

**District Centers:**
Gaza: Dir.: Yahya Abdul Karim
Tel. & Fax: 08-2847158
Jabalya: Dir.: Ahed Al-Tayeb
Tel. & Fax: 08-2473766
Khan Younis: Dir.: Khalil Abu Tuaymeh
Tel. & Fax: 08-2054965
Deir Al-Balah: Dir.: Moh'd Alnweri
Tel. & Fax: 08-2531608
Rafah: Dir.: Fuad Hasuneh
Tel. & Fax: 08-2137581

▶ MINISTRY OF EDUCATION
  & HIGHER EDUCATION

**Minister:** Naim Abu Hommos
Tel.: 02-2983256/7
Fax: 02-2983222
E-mail: nhommos@hotmail.com
PO Box 576, Ramallah
**Dep. Min.:** Dr. Abdallah Abdel-
Mun'em
Tel.: 08-2865200
Fax:  08-2865909
Al-Wihdeh & Al-Yarmouk St.
intersection, PO Box 435, Gaza
**Asst. Dep. Min. for Gen.
Education:**
West Bank: Jihad Zakarneh
Tel.: 02-2983230
E-mail: Zakarna@palnet.com
Gaza: Zainab Al-Wazeer
Tel.: 08-2865200
Fax: 08-2865909
**Asst. Dep. Min. for Higher
Education:** Hisham Kuhail
Tel.: 02-2982600
**Asst. to the Minister:**
Mohammed Odeh
Tel.: 02-2983257

14

PASSIA

**Asst. to the Min. for Financial Policies:** Abdel Karim Al-Zugheir
Tel.: 02-2983231
**Advisors:**
Lucia Hijazi: Tel.: 2983268
Dr. Gabi Baramki: Tel.: 02-2982604
Mowafaq Yassin: Tel.: 02-2983207

**Dir. Generals:**
**-Gen. Directorate of International & Public Relations**
Dir. Gen.: Basri Salmoodi
Te.: 02-2983254/059-778320
Fax: 02-2983299
E-mail: Moe@palnet.com
**-Gen. Directorate of Planning**
Dir. Gen.: Rima Killany
Tel.: 02-2983290
**-Gen. Directorate of Training & Supervision:**
Dir. Gen.: Dr. Ghazi Abu Sharkh
Tel.: 02-2983255
**-University Education**
Acting Dir. Gen.: Dr. Jamal Hussain
Tel.: 02-2982610
**-Council of Scientific Research**
Dr. Abdel Salam Shal'ab
Tel.: 02-2982641/615
**-Directorate of Development & Scientific Research:**
Dr. Fahoum Shalabi
Tel.: 02-2982620
**-Dept. of Accreditation & Quality Assurance Commission:**
Dr. Khalil Nakhleh
Tel.: 02-2982600/658
**-Gen. Directorate of Administrative Affairs:**
Dir. Gen. Azzam Abu Baker
Tel.: 02-2983292
**-Gen. Directorate of Buildings:**
Eng. Fawaz Mujahed
Tel.: 02-2983252
**-Curriculum Development Center:** Dr. Salah Yassin
Tel.: 02-2406174
Fax: 02-2401550
E-mail: pcdc@palnet.com
PO Box 719, Ramallah
**-Gen. Dir. of Students' Affairs:**
Acting Dir. Gen.: Muntaha Jarar
Tel.: 02-2983251
**-Gen. Directorate of Educational Technology:**
Dir. Gen.: Subhi Al-Kayed
Tel. & Fax: 02-2401119
**-Gen. Dir. of General Education:**
Asst. Dir. Gen.: Elham Abdul Qader
Tel.: 02-2983205
**-Gen. Directorate of Technical & Vocational Education:**
Dir. Gen.: Jamil Abu Sa'da
Tel.: 02-2982611
**-Gen. Directorate of Text Books & Educational Publications:**
Dir. Gen. Asst.: Nuhad Abu Gazaleh
Tel.: 02-2406174
**-Gen. Directorate of Supplies:**
Dir. Gen.: Hassan Sarsour
Tel.: 02-2983284
**-Gen. Directorate for Exams:**
Dir. Gen. Abdel Rahman Awadallah
Tel.: 08-2865200
Fax: 08-2865909

**-School Health & Counseling Center:**
Dr. Mohammed Al-Rimawi
Tel.: 02-2983200
**-Assessment & Evaluation Center:** Ola Al-Khalili
Tel.: 02-2408818
**-Gen. Directorate of District Administration:**
Acting Dir. Gen.: Ali Manasra
Tel.: 02-2983271
**-Registry Office:**
Dir.: Sedqee Abu Safad
Tel.: 02-2983200

**District Offices:**
Bethlehem: Dir.: Abdallah Shakarneh
Tel.: 02-2741271
Fax: 02-2744392
Gaza: Dir.: Mohammed El Hanjuri
Tel.: 02-2829207/6
Fax: 08-2865300
Hebron: Dir.: Mohammed Omran
Tel.: 02-2227862
Fax: 02-2228990
Jenin: Dir.: Mohammed Abu Al-Rub
Tel.: 04-2501061
Fax: 04-2503503
Jericho: Dir.: Moh'd 'Awaidatt
Tel.: 02-2321244
& Fax: 02-2321278
Jerusalem: Dir.: Abdul Muhsen Jaber
Tel.: 02-6275514/86589
Fax: 02-6283476
J'lem Suburbs: Dir.: Faleq Abu Salem
Tel.: 02-2348627
Fax: 02-2344455
Khan Younis: Dir.: Ali Abu As-Samak
Tel.: 08-2054410
Fax: 08-2051172
Nablus: Dir.: Juman Qaraman
Tel.: 09-2380034
Fax: 09-2389495
North Gaza: Dir.: Ismail Al-Jumasi
Tel.: 08-2452540
Fax: 08-2472550
Qabatia: Dir.: Tharout Abu-Zaid
Tel.: 04-2522603
Fax: 04-2522604
Qalqilya: Dir.: Khalil Abu Lebdeh
Tel.: 09-2941111
Fax: 09-2940001/2942415
Ramallah: Dir.: Mosa Al-Haj
Tel.: 02-2956455
Fax: 02-2987623
Salfit: Dir.: Wajeeh Ameem
Tel.: 09-2515661
Fax: 09-2515664
South Hebron: Dir.: Khalil Tmeizi
Tel.: 02-2282773
Fax: 02-2282360
Tulkarem: Dir.: Jamal Tareef
Tel.: 09-2671038
Fax: 09-2672353
Rafah: Dir.: Said Harb
Tel.: 08-2140222
Fax: 08-2140125

▶ **MINISTRY OF FINANCE**

**Minister:** Dr. Salam Fayyad
Tel.: 02-2407121-4/0372/650
Fax: 02-2405880
E-mail: budjdep@hally.net
http://www.mof.gov.ps

Sateh Marhaba, Al-Bireh
PO Box 795, Ramallah
**Gaza:**
Tel.: 08-2826188/2863994/
2863636/964/365/75/85/7262
Fax: 08-2820696
Beirut St., Tel Al-Hawa, PO Box 4007
**Deputy Min.:** Dr. Atef Alawneh
Tel.: 02-2400372
Fax: 02-2405880
E-mail: mofdep@hally.net
**Asst.Deputy:** Mohammed Jaradeh
Tel.: 08-2845288
**Director Generals:**
- Gaza: Sa'eed Aweidah
Tel.: 08-2829247
- West Bank: Sami Ramlawi
Tel.: 02-2400370
Dir. Gen.: 'Abla Nashashibi
Tel.: 02-2825942
- Budgetary Affairs: Faraid Ghanam
Tel.: 08-2825942
Fax: 08-2825255
- Publications: Ibrahim Al-Biltaji
Tel.: 08-2829248
- Personal/Administrative Affairs: Basel Ar-Ramahi
Tel.: 02-2404794
Fax: 02-2404140
- Customs & VAT:
Gaza: Mohammed Issa
Tel.: 08-2825733
West Bank: Nasser Tahboub
Tel.: 02-2407341
Fax: 02-2407340
- Treasury Deputy: Said Al-Qidren
Tel.: 08-2829423
Louis Bldg: Tel.: 02-2404917/8
Ramouni Bldg.:Tel.: 02-2407124
- Income Tax:
West Bank: Jihad Zamari
(Acting) Tel.: 02-2407111
Gaza: Bayyan Abu Shaban
Tel.: 08-2822400
- Salaries: Mustafa Diab
Tel.: 02-2401333

▶ **MINISTRY OF FOREIGN AFFAIRS**

**Minister:** Nabil Sha'ath
Tel.: 08-2867334/2829260
Fax: 08-2826971
E-mail: mofa@gov.ps
http://www.mofa.gov.ps/
PO Box 4017, Gaza City
**West Bank:**
Tel.: 02-2409163/1862
Fax: 02-2403772
Al-Baku', Al-Bireh, PO Box 1336,
Ramallah or PO Box 54319, J'lem
**Asst. Dep. for International Relation & Political Affairs:** Majdi Khalidi
Tel.: 08-2822483 - Gaza
02-2402172 - Ramallah
**Asst. Dep. for Consul & General Affairs:** Said Al-Qudreh
Tel.: 02-2827828/02-2983927
E-mail: squdreh@gov.ps

▶ **MINISTRY OF HEALTH**

**Minister:** Dr. Jawad At-Tibi
- Public Health Directorate:
Tel.: 08-2829301-3/153/4

Fax: 08-2826325/295
E-mail: mohgaza@palnet.com
E-mail: moh@palnet.com
http://www.moh.gov.ps
http://www.moh3.com
Abu Khadra Bldg., PO Box 1035 or
PO Box 5001, Gaza
**Deputy:** Dr. Munther Al-Sharif
Tel.: 09-2384771-6
Fax: 09-2384777
PO Box 14, Nablus
Ramallah:
Tel.: 02-2407743
Fax: 02-2407742
E-mail: panmoh@palnet.com
**Director Generals:**
- Gaza: Dr. Abdel Rahim Barqawi
  Tel.: 08-2829173/74
- West Bank: Dr. Fahed As-Said
  Tel.: 09-2384771-6
  Fax: 09-2384777
**Primary Health Dir.:**
West Bank: Dr. Nadim Tobasi
Tel.: 02-2957931
Fax: 02-2955765
Gaza: Dr. Abdel Jaber At-Tibi
Tel.: 08-2862185
Fax: 08-2864230
- **Preventive Medicine:**
  Dr. As'ad Ramlawi
  Tel.: 02-2957392-3
  Fax: 02-2955657
- **Health Information Center:**
  WB: Omar Abu 'Arqoub
  Tel.: 09-2393380
  Fax: 09-2393381
  E-mail: omarhmis@hotmail.com
  or: hmis@moh3.com
  Gaza: Dr. Riyad 'Awad
  · Tel. & Fax: 08-23833044
  E-mail: riyadawad@hotmail.com
- **Dental Health Directorate:**
  **Tel. & Fax: 02-2989388**
  WB: Dr. Raji Musleh
  Tel. & Fax: 02-2989388
  Gaza: Dr. Saqer Abu Qumboz
  Tel. & Fax: 08-2825782
- **International Cooperation**
  Gaza: Dr. Majed Abu Ramadan
  Tel.: 08-2836699
  Fax: 08-2826325
  WB: Dr. Qasim Al-Maani
  Tel.: 09-2387275
  Fax: 09-2394777
- **Women's Health Directorate**
  WB: Dr. Suzan Abdo
  Tel.: 02-2408054
  Fax: 02-2408045
  Nablus: 09-2392577
  Gaza: Dr. Dina Abu Shaban
  Tel.: 08-2822889
  Fax: 08-2848544
- **Psychiatric Dept.**
  Gaza: Dr. Ayesh Samour
  Tel.& Fax: 08-2822748
  WB: Dr. Basim El-Ashhab
  Tel. & Fax: 02-2987146
- **Purchasing Dept.**
  WB: Iyad Shaheen
  Tel.: 09-2384771-6
  Fx: 09-2384777
  Gaza: Tel.: 08-2827634
  Fax: 08-2824607

- **Laboratory & Blood Bank:**
WB: Wathiq Gaber
Tel.: 09-2384771-6
Fax: 09-2384777
Gaza: Rand El-Khudari
Tel. & Fax: 08-2840066
- **Finance**
Gaza: Suheil Hammad
Tel.: 08-2829170
Fax: 08-2826118
WB: Mohammed El-Atiani
Tel. & Fax: 09-2370438
- **Engineering & Maintenance**
WB: Mohammed Abu Ajamiah
Tel. & Fax: 02-2957933
Gaza: Radwan El-Khudari
Tel.: 08-2827721
Fax: 08-2864109

▶MINISTRY OF INFORMATION
**Minister:** Ahmed Qrei'a (Abu 'Ala)
Tel.: 02-2954044
Fax: 02-2954043
E-mail: minfo@gov.ps
http://www.minfo.gov.ps
**Dep. Min.:** Dr. Ahmed Suboh
Tel. & Fax: 02-2986466
E-mail: asoboh@gov.ps
**Dir. Gen. of the Ministry:**
Mohammed Sulaiman
Tel.: 059-549956
Ramallah:
Tel.: 02-2954044/42
Fax: 02-2954043
End of Al-Irsal St., Al-Bireh,
PO Box 224, Ramallah
**Dir. Gen.**
- **Financial & Admin. Affairs:**
  Ibrahim Sajdiyeh
  Tel.: 02-2965585/059-348958
- **Media Production:**
  Mohannad Abdul Hamid
  Tel.: 02-2965584/059-617595
  E-mail: mohanned_t@yahoo.com
- **Press & Printed Materials:**
  Hani Al-Masri
  Tel.: 02-2965586/059-665000
- **Non-Governmental Media
  Organization:** Tayseer Hussein
  Tel.: 02-2961445
- **Women & Child Affairs:**
  Clemence Khori
  Tel.: 02-2988040/ 059-778890
  E-mail: clemance@clc-pal.info
- **PR:** Dr. Sa'ada Al-Khatib
  Tel.: 02-2987626
  E-Mail: saadakhatib@hotmail.com
- **Policies & Dev. Directorate:**
  Dr. Mahmoud Khaleefa
  Tel.: 08-2826200
- **South Directorate Office:**
  Yacoub Shaheen
  Tel.: 02-2675115
- **Gaza Directorate Office:**
  Dir.: Sa'ad Bselsso
  Tel.: 08-2824925/6200/1672
  Fax: 08-2824926
  An-Naser St., PO Box 5195, Gaza

**District Offices:**
Bethl.: Tel. & Fax: 02-2765115
  Al-Jabal St.
Hebron: Telefax: 02-2226938/17308

Shalalah St., Natsheh Bldg.
Nablus: Tel. & Fax: 09-2384024
  Sa'addin Bldg., Adel St.
Jenin: Tel.: 04-2430138

▶ MINISTRY OF THE INTERIOR
**Minister:** Hakam Bal'awi
Tel.: 08-2829183/185/188/460
Fax: 08-2840165
An-Nasser St., Gaza
Ramallah:
Tel.: 02-2959395-7
Fax: 02-2959394
Al-Irsal St., PO Box 641
Hebron:
Tel.: 02-2227265/6350
Fax: 02-2228649
**Dep. Min.:** Ahmad Said Tamimi
Gaza: Tel.: 08-2834077/25442
Ramallah: Tel.: 02-2957174
Fax: 02-2959394
**Asst. Dep., WB:** Dr. Moh'd Yassin
Tel.: 02-2959395/86615
Fax: 02-2959394
**Dir. Gen., WB:** Dr. Moh'd El-Rifa'ei
Tel.: 02-2960602
Fax: 02-2959394
**Licensing Dept.:**
Acting Dir. Gen.: Moh'd Abu Hijjeh
Tel.: 02-2960503
Fax: 02-2959394
**Dep. Civil Affairs:**
Gaza: Dir. Gen.: Hisham Desuqi
Tel.: 08-2863800/4084/21661
Fax: 08-2829470
WB: Dir. Gen.: Hassan 'Afawi
Tel.: 02-2956410/87261
- **Passport & Naturalization:**
  Dir.Gen.: Abdul Rahman Barakat
  Tel: 08-2828060
- **Legal Dept.**
  Gaza: Dir. Gen.: Omran Odeh
  Tel.: 08-2829188
  WB: Man. Dep.: 'Izz Abu Snaineh
  Tel.: 02-2959395
  Fax: 02-2959394
- **Control Dept.**
  Dir.Gen.: Wasef Erekat
  Tel.: 02-2959395
  Fax: 02-2959394

**West Bank Offices:**
Abu Dis: 02-2799074
Bethl.: Tel.: 02-2770745
Dura: Tel.: 02-2280288
Hebron: Tel.: 02-2227634
Jenin: Tel.: 04-2501374
Jericho: Tel.: 02-2321194
Nablus: Tel.: 09-2398606
Qalqilya: Tel.: 09-2942754
Ar-Ram: 02-2347571
Ramallah: Tel.: 02-2959111
Salfit: Tel.: 09-2395656
Tulkarem: Tel.: 09-2674090

▶ MINISTRY OF JUSTICE
**Minister:** Nahed Ar-Rayyes
Tel.: 08-2836993/2822927
Fax: 08-2829286/197
**Deputy Min.:** Farid Al-Jallad
Tel.: 02-2987662/4304
Fax: 02-2954615/2984303

16

PASSIA

04:000086

**0649**

**- Bureau of Fatwa & Legislation**
Ibrahim Al-Daghma
Tel.: 08-2822927/9118
Fax: 08-2829197
Hussein Abu 'Asie
Tel.: 08-2846107
Fax: 08-2824502
**Asst. Dep. Min.:** Hassan Abu Libdeh
Tel.& Fax: 08-2825286
**Dir. Gen.:** Yahya Shourouro
Tel. & Fax: 08-2845432/059-417667
**Forensic Medical Center**
Gen. Dir. Dr. Jalal El-Jabri
Tel.: 02-2770404
Fax: 02-2770492
**Financial & Admin. Affairs:**
Gen. Dir.: Dr. Hanna Abu Helanah
Tel. & Fax: 02-2980091

▶ **MINISTRY OF LABOR**
**Minister:** Ghassan Al-Khatib
Tel.: 02-2967423
Fax: 02-2967418
E-mail: mlabour@p-ol.com
Ramallah:
Tel.: 02-2900375-9
Fax: 02-2901373
E-mail: info@mol.pna.org
http://www.pna.org/mol
Main St., Betunia, PO Box 350,
Ramallah
Gaza:
Tel.: 08-2829147
   08-2826630/40
Fax: 08-2868478/22400
Abu Khadra, PO Box 4021
**Asst. Dep. Min.:** Moh'd Sabbah
Tel.: 02-2967419
**Director Generals:**
**- Admin. & Financial Affairs:**
Badia' Abu Ibeen
Tel.: 08-2829147
**- Cooperatives:** Taher An-Natsheh
Tel.: 02-2967414
**- Employment & Labor:**
West Bank: Hussein Al-Abed
Tel.: 02-2967412
**- International, Arab & Public
Relations:** Assaef Sa'eed
Tel.: 02-2967429
**- Labor Inspection:** Ahmed Nejem
Tel.: 02-2967413
**- Internal Auditing:** Kayed Al-Ghoul
Tel.: 02-2967422
**- Labor Relations:**
Tel.: 02-2967415
**- Occupational Safety & Health:**
Ahmad Nejem
Tel.: 02-2967433
**- Planning & Information:**
Ghazi Al-Khalili
Tel.: 02-2967426
**- Social Insurances:**
Mohammed Hzayyim
Tel.: 02-2967416
**- Vocational Training:**
Dr. Salah El-Zaru'
Tel.: 02-2967417
**Media & Public Relations Dept.:**
Head: Asef Qazmouz
Tel.: 02-2967429

**District Offices:**
Bethlehem: Head: Yassin Radi
   Tel. & Fax: 02-2742557
Hebron: Head: Ali Qdalmat
   Tel.: 02-2226116/7896
   Fax: 02-2226115
Jenin: Head: Isam Abu Baker
   Tel.: 04-2501010
Jerusalem: Hussein Abu Gharbieh
   Tel.: 02-2796057/9862
Jericho: Husni Ruma
   Tel.: 02-2322616/1161
   Fax: 02-2321161
Nablus: Head: Shehadah El-Minawi
   Tel.: 09-2384639
Qalqilya: Head: Husni As-Saifi
   Tel.: 09-2940010
Ramallah: Head: Ali Hamdan
   Tel.: 02-2957395/6
Salfit: Head: Baha' Eddin Taha
   Tel.: 09-2395226
Tulkarem: Head: Ghazi Nasrallah
   Tel.: 09-2672147
Tubas: Ahmad Daraghmeh
   Tel. & Fax: 09-2574535

▶ **MINISTRY OF LOCAL
GOVERNMENT**
**Minister:** Jamal Shobaki
Tel.: 02-2401085/059-205304
Fax: 02-2402346
E-mail: j_shobaki@palnet.com
http://www.p-ol.com/~molg/
Gaza:
Tel.: 08-2820272-3/2829054/46
Fax: 08-2867509/2866844
Al-Bireh: PO Box 731
Tel.: 02-2401769/1085/2/3776
Fax: 02-2401091
**Deputy:** Dr. Hussein Al-Araj
Tel.: 02-2402112
Fax: 02-2402115
E-mail: molg@p-ol.com
**Asst. Deputy/Gaza:** Ismail Abu
Shamaleh - Tel.: 08-2820271
**Asst. Deputy/WB:** Ahmed Ghneim
Tel.: 02-2402347
**Dir. Gen.:** Jihad Hamdan, Nablus
Tel.: 09-2335215/6
**Dir. Gen. West Bank:** Fous Khalifah
Tel.: 02-2402348
**PR:** Dir.: Ahmed 'Abbas
Tel.: 02-2401085/059-531607
E-mail: Abbas@palnet.com
**District Planning Committee:**
Jerusalem: Khaled El-Azzah
Tel. & Fax: 02-2799533/6228
Hebron: Mohammed Jabarin
Tel.: 02-2229732/8112
Fax: 02-2226740
Jericho: Yousef Farah
Tel. & Fax: 02-2323166
Bethlehem: Kamel Hmaid
Tel.: 02-2742637/70594
Fax: 02-2770595
Jenin: Fathi El-Raghib
Tel.: 04-2501361/2
Fax: 04-2436191
Tulkarem: Imad El-Sa'id
Tel.: 09-2672153/4
Fax: 09-2674088

**Tubas:** Ghassan Daraghmeh
Tel. & Fax: 09-2574677
**Salfit:** Ra'ed Barghothi
Tel.: 09-2515805
Fax: 09-2515804
**Nablus:** Khalil 'Ashour
Tel.: 09-2384415/9191
Fax: 09-2384414
**Qalqilya:** Omar Samha
Tel.: 09-2942989
Fax: 09-2942988
**Ramallah:** Zuhair Abdul Hadi
Tel.: 02-2956324/1284/6090/7372
Fax: 02-2956304

▶ **MINISTRY OF NATIONAL
ECONOMY**
**Minister:** Maher Al-Masri
Tel.: 02-2981213
Fax: 02-2981208
PO Box 1629, Ramallah
Gaza:
Tel.: 08-2829140-3
Fax: 08-2843707
Rimal, PO Box 4023, Gaza
E-mail: maher.masri@met.gov.ps
**Dep. Min.:** Dr. Maher Al-Kurd
Ramallah:
Tel.: 02-2981212
Fax: 02-2981211
E-mail: elkurd@met.gov.ps
Gaza: Tel.: 08-2826159
**Dep. Min. for Industry:**
Dr. Abdul Hamid Al-Qudsi
Tel.: 02-2400892
**Asst. Dep. for Industry:**
Dr. Jawad Naji Hirzallah
Tel.: 02-2987748/059-788188
Fax: 02-2960350/2981207
E-mail: jawadnj@mail.com
**Asst. Dep. for Financial & Admin.
Issues:** Dr. Tawfiq Shihabi
Tel. & Fax: 02-2981210
Mobile: 059-335336
**Gen. Dir., Trade, WB:**
Abdul Hafiz Nofal
Tel.: 02-2981214-9/059-522523
Fax: 02-2981207
**Gen. Dir., International Rela-
tions:** Saeb Bamleh
Tel.: 02-2981214-9
Fax: 02-298120'7
**Gen. Dir., Companies & Indus-
trial Property:** Omar Lehroub
Tel.: 02-2981214-9
Fax: 02-2981207
**Gen.Dir., Industry:** Dr. Nasser Jaber
Tel.: 08-2840988
Fax: 08-2841992
**Dir. Gen.:** Adel Saqallah
Tel.: 08-2874133
**Dir. Gen.:** Abdallah El-Skafi
Tel.: 02-2408193
**Consultant:** Dr. Subhi Abu Sha'ireh
Tel.: 02-2987893
**Finance & Admin. Affairs:**
Tel.: 08-2874146-9
Tel.: 02-2400891/6-7
**Control & Inspection Gen. Man.:**
Gaza: Abdallah Fattah Humeid
Tel.: 08-2874146-9
West Bank: Mahmoud Id'eis
Tel.: 02-2400891/6-7

*Index p. 138 ff*

PASSIA

**Gen. Dir., Center Labs:**
Food Labs, Ramallah:
Tel.: 02-2987893
**Dept. Hall Marking & Inspection of Precious Metals:**
- Ramallah Tel.: 02-2987894
- Nablus    Tel.: 09-2332022
- Hebron   Tel.: 02-2223333
**Food Science Directorate:**
Tel.: 02-2987892
**Measures Scales and Weights Dept.:** Tel.: 02-2902412

**District Offices:**
Bethlehem: Tel.: 02-2773544
Deir Al-Balah: Tel.: 08-2531519
Gaza City: Tel.: 08-2874146-9
Hebron: Tel.: 02-2220111/3333
Jenin: Tel.: 04-2437063
Jericho: Tel.: 02-2321528
Jerusalem: Tel.: 02-2798372
Khan Younis: Tel.: 08-2052100
Nablus: Tel.: 09-2386017/8
Qalqilya: Tel.: 09-2943108
Rafah: Tel.: 08-2145720
Ramallah: Tel.: 02-2902411
Tulkarem: Tel.: 09-2672719

▶ **MINISTRY OF PLANNING**
**Minister:** Nabil Kassis
Tel.: 02-2407733
Fax: 02-2402176
http://www.mop.gov.ps
West Bank:
Tel.: 02-2402177-8
Fax: 02-2402180
**Deputy Min.:** Dr. Samih Al-Abed
Tel.: 02-2402170
**Asst. Dep.:** Dr. Jihad Al-Wazir
Tel.: 08-2827818/059-408139
E-mail: jwazir@gov.ps
**Asst. Dep.:** Hisham Moustafa
Tel.: 02-2402177/059-688446
**Spatial Planning:**
Gen. Dir.: Khalil Nijim
Tel.: 02-2402178/059-295988
E-mail: knijem@gov.ps
**Sustainable Human Development:**
Gen. Dir.: Dr. Mohammad Ghadiyah
Tel.: 02-2402177/059-249985
E-mail: mghadia@gov.ps
**Financial & Admin. Affairs:**
Harbi Daragmeh
Tel.: 02-2402178/059-209959
E-mail: hdaragmeh@gov.ps
**Final Status & Technical Support:**
Basher Juma'a
Tel.: 02-2402177/059-370334
E-mail: basharj@hally.net
**Development Plans Quds Programs:** Dr. Mohammed Ajour
**PR:** Ahmed Abbas
Tel.: 059-531607

▶ **MINISTRY OF PUBLIC WORKS & HOUSING**
**Minister:** Abdul Rahman Hamad
Tel.: 02-2401208/2400888
Fax: 02-2400890
E-mail: mpw@palnet.com
Sateh Marhaba, Al-Bireh

PO Box 3961, Ramallah
Gaza:
Tel.: 08-2822310/22233-4
Fax: 08-2865900/2822235
Arab League St., Rimal
**Deputy:** Marwan Abdul Hamid
Tel.: 08-2880807
Fax: 08-2822235
E-mail: marwanh@palnet.com
PO Box 4034, Gaza
**Asst. Deputy:** Maher Ghnaim
Tel.: 02-2400888
Fax: 02-2400890
E-mail: mahermpw@p-ol.com
PO Box 3961, Ramallah
**Dir. of PR & Media:** Salah Haniah
Tel.: 02-2400888
Fax: 02-2400890
E-mail: salahhanieh@maktoob.com
PO Box 3961, Ramallah

▶ **MINISTRY OF SOCIAL AFFAIRS**
**Minister:** Intisar Al-Wazir (Um Jihad)
Tel.: 08-2827474/9193-5/89
02-2986180
Fax: 08-2820686/2827474
Old Housing Bldg., Rimal, Gaza
**Gen.Dir.:** Mahmoud Mtair
Tel.: 08-2826994/02-2958810
Fax: 08-2827102/02-2955723
Ramallah:
Tel.: 02-2959061/2986183/4
Fax: 02-2955723/2959060
Um Sharayet, PO Box 3525, Al-Bireh
**Director Generals:**
- **Planning & Follow Up:** Najat Aridi
Tel. & Fax: 02-2989205
E-mail: najatsam@palnet.com
- **Family & Childhood:**
Maysoun Al-Atawneh
Tel. & Fax: 02-2961721
- **Finance & Admin.:** Dr.Raisa Al-Tibi
Tel.: 08-2822464
Fax: 08-2866209
- **External Relations:**
Haider Awadallah
Tel. & Fax: 02-2986180
- **Rehabilitation:** Rihab 'Issawi
Tel. & Fax: 02-2989204
- **Monitoring & Inspection:**
Awadallah Al-Barghouthy
Tel.: 02-2961721
- **Information & Statistics:**
Dr. Abdallah Hourani
Tel.: 02-2956859
- **Social Department:** Hani Saba
Tel.: 08-2834186

**District Offices:**
Gaza: Amer Halas
Tel.: 08-2823155/9282
Jabalia: Kamel Al-Jumasi
Tel.: 08-2456179/79316
Al-Nuselrat & Deir Al-Balah:
Abdel Hakim Eid
Tel.: 08-2530031/0108
Khan Younis: Salah Hamdan
Tel.: 08-2051103
Rafah: Omar Al-Darbi
Tel.: 08-2149363/5041
Bethl.: Fayrouz Abboud
Tel.: 02-2741216/7

Fax: 02-2770582
Hebron: Sharif Jaradat
Tel.: 02-2227653/3380
Fax: 02-2220898
Jenin: Omar Hamdan
Tel.: 04-2501017/3598
Fax: 04-2437118
Jericho: Ahmad Maharmeh
Tel.: 02-2322504/4290
Jerusalem: Sha'fan Bahar
Tel. & Fax: 02-2799969
Nablus: Khawla El-Nabelsi
Tel.: 09-2383574
Fax: 09-2387785
Qalqilya: Ahmed Hattab
Tel.: 09-2940036
Fax: 09-2942588
Ramallah: Khaled Barghouti
Tel. & Fax: 02-2963836/58343
Salfit: Mahmoud Qadoumi
Tel. & Fax: 09-2395722/2519326
Tulkarem: Sabah Sharsheir
Tel.: 09-2671171/925
Fax: 09-2674244

**Martyrs Families & Injured Care Establishment:**
Gaza: Mohammed Arafat
Tel.: 08-2822109/24727
Ramallah: Dr. Yousef Jubran
Tel.: 02-2986268/58507/
29564027/0111

**Juveniles Centers for Males:**
Gaza: 'Anan El-Tayyeb
Tel.: 08-2860200
Ramallah: Anwar Hamam
Tel.: 02-2956030

**Juveniles Center for Females:**
Bethlehem: Jihad Abu 'Ain
Tel. & Fax: 02-2742667

**The Aging House**
Jerico: Ibtesam 'Ammar
Tel.: 02-2322319

▶**MINISTRY OF TELECOMMU-NICATION & INFORMATION TECHNOLOGY**
**Minister:** Azzam Al-Ahmad
**Deputy Min.:** Zuheir Al-Laham
Gaza: Tel. & Fax: 08-2825666
Tel.: 08-2822222
E-mail: ziaham@mama.com
PO Box 5300, Gaza, Ar Rimal
Dir. Gen.: Mahmoud Diwan
Ramallah: Tel.: 02-2986555/9
Fax: 02-2986237
E-mail: mpt@jrol.com
Irsal St., PO Box 674, Ramallah
**Postal Affairs:** Mohammed Qoffa
Gaza: Tel.: 08-2829300
**Government Computer Center:**
Tel.: 02-2403748/9
Fax: 02-2403749
http://www.gcc.gov.ps/
El-Balou', PO Box 674, Ramallah
Gaza: Tel.: 08-2829262/3
Fax: 08-2822222
Abu Khadra Bldg.

18

PASSIA

04:000088

0651

### ► MINISTRY OF TOURISM & ANTIQUITIES

**Minister:** Mitri Abu Aita
Tel.: 02-2741581-3
Fax: 02-2743713
Ramallah:
Tel.: 02-2988433
Fax: 02-2988435
E-mail: minister@visit-palestine.com
or: mota@visit-palestine.com
http://www.visit-palestine.com
http://www.visit-palestine.ps
Nazzal Building, Manger Street
PO Box 534, Bethlehem
**Consultant:** Bajis Ismail
Tel.: 02-2760665
Fax: 02-2743753
**Dep. Assistant:** Abdallah Hijazi
Tel.: 02-2957062
Fax: 02-2950890
**Finance & Administration:**
Dir. Gen.: Ali Abu Srour
Tel.: 02-2760898
Fax: 02-2743753

**District Offices:**
Gaza: Dir. Gen. Ahmad Lafi
Tel.: 08-2824866/9461/609
Tel. & Fax: 08-2824876
Ramallah: Tel.: 02-2967063
Fax: 02-2967061
**Antiquities Department:**
Dir. Gen: Dr. Hamdan Taha
Tel.: 02-2959561
Fax: 02-2959560
Hebron: Dir.: `Ali Mash'al
Tel. & Fax 02-2229633
Bethlehem: 02-2741581-3
Jenin: Dir.: Majid Abu Rub
Tel.: 04-2438381/ 059-209748
Fax: 04-2518380
Jericho: Dir. Gen.: Ayyoush Abdel
Salam
Tel.: 02-2322935 / 059-653252
Fax: 02-2321229
Nablus: Dir. Gen.: Imad Ya'ish
Tel.: 09-2385045
Fax: 09-2385043/2916
Qalqilya: Dir.: Khaled Al-Hamshari
Tel. & Fax 09-2943143
Mobile: 059-386331
Salfit: Dir.: Sayel Ad-Deik
Tel.: 09-2515971
Fax: 09-2515970
Tulkarem: Dir.: 'Amer Al- Jitawi
Tel. & Fax: 09-2679701
Mobile: 059-732849

### ► MINISTRY OF TRANSPORTATION

**Minister:** Hikmat Zeid
Tel.: 02-2400944
Fax: 02-2400945
PO Box 399, Ramallah
**Asst. Deputy:** Ali Suleiman Ja'bari
Tel.: 02-2400570
**Financial Affairs:** Ali Erekat
Tel.: 02-2400959
**Director Generals:**
– **Licensing:** Mohammed Jaradat
Tel.: 08-2825265
Fax: 08-2822297

– **Admin. Affairs & Supplies:**
Abdul Jabbar Hamad
Tel.: 02-2400946/47
**Gaza International Airport:**
Dir. Gen.: Salman Abu Halib
Tel.: 08-2134119 / 4129 (Tower)
08-2821309/2134338/58
08-2134279/89/99 (Info)
Fax: 08-2821309/7844/2134159
E-mail: gaza-int@haily.net
http://www.gaza-airport.org
PO Box 4043, Rafah, Gaza
Airport Security: 08-2134339/49
Preventive Security: 08-2134369
**Palestine Airlines:**
Dir. Gen.: Salman Abu Halib
Tel.: 08-2829526-8
Fax: 08-2822800
E-mail: fzaidan@palairlines.com
http://www.palairlines.com
Jamal Abdel Nasser St.,
PO Box 4043, Gaza
Sales & Reservation:
Tel.: 08-2827814
Tel. & Fax: 08-2827824
Commercial Dept.:
Tel. & Fax: 08-2827834

### ► MINISTRY OF WAQF & RELIGIOUS AFFAIRS

**Minister:** Ahmed Qrei'a (Abu Ala')
Tel.: 02-2950970-3/7
Hebron:
Tel. & Fax: 02-2829070/2228213
Gaza: Tel.: 08-2866947/2807366-9
Fax: 02-2866947/2807414
Al-Yarmuk St., PO Box 283, Gaza
Al-Izzeniya:
Tel.: 02-2799902-3/6170
Fax: 02-2796222
Dar Al-Aytam Al-Islamia Bldg.
Nablus: Tel.: 09-2387606
**Dep.:** Sheikh Yusef Juma Salameh
**Asst. Dep.:** `Aziz Amro
**Gen. Man.:** Fuad Siam
Tel.: 02-2798813, 059-500377
**Christian Affairs:** Ibrahim Kandalaft
Tel.: 02-6282339/050-391697
**Legal Affairs:** Fathallah Al- Husseini
**Jerusalem Affairs:** Nasser Daoud
Rifa'i
Tel.: 059-720750/052-230093
**Heritage Dept.:** Yousef Hamad
Tel.: 02-6285473
**Islamic Research:** Mohd. Lafi
Tel.: 08-2863943/47638
**Financial Affairs:** Moh'd Mustapha
Ja'far
Tel.: 08-2829050
Gaza: Shafeek Daher
Tel.: 08-2329058
Dar Al-Aytam Al-Islamia Bldg.,
**Women's Affairs Dept.:**
Tel.: 02-2398004/08-2827628
**Dir. Generals:**
– **Directorates:** Mahmoud Al-Neirab:
Tel.: 08-2829070

**District Offices:**
Gaza: Tel.: 08-2826892
Nablus: Tel.: 09-2384274/5/6
Hebron & Southern District:
Tel.: 02-2228005

### ► MINISTRY OF WOMEN'S AFFAIRS

**Minister:** Zahira Kamal
Tel.: 02-2402175/059-659195
E-mail: z.kamal@exeite.com\
Ramallah

### ► MINISTRY OF YOUTH & SPORT

**Minister:** Salah At-Ta'mari
Gaza:
Tel.: 08-2826689/ 2743/2668-9/7654
Fax: 08-2822736
E-mail: youth@p-ol.com
http://www.mys.gov.ps
Ash-Shifa St., Southern Rimal,
PO Box 1416, Gaza
Ramallah:
Tel.: 02-2959730-2
Fax: 02-2959591
Irsal St., Irsal Bldg., PO Box 52
**Deputy Min.:** Dr. Ahmad Al-Yazji
Tel.: 08-2827645/2743
Fax: 08-2822736
**Asst. Deputy/West Bank:**
Dr. Jamal Muheissen
Tel.: 02-2985983
**Dir. Gen.:** Rabiha Diab
Tel.: 02-2959733

**District Offices:**
Bethl.: Head: Khalil Shahwan
Tel.: 02-2770680
Deir Al Balah: Tel.: 08-2531929
Gaza Compound: 08-2824956
Hebron: Abdul Nasser Al Sharif
Tel.: 02-2291150
Jenin: Head: Ghassan Kabaha
Tel.: 04-2502680
Jericho: Suleiman Abu Taleb
Tel.: 02-2322498
Mem: Head: Nabil Abu Omar
Tel.: 02-2347998
Khan Younis:
Tel.: 08-2054176/3671
Nablus: Head: Fathi Khader
Tel. & Fax: 09-2338286
Qalqilya: Hussam Bai'awi
Tel.: 09-2942761
Ramallah-Al-Bireh: Nimer Attiyeh
Tel.: 02-2989890
Salfit: Head: Reyad Amer
Tel.: 09-2515040
Tulkarem: Head: A'la'a Haloub
Tel.: 09-2672783
♦ **Ben Weider Academy for Fitness**
Dir.: Dr. Nazih N'eirat
Tel.: 02-2902969
Fax: 02-2900972
Beitunia
♦ **Majed As'ad Sports' Compound**
Dir.: Hussam Turki
Tel.: 02-2400144
Al-Bireh
♦ **The Martyr Salah Khalaf Center for Young Leaders**
Dir.: Marwan Wishahi
Tel.: 09-2578620
Al-Fara'a

PASSIA

Index p. 138 ff

04:000089

19

► **MINISTERS WITHOUT PROTFOLIO**

**Minister:** Qadura Fares
Tel.: 02-2987628 – off.
       059-205142
Fax: 02-2987214

**Minister:** Suleiman Abu Sneineh
Tel.: 02-2226766/7 – off.
       02-2228550/0370
       050-537729 / 059-205176
Fax: 02-2226766

```
P A L E S T I N I A N
L E G I S L A T I V E
C O U N C I L  ( P L C )
```

**Speaker:** Rafiq An-Natsheh
Tel.: 02-2987716/2959595
Fax: 02-2987712
Main Office, Al-Bireh:
Tel.: 02-2407714-5/7/2958893-4
Fax: 02-2987719
Gaza:
Tel.: 08-2827027/9337/8
       08-2824194/3953
Fax: 08-2827037/4174/2596
E-mail: palpic@planet.edu
http://www.pal-plc.org
**1st Deputy:** Ibrahim Abu Naja
Tel.: 08-2824154 / 059-448448
Fax: 08-2824174
**2nd Deputy:** Ghazi Hanania
Tel.: 02-2987222/2954110
       059-301357
Fax: 02-2957062
Sec. Gen.: n.a.
Tel.: 02-2987720/ 08-2824199
Fax: 02-2824184
Dir. Gen.: Mahmoud Labadi
Tel.: 02-2987720 / 2960733
       059-532747
Fax: 02-2987720
**Dir. of the Speaker's Office:**
Said Shehadeh
Tel.: 02-2987716 / 059-765818
Fax: 02-2987712/279-0665
**Financial Department**
Dir. Gen.: Abdul Karim Abu Taha
Tel. & Fax: 02-2987721
Tel.: 059-205206
**PLC Committees**
Dir.Gen.: Ibrahim Khreisheh
Tel.: 02-2987719 / 050-566317
**Media & Information Dept.**
Dir. Gen.: Basem Barhoum
Tel.: 02-2987718/2402718
**PR Department**
Dir. Gen.: Nadia Sartawi
Tel. & Fax: 02-2960332/050-281193
**Administrative Affairs:**
Gaza: Dir. Gen.: Izzideen Abu Safiyeh
Tel.: 08-2824488
       050-316080 / 08-316080
West Bank: Dir. Kamal 'Edwan
Tel.: 02-2985590
**Information Technology Unit:**
Dir.: Ahmad Maqdadi
Tel.: 02-2400715/059-713209
**Library:** Dir.: Anan Ahmad
Tel.: 02-2958892 / 059-837695

**Legal Dept.:** Jamal El Khatib
Tel.: 02-2400746/059-329041
**Procurement Unit:**
Dir.: Amjad Darwish
Tel.: 02-2960713/059-370210
**Technical Dept.:**
Dir. Gen.: Ahmad Abu Hashish
Tel.: 02-2407145/059-200465
**Training Unit:**
Dir.: Kamal Duaibes
Tel.: 02-2402305
**Women's Unit:**
Gaza: Dir. Gen.: Amal Hamad
Tel.: 08-2835580/059-476923
West Bank: Tel.: 02-2408763

**PLC  MEMBERS**

► **JERUSALEM DISTRICT**

**Jerusalem District Office** (7 seats)
Tel.: 02-2347450
Fax: 02-2347452

**Ahmad Qrei'a (Abu Ala)**
Tel.: 02-2987716/59595 – off.
       059-542666/6279263 - res.
Fax: 02-2987712

**Hanan Ashrawi**
Tel.: 02-5851842/35462 – off.
       02-2951928/9 - res.
       059-201205/7
Fax: 02-5835184/2989490

**Dr. Emile Jarjou'i**
Tel.: 02-2741540/6284466 – off.
       02-5828066 -- res.
       050-610619
Fax: 02-2977717-5816742

**Hatem Abdel Qader**
Tel.: 02-2347450 -- off.
       052-867629
Fax: 02-2347450

**Ahmad Al-Batsh**
Tel.: 02-2347450 – off.
       02-2449561 - res.
       052-222327
Fax: 02-2347452

**Ahmad Hashem Az-Zughayar**
Tel.: 02-2344923-4/2347450 - off.
       02-6276788/050-389761 - res.
Fax: 02-2347452

**Ziad Abu Zayyad**
Tel.: 02-6282115/2797450-2 - off.
       02-6282159
       02-2799748 / 050-248089
Fax: 02-6273388/2797450-
E-mail: pij@palnet.com

► **BETHLEHEM DISTRICT**

**Bethlehem District Office (4 seats)**
Officer: Fuad Suleiman Salem
Tel.: 02-2743502/ 059-233536
Fax: 02-2743503

**Mitri Abu Aitta**
Tel.: 02-2750758/5440 – off.

02-2745440 -- res.
       059-205287
Fax: 02-2744544/2740648

**Bishara Daoud**
Tel.: 02-2742966/5440 – off.
       02-2742242 -- res.
       050-381090
Fax: 02-2744546

**Salah At-Ta'mari**
Tel.: 02-2765308/2743503 – off.
       02-2772366 -- res.
       059-233532
Fax: 02-2743503/2774115

**Daoud Az-Zeir**
Tel.: 02-2765060 -- off.
       052-872352 - res
       055-387362/ 059-205271
Fax: 02-2765060

► **DEIR AL-BALAH DISTRICT**

**Deir Balah District Office** (5 seats)
Tel. & Fax: 08-2553166

**Freih Abu Meddein**
Tel.: 08-2822231 / 2318
       08-2823460/66234- res.
       059-456666
Fax: 08-2820260

**Ibrahim Al-Habbash**
Tel.: 08-2552166/2551321 -- res.
       059-408332
Fax: 08-2552166

**Sa'adi Al-Krunz**
Tel.: 08-2552166/2843707
       08-2553133/059-408331
Fax: 08-2551960

**Jalal Al-Msadar**
Tel.: 08-2532400 / 059-401015
       08-2551149/2553377 - res.

Fax: 08-2552166

**Jamileh Saydam**
Tel.: 08-2552166 - off.
       08-2824116 -- res.
       059-408379
Fax: 08-2552166/2841078

► **GAZA CITY DISTRICT**

**Gaza District Office** (11 seats)
Tel.: 08-2822788
Fax: 08-2822449

**Ziad Abu Amr**
Tel.: 08-2836617 / 059-408407
       08-2836204-- res.
Fax: 08-2836627

**Marwan Kanafani**
Tel.: 08-2826021/5470
       059-408119/413545
Fax: 08-2826021/31

**Nahedd Ar-Rayyes**
Tel.: 08-2824896 -- off.
       08-2825818/059-408169
Fax: 08-2824896

PASSIA

04:000090

0653

**Faraj As-Sarraf**
Tel.: 08-2866596 -- off.
    08-2860011 - res.
    059-408423
Fax: 08-2822788

**Yousef Ash-Shanti**
Tel.: 08-2867105/74003
    059-408368 / 052-379414
Fax: 08-2824993

**Fakhri Shaqoura**
Tel.: 08-2825324/2842440 – off.
    08-2850022 / 059-408158
Fax: 08-2825334

**Rawya Ash-Shawwa** .
Tel.: 08-28241772860177 – off.
    08-2808466-- res.
    059-792062
Fax: 08-2860177

**Intisar Al-Wazir**
Tel.: 08-2827474 – off.
    08-2824730 -- res.
    059-408413
Fax: 08-2820686/7474

**Musa Az-Za'bout**
Tel.: 08-2822788 – off.
    08-2869747 / 059-855571 -res.
Fax: 08-2833577

**Reyad Az-Zanoun**
Tel.: 08-2829301-2/8625 -- off.
    08-2826666 - res.
    059-408102
Fax: 08-2826295/2847622

▶ **HEBRON DISTRICT**

**Hebron District Office** (10 seats)
Tel. 02-2226391
Fax: 02-2226390

**Zahran Abu Qbeitah**
Tel.: 02-22267667/ 6390 – off.
    02-2279331 – res.
    050-533979
Fax: 02-2279331

**Ali Abu Ar-Rish**
Tel.: 02-2251911/26390 -- off.
    050-233926 / 059-205178
Fax: 02-2226766/7

**Musa Abu Sabha**
Tel.: 02-2226766/7 – off.
    02-2227026 – res.
    050-355815 / 059-801808
Fax: 02-2226766/7

**Suleiman Abu Sneineh**
Tel.: 02-2226766/7 – off.
    02-2228550/0370
    050-537729 / 059-205176
Fax: 02-2226766

**Nabil Amro**
Tel.: 02-2960872/3/2966550 – off.
    02-2966550-- res
    050-573784 -- 059-252729
Fax: 02-2981101

**Mohammed Al-Hourani**
Tel.: 02-2226766/7/2989455
    02-2402670 - res
    059-205204
Fax: 02-2226766/7/2989455

**Rafiq An-Natsheh**
Tel.: 02-2961998/1080 -- off.
    02-2902555/2224244 -res
    052-390555/ 059-224244
Fax: 02-2961097

**Ali Al-Qawasmi**
Tel.: 02-2220901/2400944 – off.
    02-2228165/6910 — res.
    050-433942 / 059-433942
Fax: 02-2228156/6766/7

**Jamal Ash-Shobaki**
Tel.: 02-2226766/7 – off.
    02-2745880 – res.
    059-205304
Fax: 02-2226766/7/2745251

**Abbas Zaki**
Tel.: 02-2223851-3/ 6391 – off.
    02-2222444 – res.
    050-388678 / 059-224455
Fax: 02-2223853

▶ **JABALIA DISTRICT**

**Jabalia District Office** (7 seats)
Tel. & Fax: 08-2457337

**Hisham Abed Ar-Razek**
Tel.: 08-2847148/ 2844428-- off.
    08-2457911 – res.
    050-369732 / 059-402010
Fax: 08-2847148/2844428

**Yousef Abu Safieh**
Tel.: 08-2447208 – off.
    08-2477744 – res.
    059-408262
Fax: 08-2847198

**Fuad Eid**
Tel.: 08-2477377 / 059-408328
    08-2456624 – res.
Fax: 08-2477377

**Emad Al-Falouji**
Tel.: 08-2825612
    08-2477888 – res.
    059-433943
Fax: 08-2824555

**Abdul Rahman Hamad**
Tel.: 08-2808486 – off.
    08-2458454/ 059-408120
Fax: 08-2808488

**Karam Zarandah**
Tel.: 08-2477337 / 052-332567
    08-2477867 – res.
    059-749311
Fax: 08-2477337

**Kamal Ash-Sharafi**
Tel.: 08-2456290/059-408321-off.
    08-2456428 – res.
Fax: 08-2455040

▶ **JENIN DISTRICT**

**Jenin District Office** (6 seats)
Tel.: 04-2437161/2
Fax: 04-2437163

**Azzam Al-Ahmad**
Tel.: 02-2402206/4181 - off.
    02-2981818
    059-205220
Fax: 02-2402207/2981818

**Jamal Shati Al-Hindi**
Tel.: 04-2437161/2 – off.
    04-2430320 / 059-205121
Fax: 04-2437161/6656

**Burhan Jarrar**
Tel.: 04-2437161/2 – off.
    04-2436901 – res.
    059-851789
Fax: 04-2437163

**Hikmat Zeid Al-Kilani**
Tel.: 02-2961080-8 / 90-2
    059-205147 / 02-2963598
Fax: 02-2961212

**Fakhri Turkman**
Tel.: 04-2437161/2 -- off.
    04-2436650 /059-205377
Fax: 04-2437163

▶ **JERICHO DISTRICT**

**Jericho District Office** (1 seat)
Tel.: 02-2321540/1/059-830979
Fax: 02-2321541

**Sa'eb Erekat**
Tel.: 02-2322619/065 – off.
    02-2322304 – res.
    050-523405 / 059-205190
Fax: 02-2321540

▶ **KHAN YOUNIS DISTRICT**

**K. Y. District Office** (8 seats)
Tel. & Fax: 08-2051349/2051134

**Ibrahim Abu An-Naja**
Tel.: 08-2824154 /9494 -- off.
    08-2825999 – res.
    059-448448
Fax: 08-2824154 / 9494

**Abdul Karim Abu Salah**
Tel.: 08-2051134 – off.
    08-2073447/8 – res.
    059-408314
Fax: 08-2073448

**Hassan Asfour**
Tel.: 02-2407220
    02-2960266/7/059-347226
Fax: 02-240028!

**Ra'fat An-Najar**
Tel.: 08-2051134 –.
    08-2061619 - res
    059-760887
Fax: 08-2051349



**Ahmad Nasr**
Tel.: 08-2822576 - off.
08-2866351 – res.
059-413925
Fax: 08-2823055/2022576

**Nabil Sha'ath**
Tel.: 08-2829260 / 02-2961860
Fax: 08-2824090

**Ahmad Ash-Shibi**
Tel.: 08-2829302 – off.
08-2071275 – res.
059-417876
Fax: 08-2826295

**Jawad At-Tibi**
Tel.: 08-2051134 / 059-408447
08-2053394 - res.
Fax: 08-2051134

▶ **NABLUS DISTRICT**

**Nablus District Office** (8 seats)
Tel.: 09-2333231 / 059-204410
Tel. & Fax: 09-2385647

**Kamel Al-Afghani**
Tel.: 09-2337340/33490
059-886435
09-2324756-- res.
Fax: 09-2333490

**Salloum Samri**
Tel.: 09-2333490 – off.
09-2385888 / 059-205454
Fax: 09-2385888

**Husam Khader**
Tel.: 09-2385930 – off.
09-2380936 – res.
059-205410
Fax: 09-2385930

**Maher Al-Masri**
Tel.: 02-2981213 – off.
09-2387748 - res.
059-373705
Fax: 02-2981208

**Mu'awiyah Al-Masri**
Tel.: 09-2337340/3490 -- off.
09-2379912
050-288671 / 059-205448
Fax: 09-2333490

**Dalal Salameh**
Tel.: 09-2333231-- off.
09-2387934 - res
059-205470 / 052-236594
Fax: 09-2333231

**Ghassan Ash-Shaka'a**
Tel.: 09-2379313/2330331
09-2371451 - res.
059-205400
Fax: 09-2374690

**Fayez Zeidan**
Tel.: 08-2822800 -- off.
08-2840124 - res
059-408409
Fax: 08-2822800

▶ **QALQILYA DISTRICT**

**Qalqilya District Office** (2 seats)
Tel.: 09-2943044/ 059-797147
Fax: 09-2943045

**Mahmoud Da'as**
Tel.: 09-2943044/ 2998573-- off.
059-851312/721482
Fax: 09-2943045/2998573

**Othman Ghashash**
Tel.: 09-2943044 – off.
09-2942423 – res
059-659393
Fax: 09-2943045

▶ **RAFAH DISTRICT**

**Rafah District Office** (5 seats)
Tel.: 08-2136910-1/2825931
Fax: 08-2136912

**Abed Rabbo Abu O'un**
Tel.: 08-2136911 -- off.
08-2147150 -- res.
059-408392
Fax: 08-2136912

**Rouhi Fatouh**
Tel.: 08-2823953/4184 – off.
08-2844199  / 050-566319
Fax: 08-2846433/24184

**Mohammed Hijazi**
Tel.: 08-2136972/1/5108 -- off.
08-2141362/2826725 -- res.
059- 859561
Fax: 08-2136912

**Suleiman Ar-Rumi**
Tel.: 08-2146911 -- off.
08-2146606/8 / 059-411044
Fax: 08-2146912

**Abdul Aziz Shaheen**
Tel.: 08-2874150 /2874146-- off.
08-2136828 /059-419995
Fax: 08-2874153

▶ **RAMALLAH DISTRICT**

**Ramallah District Office** (7 seats)
Tel.: 02-2987628/719

**Marwan Barghouti**
Tel.: 02-2954949/50 – off.
059-205211
Fax: 02-2985729

**Qadura Fares**
Tel.: 02-2987628 - off.
059-205142
Fax: 02-2987214

**Abdul Fatah Hamayel**
Tel.: 02-2980341 -- off.
02-2980341
02-2957272 / 059-205166

**Ghazi Hanania**
Tel.: 02-2957060 -- off.
02-2957222 / 059-301357
02-2954110 -- res.
Fax: 02-2957060/2

**Abdul Jawad Saleh**
Tel.: 02-2958435 ~ off.
02-2986718 / 059-459352
Fax: 02-2958423

**A'zmi Ash-Shu'aybi**
Tel.: 02-2954072/3 – off.
02-2401084 – res.
Fax: 02-2954071

**Jamil Al-Tarifi**
Tel.: 02-2987452/3/4 – off.
02-2952875 – res.
Fax: 02-2987451/ 02-2987335

▶ **SALFIT DISTRICT**

**Salfit District Office** (1 seat)
Tel.: 09-2515669
Fax: 09-2515668

**Ahmad Ad-Deik**
Tel.: 09-2515668/9 -- off.
02-2954080 / 059-205210
Fax: 09-2515668

▶ **TUBAS DISTRICT**

**Tubas District Office** (1 seat)
Tel.: 09-2376887
050-660469 / 059-733373

**Hashem Suleiman Daraghmeh**
Tel.: 09-2376887 / 059-204417
Fax: 09-2376887

▶ **TULKAREM DISTRICT**

**Tulkarem District Office** (4 seats)
Tel. 09-2676025
Fax: 09-2676026

**Mufid Abed Rabbo**
Tel.: 09-2676025/2408704-5 - off
09-2673857/02-2988008 -res.
059-839990
Fax: 02-2408705

**Al-Tayyeb Abdul Rahim**
Tel.: 08-2824171 – off.
Fax: 08-2824604

**Hakam Bala'wi**
Tel.: 08-2824276/02-2984373 -off.
059-200797
Fax: 02-2984374

**Hassan Khreisheh**
Tel.: 09-2676026 -- off.
09-2675029/059-205071
Fax: 09-2676026

**■ PLC COMMITTEES ■**

**Council Affairs Committee**
Head: Ahmad Qrei'a
Tel.: 02-2987716
Fax: 02-2987712

**Land & Settlement Confrontation Committee**
Head: Salah Al-Ta'mari
Tel.: 02-2765308
Fax: 02-2772366

PASSIA

04:000092

0655

**Jerusalem Committee**
Head: Ahmad Al-Zughayar
Tel.: 02-2347450
Fax: 02-2347452

**Political Committee**
Head: Marwan Kanafani
Tel.: 02-2400713/059-413585
Fax: 02-2987719/08-2826021

**Economic Committee**
Head: Azmi Shu'aibi
Tel.: 02-2407142
Fax: 02-2987719

**Education & Social Affairs Committee**
Head: 'Abbas Zaki
Tel.: 02-2226390
Fax: 02-2226391

**Legal Committee**
Head: Suleiman Abu Sneineh
Tel.: 02-2228550/059-205176
Fax: 02-2220370

**Refugee Affairs Committee**
Head: Jamal Hindi
Tel.: 04-2437161
Fax: 04-2437163

**Interior Committee**
Head: Fakhri Shakoura
Tel. & Fax: 08-2825324

**Budget & Financial Affairs Committee**
Head: n.a.
Tel. & Fax: 02-2987719

**Monitoring, Human Rights & Public Freedoms Committee**
Head: Hassan Khrishen
Tel. & Fax 02-2987719/059-205071

## PA AGENCIES & INSTITUTIONS

**Environmental Quality Authority**
Pres.: Dr. Yousef Abu Safiyeh
Public Man.: Said Abu Jalala
Tel.: 08-2822000/3000/2847208
Fax: 08-2839355/2847198
E-mail: environment@gov.ps
http://www.mena.gov.ps
An-Nasser, Ath-Thwara St., Gaza
Ramallah:
Tel.: 02-2403495-8/3495
Fax: 02-2403494
E-mail: menawb@gov.ps
Ramallah, PO Box 3841
Regional Offices:
Hebron: Tel.: 02-2225328/9269
Fax: 02-2229279
E-mail: menah@palnet.com
PO Box 1310
Nablus: Tel. & Fax: 09-2397632
Jenin: Tel. & Fax: 04-2433770
Tulkarem: Tel. & Fax: 09-2674558

**General Control Institution**
Chairman: Jarrar Qudwa
Dir. Man.: Ahmed Bashir
Tel.: 08-2829187/2737/9253

Fax: 08-2821703
Dir. Gen.: Abdellatif El-Qura'n
Tel.: 02-2407354/03
Fax: 02-2407304
Nablus: Dir. Gen.: Mazen Mahroum
Tel.: 09-2385122

**General Personnel Council**
Chairman: Dr. Moh'd Abu Sharia
Tel.: 02-2984881/7793/4
Fax: 02-2980640/7793
Um Sharayet, PO Box 1995, Ramallah
Gaza:
Tel.: 08-2829008/228/9
Fax: 08-2822236/30
E-mail: diwan@palnet.com
Abu Khadra Complex, Gaza

**General Petroleum Corporation**
Chairman: Mahmoud El-Badr
Tel.: 02-2404988-9/16
Fax: 02-2404003
E-mail: gpc@palnet.com
Nablus Main St., Silwadi Bldg.,
PO Box 3725, Al-Bireh
Gaza: Tel.: 08-2823745/2843417
Fax: 08-2843407
E-mail: gpchq@palnet.com
PO Box 1444, Rimal, Gaza

**Government Computer Center** see
*Index* or *Ministry of Telecommunication*

**Institute for Administrative Development**
Dep. Dir. Gen.: Wajeh El-'Atari
Tel. & Fax: 02-2965130
Um Sharayet, PO Box 1995, Ramallah
Gaza: Tel.: 08-2829001-4
Fax: 08-2829012
E-mail: diwan@palnet.com
Southern Ar-Rimal, Gaza

**The Land Authority**
Pres.: Freih Abu Meddien
Gen. Dir., West Bank: Sa'eb Nathif
Tel. & Fax: 02-2321336/4
Ein Sultan St., Jericho
Ramallah:
Tel.: 02-2950177/7371/87704/6547
Fax: 02-2950177
Gaza: Dir.: Atef El-Khudari
Tel.: 08-2820265
Fax: 08-2867109
Bethl.: Tel. & Fax 02-2751444
Hebron: Tel. & Fax 02-2226040
Jenin: Tel. & Fax: 04-2501016
J'lem: Tel. & Fax 02-2797201
Nablus: Tel.: 09-2385343
       Fax: 09-2383816
Qalqilya: Tel.: Fax 09-2940688
Tulkarem: Tel.& Fax: 09-2671780

**Land Registries:**
Ramallah: Tel.& Fax: 02-2956847/5166
Bethl.: Tel. & Fax  02-2742088
Hebron: Tel. & Fax 02-2229292
Jericho: Tel. & Fax 02-2322552
Jenin: Tel. & Fax: 04-2501042
Qalqilya: Tel. & Fax 09-2944927
Nablus: Tel. & Fax: 09-2387632
Tulkarem: Tel. & Fax: 09-2671006

**Martyrs' Families & Injures Case Establishment (M's F. & I.C.E.)**
Dir. Gen.: Yousef Jubran
Dir.: Amneh Al-Hassan
Tel.: 02-2958507 /86268
Fax: 02-2986268
Ramallah
Bethl.: Dir.: Yousef Abu Laban
    Tel. & Fax: 02-2270945
Deir Al-Balah: Tel.: 08-2536301
Gaza: Dir.: Mohammed Arafat
    Tel.& Fax: 08-2824727
Hebron: Dir.: Jehad El-Tell
    Tel. & Fax: 02-2223888
Jenin: Dir.: Ghazi Abdul Hadi
    Tel. & Fax: 04-2436864
Jerusalem: Dir.: Khaled Kharouf
    Tel. & Fax: 02-2798433
Khan Younis: Tel.: 08-2061533
Nablus: Dir.: Ali Assad
    Tel. & Fax: 09-2385550
Qalqilya: Dir.: Mai Zeid
    Tel. & Fax: 09-2944373
Rafah: Tel.: 08-2130708
Salfit: Dir.: Zahra Qaroush
    Tel. & Fax: 09-2519326
Tulkarem: Dir.: Zuheir Khatab
    Tel. & Fax: 09-2680477
Jericho: Dir: Ahmad Mahameh
    Tel.: 02-2322504

**National Center for Studies & Documentation**
Head: Abdallah Hourani
Tel. & Fax: 08-2822028/65716
        08-2848778
E-mail: n-c-s-d@palnet.com
Jala' St., Rimal, POB 5256, Gaza

**Palestine National Archives Center**
Dir.Gen.: Mohammed Bheis
Tel. & Fax: 02-2343707/9888
E-mail: pnac@palnet.com
Dahlet Al-Barid, PO Box 66353,
Jerusalem

**Palestine Standards Institution**
Dir. Gen.: Mazen Abu Shari'a
Tel.: 02-2989650/4144/2965191
Fax: 02-2964433
E-mail: gm@psi.gov.ps
http:www.psi.gov.ps
Nuzha St., Al-Burj Al-Akhdar Bldg.,
PO Box 2258, Ramallah
Gaza: Tel.: 08-2836844
Hebron: Tel. & Fax: 02-2226976
Nablus: Tel. 09-2385721
    Fax: 09-2375745

**Palestinian Broadcasting Corporation (PBC)**
Chairman: Radwan Abu Ayyash
Tel.: 02-2959893-4/7
Fax: 02-2959893
E-mail: pbc@planet.edu
Dir.Gen.Radio: Basem Abu Sumaya
Tel.: 02-2959891
Fax: 02-2984730
Dir. Gen. TV: Ali Rayan
Tel.: 02-2408976
Fax: 02-2408975

04:000093

*Index p. 138 ff*

PASSIA

23

**0656**

Gen. Coord./Head of Satellite
Channel: Ibrahim Melhem
Tel.: 02-2963755
Fax: 02-2963754
Tel.: 08-2833300/25824
Fax: 08-2823744
PO Box 2540, Gaza
Studios:
Gaza: Tel.: 08-2820711/5824/34
Ramallah: Tel.: 02-2987901-4
Voice of Palestine (Radio)
Dir.: Khaled Siam
Tel.: 08-2827412/059-413300
Tel.: 08-2827393/384/395/389
Fax: 08-2827402
PO Box 4025, Gaza City

**Palestinian Central Bureau of Statistics (PCBS)**
Pres.: Dr. Hassan Abu Libdeh
Tel.: 02-2406340
Fax: 02-2406343
E-mail: diwan@pcbs.pna.org
http://www.pcbs.org
Al-Bireh, PO Box 1647, Ramallah
PR Officer: Loay Shihadeh
Tel.: 02-2951101

*Field Work Directorates:*
Gaza: Tel.: 08-2820885/1509
         Fax: 08-2829600
Bethlehem: Tel.: 02-2744480
Khan Younis: Tel.: 08-2052943
Hebron: Tel.: 02-2220222
         Fax: 02-2252865
Jenin: Tel.: 04-2436969
Nablus: Tel.: 09-2381752
         Fax: 09-2387230
Qalqilya: Tel.: 09-2943005
Tulkarem: Tel.: 09-2672905/1540

**Palestinian Civil Aviation Authority**
Chairman: Fayez Zeidan
Tel.: 08-2821309/7814/24/2800
Fax: 08-2821309/9526
E-mail: chairman@palairlines.com
Dir. Gen.: Salman Abu Halib
Tel.: 08-2134338/58/159
Fax: 08-2134159/2827844
Jamal Abdel Nasser St., Gaza

**Palestinian Curriculum Development Center**
Dir.: Dr. Salah Yassin
Tel.: 02-2406174/6756/1551/2
Fax: 02-2401550
E-mail: pcdc@palnet.com
http://www.moe.gov.ps
PO Box 719, Ramallah

**Palestinian Economic Council for Development & Reconstruction (PECDAR)**
Man. Dir.: Mohammed Shtayyeh
E-mail: shtayyeh@planet.edu
Tel.: 02-2362380/00/050-210338
Fax: 02-2347041
E-mail: pecdar@palnet.com
http://www.pecdar.org
Dahlet Al-Barid, PO Box 54910, Jerusalem

Project Dir.: Dr. Hisham Shkokani
Tel.: 02-2362340/48
Fax: 02-2362342
Services: Muhaymen Tirhi
Tel.: 02-2362312
**Admin. & Financial Affairs:**
Mohammed Abu Awad
Tel.: 02-2362384/60
Gaza: Tel.: 08-2824859
         Fax: 08-2824040
Hebron: Tel.: 02-2226822
Nablus: Tel.: 09-2375575
**National Institute for Information Technology:**
Dir.: 'Adel Lafi
Tel.: 02-2407751
Fax: 02-2407754
Gaza:
Tel.: 08-2833318
Fax: 08-2833308

**Palestinian Energy & Environment Research Center (PEC)**
Dir.: Eng. Nabil Tineh
Tel.: 09-2384804
Fax: 09-2384388
E-mail: perc@palnet.com
http://www.home.palnet.com/perc
Zaka' Committee Bldg., 3rd fl.,
PO Box 85, Nablus
Ramallah: Tel. & Fax: 02-2989075

**Palestinian Geographic Center (PALGRIC)**
Gen.Dir.: Eng.Younis Al-Qawasmi
Tel. & Fax: 02-2404711/2
E-mail: trans@hally.net
      or: younisqawasmeh@hotmail.com
Al-Bireh

**Palestinian Industrial Estate & Free Zone Authority**
Head, Board: Maher El-Masri
Gen. Dir.: Eng. Ismail Abu Shehadeh
Tel.: 08-2801028/33
Fax: 08-2801034
E-mail: info@piefza.org
http://www.piefza.org
Gaza industrial area
Ramallah:
Dir.: Mohammed Shtayyeh
Tel. & Fax: 02-2960351
E-mail: a.shtayeh@piefza.org
El-Burj El-Akhdar Bidg., 4th fl.,
PO Box 2073, Ramallah

**Palestinian Investment Promotion Agency (PIPA)**
Chairman of the Board Dir.:
Maher Al-Masri
Gen. Dir.: Jafar Hdaib
Tel.: 02-2988791-2
Fax: 02-2988793
E-mail: info@pipa.gov.ps
http://www.pipa.gov.ps
Ean Mesbah, PO Box 11984, Ramallah
Gaza:
Tel.: 08-2846007
Fax: 08-2846008
PO Box 4023, Gaza

**Palestine Monetary Authority**
Governor: Dr. Amin Haddad
Tel.: 08-2825292/4599/5713/23
Fax: 08-2844487
E-mail: info@pma-ram.pna.net
http://www.pma.gov.ps
Rimal, Nasreh St., POB 4026, Gaza
Ramallah: Tel.: 02-2409920-21-23
Fax: 02-2409922/24
E-mail: pmaram@palnet.com
PO Box 452, Ramallah
Nablus: Tel.: 09-2335661/87925-26
Fax: 09-2335662
E-mail: gmmail@pma.palnet.com
Abu Ra'd Bldg., 4th fl., P O Box 42

**Palestinian National Commission for Education, Culture & Science (UNESCO, ISESCO, ALECSO)**
Sec.-Gen.: Jihad Quarashouli
Tel.: 02-2401080/2400901
Fax: 02-2406333
E-mail: pncecs@palnet.com
http://www.pncecs.gov.ps
PO Box 174, Ramallah

**Palestinian National Fund**
Gen. Dir.: Nizar Abu Ghazaleh
Tel.: 962-6-5690271/5690473/72
Fax: 962-6-5690471/474
E-mail: gm@pnf.org.jo
Jordan

**Palestinian Olympic Committee**
Head: Ahmad Arafat Qudwe
Dir.: Abdel Hamid Ghanem
Tel.: 08-2829222/9307
Fax: 08-2879190/9307
Gaza

**Palestinian Tobacco Authority**
Head: Ahmed Al-Agha
Tel.: 08-2825179/89
Fax: 08-2825199
Gaza
Ramallah: Tel.: 02-2987560-2
Fax: 02-2987507

**Palestinian Water Authority**
Chairman: Eng. Nabil Sharif
Tel.: 08-2822696
Fax: 08-2824030/2697
Ramallah: Deputy: Fadel Ka'wash
Tel.: 02-2409022
Fax: 02-2409341
E-mail: pwa@pwa-pna.org
http://www.pwa-pna.org
Al-Baloua', Al-Bireh

**State Information Service (SIS)**
Dir. Gen.: Reyad Al-Hassan
Tel. & Fax: 08-2825856
Tel.: 08-2825638/7289
         08-2834565/8788
E-mail: siswebmaster@gov.ps
http://www.sis.gov.ps
Hebron: Dir.: Mahmoud Samir Amro
Tel. & Fax: 02-2225165
Ain Khair Eddin, Hebron
Ramallah: Nawaf Hamed
Tel.: 02-2964763

24

PASSIA

04:000094

0657

**WAFA - Wakalet Al-Anba'a Fi-lastiniyya** (*Palestinian News Agency*)
Chair: Ziad Abdul Fattah
Tel.: 08-2824036/56 /26
Fax: 08-2824046/016
Chief Editor: Ali Hussein
Tel.: 08-2824036/56
Fax: 08-2824046
E-mail: wafa15@palnet.com
http://www.wafa.pna.net
Ramallah: Gen. Dir.: Sami Sarhan
Tel. & Fax: 02-2987767
Nablus: Tel.: 09-2389908
Fax: 09-2389909
Amman St., Nablus
Tulkarem: Raslan Sharif
Tel.: 09-2674164
Jenin: Tel.: 04-2505001/2
Qalqilya: Tel.: 09-2942808
Jerusalem: Tel.: 02-6281206
        Fax: 02-6281226
Bethlehem: Tel.: 02-2770841

*Central Photographic (Archives):*
Tel.& Fax: 02-2980472/0115
E-mail: wafa_tasweer@hotmail.com
Ramallah Commercial Center, 5ᵗʰ fl.,
# 506, Ramallah

## PA COUNCILS & COMMISSIONS

**Bethlehem 2000
(Center for Cultural Heritage Preservation)**
In charge: Min. Dr. Nabil Kassis
Dir.: Dr. Kholoud Dalbes
Tel.: 02-2766244
Fax: 02-2766241
E-mail: info@bethlehem2000.org
http://www.bethlehem2000.org
En-Nigmie St., PO Box 2000,
Bethlehem

**Central Election Commission - Palestine**
Chair: Dr. Hanna Nasir
Sec. Gen.: Dr. Ali Jirbawi
Tel.: 02-2969700
Fax:02-2969712
E-mail: info@pal-cec.org
http://www.pal-cec.org
Al-Balou', Qasr Al-Murgan Bldg.,
PO Box, 2319, Ramallah

**Commission of Energy Natural Resources**
Head: Azzam El-Shawwa
Tel.: 02-2986190/2
Fax: 02-2986191
E-mail: pietro@planet.edu
Irsal Bldg., Irsal St., PO Box 3591,
Al-Bireh
West Bank: Dep. Min.: Dr. Omar Kittaneh
Gen. Dir.: Mazen Ghnaim
Gaza: Dep. Min.: Yehya Shamieh
Tel.: 08-2808485/6
Fax: 08-2808488
Gen. Dir. Gaza: Isma'il El-Mishaal

**Commission of NGO Affairs**
Head: Hassan Asfour
Tel.: 08-2834818
Fax: 08-2834858
Ramallah
Tel.: 02-2401370
Fax: 02-2401371
E-mail: mongoa@gov.ps
http://www.mongoa@gov.ps
Dir. Gen.: Ahmed Fares
Tel.: 02-2401370
Fax: 02-2401371
E-mail: mongoa@gov.ps
http://www.mongoa@gov.ps
International Relations:
Osama Al-Bast
Tel.: 02-2401370
Fax: 02-2401371
Admin. Affairs & Finance:
Naim Abu 'Anza
Tel.: 08-2834818
Fax: 08-2834850
Institutional Coordination:
Bashir Zaher
Tel.: 02-2401370
Fax: 02-2401371
Planning & Resource Development:
Ali Hassouneh
Tel.: 02-2401370
Fax: 02-2401371
Legal Advisor: Dr.Yasser Abu Khater
Tel.: 02-2401370
Fax: 02-2401371

**Council for Medical Services**
Dir.: Dr. Duhni Al- Weiheidi
Tel.: 08-2862163
Fax: 08-2837322
Gaza

**District Coordination Offices**
Bet El:
Tel.: 02-9977744 (Int'nal Organizations)
Bethlehem:
Tel.: 02-9934010/32
Tel/Fax: 02-5485369
Gaza/Erez:
Public Inquiries: Tel.: 08-6741480
International organizations:
Tel.: 08-6741544/406
V.I.P. office:
Tel.: 08-6741605/556
Fax: 08-6892613
Hebron:
Tel.: 02-9964351/7215
Fax: 02-9962254
Jenin:
Tel.: 04-6407305/13
Fax: 04-6407315
Jericho:
Tel.: 02-9943897
Fax: 02-9943305
Nablus:
Tel.: 02-5486217/5
Fax: 02-5486218
Qalqilya:
Tel.: 09-7759217
Fax: 09-7922331
Ramallah:
Tel.: 02-9970284/5/611

Fax: 02-9974693
Tulkarem:
Tel.: 09-8941823/8803
Fax: 09-8941822

**Higher Council for the Arab Tourism Industry**
- CURRENTLY CLOSED -
Head: Haidar Husseini
Tel.: 02-6281805/050-369395
Exec. Dir.: Dr. Abdel Rahman Abu Rabah
Tel.: 02-6281805/24
Fax: 02-6282981
E-mail: hcat-pal@palnet.com
Khaled Ibn Walid St.,
PO Box 19850, Jerusalem

**Higher Islamic Council** see *Index*

**Higher Judicial Council**
Chief Justice: Zuhair Sourani
Gen. Dir.: Ahmed El-'Amer
Tel.: 08-2822390
Tel. & Fax: 08-2829347
Fax: 08-2824501
E-mail: court@palnet.com
Gaza
Ramallah: Dir.: Abdul Hai Laham
Tel. & Fax: 02-2408664

**Ministerial Committee for Reform**
Dir.: Basil Jaber
Tel: 02-2408952/62
Fax: 02-2408963
E-mail: info@palestinianreform.info
http://www.palestinianreform.info
Abraj Al-Watanieh Bldg., Ramallah

**Palestinian Council of Health**
Dir. Gen.: Dr. Hikmat Ajjouri
Tel.: 02-5831180 / 5852055
Fax: 02-5852048
E-mail: pch@bezeqint.net
PO Box 51681, Jerusalem

**Palestinian Council for Higher Education**
Minister: Naim Abu El-Hommos
Vice Pres.: Dr. Gabi Baramki
Sec.: Dr. Diab 'Ayoush
Tel.: 02-2982600/82617
Fax: 02-2954518
E-mail: minister@gov.ps
    or: gbaramki@gov.ps
http://www.mohe.gov.ps
Ramallah

**Palestinian Housing Council**
(est. 1991)
Chairman: Nash'at Tahboub
Acting Gen. Dir.: Eng. Nabil Aref
Tel.: 02-2347141/2/4
Fax: 02-2347143
E-mail: phc@palnet.com
Dahlet Al-Barid, PO Box 17128,
Jerusalem
Gaza: Tel. & Fax: 08-2823290/80
Hebron: Tel. & Fax: 02-2226589
Nablus: Tel. Fax: 09-2342169

04:000095

**Palestinian Oil Council (POC)**
Head: Dr. Said Assaf
Tel.: 02-2954223/052-277489/
059-836430
Tel. & Fax: 02-2955380
E-mail: kassaf@planet.edu
Ramallah

**Political Guidance Commission**
Head: Othman Abu Gharbieh
Tel.: 02-2987618/20
Fax: 02-2987619
E-mail: watani@futurenet.com
Um-Sharaiet, Ramallah

## POLICE & SECURITY

**Border Crossings**
Gen. Dir.: Nazmi Mhana
Allenby Bridge:
Tel.: 02-9943358/3702/483
02-2323555
Erez: Tel.: 08-2458790
Rafah: Tel.: 08-6713683-7
Karni (Al-Mintar):
Tel.: 08-2869966/41570/00222

**Border Police**
Dir.: Nazmi Mhana
Tel.: 08-2824024
Fax: 08-2869973

**Civil Police**
Head: Major Gen. Mahmoud 'Asfour
Gaza: (Rimal)
Tel.: 08-2866600/2826721
PR: Col. Tawfiq Jabir
Tel.: 08-2829104
Head National Security:
Haj Ismail Jabr
Tel.: 02-2321331/3603/6/7/1248
Fax: 02-2321248/2399
Jericho: Abu Al-Abed Sahmoud
Tel.: 02-2323470
Women Police:
Col. Fatma Bimawi
Tel.: 08-2829475
Tel. & Fax: 08-2829550
Criminal Investigation:
Abdel Jabbar: Tel.: 02-2959293
Drugs Dept.: Faisal 'Amrou
Tel. & Fax: 02-2255666/059-830126
Hebron: Kamal Ash-Sheikh
Tel.: 02-2226380-1
Fax: 02-2226381
Bethlehem: 'Ala' Hussnie
Tel.: 02-2744908
Fax: 02-2744057
Beit Jala:
Tel.: 02-2770625/6
Beit Sahour:
Tel.: 02-2772184
Ramallah: Col. Mohammed Salah
Tel.: 02-2956757/63485
Fax: 02-2986549
Jenin: Belai Abu Zaid
Tel.: 04-2504444
Jerusalem: Mohammed El-Ja'bari
Tel.: 02-2961138
Nablus: Musa Jadallah
Tel.: 09-2392450

**Qalqilya:** Tel.: 09-2942820
**Tulkarem:** Mohammed El-Taher
Tel.: 09-2672161

**Force 17**
Head: Brig.Gen. Faisal Abu Sharkh
Tel. & Fax: 02-2987291/9390
Ramallah
Gaza: Tel.: 08-2829476/5553

**General Intelligence Service**
Head: Brig.Gen. Amin Al-Hindi
Gaza
- Sudanieh: Tel.: 08-2855360
Fax: 08-2850809
- As-Saraya: 08-2829015/420
West Bank:
Head: Brig. Gen.: Tawfiq Terawi
Tel. Fax: 02-2988980

**Medical Military Services**
Head: Dr. Khaled Sanwar
Tel.: 08-2826110/9034/417/616/
08-2829551/579
Fax: 08-2823736/2829579
Preventive Medicine:
Dr. Husam Al-Awadi
Tel.: 08-2826110

**Military Academy of Sa'ed Sa'el**
Head: Jamal Rabal'ah
Tel.&Fax: 02-2321471
Jericho

**Military Intelligence**
Head: Musa Arafat
Tel.: 08-2829308/111
Fax: 08-2829703
Gaza
Ramallah: Tel.: 02-2958730
Fax: 02-2960657

**National Security**
Dir.Gen.: Gen. Abdel Razzeq Al-
Majaidah
Tel.: 08-2825752/4308/469/9242/75
Fax: 08-2829284
Gaza

**Navy Police**
Head: Jawad Abu Hassan
Tel.: 02-2321174
Fax: 02-2321173
- Ansar 2: Tel.: 08-2829541-3
- Sudanieh: Tel.: 08-287091-6
- Bethl.: Tel.: 02-2764441
Fax: 02-2764440
- Hebron: Tel.: 02-2225314/311
- Nablus: Tel.: 09-2384419

**Police Directorate**
Tel.: 08-2531444 (Central)
Tel.: 08-2457145 (North)
Tel.: 08-2829331/102
Fax: 08-2829474

**Presidential Security**
Head: Brig.Gen. Faisal Abu Sharkh
Tel.: 08-2825553/9418
Fax: 08-2825226
Ramallah: Mahmud Awad Damra
Tel. & Fax: 02-2989920/24
Admin. Dir.: Mounir Ruzziyeh
Tel.: 02-2407310-2

**District Offices:**
Gaza: Abu Seif
Tel.: 08-2825553
Hebron: Abdallah Al-Manasra
Tel.: 02-2226916-7
Jerusalem – Abu Dis: Kifah Barakat
Tel.: 02-2798990/9518
Nablus: Moh'd Hassan Isbeih
Tel.: 09-2389705

**Preventive Security**
West Bank:
Head: Brig. Gen. Ziad Hab Ar-Rieh
Tel.: 02-2989805
Fax: 02-2989806
Gaza:
Head: Col. Rashid Abu Shbak
Tel.: 08-2825415/55/2832085/08
050-491473
Airport: Tel.: 08-2134369
**District Offices:**
Bethl.: Tel.: 02-2740914/1344
Hebron: Tel.: 02-2226442/920
Jenin: Tel.: 04-2436633
Jericho: Tel.: 02-2321272-4
Jerusalem: Tel.: 02-2790033
Nablus: Tel.: 09-2383010/2587
Ramallah: Tel.: 02-2989804
Tulkarem: Tel.: 09-2672165
Tubas: Tel.: 09-2574674

**Public Security**
Head: Maj. General: Nasr Yussef
Tel. & Fax: 08-2822342/802
Research & Planning:
Dir. Gen.: Brig.Gen. Nizar Ammar
Tel.: 08-2829469/7600
Fax: 08-2829469
PO Box 1144, Gaza

**Tourism and Antiquities Police**
Bethlehem: 02-2770750-1
Gaza: Tel.: 08-2829719
Jericho: 02-2324011
Nablus: 09-2385244
Hebron: 02-2227630
Ramallah: 02-2956969

## LOCAL GOVERNMENT ADMINISTRATION

### ▶ G O V E R N O R A T E S

**Governorate Bethlehem**
Governor: Mohammed Al-Madani
Tel.: 02-2741667/4 /4995/6
Fax: 02-2741666
PO Box 1035

**Governorate Gaza**
Governor: Mohd Salem Qudwah
Tel.: 08-2828694/2828704/14/24
Fax: 08-2828684
E-mail: govrngz@gov.ps
http://www.gaza.gov.ps
Thalathini St., PO Box 1422, Gaza

**Governorate Gaza Middle**
Gov.: Dr. Abdallah Abu Samhadanah
Tel.: 08-2539330/33
Tel. & Fax: 08-2539334
PO Box 6006, Gaza

26

PASSIA

04:000096

0659

# DIRECTORY 2005

## PLO - PALESTINE LIBERATION ORGANIZATION

## PLO EXECUTIVE COMMITTEE & PLO DEPARTMENTS

**Chairman:** HE Mahmood 'Abbas (Abu Mazen)
Tel.: 08-2842450-2/2841028/038
Fax: 08-2823565/6
http://www.sis/gov.ps/president/

**Secretariat General - PLO**
Gen. Sec: N.A
Gen. Dir.: Intisar Abu 'Amara
Tel.: 02-2409664 / 059-390527
Fax: 02-2409648
E-mail: nabil@palnet.com

**Gaza**
Tel.: 08-2846674
Fax: 08-2846054

**Ramallah:** Tel. & Fax: 02-2981370-5

**Ramallah:**
Tel.: 02-2401133-5
Fax: 02-2401311

**Political Department (Tunis)**
Head: Farouq Qaddoumi
Tel.: 002167-71/331815/2/33816/3917
Fax: 002167-71/16664/166323
E-mail: errraml@gnet.tn
F.B. Ahmed Abd ul Rahim Abu Sofen El-Tunisia Mezrah V1

**Media Department:**
Head: Yasser Abed Rabbo
Tel.: 02-2986460/2407121-5
Fax: 02-2407720
Ramallah:

**Arab and International Department**
Head: Ghassan Shalabi
Tel.: 02-2407611/02-2186561
059/6-539334 / 059-330331
Fax: 09-2374690

**Ramallah:**
Tel.: 02-2981398
Fax: 08-2824418

**Ramallah:**
Tel.: 02-2985886
Fax: 02-2980889
E-mail: plo@palnet.com

**Economic Department:**
Head: Mohd D Zahdi Nashashibi
Tel.: 02-2984492
059-4081/3/462/9208
Fax: 09-2820696/2822653

**Educational Department:**
Tel.: 02-2967674
Fax: 02-2967678

**Refugees Department:**
Head: Dr. Zakaria Al-Agha
Tel.: 059-333223
**Ramallah:**
Tel.: 02-2405337-8
Fax: 02-2407935
E-mail: plordr@plord.org
Dr. Gen.: Sad Saleh
Tel.: 02-2405637

**Bethlehem:** Tel.: 02-2764746
Gaza: Tel.: 08-2846738/799
Nablus: Tel. & Fax: 09-2335415

**Negotiations Affairs Department:**
Head: Sa'eb Erekat
Dir.Gen.: 'Alam Dakak
Tel.: 02-2963040
Fax: 02-2406087
E-mail: negdep@palnet.com
'Abu Dis, Al-Nahda', near the Palestinian Central Bureau of Statistics, Al-Bireh, PO Box 2245, Ramallah
Tel.: 08-2823347/3657/1578
Fax: 02-2823457

**Executive Force Support Unit**
Tel.: 02-2984133
Fax: 02-2953740
E-mail: info@neso-plo.org
http://www.neso-plo.org
PO Box 4120, El-Bireh, Tiras St., Awid Center, 5th fl., Ramallah

**Social Affairs Department:**
Head: Hanna Nasrah
Tel.: 02-2981111
Fax: 02-5849459 / 0505-218929
E-mail: hanna@palpeople.org
PO Box 10638, Jerusalem

**■ Other PLO Executive Committee Members:**

● Dr. Samir Ghosheh
Tel.: 02-2989461-2 res./059-465243
Tel.: 02-2966232 off.
Fax: 02-2964021

● 'Ali Ishaq
Tel.: 02-2981446/7- off.
02-2987729-res./059-878889
Fax: 02-2987729

● 'Abdallah Hourani
Tel.: 02-2965944 / 2815947
08-2828271/ 059-125623

● Dr. Erui Jargas
Tel.: 02-2969402 / 0505-610619
07-2741540
Fax: 02-2816742

● Taysir Khaled
Tel.: 02-2968402 - off.
02-2581375/059-573935
09-2385577/015 - res.
Fax: 02-2980401

● Fuad Yousefa
Tel. & Fax: 09-2821180/
09-2877610/2-1 - res.
058-456027
Fax: 059-456027

● Abdel Rahim Malouh
Tel.: 02-2959757/2986589 - off.
02-2980490-91 - res.
0505-521287/059-860665

**Housing Council** (37km Deir)
Acting Dir.: Hayder Al-Rashaieh
Tel.: 02-6260582/0505-311280
Fax: 02-54635, Jerusalem
PO Box 17128 Jerusalem

**Mufti of Jerusalem & Palestine**
Sheikh Ekrima Sabri
Tel. & Fax: 02-6277513 / 059-513190
Jerusalem

**Al-Aqsa Mosque**
Dir.: Sheikh Mohammed Hussein
Jerusalem

**Orient House /**
- closed by Israel since Aug. 2001
Tel.: 02-6273243 off.
Fax: 02-6286820/6274020
E-mail: info@orienthouse.org
http://www.orienthouse.org
Abu Obeida St., PO Box 20479
Jerusalem

**Palestinian National Council** (PNC)
Speaker & Head:
Salim Abd Ar-Zanoun
Tel.: 08-2824469/4164/2833
Gaza
Deputy: Taysir Qaba'a
http://www.p-n-c.org
**Nablus**
**Annaba:**
Tel.: 952-6-5867206/5679312
Fax: 952-6-5679311
PO Box 910294, Amman

Canadian NGOs .............................................. 101
European NGOs .............................................. 101
US NGOs ......................................................... 103
Others & International NGOs ........................ 107
Palestinian Organizations in Israel ............. 108
Religious Forums & Centers .......................... 109
                                                             109
Islamic .............................................................. 111
Christian Churches & Centers ...................... 115
**Services**
Accountants ...................................................... 115
Advertisement, Print & Design ..................... 116
Bookshops & Stationary ................................ 117
Car Rentals ....................................................... 117
Computers, Software & Information Technology .. 118
Couriers & Express Services .......................... 119
E-mail & Internet ............................................. 120
                                                             120
Insurance ........................................................... 121
Management Consulting & Development ... 122
Photo Studios ................................................... 123
Printing & Engineering .................................. 123
Real Estates ...................................................... 124
Restaurants ...................................................... 124
Telecommunication and Office Equipment .. 127
Translation & Editing ..................................... 127
Other Services .................................................. 128
Sports Clubs ..................................................... 129
Trade - Import/Export .................................... 130
Travel and Tourism ........................................ 130
   Airlines ......................................................... 130
   NGOs ............................................................ 130
   Hotels & Resorts ......................................... 134
   Hospices & Guesthouses ........................... 134
   Travel Agencies & Tour Operators ........... 134
   Taxis & Transport ....................................... 137
Women's Organizations by geographic area .. 138
Youth Organizations ...................................... 142
Last Minute Entries / Notes .......................... 143
Index ................................................................. 144
Calendar Overview 2005-2006 ..................... 153
Calendar 2005 .................................................. 154
PASSIA Agenda 2005 ..................................... 267

**Abbreviations:**

| | |
|---|---|
| Asst. | Assistant |
| Att. | Attorney |
| Brig. | Brigadier |
| BZU | Birzeit University |
| Ca. | Office |
| Coord. | Coordinator |
| Dep. | Deputy |
| Dir. | Director |
| Ed. | Editor |
| Eng. | Engineer |
| Est. | Established |
| Exec. | Executive |
| FM | Foreign Minister |
| Gen. | General |
| Maj. | Major |
| Min. | Ministry/Ministry |
| MFW | Main Fields of Work |

| | |
|---|---|
| MOPIC | Ministry of Planning & International Cooperation |
| off. | Office |
| PA | Palestinian Authority |
| PCBS | Palestinian Central Bureau of Statistics |
| PLC | Palestinian Legislative Council |
| PM | Prime Minister |
| Pres. | President |
| Prin. | Principal |
| Proj. | Project |
| Publ. | Publications |
| Reg. | Regional |
| Rep. | Representative |
| res. | residency |
| Secr. | Secretary |
| UN | United Nations |
| UNGA/SC | UN General Assembly/Security Council |
| WJM | West Jerusalem Municipality |

Index p. 144 ff

**DELEGATIONS ABROAD**

**Albania (Embassy)**
Amb. Ali Hakorti
Tel.: 355-4-234302 34056
Fax: 355-4-23592
Str. Abraham Rok Tirana, Albania

**Algeria (Embassy)**
Amb. Murder Ad-Dajan
Tel.: 213-2-718657/73
Fax: 213-2-721416/57
E-mail: aeplay@claramail.com
P.O. Box 304, Algiers, Algeria

**Angola**
Amb. Na
Tel.: 244-2-362333
Fax: 244-2-363855
E-mail: palango@netscape.com
P.O. Box 401, Luanda, Angola
Dersdade 146, Bm. Neltlo Soares Via
Aloa

**Argentina (General Delegation)**
Amb. Suhad Abd
Tel.: 54-11-4816 6651
Fax: 54-11-4816 6651
E-mail: jerusalem@mandat.com.ar
or: palestineembassy@coulled.com.ar
http://www.palestine.int.ar
1116, Buenos Aires, Argentina

**Australia (General Delegation)**
Amb. Ali Kasar
Tel.: 612-62-950222
Fax: 612-62-950021
E-mail: palestine@bigpond.com
P.O. Box 4646, Kingston, ACT 2604,
Australia

**Austria (Permanent Mission)**
Amb. Zahed El-Majd
Tel.: 43-1-4088110
Fax: 43-1-4088110
E-mail: jrovision@denim.at
Falsa_Wien@hotmail.com
Josefsgasse 5/1-1080 Vienna

**Bahrain (Embassy)**
Amb. Nabil Marouf
Tel.: 973-17609/762769
Fax: 973-276054
2301 Rd. Block 2301
P.O. Box 1102, Manama, Bahrain

**Bangladesh (Embassy)**
Amb. Mohammed Zuhda
Tel.: 880-2-603306/603016
Fax: 880-2-883517
P.O. Box 600, Code 1000
Dhaka, Bangladesh

**Belgium (General Delegation)**
Amb. Chakki Armali
Tel.: 32-2-7351638/476
Fax: 32-2-7352478

Rue Franklin #111, 1000 Bruxelles,
Belgique

**Bosnia & Herzegovina**
Amb. Hajed Hamad/238168
Tel.: 387-1-337700
Fax: 387-1-330236677
E-mail: mpalena@yahoo.com
Hasana Kojnije 12-71000 Sarajevo

**Brazil (Special Delegation)**
Amb. Musa Odeh
Tel.: 55-61-2490740/4482
Fax: 55-61-2485079
E-mail: embpalestina@uol.com.br
pelembral@claramail.com.br
P.O. Box 10555, zip code 71620 980,
Lago Sul, Brasília, DF Brazil

**Bulgaria (Embassy)**
Amb. Nasha Musa
Tel.: 359-2-9637271
Fax: 359-2-9626971/658560/656792
E-mail: palestine.sofia@internet-bg.net
P.O. Box 67, Sofia, Bulgaria

**Canada (General Delegation)**
Amb. Dr. Baker Abdel Muneim
Tel.: 1-613-7363303
Fax: 1-613-7363303
E-mail: bowac@palestine1.net
http://www.palestine.net
45 Country Club Drive, Ottawa,
Ontario K1V 9W1 Canada

**Chile (Embassy)**
Amb. Dr. Saleh Abyeh
Tel.: 56-2-2065772/2065764
Fax: 56-2-2063456
E-mail: abd@claramundo.net
Casilla postal 53170, Santiago-1, Chile

**China (Embassy)**
Amb. Zahafa Abdul Rahim
Tel.: 86-1-65322141/34/34/317/54/
Fax: 86-1-65322341
P.O. Box 9009, Beijing, China

**Colombia (Special Mission)**
Amb. Ibrahim Es-Zeen
Tel.: 57-1-287766/2877904
Fax: 57-1-2887668
E-mail: jenesten@telesat.com.co
Calle 45 No. 14-76
Santa Fé de Bogotá, Colombia

**Congo**
Amb. Jawad Joed
Tel.: 74-83327/8)1055/816633
Fax: 24-836815
P.O. Box 1082, Praseville, Congo

**Cuba (Embassy)**
Amb. Imad Jada
Tel.: 53-7-241559
Fax: 53-7-241159
Calle 20, No. 714, Entre 7Ya
V 9 Ma Miramar, La Habana, 00537
Cuba

**Cyprus (Embassy)**
Amb. Dr. Abu Ghazzeb
Tel.: 357-22-313301
Fax: 357-22-313301
E-mail: palestine@logiecmet.com.cy
P.O. Box 24669, Nicosia, Cyprus

**Czech Republic (Embassy)**
Amb. Samih Abdel Fattah
Tel.: 420-2-854422/4/8553448
Fax: 420-1-317899
E-mail: palestee@mbox.vol.cz
pakevra@mbox.vol.cz
Praga 7 - Troja, Nad Kazankou 8/647
Apartment no. 14

**Denmark (General Delegation)**
Amb. Maryam Abdul Hamid
Tel.: 45-33-937239
Fax: 45-37-936044
on: Palestine@mail.dk
H.C. Andersen Boulevard 51, 1th
1553, Copenhagen V, Denmark

**Djibouti**
Amb. Jamal Qazaz
Tel.: 253-354923
Fax: 253-354923
P.O. box 10033, Djibouti

**Egypt (Embassy)**
Amb. Zohdi Alteib
Tel.: 202-3386319/3502297
Fax: 202-3386474/3384760
E-mail: peevypt@hotmail.com
33 An-Nahda St., Dokki, Cairo

**Ethiopia (Embassy)**
Amb. Jamal Alfia
Tel.: 251-1-611974/710719/603644
Fax: 251-1-611159/610672
E-mail: palestine@telecomnet.et
P.O. Box 5800, Addis Ababa

**Finland (General Delegation)**
Amb. Natheh Waiz
Tel.: 358-9-2789771
Fax: 358-9-2789771
E-mail: palestine@palestinegd.fi
or: psg@palestinegd.fi
http://www.palestinegd.fi
Mannerheimintie 21-A, 00120,
P.O. Box 351, Helsinki 00121, Finland

**France (General Delegation)**
Amb. Leila Chahid
Tel.: 33-1-48286600
Fax: 33-1-48286620
E-mail: D-l.palestine@wanadoo.fr
14, Rue de Commandos Léandri,
75015 Paris

**Gabon (Embassy)**
Amb. Amin Abu Hasira
Tel.: 241-449364
Fax: 241-441806
E-mail: pelembiras.ga@interneten.ion.com
P.O. Box 2161, Libreville, Gabon

**Germany (General Delegation)**
Amb. Abdullah Frangi
Tel.: 49-228-210035/6/8224690
Fax: 49-228-213594

E-mail: palestine@t-online.de
http://www.pdsestina.org
August Bier Str. 33, 53129 Bonn
Alberon
Tel.: 49-30-2061770
Fax: 49-30-10611719

**Ghana (Embassy)**
Amb. Ibrahim Omar
Tel.: 233-21-778736/228578
Fax: 233-21-778769
E-mail: isaned@ghmail.com
Jiameat@connigh.com
Sixta Mangoase, 7 Rd. R Floor, O1752,
P.O. Box 009, Accra, Ghana

**Greece (Diplomatic Representation)**
Amb. Marwan Abdul Hamid
Tel.: 30-1-6716061-3
Fax: 30-1-6726044
on: PalestinianGr@hellasnet.gr
31 Marathonodromon St.,
154 52 Psychiko, Athens

**Guinea (Embassy)**
Amb. Jamal Ghaim
Tel.: 224-461224/411334
Fax: 224-44227/412230
POB 1021, Conakry, Guinea #13024

**Guinea Bissau (Embassy)**
Amb. Nedi Al-Masri
Tel.: 245-224/4902
Fax: 245-201705
E-mail: amb.pal@laricg.cd
P.O. Box 868, Bissau, G. Bissau

**Hungary (Embassy)**
Amb. Khaled Ghazal
Tel.: 36-1-3517975/2360340
Fax: 36-1-4620459
E-mail: dlanf@mentsf.hu
http://hu.palestine.hu
P.O. Box 113, Josefmagri, UT 28-30
H- 1025, Budapest, Hungary

**India (Embassy)**
Amb. Khaled Waiz
Tel.: 91-11-2614666/52789
Fax: 91-11-6614242
E-mail: palestine@palestingwindia.com
D1/27 Vasant Vihar, New Delhi 110057,
India

**Indonesia (Embassy)**
Amb. Riba Awad
Tel.: 62-21-3101031
Fax: 62-21-3100011
3 Diponegoro No. 59
Jakarta 10310, Indonesia

**Iran (Embassy)**
Amb. Salah Zawawi
Tel.: 98-21-2565450
Fax: 98-21-6401513
E-mail: pol@neda.net
Alba 1435-3451, Teheran, Iran

**Iraq (Embassy)**
Tel.: 964-1-7181143/5355368
Fax: 964-1-7181143/5355368
P.O. Box 1122, Baghdad, Iraq

**Ireland (General Delegation)**
Amb. Ali Halimeh
Tel.: 353-1-6683928/8031
Fax: 353-1-3516010
E-mail: gdp@eircom.net
42 Adelaid Road, Dublin 2, Ireland

**Italy (General Delegation)**
Amb. Nemr Hammad
Tel.: 390-6-70055041/8791
Fax: 390-6-7005115
Piazza delle Muse 9 in Limenna, 72
Rome, Italy 00155

**Japan (General Delegation)**
Amb. Walid Siam
Tel.: 813-55-118400
Fax: 813-5511533
http://www.palao-jp.com
Chiyoda House 6F 2 - 17-8, Nagata-
Cho, Chiyoda-ku, Tokyo 100-0014

**Jordan (Embassy)**
Amb. Attalah Khairi
Tel.: 962-6-5677517/563313
Fax: 962-6-5661727/569471
E-mail: palamb@nets.com.jo
P.O. Box 92757, Amman, West Bank,
Jordan

**Kazakhstan (Embassy)**
Amb. Mohammed Tarakhman
Tel.: 7-327-509159551/930294
Tel. & Fax: 7-327-260154/919501
E-mail: plokaz@sovit.kz
10, Jeroduhau, 480059, Almaty

**Korea, Democratic People's**
Republic (Embassy)
Amb. Fayez Al-Abdish
Tel.: 8502-3817/465/817461
Fax: 8502-3817259
P.O. Box 24, Pyong Tong, D.P.R.

**Kuwait (Embassy)**
Amb. Rawhi Fattouh Mohammad Al-
Abed Al-Jaber
Tel.: 965-2-5321463160
Fax: 965-5-326109
E-mail: hammad41@maboob.com
P.O. Box 5363, As-Safaa, Kuwait

**Lebanon (Embassy)**
Amb. Shafiq Al-Hout
Tel.: 961-1-305566/7092
Fax: 961-1-301906
Kornish Al Mazraa', Al Mazraa'
Beirut, Lebanon

**Libya (Embassy)**
Amb. Ibrahim Amish
Tel.: 218-21-3609710/0294
Fax: 218-21-3336161
E-mail: palest@wada@hotmail.com
P.O. Box 2466, Tripoli, Libya

**Malaysia (Embassy)**
Amb. Abdel Aziz Shahin
Tel.: 60-3-4568929/5-6
Fax: 60-3-45611411
P.O. Box 12554, Kuala Lumpur
Theret, 55000, Kuala Lumpur,

**Mali (Embassy)**
Amb. Ahmad Abdul Rahin
Tel.: 222-22528
Fax: 222-22642
E-mail: ambpalemba@thdmaxa.
P.O. box 1951, Bamaco, Mali

**Malta (Embassy)**
Amb. Yaqob Al-Tawil
Tel.: 356-21-370335
Fax: 356-21-370695
Malta

**Mauritania (Embassy)**
Amb. Abud Shafi Shram
Tel.: 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-6/4259/239-4
53993/686

**Mexico (Special Delegation)**
Amb. Fawzi Al-Hasini
Tel.: 52-55-5255-2054
Fax: 52-55-5281/4549/05
E-mail: dpalestine@servicmx.net.mx
Lope de Vega 145, Piso col. Polanco,
Apolo, Postal C-045 CP 06500

**Morocco (Embassy)**
Amb. Anwar
Tel.: 212-37-766048/767331
Fax: 212-37-767166
E-mail: embassda.palestine@laric.net.ma
7 Zanket Souresa, PO Box 387, Rabat

**Mozambique (Embassy)**
Amb. Raida Qassim Sayed Wadi
Tel.: 258-1-484057
Fax: 258-1-486084
PO box 1160, Maputo, Mozambique

**Netherlands (General Delegation)**
Amb. Imad Abdullah
Tel.: 31-70-3617043/3604664
Fax: 31-70-3657847
E-mail: palestina.ned.
Laan Copes Van Cattenburch 72,
2585 EW, The Hague, Netherlands

**Nicaragua (Embassy)**
Amb. George Salameh
Tel.: 505-2-660559/89/60239
Fax: 505-2-660589
E-mail: embpal@ibw.com.ni
Las Colinas, Calle Las Flores #
P.O. Box 5805, Managua

**Nigeria (Embassy)**
Amb. Khalil Faraj
Tel.: 234-9-4135326
E-mail: palestine@hyperia.com
P m B 439 Garki, Abuja, Nigeria

**Norway (General Delegation)**
Amb. Omar Kittmate
Tel.: 47-2-2250547
Fax: 47-2-2256/2339/66647
E-mail: gdkl@online.no
Drammensveien 104, 0271 Oslo

*Index p. 144 ff*

04:000098

0661

**Oman** (Embassy)
Amb. Awni Battash
Tel.: 968-697191/697230
Fax: 968-697257
E-mail: eosopmet@omantel.net.com
Muscat, Oman

**Pakistan** (Embassy)
Amb. Ahmad Abdel Razzak
Tel.: 92-51-2291185/8511
Fax: 92-51-2294703/2291231
9 House No. 486, PO Box 1064,
Islamabad, Pakistan

**Peru** (Special PLO Representation)
Chargé d'Affaires: Walid Ibrahim Al-Mu'aqqat
Tel.: 51-1-221-4241/458740
Fax: 51-1-221-4240
E-mail: palperu@telematic.com.pe
Fracisco de Paula Ugarriza 595, Lima 18, Peru

**Poland** (Embassy)
Amb. Hafez Al-Nimer
Tel.: 48-22-8492122/89126
Fax: 48-22-8567376
E-mail: info@palestyna.pl
http://www.palestyna.pl
02-516 Warszaw Str.,
Ul. Staroscinska 1/7
PO Box 475, Warsaw, Poland

**Portugal** (General Delegation)
Amb. Issam Beseisso
Tel.: 351-21-3621118/3621098
Fax: 351-21-3621095
E-mail: beseisso@yahoo.co.uk
Rua 22 no. 2, Bairro de Belem,
1400 - 383 Lisbon, Portugal

**Qatar** (Embassy)
Chargé d'Affaires: Tahsin Al-Miqati
Tel.: 974-4688272
Fax: 974-4688949
E-mail: palembs@qatar.net.qa
Al-Khalij St., PO Box 138,
Doha 4100616

**Romania** (Embassy)
Amb. Fouad Al-Bitar
Tel.: 40-21-2120306/06
Fax: 40-21-2120307
E-mail: al_bitar@cable.ro
or: palesine@xnet.ro
Str., Alexandrusania Nr. 64
PO Box 314, Bucharest, Romania

**Russian Federation** (Embassy)
Amb. Khairy Naje Al-'Awaidi
Tel.: 7-095-2013682/14340/2378317
2302560
Fax: 7-095-2302083/2012126
E-mail: pna@elnet.msk.ru
pnaam@hotmail.com
Kropotkinsky per 126,
Moscow 11 9034

**Saudi Arabia** (Embassy)
Amb. Mustafa Hashem Al-Sheikh Deeb
Tel.: 966-1-4880738/9
Fax: 966-1-6936407/4880721
E-mail: palemb@nesma.net.sa
PO Box 3589, Riyadh, 11481 KSA

**Senegal** (Embassy)
Amb. Mayyada Bamieh
Tel.: 221-8242462
Fax: 221-8251862
PO Box 3119, Dakar, Senegal

**South Africa** (Embassy)
Amb. Salman Al-Herfy
Tel.: 27-12-3426411-3
Fax: 27-12-3426412
E-mail: palembsa@intekom.co.za
Sudhof Bldg. 472 Walker St., Flat No. 5, Viok St., Sunnyside, Pretoria, PO Box 56021, Arcadia, Pretoria 0007

**Serbia & Montenegro**
Amb. Bader Aqel
Tel.: 938111-3671407/326
Fax: 938111-3671336
E-mail: ambpal@eunet.yu

**Spain** (General Delegation)
Amb. Nabil Ma'rouf
Tel.: 34-91-3453262
Fax: 34-91-3454287
E-mail: embagoda.palestine@mad.servicom.es
20, Avda Pio XII, 28016 Madrid

**Sri Lanka** (Embassy)
Amb. Attalah Qobal'a
Tel.: 941-1-588607/695991
Fax: 941-1-588580/6959920
PO Box 207, 110/10 Wejerman NW,
Colombo 7, Sri Lanka

**Sudan** (Embassy)
Amb. Omar Shalayel
Tel.: 249-11-225476-661/663
Fax: 249-11-224968/1873
Abdel Mun'em Riad St.,
PO Box 2262, Khartoum, Sudan

**Sweden** (General Delegation)
Amb. Augene Makhlouf
Tel.: 46-8-151588
Fax: 46-8-151528
E-mail: e.makhlouf@swipnet.se
or: plo.sweden@swipnet.se
Radmansgatan 48,
113 57 Stockholm, Sweden

**Switzerland** (General Delegation)
Amb. Anis Al-Qaq
Tel.: 41-22-7967660
Fax: 41-22-7967860
E-mail: mission-observer.Palestine@itu.ch
96 Route de Vernier Chatelaine,
Geneve, Case Postal 1828, 1211
Geneva 1

**Syria** (Embassy)
Amb. Mahmoud Al-Khalidi
Tel.: 963-11-3113303/4443524
Fax: 963-11-4443525
Murshed Khater St.,
PO Box 2889, Damascus, Syria

**Tanzania** (Embassy)
Amb. Fariz Mehdawi
Tel.: 255-222150634
Fax: 255-222150636
PO Box 20307, Dar As-Salaam

**Tunisia** (Embassy)
Chargé d'Affaires: Munir Ghannam
Tel.: 216-7-791288/790883/784725
Fax: 216-7-785973/782533
E-mail: mounir.gh@gnet.tn
Ambassade.palestine@caramil.com
17 Rue Ernest Consell,
PO Box 142, 1002 Tunis

**Turkey** (Embassy)
Amb. Fu'ad Yassin
Tel.: 90-312-4360823/24
Fax: 90-312-4377801
E-mail: fouadyasien@hotmail.com
or: empaltr@hotmail.com
Filistin Sok No. 45,
06700 G.P.Pasa, Ankara, Turkey

**Ukraine**
Amb. Walid Zaqout
Tel. & Fax: 380-44-2204210
019101, 12 Fedrova Str., Ap9, Ukraine

**United Arab Emirates** (Embassy)
Amb. Khaled Malak
Tel.: 971-2-4434048/617/652
Fax: 971-2-4434363
E-mail: palestinecons@hotmail.
PO Box 841, Abu Dhabi, UAE

**United Kingdom** (Gen. Delegation)
Amb. Afif Safieh
Tel.: 44-208-5630008/3703245
Fax: 44-208-5630058
E-mail: palestinianuk@aol.com
or: 106323.3367@compuserve.com
http://www.palestinianuk.org
5 Galena Road, Hammersmith,
London, W60LT, United Kingdom

**United States** (PLO Office)
Amb. Hasan Abdel Rahman
Tel.: 1-202-9746278/4636
Fax: 1-202-9746278
E-mail: SH.9950@aol .com
or: Palwash1@ol.com
1730 K Street, NW #1004
Washington DC, 20006

**Uzbekistan** (Embassy)
Amb. Nabil Lahham
Tel.: 99-871-2550266
Fax: 99-871-2531017
E-mail: ldrees@mail.tps.uz
Imam At-Termedi St., House No. 50,
The Index: 700100, Tashkent

**Vatican** (Gen. Delegation)
Amb. Afif Safieh
Contact c/o Gen. Delegation in the UK

**Vietnam** (Embassy)
Amb. Sayyed Al-Masri
Tel.: 84-4-8522947/8524013
Fax: 84-4-9349696
E-Mail: palestine@hn.Vnn.vn
PO Box 73, Hanoi, Vietnam

**Yemen** (Embassy)
Amb. Khalid Al-Sheikh
Tel.: 967-1-264234-8/
Fax: 967-1-264235
E-mail: palembyem@y.net-ye
or: salama@y.net.ye
PO Box 185, San'aa, Yemen

**Yugoslavia** (Embassy)
Ab.: Bader 'Aqel
Tel.: 381-11-3671407/0721
Fax: 381-11-3671336
E-mail: ambpal@eunet.yu
Magiajska 14, Belgrade 11000

**Zimbabwe** (Embassy)
Amb. Yousef Rajab
Tel.: 263-4-794330
Fax: 263-4-794331
E-mail: alman@icon.co.zw
1 Fairbridge Avenue Belgravia,
PO Box 3817, Harare, Zimbabwe

## REPRESENTATION IN INTERNATIONAL BODIES

**League of Arab States**
Sec. Gen.: Amr Mousa
Tel.: 202-575-0511/2956
Fax: 202-574-0331
PO Box 11642
Al-Tahrir Square, Cairo, Egypt

***Palestine Permanent Mission (Arab League)***
Amb. Mohammed Sbeih
Tel.: 20-2-3364732/ 3384762-3
Fax: 20-2-3602996
E-mail: pales_al@intouch.com
33 An-Nahda Street, Dokki
Cairo, Egypt

**Organization of the Islamic Conference** (Permanent Mission)
Amb.: Mustafa Theib
Tel.: 966-2-6800800/800128
Fax: 966-2-6873558/6673568
PO Box 1255, Jeddah 21431
Saudi Arabia

**United Nations**
(Permanent Observer Mission)
Amb. Nasser Al-Kidwa
Tel.: 1-212-288-8500/ 2499162
Fax: 1-212-517-2377
E-mail: mission@palestine-un.org
bulletin@palestine_un.org
115 East 65th Street
New York, NY 10021, US
***Geneva Office:***
Amb. Nabil Al-Ramlawi
Tel.: 41-22-7967660
Fax: 41-22-7967860
E-Mail: mission-observer.
Palestine@itu.ch
96 route de Vernier, Case postale
1828, 1211 Geneva 1, Switzerland

**UN Office & International Organizations** (Permanent Mission)
Amb. n.a.
Tel.: 43-1-4088202/3
Fax: 43-1-4088117
Josefgasse 5, 1080 Vienna, Austria

*Index p. 144 ff*

**UNESCO** (Permanent Observer)
Amb. Ahmad Abdel Razeq
Tel.: 33-1-45683342/339
Fax: 33-1-45683340/5675
E-mail: d.palestine@unesco.org
1, Rue Miollis 75015, Paris, France

## PALESTINIAN AUTHORITY

## PRESIDENT'S OFFICE

**President:** ........
Tel.: 08-2824670/1/2/41028/038
02-2981370-2
Fax: 08-2822365/6
http://www.p-p-o.com/
Central: Tel.: 08-2841028/38

**Sec. Gen.:** Tayyeb Abdul Rahim
Tel.: 08-2824171
Fax: 08-2824604
**Dep. Sec. Gen.:** Dr. Ramzi Khoury
Tel.: 08-2824670/1/02-2981370
Fax: 08-2822365
**Advisor:** Nabil Abu Rudeineh
Tel.: 08-2825154/2981370-7
Fax: 08-2822365/2822367
**Economic Advisor:** Khaled Salam

Protocol Office:
Dir.: Akram Al-Sakaa, Wafik Abu Sido
Tel.: 08-2824064/5
Fax: 08-2825092
Ramallah: Dir.: Nivin Sarraj
Tel.: 02-2959929-8/2981370-2

President's Office, Jericho:
Dir. Gen.: Dr. Sami Musallam
Tel.: 02-2321241/2 / 059-207425
Fax: 02-2321291

President's Office, Ramallah:
Dir.: Imad Nahhas
Tel.: 02-2959929-8/2981370-2
Fax: 08-2822365

Planning Center (OPPC):
Dir.: Sulafa El-Hijawi
Tel.: 08-2820725
Fax: 08-2847055/2829594
E-mail: oppc@palnet.com
http://www.oppc.pna.net
Naima Bldg., Rimal, PO Box 4058,
Gaza

National Institution Office:
**Gen. Sec.:** Samir Shehadah
Tel.: 02-2986323-4
Fax: 02-2986322
Irsal St., Irsal Bldg., 3rd fl.,
PO Box 1752, Ramallah
Jericho: Dir.: Wa'el Nathief
Tel. & Fax: 02-2321411
School St., Jericho

Press Office:
Head: Mohammed Edwan
Tel.: 08-2821090
Fax: 08-2824777
E-mail: al_edwan@hotmail.com

President's Archives:
Dir. Gen.: Yousef Issa
Tel.: 08-2829451-2/6081
PR: Dir. Gen.: Said Zahran
Dir. Gen. Fayez Az-Zakhari

## MINISTRIES

**▶ PRIME MINISTER'S OFFICE**
**Prime Minister:** Ahmed Qrei'a
Tel.: 02-2950970
Fax: 02-2950979
E-mail: diwan@pmo.gov.ps
http: //www.pmo.gov.org
Al-Masyoun, PO Box 2466, Ramallah
**Bureau Chief:**
Min. Dr. Hassan Abu Libdeh
Tel.: 02-2950970
E-mail: cs-bc@pmo.gov.ps
Gaza Office:
Tel.: 08-2822129/139/2826890
Fax: 08-2822159

**▶ CABINET OFFICE**
**Gen. Sec.:** Minister Dr. Hassan Abu Libdeh
Tel.: 02-2950970
Fax: 02-2950979
E-mail: cs-bs@pmo.gov.ps
http: //www.pmo.gov.ps
Al-Masyoun, PO Box 2466, Ramallah
Gaza:
Tel.: 08-2822129/139/2826890
Fax: 08-2822159

**▶ MINISTRY OF AGRICULTURE**
**Minister:** Ibrahim Abu Naja
Tel.: 02-2961091-2 /1280
Fax: 02-2961212
E-mail: moa@planet.edu
PO Box 197, Ramallah
Gaza Office:
Tel.: 08-2830899/899/305
Tal El-Hawa, Beirut St.,
PO Box 4014, Gaza
**Deputy:** Azzam Tbaileh
Tel.: 02-2961080-7
Fax: 02-2961212
**Ass. Deputy:** 'Atta Abu Karsh
Tel.: 08-2866590
Fax: 08-2863926
**Planning and Policies Dept:**
Dir. Gen. Shaker Judeh
Tel.: 02-2961080-7
Fax: 02-2961212
Dir. General Admin. of Projects:
Head: Zakaria Salawdeh
Tel. & Fax: 02-2406029
Mobile: 0522-359903
Palestinian National Agricultural Research Center (Jericho):
Dir. Gen.: Dr. Ali Fahfta
Tel.: 02-2322425
Fax: 02-2321280
Central Veterinary Lab:
Dir. Gen.: Dr. Ibrahim Al-Akhras
Tel.: 08-2840017/ 059-779705
Extension & Development:
Dir. Gen.: Abdullah Lahluh

04:000099

Tel.: 059-742403
Fax: 02-2961212
Dir. Gen.: Mahmoud Husain
Tel.: 02-2961080-7
Fax: 02-2961212
Finance & Administration:
Dir. Gen.: Unis Jadouh
Tel.: 02-2961080
Fax: 02-2961212
Marketing:
Dir. Gen.: Gabriel Abu Ally
Tel.: 08-2829447
Fax: 08-2862909
Soil & Irrigation:
Dir. Gen. Mohammed Al-Shahbary
Tel.: 02-2961080-7
Fax: 02-2961212
Forestry, Range Land & Wild Life:
Dir. Gen.: Addel Abu Ayash
Tel.: 02-2961080-7
Fax: 02-2961212

### ▶ MINISTRY OF CIVIL AFFAIRS

Minister: Jamil Tarifi
Tel.: 02-2987336-9/452-4/
Fax: 02-2987335/7451
Al-Bireh/Um Al-Sharayt, PO Box 2074, Ramallah
Gaza:
Tel.: 08-2827856/9647/49
Fax: 08-2829648
Al-Nasir St., Gaza
Asst. Dep., Ramallah: Zuheir Khalaf
Asst. Dep., Gaza: Abdul Nasser Al-Sarraj
Tel.: 08-2827846/41595
Fax: 08-2827846
Dir.s Gen. West Bank: Hisham Abu Mariam, Ayman Qandil, Adeeb Abu Khalil, Fakhreddin Al-Deek
PR: Dir.: Riham Barghouthi
PA Civil Affairs Offices:
Abu Dis: Tel.: 02-2799520
Fax: 02-2797920
Allenby Bridge: Tel.: 02-2943395
Bethlehem: Tel.: 02-2770590/65305
Fax: 02-2770591
Deir Al-Balah: Tel.& Fax: 08-2531517
Gaza: Tel.: 08-2894049/2822333
08-2829050/2829649-647
Hebron: Tel.: 02-2226420/2258558
Fax: 02-2226421
Jabalia: Tel. & Fax: 08-2479570-1
Jenin: Tel.: 04-2501555/2431642
Fax: 04-2501565
Jericho: Tel.: 02-2321448
Fax: 02-2321030
Khan Younis: Tel. Fax: 08-2054574
Nablus: Tel.: 09-2384404/2391650
Fax: 09-2384405
Qalqilya: Tel.: 09-2942755
Fax: 09-2942757
Rafah: Tel. & Fax: 08-2145773
Ramallah: Tel.: 02-2986512
Fax: 02-2986513
Tulkarem: Tel.: 09-2674084/5
Fax: 09-2674085
Salfit: Tel.: 09-2515688
Fax: 09-2515658

### ▶ MINISTRY OF CULTURE & ARTS

Minister: Yahia Yakhlef
Tel. & Fax: 02-2981030
Deputy Asst.: Ali Al-Khalili
Tel.: 02-2963630
West Bank:
Tel.: 02-2986205/6
Fax: 02-2986204
E-mail: moc@moc.gov.ps
http://www.moc.gov.ps
Ar-Rayan Bldg., Irsal St., PO Box 147, Ramallah
Gaza: Tel.: 08-2824860/70/7252
Deputy Asst.: Ahmed Dahbour
Tel.: 08-2824850/60/70/8615
Fax: 08-2824860
Mustafa Hafez St., PO Box 4004, Rimal, Gaza
Director Generals:
- Cultural Dev.: Arab Al-Batran
- Finance & Admin.: Moh'd Al-Khalili
- Books General Commission: Mahmoud Shuqeir
- Project & International Relations Dept.: As'ad El-As'ad
- Library Dept.: Sami Betrawy
- Public Communication: Fayes Serssawi
- Literature & Publishing: Ghassan Zaqtan
- Advisor to the Minister: Moh'd Batrawi, Liana Badr

West Bank Offices:
Tulkarem: 09-2672733
Hebron: 02-2226757/19372
Janin: 04-2435866
Nablus: 09-2384790
Qalqilya: 09-2945585
Salfit: 09-2515920
Bethlehem: 02-2741524
Gaza Offices:
North Gaza: 08-2453262
Central Gaza: 08-2554210

### ▶ MINISTRY OF DETAINEES & EX-DETAINEES AFFAIRS

Minister: Hisham Abdel Razzeq
Tel.: 08-2844428
Fax: 08-2847148
E-mail: edrp@palnet.com
Beirut St., near Al-Aqsa UN
Gaza:
Office Dir.: Mu'ath Al-Henefi
Tel.: 08-2847148
Fax: 08-2847158/68
West Bank:
Office Dir: Shukri Salameh
Tel.: 02-2963721
Fax: 02-2963722
Deputy Minister: Radi Jarai
Tel.: 02-2980032-3
Fax: 02-2963722
E-mail: rjarai@hotmail.com
Irsal St., Shalash Bldg, Ramallah
Dep. Assistant: Zeyad Abu Ein
Tel.: 02-2980032

Ex-Detainees Rehabilitation Program:
Deputy Gen. Dir.: Azzam Imlieh
Tel.: 02-2980032/3
Fax: 02-2963722
E-mail: azzam_ir@hotmail.com
Irsal St., Shalash Bldg, Ramallah
(services, incl. health insurance, loans, job search assistance, education, vocational training, psychological counseling)

Coordinators:
Vocational Training: Moh'd El-Batah
Loans: Mohamed El-Fuqayat
Education: Mutasem Yassein
Psychological Guide: Wedad Khader
Job & Employment: Khaled Hamad
Media: Nael Khaleel
Tel.: 059-775550
PR: Khulod Nijem Siam
E-mail: radijr@hotmail.com

Coordinators – Gaza:
Tel: 08-2828979/47468
Vocational Training: Sabir El-Hwajreh
Education: Attef Murl
Job & Employment: Abed Rabbo El-Qara
Loans: Yahya Abdul Karim

District Offices:
Bethl.: Dir.: Ibrahim Najajreh
Tel. & Fax: 02-2741642
Hebron: Dir.: Munqith Abu 'Atwan
Tel.: 02-2226423
Fax: 02-2213993
Jenin: Dir.: Nathmi Abdel-Ghafour
Tel. & Fax: 04-2501184
Jericho: Nibal Taqash
Tel. & Fax: 02-2961714
Jerusalem: Dir.: Samar Abdel Lateef
Tel. &Fax: 02-2961714
Nablus: Dir.: Abdul Rahman Daoud
Tel. & Fax: 09-2374125
Qalqilya: Dir.: Salah Ghanayem
Tel.: 09-2942587
Ramallah: Dir.: Mohammad Ba'lusheh
Tel. & Fax: 02-2961713
Tubas: Dir.: Mohammad Salahat
Tel. & Fax: 09-2573208
Tulkarem: Dir.: Atef 'Atta
Tel. & Fax: 09-2676691
Gaza: Dep. Gen. Dir.: Moh'd Al-Tlouli
Tel. & Fax: 08-2847168
E-mail: mo_tal@hotmail.com

District Centers:
Gaza: Dir.: Yahya Abdul Karim
Tel. & Fax: 08-2847158
Jabalya: Dir.: Ahed Al-Tayeb
Tel. & Fax: 08-2473766
Khan Younis: Dir.: Khalil Abu Tuaymeh
Tel. & Fax: 08-2054965
Deir Al-Balah: Dir.: Moh'd Alnweri
Tel. & Fax: 08-2531608
Rafah: Dir.: Fuad Hasuneh
Tel. & Fax: 08-2137584

### ▶ MINISTRY OF EDUCATION & HIGHER EDUCATION

Minister: Naim Abu Hummos
Tel.: 02-2983256/7
Fax: 02-2983222
E-mail: nhommos@hotmail.com
PO Box 576, Ramallah

PASSIA

Dep. Min. Gaza: Dr. Abdallah Abdel-Mun'em
Tel.: 08-2865200
Fax: 08-2865909
Al-Whdeh & Al-Yarmouk St. Intersection, PO Box 435, Gaza
Asst. Dep. Min. for Gen. Education:
Jihad Zakarneh
Tel.: 02-2983291
E-mail: Zakarna@palnet.com
Gaza: Zainab Al-Wazeer
Tel.: 08-2865200
Fax: 08-2865909
Asst. Dep. Min. for Higher Education: Hisham Kuhail
Tel.: 02-2982600-12
Fax: 02-2987832 / 2954518
Asst. to the Minister:
Mohammed Odeh
Tel.: 02-2983257
Asst. to the Min. for Financial Policies: Abdel Karim Al-Zugheir
Tel.: 02-2983231
Advisors:
Lucia Hijazi: Tel.: 2983268
Dr. Gabi Baramki: Tel.: 02-2982604
Mowafaq Yassin: Tel.: 02-2983207
Gen. Sec. of Educational Committee:
Dir. Gen.: Zeinab Habash
Tel.: 02-2983258
Legal Advisor:
Dir.: Khairi Hanoun
Tel.: 02-2983256
Dir. Generals:
-Gen. Directorate of International & Public Relations
Dir. Gen.: Basri Saleh
Te.: 02-2983254/059-778320
Fax: 02-2983299
E-mail: basrimoe@palnet.com
-Gen. Directorate of Planning & Dev.
Dir. Gen.: Rema Khader
Tel.: 02-2983290
-Gen. Directorate of Training & Supervision:
Dir. Gen.: Dr. Ghazi Abu Sharkh
Tel.: 02-2983255
-Gen. Directorate of University Education
Dir. Gen.: Dr. Jamal Hussain
Tel.: 02-2982610
-Council of Scientific Research
Dr. Abdel Salam Shalbb
Tel.: 02-2982641/615
-Gen. Directorate of Finance Affairs:
Dir. Gen.: Mohammad Diewan
Tel.: 02-2983225
-Director of Development & Quality Assurance Commission:
Dr. Labib Arafeh
Tel.: 02-2982658
-Gen. Directorate of Administrative Affairs:
Dir. Gen. Azzam Abu Baker
Tel.: 02-2983292
-Gen. Directorate of Buildings & Projects:
Dir. Gen. Eng. Fawaz Mujahed
Tel.: 02-2983252

Index p. 144 ff

-Curriculum Development Center: Dr. Salah Yasin
Tel.: 02-2406174
Fax: 02-2401550
E-mail: pcdc@palnet.com
PO Box 719, Ramallah
-Gen. Dir. of Educational Activities & Students' Affairs:
Dir. Gen.: Muntaha Jarar
Tel.: 02-2983251
-Gen. Directorate of Educational Technology:
Dir. Gen.: Subhi Al-Kayed
Tel.: 02-2969380-1
Fax: 02-2969388
-Gen. Dir. of General Education:
Asst. Dir. Gen.: Elham Abdul Qader
Tel.: 02-2983205
-Gen. Directorate of Technical & Vocational Education:
Dir. Gen.: Jamil Abu Sa'da
Tel.: 02-2983235
-Gen. Directorate of Text Books & Educational Publications:
Dir. Gen. Asst.: Nihad Abu Gozaleh
Tel.: 02-2406174
-Gen. Directorate of Supplies:
Dir. Gen.: Hassan Sarsour
Tel.: 02-2983284
-Gen. Directorate for Exams:
Dir. Gen. Mefleh Al-Zer'ae
Tel.: 09-2673333
-School Health & Counseling Center:
Dr. Mohammed Al-Rimawi
Tel: 02-2983237/76
-Assessment & Evaluation Center: Ola Al-Khalili
Tel.: 02-2406174
-Gen. Directorate of District Administration:
Acting Dir. Gen.: Ali Manasra
Tel.: 02-2983271
-Personnel & Registration Office:
Dir.: Sudqi Abu Safat
Tel.: 02-2983200
-Scholarship & Grants Office:
Dir. Anwar Zakaria
Tel.02-2982655

District Offices:
Bethlehem: Dir.: Abdallah Shakarneh
Tel.: 02-2741271
Fax: 02-2744392
Gaza: Dir.: Ali Abu Assamak
Tel.: 08-2829206/6912
Fax: 08-2865300
Hebron: Dir.: Mohammed Omran
Tel.: 02-2227862
Fax: 02-2228990
Jenin: Dir.: Tharwat Abu Zaid
Tel.: 04-2501356
Fax: 04-2503503
Jericho: Dir.: Moh'd 'Awaidatt
Tel. & Fax: 02-2321278
Jerusalem: Dir.: Abdul Muhsen Jaber
Tel.: 02-6276514
Fax: 02-6283476
Jlem Suburbs: Dir.: Faleq Abu Salem
Tel.: 02-2348627
Fax: 02-2344455
Khan Younis: Dir.: Walid Mekheimer
Tel.: 08-2067716
Fax: 08-2051172

PASSIA

Nablus: Dir.: Juman Qaraman
Tel.: 09-2380034
Fax: 09-2389495
North Gaza: Dir.: Ismail Al-Jumasi
Tel.: 08-2473130
Fax: 08-2472550
Qabatia: Dir.: Mohammad Salameh
Tel.: 04-2512601
Fax: 04-2522604
Qalqilya: Dir.: Khalil Abu Lebdeh
Tel.: 09-2943094
Fax: 09-2942415
Ramallah: Dir.: Mosa Al-Haj
Tel.: 02-2956455
Fax: 02-2956456
Salfit: Dir.: Wajeeh Ameen
Tel. & Fax: 09-2395664
South Hebron: Dir.: Khalil Tmeizi
Tel.: 02-2282773
Fax: 02-2282360
Tulkarem: Dir.: Jamal Tareef
Tel.: 09-2671153
Fax: 09-2671038
Rafah: Dir.: Said Harb
Tel.: 08-2140222
Fax: 08-2140125

### ▶ MINISTRY OF FINANCE

Minister: Dr. Salam Feyyad
Tel.: 02-2400650
Fax: 02-2400595
E-mail: mofoud@palnet.com
http://www.mof.gov.ps
Sateh Marhaba, Al-Bireh
PO Box 795, Ramallah
Gaza:
Tel.: 08-2826188
Fax: 08-2820696
Beirut St., Tel Al-Hawa, PO Box 4007
Deputy Min.: Dr. Atef Alawneh
Tel.: 02-2400372
Fax: 02-2405880
E-mail: mofdep@hally.net
Director Generals:
- Income Tax & Property General Directorate:
West Bank: Jihad Zamari
(Acting) Tel.: 02-2407111
E-mail: jehadzamari@hotmail.com
Gaza: Bayyan Abu Shaban
Tel.: 08-2822408
- General Directorate for Payroll:
Mustafa Diab
Tel.: 02-2409398
Fax: 02-2401333
E-mail: payroll-palestine@hotmail.com
- Legal Department
Gaza: Nader Al-Banna
Tel. & Fax: 08-2844499
E-mail: nadersb@hotmail.com
Mr.nadersb@yahoo.com
West Bank: Nadeem Al-Barahmi
Tel. & Fax: 02-2406887
- General Directorate of Pension
Khawla Shahrour
Tel.: 02-2967814
Fax: 02- 2967861
- Property Tax General Directorate:
Hassan Al-Khatib
Tel. & Fax: 02-2407110
E-mail: ayman-haw@yahoo.com

04:000100

- **Directorate of Revenue & Local Government Affairs:**
  Gaza: Jawed Al-Baz
  Tel. & Fax: 08-2838998
  West Bank: Yousef Al-Zumor
  Tel. & Fax: 02-2400975
  E-mail: revmof@palnet.com
- **Budgetary Affairs:** Feraid Ghanam
  Tel.: 08-2825942
  Fax: 08-2825255
  E-mail: budjetmof@hotmail.com
  or: budjetmof@yahoo.com
- **Gen. Directorate for Admin.:**
  Basel Ar-Ramahi
  Tel.: 02-2404794
  Fax: 02-2404140
- **Gen. Directorate for Customs & VAT:**
  Gaza: Mohammed Issa
  Tel.: 08-2825733
  West Bank: Hatem Yousef
  Tel.: 02-2402638
  Fax: 02-2402639
  E-mail: trs-gtmof@palnet.com
- **International Relations Dept.:**
  Mazen Jadallah
  Tel.: 02-2951234
  Fax: 02-2951231
  E-mail: mofrid@palnet.com
  Fadialhamad@yahoo.com
- **International Control Directorate:**
  Gaza: Khalil Naqah
  Tel.: 08-2829423
  Fax: 08-2860568
  West Bank: Mona Al-Masri
  Tel. & Fax: 02-2406869
  E-mail: commof@p-ol.com
- **General Supplies Directorate:**
  Mousa Al-Wazir
  Tel.: 02-2967712
  Fax: 02-2967713
  E-mail: gsd@mof.gov.ps
- **Computer & Is Directorate:**
  Gaza: Mahmoud Al-Haj
  Tel. & Fax: 08-2812959
  West Bank: Suleiman Amarni
  Tel. & Fax: 02-2406201
  E-mail: mofcomp@p-ol.com
- **General Petroleum Corporation:**
  Mahmoud Al-Bader
  Tel: 02-2404988
  Fax: 02-2404003
  E-mail: gpc@palnet.com
- **Public Tobacco Authority:**
  Ahmad Al-Aghe
  Tel.: 02-2987560
  Fax: 02-2987507
  E-mail: tobaccogaza@hotmail.com
- **Gen. Directorate for Treasury:**
  Iseid Al-Qedrah
  Tel.: 08-2830388
  West Bank: Ahmad Al-Sabbah
  Tel.: 02-2408363
  Fax: 02-2407576
- **Gen. Directorate for Studies & Research:**
  Abla Al-Nashashibi
  Gaza:
  Tel.: 08-2821389
  Fax: 08-2830422
  West Bank:
  Tel.: 02-2952901
  Fax: 02-2954244
  E-mail: abla@palnet.com

- **The Higher Commission for Investment & Finance:**
  West Bank: Dr. Maher Al-Kurd
  Tel. & Fax: 02-2987850
  Gaza: - Public Relation Dept:
  Mohannad Al-Jaouni
  Tel.: 02-2408927
  Fax: 02-2409913

**▶ MINISTRY OF FOREIGN AFFAIRS**

**Minister:** Dr. Nabil Sha'ath
Tel.: 08-2845040
Fax: 08-2868971
E-mail: mofa@gov.ps
http://www.mofa.gov.ps
PO Box 4017, Gaza City
West Bank:
Tel.: 02-2405040
Fax: 02-2403772
Al-Balu', Al-Bireh, PO Box 1336, Ramallah or PO Box 54319, J'lem
**Dep. Min.:** Amb. Abdullah Abdullah
Tel.: 02-2409979
E-mail: abdullahdm@palnet.com
**Asst. Dep. Min.:** Majdi Khaldi
Tel.: 08-2822483 - Gaza
02-2402172 - Ramallah
**Asst. Dep. Min., Gaza:**
Said Al-Qudreh
Tel.: 08- 2827828- Gaza
02-2983927- Ramallah
E-mail: squdreh@gov.ps
**Asst. Dep. Min., Ramallah:**
- Amb. Hussein Abdel Khaleq
  Tel.: 02-2409019
- Ilan Halevi
  Tel.: 02-2405040

**President of the Diplomatic Institute:** Amb. Nabil Ramlawi
Tel.: 08-2827054

**▶ MINISTRY OF HEALTH**

**Minister:** Dr. Jawad At-Tibi
West Bank:
Tel.: 02-2408190
Fax: 02-2408979
Gaza:
Tel.: 08-2829301-3/153/4
Fax: 08-2826325/295
E-mail: mohgaza@palnet.com
E-mail: moh@palnet.com
http://www.moh.gov.ps
Abu Khadra Bldg., PO Box 1005 or PO Box 5001, Gaza
**Acting Dep.:** Dr. Anan Al-Masri
Tel.: 09-2384771-6
Fax: 09-2384777
PO Box 14, Nablus
Ramallah:
Tel.: 02-2407743
Fax: 02-2407742
E-mail: panmoh@palnet.com
**Director Generals:**
- Gaza: Dr. Abdel Rahim Barqawi
  Tel.: 08-2829173/74
- West Bank: Dr. Fahed As-Said
  Tel.: 09-2384771-6
  Fax: 09-2384777

**Finance & Administration**
Gen. Dir.: Theib Abu Al-Fedel
Tel. & Fax: 02-2407791

Tel. & Fax: 09-2382870
**Pharmacy Dir.:** Rania Shahin
Tel.: 09-2386410
Fax: 09-2384777
**Gen. Hospitals Directorate**
Dr. Mousa Abu Hmaid
Tel. & Fax: 02-2402161
Tel. & Fax: 09-2384740
**Emergency & Medical Services**
Gen. Dir.: Dr. Mohammad 'Edah
Tel.: 02-2402740
**Pharmaceuticals Inspector Dep.**
Dir.: Dr. Ghaida Al-Khaldi
Tel.: 09-2384773
Fax: 09-2384777
**Health Promotion & Education Directorate**
Gen. Dir.: Dr. Zahera Habash
PR.: Dr. 'Omar An-Nasr
Tel.: 09-2336464
Fax: 09-2336466
**Primary Health Dir.:**
West Bank: Dr. Nadim Tobasi
Tel.: 02-2957931
Fax: 02-2955765
Gaza: Dr. Abdel Jaber At-Tibi
Tel.: 08-2862165
Fax: 08-2864230
- **Preventive Medicine:**
  Dr. Iyad 'Arafah
  Tel.: 02-2957392-3
  Fax: 02-2955657
- **Health Information Center:**
  WB: Omar Abu 'Arqoub
  Tel.: 09-2393380
  Fax: 09-2393381
  E-mail: omarhmis@hotmail.com
  or: hmis@moh3.com
  Gaza: Dr. Riyad 'Awad
  Tel. & Fax: 08-23833044
  E-mail: riyadawad@hotmail.com
- **Dental Health Directorate:**
  Tel. & Fax: 02-2989388
  WB: Dr. Raji Musleh
  Tel. & Fax: 02-2989388
  Gaza: Dr. Saqer Abu Qumboz
  Tel. & Fax: 08-2825782
- **International Cooperation**
  Gaza: Dr. Majed Abu Ramadan
  Tel.: 08-2838699
  Fax: 08-2826325
  WB: Dr. Qasim Al-Maani
  Tel.: 09-2387275
  Fax: 09-2394777
- **Woman's Health Directorate**
  WB: Gen. Dir. Wijdan Siam
  Tel.: 02-2408054
  Fax: 02-2408045
  Nablus: 09-2392577
  Gaza: Dr. Dina Abu Shaban
  Tel.: 08-2822869
  Fax: 08-2848544
- **Psychiatric Dept.**
  Gaza: Dr. Ayesh Samour
  Tel. & Fax: 08-2822748
  WB: Dr. Basim El-Ashhab
  Tel. & Fax: 02-2987146
- **Purchasing Dept.**
  WB: Abdul Nasser Al-Fari
  Tel.: 09-2384771-6
  Fx: 09-2384777
  Gaza: Tel.: 08-2827634
  Fax: 08-2824607

- **Laboratory & Blood Bank:**
  WB: Wathiq Gaber
  Tel.: 09-2384771-6
  Fax: 09-2384777
  Gaza: Rand El-Khudari
  Tel. & Fax: 08-2840066
- **Finance**
  Gaza: Suheil Hammad
  Tel.: 08-2829179
  Fax: 08-2826118
  WB: Mohammed El-Atlani
  Tel. & Fax: 09-2370438
- **Engineering & Maintenance**
  WB: Mohammed Abu Ajamieh
  Tel. & Fax: 02-2957933
  Gaza: Radwan El-Khudari
  Tel.: 08-2827721
  Fax: 08-2864109

**▶ MINISTRY OF INFORMATION**

**Minister:** Ahmed Qrei'a (Abu 'Ala)
Tel.: 02-2954044
Fax: 02-2954043
E-mail: minfo@gov.ps
minfo@minfo.gov.ps
http://www.minfo.gov.ps
**Dep. Min.:** Dr. Ahmed Suboh
Tel. & Fax: 02-2986466
E-mail: asoboh@minfo.gov.ps
End of Al-Irsal St., Al-Bireh
PO Box: 224, Ramallah
**Advisors to the Ministry:**
Ramallah: Mohammad Sulaiman
Tel.: 059-549956
Tel.: 02-2954044/42
Fax: 02-2954043
Gaza: Sa'ad Bseisso
Tel.: 08-2824925/6200/1672
Fax: 08-282492
An-Naser St., PO Box 5195, Gaza
**Dir. Gen.**
- **Financial & Admin. Affairs:**
  Ibrahim Sajdiyeh
  Tel.: 02-2965585/059-348958
  E-mail: I-sajdeyeh@yahoo.com
- **Media Production:**
  Mohanned Abdul Hamid
  Tel.: 02-2965584/059-617595
  E-mail: mohanned_t@yahoo.com
- **Press & Printed Materials:**
  Hani Al-Masri
  Tel.: 02-2965586/059-665000
  E-mail: hanimasri267@hotmail.com
- **Directorate of External Information:** Clemance Khors
  Tel.: 02-2988040/ 059-671599
  E-mail: mol-klemance@minfo.com
- **PR:** Dr. Sa'ada Al-Khatib
  Tel.: 02-2965586
  E-Mail: saadakhatib@hotmail.com
- **South Directorate Office:**
  Yacoub Shaheen
  Tel.: 02-2675115

**District Offices:**
Beth.: Tel. & Fax: 02-2765115
Al-Jabal St.
Hebron: Telefax: 02-2226938/17308
Shalalah St., Natsheh Bldg.
Nablus: Tel. & Fax: 09-2384024
Sa'addin Bldg., Adel St.
Jenin: Tel.: 04-2430138

**▶ MINISTRY OF THE INTERIOR**

**Minister:** Hakam Bal'awi
Tel.: 02-2409873-4
Fax: 02-2409872
West Bank
Tel.: 02-2409874-6
Fax: 02-2409870-1
Al-Irsal St., PO Box 641
Gaza:
Tel.: 08-2829183/185/188/460
Fax: 08-2840165
An-Nasser St., Gaza
**Dep. Min.:** Ahmad Said Tamimi
Tel. & Fax: 02-2409248
**Asst. Dep.:** Dr. Moh'd Yassin
Tel.: 02-2409246
**Dir. Gen., WB:** Dr. Moh'd El-Rifa'ei
Tel.: 02-240249
- **Control Dept.**
  Dir.Gen.: Wasef Erekat
  Tel.: 02-22409207

**Licensing Dept.:**
Acting Dir. Gen.: Moh'd Abu Hiljeh
Tel.: 02-2409242
**Dep. Civil Affairs:**
Gaza: Dir. Gen.: Hisham Desuqi
Tel.: 08-2863800/4084
Fax: 08-2829470
WB: Dir. Gen.: Hassan 'Alawi
Tel.: 02-2409564
- **Passport & Naturalization:**
  Dir.Gen.: Said Rimoni
  Tel. & Fax: 02-2409224/9873
- **Legal Dept.**
  Gaza: Dir. Gen.: Omran Odeh
  Tel.: 08-2829188
- **Political Dept.:**
  Dr. Gen.: Taha Fageeh
  Tel.: 02-2409246
- **Public Relation Dept.**
  Dir. Gen. Nidal Amro
  Tel.: 02-2409201

**West Bank Offices:**
Abu Dis: 02-2799074
Bethl.: Tel.: 02-2770745
Dura: Tel.: 02-2280013
Hebron: Tel.: 02-2227634
Jenin: Tel.: 04-2438312
Jericho: Tel.: 02-2322230
Nablus: Tel.: 09-2398606
Qalqilya: Tel.: 09-2942754
Ar-Ram: 02-2347511
Ramallah: Tel.: 02-2955883
Salfit: Tel.: 09-2515656
Tulkarem: Tel.: 09-2674090

**▶ MINISTRY OF JUSTICE**

**Minister:** Nahed Ar-Rayyes
Tel.: 08-2836993/2822927
Fax: 08-2829286/197
**Dep. Min.:**
Advisor Farouk Abu Al-Rub
Tel.: 02-2987662
Fax: 02-2954615
**Deputy Min.:** Farid Al-Jallad
Tel.: 02-2409471
Fax: 02-2409472
**Asst. Dep. Min.:** Hassan Abu Libdeh
Tel. & fax: 08-2825286
**Gen. Dir. of Min.:**
Dr. Hanna Abu Helanah
Tel. & Fax: 02-2980091

**Dir. Gen.:** Yahya Shourouro
Tel. & Fax: 08-2845432/059-417667
**Bureau of Fatwa & Legislation:**
Ibrahim Al-Daghma
Tel.: 08-2822927/9118
Fax: 08-2829197
Hussein Abu 'Asle
Tel.: 08-2846107
Fax: 08-2824502
**Forensic Medical Center**
Gen. Dir. Dr. Jalal El-Jabri
Tel.: 02-2770404
Fax: 02-2770492

**▶ MINISTRY OF LABOR**

**Minister:** Ghassan Al-Khatib
Tel.: 02-2409585/82
Fax: 02-2409580
E-mail: mlabour@p-ol.com
Ramallah:
Tel.: 02-2982800
Fax: 02-2982801
http://www.mol.gov.ps
Main St., Al-Irsal, PO Box 350
Gaza:
Tel.: 08-2829129/30/46
Fax: 08-2864300
Abu Khadra, PO Box 4021
**Asst. Dep. Min.:** Moh'd Sabbah
Tel.: 02-2982800
**Dir. Gen.:** Ahmad Abu Shaweesh
Tel.: 08-2863919/4756
Fax: 08-2822406
**Director Generals:**
- **Admin. & Financial Affairs:**
  Badia' Abu Jbeen
  Tel.: 08-2829147
- **Cooperatives:** Bassem Qaddoura
  Tel. & Fax: 02-2982822
- **Labor Policy Committee:**
  Mohammad Abu Shama'
  Tel.: 02-2982800
  Fax: 02-2982801
- **Arab & International Cooperation & Public Relations:** Assef Sa'eed
  Tel. & Fax: 02-2982819
- **Labor Inspection & Protection:**
  Ahmed Nejim
  Tel. & Fax: 02-2982813
- **Interior Monitoring & Inspection:** Kayed Al-Ghoul
  Tel.: 02-2982800
  Fax: 02-2982801
- **Labor Relations:** Riad Jubran
  Tel.: 02-2982815
- **Planning & Policies:**
  Ghazi Al-Khalil
  Tel.: 02-2982808
- **Social Insurances:**
  Taher An-Natsheh
  Tel.: 02-2982800
  Fax: 02-2982801
- **Vocational Training:**
  Dr. Salah el-Zarou'
  Tel.: 02-2982817
- **Employment:** Hussein El-Abed
  Tel.: 02-2982811

**District Offices:**
Coordinator: Ghazi Salameh
Tel.: 02-2982800
Fax: 02-2982801

Index p. 144 ff

04:000101

**Offices:**
Bethlehem: Head: Yassin Radi
Tel. & Fax: 02-2742557
Dura: Amin Al-Mtur
Tel.: 02-2287807
Hebron: Head: Ali Qdeimat
Tel.: 02-2226116
Fax: 02-2226115
Jenin: Head: Isam Abu Baker
Tel.: 04-2501010
Jericho: Husni Ruma
Tel.: 02-2322616
Fax: 02-2321161
Jerusalem: Hussein Abu Gharbieh
Tel.: 02-2345692
Nablus: Head: Shehadah El-Minawi
Tel.: 09-2380395
Fax: 09-2385143
Qalqilya: Head: Husni As-Saifi
Tel.: 09-2940686
Ramallah: Head: Ali Hamdan
Tel.: 02-2957395
Salfit: Head: Baha' Eddin Taha
Tel.: 09-2515226
Tulkarem: Ghazi Nasrallah
Tel.: 09-2673085
Tubas: Ahmad Daraghmeh
Tel. & Fax 09-2574535

▶ **MINISTRY OF LOCAL GOVERNMENT**

Minister: Jamal Shobaki
Tel.: 02-2401085/059-205304
Fax 02-2402346
E-mail: j_shobaki@palnet.com
http://www.p-ol.com/~molg/
Gaza:
Tel.: 08-2820272-3/2829054/46
Fax: 08-2867509/2866844
Al-Bireh: PO Box 731
Tel.: 02-2401976/1085/2/3776
Fax: 02-2401091
Deputy: Dr. Hussein Al-Araj
Tel.: 02-2402112/059-356498
Fax: 02-2402115
E-mail: molg@p-ol.com
Asst. Deputy/Gaza: Ismail Abu Shamaleh - Tel.: 08-2820271
Asst. Deputy/WB: Ahmed Ghneim
Tel.: 02-2402347
E-mail: agunaim@yahoo.com
Dir. Gen. West Bank: Fous Khalifah
Tel. & Fax 02-2402348
PR: Dir.: Imad Saed
Tel.: 02-2401085/92/059-280705
Fax 02-2401091
E-mail: imsaed@hotmail.com
District Planning Committees:
Jerusalem: Adnan Jafal
Tel. & Fax: 02-2799533
Fax 02-2796228
Hebron: Mohammed Abu Shanab
Tel.: 02-2229732/8112
Fax 02-2226740
Jericho: Mohammad Njoum
Tel. & Fax: 02-2323166
Bethlehem: Shukri Radayda
Tel.: 02-2742637/70594
Fax 02-2770595
Jenin: Fathi El-Raghib
Tel.: 04-2501361/2/059-204148
Fax 04-2436191

Tulkarem: Tareq E'mair
Tel.: 09-2672153/4
Fax: 09-2674088
Tubas: Ghassan Daraghmeh
Tel. & Fax: 09-2574677/059-732735
Salfit: Ra'ed Barghothi
Tel.: 09-2515805/059-794946
Fax 09-2515804
Nablus: Sameer Dawabsheh
Tel.: 09-2384415/9191/059-840721
Fax 09-2384414
Qalqilya: Hassan Shreim
Tel.: 09-2942989
Fax: 09-2942988
Ramallah: Izzat Badwan
Tel.: 02-2956324/1284/6090/7372
Fax: 02-2956304

▶ **MINISTRY OF NATIONAL ECONOMY**

Minister: Maher Al-Masri
Tel.: 02-2981213
Fax: 02-2981208
E-mail: maher.masri@met.gov.ps
PO Box 1629, Ramallah
Gaza:
Tel.: 08-2829140-377437
Fax: 08-2843707
Dep. Min.: Dr. Maher Al-Kurd
Ramallah:
Tel.: 02-2981212
Fax: 02-2981211
E-mail: elkurd@met.gov.ps
Gaza: Tel.: 08-2826159
Dep. Min.: Abdul Hamid Al-Qudsi
Asst. Dep. for Industry:
Dr. Jawad Naji Hirzallah
Tel.: 02-2987748/059-788188
Fax: 02-2960350/2981207
E-mail: jawadnj@mail.com
Asst. Dep.: Dr. Tawfiq Shihabi
Tel. & Fax: 02-2981210
Fax 02-2981207
Asst. Dep.: Saeb Bamieh
Tel.: 02-2981214-9
Fax: 02-2981207
Asst. Dep.: Abdul Hafiz Nofal
Tel.: 02-2981214-9/059-522523
Fax: 02-2981207
Asst. Dep.: Dr. Subhi Abu Shaireh
Tel.: 02-2987893
Asst. Dep.: Adel Saqallah
Tel.: 08-2874133
Asst. Dep.: Abdallah El-Skafi
Ministry Gen. Dir.:
Dr. Nasser Jaber
Tel.: 08-2840988
Gen. Dir.: Farid Al-Mashharawi
Tel: 08-2877431
- Human Resources Finance & Admin. Directorate:
Dir.: Dr. Waled Hasan
- Policy Analysis & Statistics Directorate:
Gen. Dir.: Dr. Ohan Bilian
- Company Registration & Industrial Licensing Dir.
Gen. Dir.: Omar Hroub
- Intellectual Property Rights Dir.:
Gen. Dir.: Ahmad Omar
-Regional Offices Dir.:

Dir.: Dr. Omran Abu Sbeih
- Industry, Trade & Consumer Services
Dir.: Ziad Tuameh
- MIS & Internet Services
Dir.: Safwan Nazer
-International Relation Directorate
Asst. Dep.: Saeeb Bamieh
District Offices:
Bethlehem: Tel.: 02-2751915
Deir Al-Balah: Tel.: 08-2531519
Gaza City: Tel.: 08-2877431
Hebron: Tel.: 02-2226393
Jenin: Tel.: 04-2437063
Jericho: Tel.: 02-2321306
Jerusalem: Tel.: 02-2798372
Khan Younis: Tel.: 08-2052100
Nablus: Tel.: 09-2385952
Qalqilya: Tel.: 09-2943108
Rafah: Tel.: 08-2145720
Ramallah: Tel.: 02-2987892
Tulkarem: Tel.: 09-2672719

▶ **MINISTRY OF PLANNING**

Acting Min.: Ghassan Al-Khatib
West Bank:
Tel.: 02-2402177-8
Fax 02-2402176
http://www.mop.gov.ps
Deputy Min.: Dr. Samih Al-Abed
Tel. & Fax: : 02-2402170
Mobile: 059-352875
E-mail: sabid@mop.gov.ps
PO Box 4557, El-Bireh
Asst. Dep. Min.: Dr. Jihad Al-Wazir
Tel.:08-2830510 /059-408139
Fax 08-2827818
E-mail: jihadwazir@hotmail.com
Asst. Dep. Min.: Hisham Moustafa
Tel.: 02-2402177-78/059-688446
E-mail: hmustapha@mop.gov.ps
Asst. Dep. Min.: Zuheir Khalaf
Tel.: 02-2402177-8/059-288211
E-mail: Khalafz@yahoo.com
Programs & Sector Coordination:
Gen.Dir.: Dr. Mohammad Ajjour
Tel.: 08-2830508 / 059-674535
Fax 08-2830509
E-mail: moajjour2@yahoo.com
Spatial Planning:
Gen. Dir.: Khalil Nijem
Tel.: 02-2401205/059-295988
Fax: 02-2402180
E-mail: knijem@mop.gov.ps
Human Development:
Gen. Dir.: Dr. Mohammad Ghadiyah
Tel.: 02-2401864/059-249985
E-mail: mghadia@mop.gov.ps
Financial & Admin. Affairs:
Harbi Daragmeh
Tel.& Fax: 02-2402174/059-209959
E-mail: hdaragmeh@mop.gov.ps
Geographic Center & Technical Support: Basher Juma'a
Tel.: 02-2402177-8/2401204
059-370334
Fax: 02-2402180
E-mail: bjumaa@mop.gov.ps
Public Relations:
Gen. Dir. Ahmed Abbas

Tel.:02-2402177-8/ 059-531607
Fax: 02-2402176
E-mail: aabbas@mop.gov.ps

▶ **MINISTRY OF PUBLIC WORKS & HOUSING**

Minister: Abdul Rahman Hamad
Tel.: 02-2966006-7
Fax: 02-2987898
E-mail: mpw@palnet.com
Um Sharayet, besides Al-Amin Circle, Al-Bireh, PO Box 3961, Ramallah
Gaza: Tel.: 08-2822310/22233-4
Fax 08-2865900
Arab League St., Rimal
Deputy: Daifallah Al-Akhras
Tel.: 08-2880807
Fax: 08-2822235
PO Box 4034, Gaza
Asst. Dep. Technical Assistance:
Maher Ghnaim
E-mail: mahermpw@p-ol.com
PO Box 3961, Ramallah
Asst. Dep. Planning & Develop.:
Ibrahim Abu Hmeid
Dir. of PR & Media: Salah Hanlah

▶ **MINISTRY OF SOCIAL AFFAIRS**

Minister: Intisar Al-Wazir
Tel.: 08-2827474/9193-5/89
02-2986180
Fax: 08-2820686/2827474
Old Housing Bldg., Rimal, Gaza
Gen.Dir.: Mahmoud Mtair
Tel.: 08-28269994/02-2958810
Fax 08-2827102/02-2955723
Ramallah:
Tel.: 02-2959061/2986183-4
Fax: 02-2955723/2959060
Um Sharayet, PO Box 3525, Al-Bireh
Director Generals:
- Planning & Follow Up: Najat Ardi
Tel. & Fax: 02-2989205
E-mail: najatsam@palnet.com
- Family & Childhood:
Maysoun Al-Atawneh
Tel. & Fax 02-2961721
- Finance & Admin.: Dr.Raisa Al-Tibi
Tel.: 08-2822464/02-2959061
Fax: 08-2866209
- External Relations: Ihsan Al-Dik
Tel. & Fax: 02-2964037
- Rehabilitation: Rihab 'Issawi
Tel. & Fax: 02-2989204
- Monitoring & Inspection:
Awadallah Al-Barghouthy
Tel. Fax: 02-2960354
- Information & Statistics:
Dr. Abdallah Hourani
Tel.: 02-2956259
- Social Development: Hani Saba
Tel.: 08-2834186
- Women Development Dept.:
Khaula Mansour
Tel. & Fax: 02-2950007
- Dept. of Rehabilitation & Social Care: Fahmi Siam
Tel. & Fax: 08-2829191
District Offices:
Gaza: Abdul Karim Suker

Tel.: 08-2823155/9282
Jabalia: 'Aziz Al-Madhoum
Tel.: 08-2456179/79316
Al-Nuseirat: Abdel Hakim Balour
Tel. & Fax: 08-2530108
Deir Al-Balah: Mustafa Smour
Tel. & Fax: 08-2530031
Khan Younis: Khadrah Abu Mustafa
Tel.: 08-2051103
Rafah: Abdul Min'im Sukar
Tel.: 08-2149363/5041
Bethl.: Feyrouz Abboud
Tel.: 02-2741216/7/51565
Hebron: Sharif Jaradat
Tel.: 02-2227653/3380
Fax: 02-2220898
Jenin: Omar Hamdan
Tel.: 04-2501017/3598/35971
Fax: 04-2437118
Jericho: Ahmad Maharmeh
Tel.: 02-2324290
Tel. & Fax: 02-2322504
Abu Dis: Mu'tasem Al-Deqah
Tel. & Fax: 02-2799969/1333
Nablus: Khawla El-Nabelsi
Tel.: 09-2383574/7785
Fax: 09-2388020
Qalqilya: Ahmed Hattab
Tel.: 09-2942588
Tel. & Fax: 09-2940036
Ramallah: Khaled Barghouti
Tel. & Fax: 02-2963836/58363
Salfit: Mahmoud Qadoumi
Tel.: 09-2515722
Tel. & Fax: 09-2515191
Tulkarem: Sabah Sharsheir
Tel.: 09-2671171/80929
Tel. & Fax: 09-2674244
Martyrs Families & Injured Care Establishment:
Gaza: Mohammed Arafat
Tel.: 08-2822109/24727
Ramallah: Dr. Yousef Jubran
Tel.: 02-2958507/2960111/4027
Tel. & Fax: 02-2986268
Tel.: 08-2860200
Ramallah: Anwar Hamam
Juveniles Centers for Males:
Gaza: 'Anan El-Tayyeb
Tel.: 08-2860200
Ramallah: Anwar Hamam
Tel.: 02-2956030
Juveniles Center for Females:
Bethlehem: Jihad Abu 'Ain
Tel. & Fax: 02-2742667
The Aging House
Jericho: Ibtesam 'Ammar
Tel.: 02-2322319

▶ **MINISTRY OF TELECOMMUNICATION & INFORMATION TECHNOLOGY**

Minister: Azzam Al-Ahmad
Deputy Min.: Zuhair Al-Laham
Gaza: Tel. & Fax: 08-2825666
Tel.: 08-2822222
E-mail: zlaham@mama.com
PO Box 5300, Gaza, Ar Rimal
Dir. Gen.: Mahmoud Diwan
Ramallah: Tel.: 02-2986555/9
Fax: 02-2986237

E-mail: mpt@jrol.com
Irsal St., PO Box 674, Ramallah
Postal Affairs: Mohammed Qaffa
Gaza: Tel.: 08-2829300
Government Computer Center:
Tel.: 02-2403748/9
Fax 02-2403749
http://www.gcc.gov.ps/
El-Balou', PO Box 674, Ramallah
Gaza: Tel.: 08-2829262/3
Fax 08-2822222
Abu Khadra Bldg.

▶ **MINISTRY OF TOURISM & ANTIQUITIES**

Minister: Mitri Abu 'Aita
Tel.: 02-2741581-3
Fax 02-2743753
Ramallah:
Tel.: 02-2409534/9891/9463
Fax 02-2409563
E-mail: minister@visit-palestine.com
or: mota@visit-palestine.com
http://www.visit-palestine.com
Nazzal Building, Manger Street
PO Box 534, Bethlehem
Dep. Min.: Abdallah Hijazi
Tel.: 02-2409561
Fax: 02-2409890
Gen. Dir.: Bajis Ismail
Tel.: 02-2760665
Fax: 02-2743753
Finance & Administration:
Dir. Gen.: Ali Abu Srour
Tel.: 02-2760898
Fax: 02-2743753
PR & Media:
Dir.: Abdul Salam Asla
Tel.: 2409891
District Offices:
Gaza: Dir. Gen. Ahmad Lafi
Tel.: 08-2824866/9461/609
Tel. & Fax: 08-2824876
Ramallah: Tel.: 02-2967063
Fax: 02-2967061
Antiquities Department:
Dir. Gen: Dr. Hamdan Taha
Tel.: 02-2959561
Fax: 02-2959560
Hebron: Dir.: 'Ali Mash'al
Tel. & Fax 02-2229633
Bethlehem: 02-2741581-3
Jenin: Dir.: Majid Abu Rub
Tel.: 04-2438381/ 059-209748
Fax 04-2518380
Jericho: Dir. Gen.: Ayyoush Abdel Salam
Tel.: 02-2322935 / 059-653252
Fax: 02-2321229
Nablus: Dir. Gen.: Imad Ya'ish
Tel.: 09-2385045
Fax: 09-2385043/2916
Qalqilya: Dir.: Haytham Ishtayyeh
Tel. & Fax 09-2943143
Salfit: Dir.: Sayel Ad-Deik
Tel.: 09-2515971
Fax: 09-2515970
Tulkarem: Dir.: 'Amer Al- Jitawi
Tel. & Fax: 09-2679701
Mobile: 059-732849

Index p. 144 ff

PASSIA

04:000102

▶ **MINISTRY OF TRANSPORTATION**

**Minister:** Hikmat Zaid
Tel.: 02-2951197
Fax: 02-22951318
E-mail: mot@mot.gov.ps
http: //www.mot.gov.ps
PO Box 399, Ramallah
**Deputy:** Ali Sha'ath
**Asst. Deputy:** Mohammed Jaradat
Tel.: 02-2951194
Fax: 02-2951318
Director Generals:
- **Licensing:** Fursan Samodi
  Tel.: 02-2951292-4/6
  Fax: 02-2951318
- **Admin. Affairs & Supplies:**
  Mohammad Hakre
  Tel.: 02-2951470-1
  Fax: 02-2951318
- **Gen. Relations Plan:**
  Ramadan Al-Barghouthi
  Tel.: 02-2951194/7
  Fax: 02-1951318

**Gaza International Airport:**
Dir. Gen.: Salman Abu Halib
Tel.: 08-2134338/58
08-2134279 (Info)
Fax: 08-2821309/7844/2134159
E-mail: gaza-int@hally.net
http://www.gaza-airport.org
PO Box 4043, Rafah, Gaza
Airport Security: 08-2134339
Preventive Security: 08-2134369

**Palestine Airlines:**
Dir. Gen.: Salman Abu Halib
Tel.: 08-2829526-8
Fax: 08-2822800
E-mail: fzaidan@palairlines.com
http://www.palairlines.com
Jamal Abdel Nasser St.,
PO Box 4043, Gaza
Sales & Reservation:
Tel.: 08-2827814
Tel. & Fax: 08-2827824
Commercial Dept.:
Tel. & Fax: 08-2827834

▶ **MINISTRY OF WAQF & RELIGIOUS AFFAIRS**

Minister: Ahmed Qrei'a (Abu Ala')
Tel.: 02-2950970-3/7
Hebron:
Tel. & Fax: 02-2829070/2228213
Gaza: Tel.: 08-2866947/2807366-9
Fax: 02-2866947/2807414
Al-Yarmuk St., PO Box 283, Gaza
Al-Izzariya:
Tel.: 02-2799902-3/6170
Fax: 02-2796222/9534
Dar Al-Aytam Al-Islamia Bldg.
Nablus: Tel.: 09-2387606
**Dep.:** Sheikh Yusef Juma Salameh
**Asst. Dep.:** 'Aziz Amro
**Gen. Man.:** Fuad Slam
Tel.: 02-2798813, 059-500377
**Christian Affairs:**
Ass. Dep. Min.: Marwan Toubassi
Tel.: 02-2950669/6520
Fax: 02-2954832/6520
**Legal Affairs:** Fathallah Al- Husseini

**Jerusalem Affairs:**
Nasser Daoud Rifa'i
Tel.: 059-720750/052-230093
**Heritage Dept.:**
Dr. Mohammad Ghosheh
Tel.: 02-6285473
**Islamic Research:** Mohd. Lafi
Tel.: 08-2807414
**Financial Affairs:**
Moh'd Mustapha Ja'far
Tel.: 02-2799534
Gaza: Shafik Daher
Tel.: 08-2807369
Dar Al-Aytam Al-Islamia Bldg.,
**Women's Affairs Dept.:**
Tel.: 09-2398004/08-2050190
Dir. Generals:
- **Directorates:** Mahmoud Al-Netrab:
  Tel.: 08-2807415

District Offices:
Gaza: Tel.: 08-2807414
Nablus: Tel.: 09-2384274/5/6
Hebron & Southern District:
Tel.: 02-2234620

▶ **MINISTRY OF WOMEN'S AFFAIRS**

**Minister:** Zahira Kamal
Tel.: 02-2403315/9461-2/059-658195
Fax: 02-2402175
E-mail: z.kamal@exeite.com
PO Box 4616, Al-Bireh
PO Box 51767, Jerusalem
Sec. Gen.: Salwa Hdeib-Qannam
Tel.: 02-2403315/059-672347
Fax: 02-2402175
E-mail: salwahq@yahoo.com

▶ **MINISTRY OF YOUTH & SPORT**

**Minister:** Salah At-Tama'ri
Gaza:
Tel.: 08-2826689/ 2743/2668-9/7654
Fax: 08-2822736
E-mail: youth@p-ol.com
http://www.mys.gov.ps
Ash-Shifa St., Southern Rimal,.
PO Box 1416, Gaza
Ramallah:
Tel.: 02-2959730-2
Fax: 02-2985991
Irsal St., Irsal Bldg., PO Box 52
**Deputy Min.:** Dr. Ahmad Al-Yazji
Tel.: 08-2827645/2743
Fax: 08-2822736
**Deputy/West Bank:**
Dr. Jamal Muhaisen
Tel.: 02-2985983
**Asst. Deputy:** Rabiha Diab
Tel.: 02-2959733

District Offices:
Beth.: Head: Khalil Shahwan
Tel.: 02-2770680
Deir Al Balah: Tel.: 08-2531929
Gaza Compound: 08-2824956
Hebron: Abdul Nasser Al Sharif
Tel.: 02-2291150
Jenin: Head: Ghassan Kabaha
Tel.: 04-2502680
Jericho: Suleiman Abu Taleb
Tel.: 02-2322498
Hem: Head: Nabil Abu Omar
Tel.: 02-2347998
Khan Younis: Tel.: 08-2054176/3671
Nablus: Head: Fathi Khader
Tel. & Fax: 09-2338285
Qalqilya: Hussam Bal'awi
Tel.: 09-2942761
Ramallah-Al-Bireh: Nimer Atiyeh
Tel.: 02-2989890
Salfit: Head: Reyad Amer
Tel.: 09-2515040
Tulkarem: Head: A'la'a Haloub
Tel.: 09-2672783

- **Ben Walder Academy for Fitness**
  Dir.: Dr. Nazih N'eirat
  Tel.: 02-2902969
  Fax: 02-2900972
  Beitunia
- **Majed As'ad Sports' Compound**
  Dir.: Hussam Turki
  Tel.: 02-2400144
  Al-Bireh
- **The Martyr Salah Khalaf Center for Young Leaders**
  Dir.: Marwan Wishahi
  Tel.: 09-2578620
  Al-Fara'a

▶ **MINISTERS WITHOUT PROTFOLIO**

**Minister of State:** Qadura Fares
Tel.: 02-2401537-8 - off.
059-205142
Fax: 02-2401539
An-Nijmeh Bldg., 1st fl., Al-Bireh

**Minister:** Suleiman Abu Sneineh
Tel.: 02-2226766/7 – off.
02-2228550/0370
059-205176
Fax: 02-2226766

**PALESTINIAN LEGISLATIVE COUNCIL (PLC)**

**Speaker:** n/a
Tel.: 02-2987716/2959595
Fax: 02-2987712
Main Office, Al-Bireh:
Tel.: 02-2984301-2/2984804/6
Gaza:
Tel.: 08-2827037/9337/8
08-2824194/3953
Fax: 08-2827027/4174/2596
E-mail: speaker@pal-plc.org
http://www.pal-plc.org
**1st Deputy:** Hassan Khreisheh
Tel. & Fax: 02-2984652 / 059-205071
**2nd Deputy:** Ghazi Hanania
Tel.: 02-2954110/ 059-301357
Fax: 02-2966949/7954110
Sec. Gen.: Ahmad Nasr
Tel.: 02-2987720/ 08-2824199
Fax: 08-2824184
Dir. Gen.: Mahmoud Labadi
Tel.: 02-2987720/60733
059-532747
Fax: 02-2987720

Dir. of the Speaker's Office:
Dir. Gen.: Izzat Ramhi
Tel.: 02-2987716 / 059-761212
Fax: 02-2987712
Financial Department:
Dir. Gen.: Abdul Karim Abu Taha
Tel. & Fax: 02-2987721
Tel.: 059-206206
PLC Committees:
Dir.Gen.: Ibrahim Khreisheh
Tel.: 02-2984743/ 059-566317
Fax: 02-2987719
Media & Information Dept.
Dir. Gen.: Basem Barhoum
Tel.& Fax: 02-2984159/059-887985
Protocol Department:
Dir. Gen.: Nadia Sartawi
Tel. & Fax: 02-2960332/0505-281193
Administrative Affairs:
Gaza: Dir. Gen.: Izzideen Abu Safiyeh
Tel.: 08-2824488 / 059-316080
West Bank: Dir. Kamal 'Edwan
Tel.: 059-659139
Tel. & Fax: 02-2958890
Information Technology Unit:
Dir.: Ahmad Maqdadi
Tel.: 02-2984742/059-713209
Library: Dir.: Anan Ahmad
Tel.: 02-2958892 / 059-837695
Legal Dept.: Jamal El Khatib
Tel.: 02-2984245/059-329041
Procurement Unit:
Dir.: Amjad Darwish
Tel.: 02-2960713/059-370210
Technical Dept.:
Dir. Gen.: Ahmed Abu Hashish
Tel.: 02-2984746/059-200465
Training Unit: Dir.: Kamal Dualbes
Tel. & Fax: 02-2984240/059-799339
Women's Unit:
Gaza: Dir. Gen.: Amal Hamad
Tel.: 08-2835580/059-476923
West Bank: Dir.: Nehad Frekeih
Tel. & Fax: 02-2984306/059-876779
Liaison & Coordination Unit:
Dir.: Firas Yaghi
Tel. & Fax: 02-2984652/0544-639773

**PLC MEMBERS**

▶ **JERUSALEM DISTRICT**

Jerusalem District Office (7 seats)
Tel. & Fax: 02-2347450/51
E-mail: plc@p-ol.com

**Ahmad Qrei'a (Abu Ala)**
Tel.: 02-2987716/59595 – off.
059-542666/6279263 - res.
Fax: 02-2987712/2790558

**Hanan Ashrawi**
Tel.: 02-5851842/35462 – off.
02-2951928/9 - res.
059-201206/7
Fax: 02-5835184/2989490-1

**Dr. Emile Jarjou'i**
Tel.: 02-2741540/6284466 – off.
02-5828066 – res.
0505-610619
Fax: 02-2777717-5816742

*Index p. 144 ff*

**Hatem Abdel Qader**
Tel.: 02-2347450-1 – off.
0522-867629
Fax: 02-2347450-1

**Ahmad Al-Batsh**
Tel.: 02-2345751-2 – off.
02-2449561 - res.
0522-222327
Fax: 02-2345752

**Ahmad Hashem Az-Zughayer**
Tel.: 02-2344923-4/2347450 - off.
02-6276788 - res
0505-389761/059-676766.
Fax: 02-2344914
E-mail: plc@p-ol.com

**Ziad Abu Zayyad**
Tel.: 02-6282115/2797450-1 – off.
02-6282159
02-2799748 / 0544-779838
Fax: 02-6273388/2797450-
E-mail: pij@palnet.com

▶ **BETHLEHEM DISTRICT**

Bethlehem District Office (4 seats)
Officer: Fuad Suleiman Salem
Tel.: 02-2743502/ 059-233536
Fax: 02-2743503

**Mitri Abu Aitta**
Tel.: 02-2743502 – off.
02-2745440 – res.
059-205287
Fax: 02-2743503 / 2740648

**Bishara Daoud**
Tel.: 02-2742966 – off.
02-2742242 – res.
0505-381090
Fax: 02-2744546/2743503

**Salah At-Ta'mari**
Tel.: 02-2743502 – off.
02-2772366 – res.
059-233532
Fax: 02-2743503/2774115

**Daoud Az-Zeir**
Tel.: 02-2765060 – off.
0545-387362- res
Fax: 02-2765060 /2743503

▶ **DEIR AL-BALAH DISTRICT**

Deir Balah District Office (5 seats)
Tel. & Fax: 08-2552166

**Fraih Abu Meddein**
Tel.: 08-2822231 / 2318
08-2823460/66234- res.
059-456666
Fax: 08-2820260

**Ibrahim Al-Habbash**
Tel.: 08-2552166/2551321 – res.
059-408332
Fax: 08-2552166/2551321

**Sa'adi Al-Krunz**
Tel.: 08-2552166/2843707
08-2553133/059-408331
Fax: 08-2551960

**Jalal Al-Masdar**
Tel.: 08-2532400 / 059-401015
08-2551149/2553377 - res.
Fax: 08-2552166/2550950

**Jamileh Saydam**
Tel.: 08-2552166/1280- off.
08-2824116 – res.
059-408379
Fax: 08-2552166/2841078/2551280

▶ **GAZA CITY DISTRICT**

Gaza District Office (11 seats)
Tel.: 08-2822788
Fax: 08-2822449

**Ziad Abu Amr**
Tel.: 08-2836617 / 059-408407
08-2836204– res.
Fax: 08-2836627

**Marwan Kanafani**
Tel.: 08-2826021/5470
059-408119
Fax: 08-2828021/31

**Nahedd Ar-Rayyes**
Tel.: 08-2824896 – off.
08-2825818/059-408169
Fax: 08-2824896

**Faraj As-Sarraf**
Tel.: 08-2866596 – off.
08-2860011 – res.
059-408423
Fax: 08-2866596

**Yousef Ash-Shanti**
Tel.: 08-2822788/4003
059-408368
Fax: 08-2824993

**Fakhri Shaqoura**
Tel.: 08-2842440 – off.
08-2850022 / 059-408158
Fax: 08-2825324

**Rawya Ash-Shawwa**
Tel.: 08-2824177/2860177 – off.
08-2808466– res.
059-307439
Fax: 08-2860177/2824177

**Intisar Al-Wazir**
Tel.: 08-2827474 – off.
08-2824730 – res.
059-408413
Fax: 08-2820686/7474

**Musa Az-Za'bout**
Tel.: 08-2822788 – off.
08-2869747 / 059-855571 -res.
Fax: 08-2833577

**Reyad Az-Zanoun**
Tel.: 08-2828626 – off.
08-2847622 - res.
059-408102
Fax: 08-2828625

04:000103

0666

▶ **HEBRON DISTRICT**

**Hebron District Office** (10 seats)
Tel. & Fax: 02-2226766/7

**Zahran Abu Qbeitah**
Tel.: 02-2292445 – off.
02-2279331 – res.
059-533979
Fax: 02-2292445

**Ali Abu Ar-Rish**
Tel.: 02-2292445 – off.
0505-233926 / 059-205178
Fax: 02-2292445/2251911

**Musa Abu Sabha**
Tel.: 02-2226766-7 – off.
02-2279026 – res.
0505-356815 / 059-801808
Fax: 02-2226766-7

**Sulaiman Abu Sneineh**
Tel.: 02-2228550/0370– off.
02-2226766/7
059-205176
Fax: 02-2226766-7/2220370

**Nabil Amro**
Tel.: 02-2960872-3 – off.
02-2966550– res
059-499799 – 059-252729
Fax: 02-2581101/2226766-7

**Mohammad Al-Hourani**
Tel.: 02-2226766/7/2989455
02-2402670 - res
059-205204
Fax: 02-2226766-7/2989455

**Rafiq An-Natsheh**
Tel.: 02-2902555/2226766-7 – off.
02-2224244 –res / 059-224244
Fax: 02-2961097/ 2226766-7

**Ali Al-Qawasmi**
Tel.: 02-2291501/2226766-7 – off.
02-2228165/6910 – res.
0505-433942 / 059-433942
Fax: 02-2291502/26766-7

**Jamal Ash-Shobaki**
Tel.: 02-2401455/2226766/7 – off.
02-2745880 / 2967212 – res.
059-205304
Fax: 02-2402346/2226766-7
02-2745251

**Abbas Zaki**
Tel.: 02-2223851-2– off.
02-2222444 – res.
0505-388678 / 059-224455
Fax: 02-2223853

▶ **JABALIA DISTRICT**

**Jabalia District Office** (7 seats)
Tel. & Fax: 08-2477337

**Hisham Abed Ar-Razek**
Tel.: 08-2847148/ 2844428– off.
08-2457911 – res.
0505-369732 / 059-402010
Fax: 08-2847148/2844428

**Yousef Abu Safieh**
Tel.: 08-2847208 – off.
08-2477744 – res.
059-408262
Fax: 08-2847198

**Fuad Eid**
Tel.: 08-2477377 / 059-408328
08-2456624 – res.
Fax: 08-2477377

**Emad Al-Faloufi**
Tel.: 08-2825612/059-433943
08-2477888 – res.
Fax: 08-2824555

**Abdul Rahman Hamad**
Tel.: 08-2808486/4 – off.
08-2458454/ 059-408120
Fax: 08-2808488

**Karam Zarandah**
Tel.: 08-2477337 / 0522-332567
08-2478750 – res.
059-749311
Fax: 08-2477337

**Kamal Ash-Sharafi**
Tel.: 08-2456290/059-408321-off.
08-2456428 – res.
Fax: 08-2455040

▶ **JENIN DISTRICT**

**Jenin District Office** (6 seats)
Tel.: 04-2437161
Fax: 04-2437163

**Azzam Al-Ahmad**
Tel.: 02-2409361/51 - off.
059-205220
Fax: 02-2409868

**Jamal Shati Al-Hindi**
Tel.: 04-2437161 – off.
04-2430420 / 059-205121
Fax: 04-2437163/6656

**Burhan Jarrar**
Tel.: 04-2437161 – off.
04-2436901 – res.
059-651789
Fax: 04-2437163

**Hikmat Zaid Al-Kilani**
Tel.: 02-2951313/2/2963598
059-205147
Fax: 02-2951318

**Fakhri Turkman**
Tel.: 04-2437161 – off.
04-2436650 /059-205377
Fax: 04-2437163/0807

▶ **JERICHO DISTRICT**

**Jericho District Office** (1 seat)
Tel.: 02-2321540/1/059-830979
Fax: 02-2321541

**Sa'eb Erekat**
Tel.: 02-2322619/065 – off.
02-2322304 – res.
0505-523405 / 059-205190
Fax: 02-2321540

▶ **KHAN YOUNIS DISTRICT**

**K.Y. District Office** (8 seats)
Tel. & Fax: 08-2051349/2051134
059-831035

**Ibrahim Abu An-Naja**
Tel.: 08-2829123/7767/059-433033
08-2051340 – off.
08-2825999 – res.
Fax: 08-2866590

**Abdul Karim Abu Salah**
Tel.: 08-2051134 – off.
08-2073447/8 – res.
059-447711
Fax: 08-2051349

**Hassan Asfour**
Tel.: 02-2407220/
08-2051134/2832828
02-2960266/7/059-347226
Fax: 02-2400281/08-2051349

**Ra'fat An-Najar**
Tel.: 08-2051134 / 059-408174
08-2061619 - res
Fax: 08-2051349

**Ahmad Nasr**
Tel.: 08-2824149 - off.
08-2866351 – res.
059-413925
Fax: 08-2824184

**Nabil Sha'ath**
Tel.: 08-2054544 / 2829260
02-2961860/059-776597
Fax: 08-2824090

**Ahmad Ash-Shibi**
Tel.: 08-2829302/2051134 – off.
08-2071275 – res.
059-853864
Fax: 08-2826295

**Jawad At-Tibi**
Tel.: 08-2051134 / 059-408447
08-2053394 - res.
Fax: 08-2051349

▶ **NABLUS DISTRICT**

**Nablus District Office** (8 seats)
Tel.: 09-2333231 / 059-204410
Tel. & Fax: 09-2385647

**Kamel Al-Afghani**
Tel.: 09-2337340/33490
09-2324756– res.
Fax: 09-2333490

**Husam Khader**
Tel. & Fax: 09-2338930– off.
059-205410
http://www.husamkhader.org

**Maher Al-Masri**
Tel.: 02-2981213 – off.
09-2387748 - res.
059-373705
Fax: 02-2981208

**Mu'awiyah Al-Masri**
Tel.: 09-2337340/3490 – off.
09-2379912 – res.
0505-288671 / 059-205448
Fax: 09-2333490

**Dalal Salameh**
Tel. & Fax: 09-2333231/2385647
059-205470
E-mail: info@dalalsalameh.org
http: //www.dalalsalameh.org

**Ghassan Ash-Shaka'a**
Tel.: 09-2385960
09-2371451 - res.
059-330331
Fax: 09-2385961

**Fayez Zeidan**
Tel.: 00962795741948
059-408409

▶ **QALQILYA DISTRICT**

**Qalqilya District Office** (2 seats)
Tel.: 09-2943044/ 059-797147
Fax: 09-2943045

**Mahmoud Da'as**
Tel.: 09-2943044/ 2998573– off.
059-851312/721482
Fax: 09-2943045/2998573

**Othman Ghashash**
Tel.: 09-2943044 – off.
09-2942423 – res
059-659393
Fax: 09-2943045

▶ **RAFAH DISTRICT**

**Rafah District Office** (5 seats)
Tel. Fax: 08-2136911/2825931

**Abed Rabbo Abu O'un**
Tel.: 08-2147150 – off.
08-2147150 – res.
059-408392
Fax: 08-2147150

**Rawhi Fattouh**
Tel.: 08-2827027 – off.
08-2844199 / 059-221112
Fax: 08-2827037

**Mohammad Hijazi**
Tel.: 08-2826725 – res.
059- 859561
Fax: 08-2826725

**Suleiman Ar-Rumi**
Tel.: 08-2146606 – off.
059-411044
Fax: 08-2146606

**Abdul Aziz Shaheen**
Tel.: 08-2824715– off.
08-2136828 /059-419995
Fax: 08-2825140

▶ **RAMALLAH DISTRICT**

**Ramallah District Office** (7 seats)
Tel.: 02-2987214/719
Fax: 02-2987628

*Index p. 144 ff*

**Marwan Barghouti (currently arrested by Israel)**
Tel.: 02-2954949/50 – off.
059-205211
Fax: 02-2985729

**Qadura Fares**
Tel. & Fax: 02-2987628 - off.
059-205142

**Abdul Fatah Hamayel**
Tel. & Fax: 02-2980341 – off.
02-2957272 / 059-205166

**Ghazi Hanania**
Tel.: 02-2957060 – off.
02-2957222 / 059-301357
02-2954110 – res.
Fax: 02-2957060/2

**Abdul Jawad Saleh**
Tel.: 02-2958435 / 88872– off.
02-2986718 - res/ 059-525493
Fax: 02-2958435 / 2986718

**A'zmi Ash-Shu'aybi**
Tel.: 02-2989506/2984184 – off.
02-2401084 – res.
Fax: 02-2987719

**Jamil Al-Tarifi**
Tel.: 02-2987452-4 – off.
02-2956611 – res.
Fax: 02-2987451/ 2987335

▶ **SALFIT DISTRICT**

**Salfit District Office** (1 seat)
Tel.: 09-2515669
Fax: 09-2515668

**Ahmad Ad-Deik**
Tel.: 09-2515668/9 – off.
02-2954080 / 059-205210
Fax: 09-2515668

▶ **TUBAS DISTRICT**

**Tubas District Office** (1 seat)
Tel.: 09-2376887 – res.
059-733373

**Hashem Suleiman Daraghmeh**
Tel.: 09-2376887 –res. / 059-204417
Fax: 09-2376887

▶ **TULKAREM DISTRICT**

**Tulkarem District Office** (4 seats)
Tel. & Fax: 09-2676026

**Mufid Abed Rabbo**
Tel.: 09-2676026/02-2408705 - off
09-2673857/02-2988008 -res.
059-839990
Fax: 02-2408705

**At-Tayyeb Abdul Rahim**
Tel.: 08-2824171 – off.
Fax: 08-2824604

**Hakam Bala'wi**
Tel.: 02-2409873-5 -off.
059-200797
Fax: 02-2409872

**Hassan Khreisheh**
Tel.: 09-2676026 – off.
09-2675029/059-672797
Fax: 09-2676026

## PLC COMMITTEES

**Council Affairs Committee**
Head: Rawhi Fattouh
Tel.: 02-2987716
Fax: 02-2987712

**Land & Settlement Confrontation Committee**
Head: Bisharn Dawod
Tel.: 02-2743502/0505-381090
Fax: 02-2743503

**Jerusalem Committee**
Head: Ahmad Al-Zughayar
Tel.: 02-2347450
Fax: 02-2347452

**Political Committee**
Head: Marwan Kanafani
Tel.: 08-2826021/059-413585
Fax: 08-2826021/02-2987719

**Economic Committee**
Head: Azmi Shu'aibi
Tel.: 02-2984184
Fax: 02-2987719

**Education & Social Affairs Committee**
Head: 'Abbas Zaki
Tel.: 02-2967241-3/058-224455
Fax: 02-2967240

**Legal Committee**
Head: Ziad Abu Zayyad
Tel. & Fax: 02-2797450-1
E-mail: ziad@abuzayyad.net

**Refugee Affairs Committee**
Head: Jamila Saidam
Tel.: 08-2552166/059-408332
Fax: 02-2551280

**Interior Committee**
Head: Fakhri Shakoura
Tel. & Fax: 08-2825324

**Budget & Financial Affairs Committee**
Head: Dr. Sa'adi Al-Krunz
Tel. & Fax: 02-2987719/059-408331

**Monitoring, Human Rights & Public Freedoms Committee**
Head: Jamal Al-Hindi
Tel.: 04-2437161
Fax: 04-2437163

## PA AGENCIES & INSTITUTIONS

**Environmental Quality Authority**
Chairman: Dr. Yousef Abu Safiyeh
Gen. Dir.: Said Abu Jalala
Tel.: 08-2822000/3000/2847208
Fax: 08-2839355/2847198
E-mail: environment@gov.ps

04:000104

http://www.mena.gov.ps
An-Nasara, Ath-Thwra St., Gaza
Ramallah:
Tel.: 02-2403495-6/2495
Fax: 02-2403494
E-mail: menawba@gov.ps
Ramallah, PO Box 3841
Hebron Office:
Tel.: 02-2225519/9269
Fax: 02-2225529
E-mail: menaheb@palnet.com
PO Box 1310
Nablus: Tel. & Fax: 09-2597622
Jenin: Tel. & Fax: 04-2437770
Tulkarem: Tel. & Fax: 09-2674558

**General Bureau of Land Reclamation & Al-Ghara Development**
Pres.: Ahmad Sha'ban
Tel. & Fax: 08-2825964
E-mail: plcrl@hotmail.com
PO Box 5524, Gaza

**General Central Institution**
Director: Jamal Salem
Ramallah: Tel. & Fax 02-2977632

**General Memorial Council**
Tel. 02-2967703-4
Fax: 02-2960041

The Land Authority
Pres.: Freh Abu Madden
Gen. Dir.: West Bank: Sa'eb Nakh'l
Tel. & Fax: 02-2341454
Eh Sultan St., Jericho
Ramallah:
Tel.: 02-2957777/2877204/9547
Fax: 02-2950177
Gaza: Gen. Dir.: Atef El-Shuheri
Tel.: 08-2822025
Fax: 08-2827115
Betin: Tel. & Fax: 02-2751444
Hebron: Tel. & Fax 02-2226040
Jenin: Tel. & Fax: 04-2503010
Jericho: Tel. & Fax: 02-2322477
Nablus: Tel.: 09-2381343

**Land Authority**
Ramallah: Tel. & Fax: 02-2956947/5166
Betin: Tel. & Fax: 02-2749208

Palestinian Standards Institution
Dir. Gen.: Mazen Abu Sharia
Tel.: 02-2989550/9144/2945191
Fax: 02-2986431
E-mail: psi@gov.ps
http://www.psi.gov.ps
Gaza: Tel.: 08-2834711
Hebron: Tel. & Fax: 02-2226976
Nablus: Tel. 09-2381722

**Palestinian Broadcasting Corporation (PBC)**
Chairman: Radwan Abu Ayyash
Tel.: 02-2959893-4/7
Fax: 02-2959893
E-mail: pbc@palnet.com

**Palestinian Civil Aviation Authority**
Chairman: Suleiman Abu Halb
Tel.: 08-2821199/2814/472890
Fax: 08-2822149/6557-7
E-mail: pca-hq@gaza-airport.org
Dir. Gen.: Salman Abu Halb
Tel.: 09-2313451/287344
Jamal Abdel Nasser St., Gaza

**Palestinian Curriculum Development Center**
Dir.: Dr. Saleh Yassin
Tel. & Fax: 02-2986216/1551/2
Fax: 02-2401550
E-mail: pcdc@palnet.com
PO Box 719, Ramallah

**Palestinian Economic Council for Development & Reconstruction (PECDAR)**
Director: Dr. Mohammad Shtayyeh
Tel.: 02-2982687/2402
Fax: 02-2982680/91/92
Mobile: 0505-210338
Tel.: 08-2824450
E-mail: info@pecdar.pna.net
http://www.pecdar.org
Gaza: Al-Rimal, PO Box 54610, Jerusalem

**State Information Service (SIS)**
Dir. Gen.: Reyad An-Hassan
Tel. & Fax: 08-2823856
Tel.: 08-2847229
Fax: 08-2834595/8788
E-mail: sis@planet@gov.ps
http://www.sis.gov.ps

**Palestinian Investment Promotion Agency (PIPA)**
Chairman of the Board Dir.:
Maher An-Masri
Gen. Dir.: Jabir Habib
Tel.: 02-2988791/2
Fax: 02-2988939
E-mail: info@pipa.gov.ps
http://www.pipa.gov.ps
Gaza:
Tel.: 08-2846007
Fax: 08-2846006
PO Box 4052, Gaza

**Palestinian Monetary Authority**
Governor: Dr. Amin Haddad
Tel.: 09-2875234/5937/6711/23
Fax: 08-2844457
E-mail: info@pma-palestine.org
http://www.pma.gov.ps
Ramallah, Nazeh St., PO Box 452, Ramallah
Gaza:
Tel.: 08-2847233
Fax: 08-2822265

**Gaza**
Ramallah: Tel.: 02-2987560-2
Fax: 02-2987507

Palestinian Water Authority
Chairman: Eng. Nabil Al-Sharif
Tel.: 08-2824030/7520
Fax: 08-2824030/7535

**WAFA — Wakalat Al-Anba Al-Filistiniyya (Palestinian News Agency)**
Chair: Ziad Abdul Fattah
Tel.: 08-2828205

**Palestinian National Commission for Education, Culture & Science (UNESCO, ISESCO, ALECSO)**

**Palestinian National Fund**

**Palestinian Energy & Environment Research Center (PEC)**

**Palestinian Industrial Estate & Free Zone Authority**

**Palestinian Olympic Committee**

**Palestinian Tobacco Authority**

04:000105

**Central Election Commission - Palestine**
Chair: Dr. Hanna Nasir
Acting Sec. Gen.: 'Ammar Dwaik
Tel.: 02-2969700
Fax:02-2969712
E-mail: info@pal-cec.org
http://www.pal-cec.org
Al-Baluo', Qasr Al-Murgan Bldg., PO Box, 2319, Ramallah

**Commission of Energy Natural Resources**
Head: Azzam El-Shawwa
Tel.: 02-2986191/2984752-3
Fax: 02-2986191
E-mail:
http://www.menr.org
Zahrit Al-Masayef, Irsal St., PO Box 3591, Al-Bireh
West Bank:
Dep. Min.: Dr. Omar Kittaneh
Gen. Dir.: Mazen Ghnaim
Gaza: Dep. Min.: Yehya Shamieh
Tel.: 08-2839230/60/70
Fax: 08-2839230/60
Gen. Dir. Gaza: Isma'il El-Mishaal

**Commission of Human Rights & NGO's Affairs**
Head: Hassan Asfour
Tel.: 08-2834818
Fax: 08-2834858
Ramallah:
Tel.: 02-2401370
Fax: 02-2401371
E-mail: mongoa@gov.ps
http://www.mongoa@gov.ps
Dir. Gen.: Ahmed Ferez
Tel.: 02-2401370
Fax: 02-2401371
E-mail: mongoa@gov.ps
http://www.mongoa.gov.ps
Gen. Dir. for Media & International Relations:
Gen. Dir.: Ahmad Hamarsheh
Tel.: 02-2401370
Fax: 02-2401371
Admin. Affairs & Finance:
Naim Abu 'Anza
Tel.: 08-2834818
Fax: 08-2834850
Institutional Coordination:
Bashir Zaher
Tel.: 02-2401370
Fax: 02-2401371
Planning & Resource Development:
Ali Hassouneh
Tel.: 02-2401370
Fax: 02-2401371
Legal Advisor: Dr. Yasser Abu Khater
Tel.: 02-2401370
Fax: 02-2401371

**Higher Council for the Arab Tourism Industry**
- CURRENTLY CLOSED -
Head: Haidar Husseini
Tel.: 0505-369395
Exec. Dir.: Abdel Rahman Abu Rabah
Khaled Ibn Walid St., PO Box 19850, Jerusalem

**Higher Islamic Council** see *Index*

**Higher Judicial Council**
Chief Justice: Zuhair Sourani
Gen. Dir.: Ahmed El-'Amer
Tel.: 08-2822390/4501/2935
Tel. & Fax: 08-2829347
E-mail: court@palnet.com
Gaza
Ramallah: Dir.: Abdul Hai Laham
Tel. & Fax: 02-2408664

**Ministerial Committee for Reform**
Dir.: Basil Jaber
Tel: 02-2408952/62
Fax: 02-2408963
E-mail: info@palestinianreform.info
http://www.palestinianreform.info
Abraj Al-Watanieh Bldg., Ramallah

**Palestinian Council of Health**
Dir. Gen.: Dr. Hikmat Ajjouri
Tel.: 02-5831180 / 5852855
Fax: 02-5852048
E-mail: pch@bezeqint.net
PO Box 51681, Jerusalem

**Palestinian Council for Higher Education**
Minister: Naim Abu El-Hommos
Vice Pres.: Dr. Gabi Baramki
Gen. Sec.: Dr. Diab 'Ayoush
Tel.: 02-2982600/82617
Fax: 02-2954518
E-mail: minister@gov.ps
or: gbaramki@gov.ps
http://www.mohe.gov.ps
Ramallah

**Palestinian Housing Council**
(est. 1991)
Chairman: Nash'at Tahboub
Acting Gen. Dir.: Eng. Nabil Aref
Tel.: 02-2347141/2/4
Fax: 02-2347143
E-mail: phc@palnet.com
http: //www.phc-pal.org
Dahiet Al-Barid, PO Box 17128, Jerusalem
Gaza: Tel. & Fax: 08-2823290/80
Hebron: Tel. & Fax: 02-2226589
Nablus: Tel. Fax 09-2342169

**Palestinian Oil Council (POC)**
Head: Dr. Said Assaf
Tel.: 02-2954223/0522-277489/ 059-836430
Tel. & Fax: 02-2955380/4223
E-mail: kassaf@planet.edu
Ramallah

**Political Guidance Commission**
Head: Othman Abu Gharbieh
Tel.: 02-2987618/20
Fax: 02-2987619/0392
E-mail: watani@palnet.com
Um-Sharaiet, Ramallah

## POLICE & SECURITY

**Border Crossings**
Gen. Dir.: Nazmi Mhana
Allenby Bridge:
Tel.: 02-2323555
Erez: Tel.: 08-2458790
Rafah: Tel.: 08-2131695-4
Karni (Al-Mintar):
Tel.: 08-2841570/00222

**Border Police**
Dir.: Nazmi Mhana
Tel.: 08-2874024
Fax: 08-2869973

**Civil Defense (Police)**
Head:
Maj. Gen. Abdul Hai Abdul Wahed
Tel.: 08-2829308
Gaza
Deputy Police Commander:
Brig Gen. Mahmoud Asfour
Tel: 08-2826711
Public Relations:
Brig. Gen. Omar Abu-Hmaid
Tel: 08-2829641
Women Police:
Col. Fattima Bernawi
Tel.: 08-2829475
Tel. & Fax: 08-2829550
Director of Central Operations:
Brig. Gen. Mohammed Al-Hindi
Tel: 08-2820685
Gaza District Police:
Brig. Gen. Hamza Al-Bitarj
Tel.: 08-2849774
North Gaza District Police:
Brig. Gen. Majed Al-Kafaarna
Tel: 08-2455480
Mid Camp District Police:
Col. Jamal Abu Al-Hassan
Tel: 08-2532024
Khan-Younis District Police:
Lt. Col. Munir Al-Farra
Tel: 08-2051050
Rafah District Police:
Col. Ahmad Abo-Nussaira
Tel: 08-2136955
Criminal Investigation Dept.:
Brig. Gen. Musa Abedul Nabi
Tel.: 08-2866420
Drugs Control Dept.:
Brig. Gen. Ibrahim Haboub
Tel. & Fax: 08-2820557
Jericho Police District:
Col. Mohammed Sahmoud
Tel.: 02-2323470
Hebron Police District:
Brig. Gen. 'Awny Samara
Tel. & Fax: 02-2226381
Bethlehem Police District:
Col. Essa Hijou
Tel.: 02-2742172
Beit Sahour Police District:
Col. Essa Hijou
Tel.: 02-2772184
Beit Jala Police District:
Col. Essa Hijou
Tel: 02-2770626
Ramallah Police District:
Brig. Gen. Bilal Abu-Zaid
Tel.: 02-2963485

Jenin Police District:
Col. Yousef Al-Dahilah
Tel.: 04-2504444
Nablus Police District:
Col. Rabieh Khundaqgi
Tel.: 09-2385880
Suburban Police District:
Brig. Gen. Munier Al-'Abushi
Tel: 02-2988485
Qalqilya Police District:
Col. Mohammed Essa Ahmad
Tel.: 09-2942820
Tulkarem Police District:
Col. Mohammed Taher Jabir
Tel.: 09-2672121

**Force 17**
Head: Brig.Gen. Faisal Abu Sharkh
Tel. & Fax: 02-2987291/9390
Ramallah
Gaza: Tel.: 08-2829476/5553

**General Intelligence Service**
Head: Maj. Gen. Amin Al-Hindi
Gaza:
Head: Brig. Gen. Tareq Abu Rajab
- Sudanieh: Tel.: 08-2855360
Fax: 08-2850809
- As-Saraya: 08-2829015/420
West Bank:
Head: Col. Tawfiq Terawi
Tel. & Fax: 02-2988980

**General Police**
Head: Maj. Gen. Saib Al-'Ajez
Tel: 059-864937/08-2826721/66600
Gaza

**Medical Military Services**
Head: Dr. Bashir Sanwar
Tel.: 08-2826110/9034/417/616/ 08-2829551/579
Fax: 08-2823736/2829579
E-mail: medicalsv1994@hotmail.com
gsmeps@yahoo.com
Preventive Medicine:
Dr. Husam Al-Awadi
Tel.: 08-2826110

**Military Academy of Sa'ed Sa'el**
Head: Jamal Rebal'ah
Tel. & Fax: 02-2321471
Jericho

**Military Intelligence**
Head: Gen. Musa Arafat
Tel.: 08-2829321
Tel. (off.): 08-2829308/111/2839666
Fax: 08-2827470
Gaza
Ramallah:
Tel. & Fax: 02-2958529-23

**National Security**
Head: Lt. Gen. Abdel Razeq Al-Majaidah
Tel.: 08-2825752/4308/469/9242/75
Fax: 08-2829284
Gaza
Dir. Gen., Gaza:
Gen. Musa Arafat
Tel.: 08-2829308/111
Fax: 08-2829703
Dir. Gen., West Bank:
Maj. Gen. Haj Ismail Jabr
Tel: 02-2989392

**Navy Police**
Head: Jawad Abu Hassan
Tel.: 02-2321174
Fax: 02-2321173
- Ansar 2: Tel.: 08-2829541-3
- Sudanieh: Tel.: 08-287091-6
- Bethl.: Tel.: 02-2764441
Fax: 02-2764440
- Hebron: Tel.: 02-2225314/311
- Nablus: Tel. & Fax: 09-2337181

**Palestinian National Security Council**
Head: Prime Minister (Ahmed Qre'a)
Members: PLO Executive Committee Member (Ghassan Shaka'a), Interior Min. (Hakam Bala'wi), Finance Min. (Salam Fayyad), Foreign Affairs Min. (Nabil Shaath), Negotiation Affairs Min. (Saeb Erekat), as well as: Jibril Rajoub, Amin Al-Hindi, Abdul Razzeq Majaydeh, Abdul Razzeq Yahya, Fakhri Shaqoura, Haj Ismail Jaber, Musa Arafat, Ghazi Jabali
Tel. & Fax: 02-2981370-5
Ramallah

**Police Directorate**
Tel.: 08-2531444 (Central)
Tel.: 08-2457145 (North)
Tel.: 08-2829331/102
Fax: 08-2829474

**Presidential Security**
Head: Brig.Gen. Faisal Abu Sharkh
Tel.: 08-2825553/9418
Fax: 08-2825226
Ramallah: Abdullah Manasra
Tel. & Fax: 02-2408557/2988084
Admin. Dir.: Mounir Ruzziyeh
Tel.: 02-2989160
*District Offices:*
Gaza: Abu Seif
Tel.: 08-2825553/42722
Hebron: Abdallah Al-Manasra
Tel.: 02-2226916-7/30
Jerusalem – Abu Dis: Kifah Barakat
Tel.: 02-2750404
Nablus: Moh'd Hassan Isbeih
Tel.: 09-2389705
Fax: 09-2384962

**Preventive Security**
West Bank:
Head: Col. Ziad Hab Ar-Rieh
Tel.: 02-2989803/5
Fax: 02-2989806
Gaza:
Head: Col. Rashid Abu Shabak
Tel.: 08-2825455/2832085/08
*District Offices:*
Bethl.: Tel.: 02-2740914/1344
Hebron: Tel.: 02-22266918/920
Jenin: Tel.: 04-2436633-4
Jericho: Tel.: 02-2323444/1468-9
Nablus: Tel.: 09-2383010/97066
Ramallah: Tel.: 02-2989803-4/50080-1
Tulkarem: Tel.: 09-2675501
Tubas: Tel.: 09-2574674/4444

**Tourism and Antiquities Police**
Bethlehem: 02-2770750-1
Gaza: Tel.: 08-2829719
Jericho: 02-2324011
Nablus: 09-2385244
Hebron: 02-2229633
Ramallah: 02-2956969

*Index p. 144 ff*

## LOCAL GOVERNMENT ADMINISTRATION

### GOVERNORATES

**Governorate Bethlehem**
Governor: Zuheir Manasrah
Tel.: 02-2741667/4 /4995/6
Fax: 02-2741666
PO Box 1035

**Governorate Gaza**
Governor: Mohd Salem Qudwah
Tel.: 08-2828694/2828704/14/24
Fax: 08-2828684
E-mail: govmgz@gov.ps
http://www.gaza.gov.ps
Thalathini St., PO Box 1422, Gaza

**Governorate Gaza Middle**
Gov.: Dr. Abdallah Abu Samhadanah
Tel.: 08-2539330/33
Tel. & Fax: 08-2539333/4
PO Box 6006, Gaza

**Governorate Gaza North**
Governor: Sakher Bseisso
Tel.: 08-2477131-3
Fax: 08-2477130
E-mail: northgov2002@hotmail.com

**Governorate Hebron**
Governor: 'Arif Al-Ja'bari
Tel.: 02-2290771
Fax: 02-2290770
Mobile: 059-216516
E-mail: info@hebron-pal.org
http: //www.hebron-pal.org
PO Box 785

**Governorate Jenin**
Governor: Qadoura Mousa
Tel.: 04-2503220/21
Fax: 04-2503222
E-mail: goj@zaytona.com

**Governorate Jerusalem/Abu Dis**
Governor: Jamil Othman Nasser
Dir. Gen.: Mohammed Erekat
PR: Jamil Salhout
Tel. & Fax: 02-2799074
Ar-Ram: Ghassan Ayyoub
Tel.: 02-2347447/8
Biddu: Moh'd Khaled Al-Faqih
Tel.: 02-2471334
The Old Police Station, Bidu

**Governorate Khan Younis**
Governor: Husni Zu'roub
Tel.: 08-2054888/65/75/2933
059-501502
Fax: 08-2054845
E-mail: kh-gov@rama.com
PoBox: 211

**Governorate Nablus**
Governor: Mahmoud Al-Aloul
Tel.: 09-2383046/7
Fax: 09-2389913
E-mail: govnablus@hally.net
PO Box 1564

04:000106



# Diary 2007



**20**th
*ANNIVERSARY*
*PASSIA*
1987-2007



PASSIA

---

## PASSIA

*Palestinian Academic Society for the Study of International Affairs*
*Jerusalem ♦ Al-Quds*

---

*50 NIS*

02:008807
0671

# DIRECTORY 2007



## PLO – PALESTINE LIBERATION ORGANIZATION

### PLO EXECUTIVE COMMITTEE & PLO DEPARTMENTS

**Chairman:** HE Mahmoud Abbas (Abu Mazen)
Tel.: 02-2959928/81370-5
Gaza:
Tel.: 08-2824670/41028/038/9700/ 08-2881080
Fax: 08-2822365/6

**Secretariat General:**
Dir.-Gen.: Intisar Abu 'Amara
Tel.: 02-2409641-5/ 2959928
2981370/0599-657234
Fax: 02-2409648
E-mail: plo-sg@palnet.com
Gaza:
Tel.: 08-2840674/2824671
Fax: 08-2840654

**Political Department:** (Tunis)
Head: Farouk Qaddoumi
Tel.: 002167-1230105/1233816/7917
Fax: 002167-71766640/66323
E-mail: aymani@gnet.tn
95, Rue Mouawia Ibn Abu Sofian El-Tunisia Menzah VI

**Media & Cultural Department:**
Head: Yasser Abed Rabbo
Tel.: 02-2986465/2407721-5
Fax: 02-2407730
Ramallah

**Arab and International Dept.:**
Head: Ghassan Shaka'a
Tel.: 09-2341960 / 0599-330331
Fax: 09-2341961
E-mail: g.shakaa@palnet.com
Ramallah:
Tel.: 02-2409496
Fax: 02-2409896
E-mail: dair@palnet.com
Gaza:
Tel.: 08-2821388
Fax: 08-2824428

**Economic Department:**
Gen.Sec.: Dr. Mohammed Mustafa
Tel.: 08-2826188/
Fax: 08-2820696/2822853

**Educational Department:**
Head: Dr. Riad Khodari
Tel. & Fax: 08-2823180/2848019
08-2877610-2 – res.
0599-408027
Fax: 08-2877612

**Refugees Department:**
Head: Dr. Zakaria Al-Agha
Tel.: 0599-233223

Ramallah:
Tel.: 02-2409537-9
Fax: 02-2409535
E-mail: plord@plord.org
Dir.-Gen.: Saji Salameh
Tel.: 02-2409537/0599-657160
Bethlehem: Tel.: 02-2764746
Gaza: Tel. & Fax: 08-2842583/93
Nablus: Tel.: 09-2335415

**Negotiations Affairs Department:**
Head: Sa'eb Erekat
Dir.-Gen.: Maen Areikat
Tel.: 02-2409081-4
Fax: 02-2409087
E-mail: nad@palnet.com
Macca Bldg., 3rd fl., Al-Balou' (near PCBS), Al-Bireh, PO Box 2245, Ramallah
Gaza:
Tel.: 02-2823347/3657/1578
Fax: 02-2823487

**Negotiations Support Unit**
Dir. Gen.: Maen Areikat
Tel: 02-2963741-6
Fax: 02-2963740
E-mail: maenareikat@hotmail.com
http://www.nad-plo.org
PO Box 4120, El-Bireh, Irsal St., Awad Center, 5th fl., Ramallah

**Social Affairs Department:**
Head: Hanna 'Amireh
Tel.: 02-5816895/0505-218929
Fax: 02-5849159
E-mail: hanna@palpeople.org
PO Box 20628, Jerusalem

■ **Other PLO Executive Committee Members:**

♦ **Dr. Samir Ghosheh**
Tel.: 02-2407915/ 2406134 off.
02-2985895 – res.
0599-485243
Tel. & Fax: 02-2406134/38
E-mail: ppsf_1967@yahoo.com
http://www.nedalshabi.org

♦ **Ali Ishaq**
Tel.: 02-2981446/7- off.
02-2987729 -res.
0599-878889
Fax: 02-2987729/0440

♦ **Mahmoud Ismail**
Tel.: 08-2846944 / 2825947/
08-2828271/ 0599-425623

♦ **Dr. Emil Jarjoui**
Tel: 02-2741540 / 0599-298491
02- 5828066 – res.
Fax: 02-5816742

♦ **Taysir Khaled**
Tel.: 02-2980402 -- off.
0599-292255
09-2385577/015 – res.
Fax: 02-2980401

♦ **Abdel Rahim Malouh**
Tel.: 02-2408672
Tel. & Fax: 02-2408671

**Housing Council (J'lem Dept.)**
Acting Dir.: Husnie An-Natshah
Tel.: 02-6271666
Fax: 02-6271357
E-mail: phcjer@palnet.com
PO Box 17128 Jerusalem

**Mufti of Jerusalem & Palestine**
Sheikh Mohammed Hussein
Tel.: 02-6260582/042
Fax: 02-6262495
0505-748584 /0599-111984
E-mail: mh-grmufti@darfatwa.org
http://www.darfatwa.org
PO Box 54825, Jerusalem
Ar-Ram: Tel.: 02-2348601/2
Fax: 02-2348603

**Al-Aqsa Mosque**
Act. Dir.: Eng. Adnan Al-Husseini
Tel.: 02-6274925

**Orient House**
- closed by Israel since Aug. 2001 -
Tel.: 02-6273573/2483
Fax: 02-6286820/6274020
E-mail: info@orienthouse.org
http://www.orienthouse.org
Abu Obeidah St., PO Box 20479, Jerusalem

**Palestinian National Council (PNC)**
Speaker & Head: Salim Adib Al-Zanoun
Tel. & Fax: 08-2824489/4164/ 5941
Gaza
Deputy: Taysir Quba'a
Tel.: 00962-796601444
Nablus
Amman:
Dir.-Gen.: Abdul Ra'ouf Al-'Alami
Tel.: 962-6-5857208/5679372/92
Fax: 962-6-5855711
PO Box 910244, Amman

**Palestinian National Fund**
Dep. Manager: Dr. Ramzi (Mo'in) Elias Khouri
Tel.: 962-6-5690271-2/5690473
Fax: 962-6-5690471/474
E-mail: pnf@pnf.org.ps
pnfjo@yahoo.com
Amman, Jordan

### PLO DELEGATIONS ABROAD

**Albania (Embassy)**
Amb. Mohammed Tirshihani
Tel.: 355-4-2-34300/ 34056
Fax: 355-4-2-32592
Str. Alexandr Pek Tirana, Albania

**Algeria (Embassy)**
Amb. Ahmad Salman
Tel.: 213-2-718857/73
Fax: 213-2-732165/57
E-mail: aepalg@caramail.com
15 Blvd. Victor Hugo
PO Box 308, Algiers, Algeria

Index p. 164 ff

PASSIA

9

02:008808
0672

**Angola**
Amb. Majed Wadi
Tel.: 244-2-362233
Fax: 244-2-363855
E-mail: palango@netangola.com
Rua da liberdade 108, Bro. Nelito
Soares Vila Alice, PO Box 421, Luanda

**Argentina** (General Delegation)
Amb. Farid Suwan
Tel.: 54-11-4816-6651
Fax: 54-11-4816-6652
E-mail: jerusalem@mianet.com.ar
or: palestineembassy@cuidad.com.ar
http://www.palestina.int.ar
Riobambamba 981,
1116, Buenos Aires, Argentina

**Australia** (General Delegation)
Amb. Izzat Salah Abdul Hadi
Tel.: 612-62-950222
Fax: 612-62-950021
E-mail:Palestine.delegation@bigpond.com
PO Box 4646, Kingston, ACT 2604,
Australia

**Austria** (Permanent Mission)
Amb. Zuheir Al-Wazir
Tel.: 43-1-4088202/3/10
Fax: 43-1-4088119
E-mail: plovienna@netway.at
Josefsgasse 5/1-1080 Vienna

**Bahrain** (Embassy)
Amb. Ahmed Abbas Ramadan
Tel.: 973-276099/262769
Fax: 973-276054
2801 St., Block 57, PO Box 1102,
Manama, Bahrain

**Bangladesh** (Embassy)
Amb. Shaher Mohd. Abdullah
Tel.: 880-2-603308/603016
Fax: 880-2-883517
PO Box 600, Code 1000
Dhaka, Bangladesh

**Belgium** (General Delegation)
Amb. Laila Shahid
Tel.: 32-2-7351639/6476
Fax: 32-2-7352478
E-mail: deleg.palestinienne@beon.be
Rue Franklin #111, 1000 Bruxelles

**Bosnia & Herzegowina**
Amb. Adham Zuhair Al-Shin
Tel.: 387-1-33272700/238168
Fax: 387-1-330238677
Hasana Kajmije 23-71000 Sarajevo

**Brazil** (Special Delegation)
Amb. Mayada Yousef Bamia
Tel.: 55-61-2484760/4482
Fax: 55-61-2485879
E-mail: embpalestina@uol.com.br
or: palestina@uol.com.br
P O Box 10555, zip code 71620 980,
Lago Sull, Brasilia, DF Brazil

**Bulgaria** (Embassy)
Amb. Ismail Ahmad Hassan
Tel.: 359-2-9668947/860/33123/
656792/4324

Fax: 359-2-9632571
E-mail: palestina.sofia@internet-bg.net
PO Box 87, Sofia, Bulgaria

**Canada** (General Delegation)
Amb. Amin Ahmad Abu Hassira
Tel.: 1-613-7360053
Fax: 1-613-7360535
45 Country Club Drive, Ottawa,
Ontario K1V 9W1 Canada

**Chile** (Embassy)
Amb. May Keleh
Tel.: 56-2-2065771/2065764
Fax: 56-2-2282466
E-mail: eule@ctc-mundo.net
or: falestin@entelchile.net
Casilla postal 53170, Santiago-1, Chili

**China** (Embassy)
Amb. Diab Nimr Al-Loh
Tel.: 86-1-65323318/136/5321754/
Fax: 86-1-65323241
PO Box 9008, Beijing, China

**Colombia** (Special Mission)
Amb. Imad Nabil Al-Jeddah
Tel.: 57-1-287/7691/2877904
Fax: 57-1-2887439
E-mail: jerusalem@telesat.com.co
Calle 45 No. 14-76
Santa Fe de Bogota, Colombia

**Congo**
Amb. n/a
Tel.: 24-828237/813055/810639
Fax: 24-836815
PO Box 1082, Prazavile, Congo

**Côte d'Ivoire** (Embassy)
Amb. 'Awad Yakhlif
Tel.:

**Cuba** (Embassy)
Amb. Ibrahim Mohammed Zaben
Tel.: 53-7-242556
Fax: 53-7-241159
Calle 20, No. 714, Entre 7Ma
Y.9 NA Miramar, La Havana,
00537 Cuba

**Cyprus** (Embassy)
Amb. n/a
Tel.: 357-22-315010
Fax: 357-22-311297
E-mail: palestin@spidernet.com.cy
Yianni Pcychari 31, Ayios Andreas,
1107 Nicosia, Cyprus

**Czech Republic** (Embassy)
Amb. Mohammed Salaimeh
Tel.: 420-2-8544224/8552448
Fax: 420-2-8552449
E-mail: palestcz@mbox.vol.cz
palestrez@mbox.vol.cz
Prague 7 – Troja, Nakazance 634/7
Apartment no. 16

**Denmark** (General Delegation)
Amb. May Al-Saraf
Tel.: 45-33-932239
Fax: 45-33-932286
E-mail: Palestine@mail.dk

H.C. Anderson Boulevard 51, 1th
1553, Copenhagen V, Denmark

**Djibouti**
Amb. Kamal Kazzaz
Tel.: 253-358205
Fax: 253-354923
PO Box 10033, Djibouti

**Egypt** (Embassy)
Amb. Munir Izzedin Dajani
Tel.: 20-2-3384761-3/3602297
Fax: 20-2-3384764/3384760
E-mail: peegypt@hotmail.com
33 An-Nahda St., Dokki, Cairo

**Ethiopia** (Embassy)
Amb. Zeid Abu Al-Ela
Tel.: 251-1-611194/710719/630844
Fax: 251-1-611199/610672
E-mail: pal.emb.et@telecom.net.et
PO Box 5800, Addis Ababa

**Finland** (General Delegation)
Amb. Nabil Darwish Mustafa Al-Wazir
Tel.: 358-9-2789771
Fax: 358-9-2789770
E-mail: pgd@palestinegd.fi
http://www.palestinegd.fi
Fredrikinkatu 25 A, HKI 00120,
PO Box 351, Helsinki 00121, Finland

**France** (General Delegation)
Amb. Hind Khoury
Tel.: 33-1-48286600
Fax: 33-1-48285067
E-mail: del.palestine@wanadoo.fr
63, Rue de Commandant Léandri,
75015 Paris

**Germany** (General Delegation)
Amb. Hayel Adel Al-Fahoum
Tel.: 49-228-212035/6/8224650
Fax: 49-228-213594
E-mail: palaestina@t-online.de
http://www.palaestina.org
August Bier Str. 33, 53129 Bonn
*Berlin Office:*
Tel.: 49-30-2061770
Fax: 49-30-20617729

**Ghana** (Republic)
Amb. Saadi Mohammed Al-Tumaizi
Tel.: 233-21-778736
Fax: 233-21-785806/244 33 44 22
E-mail: Palembac@ucomgh.com
or: altumaizi@yahho.com
15, Ghana Airways Avenue, Airport
residential area, Accra, Ghana

**Greece** (Diplomatic Representation)
Amb. Samir Abu Ghazaleh
Tel.: 30-1-6726061-3
Fax: 30-1-6726064
E-mail: falestin@hellasnet.gr
31 Marathonodromon St.
154 52 Psychico, Athens

**Guinea** (Embassy)
Amb. n/a
Tel.: 224-441132/413034
Fax: 224-442227/412230
POB 1021, Conakry, Guinea 413034

10

PASSIA

02:008809
0673

**Hungary** (Embassy)
Amb. Ahmed Mustafa Abdel Razeq
Tel.: 36-1-3257579/3260340
Fax: 36-1-3260341
E-mail: elian@freemail.hu
http://www.palestine.hu
PO Box 213, Jozsefhegyi, UT 28-30
H- 1025, Budapest, Hungary

**India** (Embassy)
Amb. Usama Musa
Tel.: 91-11-26146605/2859
Fax: 91-11-26142942
E-mail: embassy@palestineindia.com
D1/27 Vasant Vihar, New Delhi 110057,
India

**Indonesia** (Embassy)
Amb. Fariz Al-Mihdawi
Tel.: 62-21-3162133/2431
Fax: 62-21-3108011
Jl Diponegoro No. 59
Jakarta 10310, Indonesia

**Iran** (Embassy)
Amb. Salah Al-Zawawi
Tel.: 98-21-6464501
Fax: 98-21-6402513
E-mail: plo@neda.net
PO Box 1455-3455, Tehran, Iran

**Iraq** (Embassy)
Acting Amb. Dalil Kassus
Tel.: 964-1-7180209/3146/91011
Fax: 964-1-7181143/5555968
PO Box 3122, Baghdad, Iraq

**Ireland** (General Delegation)
Amb. Hikmat Izzat Al-Ajuri
Tel.: 353-1-6618028/8031
Fax: 353-1-6618030
E-mail: gdp@eircom.net
info@gdp.ie
42 Adelaid Road, Dublin 2, Ireland

**Italy** (General Delegation)
Amb. Sabri Haj Asad Attiyeh
Tel.: 390-6-7005041/8791
Fax: 390-6-7005115
Piazza San Giovanni In Laterano, 72
Rome, Italy 00184

**Japan** (General Delegation)
Amb. Walid Siam
Tel.: 813-55-118400
Fax: 813-55-110333
E-mail: palestine@paltst-jp.com
http://www.palst-jp.com
Chiyoda House 6F 2 – 17-8, Nagata-
Cho, Chiyoda-Ku, Tokyo 100-0014

**Jordan** (Embassy)
Acting Amb. Atallah Al-Kheiri
Tel.: 962-6-5677517/5663813
Fax: 962-6-5661727/5690471
E-mail: palestine@nol.com.jo
PO Box 925757, Amman, Wadi Saqra

**Kazakhstan** (Embassy)
Amb. Walid Ismail Hassan
Tel.: 7327-291065/9501/930294
Tel. & Fax: 7-327-2601545/919501
E-mail: plokaz@asdc.kz
10, Jienkulova, 480099, Almaty

**Korea, Democratic People's
Republic** (Embassy)
Amb. Mohammed Zurob
Tel.: 850-2-3817465/817461
Fax: 850-2-3817259
PO Box 24, Pyong Yang, D.P.R.

**Kuwait** (Embassy)
Chargé d'Affaires: n/a
Tel.: 965-2-616211/613160
Fax: 965-2-652450
PO Box 5363, As-Safat, Kuwait

**Lebanon** (PLO Office)
Amb. n/a
Tel.: 961-1-641265/672892
Fax: 961-1-301904
Kurnish Al Mazraa', Al Mazraa'
Beirut, Lebanon

**Libya** (Embassy)
Amb. Bassam Al-Agha
Tel.: 218-21-3339971/0294
Fax: 218-21-3336161
E-mail: palestinelo@hotmail.com
PO Box 2466, Tripoli, Libya

**Malaysia** (Embassy)
Amb. Abdel Aziz Abu Ghosh
Tel.: 60-3-4568909/5-6
Fax: 60-3-4561411
PO Box 10554-50716, 65 Jalan U
Thant, 55000, Kuala Lumpur

**Mali** (Embassy)
Amb. Ahmad Hassan
Tel.: 223-2-25328
Fax: 223-2-26462
Email: ambpalestine@afribone.net.ml
PO Box 1951, Bamaco, Mali

**Malta**
Amb. Gabi Al-Tawil
Tel.: 356-21-382355
Fax: 356-21-370605
Malta

**Mauritania** (Embassy)
Amb. Loay Mohammed Issa
Tel.: 222-2-51343/52393-4
53993/888
Fax: 222-2-53888
E-mail: Ambassade.palestine.
nouakchott@opt.mr
PO Box 547/408, Nouakchott

**Mexico** (Special Delegation)
Amb. Said Musa Hamad
Tel.: 52-55-255-2904
Fax: 52-55-5313821/4548936
E-mail: dpalestina@ticnet.com.mx
Lope de Vega 1465, Piso col. Polanco
Apdo., Postal 5-045 CP 06500

**Morocco** (Embassy)
Amb. Hassan Abdul Rahman
Tel.: 212-27-766008/767331
Fax: 212-27-767166
E-mail:
embassade.palestine@iam.net.ma
4 Zanket Soussa, PO Box 387, Rabat

**Mozambique** (Embassy)
Amb. Adnan Abu Al-Heja
Tel.: 258-1-486057
Fax: 258-1-486084
PO Box 1160, Mapoto, Mozambique

**Netherlands** (General Delegation)
Amb. Summaya Othman Barghouthi
Tel.: 31-70-3604864
Fax: 31-70-3657847
E-mail: pgdf@planet.nl
Laan Copes Van Cattenburch 73,
2585 EW, The Hague, Netherlands

**Nicaragua** (Embassy)
Amb. Walid Al-Mo'aqqat
Tel.: 505-2-762388/60239
Fax: 505-2-650589
E-mail: embpal@ns.tmx.com.in
Las Colinas, Calle Las Flores # 136,
PO Box 5305, Managua

**Nigeria** (Embassy)
Amb. Awad Yikhlef
Tel.: 2349-4135311/05289
Fax: 2349-4135308
P.M.B 429 Garki, Abuja, Nigeria

**Norway** (General Delegation)
Amb. Yasser Yousef Najjar
Tel.: 47-2-2560547
Fax: 47-2-2731579/560667
E-mail: gm@pnf.org.jo
Drammensveien 104, 0273 Oslo

**Oman** (Embassy)
Amb. Said Issa Abu Amara
Tel.: 968-697191/697230
Fax: 968-697257
E-mail: eosopmet@omantel.net.com
Muscat, Oman

**Pakistan** (Embassy)
Amb. Yousef Raja Al-Radie
Tel.: 92-51-2291185/8511
Fax: 92-51-2294703/2291231
9 House No. 486, PO Box 1064,
Islamabad, Pakistan

**Peru** (Special PLO Representation)
Chargé d'Affaires: Walid Abdel Rahim
Tel.: 51-1-221-4241/458740
Fax: 51-1-221-4240
E-mail: palperu@telematic.com.pe
Fracisco de Paula Ugarriza 595, Lima
18, Peru

**Poland** (Embassy)
Amb. Khaled Ghazal
Tel.: 48-22-8492122/89126
Fax: 48-22-8567376
E-mail: info@palestyna.pl
http://www.palestyna.pl
02-516 Warszaw Str.,
Ul. Staroscinska 1/7
PO Box 475, Warsaw, Poland

**Portugal** (General Delegation)
Amb. Randa Ibrahim Nabulsi
Tel.: 351-21-3621118/3621098
Fax: 351-21-3621095
Rua 22 no. 2, Bairro de Belem,
1400 - 383 Lisbon, Portugal

*Index p. 164 ff*

PASSIA

11

02:008810

0674

**Qatar** (Embassy)
Amb. Munir Ghanam
Tel.: 974-4688272
Fax: 974-4688949
E-mail: palembs@qatar.net.qa
Al-Khalij St., PO Box 138,
Doha 4100616

**Romania** (Embassy)
Amb. Adli Shaban Sadeq
Tel.: 40-21-2120308/06
Fax: 40-21-2120307
E-mail: palesine@xnet.ro
Str., Alexanderusania Nr. 64
PO Box 314, Bucharest, Romania

**Russian Federation** (Embassy)
Amb. Baker Abdel Mu'nein
Tel.: 7-095-2013682/4340/2378317
Fax: 7-095-2302083/2012126
E-mail: pna@elnet.msk.ru
Kropotkinsky per 126, Moscow 11
9034

**Saudi Arabia** (Embassy)
Amb. Jamal Al-Shobaki
Tel.: 966-1-4880738/9
Fax: 966-1-6936407/4880721
E-mail: palemb@nesma.net.sa
PO Box 3589, Riyadh, 11481 KSA

**Senegal** (Embassy)
Amb. Jaber Musa Abu An-Naja
Tel.: 221-8242462
Fax: 221-8251862
PO Box 3119, Dakar, Senegal

**Serbia & Montenegro**
Amb. Mohammed Khalil Nabhan
Tel.: 938111-3671407/326
Fax: 938111-3671336
E-mail: ambpal@eunet.yu

**Slovakia** (Embassy)
Amb. Hafith Al-Nimr
Tel.: 004-20233552448/544224
Fax: 004-20233552449
Slovakia

**South Africa** (Embassy)
Amb. Ali Halimeh
Tel.: 27-12-3426411-3
Fax: 27-12-3426412
E-mail: Ambhalimeh@yahoo.ie
Sudhof Bldg. 472 Walker St., Flat no.
5, Vick St., Sunnyside, Pretoria, PO
Box 56021, Arcadia, Pretoria 0007

**Spain** (General Delegation)
Amb. Kifah Odeh
Tel.: 34-91-3453262
Fax: 34-91-3454287
E-mail: embagoda.palestine@mad.
servicom.es
20, Avda Pio XII, 28016 Madrid

**Sri Lanka** (Embassy)
Amb. Anwar Hamto Al-Agha
Tel.: 941-1-588607/695991
Fax: 941-1-588580/6959920
PO Box 207, 110/10 Wejerman NW,
Colombo 7, Sri Lanka

**Sudan** (Embassy)
Amb. Sayed Khalil Al-Masri
Tel.: 249-11-225476-661/663
Fax: 249-11-224968/1873
Abdel Mun'em Riad St.,
PO Box 2262, Khartoum, Sudan

**Sweden** (General Delegation)
Amb. Salah Haidar Abdul Shafi
Tel.: 46-8-151588
Fax: 46-8-151528
E-mail: plo.sweden@swipnet.se
Radmansgatan 48, 113 57 Stockholm

**Switzerland** (General Delegation)
Amb. Anis Al-Qaq
Tel.: 41-22-7967660
Fax: 41-22-7967860
E-mail: mission-observer.Palestine@itu.ch
96 Route de Vernier Chatelaine,
Geneve, Case Postal 1828, 1211
Geneva 1

**Syria** (Embassy)
Amb. Mahmoud Al-Khaldi
Tel.: 963-11-3113303/4443524
Fax: 963-11-4443525
Murshed Khater St.,
PO Box 2889, Damascus, Syria

**Tanzania** (Embassy)
Amb. Yousef Habbab
Tel.: 255-222150634
Fax: 255-222150636
PO Box 20307, Dar As-Salaam

**Tunisia** (Embassy)
Chargé d'Affaires: Salman Harfi
Tel.: 216-717-84725/90883
Fax: 216-717-85973
E-mail: palembtn@yahoo.com
17 Rue Ernest Conseil, Belvedere, PO
Box 310, Belvedere, 1002 Tunis

**Turkey** (Embassy)
Amb. Nabil Ma'rouf
Tel.: 90-312-4360823/24
Fax: 90-312-4377801
E-mail: empaltr@hotmail.com
Filistin Sok No. 45, 06700 G.P.Pasa,
Ankara, Turkey

**Ukraine**
Amb. Khaled Ahmed Erekat
Tel. & Fax: 380-44-2204210
019101, 12 Fedrova Sti, Ap9, Ukraine

**United Arab Emirates** (Embassy)
Amb. Khairy Al-Areidi
Tel.: 971-2-4434048/617/652
Fax: 971-2-4434363
E-mail: palestinecons@hotmail.com
PO Box 841, Abu Dhabi, UAE

**United Kingdom** (Gen. Delegation)
Amb. Manuel Hassassian
Tel.: 44-208-5630008/3703245
Mobile: +07904673706
Fax: 44-208-5630058
E-mail: palestinianuk@aol.com
http://www.palestinianuk.org
5 Galena Road, Hammersmith,
London, W60LT, United Kingdom

**United States** (PLO Office)
Amb. Afif Safieh
Tel.: 1-202-9746360
Fax: 1-202-9746278
E-mail: plomission1@aol.com
1320, 18ᵗʰ Street, NW, Suite # 200
Washington DC, 20036

**Uzbekistan** (Embassy)
Amb. Asad Abdul Muneim Al-Asad
Tel.: 99-871-2550266
Fax: 99-871-2531017
E-mail: idrees@mail.tps.uz
Imam At-Termezi St., House No. 50,
The Index: 700100, Tashkent

**Vatican** (Gen. Delegation)
Amb. n/a
Tel.: n/a
Fax: n/a
Vatican

**Vietnam** (Embassy)
Amb. Abdul Aziz A/Rahman Al-Araj
Tel.: 84-4-8522947/8524013
Fax: 84-4-9349696
E-Mail: palestine@hn.Vnn.vn
PO Box 73, Hanoi, Vietnam

**Yemen** (Embassy)
Amb. Khaled Hassan Al-Sheikh
Tel.: 967-1-264414-8/
Fax: 967-1-264235
E-mail: palembyem@y.net-ye
PO Box 185, San'aa, Yemen

**Zambia** (Embassy)
Amb.: 'Atallah Qbei'ah
Tel.:
Fax:
Zambia

**Zimbabwe** (Embassy)
Amb. Amro Abdullah Hourani
Tel.: 263-4-794330
Fax: 263-4-794331
E-mail: aliman@icon.co.zw
1 Fairbridge Avenue Belgravia,
PO Box 3817, Harare, Zimbabwe

---

### REPRESENTATION IN INTERNATIONAL BODIES

**European Union** (Gen. Delegation)
Amb. Laila Shahid
c/o PLO Office in Belgium
(see above)

**League of Arab States**
Tel.: 202-575-0511/2966
Fax: 202-574-0331
POBox 11642, Al-Tahrir Square, Cairo

**Palestine Permanent Mission:**
Amb. Hussein Abdel Khaleq
Tel.: 20-2-3364732/ 3384762-3
Fax: 20-2-3602996
E-mail: pales_al@intouch.com
33 An-Nahda Street, Dokki, Cairo
Egypt

12

PASSIA

02:008811
0675

**Organization of the Islamic Conference** (Permanent Mission)
Amb. Samir Baker Deeb
Tel.: 966-2-6800800/800128
Fax: 966-2-6873558/6873568
PO Box 1255, Jeddah 21431
Saudi Arabia

**United Nations**
(Permanent Observer Mission)
Amb. Riad Mansour
Tel.: 1-212-288-8500/ 2499162
Fax: 1-212-517-2377
E-mail: mission@palestine-un.org
115 East 65th Street
New York, NY 10021, US
*Geneva Office:*
Amb. Mohammed Abu Kosh
Tel.: 41-22-7967660
Fax: 41-22-7967860
E-Mail: mission-observer.Palestine@itu.ch
96 route de Vernier, Case postale
1828, 1211 Geneva 1, Switzerland

**UN Office & International Organizations** (Permanent Mission)
Amb. n/a
Tel.: 43-1-4088202/3
Fax: 43-1-4088117
Josefgasse 5, 1080 Vienna, Austria

**UNESCO** (Permanent Observer)
Amb. Elias Sanbar
Tel.: 33-1-45683342/339
Fax: 33-1-45683340/5675
E-mail: dl.palestine@unesco.org
1, Rue Miollis 75015, Paris, France

## PALESTINIAN AUTHORITY (PA)

## PRESIDENT'S OFFICE

**President:** HE Mahmoud Abbas
Tel.: 02-2959928/81370-5
Fax: 02-2963179
*Gaza:*
Tel.: 08-2824670/2841028/038/9700
Fax: 08-2822365

**Sec. Gen.:** Tayyeb Abdul Rahim
Tel.: 08-2824171
Fax: 08-2824604

**Chief of Staff:** Dr. Rafiq Husseini
Tel.: 02-2963171
Fax: 02-2969740
*Gaza:* Tel.: 02-2839700/24670

**Protocol Dept.:**
Chief of Protocol: Abdul Karim Aweidah
Tel.: 02-2970588
Fax: 02-2963173
*Gaza:*
Tel.: 08-2827320
Fax: 08-2825092

*Index p. 164 ff*

**PR Dept.:** Dir.: Hussam Dabbas
Tel. & Fax: 02-2981377
*Gaza:* Tel.: 08-2825375

**Arabic & Local Media Dept.:**
Dir.: Ahmad Daoud
Tel.: 02-2950770
Fax: 02-2769740

**International Department Coordinator:**
Issa Kassassieh
Tel. & Fax: 02-2973078

**Advisors:**
- Ahmad Abdul Rahman
  Tel.: 02-2959928
- Nabil Abu Rudaineh
  Tel.: 02-2959928
- Dr. Adnan Amr (Legal Advisor)
  Tel. & Fax: 02-2973076
- Samih Abdul Fattah
  Tel. & Fax: 02-2973080
- Nabil Amr (Media)
  Tel.: 02-267840/1
  Mobile: 0599-252729
- Hikmat Zeid (Governor's Affairs)
  Tel.: 02-2981370-2
- Nimr Hammad (Political Advisor)
  Tel.: 02-2981370-2
- Haj Ismail Jaber (Security Advisor)
  Tel.: 02-2959928

## MINISTRIES

### ▶ PRIME MINISTER'S OFFICE

**Prime Minister:**
Tel.: 02-2950970
Fax: 02-2950979
E-mail: diwan@pmo.gov.ps
http://www.pmo.gov.org
Al-Masyoun, PO Box 2466, Ramallah
**Bureau Chief:**
Tel.: 02-2950970
Fax: 02-2950979
E-mail: shuleileh@pmo.gov.ps
*Gaza Office:* Tel.: 08-2829510/511
Fax: 08-2822159
Jerusalem St., Tal Al-Hawa

### ▶ CABINET OFFICE

**Sec.-Gen.:** n/a
Tel.: 02-2950970
Fax: 02-2950979
E-mail: shuleileh@pmo.gov.ps
http://www.pmo.gov.ps
Al-Masyoun, PO Box 2466, Ramallah
*Gaza Office:*
Tel.: 08-2829510/511
Fax: 08-2822159
Tal Al-Hawa, Jerusalem St.

**Bureau of Fatwa & Legislation**
Minister: Con. Abdel Karim Abu Salah
Tel.: 08-2822927/9118
Fax: 08-2829197
E-mail: diwanalfatwa@yahoo.com
PO Box 5319, Gaza
*Ramallah:*
Tel. & Fax: 02-2971654
PO Box 2383, Ramallah

**Commission of Al-Hajj Wa-Umrah**
Head: Jamil Othman Nasser
Tel. & Fax: 02-2406329
Sateh Marhaba, behind Trust Bldg.,
Al-Bireh
*Gaza*
Dir. Gen.: Sheikh Hammam Shurrab
Tel. & Fax: 08-2883320

**Palestine National Archives Center**
Head: Mohammed Bheis
Tel.: 02-2904121
Fax: 02-2904124
Ramallah, PO Box 66353, Jerusalem

### ▶ MINISTRY OF AGRICULTURE

**Minister:**
Tel.: 02-2961091-2 /1280
Fax: 02-2961212
E-mail: moa@planet.edu
PO Box 197, Ramallah
*Gaza Office:*
Tel.: 08-2830899/899/305
Tal El-Hawa, Beirut St.,
PO Box 4014, Gaza
**Deputy:** Azzam Tbaiteh
Tel.: 02-2961080-7
Fax: 02-2961212
**Asst. Deputy, West Bank:**
Mahmoud Hussein, Adel Abu 'Ayash,
Shaker Joudah
**Asst. Deputy, Gaza:** Younes Jadou',
Jibril Abu 'Ali, Mahmoud Abu Samrah
'Atta Abu Karsh
Tel.: 08-2866590
Fax: 08-2863926
**Planning and Policies Dept:**
Dir.-Gen.: Alaa' Joma
Tel.: 02-2961080-7
Fax: 02-2961212
**Dir. Gen., Admin. of Projects:**
Head: Zakaria Salawdeh
Tel. & Fax: 02-2406502
Mobile: 0599-872256
**Palestinian National Agricultural Research Center** (Jericho):
Dir.-Gen.: Dr. Ali Fatafta
Tel.: 02-2322425
Fax: 02-2321280
**Central Veterinary Lab:**
Dir.-Gen.: Dr. Ibrahim Al-Akhras
Tel.: 08-2840017/ 0599-779705
**Extension & Development:**
Dir.-Gen.: Abdullah Lahluh
Tel.: 0599-742403
Fax: 02-2961212
**Finance & Administration:**
Dir.-Gen.: Ahmad Zakarnah
Tel.: 02-2961080
Fax: 02-2961212
**Marketing:**
Dir.-Gen.: Khaled Zraid
Tel.: 08-2829447Fax: 08-2862909
**Soil & Irrigation:**
Dir.-Gen.: Kasem 'Abdo
Tel.: 02-2961080-7
Fax: 02-2961212
**Foresty, Range Land & Wild Life:**
Dir.-Gen.: Khaled Kannam
Tel.: 02-2961080-7
Fax: 02-2961212

PASSIA

13

02:008812
0676

## ▶ MINISTRY OF CIVIL AFFAIRS

**Minister:**
Tel.: 02-2406704-5
Fax: 02-2406701
E-mail: info@mca.gov.psS
http://www.mca.gov.ps
Kattorn Bldg., Al-Balou', Al-Bireh,
PO Box 2074, Ramallah
Gaza:
Tel.: 08-2847500
Fax: 08-2824890
Al-Nasir St., Yaziji Bldg., Gaza
**Asst. Dep.:** Abdul Nasser Al-Sarraj
Tel.: 08-2827846/9652
Fax: 08-2829648
**Asst. Dep., West Bank:**
Marouf Zahran
Tel.: 02-2405190
Fax: 02-2405185
**Dir.s Gen., West Bank:** Hisham
Abu Mariam, Ayman Qandil, Adib Abu
Khalil, Fakhreddin Al-Deek
**Dir.s Gen., Gaza:** Muhib Judah, Ziad
Al-Abed, Khalil Faraj, Musa Abu
Ghazi, Maher Abu Al-'Ouf
**PR: Dir.-Gen.:** Raghda Farrah

**Civil Affairs Offices:**
Abu Dis: Tel.: 02-2799520
Fax: 02-2799920
Allenby Bridge: Tel.: 02-2943395
Bethlehem: Tel.: 02-2770590/65305
Fax: 02-2770591
Deir Al-Balah: Tel.& Fax: 08-2531517
Gaza: Tel.: 08-2894049/2822333
Hebron: Tel.: 02-2226420/2258558
Fax: 02-2226421
Jabalia: Tel. & Fax: 08-2479570-1
Jenin: Tel.: 04-2501555/2431642
Fax: 04-2501565
Jericho: Tel.: 02-2321448
Fax: 02-2321030
Khan Younis: Tel. Fax: 08-2054574
Nablus: Tel.: 09-2384404/2391650
Fax: 09-2384405
Qalqilya: Tel.: 09-2942755
Fax: 09-2942757
Rafah: Tel. & Fax: 08-2145773
Al-Ram: Tel.: 02-2344166
Fax: 02-2344177
Rafah: Tel. & Fax: 08-2145773
Ramallah: Tel.: 02-2986512
Fax: 02-2986513
Salfit: Tel.: 09-2515688
Fax: 09-2515658
Tubas: Tel.: 09-2574112
Fax: 09-2574111
Tulkarem: Tel.: 09-2674084/5
Fax: 09-2674085

## ▶ MINISTRY OF CULTURE & ARTS

**Minister:**
Tel. & Fax: 02-2981030
**Dep. Asst.:** Ali Al-Khalili
Tel.: 02-2963630
**West Bank:**
Tel.: 02-2986205/6
Fax: 02-2986204
E-mail: moc@moc.gov.ps
http://www.moc.gov.ps

Ar-Rayan Bldg., Irsal St.,
PO Box 147, Ramallah
Gaza: Tel.: 08-2824860/70/7250
**Dep. Min.:** Ahmed Dahbour
Tel.: 08-2824850/60/70/8615
Fax: 08-2824860
Mustafa Hafez St., PO Box 4004,
Rimal, Gaza
**Director Generals:**
- **Cultural Dev.:** Omar Al-Goul
- **Finance & Admin.:** Mohammed Al-Khalili
- **Books General Commission:** As'ad El-As'ad
- **Minister Asst. for Foreign Affairs:** Musa Abu Gharbieh
- **Library Dept.:** Sami Batrawy
- **Public Communication:** Fayez Sersawi
- **Literature & Publishing:** Ghassan Zaqtan
- **Woman Dept.:** Khitam Kayed
- **Advisors to the Minister:** Moh'd Batrawi, Liana Badr

**West Bank Offices:**
Tulkarem: 09-2672733
Hebron: 02-2226757/19372
Jenin: 04-2435866
Nablus: 09-2384790
Qalqilya: 09-2945585
Salfit: 09-2515920
Bethlehem: 02-2741524

**Gaza Offices:**
North Gaza: 08-2453262
Central Gaza: 08-2554210

## ▶ MINISTRY OF DETAINEES & EX-DETAINEES AFFAIRS

**Minister:**
Tel.: 08-2844428
Fax: 08-2847148
E-mail: kabaha_wasfi@yaoo.com
**Gaza Headquarters:**
Tel.: 08-2844428
Fax: 08-2847148
Beirut St., near Al-Aqsa UN
Office Dir.: Ihab Abu Zuaiter
Tel.: 08-2844428
Fax: 08-2847148
**West Bank Headquarters:**
Tel.: 02-2980032
Fax: 02-2963722
Irsal St., Shalash Bldg, Ramallah
**Office Dir.:** Anwar Khatari
Tel.: 02-2973452
**Dep. Minister Office:**
Deputy Minister:Ziad Abu Ein
Tel.: 02-2967485
Fax: 02-2957487
E-mail: ziadabuein@yahoo.com
**General Department of Detainees Affairs:**
Gen. Dir.: Shukri Salameh
Tel. & Fax: 02-2963721
Deputy Gen. Dir.: Bassam Majdalawi
Tel.: 08-2828989
**General Department of Public Relations & Information:**
Gen. Dir.: Muath Al-Hanafi
Tel.: 08-2834446

Deputy Gen. Dir.: Nabil Khafil
Tel.: 02-2980032
**General Department of Information Systems:**
Gen. Dir.: Fayes Abu Aitah
Tel.: 08-2847468
Deputy Gen. Dir.: Jalwah Badir
Tel.: 02-2980033
**General Department of Finance & Administration:**
Gen. Dir.: Mohammad Al-Tlufi
Tel.: 02-2819779
Dep. Gen. Dir.: Mustafa Al-Barghouthi
Tel.: 02-2961601
**General Department of Ex-Detainees Rehabilitation Program:**
West Bank:
Gen. Dir.: Azzam Irmileh
Tel.: 02-2951392
Fax: 02-2963722
E-mail: airmeil@edrp.gov.ps
Irsal St., Shalash Bldg, Ramallah
(health insurance, vocational training,
family support, education,wage subsidy,
self-employment loans, psychological
counseling, project loans)

**Departments:**
Vocational Training: Dir.: Mohammed El-Balosheh
Projects Loans: Dir.: Abdel Al-Rahman Dawoud
Education: Dir.: Atif Ata
Care & Coundeling: Dir.: Wedad Khader
Job & Employment: Dir.: Mohammad Fayat
Health Insurance: Dir.: Munib Shbib

**District Offices:**
Bethl.: Dir.: Ibrahim Najajreh
Tel.: 02-2741642
Fax: 02-2751555
Hebron: Dir.: Munqith Abu 'Atwan
Tel.: 02-2226423
Fax: 02-2213993
Jenin: Dir.: Nathmi Abdel-Ghafour
Tel.: 04-2501184
Fax: 04-2505477
Jericho: Mohammad Jalaytah
Tel. & Fax: 02-2325286
Jerusalem: Dir.: Mohammad Al-Khatib
Tel. & Fax: 02-2348646
Nablus: Dir.: Samir Samro
Tel.: 09-2374125
Fax: 09-2330123
Qalqilya: Dir.: Mohammad Al-Battah
Tel. & Fax: 09-2942587
Ramallah: Dir.: Bilal Jalamneh
Tel.: 02-2974914
Fax: 02-2974913
Salfit: Dir.: Jabir Al-Battah
Tel. & Fax: 09-2515544
Tubas: Dir.: Nimir Sudqi
Tel. & Fax: 09-2573208
Tulkarem: Dir.: Omar Abu Samrah
Tel.: 09-2676691
Fax: 09-2681111
Gaza: Deputy Dir.-Gen.: Atif Mari
Tel.: 08-2828979
Fax: 08-2847333
Beirut St., Near Education College

14

PASSIA

**Departments:**
Vocational Training: Sabir El-Hawajiri
Education Dir.: Mohammad Abu Shawish
Job & Employment: Abed Rabbo El-Qara
Projects Loans: Yahya Abdul Karim
Health Insurance: Said Al-Samaneh
Care & Counseling Dir.: Ahed Al-Tayeb

**District Centers:**
Gaza: Dir.: Talal Al-Haddad
  Tel. & Fax: 08-2880717
Jabalya: Dir.: Hussein Sha'ban
  Tel. & Fax: 08-2473766
Khan Younis: Dir.: Khalil Abu Tuaymeh
  Tel. & Fax: 08-2054965
Deir Al-Balah: Dir.: Moh'd Alnweri
  Tel. & Fax: 08-2531608
Rafah: Dir.: Majid Al-Hoobi
  Tel. & Fax: 08-2137584

▶ **MINISTRY OF EDUCATION & HIGHER EDUCATION**

**Minister:**
Tel.: 02-2983256/7
Fax: 02-2983222
PO Box 576, Ramallah
**Dep. Min.:** Dr. Mohammad Shuqair
Tel.: 08-2865200
Fax: 08-2865909
Al-Wihdeh & Al-Yarmouk St.
intersection, PO Box 435, Gaza
**Asst. Dep. Min. for Financial & Admin. Affairs:**
Dr. Bassam Manasrah
Tel: 02-2983238
Fax: 02-2983222
**Asst. Dep. Min. for General Education (Gaza):**
Zainab Al-Wazir
Tel: 08-2847770
Fax: 08-2868300
**Asst. Dep. Min. for Higher Education:**
Dr. Zeid Qamhelah
Tel: 02-2982600/12
Fax: 02-2987832/54518
E-mail: zQamhieh@yahoo.com
**Sec.-Gen. for Palestinian Council for Higher Education:**
Dr. Fahoum Shalabi
Tel: 02-2982600
Fax: 02-2954518
**Gen. Sec. of the Committee for Scientific - Research**
Dr. Abdel Salam Shai'ab
Tel: 02-2982643/15
Fax: 02- 2954518
**Advisor to the Min.:**
Mr. Jihad Zakarneh
Tel: 02-2983291
Fax: 02-2983222
**Advisor to the Min. & D.G at the Curricula Center:**
Mr. Jamil Abu Sa'da
Tel: 02-2969370
Fax: 02-2969377

*Index p. 164 ff*

**Dir. Generals:**
**International & Public Relations**
Dir.-Gen.: Basri Saleh
Tel.: 02-2983254
Fax: 02-2983299
E-mail:basrimoe@palnet.com
**Planning & Development:**
Dir.-Gen.: Saadah Hammoudah
Tel.: 02-2983290
Fax: 02-2983222
**Educational Supervision & Educational Qualifying:**
Dir.-Gen.: Tharwat Lutfi Zaid
Tel. & Fax: 02- 2983255
**Financial Affairs:**
Dir.-Gen.: Mohammad Jubran
Tel: 02-2983225
Fax: 02-2983222
**Buildings:**
Dir.-Gen.: Eng. Fawaz Mujahed
Tel: 02-2983225
Fax: 02-2983222
**Curriculum Development:**
Tel.: 2969350
Fax: 2963977
**Students Revolving Fund:**
Dir.-Gen.: Abdel Karim Al-Zugheir
Tel: 02-2983231
Fax: 02-2983222
**Educational Counseling & Special Education:**
Reema Keelany
Tel: 02-2983250
Fax: 02-2983222
**Educational Technology:**
Dir.-Gen.: Subhi Al-Kayed
Tel.: 02-2969380-1
Fax: 02-2969388
**Complaints:**
Dir.-Gen.: Jamal Abu Hashem
Tel: 08-2865200
Fax: 08-2865909
**Dir. Gen. in the Minister Office & Ass. For Public Relations (Gaza):**
Mr. Numan Sharif
Tel & Fax: 08-2822509
E-mail: numansharif@hotmail.com
**Dir. Gen. in the Minister Office & Ass. For Public Relations (Gaza):**
Dir.-Gen.: Numan Sharif
Tel & Fax: 08-2822509
E-mail: NumanSharif@hotmail.com
**General Education:**
Dir.-Gen.: Dr. Haifa Al-Aggah
Tel.: 02-2983205
Fax: 02-2983222
**Dir. Gen. for Administrative Affairs:**
Dir.-Gen.: Dr. Akram Hammad
Tel: 02-2983292
Fax: 02-2983222
**Dir. Gen. for Certificate Equivalence:**
Dir.-Gen.: Dr. Jamal Hussein
Tel: 02-2982610
Fax: 02-2954518
**Dir. Gen. for Computer & Information:**
Dir.-Gen.: Izz-Iddein Ibrahim
Tel: 02-2982645

PASSIA

Fax: 02-2954518
**Dir. Gen. for Colleges & TVET:**
Dir.-Gen.: Ziad Jweiles
Tel: 02-2982600
Fax: 02-2954518
**Head of Accreditation and Quality Assurance Commission:**
Dir.-Gen.: Dr. Mohammad Subu'
Tel: 02-2982658
Fax: 02- 2954518
**Dir. Gen. for Council of Ministers:**
Dir.-Gen.: Mowaffaq Al-Khatib
Tel: 02-2983298
Fax: 02-2983222
**Dir. Gen. for Internal Auditing:**
Dir.-Gen.: Azam Abu Baker
Tel: 02-2983292
Fax: 02-2983222
**Dir. Gen. for Educational Administration:**
Dir.-Gen.: Reyad Sammor
Tel: 02-2983267
Fax: 02-2983222
**Dir. Gen. for Textbooks & Educational Publications:**
Dir.-Gen.: Ali Al-Sayed Khalefa
Tel. & Fax: 08-2861146
**Dir. Gen. for Supplies:**
Dir.-Gen.: Mohammad Jaradah
Tel & Fax: 08-2861146
**Dir. Gen. for Assessment and Evaluation & Examinations**
Dir.-Gen.: Tawfieq At-Taher
Tel: 02-2972852
Fax: 02-2972855
**Dir. Gen. for Students Activities in Schools:**
Dir.-Gen.: Ilham Abdel Al-Qader
Tel: 02-2983251
Fax: 02-2983222
**Acting Dir. Gen. of Projects Managements:**
Jehad Draidi
Tel: 02-2983273
Fax: 02-2983263
**Acting Dir. Gen. of the National Institute for Educational Training:**
Shahnaz El-Far
Tel: 02- 2409840
Fax: 02-2409841
**Dir. Gen. for School Health:**
Dir.-Gen.: Dr. Mohammed Al- Rimawi
Tel. & Fax: 02-2983237
**Dir. Gen. for Scholarships:**
Dir.-Gen.: Anwar Zakaria
Tel: 02-2982655
Fax: 02-2997833
**Dir. Gen. for Students Services in Higher Education:**
Dir.-Gen.: Munther Nasrallah
Tel: 02-2982600
Fax: 02-2954518

**District Offices:**
Bethlehem: Dir.: Hamdi El-Karaki
  Tel.: 02-2741271
  Fax: 02-2744392
Gaza: Dir.: Ali Abu Assamak
  Tel.: 08-2829206/6912
  Fax: 08-2865300
Hebron: Dir.: Mohammed Omran
  Tel.: 02-2227862
  Fax: 02-2228990

15

02:008814
0678

Jenin: Dir.: Salam Nabil Al-Taher
Tel.: 04-2501366
Fax: 04-2503503
Jericho: Dir.: Moh'd 'El-Hawash
Tel. & Fax: 02-2321278
Jerusalem: Dir.: Samir Jebril
Tel.: 02-6276514
Fax: 02-6283476
J'tem Suburbs: Dir.: Omar Anbar
Tel.: 02-2348627
Fax: 02-2344455
Khan Younis: Dir.: Walid Mekheimer
Tel.: 08-2067716
Fax: 08-2051172
Middle Area-Gaza: Dr. Fathi Kutob
Tel: 08-2561112
Tel.: 08-2561113
Nablus: Dir.: Ahmad Dawlah
Tel.: 09-2380034
Fax: 09-2389495
North Gaza: Dir.: Musallam Abdul-
Hamid Musallam
Tel.: 08-2479871
Fax: 08-2472550
Qabatia: Dir.: Hashem Azmotte
Tel.: 04-2512601
Fax: 04-2522604
Qalqilya: Dir.: Yousef Odah
Tel.: 09-2943094
Fax: 09-2942415
Ramallah: Dir.: Afaf Aqel
Tel.: 02-2404714-S
Fax: 02-2404706
Salfit: Dir.: Sameer Shaheen
Tel. & Fax: 09-2395664
South Hebron: Dir.: Fawzi Abu Helail
Tel.: 2282773
Fax: 2282360
Tulkarem: Dir.: Mohammed Al-Qubaj
Tel.: 09-2671153
Fax: 09-2671038
Rafah: Dir.: Said Harb
Tel.: 08-2140222
Fax: 08-2140125

### ▶ MINISTRY OF FINANCE
**Minister:**
Tel.: 02-2400650
Fax: 02-2400595
E-mail: mofbud@palnet.com
http://www.mof.gov.ps
Sateh Marhaba, Al-Bireh
PO Box 795, Ramallah
Gaza:
Tel.: 08-2826188
Fax: 08-2820696
Beirut St., Tel Al-Hawa, PO Box 4007
**Deputy Min.:** Dr. Jihad Al-Wazir
Tel.: 02-2828544
E-mail: jehad_wazir@hotmail.com

**General Directorates:**
**Payroll:**
Dir.-Gen.: Mustafa Diab
Tel.: 02-2409398/0481
Fax: 02-2401333
E-mail: payroll-palestine@hotmail.com
Gaza: Nafiz Abu Samra
Tel.: 08-2826375
**Legal Affairs Dept.:**
West Bank: Nadim Al-Barahmi
Tel. & Fax: 02-2406887

16

---

Gaza: Nader Al-Banna
Tel. & Fax: 08-2844499
E-mail: nadersb@hotmail.com
**Admin. & Financial Affairs:**
Basel Ar-Ramahi
Tel.: 02-2404794
Fax: 02-2404140
E-mail: basel_al_ramahi@hotmail.com
Gaza: Khaled Al-Astal
Tel.: 08-2842727
Fax: 08-2830566
E-mail: Astalkhalid@yahoo.com
**Pension:**
Dir.-Gen.: Khawla Shahrour
Tel.: 02-2967814
Fax: 02- 2967861
**Treasury:**
West Bank: Yousef Zomer
Tel.: 02-2402383
Fax: 02-24047248
E-mail: revmof@palnet.com
Gaza: Iseid Al-Qidrah
Tel.: 08-2830388
**General Accounts:**
West Bank: Ahmad Sabah
Tel.: 02-2403976
Fax: 02-2406979
E-mail: accmof@yahoo.com
Gaza: Ibrahim Beltaji
Tel. & Fax: 08-2844301
**International Control:**
Dir.-Gen.: Mona Al-Masri
Tel. & Fax: 02-2406869
E-mail: commof@p-ol.com
**Auditing:**
Dir.-Gen.: Khalil Naqah
Tel.: 08-2829423
Fax: 08-2860568
**General Supplies:**
Dir.-Gen.: Musa El-Wazir
Tel.: 02-2967713
Fax: 02-2967713
E-mail: gsd@mof.gov.ps
**International Relations & Projects:**
Dir.-Gen.: Mazen Jadallah
Tel: 02-2951234
Fax: 02-2951231
E-mail: mofrid@palnet.com
Fadlalihamad@yahoo.com
**Budget:**
Dir.-Gen.: Farald Ghanam
Tel: 08-2825942
Fax: 08-2825255
E-mail: budgetmof@hotmail.com
budgetmof@yahoo.com
**Information Technology:**
West Bank: Sulaiman Amarneh
Tel. & Fax: 02-2406201
E-mail: commof@p-ol.com
Gaza: Mohammed Mershed
Tel.: 082848900
Tel. & Fax: 08-2835772
E-mail: mershed11@hotmail.com
**Property Tax:**
Dir.-Gen.: Hassan Al-Khatib
Tel: 02-2407110
E-mail: ayman-haw@yahoo.com
**Customs & Excise & Tobacco:**
West Bank: Hatem Yousef
Tel: 02-2402638
Fax: 02-2402639

---

E-mail: trs_gtmo@palnet.com
Gaza: Mohammed Issa
Tel: 08-2825733
**Income Tax:**
West Bank: Jihad Zamari
Tel.: 02-2407111
E-mail: jehadzamari@hotmail.com
**Income Tax & Property:**
Gaza: Bayyan Abu Shaban
Tel.: 08-2822408
E-mail: incometaxGaza@hotmail.com
**General Petroleum Corporation:**
Dir.-Gen.: Mahmoud Al-Bader
Tel: 02-2404989-9/16
Fax: 02-2404003
E-mail: gpc@palnet.com
Gaza: Khalil Al-Halabi
Tel: 08-2843407
Fax: 08-2843417
**Public Relation Department:**
West Bank: Hakem Abu Yasin
Tel.: 02-2409834
Fax: 02-2409913
**Commission of Energy and
Natural Resources**
Head: Azzam El-Shawwa
Tel.: 02-2984752-3/6191
Fax: 02-2986191
http://www.menr.org
Zahrit Al-Masayef., Irsal St.,
PO Box 3591, Al-Bireh
West Bank:
Dep. Min.: Dr. Omar Kittaneh
Dir.-Gen.: Mazen Ghnaim
Gaza: Dep. Min.: Yehya Shamieh
Tel.: 08-2839230/60/70
Fax: 08-2839230/60

### ▶ MINISTRY OF FOREIGN AFFAIRS
**Minister:**
Tel.: 02-2405040
Fax: 02-2403772
E-mail: mofa@gov.ps
http://www.mofa.gov.ps
Al-Balu', Al-Bireh, PO Box 1336,
Ramallah or PO Box 54319, J'tem
Gaza: Tel.: 08-2845040
Fax: 08-2868971
PO Box 4017, Gaza City
**Deputy Minister:**
Amb. Dr. Ahmad Soboh
Tel. & Fax: 02-2403772
Fax: 02-2403772
**Chief of Minister Cabinet- Gaza:**
Amb. Abdul Rahman Bseiso
Tel.: 08-2845040
Fax: 08-2868971
**Assistants to the Minister:**
**General & Councilor Affairs:**
Amb. Ibrahim Khreisheh
Tel.: 02-2405040
Fax: 02-2403772
**First Councilor** Dir. for Councilors
Affairs: Dr. Taysir Jaradat
Tel.: 02-2405040
Fax: 02-2403772
**First Councilor** Dir. for Embassies
Affairs: Khalid Al-Atrash
Tel.: 02-2405040
Fax: 02-2403772

PASSIA

02:008815
0679

**Chief of Protocol:**
Councilor Muhannad Hammoun
Tel.: 02-2405040 / 0599-230803
Fax: 02-2403772

▶ **MINISTRY OF HEALTH**
**Minister:**
West Bank:
Tel.: 02-2408690
Fax: 02-2408979
Gaza:
Tel.: 08-2846949
Fax: 08-2826295
E-mail: mohgaza@palnet.com
E-mail: moh@palnet.com
http://www.moh.gov.ps
Abu Khadra Bldg., PO Box 1035 or
PO Box 5001, Gaza
**Dep. Min.:** Dr. Anan Al-Masri
Tel.: 02-2384771-6
Fax: 02-2384777
PO Box 14, Nablus
Ramallah:
Tel.: 02-2407743
Fax: 02-2407742
E-mail: panmoh@palnet.com
**Acting Dep.:** Dr. Imad Tarawia
**Director Generals:**
- Gaza: Dr. Abdel Rahim Barqawi
  Tel.: 08-2829173/74
- West Bank: Dr. Fahed As-Said
  Tel.: 09-2384771-6
  Fax: 09-2384777
**Public Relation Dept.:**
Dr. Omar Al-Nasser
Tel.: 09-2336464
Fax: 09-2336466
**Finance & Administration:**
Dir.-Gen.: Theib Abu Al-Fadel
Tel. & Fax: 02-2407791
Tel. & Fax: 09-2382870
**Pharmacy:**
Dir.-Gen.: Rania Shahin
Tel.: 09-2386410
Fax: 09-2384777
Gaza: Ziad Sha'ath
**Gen. Hospitals Directorate**
Dr. Mousa Abu Hmaid
Tel.: 08-2402161
Tel. & Fax: 09-2384740
**Emergency & Medical Services:**
Dir.-Gen.: Dr. Mohammad 'Edah
Tel.: 02-2402740
**Pharmaceuticals Inspector:**
Dir.: Dr. Ghaida Al-Khalidi
Tel. & Fax: 09-2384773
Fax: 09-2384777
**Health Promotion & Education:**
Dir.-Gen.: Dr. Shaher Shteiyah
Tel.: 09-2384771-6
Fax: 09-2384777
**Primary Health:**
West Bank: Dr. As'ad Ramlawi
Tel.: 02-2957931
Fax: 02-2955765
Gaza: Dr. Ali Qnader
Tel.: 08-2862185
Fax: 08-2864230
**Preventive Medicine:**
Dr. Iyad 'Arafah
Tel.: 02-2957392-3
Fax: 02-2955657

**Dental Health:**
West Bank: Dr. Raji Musleh
Tel. & Fax: 02-2989388
Gaza: Dr. Sager Abu Qumboz
Tel. & Fax: 08-2825782
**International Cooperation:**
Gaza: Dr. Majed Abu Ramadan
Tel.: 08-2826325
West Bank: Dr. Qasim Al-Maani
Tel.: 09-2387275
Fax: 09-2394777
**Women's Health:**
West Bank: Dir.-Gen. Wijdan Siam
Tel.: 02-2408054
Fax: 02-2408045
Nablus: 09-2392577
Gaza: Dr. Dina Abu Shaban
Tel.: 08-2822889
Fax: 08-2848544
**Psychiatric Dept.:**
Gaza: Dr. Ayesh Samour
Tel. & Fax: 08-2822748
West Bank: Dr. Basim El-Ashhab
Tel. & Fax: 02-2987146
**Purchasing Dept.:**
West Bank: Abdul Nasser Al-Fari
Tel.: 09-2384771-6
Fax: 09-2384777
Gaza: Tel.: 08-2827634
Fax: 08-2824607
**Laboratory & Blood Bank:**
West Bank: Wathiq Gaber
Tel.: 09-2384771-6
Fax: 09-2384777
Gaza: Rand El-Khudari
Tel. & Fax: 08-2840066
- **Finance**
Gaza: Suheil Hammad
Tel.: 08-2829179
Fax: 08-2826118
West Bank: Mohammed El-Atiani
Tel. & Fax: 09-2370438
- **Engineering & Maintenance**
West Bank: Mohammed Abu Ajamiah
Tel. & Fax: 02-2957933
Gaza: Radwan El-Khudari
Tel.: 08-2827721
Fax: 08-2864109
**Health Information Center:**
West Bank: Omar Abu 'Arqoub
Tel.: 09-2393380
Fax: 09-2393381
E-mail: omarhmis@hotmail.com
   or: hmis@moh3.com
Gaza: Dr. Riyad 'Awad
Tel. & Fax: 08-23833044
E-mail: riyadawad@hotmail.com

▶ **MINISTRY OF INFORMATION**
**Minister:**
Tel. & Fax: 08-2826100
E-mail: moi23@p-ol.com
http://www.minfo.gov.ps
**Dep. Min.:** Dr. Mutawakel Taha
Tel. & Fax: 02-2965587/8
E-mail: mutawakel_taha@yahoo.com
End of Al-Irsal St., Al-Bireh
PO Box: 224, Ramallah
**Directorate-Generals:**
- **Financial & Admin. Affairs:**
  Ibrahim Sajadiyah

Tel.: 02-2964044/ 0599-348958
E-mail: i-sajdeyeh@yahoo.com
- **Media Production:**
Mohannad Abdul Hamid
Tel.: 02-2955584/ 0599-617595
E-mail: mohanned_t@yahoo.com
- **Media, Publications:**
Mahmoud Khalefah
Tel.: 08-2866888/ 0599-899111
Fax: 08-2824926
E-mail: khalef4@hotmail.com
Dep. Dir.: Nimr Odwan
Tel.: 02-2986465/0599-782960
E-mail: nimr_odwan@yahoo.com
- **External Information:**
Klimance Khore
Tel.: 02-2988040/ 0599-671599
E-mail:moi-klimance@minfo.com
**District Offices:**
Tayseer Hussein
Tel.: 02-2961445/0599-252140
E-mail: taisir-abuhussain@hotmail.com
Bethl.: Fae'q Morshed
Tel. & Fax: 02-2765115
   Al-Jabal St.
Hebron: Khalil Manasreh
Tel & Fax: 02-2226938/17308
   Shafafah St., Natsheh Bldg.
Nablus: Majed Ketanh
Tel. & Fax: 09-2384024
   Sa'addin Bldg., Adel St.
Jenin: Mahmoud Esteteh
Tel.: 04-2430138
Tulkarem: Moa'tasem Amous
Tel. & Fax: 09-2686166/0599-204347
Qalqilya: Said Nazzal
Tel.: 09-2949260

▶ **MINISTRY OF THE INTERIOR**
**Minister:**
Tel.: 02-2409873-4
Fax: 02-2409872
West Bank:
Tel.: 02-2409874-6
Fax: 02-2409870-1
Al-Irsal St., PO Box 641
Gaza:
Tel.: 08-2829163/185/188/460
Fax: 08-2840165
An-Nasser St., Gaza
**Dep. Min.:** Amin Maqloul
Tel. & Fax: 02-2409248
**Asst. Dep.:** Dr. Moh'd Yassin
Tel.: 02-2409246
**Dir.-Gen., WB:** Dr. Moh'd El-Rifa'ei
Tel. & Fax: 02-2409249
- **Control Dept.**
Dir.-Gen.: Wasef Erekat
Tel.: 02-22409207
**Licensing Dept.:**
Acting Dir.-Gen.: Moh'd Abu Hijjeh
Tel.: 02-2409242
**Dep. Civil Affairs:**
Gaza: Dir.-Gen.: Hisham Desuqi
Tel.: 08-2863800/4084
Fax: 08-2829470
West Bank: Dir.-Gen.: Hassan 'Alawi
Tel.: 02-2409564

- **Passport & Naturalization:**
Dir.Gen.: Salti Rimoni
Tel. & Fax: 02-2409224/9873

*Index p. 164 ff*

PASSIA

17

02:008816

0680

- **Legal Dept.**
  Dir.-Gen.: Omran Odeh
  Tel.: 08-2829188

- **Political Dept.**
  Dir.-Gen.: Taha Faqeeh
  Tel.: 02-2409246

- **Public Relation Dept.**
  Dir.-Gen. Bidal Amro
  Tel.: 02-2409201

**West Bank Offices:**
Abu Dis: 02-2799074
Betnl.: Tel.: 02-2770745
Dura: Tel.: 02-2280013
Hebron: Tel.: 02-2227634
Jenin: Tel.: 04-2438312
Jericho: Tel.: 02-2322230
Nablus: Tel.: 09-2398606
Qalqilya: Tel.: 09-2942754
Ar-Ram: 02-2347511
Ramallah: Tel.: 02-2955883
Salfit: Tel.: 09-2515656
Tulkarem: Tel.: 02-2674090

### ▶ MINISTRY OF JUSTICE

**Minister:**
Tel.: 02-2973263
Fax: 02-2973264
E-mail: info@moj.gov.ps
http: //www.moj.gov.ps
**Ramallah**
Tel.: 02-2971661/2
Fax: 02-2973264
**Gaza:**
Tel.: 08-2836993/2822927
Fax: 08-2829286/197
**Dir.-Gen. of Min.:**
Dr. Hanna Abu Helanah
Tel. & Fax: 02-2954615
**Forensic Medical Center**
Dir.-Gen. Dr. Jalal El-Jabri
Tel.: 02-2770404
Fax: 02-2770492

### ▶ MINISTRY OF LABOR

**Minister:**
Tel.: 02-2409585/82
Fax: 02-2409580
E-mail: mlabour@p-ol.com
**Ramallah:**
Tel.: 02-2982800
Fax: 02-2982801
http://www.mol.gov.ps
Al-Muba'din St., At-Irsal, PO Box 350
**Gaza:**
Tel.: 08-2829129/30/46
Fax: 08-2864300
Al-Khazendar Bldg., PO Box 4021
**Dep. Min.s:**
Moh'd Sabbah
Tel.: 02-2409581
Ahmad Abu Shawish
Tel.: 08-2863919/4756
Fax: 08-2822400
**Asst. Dep. Min.:** Kayed Al-Ghoui
Tel.: 08-2867336

**Director Generals:**
- **Admin. & Financial Affairs:**
  Badia' Abu Jbeen
  Tel.: 08-2829147

- **Cooperatives:** Reyad Jubran
  Tel. & Fax: 02-2982822
- **Labor Policy Committee:**
  Hussein Al-'Abed
  Tel.: 02-2982800
  Fax: 02-2982801
- **Labor Inspection & Protection:**
  Ahmed Nejim
  Tel. & Fax: 02-2982813
- **Arab & International Coop-**
  **eration & Public Relations:**
  Assef Sa'id
  Tel. & Fax: 02-2982819
- **Interior Monitoring &**
  **Inspection:** Kayed Al-Ghoul
  Tel.: 02-2982800
  Fax: 02-2982801
- **Labor Relations:**
  Mustafa Shehadah
  Tel.: 02-2982815
- **Planning & Policies:**
  Dr. Abdul Majid Swailem
  Tel.: 02-2982808
- **Social Insurances:**
  Zainab Al-Ghoneimi
  Tel.: 02-2982800
  Fax: 02-2982801
- **Vocational Training:**
  Dr. Salah El-Zarou'
  Tel.: 02-2982817
- **Employment:** Nasser Qatami
  Tel.: 02-2982811
- **Development & Training &**
  **Performance Assessment:**
  Dr. Basem Qaddoura
  Tel.: 02-2982800
  Fax: 02-2982801

**District Offices:**
Coordinator: Ghazi Salameh
Tel.: 02-2982800
Fax: 02-2982801

**Offices:**
Bethlehem: Head: Ali Qdeimat
    Tel. & Fax: 02-2742557
Dura: Amin Al-Mtur
    Tel.: 02-2287807
Hebron: Head: Yasin Radi
    Tel.: 02-2226116
    Tel.: 02-2226115
Jenin: Head: Ahmad Daraghmah
    Tel.: 04-2501010
Jericho: 'Ayshah Awajnah
    Tel.: 02-2322616
    Fax: 02-2321161
Jerusalem: Raslan Aby Rayhan
    Tel.: 02-2345692
Nablus: Head: Isam Abu Baker
    Tel.: 09-2380395
    Fax: 09-2385143
Qalqilya: Head: Bilal Thawabeh
    Tel.: 09-2940686
Ramallah: Head: Walid Bilbasy
    Tel.: 09-2957395
Salfit: Head: Khaldoun Misleh
    Tel.: 09-2515226
Tulkarem: Head: Walid Bilbasy
    Tel.: 09-2673085
Tubas: Head: Mohammad Abu Qthayleh
    Tel. & Fax: 09-2574535

### ▶ MINISTRY OF LOCAL GOVERNMENT

**Minister:**
Tel.: 02-2401085/1455
Fax: 02-2402346
E-mail: kaled.qawasmi@molg.guv.ps
http://www.molg.gov.ps
**Gaza:**
Tel.: 08-2820271-3/2829054/46
Fax: 08-2867509/2866844
**Al-Bireh:**
Tel.: 02-2401976/1085/2/3776
Fax: 02-2401091
PO Box 731
**Deputy:** Dr. Hussein Al-Araj
Tel.: 02-2402112
Fax: 02-2402115
E-mail: molg@p-ol.com
**Asst. Deputies:**
**Gaza:**
Ismail Abu Shamaleh
Tel.: 08-2802271
**West Bank:**
Ahmed Ghneim
Tel.: 02-2402347
E-mail: agunaim@yahoo.com
**Dir.-Gen. West Bank:**
Fous Khalifah
Tel. & Fax: 02-2402348
**PR:**
Tel.: 02-2401085/921455/
Fax: 02-2401091
E-mail: waleidassaf@yahoo.com

**District Planning Committees:**
**Jerusalem:**
Hassan Abed Rabbo
Tel. & Fax: 02-2799533
Fax: 02-2796228
**Hebron:**
Mohammed Abu Shanab
Tel.: 02-2229732/8112
Fax: 02-2226740
**Jericho:**
Mohammad Njoum
Tel. & Fax: 02-2323166
**Bethlehem:**
Shukri Radayda
Tel.: 02-2742637/70594
Fax: 02-2770595
**Jenin:**
Fathi El-Raghib
Tel.: 04-2501361/2/ 0599-204148
Fax: 04-2436191
**Tulkarem:**
Tareq E'nair
Tel.: 09-2672153/4
Fax: 09-2674088
**Tubas:**
Ghassan Daraghmah
Tel.& Fax: 09-2574677/0599-732735
**Salfit:**
Ra'ed Barghothi
Tel.: 09-2515805/ 0599-794946
Fax: 09-2515804
**Nablus:**
Sameer Dawabsheh
Tel.: 09-2340877/78/0599-840721
Fax: 09-2340871
**Qalqilya:**
Hassan Shreim
Tel.: 09-2942989
Fax: 09-2942988


PASSIA

18

02:008817
**0681**

Ramallah:
Izzat Badwan
Tel.: 02-2956324/1284/6090/7372
Fax: 02-2956304

▶ **MINISTRY OF NATIONAL ECONOMY**

Minister:
Tel.: 02-2981213
Fax: 02-2981207-8
E-mail: mazens@met.gov.ps
PO Box 1629, Ramallah
Gaza:
Tel.: 08-2829140-377437
Fax: 08-2843707
**Dep. Min.:** Dr. Maher Al-Kurd
Ramallah:
Tel.: 02-2981212/2954011
Fax: 02-2981211
E-mail: elkurd@met.gov.ps
Gaza: Tel.: 08-2826159
**Dep. Min.:** Dr. Jawad Hirzallah
Tel.: 02-2987748/ 0599-244550
Fax: 02-2960350/2981207
E-mail: jawadn@met.gov.ps
       Jawad_953@hotmail.com
**Dep. Min.:** Abdul Hamid Al-Qudsi
**Asst. Dep.:** Dr. Tawfiq Shihabi
Tel. & Fax: 02-2981210
Fax: 02-2981207
**Asst. Dep.:** Saeb Bamleh
Tel.: 02-2981214-9
Fax: 02-2981207
**Asst. Dep.:** Abdul Hafiz Nofal
Tel.: 02-2981214-9/ 0599-522523
Fax: 02-2981207
**Asst. Dep.:** Dr. Subhi Abu Sha'ireh
Tel.: 02-2987893
**Asst. Dep.:** Adel Saqallah
Tel.: 08-2874133
**Asst. Dep.:** Abdallah El-Skafi

Directorate Generals:
Dr. Nasser Jaber
Tel.: 02-2875760
Dir.-Gen.: Farid Al-Mashharawi
Tel: 08-2877431
- **Human Resources Finance & Admin.:** Dir.: Dr. Walid Hasan
- **Policy Analysis & Statistics:** Dir.-Gen.: Ghazi Surani
- **Intellectual Property Rights:** Dir.-Gen.: Ahmad Omar
- **Regional Offices:** Dir.: Dr. Omran Abu Sbeih
- **Industry, Trade & Consumer Services** Dir.: Ziad Tuameh
- **MIS & Internet Services** Dir.: Safwan Nazer
- **International Relations:** Asst. Dep.: Saeb Bamleh

District Offices:
Bethlehem: Tel.: 02-2751915/7
Deir Al-Balah: Tel.: 08-2531519
Gaza City: Tel.: 08-2874145
Hebron: Tel.: 02-2226790/6393
Jabalia: Tel.: 08-2454434
Jenin: Tel.: 04-2437063/2503281
Jericho: Tel.: 02-2321306
Jerusalem: Tel.: 02-2798372

*Index p. 164 ff*

Khan Younis: Tel.: 08-2052100
Nablus: Tel.: 09-2385952/2375743
Qalqilya: Tel.: 09-2943108
Rafah: Tel.: 08-2145720
Ramallah: Tel.: 02-2987892
Tulkarem: Tel.: 09-2672719

▶ **MINISTRY OF PLANNING**

Minister:
West Bank:
Tel.: 02-2973022
Fax: 02-2973012
http://www.mop.gov.ps
**Dep. Min.:** Dr. Samih Al-Abed
Tel. & Fax: 02-2973017
Mobile:  0599-352875
E-mail: sabid@mop.gov.ps
PO Box 4557, El-Bireh
**Asst. Dep. Min.:** Zuheir Khalaf
Tel.: 02-2973010
Fax: 02-2973012
E-mail: Zuheir@mop.gov.ps
Public Relation:
Dir.-Gen.: Ahmad 'Abbas
Tel.: 02-2973010/41/0599-531607
Fax: 02-2973012
E-mail: aabbas@mop.gov.ps
Projects & Report Unit:
Dir.-Gen.: Bader Abu Zahran
Tel.: 02-2973010/0599-715247
Fax: 02-2973012
E-mail: babuzahran@mop.gov.ps
Admin. & Financial Affairs:
Dir.-Gen.: Harbi Daragmeh
Tel.& Fax: 02-2973015/ 0599-209959
E-mail: hdaragmeh@mop.gov.ps
Spatial Planning:
Dir.-Gen: Khalil Nijem
Tel.: 02-2973117/ 0599-295988
E-mail: knijem@mop.gov.ps
Unit of Minister Council Affairs:
Dir.-Gen.: Rana Balawi
Tel.: 02-2973010
Mobile: 0599-720652/252488
E-mail.: ranabalawi@hotmail.com
Human Resource Development:
Dir.-Gen.: Dr. Mohammad Ghadiah
Tel.: 02-2973019/ 0599-249985
E-mail: mghadia@mop.gov.ps
Programs & Sector Coordination:
Dir.-Gen.: Dr. Mohammad Aijour
Tel.: 08-2830508 / 0599-674535
Fax: 08-2830509
E-mail: moajjour2@yahoo.com
Aid Management & Coordination:
Dir.-Gen.: Dr. Cairo Arafat
Tel.: 02-2973010/0599-675615
Fax:  02-2973012
E-mail: carafat@mop.gov.ps
Geographic Center & Technical Support: Bashar Juma'a
Tel.: 02-2973012
E-mail: bjumaa@mop.gov.ps
Public Management Reform Program:
Dir.: Zainah Abdul Hadi
Tel: 02-2408952/62
Fax: 02-2408963
E-mail: zhadi@mop.gov.ps

▶ **MINISTRY OF PUBLIC WORKS & HOUSING**

Minister:
Tel.: 02-2980207
Fax: 02-2987889
E-mail: shtayyeh@planet.edu
Um Sharayet, besides Al-Amin Circle, Al-Bireh, PO Box 3910, Ramallah
Gaza: Tel.: 08-2822310/22233-4
       Fax: 08-2865900
Arab League St., Rimal
Asst. Deputies:
Technical Assistance:
Maher Ghnaim
Tel.: 02-2966006/7
Fax: 02-2987890
E-mail: mahermpw@p-ol.com
Planning & Develop.:
Dr. Ibrahim Abu Hmeid
Tel.: 08-2880807
Fax: 08-2822235
Dir. of PR & Media: Salah Haniah
Tel.: 02-2966006/7
Fax: 02-2987890
E-mail: salahhanieh@maktoob.com

▶ **MINISTRY OF SOCIAL AFFAIRS**

Minister:
West Bank:
Tel.: 02-2405641
Fax: 02-2405642/4
Mub'adin St., Al-Bireh
Gaza:
Tel. & Fax: 08-282747
Old Housing Bldg., Rimal, Gaza
Gen. Dir. Minister Office:
Nabeel Kabaha
Tel.: 02-2405641
Fax: 02-2405642
**Deputy Min.:** Ahmad Said Tamimi
Tel.: 02-2405641
Fax: 02-2405642/4
**Asst. Dep. Min.:** Najat Al-Aridi
Media Department & PR: Basima Soboh
Tel.: 02-2405641
Fax: 02-2405642/4
Gaza:
Mahmoud Saed
Tel.: 08-2847806
Consultant: Dr. Rihab 'Issawi
Tel.: 02-2405641
Fax: 02-2405642/4

Director Generals:
- **Planning & Studies:** Majid Abdel Hadi
  Tel. & Fax: 02-2405642
- **Public Administration of Social Care & Rehabilitation:** Maysoun Al-Whadi
  Tel.: 02-2405641
  Fax: 02-2405642/4
- **Finance & Admin.:** Dr. Raisa Al-Tibi
  Tel.: 08-2822464
  Fax: 08-2866209
- **Public Administration of Social Needs:** Hana Quemary
  Tel.: 02-2405641
  Fax: 02-2405642/4

PASSIA

19

02:008818
0682

- **Cabinet Affairs Unit:** Daud Al-Dik
  Tel.: 02-2405641
  Fax: 02-2405642/4
- **Public Admin. of Social Devel-opment:** Thanaa Al-Khazandar
  Tel.: 08-2824380/47806
  Fax: 08-2829191
- **Public Admin. for Aids & Family Rehabilitation:**
  Fadia Al-Masri
  Tel.: 02-2405641
  Fax: 02-2405642/4

*District Offices:*
Gaza: Abdul Karim Suker
  Tel.: 08-2823855/9282
  Fax: 08-2823155
Northern Gaza: 'Aziz Al-Madhoun
  Tel. & Fax: 08-2456179/79316/
  08-2871310
Deir Al-Balah : Mustafa Smour
  Tel. & Fax: 08-2530031/50180
Khan Younis: Khadrah Abu Mustafa
  Tel.: 08-2051103
Rafah: Abdul Min'im Shubair
  Tel.: 08-2149326/5014
Bethl.: Diana Mobarak
  Tel.: 02-2741216
  Fax: 02-2770582
Hebron: Bader Badran
  Tel.: 02-2227653/3380
  Fax: 02-2220898
Jenin: Ismat Fakhouri
  Tel.: 04-2501017/3598/3597
  Fax: 04-2437118
Jericho: Kawhther al-Moghrabi
  Tel.: 02-2324290
  Fax: 02-2322504
Abu Dis: Ahmad Maharmeh
  Tel.: 02-2799969
Nablus: Khawla Al-Nabolsi
  Tel.: 09-2383574/7785
  Fax: 09-2388020
Qalqilya: Ahmed Hattab
  Tel.: 09-2942588
  Fax: 09-2940036
Ramallah: Khaled Barghouti
  Tel. & Fax: 02-2963836/56277
Salfi: Jamal Omar (Dep. Dir.)
  Tel.: 09-2515722
  Fax: 09-2515191
Tulkarem: Sabah Sharsheir
  Tel.: 09-2671171/80929/4244
  Tel. & Fax: 09-2674244

**Juveniles Centers for Males:**
Gaza: Mohammed Arafat
  Tel.: 08-2822109/2477
Ramallah: Rajab Mosallam
  Tel.: 02-2956030

**Juveniles Centers for Females:**
Bethlehem: Jihad Abu 'Ain
  Tel. & Fax: 02-2742667

**The Aging House**
Jericho: Ibtisam 'Ammar
  Tel.: 02-2322319

*District Offices:*
Gaza: Abdul Karim Sukar
  Tel.: 08-2823855/9282
  Fax: 08-2823155
Northern Gaza: Aziz Al-Madhoun
  Tel. & Fax: 08-2456179/79316
Deir Al-Balah: Abdul Minim Shubar

20

Tel. & Fax: 08-2530031/50180
Khan Younis: Khadrah Abu Mustafa
Tel.: 08-2057938
Tel.: 08-2051103
Rafah: Omar Al-Darby
Tel.: 08-2149363
Tel. & Fax: 02-2145041

► **MINISTRY OF TELECOMMU-NICATION & INFORMATION TECHNOLOGY**

**Minister:**
**Deputy Min.:** Sulaiman Zuhairi
Gaza: Tel.: 08-2822222
Tel. & Fax: 08-2837777/2829459
E-mail: szuhairi@mtit.gov.ps
PO Box 5300, Gaza, Ar Rimal
Ramallah: Tel.: 02-2409345
          Fax: 02-2409357
PO Box 674, Ramallah, Al-Bireh

**Postal Affairs**
Gaza: Tel.: 08-2829502
          Fax: 08-2822846
Ramallah: Tel.: 02-2409441/3
          Fax: 02-2409446

**Government Computer Center:**
Tel.: 02-2403748/9
Fax: 02-2403749
http://www.gcc.gov.ps/
El-Balou', PO Box 674, Ramallah
Gaza:
Tel.: 08-2848600
Fax: 08-2848700
Abu Khadra Bldg.

► **MINISTRY OF TOURISM & ANTIQUITIES**

**Minister:**
Tel.: 02-2741581-3
Fax: 02-2743753
Ramallah:
Tel.: 02-2409534/9891/9463
Fax: 02-2409563/890
E-mail: minister@visit-palestine.com
or: mota@visit-palestine.com
http://www.visit-palestine.com
Manger St., Nazzal Bldg.,
PO Box 534, Bethlehem
**Dep. Min.:** Marwan Toubassi
Tel.: 02-2409561
Fax: 02-2409890
**Finance & Administration:**
Dir.-Gen.: Ali Abu Srour
Tel.: 02-2760898
Fax: 02-2743753
**PR & Media:**
Dir.: Abdul Sailam Asia
Tel.: 2409891

*District Offices:*
Gaza: Dir.-Gen. Dr. Muen Sadeq
Tel.: 08-2824866/9461/609
Tel. & Fax: 08-2824876
Ramallah: Tel.: 02-2967063
Fax: 02-2967061

**Antiquities Dept.:**
Dir. Gen: Dr. Hamdan Taha
Tel.: 02-2959561
Fax: 02-2959560

PASSIA

Hebron: Dir.: Mahmoud Jabarin
Tel. & Fax 02-2229633
Bethlehem: Dir.: 02-2741581-3
Jenin: Dir.: Khalid Rabayah
Tel.: 04-2438381/ 0599-209748
Fax: 04-2518380
Jericho: Dir.-Gen.: Ibrahim Al-Hafi
Tel.: 02-2322935 / 0599-653252
Fax: 02-2321279
Nablus: Dir.-Gen.: Majed Abu Rub
Tel.: 09-2385045
Fax: 09-2385043/2916
Qalqilya: Dir.: Haythum Ishtayyeh
Tel. & Fax 09-2943143
Salfit: Dir.: Sayel Ad-Deik
Tel.: 09-2515971
Fax: 09-2515970
Tulkarem: Dir.: 'Amer Al-Jitawi
Tel. & Fax: 09-2679701
Mobile: 0599-732849

► **MINISTRY OF TRANSPORTATION**

**Minister:**
Tel.: 02-2951197
Fax: 02-2951318
E-mail: mot@mot.gov.ps
http://www.mot.gov.ps
PO Box 399, Ramallah
Gaza: Tel.: 08-2829133
Fax: 08-2822297
**Deputy:** Ali Iriqat
**Director Generals:**
- Licensing:
  Fursan Samodi
  Tel.: 02-2951292-4/6
  Fax: 02-2951318
- Admin. Affairs & Supplies:
  Kamal Ghannam
  Tel.: 02-2951470-1
  Fax: 02-2951318
- Gen. Relations Plan:
  Fuad Manna'a
  Tel.: 08-2829133
  Fax: 08-2822297

**Gaza International Airport:**
Dir.-Gen.: Salman Abu Halib
Tel.: 08-2134338/58
     08-2134279 (Info)
Fax: 08-2821309/7844/2134159
E-mail: gaza-int@hally.net
http://www.gaza-airport.org
PO Box 4043, Rafah, Gaza
Airport Security: 08-2134339
Preventive Security: 08-2134369

**Palestine Airlines:**
Dir.-Gen.: Salman Abu Halib
Tel.: 08-2829526-8
Fax: 08-2822800
E-mail: fzaidan@palairlines.com
http://www.palairlincs.com
Jamal Abdel Nasser St.,
PO Box 4043, Gaza
Sales & Reservation:
Tel.: 08-2827814
Tel. & Fax: 08-2827824
Commercial Dept.:
Tel. & Fax: 08-2827834

### ▶ MINISTRY OF WAQF & RELIGIOUS AFFAIRS

**Minister:**
Hebron:
Tel. & Fax: 02-2829070/2228213
Gaza:
Tel.: 08-2807413
Fax: 02-2807414
Al-Yarmuk St., PO Box 283, Gaza
Al-Izzariyya:
Tel.: 02-2799902-3
Fax: 02-2796222/9534
Dar Al-Aytam Al-Islamia Bldg.
Nablus:
Tel.: 09-2387606
**Asst. Dep.:** Salah Zuheikah
Tel.: 02-2799760
**Asst. Dep.:** Mahmoud Al-Neirab
Tel.: 08-2807415
**Gen. Man.:** Fuad Siam
Tel.: 02-2798813 / 0599-500377
**Christian Affairs:**
Asst. Dep. Min.: Marwan Toubassi
Tel.: 02-2950669/6520
Fax: 02-2954832/6520
**Legal Affairs:**
Fathallah Al-Husseini
**Jerusalem Affairs:**
Nasser Daoud Rifa'i
Tel.: 0599-720750/052-230093
**Heritage Dept.:**
Dr. Mohammad Ghosheh
Tel.: 02-6285473
**Islamic Research:** Mohd. Lafi
Tel.: 08-2807414
**Financial Affairs:**
Moh'd Mustapha Ja'far
Tel.: 02-2799534
Gaza: Shafik Daher
Tel.: 08-2807369
Dar Al-Aytam Al-Islamia Bldg.,
**Women's Affairs Dept.:**
Tel.: 09-2398094/08-2050190
**District Offices:**
Gaza: Tel.: 08-2807414
Nablus: Tel.: 09-2384274/5/6
Hebron & Southern District:
Tel.: 02-2234620

### ▶ MINISTRY OF WOMEN'S AFFAIRS

**Minister:**
Tel.: 02-2403315/9461-2/
0599-674777
Fax: 02-2402175
E-mail: z.kamal@exeite.com
PO Box 4616, Al-Bireh
PO Box 51767, Jerusalem
Sec. Gen.: Salwa Hdeib-Qannam
Tel.: 02-2403315/ 0599-672347
Fax: 02-2402175
E-mail: salwahq@yahoo.com

### ▶ MINISTRY OF YOUTH & SPORT

**Minister:**
Gaza:
Tel.: 08-2836646/77901/5529/30
Fax: 08-2875535

*Index p. 164 ff*

E-mail: youth@p-ol.com
http://www.mys.gov.ps
Ash-Shifa St., Southern Rimal,
PO Box 1416, Gaza
Ramallah:
Tel.: 02-2959730-2
Fax: 02-2985991
Irsal St., Irsal Bldg., PO Box 52
**Dep. Min.:** Dr. Ahmad Al-Yazji
Tel.: 08-2827645/55
Fax: 08-2875535
**Dep., West Bank:**
Dr. Jamal Muheissen
Tel.: 02-2984585
**Asst. Dep.:** Rabiha Diab, Hassan
Khatib
Tel.: 02-2959733
**District Offices:**
Bethl.: Head: Khalil Shahwan
Tel.: 02-2770680
Deir Al Balah: Tel.: 08-2531929
Gaza Compound: 08-2824956
Hebron: Abdul Nasser Al Sharif
Tel.: 02-2226359/15018
Jenin: Head: Ghassan Kabaha
Tel.: 04-2502680
Jericho: Suleiman Abu Taleb
Tel.: 02-2322498
I'lem: Head: Amir Abu Shams
Tel.: 02-2347998
Khan Younis: Head: 08-2054176/3671
Nablus: Head: Fathi Khader
Tel. & Fax: 09-2382621/1557
Qalqilya: Hussam Bal'awi
Tel.: 09-2942761
Ramallah-Al-Bireh: Nimer Attiyeh
Tel.: 02-2989890
Salfit: Head: Reyad Amer
Tel.: 09-2515040
Tulkarem: Head: A'la'a Haloub
Tel.: 09-2672783

• **Ben Weider Academy for Fitness**
Dir.: Dr. Nazih N'eirat
Tel.: 02-2900972
Fax: 02-2900972
Beitunia

• **Majed As'ad Sports' Compound**
Dir.: Dr. Hussam Turki
Tel.: 02-2400144
Al-Bireh

• **The Martyr Salah Khalaf Center for Young Leaders**
Dir.: Marwan Wishahi
Tel.: 09-2578620/2578177
Al-Fara'a

### ▶ MINISTER OF STATE FOR SETTLEMENTS AND WALL AFFAIRS

**Minister:**
Tel.: 02-2401537-8 - off.
0599-205142
Fax: 02-2401539
Email: amajdalani@yahoo.com
An-Nijmeh Bldg., 1st fl., Al-Bireh
Asst. Dep.: Ali Amer
E-mail: aamer112002@yahoo.com
Dir.: Taghreed Kishek
E-mail: tkishek@yahoo.com

PASSIA

### ▶ MINISTER OF STATE FOR JERUSALEM AFFAIRS

**Minister:**
Tel.: 02-2950970
Fax: 02-2950977
E-mail: Jerusalemaffairs@pmo.gov.ps
Ramallah

## PALESTINIAN LEGISLATIVE COUNCIL (PLC)

**Speaker: Dr. Aziz Al-Dweik**
Tel. & Fax: 02-2987712
Tel.: 0599-253810
http://www.pal-plc.org
Main Office, Ramallah:
Tel.: 02-2984301-2/2984804/6
Gaza:
Tel.: 08-2827037/9337/8
08-2824194/3953
Fax: 08-2827027/4174/2596
E-mail: speaker@pal-plc.org
http://www.pal-plc.org
**1st Deputy:** Dr. Ahmed Bahar
Tel: 08-2822770
**2nd Deputy:** Dr. Hasan Khreisheh
Tel: 0599-205071
**Sec. Gen.:** Dr. Mahmoud Al-Ramahi
Tel & Fax: 02-2960733
Tel.: 0599-293003
**Dir. of the Speaker Office:**
Dir.: Abd Al-Qaher Srour
Tel.: 02-2987712/0599-389000
Fax: 02-2987716
**Financial Department:**
Dir.-Gen.: Abdul Karim Abu Taha
Tel & Fax: 02-2987721
Tel.:0599-728038
**PLC Committees:**
Dir.-Gen.: Nash'at Qarioty
Tel.: 02-2984743/0599-255932
Fax: 02-2987719
**Media & Information Dept.**
Dir.-Gen.: Basem Barhoum
Tel. & Fax: 02-2984159/0599-887985
**Protocol Department:**
Dir.: Iyad Mohamed
Tel. & Fax: 02-2980332
Tel.: 0547-582243
**Administrative Affairs:**
Gaza:
Dir.-Gen.: Izzeddin Abu Safiyeh
Tel.: 08-2824488/0599-316080
West Bank:
Dir.: Kamal Edwan
Tel.: 0599-659139
Tel. & Fax: 02-2958890
**Information Technology Unit:**
Dir.: Ahmad Meqdadi
Tel.: 02-2984742 / 0599-329041
**Library:**
Dir.-Gen.: Anan Hamad
Tel.: 02-2958892 / 0599-837605
**Legal Dept.:**
Jamal El Khatib
Tel.:02-2984245 / 0599-329041
**Procurement Unit:**
Dir. Gen.: Amjad Darwish
Tel.:02-2960731 / 0599-370210

21

**Technical Dept:**
Dir.-Gen.: Ahmad Abu Hashish
Tel.:02-2984746 / 0599-200465
**Training Unit:**
Dir.: Kamal Dualbes
Tel. & Fax: 02-2984240/0599-799339
**Women's Unit:**
Gaza: Dir.-Gen.: Amal Hamad
Tel.:08-2835580/0599-476923
West Bank: Dir.: Nahed Freitekh
Tel. & Fax: 02-2984306/0599-876779
**Liaison & Coordination Unit:**
Dir.: Firas Yaghi
Tel. & Fax: 02-2984652 0544-639773

---

### PLC MEMBERS

NB: *= currently imprisoned by Israel

**El-Abadsa, Yahla** (Change & Reform - List)
Tel.: 08-2052715
Mobile: 0599-608184

**\* Abdel Hamid, Nizar** (Change & Reform - Hebron)
Tel: 02-2284610
Mobile: 0599-225222

**\* Abdel Jawad, Nasir** (Change & Reform - Salfit)
Tel.: 09-2995704
Mobile: 0599-593378
Fax: 09-2515814

**\* Abdel Rahman, Wa'el** (Change & Reform - Jerusalem)
Tel.: 02-2347192
Mobile: 0522-825722
Fax: 02-2347192

**Abdel Rahman, Zaidan** (Change & Reform - Tulkarem)
Tel.: 09-2663288
Mobile: 0599-207017

**Abdullah, Abdullah** (Fateh - List)
Tel. & Fax: 02-2951677
Mobile: 0599-240185

**\*Abu Ali, Mohammad** (Fateh - List)
Tel.: 02-5821984
Mobile: 0599-367977

**Abu Al-Rob, Jamal** (Fateh - List)
Tel.: 04-2512302
Mobile: 0599-365022

**Abu Amro, Ziad** (Independent - Gaza)
Tel.:08-2836617
Mobile: 0599-408407
Fax: 08-2836627

**Abu Bakir, Najat** (Fateh - List)
Tel. & Fax: 09-2342788
Mobile: 0599-872315

**Abu Halabiya, Ahmad** (Change & Reform - List)
Tel. & Fax: 08-2855015
Mobile: 0599-320631

**\* Abu Hassan, Khalid** (Change & Reform - Jenin)
Tel.: 04-2502260
Mobile: 0599-774286

**Abu Houli, Ahmad** (Fateh - Deir Al-Balah)
Tel.: 08-2551611
Mobile: 0599-418706

**\* Abu Jhaisha, Mohammad** (Change & Reform - Hebron)
Tel.: 02-2291933
Mobile: 0599-765859

**Abu Musameh, Sayed** (Change & Reform - List)
Tel.: 08-2149203
Mobile: 0599-852422

**Abu Ras, Marwan** (Change & Reform - List)
Tel.: 08-2827312
Mobile: 0599-465534
Fax: 08-2863552

**\* Abu Salem, Ibrahim** (Change & Reform - Jerusalem)
Tel.:02-2449702
Mobile: 0525-768659

**Abu Shahla, Faysal** (Fateh - List)
Tel.: 08-2824878
Tel. & Fax: 08-2820839
Mobile: 0599-204245

**Abu Shammaleh, Majid** (Fateh - List)
Tel.: 08-2146884 /
Tel. & Fax: 08-2830500
Mobile: 0599-400202

**Abu Sir, Daoud** (Change & Reform - Nablus)
Tel.: 09-2392510 / 09-2520555
Tel. & Fax: 09-2520555
Mobile: 0599-749444

**\* Abu Teir, Mohammed** (Change & Reform - List)
Tel.: 02-6721726
Mobile: 0548-021499

**Abu Tous, Khalid** (Change & Reform - Tubas)
Tel.: 09-2577273
Mobile: 0599-534132
Fax: 09-2577777

**Abu Znaid, Jihad** (Fateh - List)
Tel.: 02-5826530/10977
Mobile: 0547-301049 / 0599-256135
Fax: 02-5321891

**Ahmad, Ahmad** (Change & Reform - Nablus)
Tel.: 09-2384607
Fax: 09-2330480

**Al-Ahmad, Azzam** (Fateh - Jenin)
Tel.:02-2981818/04-2403918
Tel. & Fax: 02-2405070 off.
Mobile: 0599-205220

**Al-'Aileh, Abdel Hamid** (Fateh -List)
Tel.: 08-2875712
Mobile: 0599-411200

**Al-Akhras, Radwan** (Fateh - Rafah)
Tel.:08-2137822/2845177
Mobile: 0599-403892

**\*Ala-Eddin, Mohammed** (Change & Reform - List)
Tel.: 02-2222360
Mobile: 0599-678264

**Al-Aloul, Mahmoud** (Fateh - Nablus)
Tel. & Fax: 09-2385075
          09-2381045  off.
Mobile: 0599-205450

**\* Amli, Riad** (Change & Reform - Nablus)
Tel.:09-2520210
Tel. & Fax: 09-2520555- off.
Mobile: 0599-252559

**Al-Ashqar, Ismail** (Change & Reform - North Gaza)
Tel.: 08-2475426
          08-2474414 off
Mobile: 0599-734827
Fax: 08-2474415

**Ashrawi, Hanan** (The Third Way - List)
Tel.: 02-2988989
          02-2989490 off
Mobile: 0599-201207
Fax: 02-2989492

**Assaf, Walid** (Fateh - Qalqilya)
Tel. & Fax: 09-2902155
Mobile: 0599-803039

**Al-Astal, Najat** (Fateh - List)
Tel.: 08-2052797
Mobile: 0599-600144
Fax: 08-2067530

**Al-Astal, Younis** (Change & Reform - Khan Younis)
Tel.: 08-2065476
Mobile: 0599-481347

**\* Atoun, Ahmad** (Change & Reform - Jerusalem)
Tel.: 02-6733598
Mobile: 0505-452131
Fax: 02-6731402

**\*Badir, "Mohammed Maher"** (Change & Reform - List)
Tel.: 02-2251734/2217103
          02-2298991
Mobile: 0599-381056
Fax: 02-2298990

22

PASSIA

02:008821
0685

**Bahar, Ahmad** (Change & Reform - Gaza)
Tel.: 08-2855186/2827027
Mobile: 0599-565536
Fax: 08-2827027/2855186

**Bal'awi, Hakam** (Fateh - List)
Tel.: 02-2401248
Mobile: 0599-200797
Fax: 02-2401081

**Barakah, Raja'i** (Fateh - List)
Tel.: 08-2076544
Mobile: 0599-884197

**Al-Bardawil, Salah** (Change & Reform - Khan Younis)
Tel. & Fax: 08-2068636
Mobile: 0599-402013

* **Barghouthi, Marwan** (Fateh - List)
Tel.:02-2963131
Mobile: 0599-788540
Fax: 02-2989646

**Barghouthi, Mustafa** (Independent Palestine - List)
Tel.: 02-2954103
02-2966362  off.
Mobile: 0599-254218
Fax: 02-2985917

**Borhom, Abdel Rahim** (Fateh - List)
Tel.: 09-2940005/2943044
Mobile: 0599-647141/674171
Fax: 09-2943045

* **Dahbour, Ibrahim** (Change & Reform - List)
Tel.: 04-2468404/9034
Mobile: 0599-264386
Fax: 04-2469034/2505365

**Dahlan, Mohammad** (Fateh - Khan Younis)
Fax: 08-2844908
Mobile: 0599-266000

**Daraghmeh, Ayman** (Change & Reform - List)
Mobile: 0599-584973

**Dokhan Abdel Fattah** (Change & Reform - List)
Tel.: 08-2550553

* **Al-Dwaik, Aziz** (Change & Reform-Hebron)
Tel.: 02-2253678
Fax: 02-2229247
Mobile: 0599-253810

**Erekat, Sa'eb** (Fateh - Jericho)
Tel.: 02-2322304/2321446
Fax: 02-2321240
Mobile: 0599-675999

**Farahat, Maryam** (Change & Reform - List)
Tel.: 02-2812299

**Fayyad, Salam** (The Third Way - List)
Tel.: 02-2974961
Mobile: 0599-226228
Fax: 02-2409689

* **Fokaha, 'Abdel Jabir** (Change & Reform - List)
Tel.: 02-2985961
Mobile: 0599-857805
Fax: 02-2984461

**Al-Ghoul, Mohammad** (Change & Reform - Gaza)
Tel.: 08-2871711
Mobile: 0599-883008
Fax: 08-2823182

**Al-Haj, Jamal** (Fateh - List)
Tel.: 09-2324265/2316880
Mobile: 0599-382424

**Halaykah, Samira** (Change & Reform - List)
Tel.: 02-2560776
Mobile: 0599-399037

* **Hamdan, Fadel** (Change & Reform -Ramallah)
Tel.: 02-2971487

**Hamdan, Rabiha Diab** (Fateh - List)
Tel.: 02-2813528/2984782
Mobile: 0599-659184
Fax: 02-2950155

**Hammad, Fathi** (Change & Reform - List)
Mobile: 0599-608915

**Haniyeh, Isma'el** (Change & Reform - List)
Tel.: 08-2824550
Mobile: 0599-457575
Fax: 08-2824550

**Al-Haymoni, Akram** (Fateh - List)
Tel.: 02-2294722
Mobile: 0599-253256

**Al-Hayya, Khalil** (Change & Reform - Gaza)
Tel.: 08-2808472
Fax: 08-2860800
Mobile: 0599-608780

**Hijazi, Mohammad** (Fateh - Rafah)
Tel. & Fax: 08-2146836
Mobile: 0599-859561

* **Hwail, Jamal** (Fateh - List)
Tel.: ???????
Mobile:

**Idwan, Atif** (Change & Reform - North Gaza)
Tel.: 08-2457603
Mobile: 0599-873971

**Iskaik, Jamal**
Tel.: 08-
Mobile: 0599-

**Al-Jamai, Abdul Rahman** (Change & Reform - Deir Al-Balah)
Tel.: 08-2553664
Mobile: 0599-407933

**Jarjou'i, Imil** (Fateh - Jerusalem; Christian quota)
Tel.: 02-5828066/
02-6284466 off.
Mobile: 0599-298491
Fax: 02-5816742

**Jarrar, Khalida** (Martyr Abu Ali Mustafa - List)
Tel.: 02-2952365/2960446
Fax: 02-2960447
Mobile: 0547-353140/0599-229977

**Jom'ah, Ashraf** (Fateh - Rafah)
Tel.: 08-2137191
Fax: 08-2138148
Mobile: 0599-414468

**Khadair Hamid** (Change & Reform - Nablus)
Tel.: 09-2326938
Fax: 09-2330480

**Khadir, Qais** (Abu Layla)
(Alternative - List)
Tel.: 02-2988525
02-2965950 off.
Mobile: 0599-658349
Fax: 02-2980401

* **Khalil, Hasan** (Change & Reform - Ramallah)
Tel.: 02-2901169
Mobile: 0599-658888

**Khalil, Nasir** (Fateh - List)
Tel.: 02-
Mobile: 0599-

* **Al-Khatib, Mahmoud** (Change & Reform - Bethlehem)
Tel.: 02-2767451
02-2764014 off.
Mobile: 0522-243001
Fax: 02-2764014

**Khreisheh, Hasan** (Independent - Tulkarem)
Tel.: 09-2675029
Mobile: 0599-205071
Fax: 09-2676026

**Al-Khudari, Jamal** (Independent - Gaza)
Tel.: 08-2822855
Mobile: 0599-466166
Fax: 08-2457152

**Kokali, Fouad** (Fateh - Bethlehem; Christian quota)
Tel.: 02-2774510
Mobile: 0599-204054
Fax: 02-2764746

**Al-Lahham, Mohammad** (Fateh- List)
Tel.: 02-2751664/0599-254723
Fax: 02-2764746/2750661

*Index p. 164 ff*

PASSIA

23

02:008822
0686

**Al-Majdalawi, Jameel** (Martyr Abu Ali Mustafa - List)
Tel.: 08-2454819
Mobile: 0599-410744
Fax: 08-2830575

**Mansour, Muna** (Change & Reform - List)
Tel.: 09-2344152
Mobile: 0599-870352
Fax: 09-2375936

* **Mansour, Yaser** (Change & Reform - List)
Tel. & Fax: 09-2391347
Mobile: 0599-250280

**Al-Masdar, Ibrahim** (Fateh - List)
Tel. & Fax: 08-2531364
Mobile: 0599-873170

**Al-Masri, Mushir Al-Ahbal** (Change & Reform - North Gaza)
Tel.: 08-2474224
Mobile: 0599-689999

* **Matar, Omar** (Change & Reform - List)
Tel.: 09-2515512
Mobile: 0599-299001
Fax: 09-2515814

* **Mubarak, Ahmad** (Change & Reform - Ramallah)
Tel.: 02-2989724/
02-2401159 off.
Mobile: 0599-283384
Fax: 02-2401304

* **Musleh, Mahmoud** (Change & Reform - Ramallah)
Tel.: 02-2984529
Mobile: 0599-568877

**Al-Najjar, Khamis** (Change & Reform - Khan Younis)
Tel.: 08-2051322
Mobile: 0599-856428

* **Nofal, Imad** (Change & Reform - List)
Tel. & Fax: 09-2946576
Mobile: 0599-520920

* **Al-Qadi, Samir** (Change & Reform - Hebron)
Tel. & Fax: 02-2523555/2251444
Mobile: 0599-520882/0599-795204

* **Qafaish, Hatem** (Change & Reform - Hebron)
Tel.: 02-2230888
Mobile: 0599-375140

**Qaraqi, 'Issa** (Fateh - List)
Tel.: 02-2747258
Mobile: 0599-673887
Fax: 02-2747555

* **Qar'awi, Fathi** (Change & Reform - List)
Tel.: 09-2692104

**Al-Qawasmi, Sahar** (Fateh - List)
Tel.: 02-2259545/
02-2224806 off.
Mobile: 0599-676637/0599-226893
Fax: 02-2293456

**Al-Qreenawi, Huda** (Change & Reform - List)
Tel.: 08-2554816
Mobile: 0599-302794

* **Rabai, Khalil** (Change & Reform - List)
Tel.: 02-2270050/229890
Mobile: 0599-292609
Fax: 02-2298991/2279314

* **Radad, Reyad** (Change & Reform - Tulkarem)
Tel.: 09-2666683
Mobile: 0599-389965

* **Al-Rajoub, Naief** (Change & Reform - Hebron)
Tel.: 02-2281592
Mobile: 0599-801744

* **Al-Ramahi, Mahmoud** (Change & Reform - List)
Tel.: 02-2405346
Mobile: 0599-293003
Fax: 02-2402218

* **Rasoul, Ahmad Sa'adat** (Martyr Abu Ali Mustafa - List)
Tel.: 02-2970288
Fax: 02-2970325

* **Romanin, Ali** (Change & Reform - List)
Tel.: 02-2328283/2327545
Mobile: 0599-838714
Fax: 02-2327544

**Sabella, Ivivan** (Fateh - Jerusalem; Christian quota)
Tel.: 02-5856859
Mobile: 0505-234416
Fax: 02-627/1716

**Salamah, Muhib** (Fateh - Ramallah)
Tel.: 02-2905531
Mobile: 0599-711589
Fax: 02-2905524

**Salamah, Salim** (Change & Reform - Deir Al-Balah)
Tel.: 08-2550890
Mobile: 0599-850847
Fax: 08-2551186

**Saleh, Jamal** (Change & Reform - Gaza)
Tel.: 08-2828547
Mobile: 0599-414140

**Saleh, Maryam** (Change & Reform - List)
Tel.: 02-2952543
Mobile: 0599-875472

* **Salhab, Azzam** (Change & Reform - Hebron)
Tel.: 02-2253516
Mobile: 0599-252206

**Al-Salhi, Bassam** (Alternative - List)
Tel.: 02-2403645
02-2963593 off.
Mobile: 0599-224499
Fax: 02-2963592

**Al-Saqqa, Fayez** (Fateh - Bethlehem; Christian quota)
Tel.: 02-2754355
Mobile: 0599-276802
Fax: 02-2742642

**Seyam, Sa'eed** (Change & Reform - Gaza)
Tel.: 08-2874329
Mobile: 0599-609494

**Sha'ath, Nabil** (Fateh - List)
Tel.: 08-2852555
Mobile: 0599-603310
Fax: 08-2872460

**Shami, Shami** (Fateh - Jenin)
Tel.: 04-2504086
Mobile: 0599-391175

**Al-Shanty, Jameela** (Change & Reform - List)
Tel.: 08-2450851
Mobile: 0599-565161

**Al-Sharafi, Yousef** (Change & Reform - North Gaza)
Tel.: 08-2470303
Mobile: 0599-847999
Fax: 08-2470565

**Shawa, Rawya** (Independent Palestine - List)
Tel.: 08-2808466/
Tel. & Fax: 08-2824177
Mobile: 0599-307439

**Al-Sheikh, Ali Na'emah** (Fateh - List)
Tel.: 08-2825186
Mobile: 0599-412708

**Shihab, Mohammed** (Change & Reform - North Gaza)
Tel.: 08-2454171
Mobile: 0599-608890
Fax: 08-2456258

**Shraim, Ahmad** (Fateh - Qalqilya)
Tel.: 09-2941297/3044
Mobile: 0599-205170

**Al-Farrah, Sulieman** (Sufian Al-Agha) (Change & Reform - Khan Younis)
Tel. & Fax: 08-2054886
Mobile: 0599-422111

* **Al-Tal, Mohammad** (Change & Reform - Hebron)
Tel.: 02-2265560/2298991
Fax: 02-2298991/0599-387739

24

PASSIA

02:008823
0687

**Al-Tawil, Husam** (Independent - Gaza)
Tel.: 08-2840623
Mobile: 0599-403092
Fax: 08 2824299

**Thabit, Siham** (Fateh - List)
Tel. & Fax: 09-2671H24
Tel.: 09-2671616 off.
Mobile: 0599-888938

**Thwaib, Khalid** (Change & Reform - Bethlehem)
Tel.: 02-2772657
Tel. & Fax: 02-2764014
Mobile: 0522-489965

**Totah, Mohammad** (Change & Reform - Jerusalem)
Tel.: 02-6262603
Mobile: 0547-753225
Fax: 02-6271046

**Tumailah, Jihad** (Fateh - List)
Tel.: 02-2965657
Mobile: 0599-948666
Fax: 02-2986464

**Al-Wazir, Intisar** (Fateh - List)
Tel.: 08-2824730
Mobile: 0599-408413

**Yaghi, Alaa Addin** (Fateh - List)
Tel.: 08-2877402
Mobile: 0599-419220
Fax: 08-2854240

* **Yahya, Khalid** (Change & Reform - Jenin)
Tel.:04-2505351
Mobile: 0599-355892
Fax: 04-2505365

* **Yasin, Husni** (Change & Reform - Nablus)
Tel.: 09-2396257
Mobile: 0599-520989
Fax: 09-2396062

* **Za'arir, Basim** (Change & Reform - Hebron)
Tel.: 02-2268780
Tel. & Fax: 02-2298990/1
Mobile: 0599-800507

**Al-Zahar, Mahmoud** (Change & Reform - List)
Tel.: 02-2865288
Mobile: 0599-408404

* **Al-Zboun, Anwar** (Change & Reform - List)
Tel. & Fax: 02-2750506/2764014
Mobile: 0599-520909/0522-329344

_____

_____

_____

*Index p. 164 ff*

---

### PLC COMMITTEES

**The Budget & Financial Affairs Committee**
Chair: Dr. Salam Fayyad
Tel.: 0599-226228
Fax: 02-2974961

**Council Affairs Committee**
Chair: Aziz Dweik
Tel.: 02-2987716
Fax: 02-2987712

**The Economic Committee**
Chair: Jamal Nassar
Tel.: 0599-414140
Fax: 08-2826238

**The Education Committee**
Chair: Khalid Yahya
Tel.: 0599-355892
Fax: 04-2505356

**Energy & Natural Resoures Committee**
Chair: Ayman Daraghmeh
Tel.: 0599-584973
Fax: 02-2964711

**Interior & Security Committee**
Chair: Mohammad Dahlan
Tel.: 0599-266000
Fax: 08-2844908

**Jerusalem Affairs Committee**
Chair: Abraham Abu Salem
Tel.: 0599-102210

**Land & Anti-Settlement & Racial Separation Wall Committee**
Chair: Walid Assaf
Tel.: 0599-803039
Fax: 09-2902155

**The Legal Committee**
Chair: Mohammed el-Ghoul
Tel.: 0599-883088
Fax: 08-2823182

**Local Government**
Chair: Riyad Al-Amlah
Tel.: 0599-252559
Fax: 09-2520555

**Martyrs, Prisoners, the Injured & Veterans Committee**
Chair: Khalida Jarrar
Tel.: 0599-229977
Fax: 02-2976083

**Oversight & Human Rights Committee**
Chair: Faisal Abu Shahla
Tel.: 0599-204245
Fax: 08-2820839

**The Political Committee**
Chair: Abdallah Abdallah
Tel.: 0599-240185
Fax: 02-2951677

PASSIA

---

**The Refugee Committee**
Chair: Jamil Majdalawi
Tel.: 0599-410744
Fax: 08-2830575

**Social Affairs Committee**
Chair: Qays Abdul Karim
Tel.: 0599-658349
Fax: 02-2980410

### PA ATTORNEY GENERAL

**Attorney General**
Ahmad Al-Mughanni
Tel.: 08-2868281/3
Fax: 08-2824502
E-mail: info@pgp.gov.ps
http://www.pgp.gov.ps
Thelathini St., opp. Al-Azhar University, Gaza
West Bank: Attorney General Assis.:
Abdel Ghani Tweiwy
Tel.: 02-2406586/8
Fax: 02-2406587
Al-Balua, opp. Foreign Ministry, Al-Bireh
Gaza: Attorney General Assis.:
Tarek Al-Bhese
Tel.: 08-2069110
Fax: 08-2050989
Mounir Al-Oqbi
Tel. & Fax: 08-2842218
Gaza: Chairman of the Technical Office:
Dr. Abdel Qader Jaradah
Tel. & Fax: 08-2842219
West Bank: Deputy of the Technical Office: Ashraf Al-Nashashibi
Tel.: 02-2406586/8
Fax: 02-2406587
Gaza: Deputy of the Technical Office:
Zein Bseiso
Tel. & Fax: 08-2842219

**Higher Judicial Council**
Chief Justice: Issa Abu Sharar
Tel.: 02-2407768
Fax: 02-2404930
E-mail: court@palnet.com
Ramallah

**Judiciary Inspection Department**
Head: Sami Sarsour
Tel. & Fax: 02-2402926

**Deputy Judge Chief, Supreme Court**
Mahmoud Abu-Hamad
Tel.: 02-2402927
Fax: 02-2404401

**Judiciary Training Department**
Head: As'ad Mubarak
Tel. & Fax: 02-2403014

**Chief Judge, Court of Appeal**
Hisham Al-Hato
Tel.: 02-2409402
Fax: 02-2409403

**District Court-Bethlehem**
Head: Ra'ed Abdel Hamid
Tel.: 02-2742449
Fax: 02-2742545

25

**District Court-Hebron**
Head: Farid 'Aqel
Tel.: 02-2290323
Fax: 02-2290322
**District Court-Ramallah**
Head: Raslan Hamdan
Tel.:02-2404467
Fax: 02-2407785
**District Court-Qalqilya**
Head: Sa'ed Al-Sheikh
Tel.: 09-2949257
Fax: 09-2940053
**District Court-Jenin**
Head: Muhammad Sulaiman
Tel.:04-2501272
Fax: 04-2503579
**District Court-Tulkarem**
Head: Ibrahim Amro
Tel.: 09-2671037
Fax: 09-2684079
**District Court-Jericho**
Head: Fouad Al-Masa'ed
Tel.:02-2321288
Fax: 02-2321210
**Judge, Magistrate Court- Salfit**
Abdul Latif Al-'Aied
Tel.:09-2515703
Fax: 02-2515703
**Judge, Magistrate Court-Tubas**
Amneh Ali Hamarshah
Tel. & Fax: 09-2574585
**Judge, Magistrate Court-Halhoul**
Musa Shakarneh
Tel. & Fax: 02-2297717
**Judge, Magistrate Court-Doura**
Awni Al-Barbarawi
Tel. & Fax: 02-2281391
**Administrative & Financial Affairs:**
Gen Dir.: Fahd Al-Qawasmi
Tel.:02-2408565
Fax: 02-2402392
**Judge, Magistrate-Ramallah**
Nur Al-Din Abu Maizar
Tel. & Fax: 02-2407761
**Judge, Magistrate- Nablus**
Kifah Al-Shouly
Tel.: 09-2382928
Fax: 09-2387608
**Magistrate-Bethlehem**
Abdel Hamid Al-Ayoubi
Tel.: 02-2742449
Fax: 02-2742545
**Judge, Magistrate-Hebron**
Abdul Fattah Al-Jabariny
Tel.:02-2228154
Fax: 02-2290322
**Judge, Magistrate-Tulkarem**
Raed Asfour
Tel.:09-2671037
Fax: 09-2684079
**Judge, Magistrate-Jeinin**
Amjad Lubbadah
Tel.:04-2501022
Fax: 04-2673337
**Judge, Magistrate-Jericho**
Khalid Abu-Khadijeh
Tel.:02-2321210
Fax: 02-2321288
**Judge, Magistrate-Qalqilya**
Bashar Nimer
Tel. & Fax: 09-2940053

**Chief Judge, Court of Appeal-Gaza**
Ali Al-Fara
Tel. & Fax: 08-2845442
**Judge, District Court- Gaza**
Fayez Ziadeh
Tel. & Fax: 08-2829278
**Judge, District Court-Deir Al-Balah**
Azzam Al-Astal
Tel. & Fax: 08-2535630
**Judge, District Court-Khan Younis**
Yousif Abu Latifeh
Tel.:08-2054446
Fax: 08-2072530
**Judge, Magistrate Court-Rafah,**
Jabir Abu Halib
Tel.:08-2132499
Fax: 08-2135071
**Judge, Magistrate Court-Jabalya**
Ziad Al-Birrawi
Tel.: 08-2472233
Fax: 08-2459270
**Coordinator Administrative Affairs:** Ahmed Awad
Tel. & Fax: 08-2824501
**Coordinator Financial Affairs:**
Hussein Al-Tala'
Tel. & Fax: 08-2848305

---

## PA AGENCIES & INSTITUTIONS

**Environmental Quality Authority**
Chairman: Dr. Yousef Abu Safiyeh
Tel.: 08-2847208
Fax: 08-2847198
E-mail: environment@gov.ps
http://www.mena.gov.ps
An-Nasser, Ath-Thwara St., Gaza
Deputy Chairman: Jamil Al-Motour
Tel.: 02-2403495-8
Fax: 02-2403494
E-mail: jameel_mtr@hotmail.com
eqa@gov.ps
Ramallah, PO Box 3841
*Regional Offices:*
Hebron: Tel.: 02-2225328/9269
Fax: 02-2229279
PO Box 1310
Nablus: Tel. & Fax: 09-2341632
Jenin: Tel. & Fax: 04-2433770
Tulkarem: Tel. & Fax: 09-2674558

**Financial and Administrative Control Bureau**
Head: Dr. Mahmoud Abu Ar-Rub
Acting Dir.: Hatem Abu Sha'ban
Tel.: 08-2829187/2737/9253
Fax: 08-2821703
Dir.: Mohammed Abu Rahmeh
Tel.: 02-2407354/03
Fax: 02-2407394
Nablus:
Dir.-Gen.: Mazen Mahroum
Tel.: 09-2341122

**General Administration for Administrative Development & Training**
Dir.: Hijazi Qershalli
Gaza:
Tel.: 08-2829001-4/9228/2230
Fax: 08-2829012/228/2230
E-mail: diwan@palnet.com
Ar-Rimal, Gaza
West Bank:
Tel. & Fax: 02-2965130
Um Sharayet, PO Box 1995, Ramallah

**General Bureau of Land Reclamation & Al-Ghore Development**
Head: Dr. Hassan Sha'aban
Tel.: 08-2827262
Tel. & Fax: 08-2825964
E-mail: plrc25@hotmail.com
PO Box 5254, Gaza

**General Personnel Council**
Chairman: Dr. Jihad Hamdan
Tel.: 02-2987792-3
Fax: 02-2980641
Um Sharayet, PO Box 1995, Ramallah
Gaza:
Tel.: 08-2829001-3/228/9
Fax: 08-2822236/30
E-mail: diwan@palnet.com
Ansar area, besides Sheikh Zayed Mosque, Gaza

**Government Computer Center** *see:*
*Index of Ministry of Telecommunication*

**The Land Authority**
Pres.: Freih Abu Meddien
Dir.-Gen., West Bank: Sa'eb Nathif
Tel. & Fax: 02-2321336/4
Ein Sultan St., Jericho
Ramallah:
Tel.: 02-2950177/7371/87704/6547
Fax: 02-2950177
Gaza: Dir.-Gen.: Atef El-Khudari
Tel.: 08-2820265
Fax: 08-2867109
Bethl.: Tel. & Fax: 02-2751444
Hebron: Tel. & Fax 02-2226040
Jenin: Tel. & Fax: 04-2501016
Jlem: Tel. & Fax: 02-2797201
Nablus: Tel. & Fax: 09-2385343
Fax: 09-2383816
Qalqilya: Tel. Fax 09-2940688
Tulkarem: Tel. & Fax: 09-2671780
**Land Registries:**
Ramallah: Tel. & Fax: 02-2956847/5166
Bethl.: Tel. & Fax 02-2742088
Hebron: Tel. & Fax: 02-2229292
Jericho: Tel. & Fax: 02-2322552
Jenin: Tel. & Fax: 04-2501042
Qalqilya: Tel. & Fax 09-2944927
Nablus: Tel. & Fax: 09-2387632
Tulkarem: Tel. & Fax: 09-2671006

**Martyrs' Families & Injures Care Establishment (M's F. & I.C.E.)**
Dir.-Gen.: Khalid Jabarin
Dir.:Sulaiman Al-Deek
Tel.: 02-2958507 /60111
Fax: 02-2986268
Ramallah

26

PASSIA

**Bethl.:** Dir.: Yousef Abu Laban
Tel.: Fax: 02-7770945
**Deir Al-Balah:** Dir.: 08-2536301
**Gaza:** Dir.: Fathi Shahin
Tel. & Fax: 08-2824727
**Hebron:** Dir.: Amal Jaradat
Tel. & Fax: 02-2223888
**Jenin:** Dir.: Mus'ad 'Ammar
Tel. & Fax: 04-2436864
**Jerusalem:** Dir.: Ibrahim Faqousah
Tel. & Fax: 02-2798433
**Khan Younis:** Tel.: 08-2061533
**Nablus:** Dir.: Ali Assad
Tel. & Fax: 09-2385550
**Qalqilya:** Dir.: Mal Zeid
Tel. & Fax: 09-2944373
**Rafah:** Tel.: 08-2130708
**Saffit:** Dir.: Zahra Qaroush
Tel. & Fax: 09-2519326
**Tulkarem:** Dir.: Zuheir Khottab
Tel. & Fax: 09-2680477
**Jericho:** Dir: Sa'ed Jubran
Tel.: 0599-711822

**National Center for Studies & Documentation**
Head: Abdallah Hourani
Tel. & Fax: 08-2822028/48778
E-mail: n-c-s-d@palnet.com
Ahmad Ben Abdul Aziz St., Rimal,
PO Box 5256, Gaza

**Palestine Monetary Authority**
Governor: Dr. George Al-'Abed
Tel.: 08-2825292/4599/5713/23
Fax: 08-2844487
E-mail: info@pma.ps
http://www.pma-palestine.org
Rimal, Nasreh St., POB 4026, Gaza
**Ramallah:**
Tel.: 02-2409920-21-23
Tel.: 02-2409922/24
PO Box 452, Ramallah
**Nablus:**
Tel: 09-2335661/87925-26
Fax: 09-2335662
http://www.pma-palestine.org
Abu Ra'd Bldg., 4th fl., P O Box 42

**Palestine Standards Institution**
Dir.-Gen.: Mazen Abu Shari'a
Tel.: 02-2989650/4144/2965191
Fax: 02-2964433
E-mail: gm@psi.gov.ps
http://www.psi.gov.ps
Al-Quds St., besides Nursing College,
PO Box 2258, Ramallah
**Gaza:** Tel.: 08-2836844
**Hebron:** Tel. & Fax: 02-2226976
**Nablus:** Tel. 09-2341722
Fax: 09-2341745

**Palestinian Broadcasting Corporation (PBC)**
Chairman: Basem Abu Sumaya
Tel: 02-2959894/0599-544333
Fax: 02-2959893
Director Generals:
**Radio:** Yousof Al-Qazaz
Tel.: 02-2984731/0599-259258
**TV:** Mohammad El-Dahoudi
Tel.: 08-2833300/ 0599-408068
Fax: 08-2833320

**Programs:** Mohammad El-Bazz
Tel.: 08-2833380/ 0599-408060
**PR:** Ihsan El-Balawi
Tel.: 08-2833280/0599-761502
**Studies:**
**Gaza:** Tel: 08-2825308/S338
**Ramallah:** Tel.: 02-29637S1-4
Fax: 02-2963750

**Palestinian Central Bureau of Statistics (PCBS)**
Pres.: Luay Shabaneh
Tel.: 02-2406340
Fax: 02-2406343
E-mail: diwan@pcbs.gov.ps
http://www.pcbs.gov.ps
Al-Bireh, PO Box 1647, Ramallah
**PR Officer:** Loay Shihadeh
Tel.: 02-2406340/ 0599-230118
Fax: 02-2406343
E-mail: loays@pcbs.gov.ps
*Field Work Directorates:*
**Gaza:** Tel.: 08-2820885
Fax: 08-2829600
**Bethlehem:** Tel. & Fax: 02-2744480
**Khan Younis:** Tel. & Fax: 08-2052943
**Hebron:** Tel. & Fax: 02-2220222
Fax: 02-2252865
**Jenin:** Tel. & Fax: 04-2436069
**Nablus:** Tel. & Fax: 09-2381752
Fax: 09-2387230
**Qalqilya:** Tel. & Fax: 09-2943005
**Ramallah:** Tel.: 02-2951101
Fax: 02-2952796
**Tulkarem:** Tel. & Fax: 09-2672905

**Palestinian Economic Council for Development & Reconstruction (PECDAR)**
Min.: Dr. Mohammed Shtayyeh
E-mail: shtayyeh@planet.edu
Tel.: 02-2974380-1
Mobile: 0599-210338
Fax: 02-2974331
E-mail: info@pecdar.pna.net
http://www.pecdar.org
Yasmin St., near Nursery College,
Next to Al-Quds Educational TV, Al-
Bireh, PO Box 54910, Jerusalem
**Project Dir.:** Dr. Hisham Shkokani
Tel.: 02-2974340/48
Fax: 02-2974342
**Services:** Muhaymen Tirhi
Tel.: 02-2974313
**Admin. & Financial Affairs:**
Mohammed Abu Awad
Tel.: 02-2974360
**Gaza:**
Tel.: 08-2824859
Fax: 08-2824040
**Nablus:**
Tel.: 09-2375575
*National Institute for Information Technology:*
Dir.: 'Adel Lafi
Tel.: 02-2407751
Fax: 02-2407754
**Gaza:**
Tel.: 08-2833318
Fax: 08-2833308

**Palestinian Energy & Environ-ment Research Center (PEC)**
Dir.: Nabil Tineh
Tel.: 09-2341804
Tel.: 09-2341388
E-mail: perc@palnet.com
http://www.home.palnet.com/perc
Zaka' Committee Bldg., 3rd fl.,
PO Box 85, Nablus
**Ramallah:** Tel. & Fax: 02-2989075

**Palestinian Industrial Estate & Free Zone Authority**
Board Chairman: Ala' al-'Araj
Dir.-Gen.: Eng. Ismail Abu Al-'Ula
Tel.: 08-2801028/29/33
Fax: 08-7801034
E-mail: info@piefza.org
http://www.piefza.org
Gaza industrial area
**Ramallah:**
Dir.: Abdul Rahman Shtayyeh
Tel. & Fax: 02-2960351/89912
E-mail: a.shtayeh@piefza.org
El-Burj El-Akhdar Bldg., 4th fl.,
PO Box 2073, Ramallah

**Palestinian Investment Promotion Agency (PIPA)**
Board Chairman: Ala' Al-'Araj
Dir.-Gen.: Jafar Hdaib
Tel.: 02-2988791-2/4
Fax: 02-2988793
E-mail: info@pipa.gov.ps
http://www.pipa.gov.ps
Ein Misbah, PO Box 1984, Ramallah
**Gaza:**
Tel.: 08-2846007
Fax: 08-2846008
PO Box 4023, Gaza

**Palestinian National Commission for Education, Culture & Science (UNESCO, ISESCO, ALECSO)**
Sec.-Gen.: Ismail Tillawi
Tel.: 02-2401080/2400901
Fax: 02-2406333
E-mail: pncecs@palnet.com
http://www.pncecs.gov.ps
PO Box 174, Ramallah

**Palestinian Olympic Committee**
Head: Ahmad Arafat Qudwe
Dir.: Omar Shwakie
Tel.: 08-2879192
Fax: 08-2879190
E-mail: pal-noc@palnet.com
http://www.palolympic.org
Sudanieh, Gaza

**Palestinian Water Authority**
Head: Fadel Ka'wash
Tel.: 02-2409022
Fax: 02-2409341
E-mail: fkawash@pwa-pna.org
http://www.pwa-pna.org
Al-Baloua', Al-Bireh
**Gaza:**
Acting Dir.: Ribhi Ash-Shaikh
Tel.: 08-2827520/530/2696/37944/
2847007
Fax: 08-2822697

*Index p. 164 ff*

PASSIA

27

02:008826
0690

**State Information Service (SIS)**
Head: Reyad Al-Hassan
Tel. & Fax: 08-2825856
Tel.: 08-2825638/7289
 08-2838788
E-mail: info@sis.gov.ps
http://www.sis.gov.ps
Ramallah: Nawaf Hamed
Tel.: 02-2964761-2
Tel. & Fax: 02-2964763

**WAFA - Wakalet Al-Anba'a Fi-lastiniyya** (*Palestinian News Agency*)
Chair: Sami Abdul Ghani Sarhan
Tel.: 08-2824026/29737//
Fax 08-2824016
**Chief Editor**: Sa'ad Al-Gharawi
Tel.: 08-2830990
Fax: 08-2824046
**Dir.-Gen. - Editing**: Ali Hussein
Tel.: 08-2828705
Ramallah:
Tel.: 02-2987767/2973510
Fax: 02-2973511
Gaza office:
Tel.: 08-2824036/56
Fax: 08-2824046
E-mail: edit@wafa.ps
http://www.wafa.ps
South Ar-Rimal, Al-Khurtom St.,
PO Box 5174, Gaza
Nablus: Tel.: 09-2389908
 Fax: 09-2389909
Amman St., Nablus
Tulkarem:
Tel. & Fax: 09-2674164
Jenin: Tel.: 04-2505001
 Fax: 04-2505002
Qalqilya: Tel. & Fax: 09-2942808
Bethlehem; Tel.: 02-2770840/1

*Central Photographic (Archives)*:
Tel.: 02-2980472
Fax: 02-2980115
E-mail: wafa_tasweer@hotmail.com
Hai Al-Nahdah, oppo. Seven Eleven
supermarket, Ramallah

## PA COUNCILS & COMMISSIONS

**Central Election Commission - Palestine**
Chair: Dr. Hanna Nasir
Sec. Gen.: Dr. Rami Hamdallah
Tel.: 02-2969700
Fax: 02-2969712
E-mail: info@pal-cec.org
http://www.elections.ps
Al-Balou', Qasr Al-Murqan Bldg.,

**Higher Council for the Arab Tourism Industry**
- CURRENTLY CLOSED -
Head: Haidar Husseini
Tel.: 0505-369395
Exec. Dir.: Abdel Rahman Abu Rabah
Khaled Ibn Walid St.,
PO Box 19850, Jerusalem

**Higher Islamic Council** see *Index*

28

**Local Authority Election Committee (Fateh)**
Gen. Coord.: Adnan Samarah
Tel.: 02-2400943-4/6-7
Fax: 02-2400945
E-mail: info@vote4fateh.plo.ps
http://www.vote4fateh.plo.ps/
Bldg. for Ta'biah & Tanthim, Al-Balou', Al-Bireh

**Palestine Capital Market Authority**
Head: Dr. Atef Alawneh
Tel.: 02-2973334
Fax: 02-2973563
E-mail: pr@cma.gov.ps
http://www.cma.gov.ps
PO Box 4041, Al-Bireh

**Palestinian Council of Health**
Dir.-Gen.: Dr. Hikmat Ajjouri
Tel.: 02-5831180 / 5852055
Fax: 02-5852048
E-mail: pch@bezeqint.net
PO Box 51681, Jerusalem

**Palestinian Council for Higher Education**
Minister: Dr. Nasser Eddin Al-Shair
Vice Pres.: Eng. Hisham Khail
Sec.-Gen.: Walid Thelb
Tel.: 02-2982600/82615
Fax: 02-2954518
E-mail: minister@gov.ps
http://www.mohe.gov.ps
Ramallah

**Palestinian Housing Council** (est. 1991)
Chairman: Nash'at Tahboub
Acting Dir.-Gen.: Eng. Abdul Mughni Nofal
Tel.: 02-2347141-2/4
Fax: 02-2347143
E-mail: phc@palnet.com
http://www.phc-pal.org
Mujahed Bldg., Ar-Ram, PO Box 17128, Jerusalem
Gaza: Tel. & Fax: 08-2823290/80
Hebron: Tel.: 02-2226589
Tel. & Fax: 02-2299358
Nablus: Tel.: 09-2342169/270
09-2342270

**Palestinian Oil Council (POC)**
Head: Dr. Said Assaf
Tel.: 02-2954223/0522-277489/
 0599-836430
Tel. & Fax: 02-2955380/4223
E-mail: kassaf@planet.edu
Ramallah
Jenin: Tel.: 04-2468581
Fax: 04-2468681
E-mail: asirinstitute@yahoo.com

**Political Guidance Commission**
Head: Mohammad Al-Hourani
Tel.: 02-2987618/20
Fax: 02-2987619/0392
E-mail: watani@palnet.com
Um Sharayet, Ramallah

## POLICE & SECURITY

**Border Crossings**
Dir.-Gen.: Nazmi Mhana
Allenby Bridge:
Tel.: 02-2323555
Erez: Tel.: 08-2458790
Rafah: Tel.: 08-2131695-4
Karni (Al-Mintar):
Tel.: 08-2841570/00222

**Border Police**
Tel.: 08-2824024
Fax: 08-2809973

**Civil Police**
Head: Brig. Gen. Ala'a Hosny
Tel.: 08-2822335/9425
Gaza
PR: Brig. Gen. Omar Abu-Hmaid
Tel: 08-2829641
Central Operations:
Brig. Gen. Basem El-Khatib
Tel.: 08-2820685
Criminal Investigation Dept.:
Brig. 'Adel Hilleh
Tel.: 08-2866420
Interference and Maintaining Order:
Brig. Gen. Suheil Al-Akhras
Tel.: 08-2843199
Guarding Administration:
Brig. Gen. Mohammed Iqdaih
Tel.: 08-2826651
Traffic Administration:
Brig. Kahid Abu Ililfa
Tel.: 08-2833747
Drugs Control Dept.:
Brig. Gen. Khader Abbas
Tel. & Fax: 08-2820557
Women Police:
Maj. Inas Shalaby
Tel.: 08-2829475
Tel. & Fax: 08-2829550
Municipal Police:
Brig. Gen. Abu Ali Hillis
Tel.: 0599-404104
University Premises Officer:
Brig. Gen. Musa Abdel Nebi
Tel.: 08-2820557
Medical Service:
Lt. Col. Dr. Khaled Rostom
Tel.: 08-2822707

*District Police Offices*:
Gaza: Col. Musa Elayan
Tel.: 08-2849774
Asst. Commander Gaza District:
Brig. Gen. Mohammed Al-Hindi
Tel: 0599-941313
North Gaza: Col. Mahmoud Saker
Tel: 08-2455480
Mid-Camp: Col. Ejmean Abu Mandil
Tel: 08-2532024
Khan Younis: Col. Majeda Abu Jazar
Tel: 08-2051050
Rafah: Col. Ahmad Abu-Nussaira
Tel: 08-2136955
Hebron: Brig. Gen. Mohammed Sahmoud
Tel. & Fax: 02-2226381/6376
Suburban: Brig. Gen. Yousof Hdeeb
Tel: 02-2988485

Jericho: Col. Fawwaz Daoud
Tel.: 02-2325243
Bethlehem: Col. Issa Hijou
Tel.: 02-2744057
Ramallah: Col. Majed Hawari
Tel.: 02-2963485
Jenin: Col. Mohammed Ayyash
Tel.: 04-2504444
Nablus: Col. Tayseer Mansour
Tel.: 09-2385268
Qalqilya: Col. Issam Al-Shayeb
Tel.: 09-2942731
Tulkarem: Col. Yousef Al-Dakhlallah
Tel.: 09-2672121
Joint Security Cooperation – Liaison
Office: Brig. Gen. Mustafa Wafi
Tel.: 08-2846679

**Force 17**
Head: Brig.Gen. Faisal Abu Sharkh
Tel. & Fax: 02-2987291/9390
Ramallah
Gaza: Tel.: 08-2825553/5226

**General Intelligence Service**
Head: Brig. Gen. Tareq Abu Rajab
- Sudanieh: Tel.: 08-2855360
          Fax: 08-2850809
- As-Saraya: 08-2829015/420
West Bank: Head: Col. Tawfiq Terawi
Tel.: 02-2969900
Fax: 02-2988980

**Medical Military Services**
Head: Dr. Bashir Sanwar
Tel.: 08-2826616/110/9034/41 //
          08-2829551
Fax: 08-2823736/2829579
E-mail: medicalsv1994@hotmail.com
          gsmsps@yahoo.com

**Military Academy of Sa'ed Sa'el**
Head: Musa Mustapha 'Arafat
Dir.: Dr. Mahmoud Amro
Tel. & Fax: 02-2321471
Jericho

**Military Intelligence**
Head: Gen. Jamal Al-'Aqqad
Tel.: 08-2829111
Tel. (off.): 08-2829308/111
Fax: 08-2829402
Gaza
Ramallah: Tel. & Fax: 02-2958730

**National Security**
Head: Gen. Sulaiman Hellis
Tel.: 08-2825752/4308/469/9242/75
Fax: 08-2829284
Gaza 08-2881322/2829352
Dir.-Gen., Gaza: Gen. Jamal Kayed
Tel.: 08-2883522
Fax: 08-2829099
Dir.-Gen., West Bank:
Gen. Nidal Al-'Assouli
Tel.: 02-2989397/6524/22/5611

**Navy Police**
Head: Jawad Abu Hassan
Tel.: 02-2321174
Fax: 02-2321173
- Bethl.: Tel.: 02-2764441
          Fax: 02-2764440

- Hebron: Tel.: 02-2290661
- Gaza: Tel.: 08-2870900-5
- Nablus: Tel. & Fax: 09-2337181

**Palestinian National Security
Council**
Head: Pres. Mahmoud Abbas
Deputy: PM Ahmed Qrei'a
National Security Advisor: Jibril
Rajoub
Mobile: 0599-305704
Ramallah

**Police Directorate**
Tel.: 08-2531444 (Central)
Tel.: 08-2457145/5491 (North)
Tel.: 08-2929331/102
Fax: 08-2829471

**Presidential Security**
Head: Brig. Gen. Faisal Abu Sharkh
Tel.: 08-2825553/9418
Ramallah:
Gen. Musleh Ereqat
Tel. & Fax: 02-2408557/2988084
Admin. Dir.: Mounir Ruzziyeh
Tel.: 02-2406251
*District Offices:*
Gaza: Tel.: 08-2825553
Bethl.: Mohammed Maraqa
          Tel.: 02-2742585
Hebron: Fayez Al-Jounaidy
          Tel.: 02-2226930
Jenin: 'Abdul Rahim Nobani
          Tel.: 04-2436618
Jericho: Daoud Sulayman
          Tel.: 02-2321803
Jerusalem – Abu Dis: Kifah Barakat
          Tel.: 02-2750401
Nablus: Moh'd 'Abed
          Tel.: 09-2389705
          Fax: 09-2384962
Qalqilya: Turki Othman
          Tel.: 09-2942724
Salfit: 'Adnan Melhim
          Tel.: 09-2515812
Tulkarem: Jamal Al-Dardouk
          Tel.: 09-2672071
Tubas: Burhan Sarhan
          Tel.: 09-2574678

**Preventive Security**
Head, WB: Col. Ziad Hab Ar-Rieh
Tel.: 02-2989803-5
Fax: 02-2989806
Head, Gaza: Col. Rashid Abu Shabak
Tel.: 08-2825455/2832085/08
*District Offices:*
Bethl.: Tel.: 02-2740914/1344
Hebron: Tel.: 02-22266918/920
Jenin: Tel.: 04-2436633-4
Jericho: Tel.: 02-2323444/1468-9
Nablus: Tel.: 09-2383010/97066
Ramallah: Tel.: 02-2989803-4/50080-1
Tulkarem: Tel.: 09-2675501
Tubas: Tel.: 09-2574674/4444

**Tourism and Antiquities Police**
Bethlehem: 02-2770750-1
Gaza: Tel.: 08-2829719
Jenin: 04-2433530

Jericho: 02-2324011
Nablus: 09-2385244
Hebron: 02-2229633
Ramallah: 09-2956969
Tulkarem: 09-2684295

---

**LOCAL GOVERNMENT
ADMINISTRATION**

**GOVERNORATES**

**Governorate Bethlehem**
Governor: Salah At-Ta'mari
Tel.: 02-2741664/7/4995/6
Fax: 02-2741666
PO Box 1035

**Governorate Gaza**
Governor: Mohd Salem Qudwah
Tel.: 08-2828694/2828704/14/24
Fax: 08-2828684
E-mail: govrngz@gov.ps
http://www.gaza.gov.ps
Thalathini St., PO Box 1422, Gaza

**Governorate Gaza Middle**
Gov.: Dr. Abdallah Abu Samhadanah
Tel.: 08-2539330/33
Tel. & Fax: 08-2539333/4
PO Box 6006, Gaza

**Governorate Gaza North**
Governor: Ismail Abu Shammalah
Tel.: 08-2477131-3
Fax: 08-247/130
E-mail: northgov2002@hotmail.com

**Governorate Hebron**
Governor: 'Arif Al-Ja'bari
Tel.: 02-2290771/27480
Fax: 02-2290770
Mobile: 0599-216516
E-mail: info@hebron-pal.org
http://www.hebron-pal.org
PO Box 785

**Governorate Jenin**
Governor: Qadoura Mousn
Tel.: 04-2503220/21
Fax: 04-2503222
E-mail: goj@zaytona.com

**Governorate Jericho**
Governor: Dr. Sami Musallam
Tel.: 02-2321241/42/0599-207425
Fax: 02-2321291

**Governorate Jerusalem/Abu Dis**
Governor: Jamil Othman Nasser
Dir.-Gen.: Mohammed Erekat
Tel. & Fax: 02-2799074
Ar-Ram: Fahmi Shabaneh
Tel.: 02-2343230/9/2347447/8
Biddu: Moh'd Al-Tarri
Tel.: 02-2471334
The Old Police Station, Jerusalem

**Governorate Khan Younis**
Governor: Osama Al-Farra
Tel.: 08-2054888/65/75/2933
          0599-501502

Index p. 164 ff

PASSIA

29

02:008828
**0692**

Fax: 08-2054845
E-mail: kh-gov@marna.com
PO Box 211

**Governorate Nablus**
Governor: Kamal Al-Sheikh
Tel.: 09-2341533/1433
Fax: 09-2341913
E-mail: govnablus@halily.net
PO Box 1564

**Governorate Qalqilya**
Governor: Rabieh Khandaqji
Tel.: 09-2942920/1/3010/0599-205347
Fax: 09-2942922
E-mail: qalqilyagov@yahoo.com
http://www.qalqilia-gov.com
Main St., PO Box 144, Qalqilya

**Governorate Rafah**
Gov.: Zuhdi Al-Qidra
Tel.: 08-2136875/2136870/1
Fax: 08-2130899
E-mail: rafahgov@p-is.com
PO Box 11, Rafah

**Governorate Ramallah**
Governor: Dr. Saeed Abu Ali
Tel.: 02-2957680/8588
Tel. & Fax: 02-2986569
http://www.ramgov.org/
Irsal St., PO Box 665, Ramallah

**Governorate Salfit**
Governor: Munir Abboushi
Tel.: 09-2519898

**Governorate Tulkarem**
Governor: Talal Dwaikat
Tel.: 09-2672707/3335/8190/2676
Fax: 09-2673334

```
┌─────────────────────────────┐
│   MUNICIPALITIES & VILLAGE   │
│          COUNCILS            │
└─────────────────────────────┘
```

**Abasan Al-Jadida Municipality**
Mayor: Abdul Ra'ouf 'Asfour
Tel. & Fax: 08-2071099

**Abasan Al-Kabira Municipality**
Mayor: Mushtafa Ash-Shawwaf
Tel.: 08-2073505
Fax: 08-2073044

**Abu Dis Village Council**
Mayor: Ibrahim Jaffal
Tel.: 02-2799245/0599-654015
Fax: 02-2799244
PO Box 108, Abu Dis

**Anabta Municipality** (est. 1954)
Mayor: Farouk Hamadallah
Tel.: 09-2672460/3401/4460
Mobile: 0599-200050
Fax: 09-2675155
E-mail: anabtamuni@yahoo.com
PO Box 1

**Aqraba Municipality**
Mayor: Jawdat Bani Jaber
Tel.: 09-2598301 / 0522-451336
Fax: 09-2598446

**Arrabah Municipality**
Mayor: Adeeb At-'Arda
Tel. & Fax: 04-2468929/8
Mobile: 0599-205478

**Assira Ash-Shamaliyeh Municip.**
Mayor: Saed Yasin
Tel.: 09-2396080/79/0599-383797
Tel. & Fax: 09-2396080
E-mail: info@assira-sh.net
http://www.assira-sh.net

**Attara Municipality**
Mayor: Mohammed Abed Qteiri
Tel.: 02-2956711/ 2814111
Mobile: 0599-790006
Fax: 02-2957947
PO Box 40

**Attil Municipality**
Head: Abdullah I'qraini
Tel.: 09-2660166/0599-229696
Tel. & Fax: 09-2661120

**Azzoun Municipality**
Mayor: Ihsan Abdul Latif
Tel.: 09-2901930/0599-398389
Fax: 09-2901931
E-mail: azzounmun@hotmail.com
azzounmun@yahoo.com
http://www.Azzoun.com
PO Box 753

**Baia' Municipality**
Mayor: Ahmad Mansour
Tel.: 09-2693221/0599-475930
Fax: 09-2693681

**Baqa Ash-Sharkiyeh Municipality**
Mayor: Mu'aid Hussain
Tel.: 09-2664318/0599-249556
Fax: 09-2664301

**Beit Anan Municipality**
Mayor: Naji Jomhour
Tel.: 02-2474111
Fax: 02-2474555

**Beit 'Awa Village Council**
Mayor: Omar Al-Amleh
Tel.: 02-2200005
Fax: 02-2200001
P O Box 2060, Doura

**Beit Fajjar Municipality**
Mayor: Omar Taqatqah
Tel.: 02-2769666/0599-255992
Fax: 02-2769490

**Beit Furik Municipality**
Mayor: Hussam Hanani
Tel.: 09-2500001-2/ 0599-613119
Tel. & Fax: 09-2500003

**Beit Hanoun Municipality**
Mayor: Mohammed Kafarneh
Tel.: 08-2458095/0599-668582
Fax: 08-2457487/0080

**Beit Iksa Village Council**
Act. Mayor: Mohammed Hamayel
Tel.: 02-2341105/2341158

**Beit Jala Municipality** (est. 1912)
Mayor: Raji Zeidan
Manager: Eng. Nadim Sim'an

Tel.: 02-2743979/2601/2742601
Fax: 02-2744457
E-mail: Beitjala@p-ol.com
info@beitjala-city.org
http://www.beitjala-city.org
PO Box 1, Beit Jala

**Beit Lahia Municipality**
Mayor: Fayez Abu 'Aitah
Tel & Fax: 08-2478085/752/1499
Tel.: 0599-408325

**Beit Lid Municipality**
Mayor: Salameh Al-Direini
Tel. & Fax: 09-2680697
Mobile: 0599-311103

**Beit Liqya Municipality**
Mayor: Hassan Mafarjeh
Tel. & Fax: 02-2484353/0546-435328

**Beit Sahour Municip.** (est. 1956)
Mayor: Hani Naji Hayek
Tel.: 02-2773666/7/4111/44007
Fax: 02-2773520
E-mail: bsmuni@p-ol.com
PO Box 1

**Beit Ula Municipality**
Mayor: Mahmoud Abu Hassan
Tel.: 02-2581004/0599-258100
Tel. & Fax: 02-2581551

**Beit Umar Municipality**
Mayor: Farhan 'Alqam
Tel.: 02-2520284/035/0599-256027
Fax: 02-2520275
E-mail: Beitommar@Hebronet.com

**Beni Naim Municipality**
Mayor: Issa Al-Khdour
Tel.: 02-2218301/0599-259901
Tel. & Fax: 02-2229157

**Beni Suheila Municipality**
Mayor: Abdul Qader Al-Ruqab
Tel.: 08-2071088/2890/0599-413440
Fax: 08-2071077

**Beni Zeid Al-Gharbiyeh Municip.**
Mayor: Fathiyah Rhaymah
Tel.: 02-2860111/0/0599-878250
Fax: 02-2860112
E-mail: wbzm@p-ol.com
P O Box 1935

**Beni Zeid Ash-Sharqiyeh Municip.**
Mayor: Abdul Rahman Al-Nobani
Tel. & Fax: 02-2806501
Mobile: 0599-255401

**Bethlehem Municipality**
Deputy Mayor: Victor Batarsi
Tel.: 02-2741323-5/0599-258711
Fax: 02-2741327
E-mail: bethlehemcity@p-ol.com
http://www.bethlehem-city.org/
PO Box 48

**Betunia Municipality**
Mayor: Arafat Khalaf
Tel.: 02-2900754/533/ 0599-288240
Fax: 02-2900748

30

PASSIA

02:008829

0693

**Biddu Village Council**
Head: Ismaiel Qadan
Tel.: 02-2471220 / 0545-277526

**Bidya Municipality**
Mayor: Ramadan Shatat
Tel.: 09-2995219/0599-108208
Tel. & Fax: 09-2995204
PO Box 1

**Bir Nabala Village Council**
Head: Tawfiq Nabali
Tel.: 02-2449418/0599-248151
Tel. & Fax: 02-2441431

**Al-Bireh Municipality** (est. 1950)
Mayor: Jamal Al-Tawil
Vice Mayor: Omar Hamayel
Tel.: 02-2406445
Fax: 02-2404431
E-mail: info@al-bireh.org
http://www.al-bireh.org
PO Box 6506, Al-Bireh

**Birzeit Municipality** (est. 1925)
Mayor: Dr. Yousef Naser
Tel.: 02-2810536/837/0599-285140
Fax: 02-2811477
PO Box 26, Birzeit

**Bitta Municipality**
Mayor: Arab Sharafa
Tel.: 09-2593203 / 0599-252464
Fax: 09-2593202

**Al-Breij Municipality**
Act. Mayor: Samir Mattar
Tel.: 08-2554815
Tel. & Fax: 08-2550130

**Budrus**
Dir.: Mohammad Murar
Tel.: 02-2485603/0545-562057

**Burqeen Municipality**
Dir.: Ali 'Ateeq
Tel. & Fax: 04-2505137
Mobile: 0599-557505
PO Box 414 Burqeen, Jenin

**Deir Al-Balah Municipality**
Mayor: Ahmad Al-Kurd
Tel.: 08-2530085/2530026/2531154
Mobile: 0599-470770
Fax: 08-2531153
PO Box 1

**Deir Balout Municipality**
Mayor: Ahmad Yousef
Tel. & Fax:  09-2994675/5939

**Deir Dibwan Municipality**
Mayor: Adib Abdel Haq
Tel.: 02-2896420/6320/0599-490412
Fax: 02-2896455

**Deir Al-Ghosun Municipality**
Mayor: Khalid I'laian
Tel.: 09-2663912/0599-490412
Fax: 09-2663715

**Deir Istia Municipality**
Mayor: Jamal Abu Faris
Tel.: 09-2514226/0599-751308

*Index p. 164 ff*

Fax: 09-2514225
E-mail: deiristiamunicipality@
hotmail.com

**Ad-Doha Municipality**
Mayor: Sami Marwa
Tel.: 02-2770233/45375/0522-856357
Fax: 02-2770233
E-mail: Dohacity@hally.net

**Dura Municipality** (est. 1967)
Mayor: Mustafa Al-Rjoub
Tel.: 02-2280355/555/360
Mobile: 0599-671539
Fax: 02-2280606
E-mail: Dura67@yahoo.com

**Gaza City Municipality**
Mayor: Majed Abu Ramadan
Tel.: 08-2825165/4700/2866670/
2866004-7/0080/0599-815650
Fax: 08-2824400
E-mail: info@mogaza.org
http://www.mogaza.org/
PO Box 16

**Hableh Municipality**
Mayor: Mohammed Odeh
Tel.: 09-2940491/0505-104407
Fax: 09-2940491
E-mail: hablamunc@hotmail.com

**Halhoul Municipality** (est. 1965)
Mayor: Dr. Ziad Rajab
Tel.: 02-2229936/8167/0599-278077
Fax: 02-2227666
E-mail: halhul@palnet.com
http://www.halhul.pna.com
PO Box 47

**Hebron Municipality**
Mayor: Mustafa Natsheh
Tel.: 02-2228123/2/0599-663669
Fax: 02-2228293
PO Box 6

**Huwarah Municipality**
Mayor: Samer Odeh
Tel. & Fax: 09-2590470/0599-675866
E-mail: howwara1@hotmail.com

**Illar Municipality**
Mayor: Sufian Shadid
Tel. & Fax: 09-2666166/2666890
Mobile: 0599-377566
http://www.ellar.cjb.net

**Ithna Municipality**
Mayor: Jamal Ali Tmeizi
Tel.: 02-2256002/ 0599-200606
Fax: 02-2256001
E-mail: idnamuni@hotmail.com
http://www.idnamuni.org

**Al-Izzariyya Village Council**
Head: Issam Far'oun
Tel.: 02-2799273/0599-255707
Fax: 02-2796243
E-mail: eizrawu@yahoo.com
aizariacouncil@yahoo.com

**Jaba' Municipality**
Mayor: Ziad Alawneh
Tel. & Fax: 04-2450222
Mobile: 0599-948834

**Jabalya An-Nazaleh Municip.**
Vic Mayor: Issa Taher
Tel.: 08-2476014/711/9335
Mobile: 0599-408441
Fax: 08-247/020
E-mail: jmun@palnet.com

**Jayous Municipality**
Mayor: Shawkat Samha
Tel.&Fax: 09-2900033/0545-861306

**Jenin Municipality**
(est. 1890)
Mayor: Hatem Jarrar
Tel.: 04-2502304
Fax: 04-2433833
PO Box 13, Jenin

**Jericho Municipality**
(est. 1950)
Mayor: Hassan Saleh
Tel.: 02-2322417-8
Fax: 02-2322604
E-mail: info@jericho-city.org
http://www.jericho-city.org
PO Box 15

**Jerusalem Arab Municipality
(East)** (est. 1863; dissolved by Israel
in 1967)
Mayor: ...............................
Tel.: 02- ...........................
Fax: 02- ...........................
PO Box ...........................

**[Jerusalem Israeli Mu-
nicipality (West)** (est. 1949)
Mayor: Uri Lupoliansky
Tel.: 02-6296666/7777
Fax: 02-6296014
http://www.jerusalem.muni.il]

**Jma'een Municipality**
Mayor: Izzat Zetawi
Tel.: 09-2596401/0547-841696
Tel. & Fax: 09-2596001

**Jinnata Municipality**
Mayor: Mustafa 'Rouj
Tel.: 02-2743897/2380/0522-291221
Fax: 02-2765060

**Al-Khadr Municipality**
Mayor: Adnan Sbaih
Tel.: 02-2770838/0599-524180
Fax: 02-2776680
PO Box 507

**Khan Younis Municipality**
Mayor: Dr. Fayez Abu Shammalah
Tel.: 08-2053062
Fax: 08-2053155
E-mail: info@khanyounis.org
http://www.khanyounis.org

**Khaza'a Municipality**
Mayor: Kamal Al-Najjar
Tel.: 08-2074077/4488/0599-408354
Fax: 08-2074077

**Kifi Haris Municipality**
Mayor: Ahmad Buziych
Tel. & Fax: 09-2513940/0599-821823

31

02:008830
0694

**Kufr Deik Municipality**
Mayor: Jamal Al-Deik
Tel. & Fax: 09-2511444
Mobile: 0599-437305

**Kufr Jammal Village Council**
Head: Abdel Ghani Al-Faris
Tel: 09-2679125

**Kufr Rai' Municipality**
Mayor: Yousef Ibrahim
Tel.: 04-2466481/0599-305270
Tel. & Fax: 04-2466030

**Kufr Sur Village Council**
Head: Imad Zibdeh
Tel: 09-2683718/666/0599-207662
Fax: 09-2683718/666

**Kufr Thulth Municipality**
Mayor: Hussein Saifi
Tel. & Fax: 09-2901127/0599-222445

**Al-Maghazi Municipality**
Mayor: Mohammed Al-Najjar
Tel.: 08-2551146/0121/0599-604511
Fax: 08-2550121

**Maithaloun Municipality**
Mayor: Jehad Rabai'ah
Tel: 04-2516112/0599-840899
Fax: 04-2516113

**Al-Mazra'a Ash-Shimiyeh Munic.**
Mayor: Marzouq Ash-Shalabi
Tel.: 02-2897357
Fax: 02-2898384

**Nablus Municipality** (est. 1890)
Mayor: Eng. Adli Yaish
Tel.: 09-2379313/2386271/3077
Fax: 09-2374690
E-mail: nablus@nablus.org
http://www.nablus.org
PO Box 218

**Na'len Municipality**
Mayor: Mohammad Srour
Tel.: 02-2481210
Fax: 02-2481208/2222/0544-335769
PO Box 2242

**Nue'meh & Dyouk Village Council**
Head: Ghaleb A'watleh
Fax: 02-2324033/0522-043476

**Nusseirat Municipality**
Mayor: Abdallah Al-Khaldi
Tel.: 08-2550126/1553/7911
Fax: 08-2551553

**Al-Obeidiyeh Municipality**
Mayor: Maher Radaydah
Tel.: 02-2761011/0599-524150
Fax: 02-2761033

**Al-Oja Village Council**
Head: Ghaleb Awatleh
Tel.: 02-2324033

**Qabalan Municipality**
Mayor: Fawaz Sa'eed
Tel.: 09-2520131/0599-679270
Fax: 09-2520130

32

**Qabatiya Municipality** (est. 1975)
Mayor: Issam Nazzal
Tel.: 04-2511606/25662/01036
Mobile: 0599-675330
Fax: 04-2526847

**Qafin Municipality**
Mayor: Tayseer Harasheh
Tel: 09-2665930/0599-280550
Fax: 04-2665166
E-mail: qaffin_mun@yahoo.com
          Taisir_harashi@yahoo.com

**Qalqilya Municipality** (est. 1956)
Mayor: Wajih Qawas
Tel.: 09-2943064/0014/0313
Fax: 09-2940439
E-mail: qmuni@hotmail.com
http://www.qalqilya.com
PO Box 2

**Al-Qarrara Municipality**
Mayor: Eid Al-Abadleh
Tel.: 08-2070050/0388
Fax: 08-2070050/ 0599-408687

**Qattaneh Village Council**
Head: Fou'ad Shamasnah
Tel.: 02-2475337/53 / 0545-419830
Fax: 02-2475353

**Rafah Municipality**
Mayor: Ali Barhoum
Tel.: 08-2145230/725/075
Mobile: 0599-815100
Fax: 08-2145921
E-mail: rbaladya@hotmail.com

**Ar-Ram Village Council**
Head: Sarhan As-Salaymeh
Tel.: 02-2349582/8808/9582
Mobile: 0546-883880
Fax: 02-2348807

**Ramallah Municipality** (est. 1907)
Mayor: Janet Michael
Tel.: 02-2963215-9
Fax: 02-2963214
E-mail: info@ramallah-city.org
http://www.ramallah-city.org
PO Box 3

**Sa'ir Municipality**
Mayor: Sulaiman Ash-Shalaldeh
Tel.: 02-2560940/0599-257370
Fax: 02-2560001
E-mail: sier@palnet.com

**Salfit Municipality** (est. 1955)
Mayor: Tahsin Sleimi
Tel.: 09-2515787/933/904/9049
Fax: 09-2515803
PO Box 4

**As-Samoua' Municipality**
Mayor: Jamal Abu Al-Jadayel
Tel.: 02-2268001/554/0599-200560
Fax: 02-2268547

**As-Sawahreh Ash-Sharqiyeh
Village Council**
Mayor: Mohammad Shqeirat
Tel. & Fax: 02-7796463
Mobile: 0522-817569
PO Box 51573

**Sebastia Municipality**
Mayor: Ma'moun Kayed
Tel. & Fax: 09-2532430
Mobile: 0599-252467
PO Box 1898

**As-Sileh Al-Harithiyeh Municip.**
Mayor: Adnan Tahaynah
Tel.: 04-2449176/9945/0522-943409
Fax: 04-2449945
E-mail: jenen_20022002@yahoo.com

**As-Silet Ath-Thahr Municipality**
Mayor: Saleh Hantouly
Tel.: 04-2505997/0599-869396
Fax: 04-2505997

**Ash-Sheikh Sa'ed Village Council**
Head: Jamal Shqeirat
Tel.: 02-2797501 / 0522-946584

**Silwad Municipality**
Mayor: Na'el Hammad
Tel.: 02-2890032/04/0599-872244
Fax: 02-2890031

**Sinjel Municipality**
Mayor: Imad Masalmah
Tel. & Fax: 02-2809567
Mobile: 0599-674409

**Sourif Municipality**
Mayor: Mahmoud Al-Ghour
Tel.: 02-2523001/0599-256005
Fax: 02-2523002

**Taibeh Municipality**
Mayor: Daoud Khoury
Tel. & Fax: 02-2898436
Tel.: 0599-316252

**Tammoun Municipality**
Mayor: Mohammad Besharat
Tel. & Fax: 09-2577777
Mobile: 0599-137171

**Taqoua' Municipality**
Mayor: Khaled Hmaidah
Tel. & Fax: 02-2763142
Mobile: 0577-229288/0599-252533
E-mail: sulmaior@hotmail.com
          or: sul_201@yahoo.com

**Tarqoumya Municipality**
Mayor: Mohammed Al-Ja'freh
Tel.: 02-2584863/0599-295029
Fax: 02-2583180

**Thahriyeh Municipality**
Mayor: Sami Shnaiwer
Tel.: 02-2267601/048/0599-292563
Fax: 02-2267747
E-mail: hsbs76@hotmail.com
PO Box 51

**Tubas Municipality**
Mayor: 'Iqab Daraghmah
Tel.: 09-2573555/0599-255316
Fax: 09-2574661
E-mail: toubas@haliy.net

**Tulkarem Municip.** (est. 1886)
Mayor: Mahmoud Jallad
Tel.: 09-2672106/672/1015/1160/94
Fax: 09-2671490

PASSIA

E-mail: mayor@tulkarm-municipality.org
PO Box 9

**Turmus Aya Municipality**
Mayor: Mohammad Ibrahim
Tel.: 02-2809116/0599-097322
Fax: 02-2805055

**Ya'abad Municipality**
Mayor: Walid Al-'Abadi
Tel. & Fax: 04-2462964/2461111
Tel.: 0599-673795

**Yamoun Municipality**
Mayor: Imad Abahreh
Tel.: 04-2442341/0599-706048
Tel. & Fax: 04-2442689

**Yatta Municipality (est. 1971)**
Mayor: Khalil Younis
Tel.: 02-2279502/394
Fax: 02-2279606

**Az-Zababdeh Municipality**
Mayor: Victor Is'eid
Tel.: 04-2510203/0599-789084
Fax: 04-2510202
E-mail: baladiyat_zababdeh@yahoo.com
PO Box 8

**Az-Zai'm Village Council**
Mayor: Mahmoud Sbeih
Tel. & Fax: 02-2797085
Tel.: 0505-292113

**Za'tarah Municipality**
Mayor: Sami Thwaib
Tel.: 02-2775152/0599-675848
Tel. & Fax: 02-2775297
E-mail: zataracity@palnet.com

**Az-Zaweideh Municipality**
Mayor: Hassan Mezied
Tel.: 08-2554114/2550140
Fax: 08-2551138

**Az-Zawiyeh Municipality**
Mayor: Amir Shqair
Tel. & Fax: 09-2994501/0904
Mobile: 0522-476335

**Az-Zaytouna Municipality**
(Mazra' Al-Qibliyeh & Abu Shkheidem)
Mayor: Said Shreitoh
Tel. & Fax: 02-2815825
Mobile: 0599-433829

## POLITICAL PARTIES AND FACTIONS

### HIGHER COMMITTEE OF NATIONAL & ISLAMIC FORCES

**Arab Liberation Front**
Gen.-Sec.: Rakad Salem
Tel.: 02-2964007
Tel. & Fax: 02-2964008
Mobile: 0599-776882

- Ratib Al-'Imloh
  Mobile: 0599-401908
Tulkarem: Tel. & Fax: 09-2682607
Gaza: Tel.: 08-2846944/2841036
Bethlehem: Tel. & Fax: 02-2770272
Jenin: Tel.: 04-2430530

**Democratic Front for the Liberation of Palestine (DFLP)**
Gen.-Sec.: Nayef Hawatmeh
- Qais Abdul Karim (Abu Leila)
  Tel.: 02-2980402/2969950/
         0599-658349
- Omar 'Assaf
  Tel. & Fax: 02-2954438
  Mobile: 0599-671358
Bethlehem: Tel.: 02-2766014
Gaza: Tel. & Fax: 08-2869990/53066
         08-2827836
Hebron: Tel.: 02-2222431
Jericho: 02-2321634
Nablus: Tel.: 09-2385577/1070
Ramallah: Tel.: 02-2954438
Tulkarem: 09-2672396

**FATEH - Palestinian National Liberation Movement**
Repr.: Sakhi Habash
Tel.: 02-2987947/2951432
Mobile: 0599-425616
- Repr.: Marwan Barghouthi
  (currently imprisoned by Israel)
- Repr.: Ahmad Ghneim
  Tel.: 02-2402272
  Mobile: 0599-453290
(see organizational details below, p. 34)

**HAMAS - Islamic Resistance Movement**
Repr.: Sheikh Hassan Yousef
(currently imprisoned by Israel)
Tel.: 02-2401159/2901169
Mobile: 0599-658888
Fax: 02-2401304

**Islamic Jihad Palestine**
Repr.: Abdul Al-Hakim Masalmah
Sa'ied Nakhlah

**Al-Mubadara** see **Palestinian National Initiative**

**Palestine Arab Front**
Rep: Mifteh Nadle
Tel.: 02-2987738
Mobile: 0599-794314

**Palestine Democratic Union - FIDA**
Gen.-Sec.: Saleh Ra'fat
Tel.: 02-2954072-4/5
Mobile: 0599-205972
Fax: 02-2954071
E-mail: info@fida.ps
         fida@palnet.com
http://www.fida.ps
PO Box 247, Ramallah
Bethlehem:
Tel. & Fax: 02-2747521
Gaza: Tel.: 08-2822495
         Fax: 08-2822804
Hebron: Tel.: 02-2265643

**Jabalia:** Tel.: 08-2457433
**Jenin:** Tel.: 04-2504537
**Jericho:** Tel.: 02-2321046
**Khan Younis:** Tel.: 08-2052853
**Nablus:** Tel.: 09-2042853
**Qalqilya:** Tel.: 09-2942853
**Rafah:** Tel.: 08-2137424
**Salfit:** Tel.: 09-2519307/
**Tubas:** Tel.: 09-2574471
**Tulkarem:** Tel.: 09-2675424

**Palestinian Liberation Front (PLF)**
Gaza:
Gen.-Sec.: Omar Shibli
Tel. & Fax: 08-2841036
West Bank:
Dep. Gen.-Sec.: Dr.Wasel Abu Yousef
Tel. & Fax: 02-2960488
Mobile: 0599-420601
E-mail: plf1977@yahoo.com

**Palestinian National Initiative (Al-Mubadara)**
Repr.: Dr. Mustafa Barghouthi
Tel.: 02-2970112
Fax: 02-2970113
Mobile: 0599-254218
E-mail: almubadara@almubadara.org
http://www.almubadara.org

**Palestinian People's Party (PPP)**
Sec.-Gen.: Bassam As-Salhi
Tel.: 02-2963593/2985801
Fax: 02-2963592
- Fouad Rizeq (Abu Anwar)
  Mobile: 0599-551771
- Ghassan Al-Khatib
  Tel.: 02-5819777/2976555
  Mobile: 0599-246112
  Fax: 02-2976556
  E-mail: shaab@palpeople.org
http://www.palpeople.org
Ramallah, PO Box 20628, Jerusalem

**PPP Offices**
Bethlehem: Tel.: 02-2741762
Gaza: Tel.: 08-2823434
Hebron: Tel.: 02-2251566
Jenin: Tel.: 04-2438122
Jericho: 02-2322869
Jerusalem: Tel.: 02-6276260
Nablus: Tel.: 09-2372803/91036
Qalqilya: Tel.: 09-2944207
Rafah: Tel.: 08-2137157
Ramallah: 02-2985801/2963593
Salfit: Tel.: 09-2515220
Tulkarem: Tel.: 09-2663070

**Palestinian Popular Struggle Front (PPSF) (Nidal Front)**
Gen.-Sec.: Dr. Samir Ghosheh
Tel.: 02-2407915
Tel. & Fax: 02-2406134/38
Mobile: 0599-485243
         ppsf_1967@yahoo.com
         ppsf_1967@hotmail.com
http://www.nedalshabi.org
- Dr. Ahmad Majdalani
  Mobile: 0599-255365
  Tel.: 02-2409768/67
E-mail: ahmad139@palnet.com
Ramallah
Gaza: Tel. & Fax: 08-2821372/

Index p. 164 ff

PASSIA

33

02:008832
0696

02:008833
0697

# PASSIA Diary

# 2008

## 60 Years
## Palestine Nakba 1948



**PASSIA**

**PASSIA**

Palestinian Academic Society for the Study of International Affairs

Jerusalem - Al-Quds

50 NIS

02:008834

0698

# DIRECTORY 2008

## PLO – PALESTINE LIBERATION ORGANIZATION

### PLO EXECUTIVE COMMITTEE & PLO DEPARTMENTS

**Chairman**
HE Mahmoud Abbas (Abu Mazen)
Tel.: 02-2959928/81370-5
Gaza:
Tel : 08-2824670/41028/038/9700/
08-2881080
Fax: 08-2822365/6

**Secretariat General**
Gen. Sec.: Yasser Abed Rabbo
Tel.: 02-2407721-2
Fax: 02-2407730
Dir.-Gen.: Intisar Abu 'Amara
Tel.: 02- 2959928 /2981370/
0599-657234
Fax: 02-2409648
E-mail: plo-sg@palnet.com
Gaza:
Tel.: 08-2840674/2824671
Fax: 08-2840654

**Political Department** (Tunis)
Head: Farouk Qaddoumi
Tel.: 002167-1230105/1233816/7917
Fax: 002167-71766640/66173
E-mail: aymanl@gnet.tn
95, Rue Mouawia Ibn Abu Sufian El-
Tunisia Menzah VI

**Media & Cultural Department**
Head: Yasser Abed Rabbo
Tel.: 02-2407,21-2
Fax: 02-2407730
Ramallah

**Arab and International Dept.**
Head: Ghassan Shaka'a
Tel.: 09-2341960 / 0599-330331
Fax: 09-2341961
E-mail: g.shakaa@palnet.com
Ramallah:
Tel.: 02-2409796
Fax: 02-2409896
E-mail: dair@palnet.com
Gaza:
Tel.: 08-2821388
Fax: 08-2824428

**Economic Department**
Acting: Dr. Salam Fayyad
Tel.: 02-2950970
Fax: 02-2950979

**Security Department**
Acting: Saleh Ra'fat
Tel.: 02-2954072-4/5
Mobile:  0599-205972
Fax: 02-2954071

**Educational Department**
Head: Dr. Riad Khodari
Tel.: 08-2824019 / 0599-408027
08-2877610-2 – res.
Fax: 08-2824038

**Refugees Department**
Head: Dr. Zakaria Al-Agha
Tel : 0599-233223
Ramallah:
Tel.: 02-2409537-9
Fax: 02-2409535
E-mail: plord@plord.org
http://www.plord.org
Dir.-Gen.: Osama Shunnar
Tel.: 02-2409537/49/0599-671086
Bethlehem: Tel. & Fax: 02-2764746
Gaza: Tel.: 08-2842583/93
Fax: 08-2824885
Nablus: Tel.: 09-2335415

**Social Affairs Department**
Head: Hanna 'Amireh
Tel.: 02-5816895/0505-218929
0599-218929
Fax: 02-6273516
E-mail: hanna@palpeople.org
PO Box 20628, Jerusalem

**Health Affairs Department**
Tel.: n/a

**Negotiations Affairs Department**
Head: Sa'eb Erekat
Tel.: 02-2322304/0599-675999
0505-292726
Mecca Bldg., 3rd fl., Al-Balou' (near
PCBS), Al-Bireh, PO Box 2245,
Ramallah
*Negotiations Support Unit*
Dir. Gen.: Maen Arekat
Tel: 02-2963741-6/2409081-4
Fax: 02-2963740/2409087
E-mail: maenarekat@hotmail.com
nad@palnet.com
http://www.nad-plo.org
PO Box 4120, El-Bireh, Irsal St.,
Awad Center, 5th fl., Ramallah
Gaza:
Tel.: 08-2823347/3657/1578
Fax: 08-2823487

### ■ Other PLO Executive Committee Members:

• **Dr. Samir Ghosheh**
Tel.: 02-2407915/6134/8 off.
02-2985895 – res.
0599-485243
Tel. & Fax: 02-2406134/38
E-mail: ppsf_1967@yahoo.com
http://www.nedalshabi.org

• **Ali Ishaq**
Tel.: 02-2981446/7- off.
02-2987729  -res.
0599-878889
Fax: 02-2987729/0440

• **Mahmoud Ismail**
Tel.: 02-2402206/0599 425623
Tel. & Fax: 02-2409227
beside Palestine Investment Bank,
5th fl., Al-Bireh

• **Taysir Khaled**
Tel. & Fax: 09-2385577  off.
09-2338266
09-2385015 – res.
Mobile: 0599-292255
E-mail: nbprss96@yahoo.com

• **Abdel Rahim Malouh**
Tel.: 02-2408672
Tel. & Fax: 02-2408671
E-mail: mallouh@p-ol.com

### ■ PLO Executive Committee Observers:

• **Saleh Rafat**
Tel.: 02-2954072-4/5
Mobile: 0599-205972
Fax: 02-2954071

• **Sa'eb Erekat**
Tel.: 02-2322304
Mobile: 0599-675999/0505-292726

• **Dr. Salam Fayyad**
Tel.: 02-2950970
Fax: 02-2950979

• **As'ad Abdul Rahman**
Tel. & Fax: 962-6-5668318
Mobile: 962-795882020
Fax: 02-99490302

**Mufti of Jerusalem & Palestine**
Sheikh Mohammed Hussein
Tel.: 02-6260582/042
Fax: 02-6262495
0505-748584/0599-111984
E-mail: mh-gmufti@darfatwa.org
http://www.darfatwa.org
PO Box 20517, Jerusalem
Ar Ram: Tel.: 02-2348601/2
Fax: 02-2348603

**Al-Aqsa Mosque**
Asst. Dir.: Sheikh Hassan Al-Baraghiti
Tel. & Fax: 02-6274925/0522-884836

**Orient House**
Founded by Issad Husseini Aug. 2001...
Tel.: 02-6273573/2483
Fax: 02-6286820/6274020
E-mail: info@orienthouse.org
http://www.orienthouse.org
Abu Obeidah St., PO Box 20479,
Jerusalem

**Palestinian National Council (PNC)**
Speaker & Head: Salim Adib Al-Zanoun
Amman:
Dir.-Gen.: Abdul Ra'ouf Al-'Alami
Tel.: 962-6-5857208/56/9392
Fax: 962-6-5679392
PO Box 910244, Amman
Deputy: Taysir Quba'a
Tel.: 00962-796601444
Ramallah:
Tel. & Fax: 02-2966053
Nablus: Dir. Gen. Bilal Al-Shakhshir
Tel.: 09-2386880
Fax: 09-2385572
Gaza
Tel. & Fax: 08-2824489/4164/ 5941

*Index p. 169 ff*

PASSIA

9

**Palestinian National Fund**
Dep. Manager: Dr. Ramzi (Mo'in)
Elias Khouri
Tel.: 962-6-5690271-2/5690473
Fax: 962-6-5690471/474
E-mail: pnfjo@pnf.org.jo
        pnfjo@yahoo.com
Amman, Jordan

**Housing Council (J'lem Dept.)**
Dir.: Husnie An-Natshah
Tel.: 02-6271656
Fax: 02-6271357
E-mail: phcjer@palnet.com
PO Box 17128 Jerusalem

## PLO DELEGATIONS ABROAD

**Albania** (Embassy)
Amb. Mohammed Tarshihani
Tel.: 355-4-2-34300/ 34056
Fax: 355-4-2-32592
Str. Alexandr Pek Tirana, Albania

**Algeria** (Embassy)
Amb. Ahmad Salman
Tel.: 213-2-718857/73
Fax: 213-2-732165/57
E-mail: aepalg@caramail.com
15 Blvd. Victor Hugo
PO Box 308, Algiers, Algeria

**Angola**
Amb. Majed Wadi
Tel.: 244-2-362233
Fax: 244-2-363855
E-mail: palango@netangola.com
Rua da liberdade 108, Bro. Nelito
Soares Vila Alice, PO Box 421, Luanda

**Argentina** (General Delegation)
Amb. Farid Suwan
Tel.: 54-11-4816-6651
Fax: 54-11-4816-6652
E-mail: jerusalem@unianet.com.ar
or: palestineembassy@cudad.com.ar
http://www.palestina.int.ar
Riobambamba 981,
1116, Buenos Aires, Argentina

**Australia** (General Delegation)
Amb. Izzat Salah Abdul Hadi
Tel.: 612-62-950222
Fax: 612-62-950021
E-mail:Palestine.delegation@bigpond.com
PO Box 4646, Kingston, ACT 2604,
Australia

**Austria** (Permanent Mission)
Amb. Zuheir Al-Wazir
Tel.: 43-1-4088202/3/10
Fax: 43-1-4088119
E-mail: plovienna@netway.at
Josefsgasse 5/1-1080 Vienna

**Bahrain** (Embassy)
Amb. Ahmed Abbas Ramadan
Tel.: 973-276099/262769
Fax: 973-276054
2801 St., Block 57, PO Box 1102,
Manama, Bahrain

**Bangladesh** (Embassy)
Amb. Shaher Mohd. Abdullah
Tel.: 880-2-603308/603016
Fax: 880-2-883517
PO Box 600, Code 1000
Dhaka, Bangladesh

**Belgium** (General Delegation)
Amb. Laila Shahid
Tel.: 32-2-7351639/6476
Fax: 32-2-7352478
E-mail: deleg.palestinienne@beon.be
Rue Franklin #111, 1000 Bruxelles

**Bosnia & Herzegowina**
Amb. Adham Zuhair Al-Shin
Tel.: 387-1-33272700/238168
Fax: 387-1-330238577
Hasana Kajmije 23-71000 Sarajevo

**Brazil** (Special Delegation)
Amb. Mayada Yousef Bamia
Tel.: 55-61-2484760/4482
Fax: 55-61-2485879
E-mail: embpalestina@uol.com.br
or: palestina@uol.com.br
P O Box 10555, zip code 71620 980,
Lago Sull, Brasilia, DF Brazil

**Bulgaria** (Embassy)
Amb. Ismail Ahmad Hassan
Tel.: 359-2-9668947/860/33123/
        6567924/4324
Fax: 359-2-9632571
E-mail: palestina.sofia@internet-bg.net
PO Box 87, Sofia, Bulgaria

**Canada** (General Delegation)
Amb. Amin Ahmad Abu Hassira
Tel.: 1-613-7360053
Fax: 1-613-7360535
45 Country Club Drive, Ottawa,
Ontario KIV 9WI Canada

**Chile** (Embassy)
Amb. May Keleh
Tel.: 56-2-2065771/2065764
Fax: 56-2-2282466
E-mail: ede@ctc-mundo.net
or: falestin@entelchile.net
Casilla postal 53170, Sentiago-1, Chili

**China** (Embassy)
Amb. Diab Nimr Al-Loh
Tel.: 86-1-65323318/136/5321754/
Fax: 86-1-65323241
PO Box 9008, Beijing, China

**Colombia** (Special Mission)
Amb. Imad Nabil Al-Jeddah
Tel.: 57-1-2877691/2877904
Fax: 57-1-2887439
E-mail: jerusalem@telesat.com.co
Calle 45 No. 14-76
Santa Fe de Bogota, Colombia

**Congo**
Amb. n/a
Tel.: 24-828237/813055/810639
Fax: 24-836815
PO Box 1082, Prazaville, Congo

**Côte d'Ivoire** (Embassy)
Amb. 'Awad Yakhtif
Tel.:

**Cuba** (Embassy)
Amb. Ibrahim Mohammed Zaben
Tel.: 53-7-242556
Fax: 53-7-241159
Calle 20, No. 714, Entre 7Ma
Y.9 NA Miramar, La Havana,
00537 Cuba

**Cyprus** (Embassy)
Amb. n/a
Tel.: 357-22-315010
Fax: 357-22-311297
E-mail: palestin@spidernet.com.cy
Yianni Psychari 31, Ayios Andreas,
1107 Nicosia, Cyprus

**Czech Republic** (Embassy)
Amb. Mohammed Salaimeh
Tel.: 420-2-8544224/8552448
Fax: 420-2-8552449
E-mail: palestcz@mbox.vol.cz
        palesrez@mbox.vol.cz
Prague 7 – Troja, Nakazance 634/7
Apartment no. 16

**Denmark** (General Delegation)
Amb. May Al-Saraf
Tel.: 45-33-932239
Fax: 45-33-932786
E-mail: Palestine@mail.dk
H.C. Anderson Boulevard 51, 1th
1553, Copenhagen V, Denmark

**Djibouti**
Amb. Kamal Kazzaz
Tel.: 253-358205
Fax: 253-354923
PO Box 10033, Djibouti

**Egypt** (Embassy)
Amb. Munir Izzedin Dajani
Tel.: 20-2-3384761-3/3602297
Fax: 20-2-3384764/3384760
E-mail: peegypt@hotmail.com
33 An-Nahda St., Dokki, Cairo

**Ethiopia** (Embassy)
Amb. Zeid Abu Al-Ela
Tel.: 251-1-611194/710719/630844
Fax: 251-1-611199/610672
E-mail: pal.emb.et@telecom.net.et
PO Box 5800, Addis Ababa

**Finland** (General Delegation)
Amb. Nabil Darwish Mustafa Al-Wazir
Tel.: 358-9-2789771
Fax: 358-9-2789770
E-mail: pgd@palestinegd.fi
http://www.palestinegd.fi
Fredrikinkatu 25 A, HKI 00120,
PO Box 351, Helsinki 00121, Finland

**France** (General Delegation)
Amb. Hind Khoury
Tel.: 33-1-48286600
Fax: 33-1-48285057
E-mail: del.palestine@wanadoo.fr
63, Rue de Commandant Léandri,
75015 Paris

10

02:008836
0700

**Germany** (General Delegation)
Amb. Hael Al-Fahoum
Tel.: 49-30-2061770
Fax: 49-30-20617710
E-mail: info@palaestina.org
http://www.palaestina.org
Michaelkirchstraße 17/18
10179 Berlin, Germany

**Ghana** (Republic)
Amb. Saadi Mohammed Al-Tumaizi
Tel.: 233-21-778736
Fax: 233-21-785806/244 33 44 22
E-mail: Palembac@ucomgh.com
   or: altumaizi@yahoo.com
15, Ghana Airways Avenue, Airport residential area, Accra, Ghana

**Greece** (Diplomatic Representation)
Amb. Samir Abu Ghazaleh
Tel.: 30-1-6726051-3
Fax: 30-1-6726064
E-mail: falastin@hellasnet.gr
31 Marathonodromon St.
154 52 Psychico, Athens

**Guinea** (Embassy)
Amb. n/a
Tel.: 224-441132/413034
Fax: 224-442227/412230
POB 1021, Conakry, Guinea 413034

**Hungary** (Embassy)
Amb. Ahmed Mustafa Abdel Razoq
Tel.: 36-1-325/S79/3260340
Fax: 36-1-3260341
E-mail: elian@freemail.hu
http://ww.palestine.hu
PO Box 213, Jozsefhegyi, UT 28-30
H- 1025, Budapest, Hungary

**India** (Embassy)
Amb. Usama Musa
Tel.: 91-11-261496605/2859
Fax: 91-11-26142942
E-mail: embassy@palestineindia.com
D1/27 Vasant Vihar, New Delhi 110057, India

**Indonesia** (Embassy)
Amb. Fariz Al-Mihdawi
Tel.: 62-21-3162133/2431
Fax: 62-21-3108011
Jl Diponegoro No. 59
Jakarta 10310, Indonesia

**Iran** (Embassy)
Amb. Salah Al-Zawawi
Tel.: 98-21-6464501
Fax: 98-21-6402513
E-mail: plo@neda.net
PO Box 1455-3455, Tehran, Iran

**Iraq** (Embassy)
Acting Amb. Dalil Kassus
Tel.: 964-1-7180209/3146/91011
Fax: 964-1-7181143/5555968
PO Box 3122, Baghdad, Iraq

**Ireland** (General Delegation)
Amb. Hikmat Izzat Al-Ajuri
Tel.: 353-1-6618028/8031
Fax: 353-1-6618030

E-mail: gdp@eircom.net
info@gdp.ie
42 Adelaid Road, Dublin 2, Ireland

**Italy** (General Delegation)
Amb. Sabri Haj Asad Attiyeh
Tel.: 390-6-70050041/8791
Fax: 390-6-70051115
Piazza San Giovanni In Laterano, 72
Rome, Italy 00184

**Japan** (General Delegation)
Amb. Walid Siam
Tel.: 813-55-118400
Fax: 813-55-110333
E-mail: palestine@paltst-jp.com
http://www.palst-jp.com
Chiyoda House 6F 2 – 17-8, Nagata-Cho, Chiyoda-Ku, Tokyo 100-0014

**Jordan** (Embassy)
Acting Amb. Atallah Al-Kheiri
Tel.: 962-6-5677S17/5663813
Fax: 962-6-5661727/5690471
E-mail: palestine@nol.com.jo
PO Box 925757, Amman, Wadi Saqra

**Kazakhstan** (Embassy)
Amb. Walid Ismail Hassan
Tel.: 7327-2919065/9501/930294
Tel. & Fax: 7-327-2601545/919501
E-mail: plokaz@asdc.kz
10, Jienkulova, 480099, Almaty

**Korea, Democratic People's Republic** (Embassy)
Amb. Mohammed Zurob
Tel.: 850-2-3817465/817461
Fax: 850-2-3817259
PO Box 24, Pyong Yang, D.P.R.

**Kuwait** (Embassy)
Chargé d'Affaires: n/a
Tel.: 965-2-616211/613160
Fax: 965-2-652450
PO Box 5363, As-Safat, Kuwait

**Lebanon** (PLO Office)
Amb. Abbas Zaki
Tel.: 961-1-641265/054-7586445
Fax: 961-1-301904
Kurnish Al Mazraa', Al Mazraa'
Beirut, Lebanon

**Libya** (Embassy)
Amb. Bassam Al-Agha
Tel.: 218-21-3339971/0294
Fax: 218-21-3336161
E-mail: palestinelo@hotmail.com
PO Box 2466, Tripoli, Libya

**Malaysia** (Embassy)
Amb. Abdel Aziz Abu Ghosh
Tel.: 60-3-4568909/5-6
Fax: 60-3-4561411
PO Box 10554-50716, 05 Jalan U
Thant, 55000, Kuala Lumpur

**Mali** (Embassy)
Amb. Ahmad Hassan
Tel.: 223-2-25328
Fax: 223-2-26462
Email: ambpalestine@afribone.net.ml
PO Box 1951, Bamaco, Mali

**Malta** (Embassy)
Amb. Gabi Al-Tawil
Tel.: 356-21-382355
Fax: 356-21-370605
Malta

**Mauritania** (Embassy)
Amb. Loay Mohammed Issa
Tel.: 222-2-51343/52393-4
      53993/888
Fax: 222-2-53888
E-mail: Ambassade.palestine.
      nouakchott@opt.mr
PO Box 547/408, Nouakchott

**Mexico** (Special Delegation)
Amb. Said Musa Hamad
Tel.: 52-55-255-2904
Fax: 52-55-5313821/4548936
E-mail: dpalestina@licnet.com.mx
Lope de Vega 1465, Piso col. Polanco
Apdo., Postal 5-045 CP 06500

**Morocco** (Embassy)
Amb. Hassan Abdul Rahman
Tel.: 212-27-766008/767331
Fax: 212-27-767166
E mail:
embassade.palestine@iam.net.ma
4 Zanket Soussa, PO Box 387, Rabat

**Mozambique** (Embassy)
Amb. Adnan Abu Al-Hoja
Tel.: 258-1-486057
Fax: 258-1-486084
PO Box 1160, Maputo, Mozambique

**Netherlands** (General Delegation)
Amb. Summaya Othman Barghouthi
Tel.: 31-70-3604864
Fax: 31-70-3657847
E-mail: pgd@planet.nl
Laan Copes Van Cattenburch 73,
2585 EW, Den Haag, Netherlands

**Nicaragua** (Embassy)
Amb. Walid Al-Mo'aqqat
Tel.: 505-2-762388/60239
Fax: 505-2-650589
E-mail: embpal@ns.tmx.com.in
Las Colinas, Calle Las Flores # 136,
PO Box 5305, Managua

**Nigeria** (Embassy)
Amb. Awad Yikhlef
Tel.: 2349-4135311/0528-9
Fax: 2349-4135308
P.M.B 429 Garki, Abuja, Nigeria

**Norway** (General Delegation)
Amb. Yasser Yousef Najjar
Tel.: 47-2-2560547
Fax: 47-2-2731579/560667
E-mail: gm@pnf.org.jo
Drammensveien 104, 0273 Oslo

**Oman** (Embassy)
Amb. Said Issa Abu Amara
Tel.: 968-697191/697230
Fax: 968-697257
E-mail: cosopmel@omantel.net.com
Muscat, Oman

*Index p. 169 ff*                    PASSIA

11

02:008837
0701

**Pakistan** (Embassy)
Amb. n/a
Tel.: 92-51-2291185/8511
Fax: 92-51-2294703/2291231
9 House No. 486, PO Box 1064,
Islamabad, Pakistan

**Peru** (Special PLO Representation)
Chargé d'Affaires: Walid Abdel Rahim
Tel.: 51-1-221-4241/458740
Fax: 51-1-221-4240
E-mail: patperu@telematic.com.pe
Fracisco de Paula Ugarriza 595, Lima
18, Peru

**Poland** (Embassy)
Amb. Khaled Ghazal
Tel.: 48-22-8492122/89126
Fax: 48-22-8567376
E-mail: info@palestyna.pl
http://www.palestyna.pl
02-516 Warszaw Str.,
Ul. Staroscinska 1/7
PO Box 475, Warsaw, Poland

**Portugal** (General Delegation)
Amb. Randa Ibrahim Nabulsi
Tel.: 351-21-3621118/3621098
Fax: 351-21-3621095
Rua 22 no. 2, Bairro de Belem,
1400 - 383 Lisbon, Portugal

**Qatar** (Embassy)
Amb. Munir Ghanam
Tel.: 974-4688272
Fax: 974-4688949
E-mail: palembs@qatar.net.qa
Al-Khalij St., PO Box 138,
Doha 4100616

**Romania** (Embassy)
Amb. Adil Shaban Sadeq
Tel.: 40-21-2120308/06
Fax: 40-21-2120307
E-mail: palestine@xnet.ro
Str., Alexanderusania Nr. 64
PO Box 314, Bucharest, Romania

**Russian Federation** (Embassy)
Amb. Dr. Baker Abdel Mu'neim
Tel.: 7-495-6374340/7495-6372715
Fax: 7-095-2302083/2012126
E-mail: baker@palestine1.net
baker@cyberus.ca
http://www.palestine1.net
http://www.cyberus.ca/~baker/palest
ine4a.htm
Kropotkinsky pereulok 26, Moscow
119034, Russian Federation

**Saudi Arabia** (Embassy)
Amb. Jamal Al-Shobaki
Tel.: 966-1-4880738/9
Fax: 966-1-6936407/4880721
E-mail: palemb@nesma.net.sa
PO Box 3589, Riyadh, 11481 KSA

**Senegal** (Embassy)
Amb. Jaber Musa Abu An-Naja
Tel.: 221-8242462
Fax: 221-8251862
PO Box 3119, Dakar, Senegal

**Serbia & Montenegro**
Amb. Mohammed Khalil Nabhan
Tel.: 938111-3621407/326
Fax: 938111-3671336
E-mail: ambpat@eunet.yu

**Slovakia** (Embassy)
Amb. Hafith Al-Nimr
Tel.: 004-20233552448/541224
Fax: 004-20233552449
Slovakia

**South Africa** (Embassy)
Amb. Ali Halimeh
Tel.: 27-12-3426411-3
Fax: 27-12-3426412
E-mail: Ambhalimeh@yahoo.ie
Sudhof Bldg. 472 Walker St., Flat no.
5, Vlok St., Sunnyside, Pretoria, PO
Box 56021, Arcadia, Pretoria 0007

**Spain** (General Delegation)
Amb. Kifah Odeh
Tel.: 34-91-3453262
Fax: 34-91-3454287
E-mail: embagoda.palestine@imad.
servicom.es
20, Avda Pio XII, 28016 Madrid

**Sri Lanka** (Embassy)
Amb. Anwar Hamto Al-Agha
Tel.: 941-1-588607/695991
Fax: 941-1-588580/695920
PO Box 207, 110/10 Wejerman NW,
Colombo 7, Sri Lanka

**Sudan** (Embassy)
Amb. Sayed Khalil Al-Masri
Tel.: 249-11-225476-661/663
Fax: 249-11-224968/1873
Abdel Mun'em Riad St.,
PO Box 2262, Khartoum, Sudan

**Sweden** (General Delegation)
Amb. Salah Haidar Abdul Shafi
Tel.: 46-8-151588
Fax: 46-8-151528
E-mail: plo.sweden@swipnet.se
Radmansgatan 48, 113 57 Stockholm

**Switzerland** (General Delegation)
Amb. Anis Al-Qaq
Tel.: 41-22-7967660
Fax: 41-22-7967860
E-mail: mission-observer.Palestine@itu.ch
96 Route de Vernier Chatelaine,
Geneve, Case Postal 1828, 1211
Geneva 1

**Syria** (Embassy)
Amb. Mahmoud Al-Khaldi
Tel.: 963-11-3113303/4443524
Fax: 963-11 4443525
Murshed Khater St.,
PO Box 2889, Damascus, Syria

**Tanzania** (Embassy)
Amb. Yousef Habbab
Tel.: 255-222150634
Fax: 255-222150636
PO Box 20307, Dar As-Salaam

**Tunisia** (Embassy)
Chargé d'Affaires: Salman Harfi
Tel.: 216-717-84725/90883
Fax: 216-717-85973
E-mail: palembtn@yahoo.com
17 Rue Ernest Conseil, Belvedere, PO
Box 310, Belvedere, 1002 Tunis

**Turkey** (Embassy)
Amb. Nabil Ma'rouf
Tel.: 90-312-4360623/24
Fax: 90-312-4377801
E-mail: empaltr@hotmail.com
Filistin Sok No. 45, 06700 G.P.Pasa,
Ankara, Turkey

**Ukraine**
Amb. Khaled Ahmed Erekat
Tel. & Fax: 380-44-2204210
019101, 12 Fedrova Str, Ap9, Ukraine

**United Arab Emirates** (Embassy)
Amb. Khairy Al-Areidi
Tel.: 971-2-4434048/617/652
Fax: 971-2-4434363
E-mail: palestinecons@hotmail.com
PO Box 841, Abu Dhabi, UAE

**United Kingdom** (Gen. Delegation)
Amb. Manuel Hassassian
Tel.: 44-208-5630008/3703245
Mobile: +07904673706
Fax: 44-208-5630058
E-mail: palestinianuk@aol.com
http://www.palestinianuk.org
5 Galena Road, Hammersmith,
London, W60LT, United Kingdom

**United States** (PLO Office)
Amb. Afif Safieh
Tel.: 1-202-9746360
Fax: 1-202-9746278
E-mail: plomission1@aol.com
1320, 18th Street, NW, Suite # 200
Washington DC, 20036

**Uzbekistan** (Embassy)
Amb. Asad Abdul Muneim Al-Asad
Tel.: 99-871-2549418
Fax: 99-871-1524145
E-mail: alasad_asad@hotmail.com
35 Karim Karimov St.
Tashkent, 100070

**Vatican** (Gen. Delegation)
Amb. n/a
Tel.: n/a
Fax: n/a
Vatican

**Vietnam** (Embassy)
Amb. Abdul Aziz A/Rahman Al-Araj
Tel.: 84-4-8522947/8524013
Fax: 84-4-9349696
E-mail: palestine@hn.vnn.vn
PO Box 73, Hanoi, Vietnam

**Yemen** (Embassy)
Amb. Khaled Hassan Al-Sheikh
Tel.: 967-1-264234-8/
Fax: 967-1-264235
E-mail: palembyem@y.net.ye
PO Box 185, San'aa, Yemen

12

PASSIA

02:008838

0702

Zambia (Embassy)
Amb.: 'Atallah Qbe'ah
Tel.:
Fax:
Zambia

Zimbabwe (Embassy)
Amb. Amro Abdullah Khurani
Tel.: 263-4-794330
Fax: 263-4-794331
E-mail: aliman@icon.co.zw
1 Fairbridge Avenue Belgravia,
PO Box 3817, Harare, Zimbabwe

## REPRESENTATION IN INTERNATIONAL BODIES

European Union (Gen. Delegation)
Amb. Laila Shahid
c/o PLO Office in Belgium (see above)

League of Arab States
Tel.: 202-575-0511/2966
Fax: 202-574-0331
PO Box 11642, Al-Tahrir Square, Cairo

*Palestine Permanent Mission:*
Amb. Hussein Abdel Khaleq
Tel.: 20-2-3364732/ 3384762-3
Fax: 20-2-3602996
E-mail: pates_al@intouch.com
33 An-Nahda Street, Dokki, Cairo
Egypt

Organization of the Islamic
Conference (Permanent Mission)
Amb. Samir Baker Deeb
Tel.: 966-2-6800800/800128
Fax: 966-2-6873558/6873568
PO Box 1255, Jeddah 21431
Saudi Arabia

United Nations
(Permanent Observer Mission)
Amb. Riad Mansour
Tel.: 1-212-288-8500/ 2499162
Fax: 1-212-517-2377
E-mail: mission@palestine-un.org
115 East 65th Street
New York, NY 10021, US
*Geneva Office:*
Amb. Mohammed Abu Kosh
Tel.: 41-22-7967660
Fax: 41-22-7967860
E-mail: mission-observer.Palestine@itu.ch
96 route de Vernier, Case postale
1828, 1211 Geneva 1, Switzerland

UN Office & International
Organizations (Permanent Mission)
Amb. n/a
Tel.: 43-1-4088202/3
Fax: 43-1-4088117
Josefgasse 5, 1080 Vienna, Austria

UNESCO (Permanent Observer)
Amb. Elias Sanbar
Tel.: 33-1-45683342/339
Fax: 33-1-45683340/5675
E-mail: dl.palestine@unesco.org
1, Rue Miollis 75015, Paris, France

*Index p. 169 ff*

---

## PALESTINIAN AUTHORITY (PA)

### PRESIDENT'S OFFICE

President
HE Mahmoud Abbas
Tel.: 02-2959928/81370-5
Fax: 02-2953179
Gaza:
Tel.: 08-2824670/2841028/038/9700
Fax: 08-2822365

Sec. Gen.: Tayyeb Abdul Rahim
Tel.: 08-2824171/02-2959928
Fax: 08-2824604/ 02-2963179

Chief of Staff: Dr. Rafiq Husseini
Tel.: 02-2959928   ext 249
Mobile: 0599-258413
Fax: 02-2969740
E-mail: rhusseini@president.ps

Assist. Chief of Staff for Policy Co-
Ordination: Mohammed Odeh
Tel.: 02-2959751/2959928   ext 241
Mobile: 0599-209936
Fax: 02-2972798
E-mail: modeh@president.ps

Assist. Chief of Staff for General
Services: Ibrahim A'raj
Tel.: 02-2959928   ext 104
Mobile: 0599-258075
Fax: 02-2969733
E-mail: iaaraj@president.ps

Protocol Unit:
Chief of Protocol: Abdul Karim Aweidah
Tel.: 02-2970508
Fax: 02-2963173

Dir. Gen. of Public Relation:
Hussam Dabbas
Tel.: 02-2981377/2959928   ext 103
Mobile: 0599-258436
Fax: 02-2969734
E-mail: hdabbas@president.ps

Arabic & Local Media Unit:
Dir.: Ahmad Daoud
Tel.: 02-2950770/0599-696204
Fax: 02-2969740

Jerusalem Unit:
Head: Ahmed Rwady
Tel.: 02-2959928   ext 708
Tel. & Fax: 02-2977528
Mobile: 0598-919131
E-mail: rrwady@president.ps

Governorates Affairs Unit:
Head: Muwaffaq Daraghmeh
Tel.: 02-2959928   ext 530
Tel. & Fax: 02-2976973
Mobile: 0599-258372
E-mail: mdraghme@president.ps

---

Legal Department:
Head: Dr. Yasser Abu Khater
Tel.: 02-2959928   ext 730
Tel. & Fax: 02-2951266
Mobile: 0544-726280
E-mail: yabukhater@president.ps

Planning and Institutional
Development Unit:
Head: Dr. Khaled Zeidan
Tel.: 02-2959928
Mobile: 0599-222176
E-mail: kzeidan@president.ps

Political and International
Relations Unit:
Head: Majdi Khaldi
Tel.: 02-2959928   ext 702
Tel. & Fax: 02-2957530
Mobile: 0599-114112
E-mail: mjdikhaldi@yahoo.com
Assist Dir.: Issa Kassassieh
Tel.: 02-2973078
Mobile: 0599-258144/0545-556369
E-mail: ikassissich@president.ps

Reform and Monitoring of
Election Program Unit:
Head: Osama Al-Bast
Tel.: 02-2959928   ext 179
Mobile: 0599-258424
E-mail: oalbast@president.ps

Advisors:
- Ahmad Abdul Rahman (Media Affairs)
  Tel.: 02-2959928
- Nabil Abu Rudainah (Spokesperson)
  Tel.: 02-2959928
- Dr. Adnan Amr (Legal Affairs)
  Tel. & Fax: 02-2973076
- Samih Abdul Fattah (Political Affairs)
  Tel. & Fax: 02-2973080
- Nabil Amr (Media Affairs)
  Tel.: 02-267840/1
  Mobile: 0599-252729
- Hikmat Zeid (Governors' Affairs)
  Tel.: 02-2981370-2
- Nimr Hammad (Political Affairs)
  Tel.: 02-2981370-2
- Haj Ismail Jaber (Security Affairs)
  Tel.: 02-2959928
- Mohammad Mustafa (Economic Affairs)
  Tel.: 02-2974971/0599-256811
- Adnan Husseini (Jerusalem Affairs)
  Tel.: 0505-533668

-------------------------------------
-------------------------------------
-------------------------------------
-------------------------------------
-------------------------------------
-------------------------------------

PASSIA

13

02:008839
0703

# MINISTRIES

## ➤ PRIME MINISTER'S OFFICE

**Prime Minister:** Dr. Salam Fayyad
Tel.: 02-2950970
Fax: 02-2950979
E-mail: d.wan@pmo.gov.ps
http://www.palestinecabinet.com
Al-Masyoun, PO Box 2466, Ramallah

**Bureau Chief:**
Tel.: 02-2950970
Fax: 02-2950979
Gaza Office: Tel.: 08-2829510/511
Fax: 08-2822159
Jerusalem St., Tal Al Hawa

**Advisor:**
- Hatem Abdul Qader
Tel.: 0522-867629

## ➤ CABINET OFFICE

**Sec.-Gen.:** n/a
Tel.: 02-2950970
Fax: 02-2950979
http://www.palestinecabinet.com
Al-Masyoun, PO Box 2466, Ramallah
Gaza Office:
Tel.: 08-2829510/511
Fax: 08-2822159
Tal Al-Nawa, Jerusalem St.

**Bureau of Fatwa & Legislation**
Minister: Con. Abdel Karim Abu Salah
Tel.: 08-282292//9118
Fax: 08-2829197
E-mail: diwanalfatwa@yahoo.com
PO Box 5319, Gaza
Ramallah:
Tel. & Fax: 02-2971654
PO Box 2383, Ramallah

**Commission of Al-Hajj Wa-Umrah**
Head: Ziad Al-Rjoub
Tel.: 02-2406329
Fax: 02-2401397
Al-Balou', Al-Wardah Al-Hamrah
Bldg., 3rd fl., Al-Bireh
Gaza
Dir. Gen.: Abdel Karim Qitati
Tel. & Fax: 08-2883320/30
Hebron:
Dir. Gen.: Mahmoud Thwaib
Tel. & Fax: 02-2298861-2
Burj Zaftoun, 3rd fl., Ein Sara.
Nablus:
Dir. Gen.: Sheikh Salim Al-Ashqar
Tel. & Fax: 09-2337714-5
Hamawi & Shaqou bldg., An-Najah
University St., Nablus

**Jerusalem Affairs Unit**
PM Advisor: Hatem Abdul Qader Eid
Tel. & Fax: 02-2340979/2347593
Mobile: 0522-867629
E-mail: Jerusalemaffairs@pmo.gov.ps
Ar-Ram

**Palestine National Archives Center**
Head: Mohammed Bheis
Tel.: 02-2904121

Fax: 02-2904124
Ramallah, PO Box 66353, Jerusalem

**Wall and Settlements Affairs Unit**
Head: Ali Amer
Tel.: 02-2421537-8 – off.
0599-250805
Fax: 02-2421539
E-mail: aamer112002@yahoo.com
An-Njmeh Bldg., 1st fl., Al-Bireh

## ➤ MINISTRY OF AGRICULTURE

**Minister:**
Tel.: 02-2403360
Fax: 02-2403361
E-mail: moa@planet.edu
PO Box 197, Ramallah
Gaza Office:
Tel.: 08-2830899
Tal El-Nawa, Beirut St.,
PO Box 4014, Gaza
**Deputy:** Azzam Tubailch
Tel.: 02-2403320
Fax: 02-2403312
**Asst. Deputy, West Bank:**
Mahmoud Hussein, Shaker Joudah
Tel.: 02-2403306
Fax: 02-2403312
**Gaza**
Tel.: 08-2866590
Fax: 08-2863926

**Planning and Policies Dept:**
Dir.-Gen.: Alaa' Joma
Tel.: 02-2403306
Fax: 02-2403312

**Land Development:**
Dir.-Gen.: Zakaria Salawdeh
Tel.: 02-2403306
Fax: 02-2403312
Mobile: 0599-872256

**Palestinian National Agricultural Research Center** (Jericho):
Dir.-Gen.: Dr. Ali Fatafta
Tel.: 02-2322425
Fax: 02-2321280

**Central Veterinary:**
Dir.-Gen.: Dr. Ibrahim Al-Akhras
Tel.: 08-2840017/ 0599-779705

**Extension & Development:**
Dir.-Gen.: Abdullah Lahluh
Tel.: 02-2403306
Fax: 02-2403312
Mobile: 0599-742403

**Finance & Administration:**
Dir. Gen.: Ahmad Zakarnah
Tel.: 02-2403306
Fax: 02-2403312

**Fishery:**
Dir.-Gen.: Tariq Saqer
Tel.: 08-2829447
Fax: 08-2862909

**Foresty, Range Land & Wild Life:**
Dir.-Gen.: Khaleel Kannam
Tel.: 02-2403306
Fax: 02-2403312

**Marketing:**
Dir.-Gen.: Khaled Zraid

Tel.: 02-2829447
Fax: 08-2862909

**Plant Protection:**
Dir.-Gen.: Zakaria Imran
Tel.: 02-2829447
Fax: 08-2862909

**Unity Cabinet:**
Dir.-Gen.: Mohammed Shahbari
Tel.: 02-2403304-6
Fax: 02-2403312

**Soil & Irrigation:**
Dir.-Gen.: Kasem 'Abdo
Tel.: 02-2403306
Fax: 02-2403312

**Public Relations:**
Dir.: Mu'awyia Swelem
Tel.: 02-2403306
Fax: 02-2403312

## ➤ MINISTRY OF CULTURE & ARTS

**Minister:**
Tel.: 02-2981031
Fax: 02-2981032

**West Bank:**
Tel.: 02-2986205/6
Fax: 02-2986204
E-mail: moc@moc.gov.ps
http://www.moc.gov.ps
Al-Rayan Bldg., Irsal St.,
PO Box 147, Ramallah

**Director Generals:**
- **Cultural Development:** Fathi Abdul Rahman
- **Finance & Admin.:** Mohammed Al-Khalili
- **Books General Commission:** Mohammed Al-Asmar
- **Minister Asst. for Foreign Affairs:** Musa Abu Gharbieh
- **Library Dept.:** Sami Batrawy
- **Literature & Publishing:** Ghassan Zaqtan
- **Woman Dept.:** Khitam Kayed
- **Advisors to the Minister:** Liana Badr
- **Art Dept.:** Nader Jata
- **Cinema & Theater:** Walid Abdul As-Salam

**Gaza:**
Tel: 08-2824860/70/7250
Fax: 08-2824860
Mustafa Hafez St. PO Box 4004,
Rimal, Gaza
**Dir. Gen.:**
Public Communication: Fayez Sersawi

**West Bank Offices:**
Tulkarem: 09-2672733
Hebron: 02-2226757/19372
Jenin: 04-2435866
Nablus: 09-2384790
Qalqilya: 09-2945585
Salfit: 09-2515920
Bethlehem: 02-2741524

**Gaza Offices:**
Gallery: 08-2864707
North Gaza: 08-2451262
Central Gaza: 08-2554210

14

PASSIA

02:008840

0704

## ▶ MINISTRY OF DETAINEES & EX-DETAINEES AFFAIRS

Minister:
**Gaza Headquarters:**
Tel.: 08-2847158
Fax: 08-2847148
Beirut St., near Al-Aqsa UN
Office Dir.: Ihab Abu Zuaiter
Tel: 08-2844428
Fax: 08-2847148
**West Bank Headquarters:**
Tel.: 02-2428571
Fax: 02-2428602
Lweez Bldg, Sateh Marhaba, Al Bireh
**West Bank:**
Office Dir.: Saleh Nozzal
Tel. & Fax: 02-2428602
**Gaza Office** Dir.: Ihab Zuaiter
Tel.: 08-2844428
Fax: 08-2847148
**Deputy Minister Office:**
Dep. Minister: Zeyad Abu Ein
Tel: 02-2428663
Fax: 02-2428605
E-mail: ziadabuein@yahoo.com
**General Department of:**
**Detainees Affairs:**
Gen. Dir.: Shukri Salameh
Tel. & Fax: 02-2428524
Deputy Gen. Dir.: Bassam Majdalawi
Tel.: 08-2828989
**General Department of Public Relations & Information:**
Gen. Dir.: Muath Al-Hanafi
Tel.: 08-2834446
Deputy Gen. Dir.: Naeil Khalil
Tel.: 02-2428534
**General Department of Information Systems:**
Gen. Dir.: Fayes Abu Aitah
Tel.: 08-7847468
Dep. Gen. Dir.: Mohammad Al-Battah
Tel: 02-2428572
**General Department of Finance & Administration:**
Gen. Dir.: Mustafa Al-Barghouthi
Tel & Fax: 02-2428588
**General Department of Ex-Detalnees Rehabilitation Program:**
West Bank:
Gen. Dir.: Azzam Irrnitch
Tel: 02-2428589
Fax: 02-2428566
E-mail: azzam_ir@hotmail.com
Lweez Bldg, Sateh Marhaba, Al-Bireh
(health insurance, vocational training, family support, education, wage subsidy, self-employment loans, psychological counseling, project loans)

**Departments:**
Vocational Training: Dir.: Mohammed El-Balabsheh
Projects Loans: Dir.: Abdel Al-Rahman Dawoud
Education: Dir.: Atif Ata
Care & Counseling: Dir.: Wedad Khader
Job & Employment: Dir.: Mohammad Fayat
Health Insurance: Dir.: Munib Shbib

**District Offices:**
Bethl.: Dir.: Ibrahim Najajreh
    Tel.: 02-2741642
    Fax: 02-2751555
Hebron: Dir.: Munqith Abu 'Atwan
    Tel.: 02-2226423
    Fax: 02-2213993
Jenin: Dir.: Nathmi Abdel-Ghafour
    Tel.: 04-2501184
    Fax: 04-2505477
Jericho: Mohammad Jalaytah
    Tel. & Fax: 02-2325286
Jerusalem: Dir.: Mohammad Al-Khatib
    Tel. & Fax: 02-2348646
Nablus: Dir.: Samir Samro
    Tel.: 09-2374125
    Fax: 09-2330123
Qalqilya: Dir.: Nael Khannam
    Tel. & Fax: 09-2942587
Ramallah: Dir.: Bilal Jatamneh
    Tel.: 02-242 8665
    Fax: 02-242-8661
Salfit: Dir.: Mohammad Ammar
Tel. & Fax: 09-2515544
Tubas: Dir.: Ahmad Abu Hassan
    Tel. & Fax: 09-2573208
Tulkarem: Dir.: Omar Abu Samrah
    Tel.: 09-2676691
    Fax: 09-2681111
Gaza: Deputy Dir.-Gen.: Atif Mari
Tel.: 08-2828979
Tel. & Fax: 08-2847223
Beirut St., Near Education College

**Departments:**
Vocational Training: Sabir El-Hawajiri
Education Dir.: Mohammad Abu Shawish
Job & Employment: Khalil Abu Redah
Projects Loans: Yahya Abdul Karim
Health Insurance: Saleh Al-Khatib
Care & Counseling: Dir.: Ahed Al-Tayeb

**District Centers:**
Gaza: Dir.: Talal Al-Haddad
    Tel. & Fax: 08-2880717
Jabalya: Dir.: Hussein Sha'ban
    Tel. & Fax: 08-2473766
Khan Younis: Dir.: Khalil Abu Tuaymeh
    Tel. & Fax: 08-2054965
Deir Al-Balah: Dir.: Moh'd Alnweri
    Tel. & Fax: 08-2531608
Rafah: Dir.: Majid Al-Hoobi
    Tel. & Fax: 08-2137584

## ▶ MINISTRY OF EDUCATION & HIGHER EDUCATION

Minister:
Tel: 02-2983256/7
Fax: 02-2983222
**Asst. Dep. Min. for General Education (Gaza):**
Zainab El-Wazeer
Tel: 08-2847770
Fax: 08-2868300
**Asst. Dep. Commissioner for Higher Education:**
Dr. Zeid Qamhieh
Tel: 02-2982612
Fax: 02-2954518
E-mail: zqamhich@yahoo.com

**Sec.-Gen. for Palestinian Council for Higher Education:**
Dr. Fahoum Shalabi
Tel: 02-2987623
Fax: 02-2987833
Email: falshalabi@mohe.gov.ps
**Gen. Sec. for the Scientific - Research Council**
Dr. Abdel-Salam Shafab
Tel: 02-2982641/15
Fax: 02-2954518
Email: abedsalam@shalaab.com
**Advisor to the Minister:**
Jihad Zakarneh
Tel: 02-2983291
Fax: 02-2983222
**Advisor to the Min. & Dir.-Gen. for Scientific Research at the Curriculum Center:**
Jamil Abu Sa'da
Tel: 02-2969370
Fax: 02-2969377
**Head of Accreditation and Quality Assurance Commission:**
Dr. Mohammad Subu'
Tel: 02-2982608
Fax: 02-2969388
Email: alsubu@najah.edu
aqac@p-ol.com
**Minster Asst. for Finical Policy & Dir.-Gen. for Students Revolving Fund:**
Abdel Karim Al-Zugheir
Tel: 02-2983231
Fax: 02-2983222

**Director Generals:**
**International & Public Relations**
Dir.-Gen.: Basri Sateh
Tel: 02-2983254
Fax: 02-2983299
E-mail: basrimoe@palnet.com
**Planning:**
Dir.-Gen.: Saadah Hammoudah
Tel: 02-2983290
Fax: 02-2983222
**Supervision & Educational Qualifying:**
Dir.-Gen.: Tharwat Lutfi Zaid
Tel & Fax: 02-2983255
**Financial Affairs:**
Dir.-Gen.: Mohammad Jubran
Tel: 02-2983225
Fax: 02-2983222
**Buildings:**
Dir.-Gen.: Eng. Fawwaz Mujahed
Tel: 02-2983252
Fax: 02-2983222
**Curriculum Development Center:**
Tel: 02-2969350
Fax: 02-2963977
**Educational Counseling & Special Education:**
Dir.-Gen.: Reema Zaid Al- Kilany
Tel: 02-2983250
Fax: 02-2983222
**Educational Technology:**
Dir.-Gen.: Subhi Al-Kayed
Tel: 02-2969381-0
Fax: 02-2969388

*Index p. 169 ff*

PASSIA

15

02:008841
0705

**Public Relations (Gaza):**
Dir.-Gen.: Numan El-Sharif
Tel & Fax: 08-2822509
E mail: NumanSharif@hotmail.com
**General Education:**
Dir.-Gen.: Dr. Haifa El-Agha
Tel: 02-2983205/08-2861209
Fax: 02-2983222
**Administrative Affairs:**
Dir.-Gen.: Dr. Akram Hommad
Tel: 02-2983292/ 08-2861146
Fax: 02-2983222
**Diploma Accreditation:**
Dir.-Gen.: Dr. Jamal Hussein
Tel: 02-2982616
Fax: 02-2954518
Email: Jhussien2000@yahoo.com
**Computer & Information:**
Dir.-Gen.: Izzed Din Ibrahim
Tel: 02-2982645
Fax: 02-2954518
**Cabinet Affairs Unit:**
Dir.-Gen.: Mowaffaq Al-Khattib
Tel: 02-2983298
Fax: 02-2983222
**Internal Auditing:**
Dir.-Gen.: Azam Abu Baker
Tel: 02-2983292
Fax: 02-2983222
**Educational Administration:**
Dir.-Gen.: Dr. Reyad Sammour
Tel: 02-2983267/ 08-2849511
Fax: 02-2983222
**Textbooks & Printing:**
Dir.-Gen.: Ali Al-Sayed Khalefa
Tel & Fax: 08-2861146/ 02-2969370
**Supplies:**
Dir.-Gen.: Mohammad Jaradah
Tel. & Fax: 08-2861146/ 02-2983284
**Assessment and Evaluation & Examinations**
Dir.-Gen.: Tawfeeq Al-Taher
Tel: 02-2972852
Fax: 02-2972855
**Director General for Students Activities:**
Dir.-Gen.: Ilham Abdel Al-Qader
Tel: 02-2983251
Fax: 02-2983222
**Students Services:**
Dir.-Gen.: Munther Nasrallah
Tel: 02-2982600
Fax: 02-2954518
Email:Mnasrallah2002@hotmail.com
**Grievances:**
Dir.-Gen.: Jamal Abu Hashem
Tel: 08-2886186
Fax: 08-2865909
**Colleges & TVET:**
Act. Dir.-Gen.: Nasser Awad
Tel: 02-2982600
Fax: 02-2954518
**Acting Director General of Projects Management:**
Act. Dir.-Gen.: Jehad Oraich
Tel: 02-2983273
Fax: 02-2983263

**Acting Dir.-Gen. of the National Institute for Educational Training:**
Act. Dir.-Gen.: Shahnaz El- Far
Tel: 02-2409840
Fax: 02-2409841
**School Health:**
Dir.-Gen.: Dr. Mohammed Al- Rimawi
Tel. & Fax: 02-2983237
**Scholarships:**
Dir.-Gen.: Anwar Zakaria
Tel: 02-2982655
Fax: 02-2987833
Email: anwartarifi@yahoo.com
**Jerusalem Affairs Unit:**
Dir.-Gen.: Deema Samman
Tel: 02-2983276
Fax: 02-2983222
**Humanities and Social Studies:**
Dir.-Gen.: Ali Manasra
Tel: 02-2969370
Fax: 02-2983222
**Directorates of Education Offices:**
Bethlehem:
Dir.: Mazen El-Laham
Tel: 02-2741271
Fax: 02-2744392
Jericho:
Dir.: Mohammad El-Hawash
Tel: 02-2321278
Fax: 02-2321278
Hebron:
Dir.: Mohammad Omran
Tel: 02-2227862
Fax: 02-2228990
South Hebron:
Dir.: Fawzee Abu Helayel
Tel: 02-2282773
Fax: 02-2282360
Jenin:
Dir.: Salam Nabeel Al-Taher
Tel: 04-2501366
Fax: 04-2503503
Tulkarem:
Dir.: Mohammad Al-Qubbaj
Te: 09-2671153
Fax: 092671038
Salfeet:
Dir.: Sameer Shaheen
Tel: 09-2395664
Fax: 09-2395664
Ramallah
Tel: 02-2404714-5-
Fax: 02-2404706
Qalqilya:
Dir.: Yousef Odeh
Tel: 09-2943094
Fax: 09-2942415
Qabatia
Dir.: Hashem Azmoti
Tel: 04-2512601
Fax: 04-2522604
Tubas:
Dir.: Eyad Abu Arra
Tel: 09-2571757
Fax: 09-2575411
Nablus
Dir.: Sahar Aqqoub
Tel: 09-2380034

Fax: 09-2389495
Huwwara
Dir.: Mohammad Awwad
Tel: 09-2591010
Jerusalem
Dir.: Sameer Jebreel
Tel: 02-6276514
Fax: 02-6283476
Jerusalem Suburbs
Dir.: Omar Anbar
Tel: 02-2348627
Fax: 02-2344155
North Gaza
Dir.: Musallam Al-Hameed Musallam
Tel: 08-2479871
Fax: 08-2472550
Middle Area:
Dir.: Dr. Fathi Kalloub
Tel: 08-2561112
Fax: 08-2561113
Gaza
Dir.: Ali Abu –Assamak
Tel: 08-2826912 / 9206
Fax: 08-2865300
Khan Younis
Dir.: Hashem Qanan
Tel: 08-2067716
Fax: 08-2051172
Rafah
Dir.: Sa'eed Harb
Tel: 08-2140222
Fax: 08-2140125

▶ **MINISTRY OF FINANCE**

**Minister:**
Tel.: 02-2978848/47
Fax: 02-2978845
E-mail: mofbud@palnet.com
http://www.mof.gov.ps
Al-Irsal, Al- Bireh
PO Box 795, Ramallah
**Gaza:**
Tel.: 08-2826188
Fax: 08-2820696
Beirut St., Tel Al-Hawa, PO Box 4007
**Assistant Deputy, West Bank:**
Nadeem Al-Barahmi
Tel: 02-2978823
Fax: 02-2978824

**General Directorates:**
**Payroll:**
Dir.-Gen.: Abdel Nasser Atta
Tel.: 02-2978796
Fax: 02-2978795
E-mail: payroll-palestine@hotmail.com
Gaza: Nafiz Abu Samra
Tel.: 08-28426375
**Legal Affairs Dept.:**
West Bank:
Tel. & Fax: 02-2406887
Gaza: Nader Al-Banna
Tel. & Fax: 08-2844499
E-mail: nadersb@hotmail.com
**Admin. & Financial Affairs:**
Basel Ar-Ramahi
Tel.: 02-2978837
Fax: 02-2978838
E-mail: basel_al_ramahi@hotmail.com

16

PASSIA

Gaza: Diab Khalaf
Tel.: 08-2842727
Fax: 08-2830566
**Pension:**
Dir.-Gen.: Khawla Shahrour
Tel: 02-2978826
Fax: 02-2978827
**Treasury**
West Bank: Yousef Zomer
Tel: 02-2978798
Fax: 02-2978799
E-mail: revmof@palnet.com
Gaza:
Tel: 08-2830388
**General Accounts:**
West Bank: Yousef Qadah
Tel: 02-2978801
Fax: 02-2978802
E-mail: accmof@yahoo.com
Gaza: Ibrahim Beltaji
Tel. & Fax: 08-2844301
**International Control:**
Dir.-Gen.: Mona Al-Masri
Tel. & Fax: 02-2978805
E-mail: coamool@p-ol.com
**Auditing:**
Dir.-Gen.:
Tel.: 08-2829423
Fax: 08-2860568
**General Supplies:**
Dir.-Gen.: Musa El-Wazir
Tel: 02-2967712
Fax: 02-2967713
E-mail: gsd@mol.gov.ps
**International Relations & Projects:**
Dir.-Gen.: Mazen Jadallah
Tel: 02-2978833
Fax: 02-2978831
E-mail: mofrid@palnet.com
Fadialihamad@yahoo.com
**Budget:**
Dir.-Gen.: Faraid Ghanam
Tel: 08-2825942
Fax: 08-2825255
E-mail: budgetmof@hotmail.com
budgetmof@yahoo.com
**Information Technology:**
West Bank: Sulaiman Amarneh
Tel. & Fax: 02-2978807
E-mail: commmof@p-ol.com
Gaza: Mohammed Mershed
Tel: 08-2848900
Tel. & Fax: 08-2835772
E-mail: mershed11@hotmail.com
**Property Tax:**
Dir.-Gen.: Mahmoud Nofel
Tel: 02-2978755
Fax: 02-2978756
E-mail: ayman-haw@yahoo.com
**Customs & Excise & Tobacco:**
West Bank: Hatem Yousef
Tel: 02-2978740
Fax: 02-2978741
E-mail: trs_gtmo@palnet.com
Gaza:
Tel: 08-2825733
**Income Tax:**
West Bank: Jihad Zamari
Tel.: 02-2978794
Fax: 02-2978793
E-mail: jehadzamari@hotmail.com

**Income Tax & Property:**
Gaza: Ismail Matter
Tel.: 08-2822408
E-mail: incometaxGaza@hotmail.com
**General Petroleum Corporation:**
Dir.-Gen.: Mojahed Salameh
Tel: 02-2978749
Fax: 02-2978750
E-mail: gpc@palnet.com
Gaza:
Tel: 08-2843407
Fax: 08-2843417
**Public Relation Department:**
West Bank: Ahmad Al-Helow
Tel.: 02-2978791
Fax: 02-2978790
**Commission of Energy and Natural Resources**
Head: Azzam El-Shawwa
Tel.: 02-2986191/4752-3
Fax: 02-2986191
http://www.menr.org
Zahrit Al-Masayef., Irsal St.,
PO Box 3591, Al-Bireh
West Bank:
Dep. Min.: Dr. Omar Kittaneh
Dir.-Gen.: Mazen Ghnaim
Gaza: Dep. Min.: Yehya Shamieh
Tel.: 08-2839230/60/70
Fax: 08-28392630/60

▶ **MINISTRY OF FOREIGN AFFAIRS**
**Minister:**
Tel.: 02-2405040
Fax: 02-2403772
E-mail: mofa@gov.ps
http://www.mofa.gov.ps
Al-Balu', Al-Bireh, PO Box 1336,
Ramallah or PO Box 54319, J'tem
Gaza:
Tel.: 08-2845040
Fax: 08-2868971
PO Box 4017, Gaza City
**Dep. Min.: Amb. Dr. Ahmad Sohob**
Tel. & Fax: 02-2401453
Fax: 02-2403772

**Chief of Minister Cabinet- Gaza:**
Amb. Abdul Rahman Bseiso
Tel.: 08-2845040
Fax: 08-2868971

**Assistants to the Minister:**
**General & Councilor Affairs:**
Amb. Ibrahim Khreishch
Tel.: 02-2405040
Fax: 02-2403772
**First Councilor: Dir. for Councilors Affairs:** Dr. Taysir Jaradat
Tel.: 02-2405040
Fax: 02-2403772
**First Councilor: Dir. for Embassies Affairs:** Khalid Al-Atrash
Tel.: 02-2405040
Fax: 02-2403772

**Chief of Protocol:**
Councilor Muhannad Hammouri
Tel.: 02-2405040 / 0599-230803
Fax: 02-2403772

▶ **MINISTRY OF HEALTH**
**Minister:**
West Bank:
Tel.: 02-2408690
Fax: 02-2408979
Nablus:
Tel.: 09-2384771-6
Fax: 09-2384777
http://www.moh.gov.ps
**Dep. Min.: Dr. Anan Al-Masri**
Tel.: 02-2398695/2384771-6
02-2407742-3
Fax: 02-2370439/02-2407743
E-mail: anan@mch.gov.ps
anan.masri@gmail.com
http://www.moh.gov.ps
PO Box 14, Nablus
Ramallah:
Tel.: 02-2407742
Fax: 02-2407743
**Director Generals:**
**PR Dept.:** Dr. Omar Al-Nasser
Tel. & Fax: 09-2336464
E-mail: prd.moh@gmail.com
**Finance & Administration:**
Dir.-Gen.: Nizar Masalmeh
Tel. & Fax: 09-2382870
**Pharmacy:** Dir.-Gen.: Rania Shahin
Tel. & Fax: 09-2386410
**Gen. Hospitals Directorate:**
Dr. Na'eem Sabrah
Tel. & Fax: 02-2406621
Tel.: 09-2384740/71313
Fax: 09-2385956
- **Emergency & Medical Services:**
Dir.-Gen.: Dr. Mohammad 'Edah
Tel.: 02-2402161
- **Health Promotion & Education:**
Dir.-Gen.: Lubna al-Saddar
Tel.: 09-2384771-6
Fax: 09-2384777
- **Primary Health:**
West Bank: Dr. As'ad Ramlawi
Tel.: 02-2988055/034
Fax: 02-2988033
- **Preventive Medicine:**
Dr. Iyad 'Arafah
Tel. & Fax: 02-2409052-3
- **International Cooperation:**
Gaza: Dr. Majed Abu Ramadan
Tel.: 08-2838699
Fax: 08-2826325
West Bank: Dr. Qasim Al-Maani
Tel. & Fax: 09-2394777
- **Women's Health:**
West Bank:
Dir.-Gen. Dr. Zahera Habash
Tel.: 02-2408054
Nablus:
Tel.: 09-2385998
Fax: 09-2392577
- **Psychiatric Dept.:**
West Bank: Dr. Basim El-Ashhab
Tel. & Fax: 02-2987146
- **Purchasing Dept.:**
West Bank: Khalid Mattour
Tel. & Fax: 09-2380060
- **Laboratory & Blood Bank:**
West Bank: Wathiq Jaber
Tel.: 09-2384771-6
Fax: 09-2384777

*Index p. 169 ff*

PASSIA

17

02:008843
0707

Gaza: Rand El-Khudari
Tel. & Fax: 08-2840066
- Finance
West Bank: Mohammed Al-Etiani
Tel. & Fax: 09-2370438
- Engineering & Maintenance
West Bank: Mohammad Abu Ajamiah
Tel.: 02-2957933
Fax: 02-2958096
Gaza: Radwan El-Khudari
Tel.: 08-2827721
Fax: 08-2864109
- Health Information Center:
West Bank: Omar Abu 'Arqoub
Tel.: 09-2393380
Fax: 09-2393381

### ▶MINISTRY OF INFORMATION

Minister:
Tel: 02-2965588
Fax: 02-2965587
E-mail: minister@minfo.gov.ps
http://www.minfo.gov.ps
Dep. Min.: Dr. Mutawakel Taha
Tel. & Fax: 02-2986466
E-mail: mutawakel_taha@yahoo.com
End of Al-Irsal St., Al-Bireh
PO Box: 224, Ramallah

General Directors:
- Financial & Admin. Affairs:
Ibrahim Sajediyah
Tel.: 02-02-2954044/0599-348958
Fax: 02-2954043
E-mail: i-sajdeyeh@yahoo.com
- Media Production:
Mohannad Abdul Hamid
Tel.: 02-2965584/ 0599-617595
E-mail: mohanned_t@yahoo.com
- The Press Office: Nida Younis
Tel: 02-2986468
E-mail: pressoffice@yahoo.com
- Media Publications:
Mahmoud Khalefah
Tel.: 08-2866888/ 0599-899111
Fax: 08-2824926
E-mail: Khalef14@hotmail.com
Dep. Dir.: Nimr Odwan
Tel.: 02-2986465/0599-782960
E-mail: nimr_odwan@yahoo.com
- External Information:
Klimance Khore
Tel.: 02-2988040/ 0599-671599
E-mail: mol-klimance@minfo.com
District Offices:
Tayseer Hussein
Tel.: 02-2961445/0599-252140
E-mail: taisir-abuhussain@hotmail.com
Bethl.: Fae'q Morshed
Tel. & Fax: 02-2765115
Al-Jabal St.
Hebron: Ismael Jahshan
Tel.& Fax: 02-2226938/17308
Shalatah St., Natsheh Bldg.
Nablus: Majed Ketanh
Tel. & Fax: 09-2384024
Sa'addin Bldg., Adel St.
Jenin: Mahmoud Esteteh
Tel.: 04-2430138
Tulkarem: Moa'tasem Amous
Tel. & Fax: 09-2686166/

18

0599-204347
Qalqilya: Said Nazzal
Tel.: 09-2949260

### ▶ MINISTRY OF THE INTERIOR

Minister:
Minister Asst.: General Alla Husni
Tel.: 02-2409223
Fax: 02-2406482
Al-Balou', PO Box 641, Ramallah

- Control Dept.:
Dir. Gen.: Shukri Kukhon
Tel.: 02-2409240
- Administrative Dept.:
Dir.-Gen.: Taha El-Fakih
Tel.: 02-2409871
- Financial Dept.:
Dir. Gen.: Husni Dakha
Tel.: 02-2409204
- Passport Dept.:
Dir.-Gen.: Yousef Harb
Tel.: 02-2409873
- Legal Dept.
Dir.-Gen.: Nihaya Sakka
Tel.: 02-2409964
- Political Dept.:
Dir.-Gen.: Saib Rimoni
Tel.: 02-2409246
- Licensing Dept.:
Dir.-Gen.: Fadwa El-Shaer
Tel.: 02-2409242
- Public Relation Dept.
Dir.-Gen.: Kamal Ayyash
Tel.: 02-2406482
West Bank Offices:
Abu Dis: Tel.: 02-2799074
Bethl.: Tel.: 02-2270745
Dura: Tel.: 02-2280013
Hebron: Tel.: 02-2227634
Jenin: Tel.: 04-2430312
Jericho: Tel.: 02-2322230
Nablus: Tel.: 09-2398606
Qalqilya: Tel.: 09-2942754
Ar-Ram: Tel.: 02-2347511
Ramallah: Tel.: 02-2955883
Salfit: Tel.: 09-2515656
Tulkarem: Tel.: 09-2674090

### ▶ MINISTRY OF JUSTICE

Minister:
Tel.: 02-2973263/0599-549015
Fax: 02-2973264
E-mail: minister@moj.gov.ps
Ramallah:
Tel.: 02-2971661/2
Fax: 02-2974491
http://www.moj.ps
Deputy Assistant:
Dr. Hanna Eisa
Mobile: 0599-674412
Director, Media & PR Unit:
Samer Sharqawi
Mobile: 0599-774335
E-mail: sharq@moj.gov.ps

PASSIA

### ▶MINISTRY OF LABOR

Minister:
Tel.: 02-2409585/82
Fax: 02-2409580
E-mail: mlabour@p-ol.com
Ramallah:
Tel.: 02-2982800
Fax: 02-2982801
http://www.mol.gov.ps
Al-Mubaddin St., Al-Irsal, PO Box 350
Asst. Dep. Minister: Dr. Salah Al-Zaro
Gaza:
Tel.: 08-2829129/30/46
Fax: 08-2864309
Al-Khazendar Bldg., PO Box 4021
Tel.: 08-2829129
Fax: 02-2409581
Asst. Dep. Min.: Kayed Al-Ghoul
Tel.: 08-2867336

Director Generals:
- Admin. & Financial Affairs:
Abdul Karim Daraghineh
Tel.: 02-2982800
Fax: 02-2982801
- Arab & International Coop-
eration & Public Relations:
Assef Sa'eed
Tel. & Fax: 02-2982819
Mobile: 0599-259800
E-mail: asefsaeed@yahoo.com
- Labor Inspection & Protection:
Ali Qdaimat
Tel. & Fax: 02-2982813
- Interior Monitoring &
Inspection: Yousef Al-Deek
Tel.: 02-2982800
Fax: 02-2982801
- Labor Relations:
Mustafa Shehadah
Tel.: 02-2982815
- Planning & Policies:
Dr. Abdul Majid Swailem
Tel.: 02-2982808
- Social Insurances:
Abdul Fattah Al-Duqi
Tel.: 02-2982800
Fax: 02-2982801
- Vocational Training:
Dr. Salah El-Zarou'
Tel. & Fax: 02-2982817
- Cooperatives: Reyad Jubran
Tel. & Fax: 02-2982822
- Development & Training &
Performance Evaluation:
Dr. Basem Qaddoura
Tel.: 02-2982800
Fax: 02-2982801
- Employment: Nasser Qatami
Tel.: 02-2982811
- Labor Policy Committee:
Ahmad Nijem
Tel.: 02-2982800
Fax: 02-2982801

District Offices:
Coordinator: Ghazi Salameh
Tel.: 02-2982800
Fax: 02-2982801

Offices:
Bethlehem: Head: Kamal Hammash
Tel. & Fax: 02-2742557

02:008844
0708

**Dura:** Abdul Kariem Saya'reh
Tel.: 02-2287807
**Hebron:** Head: Amin Al-Mtour
Tel.: 02-2226116
Fax: 02-2226115
**Jenin:** Head: Ahmad Daraghmah
Tel.: 04-2501010
**Jericho:** 'Ayshah Awajnah
Tel.: 02-2322616
Fax: 02-2323166
**Jerusalem:** Yasin Qawasmi
Tel.: 02-2345692
**Nablus:** Head: Isam Abu Baker
Tel.: 09-2380395
Fax: 09-2385143
**Qalqilya:** Head: Hakam Taleb
Tel.: 09-2940686
**Ramallah:** Head: Mohammed Taha
Tel.: 02-2957395
**Salfit:** Head: Khaldoun Misleh
Tel.: 09-2515226
**Tulkarem:** Bilal Thawabeh
Tel.: 09-2673085
**Tubas:** Mohammad Abu Qithayieh
Tel. & Fax: 09-2574535

▶ **MINISTRY OF LOCAL GOVERNMENT**

**Minister:**
Tel.: 02-2401085/1455
Fax: 02-2402346
http://www.molg.gov.ps
**Gaza:**
Tel.: 08-2820271-3/2829054/46
Fax: 08-2867509/2866844
**Al-Bireh:**
Tel.: 02-2401976/1085/2/3776
Fax: 02-2401091
PO Box 731
**Deputy:**
Tel.: 02-2402112
Fax: 02-2402115
E-mail: molg@p-ol.com
**Asst. Deputies:**

**District Planning Committees:**
**Jerusalem:**
Hassan Abed Rabbo
Tel.: 0522-868676
Fax: 02-2799533
**Hebron:**
Hassan Ibrahim
Tel.: 02-2229732/8112
Fax: 02-2226740/2229888
**Jericho:**
Mohammad Njoum
Mobile: 0522-225539
Tel. & Fax: 02-2323166
**Bethlehem:**
Mohammed Abu Shanab
Tel.: 02-2742637/70594
Fax: 02-2770595
**Jenin:**
Safwan Helabi
Tel.: 04-2501361/2/ Fax: 04-2436191
**Tulkarem:**
Tareq E'mair
Tel.: 09-2672153/4
Fax: 09-2674088
**Tubas:**
Ghassam Daraghmah
Tel. & Fax: 09-2574677/0599-732735

**Salfit:**
Ra'ed Barghothi
Tel.: 09-2515805/ 0599-794946
Fax: 09-2515804
**Nablus:**
Sameer Dawabsheh
Tel.: 09-2340077/78/0599-840721
Fax: 09-2340871
**Qalqilya:**
Hassan Shreim
Tel.: 09-2942989/0599-269247
Fax: 09-2942988
**Ramallah:**
Izzat Badwan
Tel.: 02-2963212
Fax: 02-2963214

▶ **MINISTRY OF NATIONAL ECONOMY**

**Minister:**
**Dep. Min.:** Dr. Jawad Naji
Tel: 02-2987748
Fax: 02-2960350
Mobile: 0599-244550
E-mail: jawadn@met.gov
**Asst. Dep.:** Abdul Hafiz Nofal
Tel: 02-2981214/8
Fax: 02-2981207
Mobile: 0599-522523
**Asst. Dep.:** Dr. Hazem Shunnar
Tel: 02-2981214/8
Fax: 02-2981207
E-mail: hazems@met.gov.ps
**Consultant for International Financial Assistance:**
Reem Najjar
Tel: 02-2981213-29874153
Fax: 02-2987640
E-mail: reemn@met.gov.ps

**Directorate Generals:**
- **International Relations**
Dir. Gen.: Ziad Karablieh
Tel: 02-2987747
Fax: 02-2981207
Mobile: 0598-919202
E-mail: ziadk@met.gov.ps
- **Human Resources, Finance & Administration**
Dir. Gen.: Abdul Nasser Mater
Tel: 02-2981214/8
Fax: 02-2981207
Email: abdel-naserm@met.gov.ps
- **Control Companies Department**
Dir. Gen.: Nizam Ayoub
Tel: 02-2981214/8
Fax: 02-2981207
Mobile: 0599-836837
E-mail: nizama@met.gov.ps
- **Company Registration and Industrial Licensing:**
Dir. Gen.: Ziad Toame
Tel: 02-2954011
Fax: 02-2981207
E-mail: ziadt@met.gov.ps
- **Intellectual Property Rights:**
Dir. Gen.: Ahmad Omar
Tel: 02-2981214/8
Fax: 02-2981207
E-mail: ahmado@met.gov.ps

- **Polices Analysis and Statistics:**
Dir. Gen.: Dr. Hatem Sarhan
Tel. & Fax: 02-2970221
Email: hatems@met.gov.ps
- **IT, MIS, and Internet Services:**
Dir. Gen.: Waleed Rashid
Tel: 02-2981214/8
Fax: 02-2981207
E-mail: waleedr@met.gov.ps
- **Regional Offices:**
Dir. Gen.: Rateb Alamleh
Tel: 02-2981214/8
Fax: 02-2981207
E-mail: rateba@met.gov.ps

▶ **MINISTRY OF PLANNING**

**Minister:**
Tel.: 02-2973022
Fax: 02-2973012
E-mail: minoffice@mop.gov.ps
http://www.mop.gov.ps
**Public Relations:**
Dir.-Gen.: Ahmad 'Abbas
Tel.: 02-2973010/0599-531607
Fax: 02-2973012
E-mail: aabbas@mop.gov.ps
**Projects & Report Unit:**
Dir.-Gen.: Bader Abu Zahran
Tel.: 02-2973010/0599-255289
Fax: 02-2973012
E-mail: babuzahran@mop.gov.ps
**Admin. & Financial Affairs:**
Dir.-Gen.: Ayed AL-Masri
Tel. & Fax: 02-2973015/0599-674538
Fax: 02-2973012
E-mail: AYED@mop.gov.ps
**Spatial Planning:**
Dir.-Gen.: Khalil Nijem
Tel.: 02-2973117/ 0599-295988
Fax: 02-2973012
E-mail: knijem@mop.gov.ps
**Unit of Minister Council Affairs:**
Dir.-Gen.: Rana Balawi
Tel.: 02-2973010
Mobile: 0599-720652/252488
Fax: 02-2973012
E-mail.: ranabalawi@hotmail.com
**Human Resource Development:**
Tel.: 02-2973019
Fax: 02-2973012
**Programs & Sector Coordination:**
Tel. 08-2830508
Fax: 08-2830509
**Aid Management & Coordination:**
Dir.-Gen.: Dr. Cairo Arafat
Tel.: 02-2973010/0599-675615
Fax: 02-2973012
E-mail: carafat@mop.gov.ps
**Geographic Center & Technical Support:**
Dir.-Gen.: Bashar Juma'a
Tel.: 02-2973010/0599-370334
Fax: 02-2973012
E-mail: bjumaa@mop.gov.ps
**Public Management Reform Program:**
Tel: 02-2973010
Fax: 02-2973010

02:008845
0709

**Legal Affairs Unit:**
Dir- Gen: Wafa Issa Hamayel
Tel.: 02-2973010
Mobile: 0599-751615
Fax: 02-2973012
E- mail: Wafa@mop.gov.ps

wali@palnet.com

### ► MINISTRY OF PUBLIC WORKS & HOUSING

**Minister:**
Tel.: 02-2980207
Fax: 02-2987889
E-mail: minister@mpwh.gov.ps
Um Sharayet, besides Al-Amin Circle, Al-Bireh, PO Box 3910, Ramallah
Gaza: Tel.: 08-2829232-4
Fax: 08-2868475
Arab League St., Rimal
**Dep. Min.:** Maher Ghnaim
Tel.: 02-2966006/7
Fax: 02-2987890
E-mail: mahermpw@p-ol.com
**Asst. Dep.:** Dr. Ibrahim Abu Hmeid
Tel.: 08-2829232-4
Fax: 08-2868475
**Dir.-Gen., PR & Media:** Salah Haniah
Tel.: 02-2966006/7
Fax: 02-2987890
E-mail: aya2abd@yahoo.com

### ► MINISTRY OF SOCIAL AFFAIRS

**Minister:**
**West Bank:**
Tel.: 02-2405641
Fax: 02-2405642/4
Mub'adin St., Al-Birch
**Gaza:**
Tel. & Fax: 08-282747
Old Housing Bldg., Rimal, Gaza
**Gen. Dir. Minister Office:**
Anwar Hamam
Tel.: 02-2405641/0599-526368
Fax: 02-2405642
**Deputy Min.:** Ahmad Said Tamimi
Tel.: 02-2405641
Fax: 02-2405642/4
**Asst. Dep. Min.:** Najat Al-Aridi
Mobile: 0599-601011
**Media Dept. & PR:** Basima Soboh
Tel.: 02-2405641/0599-205582
Fax: 02-2405642/4
**Gaza:**
Nassar Nassar
**Consultant:** Dr. Rihab 'Issawi
Tel.: 02-2405641/0599-697920
Fax: 02-2405642/4
**Director Generals:**
- **Planning & Studies:**
Majid Abdel Hadi
Tel. & Fax: 02-2405642
Mobile: 0599-551793
- **Public Admin, of Social Care & Rehabilitation:** Maysoun Al-Whadi
Tel.: 02-2405641
Fax: 02-2405642/4

- **Finance & Admin.:** Dr. Raisa Al-Tibi
Tel.: 08-2822464/0599-922279
Fax: 08-2866209
- **Public Administration of Social Needs:** Hana Quemary
Tel.: 02-2405641
Fax: 02-2405642/4
- **Cabinet Affairs Unit:** Daud Al-Dik
Tel.: 02-2405641
Fax: 02-2405642/4
- **Public Admin, of Social Development:** Thanaa Al-Khazandar
Tel.: 08-2824380/47806/
0599-551249
Fax: 08-2829191
- **Public Admin, for Aids & Family Rehabilitation:** Fadia Al-Masri
Tel.: 02-2405641
Fax: 02-2405642/4

*District Offices:*
**Gaza:** Abdul Karim Suker
Tel.: 08-2823855/9282
Fax: 08-2823155
**Northern Gaza:** 'Aziz Al-Madhoun
Tel. & Fax: 08-2456179/79316/
08-2871310
**Deir Al-Balah:** Mustafa Smour
Tel. & Fax: 08-2530031/50180
**Khan Younis:** Khadrah Abu Mustafa
Tel.: 08-2051103
**Rafah:** Abdul Min'im Shubair
Tel.: 08-2149326/5014
**Bethl.:** Diana Mobarak
Tel.: 02-2741216
Fax: 02-2770582
**Hebron:** Bader Badran
Tel.: 02-2227653/3380
Fax: 02-2220898
**Jenin:** Ismat Fakhouri
Tel.: 04-2501017/3598/3597
Fax: 04-2437118
**Jericho:** Kawhther Al-Moghrabi
Tel.: 02-2324290
Fax: 02-2322504
**Abu Dis:** Ahmad Maharmeh
Tel. & Fax: 02-2799969
**Nablus:** Khawla Al-Nabolsi
Tel.: 09-2383574/7785
Fax: 09-2388020
**Qalqilya:** Ahmed Hattab
Tel.: 09-2942588
Fax: 09-2940036
**Ramallah:** Khaled Barghouti
Tel & Fax: 02-2963836/56277
**Salfit:** Jamal Omar (Dep. Dir.)
Tel.: 09-2515722
Fax: 09-2515191
**Tulkarem:** Sabah Sharsheir
Tel.: 09-2671171/80929/4244
Tel. & Fax: 09-2574244

**Juveniles Centers for Males:**
Gaza: Mohammed Arafat
Tel.: 08-2822109/2477
Ramallah: Rajab Mosallam
Tel.: 02-2956030

**Juveniles Centers for Females:**
Bethlehem: Jihad Abu 'Ain
Tel. & Fax: 02-2742667

**The Aging House**
Jericho: Ibtisam 'Ammar
Tel.: 02-2322319

### ► MINISTRY OF TELECOMMUNICATION & INFORMATION TECHNOLOGY

**Minister:**
Tel.: 02-2429867
Fax: 02-2429868
**Deputy Min.:** Sulaiman Zuhairi
Gaza: Tel.: 08-2837777/2829459
Fax: 08-2822222
E-mail: szuhairi@mtit.gov.ps
PO Box 5300, Gaza, Ar Rimal
Ramallah: Tel.: 02-2429345
Fax: 02-2429357
PO Box 674, Ramallah, Al-Bireh

**Postal Affairs**
Gaza: Tel.: 08-2829502
Fax: 08-2822846
Ramallah: Tel.: 02-2429441/3
Fax: 02-2429446

**Government Computer Center:**
Tel.: 02-2423740/9
Fax: 02-2423740
http://www.gcc.gov.ps/
El-Balou', PO Box 674, Ramallah
Gaza:
Tel.: 08-2848600
Fax: 08-2848700
Abu Khadra Bldg.

### ► MINISTRY OF TOURISM & ANTIQUITIES

**Minister:**
Tel.: 02-2741581-3/2760098
Fax: 02-2743753
E-mail: minister@visit-palestine.com
or: mota@visit-palestine.com
http://www.visit-palestine.com
Manger St., Nazzal Bldg.,
PO Box 534, Bethlehem
Ramallah:
Tel.: 02-2409534/9891/9463
Fax: 02-2409563/890
**Dep. Min.:** Marwan Toubassi
Tel.: 02-2409561
Fax: 02-2409890
**Finance & Administration:**
Dir.-Gen.: Ali Abu Srour
Tel. & Fax: 02-2760898
Fax: 02-2743753

*District Offices:*
**Gaza:** Dir.-Gen. Dr. Akram Ijleh
Tel.: 08-2824866/9461/609
Tel. & Fax: 08-2824876
**Ramallah:** Tel.: 02-2967063
Fax: 02-2967061

**Antiquities Dept.:**
Asst. Dep. Min.: Dr. Hamdan Taha
Tel.: 02-2959551
Fax: 02-2959560
**Hebron:** Dir.-Gen.: Mahmoud Jabarin
Tel. & Fax 02-2229633
**Bethlehem:** 02-2741581-3
**Jenin:** Dir.: Khalid Rabayah
Tel.: 04-2430381/0599-209748
Fax: 04-2518380
**Jericho:** Dir.-Gen.: Ibrahim Al-Hafi
Tel.: 02-2322935 / 0599-853252
Fax: 02-2321229

20

PASSIA

**Nablus:** Dir.-Gen.: Majed Abu Rub
Tel.: 09-2385045
Fax: 09-2385043/2916
**Qalqilya:** Dir.: Haytham Ishtayyeh
Tel. & Fax 09-2943143
**Salfit:**
Tel.: 09-2515971
Fax: 09-2515970
**Tulkarem:** Dir.: 'Amer Al-Jitawi
Tel. & Fax: 09-2679701
Mobile: 0599-732819

### ▶ MINISTRY OF TRANSPORTATION

**Minister:**
**Deputy:** Ali Sha'ath
Tel.: 02-2951194-5/7
Fax: 02-2951318
http://www.mot.gov.ps
PO Box 399, Ramallah
**Gaza:** Tel.: 08-2829133
Fax: 08-2822297

**Director Generals:**
- **Licensing:**
Jamal Shuqair
Tel.: 02-2951292-4/6
Fax: 02-2951318
- **Admin. Affairs & Supplies:**
Mohammad Atta Helou
Tel.: 02-2951470-1
Fax: 02-2951318
- **Gen. Relations Plan:**
Osama Abu Joma
Tel.: 02-2951292-4/6
Fax: 02-2951318

**Gaza International Airport:**
Dir.-Gen.: Salman Abu Halib
Tel.: 08-2830433
Fax: 08-2827844
E-mail: abuhalib@gaza_airport.com
http://www.gaza-airport.org
PO Box 4043, Rafah, Gaza
**Ramallah:** Tel.: 02-2405891
E-mail: y.jadallah@transport.com

**Palestine Airlines:**
Dir.-Gen.: Mansour Ibrahim
Tel.: 08-2830433
Fax: 08-2827844

### ▶ MINISTRY OF WAQF & RELIGIOUS AFFAIRS

**Minister:**
Al-Jrzariyya:
Tel.: 02-2799902-3
Fax: 02-2794079/9534
Dar Al-Aytam Al-Islamia Bldg.
**Nablus:**
Tel.: 09-2387605
**Asst. Dep.:** Salah Zuheikah
Tel.: 02-2799760
**Legal Affairs:**
Fathallah Al-Husseini
**Jerusalem Affairs:**
Ibrahim Za'tra
Tel.: 0599-720750/052-230093
**Heritage Dept.:**
Lubna Sulaiman
Tel.: 02-6285473

**Islamic Research:** Mohammeh Lafi
Tel.: 02-2799534
**Financial Affairs:**
Moh'd Mustapha Ja'Yar
Tel.: 02-2799534
**Gaza:** Shafik Daher
Tel.: 08-2807369/0599-166340
Dar Al-Aytam Al-Islamia Bldg.,
**Women's Affairs Dept.:**
Tel.: 02-2398004/08-2050190

### ▶ MINISTRY OF WOMEN'S AFFAIRS

**Minister:**
Tel.: 02-2403315/9461-2/
0599-204058
Fax: 02-2402175
E-mail: minister@visit-palestine.com
PO Box 4616, Al-Bireh
PO Box 51767, Jerusalem
**Sec. Gen.:** Safwa Hdeib-Qannam
Tel.: 02-2403315/ 0599-672347
Fax: 02-2402175
E-mail: safwahq@yahoo.com

### ▶ MINISTRY OF YOUTH & SPORT

**Minister:**
**Gaza:**
Tel.: 02-2836646/77901/5529/30
Fax: 08-2875535
E-mail: youth@p-ol.com
http://www.mys.gov.ps
Ash-Shifa St., Southern Rimal,
PO Box 1416, Gaza
**Ramallah:**
Tel.: 02-2967890/1
Fax: 02-2985991
Irsal St., Irsal Bldg., PO Box 52
**Asst. Deputies:**
- Hassan Khatib
Tel.: 02-2959733
- Mousa Abu Zaid
Tel.: 02-2959730/0599-260142
Fax: 02-2985991

**District Offices:**
**Beitil.:** Head: Khalil Shahwan
Tel.: 02-2770680
**Deir Al Balah:** Tel.: 08-2531929
**Gaza Compound:** 08-2824956
**Hebron:** Abdul Nasser Al Sharif
Tel.: 02-2226359/15018
**Jenin:** Head: Ghassan Kabaha
Tel.: 04-2502680
**Jericho:** Suleiman Abu Taleb
Tel.: 02-2322498
**J'lem:** Head: Amir Abu Shams
Tel.: 02-2347998
**Khan Younis:** Tel.: 08-2054176/3671
**Nablus:** Head: Fathi Khader
Tel. & Fax: 09-2382621/1557
**Qalqilya:** Hussam Barawi
Tel.: 09-2942761
**Ramallah-Al-Bireh:** Nimor Attiyeh
Tel.: 02-2989890
**Salfit:** Head: Reyad Amer
Tel.: 09-2515040
**Tulkarem:** Head: Ata'a Haloub
Tel.: 09-2672783

• Ben Weider Academy for Fitness
Dir.: Dr. Nazih N'eirat
Tel.: 02-2900972
Fax: 02-2900972
Beitunia
• Majed As'ad Sports' Compound
Dir.: Hussam Turki
Tel.: 02-2400144
Al-Bireh
• The Martyr Salah Khalaf Center
for Young Leaders
Dir.: Marwan Wishahi
Tel.: 09-2578620/2578177
Al-Fara'a

### PALESTINIAN LEGISLATIVE COUNCIL (PLC)

**Speaker's Office:**
Tel. & Fax: 02-2987712
http://www.pal-plc.org
**Main Office, Ramallah:**
Tel.: 02-2984301-2/2984804/6
**Gaza:**
Tel.: 08-2827037/9337/8
08-2824194/4804/6
Fax: 08-2827027/4174/2596
E-mail: speaker@pal-plc.org
http://www.pal-plc.org
**1st Deputy's Office**
Tel.: 02-2984301-2/2984804/6
**2nd Deputy's Office:**
Tel.: 02-2984301-2/2984804/6
**Sec. Gen.:** Dr. Ibrahim Khreisheh
Tel & Fax: 02-2984653/4/43
Tel.: 0599-566317
E-mail: ibrahimk@pal-plc.org
**Dep. Secretary General (Gaza):**
Ezzedin Abu Safiya
Tel. Fax: 08-2862984
Mobile: 0599-316080
E-mail: ezz_h6059@hotmail.com
**Asst. of the Secretary General:**
- **External & Information Affairs:**
Nashat Qarouti
Tel & Fax: 02-2987719/4807
Mobile: 0599-255932
E-mail: nashatq@yahoo.com
- **Financial & Admin. Affairs:**
Ahmad Abu Hashish
Tel & Fax: 02-2984746
Mobile: 0599-200465
E-mail: asahashish@yahoo.com
- **Legal & Parliamentary Research:**
Jamal Al-Khatib
Tel & Fax: 02-2984245
Mobile: 0598-961333
E-mail: Jamalalkhateeb@yahoo.com
**Gaza:**
Tariq El-Derawi
Tel.: 08-2531738
Mobile: 0599-864425
**Media & Information Dept.**
Tel. & Fax: 02-2984159/0599-987985
**Protocol Department:**
Tel. & Fax: 02-2960332
Tel.: 0598-184132

*Index p. 169 ff*

PASSIA

21

02:008847
0711

Information Technology Unit:
Tel.: 02-2984742 / 0599-329041

Library:
Tel.: 02-2958892 / 0599-837695

Procurement Unit:
Tel.:02-2960731 / 0599-370210

Technical Dept.:
Tel.:02-2984746 / 0599-200465

Training Unit:
Tel. & Fax: 02-2984240/0599-799339

Women's Unit:
Gaza:
Tel.:08-2835580/0599-476923
West Bank:
Tel. & Fax: 02-2984306/0599-876779

Liaison & Coordination Unit:
Tel. & Fax: 02-2984652 0544-639773

## PLC MEMBERS

NB: \*= currently imprisoned by Israel

El-Abadsa, Yahia (Change & Reform - List)
Tel.: 08-2052715
Mobile: 0599-608184

\* Abdel Hamid, Nizar (Change & Reform - Hebron)
Tel: 02-2284610
Mobile: 0599-225222

\* Abdel Jawad, Nasir (Change & Reform - Salfit)
Tel.: 09-2995704
Mobile: 0599-593378
Fax: 09-2515814

\* Abdel Rahman, Wa'el (Change & Reform - Jerusalem)
Tel.: 02-2347192
Mobile: 0522-825722
Fax: 02-2347192

Abdel Rahman, Zaidan (Change & Reform - Tulkarem)
Tel.: 09-2663288
Mobile: 0599-207017

Abdullah, Abdullah (Fateh - List)
Tel. & Fax: 02-2951677
Mobile: 0599-240185

\* Abu Ali, Mohammad (Fateh - List)
Tel.: 02-5821984
Mobile: 0599-367977

Abu Al-Rob, Jamal (Fateh - List)
Tel.: 04-2512302
Mobile: 0599-365022

Abu Amro, Ziad (Independent - Gaza)
Tel.:08-2836617
Mobile: 0599-408407
Fax: 08-2836627

Abu Bakir, Najat (Fateh - List)
Tel. & Fax: 09-2342788
Mobile: 0599-872315

Abu Halabiya, Ahmad (Change & Reform - List)
Tel. & Fax: 08-2855015
Mobile: 0599-320631

\* Abu Hassan, Khalid (Change & Reform - Jenin)
Tel.: 04-2502260
Mobile: 0599-774286

Abu Houli, Ahmad (Fateh - Deir Al-Balah)
Tel.: 08-2551611
Mobile: 0599-418706

\* Abu Jhalsha, Mohammad (Change & Reform - Hebron)
Tel.: 02-2291933
Mobile: 0599-765859

Abu Musameh, Sayed (Change & Reform - List)
Tel.: 08-2149203
Mobile: 0599-852422

Abu Ras, Marwan (Change & Reform - List)
Tel.: 08-2827312
Mobile: 0599-465534
Fax: 08-2863552

\* Abu Salem, Ibrahim (Change & Reform - Jerusalem)
Tel.:02-2449702
Mobile: 0525-768659

Abu Shahla, Faysal (Fateh - List)
Tel.: 08-2824878
Tel. & Fax: 08-2820839
Mobile: 0599-204245

Abu Shammaleh, Majid (Fateh - List)
Tel.: 08-2146884 /
Tel. & Fax: 08-2830500
Mobile: 0599-400202

\* Abu Sir, Daoud (Change & Reform -Nablus)
Tel.: 09-2392510 / 09-2520555
Tel. & Fax: 09-2520555
Mobile: 0599-749444

\* Abu Teir, Mohammed (Change & Reform - List)
Tel.: 02-6721726
Mobile: 0548-021499

Abu Tous, Khalid (Change & Reform - Tubas)
Tel.: 09-2577273
Mobile: 0599-534132
Fax: 09-2577777

Abu Znaid, Jihad (Fateh - List)
Tel.: 02-5826530/10977
Mobile: 0547-301049 / 0599-256135
Fax: 02-5321891

Ahmad, Ahmad (Change & Reform - Nablus)
Tel.: 09-2384607
Mobile: 09-2330480

Al-Ahmad, Azzam (Fateh - Jenin)
Tel.:02-2981818/04-2403918
Tel. & Fax: 02-2405070 off.
Mobile: 0599-205220

Al-'Aileh, Abdel Hamid (Fateh -List)
Tel.: 08-2875712
Mobile: 0599-411200

Al-Akhras, Radwan (Fateh - Rafah)
Tel.: 08-2137822/2845177
Mobile: 0599-403892

\* Ala-Eddin, Mohammed (Change & Reform - List)
Tel.: 02-2222360
Mobile: 0599-678264

Al-Aloul, Mahmoud (Fateh - Nablus)
Tel. & Fax: 09-2385075
09-2381045 off.
Mobile: 0599-205450

\* Amli, Riad (Change & Reform - Nablus)
Tel.:09-2520210
Tel. & Fax: 09-2520555- off.
Mobile: 0599-252559

Al-Ashqar, Ismail (Change & Reform - North Gaza)
Tel.: 08-2475426
08-2474414 off
Mobile: 0599-734827
Fax: 08-2474415

Ashrawi, Hanan (The Third Way - List)
Tel.: 02-2989490 off
Mobile: 0599-201207
Fax: 02-2989492

Assaf, Walid (Fateh - Qalqilya)
Tel. & Fax: 02-2902155
Mobile: 0599-803039

Al-Astal, Najat (Fateh - List)
Tel.: 08-2052797
Mobile: 0599-600144
Fax: 08-2067530

Al-Astal, Younis (Change & Reform - Khan Younis)
Tel.: 08-2065476
Mobile: 0599-481347

\* Atoun, Ahmad (Change & Reform - Jerusalem)
Tel.: 02-6733598
Mobile: 0505-452131
Fax: 02-6731402

\*Badir, "Mohammed Maher" (Change & Reform - List)
Tel.: 02-2251734/2217103
02-2298991
Mobile: 0599-381056
Fax: 02-2298990

22

PASSIA

02:008848
0712

**Bahar, Ahmad** (Change & Reform - Gaza)
Tel.: 08-2855186/2827027
Mobile: 0599-565536
Fax: 08-2827027/2855186

**Bal'awi, Hakam** (Fateh - List)
Tel.: 02-2401248
Mobile: 0599-200797
Fax: 02-2401081

**Barakah, Raja'i** (Fateh - List)
Tel.: 08-2076544
Mobile: 0599-884197

**Al-Bardawil, Salah** (Change & Reform - Khan Younis)
Tel. & Fax: 08-2068636
Mobile: 0599-402013

**\* Barghouthi, Marwan** (Fateh - List)
Tel.:02-2963131
Mobile: 0599-788540
Fax: 02-2989646

**Barghouthi, Mustafa** (Independent Palestine - List)
Tel.: 02-2954103
          02-2966362 off.
Mobile: 0599-254218
Fax: 02-2985917

**Borhom, Abdel Rahim** (Fateh - List)
Tel.: 09-2940005/2943044
Mobile: 0599-647141/674171
Fax: 09-2943045

**\* Dahbour, Ibrahim** (Change & Reform - List)
Tel.: 04-2468404/9034
Mobile: 0599-264386
Fax: 04-2469034/2505365

**Dahlan, Mohammad** (Fateh - Khan Younis)
Fax: 08-2844908
Mobile: 0599-266000

**Daraghmeh, Ayman** (Change & Reform - List)
Mobile: 0599-584973

**Dokhan Abdel Fattah** (Change & Reform - List)
Tel.: 08-2550553

**\* Al-Dwaik, Aziz** (Change & Reform-Hebron)
Tel.: 02-2253678
Fax: 02-2229247
Mobile: 0599-253810

**Erekat, Sa'eb** (Fateh - Jericho)
Tel.: 02-2322304/2321446
Fax: 02-2321240
Mobile: 0599-675999

**Farahat, Maryam** (Change & Reform - List)
Tel.: 02-2812299

**Fayyad, Salam** (The Third Way - List)
Tel.: 02-2974961
Mobile: 0599-226228
Fax: 02-2409689

**\* Fokaha, 'Abdel Jabir** (Change & Reform - List)
Tel.: 02-2985961
Mobile: 0599-857805
Fax: 02-2984461

**Al-Ghoul, Mohammad** (Change & Reform - Gaza)
Tel.: 08-2871711
Mobile: 0599-883008
Fax: 08-2823182

**Al-Haj, Jamal** (Fateh - List)
Tel.: 09-2324265/2316880
Mobile: 0599-382424

**Halaykah, Samira** (Change & Reform - List)
Tel.: 02-2560776
Mobile: 0599-399037

**\* Hamdan, Fadel** (Change & Reform -Ramallah)
Tel.: 02-2971487

**Hamdan, Rabiha Diab** (Fateh - List)
Tel.: 02-2813528/2984782
Mobile: 0599-659184
Fax: 02-2950155

**Hammad, Fathi** (Change & Reform - List)
Mobile: 0599-608915

**Haniyeh, Isma'el** (Change & Reform - List)
Tel.: 08-2824550
Mobile: 0599-457575
Fax: 08-2824550

**Al-Haymoni, Akram** (Fateh - List)
Tel.: 02-2294722
Mobile: 0599-253256

**Al-Hayya, Khalil** (Change & Reform - Gaza)
Tel.: 08-2808472
Fax: 08-2860800
Mobile: 0599-608780

**Hijazi, Mohammad** (Fateh - Rafah)
Tel. & Fax: 08-2146836
Mobile: 0599-859561

**\* Hwail, Jamal** (Fateh - List)
Tel.: n/a
Mobile: n/a

**Idwan, Atif** (Change & Reform - North Gaza)
Tel.: 08-2457603
Mobile: 0599-873971

**Iskaik, Jamal**
Tel.: n/a
Mobile: n/a

**Al-Jamal, Abdul Rahman** (Change & Reform - Deir Al-Balah)
Tel.: 08-2553664
Mobile: 0599-407933

**Jarrar, Khalida** (Martyr Abu Ali Mustafa - List)
Tel.: 02-2952365/2960446
Fax: 02-2960447
Mobile: 0547-353140/0599-229977

**Jom'ah, Ashraf** (Fateh - Rafah)
Tel.: 08-2137191
Fax: 08-2138148
Mobile: 0599-414468

**Juma'a, Nasser** (Fateh - List)
Tel.: 09-2370715 6
Mobile: 0599-317333
Fax: 09-2370154
E-mail: naserjumaa@gmail.com

**\* Khadair Hamid** (Change & Reform - Nablus)
Tel.: 09-2326938
Fax: 09-2330480

**Khadir, Qais** (Abu Layla) (Alternative - List)
Tel.: 02-2988525
          02-2965950 off.
Mobile: 0599-658349
Fax: 02-2980401

**\* Khalil, Hassan** (Change & Reform -Ramallah)
Tel.: 02-2901169
Mobile: 0599-658888

**\* Al-Khatib, Mahmoud** (Change & Reform - Bethlehem)
Tel.: 02-2767451
          02-2764014 off.
Mobile: 0522-243001
Fax: 02-2764014

**Khreisheh, Hasan** (Independent - Tulkarem)
Tel.: 09-2675029
Mobile: 0599-205071
Fax: 09-2676026

**Al-Khudari, Jamal** (Independent - Gaza)
Tel.: 08-2822855
Mobile: 0599-465166
Fax: 08-2457152

**Kokali, Fouad** (Fateh - Bethlehem; Christian quota)
Tel.: 02-2774510
Mobile: 0599-204054
Fax: 02-2764746

**Al-Lahham, Mohammad** (Fateh- List)
Tel.: 02-2251664/0599-254723
Fax: 02-2764746/2750661

**Al-Majdalawi, Jameel** (Martyr Abu Ali Mustafa - List)
Tel.: 08-2454819
Mobile: 0599-410744
Fax: 08-2830575

02:008849

0713

**Mansour, Muna** (Change & Reform - List)
Tel.: 09-2344152
Mobile: 0599-870352
Fax: 09-2375936

* **Mansour, Yaser** (Change & Reform - List)
Tel. & Fax: 09-2391347
Mobile: 0599-250280

**Al-Masdar, Ibrahim** (Fateh - List)
Tel. & Fax: 08-2531364
Mobile: 0599-873170

**Al-Masri, Mushir Al-Ahbal** (Change & Reform - North Gaza)
Tel.: 08-2474224
Mobile: 0599-689999

* **Matar, Omar** (Change & Reform - List)
Tel.: 09-2515512
Mobile: 0599-299001
Fax: 09-2515814

* **Mubarak, 'Ahmad** (Change & Reform - Ramallah)
Tel.: 02-2989724/
      02-2401159 off.
Mobile: 0599-283384
Fax: 02-2401304

* **Musleh, Mahmoud** (Change & Reform - Ramallah)
Tel.: 02-2984529
Mobile: 0599-568877

**Al-Najjar, Khamis** (Change & Reform - Khan Younis)
Tel.: 08-2051322
Mobile: 0599-856428

* **Nofal, Imad** (Change & Reform - List)
Tel. & Fax: 09-2946576
Mobile: 0599-520920

* **Al-Qadi, Samir** (Change & Reform - Hebron)
Tel. & Fax: 02-2523555/2251444
Mobile: 0599-520882/0599-795204

* **Qafalsh, Hatem** (Change & Reform - Hebron)
Tel.: 02-2230888
Mobile: 0599-375140

**Qaraqi, 'Issa** (Fateh - List)
Tel.: 02-2747258
Mobile: 0599-673887
Fax: 02-2747555

* **Qar'awi, Fathi** (Change & Reform - List)
Tel.: 09-2692104

**Al-Qawasmi, Sahar** (Fateh - List)
Tel.: 02-2259545/
      02-2224806 off.
Mobile: 0599-676637/0599-226893
Fax: 02-2293456

**Al-Qreenawi, Huda** (Change & Reform - List)
Tel.: 08-2554816
Mobile: 0599-302794

* **Rabai, Khalil** (Change & Reform - List)
Tel.: 02-2270050/229890
Mobile: 0599-292609
Fax: 02-2298991/2279314

* **Radad, Reyad** (Change & Reform - Tulkarom)
Tel.: 09-2666683
Mobile: 0599-389965

* **Al-Rajoub, Naief** (Change & Reform - Hebron)
Tel.: 02-2281592
Mobile: 0599-801744

* **Al-Ramahi, Mahmoud** (Change & Reform - List)
Tel.: 02-2405346
Mobile: 0599-293003
Fax: 02-2402218

* **Rasoul, Ahmad Sa'adat** (Martyr Abu Ali Mustafa - List)
Tel.: 02-2970288
Fax: 02-2970325

* **Romanin, Ali** (Change & Reform - List)
Tel.: 02-2328283/2327545
Mobile: 0599-838714
Fax: 02-2327544

**Sabella, Ivivan** (Fateh - Jerusalem; Christian quota)
Tel.: 02-5856859
Mobile: 0505-234416
Fax: 02-6271716

**Salamah, Muhib** (Fateh - Ramallah)
Tel.: 02-2905531
Mobile: 0599-711589
Fax: 02-2905524

**Salamah, Salim** (Change & Reform - Deir Al-Balah)
Tel.: 08-2550890
Mobile: 0599-850847
Fax: 08-2551186

**Saleh, Jamal** (Change & Reform - Gaza)
Tel.: 08-2828547
Mobile: 0599-414140

**Saleh, Maryam** (Change & Reform - List)
Tel.: 02-2952543
Mobile: 0599-875472

* **Salhab, Azzam** (Change & Reform - Hebron)
Tel.: 02-2253516
Mobile: 0599-252206

**Al-Salhi, Bassam** (Alternative - List)
Tel.: 02-2403645
       02-2963593 off.

**Al-Saqqa, Fayez** (Fateh-Bethlehem; Christian quota)
Tel.: 02-2754355
Mobile: 0599-276802
Fax: 02-2742642

**Seyam, Sa'eed** (Change & Reform - Gaza)
Tel.: 08-2874329
Mobile: 0599-609494

**Sha'ath, Nabil** (Fateh - List)
Tel.: 08-2852555
Mobile: 0599-603310
Fax: 08-2872460

**Shami, Shami** (Fateh - Jenin)
Tel.: 04-2504086
Mobile: 0599-391175

**Al-Shanty, Jameela** (Change & Reform - List)
Tel.: 08-2450851
Mobile: 0599-565161

**Al-Sharafi, Yousef** (Change & Reform - North Gaza)
Tel.: 08-2470303
Mobile: 0599-847999
Fax: 08-2470565

**Shawa, Rawya** (Independent Palestine - List)
Tel.: 08-2808466/
Tel. & Fax: 08-2824177
Mobile: 0599-307439

**Al-Sheikh, Ali Na'emah** (Fateh- List)
Tel.: 08-2825186
Mobile: 0599-412708

**Shihab, Mohammed** (Change & Reform - North Gaza)
Tel.: 08-2454171
Mobile: 0599-608890
Fax: 08-2456258

**Shraim, Ahmad** (Fateh - Qalqilya)
Tel.: 09-2941297/3044
Mobile: 0599-205170

**Al-Farrah, Sulieman** (Sufian Al-Agha) (Change & Reform - Khan Younis)
Tel. & Fax: 08-2054886
Mobile: 0599-422111

* **Al-Tal, Mohammad** (Change & Reform - Hebron)
Tel.: 02-2265560/2290991
Fax: 02-2298991/0599-387739

**Al-Tawil, Husam** (Independent - Gaza)
Tel.: 08-2840623
Mobile: 0599-403092
Fax: 08-2824299

24

PASSIA

**Thabit, Siham** (Fateh - List)
Tel. & Fax: 09-2671824
Tel.: 09-2671616 off.
Mobile: 0599-888938

* **Terawi, Jamal** (Change & Reform - List)
Tel.: n/a
Mobile: n/a

**Thwaib, Khalid** (Change & Reform - Bethlehem)
Tel.: 02-2772657
Tel. & Fax: 02-2764014
Mobile: 0522-489965

* **Totah, Mohammad** (Change & Reform - Jerusalem)
Tel.: 02-6262603
Mobile: 0547-753225
Fax: 02-6271046

**Tumailah, Jihad** (Fateh - List)
Tel.: 02-2965657
Mobile: 0599-948666
Fax: 02-2986464

**Al-Wazir, Intisar** (Fateh - List)
Tel.: 08-2824730
Mobile: 0599-408413

**Yaghi, Alaa Addin** (Fateh - List)
Tel.: 08-2877402
Mobile: 0599-419220
Fax: 08-2854240

* **Yahya, Khalid** (Change & Reform - Jenin)
Tel.:04-2505351
Mobile: 0599-355892
Fax: 04-2505365

* **Yasin, Husni** (Change & Reform - Nablus)
Tel.: 09-2396257
Mobile: 0599-520989
Fax: 09-2396062

* **Za'arir, Basim** (Change & Reform - Hebron)
Tel.: 02-2268780
Tel. & Fax: 02-2298990/1
Mobile: 0599-800507

**Al-Zahar, Mahmoud** (Change & Reform - List)
Tel.: 08-2865288
Mobile: 0599-408404

* **Al-Zaidan, Abdel Rahman** (Change & Reform - List)
Tel.: 09-2663288
Mobile: 0599-207017

* **Al-Zboun, Anwar** (Change & Reform - List)
Tel. & Fax: 02-2750505/2764014
Mobile: 0599-520909/0522-329344

*Index p. 169 ff*

---

### PLC COMMITTEES

(Note: currently not functioning)

**The Budget & Financial Affairs Committee**

**Council Affairs Committee**

**The Economic Committee**

**The Education Committee**

**Energy & Natural Resources Committee**

**Interior & Security Committee**

**Jerusalem Affairs Committee**

**Land & Anti-Settlement & Racial Separation Wall Committee**

**The Legal Committee**

**Local Government**

**Martyrs, Prisoners, the Injured & Veterans Committee**

**Oversight & Human Rights Committee**

**The Political Committee**

**The Refugee Committee**

**Social Affairs Committee**

### PA ATTORNEY GENERAL - GENERAL PROSECUTION

**Attorney General**
Ahmad Al-Mughanni
Tel.: 08-2868281/3
Fax: 08-2824502
E-mail: info@pgp.gov.ps
http://www.pgp.gov.ps
Thelathini St., opp. Al-Azhar University, Gaza
West Bank: Attorney General Assis.:
Abdel Ghani 'Iwelwy
Tel.: 02-2406586/8
Fax: 02-2406587
Al-Balua, opp. Foreign Ministry, Al-Birch
Gaza: Attorney General Assis.:
Tarek Al-Bhese
Tel.: 08-2069110
Fax: 08-2050989
Mounir Al-Oqbi
Tel. & Fax: 08-2842218
Gaza: Chairman of the Technical Office:
Dr. Abdel Qader Jaradah
Tel. & Fax: 08-2842219
West Bank: Deputy of the Technical Office: Ashraf Al-Nashashibi

---

Tel.: 02-2406586/8
Fax: 02-2406587
Gaza: Deputy of the Technical Office:
Zein Bseiso
Tel. & Fax: 08-2842219

### PA HIGHER JUDICIAL COUNCIL

**Higher Judicial Council**
Chief Justice: Issa Abu Sharar
Tel.:02-2407768/4930
Fax: 02-2409029
E-mail: cj@court.gov.ps
Ramallah
**Judiciary Inspection Department:**
Head: Sami Sarsour
Tel. & Fax: 02-2402926
**Dep. Chief Judge, Supreme Court:**
Mahmoud Abu-Hamad
Tel.: 02-2402927
Fax: 02-2404401
**Judiciary Training Department:**
Head: As'ad Mubarak
Tel. & Fax: 02-2403014
**Chief Judge, Court of Appeal:**
Rafiq Zohd
Tel.: 02-2402927
Fax: 02-2404401
Ramallah
Gaza:
Ali Al-Fara
Tel. & Fax: 08-2884002
**District Courts:**
- Bethlehem:
  Head: Ra'ed Abdel Hamid
  Tel.: 02-2742449
  Fax: 02-2742545
- Hebron:
  Head: Wahid Al-'Amla
  Tel.: 02-2290323
  Fax: 02-2290322
- Ramallah:
  Head: Taysir Abu Zahir
  Tel.: 02-2404467
  Fax: 02-2407785
- Qalqilya:
  Head: Sa'ed Al-Sheikh
  Tel.: 09-2949257
  Fax: 09-2940053
- Jenin:
  Head: Farid 'Aqel
  Tel.: 04-2501022
  Fax: 04-2503579
- Nablus:
  Head: Raslan Hamdan
  Tel.: 09-2384420
  Fax: 09-2388416
- Tulkarem:
  Head: Bassam Hajawi
  Tel. & Fax: 09-2671037
- Jericho:
  Head: Esam Al-Ansari
  Tel.: 02-2321288
  Fax: 02-2321210
- Gaza:
  Judge: Azzam Al-Astal
  Tel. & Fax: 08-2829278

25

02:008851

0715

- Deir Al-Balah:
  Judge: Yousif Abu Latifeh
  Tel. & Fax: 08-2535630
- Khan Younis:
  Fayez Zarah
  Tel.: 08-2054446
  Fax: 08-2072530

**Magistrate Courts:**
- Salfit:
  Judge: Raed Asfour
  Tel. & Fax: 09-2515703
- Tubas:
  Judge: Ma'moun Kalash
  Tel. & Fax: 09-2574585
- Halhoul:
  Judge: Sa'd Swate
  Tel. & Fax: 02-2297717
- Dura:
  Judge: Awni Al-Barbarawi
  Tel.: 02-2281392
  Fax: 02-2281391
- Nablus:
  Judge: Manal Al-Masri
  Tel.: 09-2382304
  Fax: 09-2388416
- Ramallah:
  Judge: Kamal Jabr
  Tel. & Fax: 02-2407761
  Admin. & Financial Affairs:
  Gen Dir.: Fahd Al-Qawasmi
  Tel.: 02-2408565
  Fax: 02-2402392
- Bethlehem:
  Judge: Rashed Arafa
  Tel.: 02-2742449
  Fax: 02-2742545
- Hebron:
  Judge: Musa Shakarneh
  Tel.: 02-2228154
  Fax: 02-2290322
- Tulkarem:
  Judge: Raed Asfour
  Tel. & Fax: 09-2671037
- Jenin:
  Judge: Belal Darwesh
  Tel.: 04-2501022
  Fax: 04-2503579
- Jericho:
  Judge: Basim Kaseeb
  Tel.: 02-2321210
  Fax: 02-2322565
- Qalqilya:
  Judge: Khaled Abu Khadeja
  Tel. & Fax: 09-2940053
- Rafah:
  Judge: Jabir Abu Halib
  Tel.: 08-2132499
  Fax: 08-2135071
- Jabalia:
  Judge: Zahir Al-Saka
  Tel.: 08-2452940
  Fax: 08-2459270
- Deir Al-Balah:
  Judge: Mohammed Al-Dahdoh
  Tel. & Fax: 08-2535630
- Khan Younis:
  Judge: Osama Abu Mddain
  Tel. & Fax: 08-2051089
- Gaza:
  Judge: Ziad Al-Barrawi
  Tel. & Fax: 08-2863500

26

Coordinator, Admin. Affairs:
Nour Faris
Tel. & Fax: 08-2829350

Coordinator, Financial Affairs:
Hussein Al-Tala'
Tel. & Fax: 08-2848305

## PA AGENCIES & INSTITUTIONS

**Environmental Quality Authority**
Chairman: Dr. Yousef Abu Safiyeh
Tel.: 08-2847208
Fax: 08-2847198
E-mail: environment@gov.ps
http://www.mena.gov.ps
An-Nasser, Ath-Thwara St., Gaza
Deputy Chairman: Jamil Al-Motour
Tel.: 02-2403495-8
Fax: 02-2403494
E-mail: jomeel_mtr@hotmail.com
eqa@gov.ps
Ramallah, PO Box 3841
*Regional Offices:*
Hebron: Tel.: 02-2225328/9269
Fax: 02-2229279
PO Box 1310
Nablus: Tel. & Fax: 09-2341632
Jenin: Tel. & Fax: 04-2433770
Tulkarem: Tel. & Fax: 09-2674558

**Financial and Administrative Control Bureau**
Head: Dr. Mahmoud Abu Ar-Rub
Acting Dir.: Sa'eed Qullab
Tel.: 08-2829187/2737/9253
Fax: 08-2821703
E-mail: facb@facb.gov.ps
http://www.facb.gov.ps
Omar Al-Mukhtar St., beside Al-Abbas
Mosque, PO Box 4059, Gaza
Acting Dir.: Haitham Amro
Tel.: 02-2972289/93
Tel. & Fax: 02-2967716
Al-Nahda St., PO Box 755, Ramallah

**General Administration for Administrative Development & Training**
Head: Dr. Mohammed Al-Madhoun
*Gaza:*
Tel.: 08-2822230/2839992
Fax: 08-2639170
E-mail: diwan@palnet.com
Ar-Rimal, Gaza
*West Bank:*
Jehad Hamdan
Tel.: 02-2980641
Fax: 02-2965130
Um Sharayet, PO Box 1995, Ramallah

**General Authority of Civil Affairs**
Chairman: Hussain Al-Sheikh
Tel.: 02-2403220
Tel. & Fax: 02-2403244
E-mail: info@mca.gov.ps
http://www.mca.gov.ps
Qattom Bldg., Al-Balou', Al-Bireh,
PO Box 7074, Ramallah

*Gaza:*
Tel.: 08-2847500
Fax: 08-2824890
Al-Nasir St., Yaziji Bldg., opp. Qasei
Al-Hakom, Gaza
**Asst. Dep.:** Abdul Nasser Al-Sarraj
Tel.: 08-2827846/9652
Fax: 08-2829648
**Asst. Dep., West Bank:**
Marouf Zahran
Tel.: 02-2405190
Fax: 02-2405185
**Dir.s Gen., West Bank:** Hisham
Abu Mariam, Ayman Qandil, Adib Abu
Khalil, Fakhreddin Al-Deek, Saleh Al-
Zeq, Rezq Nofal, Emran Yousef,
Hassan Abu Hasheesh, Majdi
Alawneh, Louay Alsady, Mahmoud
Samara, Imad El-Natsheh
**Dir.s Gen., Gaza:** Ziad Al-Abed,
Khalil Farraj, Musa Abu Ghazi, Maher
Abu Al-'Ouf, Ayman Elraqm,
Muhammed Joudeh, Sameer Abu
Nahleh, Mousa abu Sadeh, Ashraf
Dahlan, Ziad Awaja
**PR: Dir.-Gen.:** Raghda Farrah

<u>Civil Affairs Offices:</u>
Abu Dis: Tel.: 02-2799520
Fax: 02-2799920
Allenby Bridge: Tel.: 02-2943395
Bethlehem: Tel.: 02-2770590/65305
Fax: 02-2770591
Deir Al-Balah: Tel.& Fax: 08-2531517
Gaza: Tel.: 08-2894049/2822333
Hebron: Tel.: 02-2226420/2258558
Fax: 02-2226421
Jabalia: Tel. & Fax: 08-2479570-1
Jenin: Tel.: 04-2501555/2431642
Fax: 04-2501565
Jericho: Tel.: 02-2321448
Fax: 02-2321030
Nablus: Tel.: 09-2384404/2391750
Fax: 09-2384405
Qalqilya: Tel.: 09-2942755
Fax: 09-2942757
Rafah: Tel. & Fax: 08-2145773
Al-Ram: Tel.: 02-2344166
Fax: 02-2344177
Rafah: Tel. & Fax: 08-2145773
Ramallah: Tel.: 02-2986512
Fax: 02-2986513
Salfit: Tel.: 09-2515688
Fax: 09-2515658
Tubas: Tel.: 09-2574112
Fax: 09-2574111
Tulkarem: Tel.: 09-2674085
Fax: 09-2674084

**General Bureau of Land Reclamation & Al-Ghore Development**
Head: Dr. Hassan Sha'aban
Tel.: 08-2827262
Tel. & Fax: 08-2825964
E-mail: plrc25@hotmail.com
PO Box 5254, Gaza

**General Personnel Council**
Chairman: Dr. Jihad Hamdan
Tel.: 02-2987792-3
Fax: 02-2980641
Um Sharayet, PO Box 1995, Ramallah

PASSIA

02:008852
0716

**Gaza:**
Tel.: 08-2829001-3/228/9
Fax: 08-2822236/30
E-mail: diwan@palnet.com
Ansar area, besides Sheikh Zayed
Mosque, Gaza

**Government Computer Center** see
*Index of Ministry of Telecommunication*

**The Land Authority**
Pres.: Freih Abu Meddien
Dir.-Gen., West Bank: Sa'eb Nathif
Tel. & Fax: 02-2321336/4
Ein Sultan St., Jericho
Ramallah:
Tel.: 02-2950177/7371/87704/6547
Fax: 02-2950177
Gaza:
Dir.-Gen.: Atef El-Khudari
Tel.: 08-2820265
Fax: 08-2867109
Bethl.: Tel. & Fax: 02-2751444
Hebron: Tel. & Fax 02-2226040
Jenin: Tel. & Fax: 04-2501016
Ytem: Tel. & Fax: 02-2797201
Nablus: Tel.: 02-2385343
             Fax: 09-2383816
Qalqilya: Tel.: Fax 09-2940688
Tulkarem: Tel. & Fax: 09-2671780

**Land Registries:**
Ramallah: Tel. & Fax: 02-2956847/5166
Bethl.: Tel. & Fax  02-2742088
Hebron: Tel. & Fax 02-2229292
Jericho: Tel. & Fax: 02-2322552
Jenin: Tel. & Fax: 04-2501042
Qalqilya: Tel. & Fax 09-2944927
Nablus: Tel. & Fax: 09-2387632
Tulkarem: Tel. & Fax: 09-2671006

**Martyrs' Families & Injured Care
Establishment (M's F. & I.C.E.)**
Dir.-Gen.: Khalid Jabarin
Dir.: Sulaiman Al-Deek
Tel.: 02-2958507 /60111
Fax: 02-2986268
Ramallah
Bethl.: Dir.: Yousef Abu Laban
    Tel. & Fax 02-2770945
Deir Al-Balah: Tel.: 08-2536301
Gaza: Dir.: Fathi Shahin
    Tel. & Fax: 08-2824727
Hebron: Dir.: Amal Jaradat
    Tel. & Fax: 02-2223888
Jenin: Dir.: Mus'ad 'Ammar
    Tel. & Fax: 04-2436864
Jerusalem: Dir.: Ibrahim Faqoush
    Tel. & Fax: 02-2798433
Nablus: Dir.: Ali Assad
    Tel. & Fax: 09-2385550
Qalqilya: Dir.: Mai Zeid
    Tel. & Fax: 09-2944373
Rafah: Tel.: 08-2130708
Salfit: Dir.: Zahra Qaroush
    Tel. & Fax: 09-2519326
Tulkarem: Dir.: Zuheir Khattab
    Tel. & Fax: 09-2680477
Jericho: Dir: Sa'ed Jubran
    Tel.: 0599-711822

**National Center for Studies &
Documentation**
Head: Abdallah Hourani
Tel. & Fax: 08-2848778
E-mail: n-c-s-d@palnet.com
http://www.ncsd05.org
Ahmad Ben Abdul Aziz St., Rimal,
PO Box 5256, Gaza

**Palestine Monetary Authority**
Governor: Dr. George Al-'Abed
Vice Governor: Dr. Jihad Al-Wazir
eeTel.: 02-2409920-21-23
Fax: 02-2409922/24
E-mail: info@pma.ps
http://www.pma-palestine.org
PO Box 452, Ramallah
Gaza:
Tel.: 08-2825292/4599/5713/23
Fax: 08-2844487
Rimal, Nasreh St., POB 4026, Gaza

**Palestine Standards Institution**
Dir.-Gen.: Mazen Abu Shari'a
Tel.: 02-2989600/4144/2965191
Fax: 02-2964433
E-mail: gm@psi.gov.ps
http://www.psi.gov.ps
Al-Quds St., besides Nursing College,
PO Box 2258, Ramallah
Gaza: Tel.: 08-2836844
Hebron: Tel. & Fax: 02-2226976
Nablus: Tel. 09-2341722
        Fax: 09-2341745

**Palestinian Broadcasting
Corporation (PBC)**
Chairman: Basem Abu Sumaya
Tel: 02-2959894/0599-544333
Fax: 02-2959893
Director Generals:
Radio: Yousef Al-Qazaz
Tel.: 02-2984731/0599-259258
TV: Mohammad El-Dahoudi
Tel.: 02-2833300/ 0599-408068
Fax: 08-2833320
Programs: Mohammad El-Bazz
Tel.: 08-2833380/ 0599-408060
PR: Ihsan El-Balawi
Tel.: 08-2833280/0599-761502
Studies:
Gaza: Tel: 08-2825308/5338
Ramallah: Tel.: 02-2963751-4
        Fax: 02-2963750

**Palestinian Central Bureau of
Statistics (PCBS)**
Pres.: Dr. Luay Shabaneh
Tel.: 02-2406340
Fax: 02-2406343
E-mail: diwan@pcbs.gov.ps
http://www.pcbs.gov.ps
Al-Bireh, PO Box 1647, Ramallah
PR Officer: Loay Shihadeh
Tel.: 02-2406340/ 0599-230118
Fax: 02-2406343
E-mail: loays@pcbs.gov.ps
*Field Work Directorates:*
Gaza: Tel.: 08-2820885
        Fax: 08-2829600
Bethlehem: Tel. & Fax: 02-2744480
Khan Younis: Tel. & Fax: 08-2052943

**Hebron:** Tel.: 02-2220222
        Fax: 02-2252865
Jenin: Tel. & Fax: 04-2436969
Nablus: Tel.: 09-2381752
        Fax: 09-2387230
Qalqilya: Tel. & Fax: 09-2943005
Ramallah: Tel.: 02-2951101
        Fax: 02-2952796
Tulkarem: Tel. & Fax: 09-2672905

**Palestinian Economic Council for
Development & Reconstruction
(PECDAR)**
President Min.: Dr. Mohammed
Shtayych
E-mail: shtayyeh@planet.edu
Tel.: 02-2974380-1
Mobile: 0599-210338
Fax: 02-2975140
http://www.pecdar.org
Yasmin St., near Nursery College,
Next to Al-Quds Educational TV, Al-
Bireh, PO Box 54910, Jerusalem
**Admin. & Financial Department:**
Mohammad Abu Awad
Tel.: 02-2974360
Fax: 02-2974331
Projects Monitoring Office:
Dir.: Dr. Hisham Shkoukani
Tel.: 02-2974340/48
Fax: 02-2974342
Public Relations Office:
Dir.: Abdul Hakim Odeh
Tel.: 02-2974358
Fax: 02-2974331
E-mail: odeh@pecdar.pna.net
Gaza:
Tel.: 08-2824859
Fax: 08-2824040
Nablus:
Tel.: 09-2375575

*National Institute for
Information Technology "NIIT":*
Tel.: 02-2407751
Fax: 02-2407754
Gaza:
Tel.: 08-2833318
Fax: 08-2833308

**Palestinian Energy & Environ-
ment Research Center (PEC)**
Dir.: Eng. Hussin Hamed
Tel.: 09-2341804
Fax: 09-2341388
E-mail: perc@palnet.com
http://www.perc.ps
Zaka' Committee Bldg., 3rd fl.,
PO Box 85, Nablus
Ramallah:
Tel. & Fax: 02-2989075

**Palestinian Industrial Estate &
Free Zone Authority**
Board Chairman: Mohammad
Hassouneh
Dir.-Gen.: Eng. Ismail Abu Al-'Ula
Tel.: 08-2801028/29/33
Fax: 08-2801034
E-mail: info@piefza.org
http://www.piefza.org
Gaza industrial area, Gaza

*Index p. 169 ff*

02:008853

0717

Ramallah:
Dir.: Ahmad Al-Hassasnah
Tel.: 02-2989912
Tel. & Fax: 02-2960351/
E-mail: 0123_2000@yahoo.com
Al-Quds St., besides Nursing College
Palestine Standards Institution Bldg.,
4th fl., Ramallah

**Palestinian Investment
Promotion Agency (PIPA)**
Board Chairman: Mohammad
Hassouneh
Dir.-Gen.: Jafar Hdaib
Tel.: 02-2988791-2/4
Fax: 02-2988793
E-mail: info@pipa.gov.ps
http://www.pipa.gov.ps
Ein Misbah, PO Box 1984, Ramallah
Gaza:
Tel.: 08-2846007
Fax: 08-2846008
PO Box 4023, Gaza

**Palestinian Medical Council**
Head: Dr. Munther Al-Sharif
Tel.: 02-2404150
Fax: 02-2402151
http://www.pmc.ps
Al-Balou', besides Al-Wardah Al-
Hamrah Bldg., Ramallah, PO Box
2441, Jerusalem

**Palestinian National Commission
for Education, Culture & Science
(UNESCO, ISESCO, ALECSO)**
Sec.-Gen.: Ismail Tillawi
Tel.: 02-2401080/2400901
Fax: 02-2406333
E-mail: pncecs@palnet.com
http://www.pncecs.gov.ps
Al-Balou', Al-Wardah Al-Hamrah
Bldg., 2nd fl., Al-Bireh
PO Box 174, Ramallah

**Palestinian Olympic Committee**
Head: Ahmad Arafat Qudwe
Dir.: Omar Shwakie
Tel.: 08-2879192
Fax: 08-2879190
E-mail: pal-noc@palnet.com
http://www.palolympic.org
Sudanieh, Gaza
Ramallah:
Tel. & Fax: 02-2348777

**Palestinian Water Authority**
Head: Fadel Ka'wash
Tel.: 02-2409022
Fax: 02-2409341
E-mail: fkawash@pwa-pna.org
http://www.pwa-pna.org
Al-Balou', Al-Bireh
Gaza: Acting Dir.: Ribhi Ash-Shaikh
Tel.: 08-2827520/530/2696/37944/
2847007
Fax: 08-2822697

**State Information Service (SIS)**
Head: Reyad Al-Hassan
Dir.: Nawaf Hamed
Tel. & Fax: 02-2961761-2

Tel.: 02-2964763
E-mail: info@sis.gov.ps
http://www.sis.gov.ps
Al-Masaief, Al-Wafa Bldg., 4th fl.,
Ramallah
Gaza:
Tel.: 08-2825856
Tel.: 08-2825638/7289
08-2838788

**WAFA - Wakalet Al-Anba'a Fi-
lastiniyya** (*Palestinian News Agency*)
Chair: Mohammad Al-Shrafi
Tel.: 08-2824026
Fax 08-2824016
Chief Editor: Ali Hussein
Tel.: 08-2828705
Fax: 08-2824046
Dir.-Gen. - Editing: Nimer Khtouf
Tel.: 02-2973777
Ramallah:
Tel.: 02-2987767/2973510
Fax: 02-2973511
Gaza office:
Tel.: 08-2824036/56
Fax: 08-2824046
E-mail: edit@wafa.ps
http://www.wafa.ps
South Ar-Rimal, Al-Khurtom St.,
PO Box 5174, Gaza
Hebron: Tel.: 02-2250333
Jenin: Tel.: 04-2505001
Fax: 04-2505002
Nablus: Tel.: 09-2389908
Fax: 09-2389909
Amman St., Nablus
Tulkarem:
Tel. & Fax: 09-2674164
Jenin: Tel.: 04-2505001
Fax: 04-2505002
Qalqilya: Tel. & Fax: 09-2942808
Bethlehem: Tel.: 02-277084D/1

*Central Photographic (Archives):*
Tel.: 02-2980472
Fax: 02-2980115
E-mail: wafa_tasweer@hotmail.com
Hai Al-Nahdah, oppo. Seven Eleven
supermarket, Ramallah

---

## PA COUNCILS &
## COMMISSIONS

**Central Election Commission
- Palestine**
Chair: Dr. Hanna Nasir
Sec.-Gen.: Dr. Rami Hamdallah
Tel.: 02-2969700
Fax: 02-2969712
E-mail: info@pal-cec.org
media@elections.ps
http://www.elections.ps
Al-Balou', Qasr Al-Nurgan Bldg.,
Ramallah

**Higher Council for the Arab
Tourism Industry
- CURRENTLY CLOSED -**
Head: Haidar Husseini
Tel.: 0505-369395

Exec. Dir.: Abdel Rahman Abu Rabah
Khaled Ibn Walid St.,
PO Box 19850, Jerusalem

Higher Islamic Council see *Index*

**Local Authority Election
Committee (Fateh)**
Gen. Coord.: Adnan Samarah
Tel.: 02-2400943-4/6-7
Fax: 02-2400945
E-mail: info@vote4fateh.plo.ps
http://www.vote4fateh.plo.ps/
Bldg. for Ta'biah & Tanthim, Al-
Balou', Al-Bireh

**Palestine Capital Market
Authority**
Head: Dr. Atef Alawneh
Tel.: 02-2973334
Fax: 02-2973563
E-mail: pr@cma.gov.ps
http://www.pcma.gov.ps
PO Box 4041, Al-Bireh

**Palestinian Council for Higher
Education**
Minister: Lamis Al-Alami
Sec.-Gen.: Fahoum Al-Shalabi
Tel.: 02-2983256/2623
Fax: 02-2954518
E-mail: minister@gov.ps
http://www.mohe.gov.ps
Ramallah

**Palestinian Housing Council**
(est. 1991)
Chairman: Nash'at Tahboub
Acting Dir.-Gen.: Eng. Omar Hannoun
Tel.: 02-2347141-2/4
Fax: 02-2347143
E-mail: phc@palnet.com
http://www.phc-pal.org
Mujahed Bldg., Ar-Ram, PO Box
17128, Jerusalem
Gaza: Tel. & Fax: 08-2823290/80
Hebron: Tel.: 02-2226589
Nablus: Tel.: 09-2342169/270
09-2342270

**Palestinian Oil Council (POC)**
Head: Dr. Said Assaf
Tel.: 02-2954223/ 0599-836430
Tel. & Fax: 02-2955380/4223
E-mail: asirinstitute@yahoo.com
Prof.said.assaf@gmail.com
Ramallah
Jenin: Tel.: 04-2468581
Fax: 04-2468681
E-mail: asirinstitute@yahoo.com

**Political Guidance Commission**
Head: Gen. Mazen Izz Ed-Din
Tel.: 02-2987618/20
Fax: 02-2987619/0392
E-mail: watani@palnet.com
Um Sharayet, Ramallah

28

PASSIA

## POLICE & SECURITY

**Border Crossings**
Dir.-Gen.: Nazmi Mhana
Allenby Bridge:
Tel. & Fax: 02-2323555
Erez: Tel.: 08-2458790
Rafah: Tel.: 08-2131695-4
Karni (Al-Mintar):
Tel.: 08-2841570/00222

**Border Police**
Tel.: 08-2824024
Fax: 08-2869973

**Civil Police**
Head: Brig. Gen. Kamal Sheikh
Ramallah
Assist.: Tel.: 02-2969933/2953822
PR: Tel: 02-2955091/2969946
Dir. Central Operations:
Tel.: 02-2969935/2953173
Central Operations:
Tel.: 02-2969934/2953165
Administration Affairs:
Tel.: 02-2969937/2953178
Research Department:
Tel.: 02-2969936/2953172
Drugs Control Dept.:
Tel.: 02-2969938/2953177
Intelligence Dept.
Tel.: 02-2969939/2953176
Police Security Dept.
Tel.: 02-2969940/2953168
Inspections Dept.
Tel.: 02-2969942/2953166
Guarding Dept.
Tel.: 02-2969937/2953178
Guarding Affairs Dept.
Tel.: 02-2969931
Security & Courts Dept/
Tel.: 02-2969946/2953186
Financial Affairs Dept.
Tel.: 02-2969948/2986706
Rehabilitation & Conducts Dept.
Tel.: 02-2969949/2953179
Public Order Dept.
Tel.: 02-2969944/2981579
Partolling Dept.
Tel.: 02-2959945

**District Police Offices:**
Gaza:
Tel.: 08-2849774
North Gaza:
Tel: 08-2455480
Mid-Camp:
Tel: 08-2532024
Khan Younis:
Tel: 08-2051050
Rafah:
Tel: 08-2136955
Hebron: Brig. Gen. Majed Hawari
Tel. & Fax: 02-2226981
Jericho: Col. Fawwaz Daoud
Tel.: 02-2323470
Jerusalem: Brig. Gen. Taysir Tahboub
Tel.: 02-2971101
Bethlehem: Col. Daoud Ghaith
Tel.: 02-2742172

*Index p. 169 ff*

Ramallah: Col. Yousef 'Ezrael
Tel.: 02-2429152
Jenin: Col. Wasim Jayousi
Tel.: 04-2504444
Nablus: Col. Ahmad Sharqawi
Tel.: 09-2385880
Qalqilya: Col. Ali Al-Jammali
Tel.: 09-2942820
Salfit: Col. Abdel Wahid Al-Zamil
Tel.: 09-2519466
Tulkarem: Col. Mohammed Ayyash
Tel.: 09-2672121

**General Intelligence Service**
Head: Brig. Gen. Tawfiq Terawi
- Sudaniah: Tel.: 08-2855360
Fax: 08-2850809
- As-Saraya: 08-2829015/420
West Bank:
Tel.: 02-2969900
Fax: 02-2988980

**Medical Military Services**
Acting Col. Natour
Tel.: 08-2826616/110/9034/417/
08-2829551
Fax: 08-2823736/2829579

**Military Academy of Sa'ed Sa'el**
Head: Musa Mustapha 'Arafat
Dir.: Dr. Mahmoud Amro
Tel. & Fax: 02-2321471
Jericho

**Military Intelligence**
Head: Gen. Majed Faraj
Mobile: 0599 800923
Tel.: 02-2958730
Fax: 02-2958523
Ramallah
Gaza:
Tel.:
Fax:

**National Security**
Head: Gen. Theab Al-Ali
Tel.: 08-2825752/4308/469/9242/75
Fax: 08-2829284
Gaza 08-2881322/2829352
Gaza:
Tel.: 08-2883522
Fax: 08-2829099
Dir.-Gen., West Bank:
Munjed Zedan
Tel.: 02-2986524/22/5611

**Navy Police**
Head: Gen.: Hatem Naem (Jawad
Abu Hassan)
Tel.: 02-2321174
Fax: 02-2321173
- Beth!.: Tel.: 02-2764441
Fax: 02-2764440
- Hebron: Tel.: 02-2290661
- Gaza: Tel.: 08-2870000-5
- Nablus: Tel. & Fax: 09-2337181

**Police Directorate**
Tel.: 08-2531444 (Central)
Tel.: 02-2457145/5491 (North)
Tel.: 08-2829331/102
Fax: 08-2829474

PASSIA

**Presidential Security**
Col. Munir Al-Zou'bi
Tel.: 02-2959928/2971950
Tel.: 02-2963179

**Preventive Security**
Head, WB: Col. Ziad Hab Ar-Rich
Tel.: 02-2904562/5/8/9
Fax: 02-2904360

**District Offices:**
Bethl.: Tel.: 02-2764177/51443
Fax: 02-2741344
Hebron: Tel. & Fax 02-2226918
Jenin: Tel.: 04-2436632
Fax: 04-2436634
Jericho: Tel.: 02-2323444
Fax: 02-2321469
Jerusalem: Tel.: 02-2409982
Fax: 02-2401576
Nablus: Tel.: 09-2383010
Fax: 09-2335068
Qalqilya: Tel.: 09-2942777
Fax: 09-2942737
Ramallah: Tel.: 02-2950080-1
Fax: 02-02-2953952
Salfit: Tel.: 09-2515813
Fax: 09-2515888/208
Tulkarem: Tel. & Fax: 09-2675501
Tubas: Tel.: 09-2574674
Fax: 09-2574444

**Tourism and Antiquities Police**
Bethlehem: 02-2770750-1
Gaza: Tel.: 08-2829719
Jenin: 04-2433530
Jericho: 02-2324011
Nablus: 09-2385244
Hebron: 02-2229633/2227630
Ramallah: 02-2956969
Tulkarem: 09-2684095

## LOCAL GOVERNMENT ADMINISTRATION

### GOVERNORATES

**Governorate Bethlehem**
Governor: Salah Al-Ta'mari
Tel.: 02-2741664/7/4995/6
Fax: 02-2741666
PO Box 1035

**Governorate Gaza**
Governor: Mohd Salem Qudwah
Tel.: 08-2828694/2828704/14/24
Fax: 08-2828684
E-mail: govrng@gov.ps
http://www.gaza.gov.ps
Thalathini St., PO Box 1422, Gaza

**Governorate Gaza Middle**
Gov.: Dr. Abdallah Abu Samhadaneh
Tel.: 08-2539330/33
Tel. & Fax: 08-2539333/4
PO Box 6006, Gaza

**Governorate Gaza North**
Governor: Ismail Abu Shammalah
Tel.: 08-2477131-3

29

Fax: 08-2477130
E-mail: northgov2002@hotmail.com

**Governorate Hebron**
Governor: Dr. Hussein Al-Araj
Tel.: 02-2290771
Fax: 02-2290770
Mobile: 0599-216516
E-mail: info@hebron-pal.org
http://www.hebron-pal.org
PO Box 785

**Governorate Jenin**
Governor: Qadoura Mousa
Tel.: 04-2503220/21
Fax: 04-2503222
E-mail: goj@zaytona.com

**Governorate Jericho**
Governor: Arif Al-Jabari
Tel.: 02-2321241/42/
Fax: 02-2321291

**Governorate Jerusalem/Abu Dis**
Governor: Jamil Othman Nasser
Tel. & Fax: 02-2799074
Ar-Ram: Fahmi Shabaneh
Tel.: 02-2343230/9/2347447/8
Biddu: Moh'd Al-Tarri
Tel.: 02-2471334
The Old Police Station, Biddu

**Governorate Khan Younis**
Governor: Osama Al-Farra
Tel.: 08-2054888/65/75/2933
          0599-501502
Fax: 08-2054845
E-mail: kh-gov@marna.com
PO Box 211

**Governorate Nablus**
Governor: Dr. Jamal Muhaisen
Tel.: 09-2341533/1433
Fax: 09-2341913
E-mail: govnablus@hally.net
PO Box 1564

**Governorate Qalqilya**
Governor: Rabich Khandaqji
Tel.: 09-2942920/1/3010/0599-205347
Fax: 09-2942922
E-mail: qalqilyagov@yahoo.com
http://www.qalqilia-gov.com
Main St., PO Box 144, Qalqilya

**Governorate Rafah**
Gov.: Zuhdi Al-Qidra
Tel.: 08-2136875/2136870/1
Fax: 08-2130899
E-mail: rafahgov@p-is.com
PO Box 11, Rafah

**Governorate Ramallah**
Governor: Dr. Saeed Abu Ali
Tel.: 02-2957680/8588/2981045
Tel. & Fax: 02-2986569
http://www.ramgov.org/
Irsal St., PO Box 665, Ramallah

**Governorate Salfit**
Governor: Munir Al-Abboushi
Tel. & Fax: 09-2519898

**Governorate Tubas**
Governor: Dr. Sami Musallam
Tel.: 09-2573555
Mobile: 0599-207425 /0599-371482
Fax: 09-2574661

**Governorate Tulkarem**
Governor: Talal Dwaikat
Tel.: 09-2672707/3335/8190/2676
Fax: 09-2673334

---

**MUNICIPALITIES & VILLAGE
COUNCILS**

**Abasan Al-Jadida Municipality**
Mayor: Abdul Ra'ouf 'Asfour
Tel. & Fax: 08-2071099

**Abasan Al-Kabira Municipality**
Mayor: Mushtafa Ash-Shawwaf
Tel.: 08-2073505
Fax: 08-2073044

**Abu Dis Village Council**
Mayor: Ibrahim Jaffal
Tel.: 02-2799245/0599-654015
Fax: 02-2799044
PO Box 108, Abu Dis

**Anabta Municipality (est. 1954)**
Mayor: Faruqk Hamadallah
Tel.: 09-2672460/3401/4460
Mobile: 0599-200050
Fax: 09-2675155
E-mail: anabtamuni@yahoo.com
PO Box 1

**Aqraba Municipality**
Mayor: Jawdat Bani Jaber
Tel.: 09-2598301 / 0522-451336
Fax: 09-2598446

**Arrabah Municipality**
Mayor: Adeeb Al-'Arda
Tel. & Fax: 04-2468929/8
Mobile: 0599-205478

**Assira Ash-Shamaliyeh Municip.**
Mayor: Saed Yasin
Tel.: 09-2396080/79/0599-383797
Tel. &Fax: 09-2396080
E-mail: info@asira-sh.net
http://www.asira-sh.net

**Attara Municipality**
Mayor: Mohammed Abed Qteiri
Tel.: 02-2956711/ 2814111
Mobile: 0599-790006
Fax: 02-2957947
PO Box 40

**Attil Municipality**
Head: Abdullah Tqraini
Tel.: 09-2660166/0599-229696
Tel. & Fax: 09-2661120

**Azzoun Municipality**
Mayor: Insan Abdul Latif
Tel.: 09-2901930/0599-398389
Fax: 09-2901931
E-mail: azzounmun@hotmail.com
          azzounmun@yahoo.com

http://www.Azzoun.com
PO Box 753

**Bala' Municipality**
Mayor: Ahmad Mansour
Tel.: 09-2693221/0599-475930
Fax: 09-2693681

**Baqa Ash-Sharkiyeh Municipality**
Mayor: Mu'aid Hussain
Tel.: 09-2664318/0599-249556
Fax: 09-2664301

**Beit Anan Municipality**
Mayor: Naji Jamhour
Tel.: 02-2474111
Fax: 02-2474555

**Beit 'Awa Village Council**
Mayor: Omar Al-Amleh
Tel.: 02-2200005
Fax: 02-2200001
P O Box 2050, Doura

**Beit Fajjar Municipality**
Mayor: Omar Taqatqah
Tel.: 02-2759666/0599-255992
Fax: 02-2769490

**Beit Furik Municipality**
Mayor: Hussam Hanani
Tel.: 09-2500001-2/ 0599-613119
Tel. & Fax: 09-2500003

**Beit Hanoun Municipality**
Mayor: Mohammed Kafarneh
Tel.: 08-2458095/0599-608582
Fax: 08-2457487/0080

**Beit Iksa Village Council**
Act. Mayor: Mohammed Hamayel
Tel.: 02-2341105/2341158

**Beit Jala Municipality (est. 1912)**
Mayor: Raji Zeidan
Manager: Eng. Nadim Sim'an
Tel.: 02-2743979/2601/2742601
Fax: 02-2744457
E-mail: Beitjala@p-ol.com
          info@beitjala-city.org
http://www.beitjala-city.org
PO Box 1, Beit Jala

**Beit Lahia Municipality**
Mayor: Fayez Abu 'Aitah
Tel & Fax: 08-2478085/752/1499
Tel.: 0599-408325

**Beit Lid Municipality**
Mayor: Salameh Al-Diroini
Tel. & Fax: 09-2680697
Mobile: 0599-311103

**Beit Liqya Municipality**
Mayor: Hassan Malarjeh
Tel. & Fax: 02-2484353/0546-435328

**Beit Sahour Municip. (est. 1956)**
Mayor: Hani Naji Hayek
Tel.: 02-2773666/7/4111/44007
Fax: 02-2773520
E-mail: bsmuni@p-ol.com
PO Box 1

30

PASSIA

02:008856
0720

**Beit Ula Municipality**
Mayor: Mahmoud Abu Hassan
Tel.: 02-2581004/0599-258100
Tel. & Fax: 02-2581551

**Beit Umar Municipality**
Mayor: Farhan 'Alqam
Tel.: 02-2520284/035/0599-256027
Fax: 02-2520275
E-mail: Beitommar@Hebronet.com

**Beni Naim Municipality**
Mayor: Issa Al-Khdour
Tel.: 02-2218301/0599-259901
Tel. & Fax: 02-2229157

**Beni Suheila Municipality**
Mayor: Abdul Qader Al-Ruqab
Tel.: 08-2071088/2890/0599-413440
Fax: 08-2071077

**Beni Zeid Al-Gharbiyeh Municip.**
Mayor: Fathiyah Rhaymah
Tel.: 02-2860111/0/0599-878250
Fax: 02-2860112
E-mail: wbzm@p-ol.com
P O Box 1935

**Beni Zeid Ash-Sharqiyeh Municip.**
Mayor: Abdul Rahman Al-Naboni
Tel. & Fax: 02-2806501
Mobile: 0599-255401

**Bethlehem Municipality**
Deputy Mayor: Victor Batarseh
Tel.: 02-2741323-5/0599-258711
Fax: 02-2741327
E-mail: bethlehemcity@p-ol.com
http://www.bethlehem-city.org/
PO Box 48

**Betunia Municipality**
Mayor: Arafat Khalaf
Tel.: 02-2900754/533/ 0599-288240
Fax: 02-2900748

**Biddu Village Council**
Head: Ismaiel Qadan
Tel.: 02-2471220 / 0545-277526

**Bidya Municipality**
Mayor: Ramadan Shatat
Tel.: 09-2995219/0599-108208
Tel. & Fax: 09-2995204
PO Box 1

**Bir Nabala Village Council**
Head: Tawfiq Nabali
Tel.: 02-2449418/0599-248151
Tel. & Fax: 02-2441431

**Al-Bireh Municipality (est. 1950)**
Mayor: Jamal Al-Tawil
Vice Mayor: Omar Hamayel
Tel.: 02-2406445
Fax: 02-2404431
E-mail: info@al-bireh.org
http://www.al-bireh.org
PO Box 6506, Al-Bireh

**Birzeit Municipality (est. 1925)**
Mayor: Dr. Yousef Naser
Tel.: 02-2810594/837/0599-285140
Fax: 02-2811477
PO Box 26, Birzeit

**Bitta Municipality**
Mayor: Arab Sharafa
Tel.: 09-2593203 / 0599-252464
Fax: 09-2593202

**Al-Brelj Municipality**
Act. Mayor: Samir Mattar
Tel.: 08-2554815
Tel. & Fax: 08-2550130

**Budrus**
Dir.: Mohammad Murar
Tel.: 02-2485603/0545-562057

**Burqeen Municipality**
Dir.: Ali 'Ateeq
Tel. & Fax: 04-2505137
Mobile: 0599-557505
PO Box 414 Burqeen, Jenin

**Deir Al-Balah Municipality**
Mayor: Ahmad Al-Kurd
Tel.: 08-2530085/2530026/2531154
Mobile: 0599-470770
Fax: 08-2531153
PO Box 1

**Deir Balout Municipality**
Mayor: Ahmad Yousef
Tel. & Fax: 09-2994675/5939

**Deir Dibwan Municipality**
Mayor: Arib Abdel Haq
Tel.: 02-2896420/6320/0599-490412
Fax: 02-2896455

**Deir Al-Ghosun Municipality**
Mayor: Khalid Halan
Tel.: 09-2663912/0599-490412
Fax: 09-2663715

**Deir Istia Municipality**
Mayor: Jamal Abu Faris
Tel.: 09-2514226/0599-751308
Fax: 09-2514225
E-mail: deiristiamunicipality@
hotmail.com

**Ad-Doha Municipality**
Mayor: Sami Marwa
Tel.: 02-2770233/45375/0522-856357
Fax: 02-2770233
E-mail: Dohacity@hally.net

**Dura Municipality (est. 1967)**
Mayor: Mustafa Al-Rjoub
Tel.: 02-2280355/555/360
Mobile: 0599-671539
Fax: 02-2280606
E-mail: Dura67@yahoo.com

**Gaza City Municipality**
Mayor: Majed Abu Ramadan
Tel.: 08-2825165/4700/2866670/
2866004-7/0080/0599-815650
Fax: 08-2824400
E-mail: info@mogaza.org
http://www.mogaza.org/
PO Box 16

**Hableh Municipality**
Mayor: Mohammed Odeh
Tel.: 09-2940491/0505-104407
Fax: 09-2940491
E-mail: hablamunc@hotmail.com

**Halhoul Municipality (est. 1965)**
Mayor: Dr. Ziad Rajab
Tel.: 02-2229936/8167/0599-278077
Fax: 02-2227666
E-mail: halhul@palnet.com
http://www.halhul.pna.com
PO Box 47

**Hebron Municipality**
Mayor: Mustafa Natsheh
Tel.: 02-2228123/2/0599-663669
Fax: 02-2228293
PO Box 6

**Huwarah Municipality**
Mayor: Samer Odeh
Tel. & Fax: 09-2590470/0599-675866
E-mail: howwara1@hotmail.com

**Illar Municipality**
Mayor: Sufian Shadid
Tel. & Fax:  09-2665165/2666890
Mobile: 0599-377566
http://www.illar.cjb.net

**Ithna Municipality**
Mayor: Jamal Ali Tmeizi
Tel.: 02-2256002/ 0599-200806
Fax: 02-2256001
E-mail: idnamuni@hotmail.com
http://www.idnamuni.org

**Al-Izzariyya Village Council**
Head: Issam Far'oun
Tel.: 02-2799273/0599-255707
Fax: 02-2796243
E-mail: eizrawu@yahoo.com
aizanacouncil@yahoo.com

**Jaba' Municipality**
Mayor: Ziad Alawneh
Tel. & Fax: 04-2450222
Mobile: 0599-948831

**Jabalya An-Nazaleh Municip.**
Vic Mayor: Issa Taher
Tel.: 08-2476014/7121/9335
Mobile: 0599-408441
Fax: 08-2477020
E-mail: jmun@palnet.com

**Jayous Municipality**
Mayor: Shawkat Samha
Tel.&Fax: 09-2900032/0545-861306

**Jenin Municipality**
(est. 1890)
Mayor: Hatem Jarrar
Tel.: 04-2502304
Fax: 04-2433833
PO Box 13, Jenin

**Jericho Municipality**
(est. 1950)
Mayor: Hassan Saleh
Tel.: 02-2322417-8
Fax: 02-2322604
E-mail: info@jericho-city.org
http://www.jericho-city.org
PO Box 15

*Index p. 169 ff*

PASSIA

31

02:008857

0721

**Jerusalem Arab Municipality (East)** (est. 1863; dissolved by Israel in 1967)
Mayor: ...............................
Tel.: 02- ............................
Fax: 02- ............................
PO Box ...............................

**(Jerusalem Israeli Municipality (West)** (est. 1949)
Mayor: Uri Lupoliansky
Tel.: 02-6296666/7777
Fax: 02-6296014
http://www.jerusalem.muni.il)

**Jma'een Municipality**
Mayor: Izzat Zetawi
Tel.: 09-2596401/0547-841696
Tel. & Fax: 09-2596001

**Jinnata Municipality**
Mayor: Mustafa 'Rouj
Tel.: 02-2743897/2380/0522-291221
Fax: 02-2765060

**Al-Khadr Municipality**
Mayor: Adnan Sbaih
Tel.: 02-2770838/0599-524180
Fax: 02-2770680
PO Box 507

**Khan Younis Municipality**
Mayor: Dr. Fayez Abu Shammalah
Tel.: 08-2053062
Fax: 08-2053155
E-mail: info@khanyounis.org
http://www.khanyounis.org

**Khaza'a Municipality**
Mayor: Kamal Al-Najjar
Tel.: 08-2074077/4488/0599-408354
Fax: 08-2074077

**Kifl Haris Municipality**
Mayor: Ahmad Buziyeh
Tel. & Fax: 09-2513840/0599-821823

**Kufr Deik Municipality**
Mayor: Jamal Al-Deik
Tel. & Fax: 09-2511444
Mobile: 0599-437305

**Kufr Jammal Village Council**
Head: Abdel Ghani Al-Faris
Tel: 09-2679125

**Kufr Rai' Municipality**
Mayor: Yousef Ibrahim
Tel.: 04-2466481/0599-305270
Tel. & Fax: 04-2466030

**Kufr Sur Village Council**
Head: Imad Zibdeh
Tel.: 09-2683718/666/0599-207662
Fax: 09-2683718/666

**Kufr Thulth Municipality**
Mayor: Hussein Saifi
Tel. & Fax: 09-2901127/0599-222445

**Al-Maghazi Municipality**
Mayor: Mohammed Al-Najjar
Tel.: 08-2551146/0121/0599-604511
Fax: 08-2550121

**Maitha'loun Municipality**
Mayor: Jehad Rabai'ah
Tel.: 04-2516112/0599-840899
Fax: 04-2516113

**Al-Mazra'a Ash-Shrqiyeh Munic.**
Mayor: Marzouq Ash-Shalabi
Tel.: 02-2892357
Fax: 02-2892584

**Nablus Municipality**   (est. 1890)
Mayor: Eng. Adli Yaish
Tel.: 09-2379313/2386271/3077
Fax: 09-2374690
E-mail: nablus@nablus.org
http://www.nablus.org
PO Box 218

**Na'len Municipality**
Mayor: Mohammad Srour
Tel.: 02-2481210
Fax: 02-2481208/2222/0544-335769
PO Box 2242

**Nue'meh & Dyouk Village Council**
Head: Ghaleb A'watleh
Fax: 02-2324033/0522-043476

**Nusseirat Municipality**
Mayor: Abdallah Al-Khaldi
Tel.: 08-2550126/1553/7911
Fax: 08-2551553

**Al-Obeidiyeh Municipality**
Mayor: Maher Radaydah
Tel.: 02-2761011/0599-524150
Fax: 02-2761033

**Al-Oja Village Council**
Head: Ghaleb Awatleh
Tel.: 02-2324033

**Qabalan Municipality**
Mayor: Fawaz Sa'eed
Tel.: 09-2520131/0599-679270
Fax: 09-2520130

**Qabatiya Municipality** (est. 1975)
Mayor: Issam Nazzal
Tel.: 04-2511606/25662/01036
Mobile: 0599-675330
Fax: 04-2526847

**Qafin Municipality**
Mayor: Tayseer Harasheh
Tel: 09-2665930/0599-280550
Fax: 09-2665166
E-mail: qaffin_mun@yahoo.com
    Taisir_harashi@yahoo.com

**Qalqilya Municipality** (est. 1956)
Mayor: Wajih Qawas
Tel.: 09-2941064/0014/0313
Fax: 09-2940439
E-mail: qmuni@hotmail.com
http://www.qalqilya.com
PO Box 7

**Al-Qarrara Municipality**
Mayor: Eid Al-Abadieh
Tel.: 08-2070050/0388
Fax: 08-2070050/ 0599-908687

**Qattaneh Village Council**
Head: Fou'ad Shamasnah
Tel.: 02-2475337/53 / 0545-419830
Fax: 02-2475353

**Rafah Municipality**
Mayor: Ali Barhoum
Tel.: 08-2145230/725/075
Mobile: 0599-815100
Fax: 08-2145921
E-mail: rbaladya@hotmail.com

**Ar-Ram Village Council**
Head: Sarhan As-Sabaymeh
Tel.: 02-2349582/8808/9582
Mobile: 0516-883880
Fax: 02-2348807

**Ramallah Municipality** (est. 1907)
Mayor: Janet Michael
Tel.: 02-2963215-9
Fax: 02-2963214
E-mail: info@ramallah-city.org
http://www.ramallah-city.org
PO Box 3

**Sa'ir Municipality**
Mayor: Sulaiman Ash-Shalaldeh
Tel.: 02-2560940/0599-257370
Fax: 02-2560001
E-mail: sier@palnet.com

**Salfit Municipality** (est. 1955)
Mayor: Tahsin Steimi
Tel.: 09-2515787/933/904/9049
Fax: 09-2515803
PO Box 4

**As-Samoua' Municipality**
Mayor: Jamal Abu Al-Jadayel
Tel.: 02-2268001/554/0599-200560
Fax: 02-2268547

**As-Sawahreh Ash-Sharqiyeh Village Council**
Mayor: Mohammad Shqeirat
Tel. & Fax: 02-2796463
Mobile: 0522-817569
PO Box 51573

**Sebastia Municipality**
Mayor: Ma'moun Kayed
Tel. & Fax: 09-2532430
Mobile: 0599-252467
PO Box 1898

**As-Sileh Al-Harithiyeh Municip.**
Mayor: Adnan Tahaynah
Tel.: 04-2449176/9945/0522-943409
Fax: 04-2449945
E-mail: jenen_20022002@yahoo.com

**As-Silet Ath-Thahr Municipality**
Mayor: Saleh Hantouly
Tel.: 04-2505997/0599-869396
Fax: 04-2505997

**Ash-Sheikh Sa'ed Village Council**
Head: Jamal Shqairat
Tel.: 02-2797501 / 0522-946584

**Silwad Municipality**
Mayor: Na'el Hammad
Tel.: 02-2890032/04/ 0599-872244
Fax: 02-2890031

32

PASSIA

02:008858

0722

**Sinjel Municipality**
Mayor: Imad Masalmah
Tel. & Fax: 02-2809567
Mobile: 0599-674409

**Sourif Municipality**
Mayor: Mahmoud Al-Ghour
Tel.: 02-2523001/0599-256005
Fax: 02-2523002

**Tammoun Municipality**
Mayor: Mohammad Besharat
Tel. & Fax: 09-2577777
Mobile: 0599-137171

**Taqoua' Municipality**
Mayor: Khaled Hmaidah
Tel. & Fax: 02-2763142
Mobile: 0577-229288/0599-252533
E-mail: sulmaior@hotmail.com
 or: sul_201@yahoo.com

**Tarqumya Municipality**
Mayor: Mohammad Al-Ja'frch
Tel.: 02-2584863/0599-295029
Fax: 02-2583180

**Taybeh Municipality**
Mayor: Daoud Khoury
Tel.: 02-2898436
Mobile: 0599-316252
Fax: 02-2898616
E-mail: taybeh@mfg.gov.ps
http://www.taybehmunicipality.org

**Thahriyeh Municipality**
Mayor: Sami Shnaiwer
Tel.: 02-2267601/048/0599-292563
Fax: 02-2267747
E-mail: hsbs76@hotmail.com
PO Box 51

**Tubas Municipality**
Mayor: 'Iqab Daraghmah
Tel.: 09-2573555/0599-255316
Fax: 09-2574661
E-mail: toubas@hally.net

**Tulkarem Municip. (est. 1886)**
Mayor: Mahmoud Jallad
Tel.: 09-2672106/672/1015/1160/94
Fax: 09-2671490
E-mail: mayor@tulkarm-muncipality.org
PO Box 9

**Turmus Aya Municipality**
Mayor: Mohammad Ibrahim
Tel.: 02-2809116/0599-097322
Fax: 02-2805055

**Ya'abad Municipality**
Mayor: Wafid Al-'Abadi
Tel. & Fax: 04-2462964/2461111
Tel.: 0599-673795

**Yamoun Municipality**
Mayor: Imad Atabreh
Tel.: 04-2442341/0599-706048
Tel. & Fax: 04-2442689

**Yatta Municipality (est. 1971)**
Mayor: Khalil Younis
Tel.: 02-2279502/394
Fax: 02-2279606

---

**Az-Zababdeh Municipality**
Mayor: Victor Is'eid
Tel.: 04-2510203/0599-789084
Fax: 04-2510202
E-mail: buladiyat_zababdeh@yahoo.com
PO Box 8

**Az-Zai'm Village Council**
Mayor: Mahmoud Sbeih
Tel. & Fax: 02-2797085
Tel.: 0505-292113

**Za'tarah Municipality**
Mayor: Sami Thwaib
Tel.: 02-2775152/0599-675848
Tel. & Fax: 02-2775297
E-mail: zataracity@palnet.com

**Az-Zaweideh Municipality**
Mayor: Hassan Mezied
Tel.: 08-2554114/2550140
Fax: 08-2551138

**Az-Zawiyeh Municipality**
Mayor: Amir Shqair
Tel. & Fax: 09-2994501/0904
Mobile: 0522-476335

**Az-Zaytouna Municipality**
(Mazra' Al-Qibliyeh & Abu Shkheidem)
Mayor: Said Shreideh
Tel. & Fax: 02-2815825
Mobile: 0599-433829

---

**POLITICAL PARTIES AND FACTIONS**

---

**HIGHER COMMITTEE OF NATIONAL & ISLAMIC FORCES**

**Arab Liberation Front**
Gen.-Sec.: Rakad Salem
(currently imprisoned by Israel)
Tel.: 02-2964007
Tel. & Fax: 02-2964008
Mobile: 0599-776882
· Ratib Al-'Imlah
  Mobile: 0599-401908
Tulkarem: Tel. & Fax: 09-2682607
Gaza: Tel.: 08-2846944/2841036
Bethlehem: Tel. & Fax: 02-2770272
Jenin: Tel.: 04-2430530

**Democratic Front for the Liberation of Palestine (DFLP)**
Gen.-Sec.: Nayef Hawatmeh
· Qais Abdul Karim (Abu Leila)
  Tel.: 02-2980402/2965950/
  0599-658349
Fax: 02-2980401
· Omar 'Assaf
  Tel. & Fax: 02-2954138
  Mobile: 0599-671358
Bethlehem: Tel.: 02-2766014
Gaza: Tel. & Fax: 08-2869990/53066
  08-2827836
Hebron: Tel.: 02-2222431

---

Jenin: Tel.: 02-2503504
Jericho: 02-2321634
Nablus: Tel.: 09-2381070
Ramallah: Tel. & Fax: 02-2954438
Salfit: Tel.: 09-2519190
Tulkarem: 09-2672396

**FATEH - Palestinian National Liberation Movement**
Repr.: Sakhr Habash
Tel.: 02-2987947/2951432
Mobile: 0599-425616
· Repr.: Marwan Barghouthi
  (currently imprisoned by Israel)
· Repr.: Ahmad Ghneim
  Tel.: 02-2402272
  Mobile: 0599-45329
· Official Spokesman:
  Ahmad Abdel Rahman
  Tel: 02-2959928
  (see organizational details below, p. 34)

**HAMAS - Islamic Resistance Movement**
Repr.: Sheikh Hassan Yousef
(currently imprisoned by Israel)
Tel.: 02-2901169

**Islamic Jihad Palestine**
Repr.: Abdul Al-Hakim Masalmah
Sa'ied Nakhlah

**Al-Mubadara** see Palestinian National Initiative

**Palestine Arab Front**
Rep: Mifleh Nadie
Tel.: 02-298/738
Mobile: 0599-794314

**Palestine Democratic Union - FIDA**
Gen.-Sec.: Saleh Ra'fat
Tel.: 02-2954072-4/5
Mobile: 0599-2059/2
Fax: 02-2954071
E-mail: info@fida.ps
  fida@palnet.com
http://www.fida.ps
PO Box 247, Ramallah
Bethlehem:
Tel. & Fax: 02-2747521
Gaza: Tel.: 08-2822495
  Fax: 08-2822804
Hebron: Tel.: 02-2255643
Jabalia: Tel.: 08-2457433
Jenin: Tel.: 04-2504537
Jericho: Tel.: 02-2321046
Khan Younis: Tel.: 08-2052853
Nablus: Tel.: 09-2380774
Qalqilya: Tel.: 09-2942853
Rafah: Tel.: 08-2137424
Salfit: Tel.: 09-2519307
Tubas: Tel.: 09-2574471
Tulkarem: Tel.: 09-2675424

**Palestinian Liberation Front (PLF)**
West Bank:
Gen.-Sec.: Dr. Wasel Abu Yousef
Tel. & Fax: 02-2960488
Mobile: 0599-420601
E-mail: plf1977@yahoo.com

---

*Index p. 169 ff*

PASSIA

02:008859

0723

33

2009

PASSIA

# PASSIA DIARY

## 2009

## JERUSALEM
### Capital of Arab Culture



**PASSIA**

Palestinian Academic Society for the Study of International Affairs, Jerusalem

60 NIS

02:008861
0725

# DIRECTORY 2009



## PLO – PALESTINE LIBERATION ORGANIZATION

### PLO EXECUTIVE COMMITTEE & PLO DEPARTMENTS

(NB: The heads of the following departments are all members of the PLO Executive Committee)

**Chairman**
HE Mahmoud Abbas (Abu Mazen)
Tel.: 02-2959928/81370-5
Dir.-Gen.: Intisar Abu 'Amara
Tel.: 02-2959928 /2981370/
0599-657234
Fax: 02-2409648

**Secretariat General**
Gen. Sec.: Yasser Abed Rabbo
Tel.: 02-2407721-2/5
Fax: 02-2407730
E-mail: yasser@palestine-pmc.com

**Arab and International Dept.**
Head: Ghassan Shaka'a
Tel.: 09-2341960 / 0599-330331
Fax: 09-2341961
E-mail: g.shakaa@palnet.com
**Ramallah:**
Tel.: 02-2409796
Fax: 02-2409896
E-mail: dair@palnet.com
**Gaza:**
Tel.: 08-2821388
Fax: 08-2824428

**Commission on Palestinian Encyclopaedia**
Head: As'ad Abdul Rahman
Tel. & Fax: 962-6-5668318
Mobile: 962-795882020
059-99490302

**Economic Department**
Acting: Dr. Salam Fayyad
Tel.: 02-2950970
Fax: 02-2950979

**Educational & Higher Educational Department**
Head: Dr. Riad Khodari
Tel.: 08-2848019 / 0599-408027
08-2877610-2 – res.
Fax: 08-2824038

**Expatriate Affairs Department**
Head: Taysir Khaled
Mobile: 0599-292255
E-mail: pead2978@hotmail.com
http://www.pead.ps
Ramallah

**Health Affairs Department**
Tel.: n/a

**Jerusalem Affairs**
Gen.-Sec. Jerusalem National
Popular Conference 2008:
Othman Abu Gharbieh
Tel. & Fax: 02-2958390   off.
Mobile: 0599-354678/0599-770113

**Labor & People Popular Activities**
Head: Mahmoud Ismail
Tel. & Fax: 02-2409227/2206
Mobile: 0599-425623
E-mail: adnan_1952d@yahoo.com
Palestine Investment Bank Bldg.,
5th fl., Al-Bireh

**Media & Cultural Department**
Head: Yasser Abed Rabbo
Coord.: Haidar 'Awadallah
Tel.: 02-2407721-2
Fax: 02-2407730
E-mail: pmc@palestine-pmc.com
Ramallah

**National Office for the Defense of Land & Resistance to Settlement**
Head: Taysir Ahmad
Tel. & Fax: 02-2385577   off.
09-2338266 / 0599-292255
09-2385015 – res.
E-mail: nbprs7019@gmail.com
http://www.nbprs.ps/

**Negotiations Affairs Department**
Head: Sa'eb Erekat
Coord. Gen. Dep. Head: Maen Areikat
**Ramallah:**
Tel.: 02-2409081-4
Fax: 02-2409087
E-mail: nad@palnet.com
Macca Bldg., 3rd fl., Al-Balou' (near
PCBS), Al-Bireh, PO Box 2245, Ramallah
**Jericho:**
Tel.: 02-2321446
Fax: 02-2321240
**Gaza:** Dir. Gen.: Mariam Sharafi
Mobile: 0599-411193

**Negotiations Support Unit**
Tel.: 02-2963741-6
Fax: 02-2963740
E-mail: nad@palnet.com
http://www.nad-plo.org
PO Box 4120, El-Birch, Irsal St.,
Awad Center, 5th fl., Ramallah
**Gaza:**
Tel.: 08-2823347/3657/1578
Fax: 08-2823487

**Orient House**
- closed by Israel since Aug. 2001 -
Tel.: 02-6273573/2483
Fax: 02-6286820/6274020
E-mail: info@orienthouse.org
http:www.orienthouse.org
Abu Obeidah St., PO Box 20479,
Jerusalem

**Political Department** (Tunis)
Head: Farouk Qaddoumi
Tel.: 002167-1230105/1233816/7917
Fax: 002167-71766640/66323
E-mail: ayman1@gnet.tn
95, Rue Mouawia Ibn Abu Sufian El-
Tunisia Menzah VI

**Refugees Department**
Head: Dr. Zakaria Al-Agha
Tel.: 0599-233223
**Ramallah:**
Tel.: 02-2409537-9
Fax: 02-2409535
E-mail: plord@plord.org
http://www.plord.org
Dir.-Gen.: Ahmad Hannoun
Tel.: 02-2409537/49/0599-265265
**Bethlehem:** Tel. & Fax: 02-2764746
**Gaza:**
Tel.: 08-2842583/93
Fax: 08-2824885
**Nablus:** Tel.: 09-2335415

**Security Department**
Acting: Saleh Ra'fat
Tel.: 02-2954072-5 / 0599-205972
Fax: 02-2954071
E-mail: info@fida.ps

**Social Affairs Department**
Head: Hanna 'Amireh
Tel.: 02-5816895- res /0505-218929
0599-218929
Fax: 02-6273516
E-mail: hanna_amireh@hotmail.com
PO Box 20628, Jerusalem

**Youth & Sports Department**
Head:  Ali Ishaq
Tel.: 02-2981446/7- off.
02-2987729 -res.
0599-878889
Fax: 02-2963057

### ■ Other PLO Executive Committee Members:

◆ **Dr. Samir Ghosheh**
Tel.: 02-2407915/6134/8 off.
02-2985895 – res.
0599-485243
Tel. & Fax: 02-2406134/38
E-mail: ppsf_1967@yahoo.com
http://www.nedalshabi.org

◆ **Abdel Rahim Malouh**
Tel.: 02-2408672
Tel. & Fax: 02-2408671
E-mail: mallouh@p-ol.com

### ■ PLO Executive Committee Observers:

◆ **Saleh Rafat**
Tel.: 02-2954072-4/5
Mobile: 0599-205972
Fax: 02-2954071

◆ **Sa'eb Erekat**
Tel.: 02-2322304
Mobile: 0599-675999/0505-292726

◆ **Dr. Salam Fayyad**
Tel.: 02-2950970
Fax: 02-2950979

-------------------------------------------------
-------------------------------------------------
-------------------------------------------------

*Index p. 172 ff*

PASSIA

9

## PALESTINIAN NATIONAL COUNCIL

**Palestinian National Council (PNC)**
Speaker & Head: Salim Adib Al-Zanoun
Amman:
Dir.-Gen.: Abdul Ra'ouf Al-'Alami
Tel.: 962-6-5857208/5679392
Fax: 962-6-5679392
PO Box 910244, Amman
Deputy: Taysir Quba'a
Tel.: 00962-796601444
Ramallah:
Tel. & Fax: 02-2966053
Nablus: Dir. Gen. Bilal Al-Shakhshir
Tel.: 09-2386080
Fax: 09-2385572
Gaza
Tel. & Fax: 08-2824489/4164/ 5941

**Palestinian National Fund**
Dep. Man.: Dr. Ramzi (Mo'in) Elias
Khouri
Tel.: 962-6-5690271-2/5690473
Fax: 962-6-5690471/474
E-mail: pnf@pnf.org.jo
pnfjo@yahoo.com
Amman, Jordan

## PLO DELEGATIONS ABROAD

**Albania** (Embassy)
Amb. Mohammed Tirshihani
Tel.: 355-4-2-34300/ 34056
Fax: 355-4-2-32592
Str. Alexandr Pek Tirana, Albania

**Algeria** (Embassy)
Amb. Mohammad Al-Hourani
Tel.: 213-2-718857/73
Fax: 213-2-732165/57
E-mail: aepalg@caramail.com
15 Blvd. Victor Hugo
PO Box 308, Algiers, Algeria

**Angola**
Amb. Ahmad Hassan
Tel.: 244-2-362233
Fax: 244-2-363855
E-mail: palango@netangola.com
Rua da liberdade 108, Bro. Nelito
Soares Vila Alice, PO Box 421, Luanda

**Argentina** (General Delegation)
Amb. Farid Suwan
Tel.: 54-11-4816-6651
Fax: 54-11-4816-6652
E-mail: jerusalem@mianet.com.ar
or: palestineembassy@cuidad.com.ar
http://www.palestina.int.ar
Riobambamba 981,
1116, Buenos Aires, Argentina

**Australia** (General Delegation)
Amb. Izzat Salah Abdul Hadi
Tel.: 612-62-950222
Fax: 612-62-950021
E-mail:Palestine.delegation@bigpond.com
PO Box 4646, Kingston, ACT 2604,
Australia

10

**Austria** (Permanent Mission)
Amb. Zuheir Al-Wazir
Tel.: 43-1-4088202/3/10
Fax: 43-1-4088119
E-mail: plovienna@netway.at
Josefsgasse 5/1-1080 Vienna

**Bahrain** (Embassy)
Amb. Ahmed Abbas Ramadan
Tel.: 973-276099/262769
Fax: 973-276054
2801 St., Block 57, PO Box 1102,
Manama, Bahrain

**Bangladesh** (Embassy)
Amb. Shaher Abu Ayyadeh
Tel.: 880-2-603308/603016
Fax: 880-2-883517
PO Box 600, Code 1000
Dhaka, Bangladesh

**Belgium** (General Delegation)
Amb. Laila Shahid
Tel.: 32-2-7351639/6476
Fax: 32-2-7352478
E-mail: deleg.palestinienne@beon.be
Rue Franklin #111, 1000 Bruxelles

**Bosnia & Herzegowina**
Amb. Adham Abu Mdalleh
Tel.: 387-1-33272700/238168
Fax: 387-1-330238677
Hasana Kajmije 23-71000 Sarajevo

**Brazil** (Special Delegation)
Amb. Mayada Yousef Bamia
Tel.: 55-61-2484760/4482
Fax: 55-61-2485879
E-mail: embpalestina@uol.com.br
or: palestina@uol.com.br
P O Box 10555, zip code 71620 980,
Lago Sull, Brasilia, DF Brazil

**Bulgaria** (Embassy)
Amb. Ismail Ahmad Hassan
Tel.: 359-2-9668947/860/33123/
656792/4324
Fax: 359-2-96325/1
E-mail: palestina.sofia@internet-bg.net
PO Box 87, Sofia, Bulgaria

**Canada** (General Delegation)
Amb. Amin Ahmad Abu Hassira
Tel.: 1-613-7360053
Fax: 1-613-7360535
45 Country Club Drive, Ottawa,
Ontario K1V 9W1 Canada

**Chile** (Embassy)
Amb. May Keleh
Tel.: 56-2-2065771/2065764
Fax: 56-2-2282466
E-mail: palestina.mission@chello.nl
or: palestin@entelchile.net
Casilla postal 53170, Sentiago-1, Chili

**China** (Embassy)
Amb. Diab Nimr Al-Loh
Tel.: 86-1-65323318/136/5321754/
Fax: 86-1-65323241
PO Box 9008, Beijing, China

**Colombia** (Special Mission)
Amb. Nabil Al-Jeddah
Tel.: 57-1-2877691/2877904
Fax: 57-1-7887439
E-mail: jerusalem@telesat.com.co
Calle 45 No. 14-76, Santa Fe de
Bogota, Colombia

**Congo**
Amb. Jawad Aqel
Tel.: 24-828237/813055/810639
Fax: 24-836815
PO Box 1082, Prazavile, Congo

**Côte d'Ivoire** (Embassy)
Amb. 'Awad Yakhlif
Tel.:

**Cuba** (Embassy)
Amb. Ibrahim Mohammed Zaben
Tel.: 53-7-242556
Fax: 53-7-241159
Calle 20, No. 714, Entre 7Ma, Y.9 NA
Miramar, La Havana, 00537 Cuba

**Cyprus** (Embassy)
Amb. Ahmad Al-Farra
Tel.: 357-22-315010
Fax: 357-22-311297
E-mail: palestin@spidernet.com.cy
Yianni Pcychari 31, Ayios Andreas,
1107 Nicosia, Cyprus

**Czech Republic** (Embassy)
Amb. Mohammed Salaimeh
Tel.: 420-2-8544224/8552448
Fax: 420-2-8552449
E-mail: palestcz@mbox.vol.cz
palesrez@mbox.vol.cz
Prague 7 – Troja, Nakazance 634/7
Apartment no. 16

**Denmark** (General Delegation)
Amb. Amro Al-Horani
Tel.: 45-33-932239
Fax: 45-33-932286
E-mail: Palestine@mail.dk
H.C. Anderson Boulevard 51, 1th
1553, Copenhagen V, Denmark

**Djibouti**
Amb. Kamal Kazzaz
Tel.: 253-358205
Fax: 253-354923
PO Box 10033, Djibouti

**Egypt** (Embassy)
Amb. Nabil Amro
Tel.: 20-2-3384761-3/3602297
Fax: 20-2-3384764/3384760
E-mail: peegypt@hotmail.com
33 An-Nahda St., Dokki, Cairo

**Ethiopia** (Embassy)
Amb. Zeid Abu Al-Ela
Tel.: 251-1-611194/710719/630844
Fax: 251-1-611199/610672
E-mail: palemb.ct@telecom.net.et
PO Box 5900, Addis Ababa

**Finland** (General Delegation)
Amb. Nabil Darwish Al-Wazir
Tel.: 358-9-2789771
Fax: 358-9-2789770

PASSIA

E-mail: pgd@palestinegd.fi
http://www.palestinegd.fi
Fredrikinkatu 25 A, HKI 00120,
PO Box 351, Helsinki 00121, Finland

**France** (General Delegation)
Amb. Hind Khoury
Tel.: 33-1-48286600
Fax: 33-1-48285067
E-mail: del.palestine@wanadoo.fr
63, Rue de Commandant Léandri,
75015 Paris

**Germany** (General Delegation)
Amb. Hael Al-Fahoum
Tel.: 49-30-2061770
Fax: 49-30-20617710
E-mail: info@palaestina.org
http://www.palaestina.org
Michaelkirchstraße 17/18
10179 Berlin, Germany

**Ghana** (Republic)
Amb. Saadi Mohammed Al-Tumaizi
Tel.: 233-21-778736
Fax: 233-21-785806/244 33 44 22
E-mail: Palembac@ucomgh.com
  or:   altumaizi@yahho.com
15, Ghana Airways Avenue, Airport
residential area, Accra, Ghana

**Greece** (Diplomatic Representation)
Amb. Samir Abu Ghazaleh
Tel.: 30-1-6726061-3
Fax: 30-1-6726064
E-mail: palestinian@heltasnet.gr
31 Marathonodromon St.
154 52 Psychico, Athens

**Guinea** (Embassy)
Amb. Nabil Al-Wazir
Tel.: 224-441132/413034
Fax: 224-442227/412230
POB 1021, Conakry, Guinea 413034

**Hungary** (Embassy)
Amb. Ahmed Abdel Razeq
Tel.: 36-1-3257579/3260340
Fax: 36-1-3260341
E-mail: elian@freemail.hu
http://www.palestine.hu
PO Box 213, Jozsefhegyi, UT 28-30
H- 1025, Budapest, Hungary

**India** (Embassy)
Amb. Usama Al-Ali
Tel.: 91-11-261446605/2859
Fax: 91-11-26142942
E-mail: embassy@palestineindia.com
D1/27 Vasant Vihar, New Delhi 110057,
India

**Indonesia** (Embassy)
Amb. Fariz Al-Mihdawi
Tel.: 62-21-3162133/2431
Fax: 62-21-3108011
E-mail: fzmehdawir@hotmail.com
Jl Diponegoro No. 59
Jakarta 10310, Indonesia

**Iran** (Embassy)
Amb. Salah Al-Zawawi
Tel.: 98-21-6464501

Fax: 98-21-6402513
E-mail: plo@neda.net
PO Box 1455-3455, Tehran, Iran

**Iraq** (Embassy)
Acting Amb. Dalil Kassus
Tel.: 964-1-7180200/3146/91011
Fax: 964-1-7181143/5555968
PO Box 3122, Baghdad, Iraq

**Ireland** (General Delegation)
Amb. Hikmat Izzat Al-Ajuri
Tel.: 353-1-6618028/8031
Fax: 353-1-6618030
E-mail: gdp@eircom.net
  info@gdp.ie
42 Adelaid Road, Dublin 2, Ireland

**Italy** (General Delegation)
Amb. Sabri Haj Asad Attiyeh
Tel.: 390-6-7005041/8791
Fax: 390-6-7005115
Piazza San Giovanni In Laterano, 72
Rome, Italy 00184

**Japan** (General Delegation)
Amb. Walid Siam
Tel.: 813-55-118400
Fax: 813-55-110333
E-mail: palestine@paltst-jp.com
http://www.palst-jp.com
Chiyoda House 6F 2 – 17-8, Nagata-
Cho, Chiyoda-Ku, Tokyo 100-0014

**Jordan** (Embassy)
Acting Amb. Atallah Al-Kheiri
Tel.: 962-6-5677517/5663813
Fax: 962-6-5661727/5690471
E-mail: palestine@noi.com.jo
PO Box 925757, Amman, Wadi Saqra

**Kazakhstan** (Embassy)
Amb. Walid Ismail Hassan
Tel.: 7327-2919065/9501/930294
Tel. & Fax: 7-327-2601545/919501
E-mail: plokaz@asdc.kz
10, Jienkulova, 480099, Almaty

**Korea, Democratic People's
Republic** (Embassy)
Amb. Mohammed Zurob
Tel.: 850-2-3817465/817461
Fax: 850-2-3817259
PO Box 24, Pyong Yang, D.P.R.

**Kuwait** (Embassy)
Chargé d'Affaires: Munir Ghannam
Tel.: 965-2-616211/613160
Fax: 965-2-652450
PO Box 5363, As-Safat, Kuwait

**Lebanon** (PLO Office)
Amb. Abbas Zaki
Tel.: 961-1-641265/054-7588445
Fax: 961-1-301904
Kurnish Al Mazraa', Al Mazraa'
Beirut, Lebanon

**Libya** (Embassy)
Amb. Bassam Al-Agha
Tel.: 218-21-3339971/0294
Fax: 218-21-3336161
E-mail: palestinelo@hptmail.com
PO Box 2466, Tripoli, Libya

**Malaysia** (Embassy)
Amb. Abdel Aziz Abu Ghosh
Tel.: 60-3-4568909/5-6
Fax: 60-3-4561411
PO Box 10554-50716, 65 Jalan U
Thant, 55000, Kuala Lumpur

**Mali** (Embassy)
Amb. Abdel Rahim Al-Farra
Tel.: 223-2-25328
Fax: 223-2-26462
E-mail:
ambpalestine@afribone.net.ml
PO Box 1951, Bamaco, Mali

**Malta**
Amb. Gabi Al-Tawil
Tel.: 356-21-382355
Fax: 356-21-370605
Malta

**Mauritania** (Embassy)
Amb. Loay Mohammed Issa
Tel.: 222-2-51343/52393-4
      53993/888
Fax: 222-2-53888
E-mail: Ambassade.palestine.
      nouakchott@opt.mr
PO Box 547/408, Nouakchott

**Mexico** (Special Delegation)
Amb. Said Musa Hamad
Tel.: 52-55-255-2904
Fax: 52-55-5313821/4548936
E-mail: dpalestina@ticnet.com.mx
Lope de Vega 1465, Piso col. Polanco
Apdo., Postal 5-045 CP 06500

**Morocco** (Embassy)
Amb. Hassan Abdul Rahman
Tel.: 212-27-766008/767331
Fax: 212-27-767166
E-mail:
embassade.palestine@iam.net.ma
4 Zanket Soussa, PO Box 387, Rabat

**Mozambique** (Embassy)
Amb. Adnan Abu Al-Heja
Tel.: 258-1-486057
Fax: 258-1-486084
PO Box 1160, Mapoto, Mozambique

**Netherlands** (General Delegation)
Amb. Summaya Othman Barghouthi
Tel.: 31-70-3604864
Fax: 31-70-3657847
E-mail: pgd@planet.nl
Laan Copes Van Cattenburch 73,
2585 EW, Den Haag, Netherlands

**Nicaragua** (Embassy)
Amb. Walid Al-Mo'aqqat
Tel.: 505-2-762388/60239
Fax: 505-2-650589
E-mail: embpal@ns.tmx.com.in
Las Colinas, Calle Las Flores # 136,
PO Box 5305, Managua

**Nigeria** (Embassy)
Amb. Azmi Al-Dakka
Tel.: 2349-4135311/0528-9
Fax: 2349-4135308
P.M.B 429 Garki, Abuja, Nigeria

*Index p. 172 ff*                    PASSIA logo                              11

02:008864

0728

**Norway** (General Delegation)
Amb. Yousef Najjar
Tel.: 47-2-2560547
Fax: 47-2-2731579/560667
E-mail: gm@pnf.org.jo
Drammensveien 104, 0273 Oslo

**Oman** (Embassy)
Amb. Said Issa Abu Amara
Tel.: 968-697191/697230
Fax: 968-697257
E-mail: eosopmet@omantel.net.om
Muscat, Oman

**Pakistan** (Embassy)
Amb. n/a
Tel.: 92-51-2291185/8511
Fax: 92-51-2294703/2291231
9 House No. 486, PO Box 1064,
Islamabad, Pakistan

**Peru** (Special PLO Representation)
Chargé d'Affaires: Walid Abdel Rahim
Tel.: 51-1-221-4241/458740
Fax: 51-1-221-4240
E-mail: palperu@telematic.com.pe
Fracisco de Paula Ugarriza 595, Lima
18, Peru

**Poland** (Embassy)
Amb. Khaled Ghazal
Tel.: 48-22-8492122/89126
Fax: 48-22-8567376
E-mail: info@palestyna.pl
http://www.palestyna.pl
02-516 Warszaw St., Ul. Staroscinska
1/7 PO Box 475, Warsaw, Poland

**Portugal** (General Delegation)
Amb. Randa Ibrahim Nabulsi
Tel.: 351-21-3621118/3621098
Fax: 351-21-3621095
Rua 22 no. 2, Bairro de Belem,
1400 - 383 Lisbon, Portugal

**Qatar** (Embassy)
Amb. Munir Ghanam
Tel.: 974-4686272
Fax: 974-4688949
E-mail: palembs@qatar.net.qa
Al-Khalij St., PO Box 138,
Doha 4100616

**Romania** (Embassy)
Amb. Ahmad Majdalani
Tel.: 40-21-2120308/06
Fax: 40-21-2120307
E-mail: palesine@xnet.ro
Str., Alexanderusania Nr. 64
PO Box 314, Bucharest, Romania

**Russian Federation** (Embassy)
Amb. Afif Safieh
Tel.: 7-495-637/4340/7495-6373682
Fax: 7-4956372195
E-mail: Afifplo@aol.com
embassy@palestine.ru
http://www.palestine.ru
Kropotkinsky pereulok 26, Moscow
119034, Russian Federation

**Saudi Arabia** (Embassy)
Amb. Jamal Al-Shobaki
Tel.: 966-1-4880738/9

Fax: 966-1-6936407/4880721
E-mail: palemb@nasma.net.sa
PO Box 3589, Riyadh, 11481 KSA

**Senegal** (Embassy)
Amb. Jaber Musa Abu An-Naja
Tel.: 221-8242462
Fax: 221-8251862
PO Box 3119, Dakar, Senegal

**Serbia & Montenegro**
Amb. Mohammed Khalil Nabhan
Tel.: 938111-3671407/326
Fax: 938111-3671336
E-mail: ambpal@eunet.yu

**Slovakia** (Embassy)
Amb. Hafith Al-Nimr
Tel.: 004-20233552448/544224
Fax: 004-20233552449
Slovakia

**South Africa** (Embassy)
Amb. Ali Halimeh
Tel.: 27-12-3426411-3
Fax: 27-12-3426412
E-mail: Ambhalimeh@yahoo.ie
Sudhof Bldg. 472 Walker St., Flat no.
5, Viok St., Sunnyside, Pretoria, PO
Box 56021, Arcadia, Pretoria 0007

**Spain** (General Delegation)
Amb. Mousa Odeh
Tel.: 34-91-3453262
Fax: 34-91-3454287
E-mail: embagoda.palestine@mad.
servicom.es
20, Avda Pio XII, 28016 Madrid

**Sri Lanka** (Embassy)
Amb. Anwar Hamto Al-Agha
Tel.: 941-1-588607/695991
Fax: 941-1-588580/6959920
PO Box 207, 110/10 Wejerman NW,
Colombo 7, Sri Lanka

**Sudan** (Embassy)
Amb. Sayed Khalil Al-Masri
Tel.: 249-11-225476-661/663
Fax: 249-11-224968/1873
Abdel Mun'em Riad St.,
PO Box 2262, Khartoum, Sudan

**Sweden** (General Delegation)
Amb. Salah Haidar Abdul Shafi
Tel.: 46-8-151588
Fax: 46-8-151528
E-mail: plo.sweden@swipnet.se
Radmansgatan 48, 113 57 Stockholm

**Switzerland** (General Delegation)
Amb. Ibrahim Khraisheh
Tel.: 41-22-7967660
Fax: 41-22-7967860
E-mail: mission-observer.Palestine@itu.ch
96 Route de Vernier Chatelaine, Case
Postal 1828, 1211 Geneva 1

**Syria** (Embassy)
Amb. Mahmoud Al-Khaldi
Tel.: 963-11-3113303/4443524
Fax: 963-11-4443525
Murshed Khater St.,
PO Box 2889, Damascus, Syria

**Tanzania** (Embassy)
Amb. Yousef Habbab
Tel.: 255-222150634
Fax: 255-222150636
PO Box 20307, Dar As-Salaam

**Tunisia** (Embassy)
Chargé d'Affaires: Salman Harfi
Tel.: 216-717-84725/90883
Fax: 216-717-85973
E-mail: palembtn@yahoo.com
17 Rue Ernest Conseil, Belvedere, PO
Box 310, Belvedere, 1002 Tunis

**Turkey** (Embassy)
Amb. Nabil Ma'rouf
Tel.: 90-312-4360823/24
Fax: 90-312-4377801
E-mail: empaltr@hotmail.com
Filistin Sok No. 45, 06700 G.P.Pasa,
Ankara, Turkey

**Ukraine**
Amb. Khaled Ahmed Erekat
Tel. & Fax: 380-44-2204210
019101, 12 Fedrova Sti, Ap9, Ukraine

**United Arab Emirates** (Embassy)
Amb. Khairy Al-Areidi
Tel.: 971-2-4434048/617/652
Fax: 971-2-4434363
E-mail: palestinecons@hotmail.com
PO Box 841, Abu Dhabi, UAE

**United Kingdom** (Gen. Delegation)
Amb. Manuel Hassassian
Tel.: 44-208-5630008/3703245
Mobile: +07904673706
Fax: 44-208-5630058
E-mail: palestinianuk@aol.com
http://www.palestinianuk.org
5 Galena Road, Hammersmith,
London, W6OLT, United Kingdom

**United States** (PLO Office)
Amb. n/a
Tel.: 1-202-9746360
Fax: 1-202-9746278
E-mail: plomission1@aol.com
1320, 18th Street, NW, Suite # 200
Washington DC, 20036

**Uzbekistan** (Embassy)
Amb. Asad Abdul Muneim Al-Asad
Tel.: 99-871-2549418
Fax: 99-871-1524145
E-mail: alasad_asad@hotmail.com
35 Karim Karimov St.
Tashkent, 100070

**Vatican** (Gen. Delegation)
Amb. n/a
Tel.: n/a
Fax: n/a
Vatican

**Vietnam** (Embassy)
Amb. Abdul Aziz Al-Araj
Tel.: 84-4-8522947/8524013
Fax: 84-4-9349696
E-Mail: palestine@hn.Vnn.vn
PO Box 73, Hanoi,
Vietnam

12

PASSIA

**Yemen (Embassy)**
Amb. Dr. Khaled Al-Sheikh
Tel.: 967-1-264234-8/
Fax: 967-1-264235
E-mail: palembyem@y.net-ye
PO Box 185, San'aa, Yemen

**Zambia (Embassy)**
Amb. : 'Atallah Qberah
Tel.:
Fax:
Zambia

**Zimbabwe (Embassy)**
Amb. Amro Abdullah Hourani
Tel.: 263-4-794330
Fax: 263-4-794331
E-mail: aliman@icon.co.zw
1 Fairbridge Avenue Belgravia,
PO Box 3817, Harare, Zimbabwe

## REPRESENTATION IN INTERNATIONAL BODIES

**European Union (Gen. Delegation)**
Amb. Laila Shahid
c/o PLO Office in Belgium (see above)

**League of Arab States**
Amb. Hussein Abdul Khaleq
Tel.: 202-575-0511/2966
Fax: 202-574-0331
PO Box 11642, Al-Tahrir Square, Cairo

*Palestine Permanent Mission:*
Amb. Hussein Abdel Khaleq
Tel.: 20-2-3364732/ 3384762-3
Fax: 20-2-3602996
E-mail: pales_al@intouch.com
33 An-Nahda Street, Dokki, Cairo
Egypt

**Organization of the Islamic Conference** (Permanent Mission)
Amb. Midhat Siam
Tel.: 966-2-6800800/800128
Fax: 966-2-6873558/6873568
PO Box 1255, Jeddah 21431
Saudi Arabia

**United Nations**
Amb. Riad Mansour
Tel.: 1-212-288-8500/ 2499162
Fax: 1-212-517-2377
E-mail: mission@palestine-un.org
115 East 65th Street
New York, NY 10021, US
*Geneva Office:*
Amb. Mohammed Abu Karsh
Tel.: 41-22-7967660
Fax: 41-22-7967860
E-Mail: mission-observer.Palestine@itu.ch
96 route de Vernier, Case postale
1828, 1211 Geneva 1, Switzerland

**UN Office & International Organizations**
Amb. Mohammed Abu Karsh
Tel.: 43-1-4088202/3
Fax: 43-1-4088117
Josefgasse 5, 1080 Vienna, Austria

*Index p. 172 ff*

**UNESCO** (Permanent Observer)
Amb. Elias Sanbar
Tel.: 33-1-45683342/339
Fax: 33-1-45683340/5675
E-mail: dl.palestine@unesco.org
1, Rue Miollis 75015, Paris, France



## PALESTINIAN AUTHORITY (PA)

### PRESIDENT'S OFFICE

**President:** HE Mahmoud Abbas
Tel.: 02-2959928/81370-5
Fax: 02-2963179
*Gaza:*
Tel.: 08-2824670/2841028/038/9700
Fax: 08-2822365

**Sec. Gen.:** Tayyeb Abdul Rahim
Tel.: 02-2959928
Fax: 02-2963179
Tel.: 08-2824171/02-2959928
Fax: 08-2824604/ 02-2963179

**Chief of Staff:** Dr. Rafiq Husseini
Tel.: 02-2963171/2959928   ext 249
Mobile: 0599-258413
Fax: 02-2969740
E-mail: rhusseini@president.ps

**Assist. Chief of Staff for General Services:** Ibrahim A'raj
Tel.: 02-2959928   ext 104
Mobile: 0599-258375
Fax: 02-2969733
E-mail: iaaraj@president.ps

**Assist. Chief of Staff for Policy Co-ordination:**
Mohammed Odeh
Tel.: 02-2969751/2959928   ext 241
Mobile: 0599-209936
Fax: 02-2972298
E-mail: modeh@president.ps

### UNITS & DEPARTMENTS

**Arabic & Local Media Unit:**
Dir.: Hussein Hussein
Tel.: 02-2950770/0599-696204
Fax: 02-2969740

**Jerusalem Unit:**
Head: Ahmed Rwady
Tel.: 02-2959928   ext 708
Tel. & Fax: 02-2977528
Mobile: 0598-919131
E-mail: rrwady@president.ps

**Legal Department:**
Head: Adnan Amro
Tel.: 02-2959928   ext 730
Tel. & Fax: 02-2951266
E-mail: yabukhater@president.ps

**Planning and Institutional Development Unit:**
Head: Dr. Khaled Zeidan
Tel.: 02-2959928
Mobile: 0599-222176
E-mail: kzeidan@president.ps

**Political and International Relations Unit:**
Head: Majdi Khaldi
Tel.: 02-2959928   ext 702
Tel. & Fax: 02-2957530
Mobile: 0599-114112
E-mail: mjdikhaldi@yahoo.com

**Presidential Committee for Christian Committee:**
Rapporteur: Issa Kassassieh
Tel. & Fax: 02-2969747
Mobile: 0599-258144/0545-556369
E-mail: ikassissieh@president.ps
Issa_ks@yahoo.com

**Protocol Unit:**
Chief of Protocol: Abdul Karim Aweidah
Tel.: 02-2970588
Fax: 02-2963173

**Public Relations:**
Dir. Gen.: Hussam Dabbas
Tel.: 02-2981377/2959928   ext 103
Mobile: 0599-258436
Fax: 02-2969734
E-mail: hdabbas@president.ps

**Reform and Monitoring of Election Program Unit:**
Head: Osama Al-Bast
Tel.: 02-2959928   ext 179
Mobile: 0599-258424
E-mail: oalbast@president.ps

### PRESIDENTIAL ADVISORS

- Ahmad Abdul Rahman (Media Affairs)
  Tel.: 02-2959928
- Nabil Abu Rudaineh (Spokesperson)
  Tel.: 02-2959928
- Dr. Adnan Amr (Legal Affairs)
  Tel. & Fax: 02-2973076
- Nimr Hammad (Political Affairs)
  Tel. & Fax: 02-2973080/2981370-2
- Nimr Hammad (Media Affairs)
  Tel.: 02-267840/1 / 0599-252729
- Hikmat Zeid (Governorates Affairs)
  Tel.: 02-2981370-2   ext 530
  Tel. & Fax: 02-2976973
- Haj Ismail Jaber (Security Affairs)
  Tel.: 02-2959928
- Mohammad Mustafa (Economic Affairs)
  Tel.: 02-2974971/0599-256811
- Dr. Sabri Saidam (Telecom, IT & Technical Education)
  Tel.: 02-2959928/ 0599-413580
- Eng. Adnan Husseini (Jerusalem Affairs)
  Mobile: 0505-533668
  E-mail: adnanhuss@hotmail.com



PASSIA

13

02:008866

0730

- Marwan Abdul Hamid
(Development & Construction)
Tel.: 02-2959928/81370-S

---

## MINISTRIES

---

### ► PRIME MINISTER'S OFFICE

**Prime Minister:** Dr. Salam Fayyad
Tel.: 02-29509/0
Fax: 02-2950979
E-mail: pm@pmo.gov.ps
http://www.palestinecabinet.gov.ps
Al-Masyoun, PO Box 2466, Ramallah
**Bureau Chief:** Sa'adi Krunz
Tel.: 02-2950970
Fax: 02-2950979

**Palestinian National Archives Center**
Head: Mohammed Bheis
Tel.: 02-2904171
Fax: 02-2904124
Ramallah, PO Box 66353, Jerusalem

### ► PRIME MINISTER'S ADVISORS

**Arab & Islamic Funds Affairs Unit**
Dr. Jawad Naji
Tel.: 02-2987748/2968976
Mobile: 0599-244550
Fax: 02-2968971
E-mail: jnaji@pmo.gov.ps
Ramallah

**Civil Society & Media Unit**
Jamal Zaqout
Tel.: 02-2968987-8/0599-408500
Fax: 02-2950979
**Media Office:** Tel.: 02-2968987-8
Fax: 02-2950979
E-mail: pmo-media@pmo.gov.ps
**Protocol Office:** Tel.: 02-2968987-8
Fax: 02-2950979
E-mail: protocol@pmo.gov.ps

**Economics Affairs Unit**
Special Advisor: Dr. Hassan Abu Libdeh
Tel.: 02-2958418
Fax: 02-2958419
E-mail: habulibdeh@pic-palestine.ps
Kharraz Bldg., 1ˢᵗ fl., Jaffa St., Ramallah

**Jerusalem Affairs Unit**
Hatem Abdul Qader Eid
Tel. & Fax: 02-2310979/2347593
Mobile: 0522-867629
E-mail: Jerusalemaffairs@pmo.gov.ps
Ar-Ram

**Media Unit**
Omar Al-Ghoul
Tel.: 02-2950970
Ramallah

**Services Development Unit**
Head: Ali Jarbawi
Tel.: 0599-205144
E-mail: ajarbawi@birzeit.edu
Ramallah

### ► CABINET OFFICE

Tel.: 02-2968987-8
Fax: 02-2950979
E-mail: diwan@pmo.gov.ps
http://www.palestinecabinet.gov.ps
Al-Masyoun, Al-Ma'ahed St., PO Box
2466, Ramallah
**Gaza Office:** Tel.: 08-2829510/511
Fax: 08-2822159
Jerusalem St., Tal Al-Hawa

### ► MINISTRY OF AGRICULTURE

**Minister:** Mahmoud Al-Habbash
Tel.: 02-2403360
Fax: 02-2403361
E-mail: moa@planet.edu
PO Box 197, Ramallah
**Gaza Office:**
Tel.: 08-2830899
Tal El-Hawa, Beirut St.,
PO Box 4014, Gaza
**Deputy:** Azzam Tubaileh
Tel.: 02-2403320
Fax: 02-2403312
**Asst. Deputy, West Bank:**
Mahmoud Hussein, Kamal Al-Habash
Tel.: 02-2403306
Fax: 02-2403312
**Gaza:**
Tel.: 08-2866590
Fax: 08-2863926

**Central Veterinary:**
Dir.-Gen.: Dr. Ibrahim Al-Akhras
Tel.: 08-2840017/ 0599-779705

**Extension & Development:**
Dir.-Gen.: Abdullah Lahluh
Tel.: 02-2403306
Fax: 02-2403312
Mobile: 0599-742403

**Finance & Administration:**
Dir.-Gen.: Ahmad Zakarnah
Tel.: 02-2403306
Fax: 02-2403312

**Fishery:**
Dir.-Gen.: Tariq Saqer
Tel.: 08-2829447
Fax: 08-2862909

**Forestry, Range Land & Wild Life:**
Dir.-Gen.: Khaleel Kannam
Tel.: 02-2403306
Fax: 02-2403312

**Land Development:**
Dir.-Gen.: Zakaria Salawdeh
Tel.: 02-2403306
Fax: 02-2403312
Mobile: 0599-872256

**Marketing:**
Dir.-Gen.: Khaled Zraid
Tel.: 08-2829447
Fax: 08-2862909

**Planning and Policies Dept:**
Dir.-Gen.: Dr. Alaa' Joma'
Tel.: 02-2403306
Fax: 02-2403312

**Palestinian National Agricultural
Research Center (Jericho):**
Dir.-Gen.: Dr. Ali Fatafta
Tel.: 02-2322425
Fax: 02-2321280

**Plant Protection:**
Dir.-Gen.: Zakaria Imran
Tel.: 08-2829447
Fax: 08-2862909

**Unity Cabinet:**
Dir.-Gen.: Mohammed Shahbari
Tel.: 02-2403304-6
Fax: 02-2403312

**Soil & Irrigation:**
Dir.-Gen. Kasem 'Abdo
Tel.: 02-2403306
Fax: 02-2403312

**Public Relations:**
Dir.: Mu'awyia Swelem
Tel.: 02-2403306
Fax: 02-2403312

### ► MINISTRY OF CULTURE
& ARTS

**Minister:** Tahani Abu Daqqa
Tel.: 02-2981031
Fax: 02-2981032

**West Bank:**
Tel.: 02-2986205/6
Fax: 02-2986204
E-mail: moc@moc.gov.ps
http://www.moc.gov.ps
Ar-Rayan Bldg., Irsal St.,
PO Box 147, Ramallah

Advisor: Liana Badr

**Director Generals:**
- **Art Dept.:** Nader Jala
- **Asst. for Foreign Affairs:** Musa
Abu Gharbieh
- **Books General Commission:**
Mohammed Al-Asmar
- **Cultural Development:** Fathi
Abdul Rahman
- **Finance & Admin.:** Maher Abu
Ridah
- **Library Dept.:** Sami Batrawy
- **Literature & Publishing:**
Tal'at Abdul Hamid
- **Public Communication:** Fayez
Sersawi
- **Woman Dept.:** Khitam Kayed

**Gaza:**
Tel.: 08-2824850/70/7250
Fax: 08-2824860
Mustafa Hafez St. PO Box 4004, Rimal

**West Bank Offices:**
**Tulkarem:** 09-2672733
**Hebron:** 02-2226757/19372
**Jenin:** 04-2435866
**Nablus:** 09-2384790
**Qalqilya:** 09-2945585
**Salfit:** 09-2515920
**Bethlehem:** 02-2741524

14

PASSIA

**Gaza Offices:**
Gallery: 08-2864707
North Gaza: 08-2453262
Central Gaza: 08-2554210

▶ **MINISTRY OF DETAINEES &
EX-DETAINEES AFFAIRS**

**Minister:** Ashraf Al-Ajrami
Tel.: 02-2428571
Fax: 02-2428602
Lweez Bldg, Sateh Marhaba, Al-Bireh
**Dep. Min.:** Zeyad Abu Ein
Tel. & Fax: 02-2428606
E-mail: ziadabuein@yahoo.com
West Bank:
Dir.-Gen., Min.'s Office: Saleh Nazzal
Tel. & Fax: 02-2428602/0599-252619

**Minister's Council Unit**
Dir.: Wedad Khader
Tel. & Fax: 02-2428604

**General Departments:**

**Detainees Affairs:**
Dir.-Gen.: Bassam Majdalawi
Tel.: 0599-418725
Deputy Gen.: Arafat Nazzal
Tel. & Fax: 02-2428635

**Ex-Detainees Rehabilitation
Program:**
West Bank:
Dir.-Gen.: Mohammad Al-Batta
Tel.: 02-2428589
Fax: 02-2428566
E-mail: azzam_ir@hotmail.com
Lweez Bldg, Sateh Marhaba, Al-Bireh
(health insurance, vocational training,
family support, education,wage subsidy,
self-employment loans, psychological
counseling, project loans)

**Finance & Administration:**
Dir.-Gen.: Mustafa Al-Barghouthi
Tel. & Fax: 02-2428588

**Information:**
Dir.-Gen.: Osama Al-Ghoul
Tel.: 02-2428529
Mobile: 0599-739279
E-mail: free.asra@gmail.com
osama@freedom.ps
http://www.freedom.ps

**Information Systems:**
Dir.-Gen.: Azzam Irmelli
Tel. & Fax: 02-2421447
E-mail: azzam_ir@hotmail.com

**Legal Affairs:**
Dir.-Gen.: Jawad Amawe
Tel.: 02-2428605
Fax: 02-2420503

**Local Affairs:**
Dir.-Gen.: Shukri Salameh
Tel. & Fax: 02-2428524

**Public Relations & Information:**
Dir.-Gen.: Atif Abu Mari
Tel.: 0599-416700
Deputy Dir.-Gen.: Naeil Khalil
Tel.: 02-2428529

**Departments:**
Vocational Training:
Dir.: Mohammed Ammar
Projects Loans: Dir.: Kawther Jaber
Education: Dir.: Adel Adawi
Care & Coundeling: Dir.: Adnan Psasi
Job & Employment: Dir.: Mohammad
Fqyat
Health Insurance: Dir.: Munib Shbeeb

**District Offices:**
Bethl.: Dir.: Ibrahim Najajreh
Tel.: 02-2741642
Fax: 02-2751555
Hebron: Dir.: Munqith Abu 'Atwan
Tel.: 02-2226423
Fax: 02-2213993
Jenin: Dir.: Nathmi Abdel-Ghafour
Tel.: 04-2501184
Fax: 04-2505477
Jericho: Mohammad Baloo
Tel. & Fax: 02-2325286
Jerusalem: Dir.: Mohammad Al-Khatib
Tel. & Fax: 02-2794636
Nablus: Dir.: Samir Samro
Tel.: 09-2374125
Fax: 09-2330123
Qalqilya: Dir.: Nael Khannam
Tel. & Fax: 09-2942587
Ramallah: Dir.: Bilal Jalamneh
Tel.: 02-242-8665
Fax: 02-242-8661
Salfit: Dir.: wsmat Abu Saa
Tel. & Fax: 09-2515544
Tubas: Dir.: Ahmad Abu Hassan
Tel. & Fax: 09-2573208
Tulkarem: Dir.: Atef Ata
Tel. & Fax: 09-2681111

▶ **MINISTRY OF EDUCATION
& HIGHER EDUCATION**

**Minister:** Lamis Al-Alami
Tel.: 02-2983256-7
Fax: 02-2983222
**Dep. Min.:** Mohammad Abu Zaid
Tel.: 02-2983200
Fax: 02-2983222

**Assistant Deputy Minsters:**

Jihad Zakarneh
Tel.: 02-2983291
Fax: 02-2983222

**- Administrative & Financial Affairs:**
Subhi Kayed
Tel.: 02-2983209
Fax: 02-2983238

**- Higher Education Affairs:**
Dr. Fahoum Shalabi
Tel.: 02-2982612
Fax: 02-2954518
E-mail: falshalabi@mohe.gov.ps

**- Planning & Development:**
Basri Saleh
Tel.: 02-2983254
Fax: 02-2983299

**- General Education (Gaza):**
Zainab El-Wazir
Tel.: 08-2847770
Fax: 08-2868300

**Head of Accreditation and
Quality Assurance Commission:**
Dr. Mohammad Subu'
Tel.: 02-2982624
Fax: 02-2982608
E-mail: alsubu@najah.edu
aqac@p-ol.com

**Sec.-Gen., Higher Education Council:**
Dr. Ghazi Abu-Sharkh
Tel.: 02-2982609
Fax: 02-2954518

**Sec.-Gen., Scientific Research
Council**
Tel.: 02-2982641/15
Fax: 02-2954518

**Director Generals:**
**- Administrative Affairs:**
Dir.-Gen.: Dr. Akram Hammad
Tel.: 02-2983292
Fax: 02-2983222
**- Assessment and Evaluation &
Examinations**
Dir.-Gen.: Tawfeeq Al-Taher
Tel.: 02-2972852
Fax: 02-2972855
**- Buildings:**
Dir.-Gen.: Eng. Fawwaz Mujahed
Tel.: 02-2983252
Fax: 02-2983222
**- Colleges & TVET:**
Act. Dir.-Gen.: Ziad Jweites
Tel.: 02-2982650
Fax: 02-2954518
**- Complaints:**
Dir.-Gen.: Jama Abu Hashem
Tel.: 08-2865200/02-2969370
Fax: 08-2865909
**- Computer & Information:**
Dir.-Gen.: Izzed Din Ibrahim
Tel.: 02-2982647
Fax: 02-2954518
**- Council of Ministers:**
Dir.-Gen.: Mowaffaq Al-Khattib
Tel.: 02-2983298
Fax: 02-2983222
**- Curriculum Development Center:**
Tel.: 02-2969350
Fax: 02-2963977
**- Development and Capacity
Building**
Tel.: 02-2982646
Fax: 02-2954518
**- Diploma Accreditation:**
Dir.-Gen.: Dr. Jamal Hussein
Tel.: 02-2982616
Fax: 02-2954518
E-mail: Jhussien2000@yahoo.com
**- Educational Administration:**
Dir.-Gen.: Dr. Reyad Sammour
Tel.: 02-2983267
Fax: 02-2983222
**- Educational Counseling &
Special Education**
Dir.-Gen.: Reema Zaid Al- Kilany
Tel.: 02-2983250
Fax: 02-2983222

*Index p. 172 ff*

PASSIA

15

02:008868
0732

· **Educational Technology:**
Tel.: 02-2969380-1
Fax: 02-2969388
· **Financial Affairs:**
Tel.: 02-2983225
Fax: 02-2983222
· **General Education**
Dr. Haifa Al-Agha
Tel.: 02-2983205
Fax: 02-2983222
· **Humanities and Social Studies:**
Dir.-Gen.: Ali Manasrra
Tel.: 02-2969370
Fax: 02-2983222
· **Internal Auditing:**
Dir.-Gen.: Azam Abu Baker
Tel.: 02-2983292
Fax: 02-2983222
· **International & Public Relations**
Tel.: 02-2983254
Tel.: 02-2983299
E-mail: basrimoe@palnet.com
· **Jerusalem Affairs Unit:**
Dir.-Gen.: Dima Samman
Tel.: 02-2983276
Fax: 02-2983222
· **National Institute for Educational Training:**
Act. Dir.-Gen.: Shahnaz El- Far
Tel.: 02-2409840
Fax: 02-2409841
· **Planning:**
Dir.-Gen.: Saadah Hammoudah
Tel.: 02-2983290
Fax: 02-2983222
· **Projects Management:**
Act. Dir.-Gen.: Jehad Draidi
Tel.: 02-2983273
Fax: 02-2983263
· **Public Relations (Gaza):**
Dir.-Gen.: Numan El-Sharif
Tel. & Fax: 08-2822509
E-mail: NumanSharif@hotmail.com
· **Scholarships:**
Dir.-Gen.: Anwar Zakaria
Tel.: 02-2982655
Fax: 02-2987833
E-mail: anwartarifi@yahoo.com
· **School Health:**
Dir.-Gen.: Dr. Mohammed Al- Rimawi
Tel. & Fax: 02-2983237
· **Scientific Studies**
Jamil Abu Sa'da
Tel.: 02-2969370
Fax: 02-2969377
· **Students Activities in Schools:**
Dir.-Gen.: Ilham Abdel Al-Qader
Tel.: 02-2983251
Fax: 02-2983222
· **Students Affairs:**
Dir.-Gen.: Munther Nasrallah
Tel.: 02-2982600
Fax: 02-2954518
E-mail: Mnasrallah2002@hotmail.com
· **Students Revolving Fund:**
Abdel Karim Al-Zugheir
Tel.: 02-2983231
Fax: 02-2983222
· **Supervision & Educational Qualifying:**
Dir.-Gen.: Tharwat Lutfi Zaid
Tel. & Fax: 02-2983255

· **Supplies:**
Dir.-Gen.: Mohammad Jaradah
Tel. & Fax: 08-2861146
· **Textbooks & Educational Publications:**
Dir.-Gen.: Ali Al-Sayed Khalefa
Tel. & Fax: 08-2861146
· **Woman Affairs Unit:**
Dir.-Gen.: Nihad Abu Ghazallah
Tel.: 02-2969370
Fax: 02-2969377

**Directorates of Education Offices:**
Bethlehem:
Dir.: Mazen El-Laham
Tel.: 02-2741271
Fax: 02-2744392
Jericho:
Dir.: Mohammad El-Hawash
Tel.: 02-2321278
Fax: 02-2321278
Hebron:
Acting Dir.: Abdel Mhadi Nassre Ed-Din
Tel.: 02-2227062
Fax: 02-2228990
South Hebron:
Dir.: Fawzi Abu Helayel
Tel.: 02-2282773
Fax: 02-2282360
North Hebron:
Dir.: Bassam Tahboob
Mobile: 0599-399716
Jenin:
Dir.: Salam Nabeel Al-Taher
Tel.: 04-2501366
Fax: 04-2503503
Tulkarem:
Dir.: Mohammad Al-Qubbaj
Te: 09-2671153
Fax: 09-2671038
Salfeet:
Dir.: Rafiq Salameh
Tel. & Fax: 09-2395664
Ramallah
Dir.: Deeb Haddad
Tel.: 02-2404714-5
Fax: 02-2404706
Qalqilya:
Dir.: Yousef Odeh
Tel.: 09-2943094
Fax: 09-2942415
Qabatia
Dir.: Reem Daraghmah
Tel.: 04-2512601
Fax: 04-2522604
Tubas:
Tel.: 09-2571757
Fax: 09-2575411
Nablus
Dir.: Sahar Aqqoub
Tel.: 09-2380034
Fax: 09-2389495
Huwwara
Dir.: Mohammad Awwad
Tel.: 09-2591010
Fax: 09-2591006
Jerusalem
Dir.: Sameer Jebreel
Tel.: 02-6276514

Fax: 02-6283476
Jerusalem Suburbs
Dir.: Omar Anbar
Tel.: 02-2348627
Fax: 02-2344455
North Gaza
Dir.: Musallam Al-Hameed Musallam
Tel.: 08-2479871
Fax: 08-2472550
Middle Area:
Dir.: Dr. Fathi Kalloub
Tel.: 08-2561112
Fax: 08-2561113
Gaza
Dir.: Ali Abu-Assamak
Tel.: 08-2826912 / 9206
Fax: 08-2865300
Khan Younis
Dir.: Hashem Qanan
Tel.: 08-2067716
Fax: 08-2051172
Rafah
Dir.: Sa'eed Harb
Tel.: 08-2140222
Fax: 08-2140125

▶ **MINISTRY OF FINANCE**
Minister: Dr. Salam Fayyad
Tel.: 02-2978848/47
Fax: 02-2978845
E-mail: mofbud@palnet.com
http://www.mof.gov.ps
Al-Irsal, Al- Bireh
PO Box 795, Ramallah
Gaza:
Tel.: 08-2826188
Fax: 08-2820696
Beirut St., Tel Al-Hawa, PO Box 4007

**Assistant Deputy, West Bank:**
Mona Al-Masri
Tel.: 02-2978823
Fax: 02-2978824

**General Directorates:**
· **Payroll:**
Dir.-Gen.: Abdel Nasser Atta
Tel.: 02-2978796
Fax: 02-2978795
E-mail: payroll-palestine@hotmail.com
Gaza: Nafiz Abu Samra
Tel.: 08-28426375
· **Legal Affairs Dept.:**
West Bank:
Tel. & Fax: 02-2406887
Gaza: Nader Al-Banna
Tel. & Fax: 08-2844499
E-mail: nadersb@hotmail.com
· **Admin. & Financial Affairs:**
Basel Ar-Ramahi
Tel.: 02-2978837
Fax: 02-2978838
E-mail: basel_al_ramahi@hotmail.com
Gaza: Diab Khalaf
Tel.: 08-2842727
Fax: 08-2830566
· **Pension:**
Dir.-Gen.: Khawla Shahrour
Tel.: 02-2978826
Fax: 02-2978827

PASSIA

02:008869
0733

**- Treasury:**
West Bank: Yousef Zomer
Tel.: 02-2978798
Fax: 02-2978799
E-mail: revmof@palnet.com
Gaza:
Tel.: 08-2830388
**- General Accounts:**
West Bank: Yousef Qadah
Tel.: 02-2978801
Fax: 02-2978802
E-mail: accmof@yahoo.com
Gaza: Ibrahim Beltaji
Tel. & Fax: 08-2844301
**- Internal Control:**
Dir.-Gen.: Mahmoud Zarour
Tel. & Fax: 02-2978805
E-mail: commof@p-ol.com
**- Auditing:**
Dir.-Gen.: Nader Salahat
Tel. & Fax: 08-2829423
Fax: 08-2860568
**- General Supplies:**
Dir.-Gen.: Musa El-Wazir
Tel.: 02-2967712
Fax: 02-2967713
E-mail: gsd@mof.gov.ps
**- International Relations & Projects:**
Asst. Dep.: Mazen Jadallah
Tel.: 02-2978833
Fax: 02-2978831
E-mail: mofrid@palnet.com
                    Fadiaihamad@yahoo.com
**- Budget:**
Dir.-Gen.: Faraid Ghanam
Tel.: 08-2825942
Fax: 08-2825255
E-mail: budjetmof@hotmail.com
                    budjetmof@yahoo.com
**- Information Technology:**
West Bank: Sulaiman Amarneh
Tel. & Fax: 02-2978807
E-mail: commof@p-ol.com
Gaza: Mohammed Mershed
Tel.: 08-2848900
Tel. & Fax: 08-2835772
E-mail: mershed11@hotmail.com
**- Property Tax:**
Dir.-Gen.: Mahmoud Nofel
Tel.: 02-2978755
Fax: 02-2978756
E-mail: ayman-haw@yahoo.com
**- Customs & Excise & Tobacco:**
West Bank: Hatem Yousef
Tel.: 02-2978740
Fax: 02-2978741
E-mail: trs_gtmo@palnet.com
Gaza: Tel.: 08-2625733
**- Income Tax:**
West Bank: Jihad Zamari
Tel.: 02-2978794
Fax: 02-2978793
E-mail: jehadzamari@hotmail.com
**- Income Tax & Property:**
Gaza: Ismail Matter
Tel.: 08-2822408
E-mail: incometaxGaza@hotmail.com
**- General Petroleum Corporation:**
Dir.-Gen.: Mojahed Salameh
Tel.: 02-2978749
Fax: 02-2978750
E-mail: gpc@palnet.com

Gaza:
Tel.: 08-2843407
Fax: 08-2843417
**- Public Relation Department:**
West Bank: Ahmad Al-Helow
Tel.: 02-2978791
Fax: 02-2978790
**- Commission of Energy and Natural Resources**
Head: Azzam El-Shawwa
Tel.: 02-2986191/4752-3
Fax: 02-2986191
http://www.menr.org
Zahült Al-Masayef., Irsal St.,
PO Box 3591, Al-Bireh
West Bank:
Dep. Min.: Dr. Omar Kittaneh
Dir.-Gen.: Mazen Ghnaim
Gaza: Dep. Min.: Yehya Shamieh
Tel.: 08-2839230/60/70
Fax: 08-28392630/60

▶ **MINISTRY OF FOREIGN AFFAIRS**

**Minister:** Dr. Riad Al-Malki
Tel.: 02-2425040
Fax: 02-2423772
E-mail: mofa@gov.ps
http://www.mofa.gov.ps
Al-Balu', Al-Bireh, PO Box 1336,
Ramallah or PO Box 54319, Jlem
**Dep. Min.:** Amb. Dr. Ahmad Soboh
Tel. & Fax: 02-2424728
Fax: 02-2423772

**Chief of Protocol:**
Manal Hamdan
Tel.: 0598-933787
Fax: 02-2423772

▶ **MINISTRY OF HEALTH**

**Minister:** Dr. Fathi Abu Moghli
West Bank:
Tel.: 02-2408690
Fax: 02-2408979
Nablus:
Tel.: 09-2384771-6
Fax: 09-2336466
http://www.moh.ps
**Dep. Min.:** Dr. Anan Al-Masri
Tel.: 09-2398695/2384771-6
              02-2407742
Fax: 09-2370439/02-2407743
E-mail: anan@moh.gov.ps
            Anan_masri@gmail.com
http://www.moh.gov.ps
PO Box 14, Nablus

**Director Generals:**

**- PR Dept.:** Dr. Omar Al-Nasser
Tel. & Fax: 09-2336464
E-mail: prd.moh@gmail.com
**- Finance & Administration:**
Dir.-Gen.: Saleh Thawabteh
Tel.: 09-2382870
Fax: 09-2388116
E-mail: s_thawabteh@yahoo.com
**- Health Insurance**
Nizar Masalmeh
Tel.: 02-2400573
Fax: 02-2400879

**- Pharmacy:**
Dir.-Gen.: Rania Shahin
Tel. & Fax: 09-2386410
**- Gen. Hospitals Directorate:**
Dr. Na'eem Sabrah
Tel.: 09-2384740/71313
Fax: 09-2385956
E-mail: dr.naimsabra@hotmail.com
**- Emergency & Medical Services:**
Dir.-Gen.: Dr. Mohammad 'Edah
Tel.: 02-2402161
**- Health Promotion & Education:**
Dir.-Gen.: Lubna al-Saddar
Tel.: 09-2384771-6
Fax: 09-2384777
**- Primary Health:**
Dr. As'ad Ramlawi
Tel.: 02-2988055/034
Fax: 02-2988033
**- Preventive Medicine:**
Dr. Iyad 'Arafah
Tel.: 02-2409052
Fax: 02-2409053
**- International Cooperation:**
Gaza: Dr. Majed Abu Ramadan
Tel.: 08-2838699
Fax: 08-2826325
West Bank: Dr. Qasim Al-Maani
Tel.: 02-2387275
E-mail: qmaani@yahoo.com
**- Women's Health:**
Dir.-Gen. Dr. Suzan Abdoh
Tel.: 09-2385998
Fax: 09-2392577
**- Supply Unit**
Rezeq Othman
Tel. & Fax: 09-2380060
**- Psychiatric Dept.:**
West Bank: Dr. Hazem Ashur
Tel. & Fax: 02-2987146
**- Laboratory & Blood Bank:**
West Bank: Wathiq Jaber
Tel.: 09-2384771-6
Fax: 09-2384777
Gaza: Rand El-Khudari
Tel. & Fax: 08-2840066
**- Finance**
West Bank: Mohammed Al-'Atiani
Tel. & Fax: 09-2370438
**- Engineering & Computer Unit**
Imad Al-Khateeb
Tel. & Fax: 09-2381047
**- Engineering & Medical Devices**
Ibrahim Alayan
Tel.: 02-2957933
Fax: 02-2958696
**- Health Information Center**
Omar Abu Arqoub
Tel.: 09-2393380
Fax: 09-2393381
**- Central Warehouses**
Mohammad Abu Ajamieh
Tel.: 02-2957959
Fax: 02-2958804
**- Health Policy & Planning**
Ghaleb Abu Baker
Tel. & Fax: 09-2381048
E-mail: g_yaabad@yahoo.com
**- Higher & Continuing Health Education**
Dr. Said Hammouz
Tel. & Fax: 09-2381048
E-mail: hammozsaid@hotmail.com

*Index p. 172 ff*

PASSIA

17

02:008870

**0734**

▶ **MINISTRY OF INFORMATION**

**Minister:** Dr. Riad Al-Malki
Tel.: 02-2965588
Fax: 02-2965587
E-mail: minister@minfo.gov.ps
http://www.minfo.gov.ps
**Dep. Min.:** Dr. Mutawakel Taha
Tel. & Fax: 02-2986466
E-mail: mutawakel_taha@yahoo.com
Al-Masyoun, Ramallah
PO Box: 224, Ramallah

**General Directors:**
**- Financial & Admin. Affairs:**
Ibrahim Sajadiyah
Tel.: 02-02-2954044/0599-348958
Fax: 02-2954043
E-mail: i_sajdeyeh@yahoo.com
**- Media Production:**
Tel.: 02-2965584
**- Media Publications:**
Mahmoud Khalefah
Tel.: 08-2866888/ 0599-899111
Fax: 08-2824926
E-mail: khalef14@hotmail.com
Dep. Dir.: Nimr Odwan
Tel.: 02-2906465/0599-782960
E-mail: nimr_odwan@yahoo.com --
**- External Media:**
Walid Alami
Tel.: 02-2965586
E-mail:external_media@minfo.ps

**Minister's Cabinet Government
Spokesperson Bureau**
Advisor: Fatima Abdul-Karim
Tel.: 02-2954064/0598-937543
Fax: 02-2954035
E-mail: fatima@gsb-pal.ps
http://www.gsb-pal.ps

**District Offices:**
Tayseer Hussein
Tel.: 02-2961445/0599-252140
E-mail: taisir-abuhussain@hotmail.com
**Bethl.:** Fae'q Morshed
Tel. & Fax: 02-2765115
Al-Jabal St.
**Hebron:** Ismael Jahshan
Tel.& Fax: 02-2226938/17308
Shalalah St., Natsheh Bldg.
**Nablus:** Majed Ketaneh
Tel. & Fax: 09-2384024
Sa'addin Bldg., Adel St.
**Jenin:** Mahmoud Esteteh
Tel.: 04-2430138
**Tulkarem:** Moa'tasem Amous
Tel. & Fax: 09-2686166/
0599-204347
**Qalqilya:** Said Nazzal
Tel.: 09-2949260

▶ **MINISTRY OF THE INTERIOR**

**Minister:** Staff Lt. Gen.: Abdel
Razzaq Al-Yahya
Office Man.: Nedal Amer
Tel.: 02-2429873
Fax: 02-2429872
**Dep. Min.:** Amen Maqbol
Tel. & Fax: 02-2429249
Ramallah

**Min. Asst. for Security Affairs:**
Maj. Gen.: Raji Najami
Tel. & Fax: 02-2421246/7
**Strategic Planning Department**
Dir. Gen.: Brig Gen. Mohammed Jibrini
Tel.: 02-2421331
Fax: 02-2421330
E-mail: info@spd-moi.ps
Asst Dep. Min.: Hassan 'Alawi
Tel. & Fax: 02-2429564

**Asst. Dep. for Directorates' Affairs:**
Hussein 'Asi
Tel. & Fax: 02-2429249

**General Directors:**
**- International & Arab Affairs Dept.**
Dir. Gen.: Brig Gen.: Ahmad Rabaie
Tel. & Fax: 02-2429223
**- Bureau Diwan Dept.**
Dir. Gen.: Ahmad Salameh
Tel. & Fax: 02-2429870-1
**- Civil Affairs Dept.**
Dir. Gen.: Imad Shanan
Tel. & Fax: 02-2422791
**- Passports Dept.**
Dir. Gen.: Yousef Harb
Tel. & Fax: 02-2429879/ 9224
**- Residency & Foreigners' Affairs
Dept.**
Act. Dir. Gen.: Ahmad Safi
Tel. & Fax: 02-2422684
**- Public Relations Dept.**
Dir. Gen.: Kamal Ayyash
Tel. & Fax: 02-2426482
**- Legal Affairs Dept.**
Dir. Gen.: Nehaya AlSaqqa
Tel. & Fax: 02-2409964
**- Political Affairs Dept.**
Dir. Gen.: Ghassan Saifi
Tel. & Fax: 02-2429246
**- Administrative Affairs Dept.**
Dir. Gen.: Taha Al-Faqih
Tel. & Fax: 02-2429206
**- Financial Affairs Dept.**
Dir. Gen.: Hussni Daqa
Tel. & Fax: 02-2429204
**- Computer & IT Dept.**
Dir. Gen.: Khaled Ba'Ba'
Tel. & Fax: 02-2429207
**- Public Affairs Dept.**
Dir. Gen.: Fadwa Al-Shaer
Tel. & Fax: 02-2429242 /963
**- Complains Unit**
Dir.: Shokri Al-Kakhen
Tel. & Fax: 02-2429205

**West Bank Offices:**
**Ramallah:** Dir.: Hani Ayyad
Tel.: 02-2426615
Fax: 02-2959111
**Al-Ram** Dir.: Radi Jaber
Tel.: 02 2347511 / 2349273
Fax: 02 2347510
**Abu Deis** Dir.: Jamila Al-Batsh
Tel.: 02 2799571 / 2799573
Fax: 02 2799572
**Bethlehem** Dir.: Kayed Jaradat
Tel.: 02 2770624 / 2744474
Fax: 02 2767879

**Jericho** Dir.: Abdel Hadi Zawawi
Tel.: 02 2321194 / 2321060
Fax: 02 2321063
**Hebron** Dir.: Jamal AbdelFattah
Tel.: 02 2226120 / 2226350
Fax: 02-2228642
**Nablus** Dir.: Ibrahim Salameh
Tel.: 09-2398606 / 2383839
Fax: 09-2387781
**Salfit** Dir.: Tamim Rimawi
Tel.: 09-2515057/55
Fax: 09-2515656
**Jenin** Dir.: Mahdi Ahmad
Tel.: 04 2503199/2501375
Fax: 04 2503146
**Tulkarem** Dir.: Abdallah AlDana
Tel.: 09 2674090/89
Fax: 09 2674090
**Qalqilya** Dir.: Bahjat Jayosi
Tel.: 09 2942754 / 2942753
Fax: 09 2942744

▶ **MINISTRY OF JUSTICE**

**Minister:** Dr. Ali Khashan
Tel.: 02-2973263/0599-549015
Fax: 02-2973264
E-mail: minister@moj.gov.ps
or: Khashan@alqudsnet.com
**Ramallah:**
Tel.: 02-2971661/2
Fax: 02-2974491
http://www.moj.ps
Dep. Assistant: Ali Abu Diak
Mobile: 0599-674408
E-mail: aliabudiak@yahoo.com
Dir. of Minister's Office: Rula Ma'ayah
Mombile: 0599-215000
E-mail: rula@albandak.ps

**Bureau of Fatwa & Legislation**
Minister: Con. Abdel Karim Abu Salah
Tel.: 08-2822927/9118
Fax: 08-2829197
E-mail: diwanalfatwa@yahoo.com
PO Box 5319, Gaza
**Ramallah:**
Tel. & Fax: 02-2971654
PO Box 2383, Ramallah

**Media & PR Unit:**
Dir.: Samer Sharqawi
Mobile: 0599-774335
E-mail: sharq@moj.gov.ps
or: sharqawi2005@yahoo.com

▶ **MINISTRY OF LABOR**

**Minister:** Dr. Samer Abdullah
Tel.: 02-2409585/82
Fax: 02-2409580
E-mail: mlabour@p-ol.com
**Ramallah:**
Tel.: 02-2982800
Fax: 02-2982801
http://www.mol.gov.ps
Al-Muba'din St., Al-Irsal, PO Box 350
**Dep. Min.:** Hassan Al-Khatib
Tel.: 02-2409585
Fax: 02-2409580

18

PASSIA

Gaza:
Tel.: 08-2829129/30/46
Fax: 08-2864300
Al-Khazendar Bldg., PO Box 4021

**Asst. Dep. Ministers:**
- Dr. Salah Al-Zaro
- Kayed Al-Ghoul
  Tel.: 08-2867336
- Samir Shbehat
  Tel.: 02-2982818
  Fax: 02-2982801
- Nasser Qatami
  Tel.: 02-2982818
  Fax: 02-2982801

**Director Generals:**
- **Admin. & Financial Affairs:**
  Abdul Karim Daraghmeh
  Tel.: 02-2982800
  Fax: 02-2982801
- **Arab & International Cooperation & Public Relations:**
  Assef Sa'eed
  Tel. & Fax: 02-2982819
  Mobile: 0599-259800
  E-mail: asefsaeed@yahoo.com
- **Labor Inspection & Protection:**
  Ali Qdaimat
  Tel. & Fax: 02-2982813
- **Interior Monitoring & Inspection:** Yousef Al-Deek
  Tel.: 02-2982800
  Fax: 02-2982801
- **Labor Relations:**
  Mustafa Shehadeh
  Tel.: 02-2982815
  Fax: 02-2982801
- **Planning & Policies:**
  Dr. Abdul Majid Swailem
  Tel.: 02-2982808
  Fax: 02-2982801
- **Social Insurances:**
  Abdul Fattah Al-Duqi
  Tel.: 02-2982800
  Fax: 02-2982801
- **Vocational Training:**
  Samer Salameh
  Tel.: 02-2982817
  Fax: 02-2982801
- **Cooperatives:** Reyad Jubran
  Tel.: 02-2982822
  Fax: 02-2982801
- **Development & Training & Performance Evaluation:**
  Dr. Basem Qaddoura
  Tel.: 02-2982800
  Fax: 02-2982801
- **Employment:** Nasser Qatami
  Tel.: 02-2982811
- **Labor Policy Committee:**
  Ahmad Nijem
  Tel.: 02-2982800
  Fax: 02-2982801

**District Offices:**
Coordinator: Ghazi Salameh
Tel.: 02-2982800
Fax: 02-2982801

**Offices:**
Bethlehem: Head: Kamal Hammash
  Tel. & Fax: 02-2742557
Dura: Abdul Karim Saya'reh
  Tel.: 02-2287807

*Index p. 172 ff*

---

Hebron: Head: Amin Al-Mtour
  Tel.: 02-2226116
  Fax: 02-2226115
Jenin: Head: Ahmad Daraghmah
  Tel.: 04-2501010
Jericho: 'Ayshah Awajnah
  Tel.: 02-2322616
  Fax: 02-2323166
Jerusalem: Yasin Radi
  Tel.: 02-2345692
Nablus: Head: Isam Abu Baker
  Tel.: 09-2380395
  Fax: 09-2385143
Qalqilya: Head: Hakam Taleb
  Tel.: 09-2940686
Ramallah: Head: Mohammed Taha
Tel.: 02-2957395
Salfit: Head: Khaldoun Misteh
  Tel.: 09-2515226
Tulkarem: Bilal Thawabeh
  Tel.: 09-2673085
Tubas: Mohammad Abu Qthayleh
  Tel. & Fax: 09-2574535

### ▶ MINISTRY OF LOCAL GOVERNMENT

**Minister:** Eng. Ziad Al-Bandak
Tel.: 02-2401455
Fax: 02-2402346
E-mail: palmolg@gmail.com
http://www.molg.gov.ps
Al-Bireh:
Tel.: 02-2401092/1085
Fax: 02-2401091
Al-Batou', PO Box 731, Ramallah
**Dep. Min.:** Eng. Mazen Ghonaim
Tel. & Fax: 02-2402115

**District Planning Committees:**
Jerusalem:
Raed Al-Barghouthi
Tel. & Fax: 02-2345339
Hebron:
Amro Al-Imteh
Tel.: 02-2229732/8112
Fax: 02-2226740
Jericho:
Ghassan Daraghmeh
Tel.: 02-2323166
Fax: 02-2323944
Bethlehem:
Mohammed Jabarin
Tel.: 02-2770594
Fax: 02-2770595
Jenin:
Samir Dawabsheh
Tel.: 04-2501362
Fax: 04-2436191
Tulkarem:
Hassan Shreim
Tel.: 09-2672154
Fax: 09-2674088
Tubas:
Mohammad Njoum
Tel. & Fax: 09-2574677
Salfit:
Khaled Shtayeh
Tel.: 09-2515805
Fax: 09-2515804
Nablus:
Safwan Al-Halabi
Tel.: 09-2340876
Fax: 09-2340877

---

Qalqilya:
Tariq 'Amir
Tel.: 09-2942989
Fax: 09-2942988
Ramallah:
Dr. Hani Al-Hroub
Tel.: 02-2951284/2956090
Fax: 02-2963204
Gaza:
Tel.: 08-2820273
Fax: 08-2867509

### ▶ MINISTRY OF NATIONAL ECONOMY

**Minister:** Kamal Hassouneh
Tel.: 02-2981213
Fax: 02-2987640
E-mail: kamalh@met.gov.ps
PO Box 1629, Ramallah
**Dep. Min.:** Dr. Jawad Naji
Tel.: 02-2987748
Fax: 02-2960350
Mobile: 0599-244550
E-mail: jawadm@met.gov
**Asst. Dep.:** Abdul Hafiz Nofal
Tel.: 02-2981214/8
Fax: 02-2981207
Mobile: 0599-522523
**Asst. Dep.:** Dr. Hazem Shunnar
Tel.: 02-2981214/8
Fax: 02-2981207
E-mail: hazems@met.gov.ps

**Directorate Generals:**
- **International Relations**
  Dir. Gen.: Ziad Karableh
  Tel.: 02-2987747
  Fax: 02-2981207
  Mobile: 0598-919202
  E-mail: ziadk@met.gov.ps
- **Human Resources, Finance & Administration**
  Dir. Gen.: Abdul Nasser Mater
  Tel.: 02-2981214/8
  Fax: 02-2981207
  E-mail: abdel-naserm@met.gov.ps
- **Control Companies Department**
  Dir. Gen.: Nizam Ayoub
  Tel.: 02-2981214/8
  Fax: 02-2981207
  Mobile: 0599-836837
  E-mail: nizama@met.gov.ps
- **Company Registration and Industrial Licensing:**
  Dir. Gen.: Ziad Toame
  Tel.: 02-2954011
  Fax: 02-2981207
  E-mail: ziadt@met.gov.ps
- **Intellectual Property Rights:**
  Dir. Gen.: Ahmad Omar
  Tel.: 02-2981214/8
  Fax: 02-2981207
  E-mail: ahmado@met.gov.ps
- **Polices Analysis and Statistics:**
  Dir. Gen.: Dr. Hatem Sarhan
  Tel. & Fax: 02-2970221
  E-mail: hatems@met.gov.ps
- **IT, MIS, and Internet Services:**
  Dir. Gen.: Waleed Rashid
  Tel.: 02-2981214/8
  Fax: 02-2981207
  E-mail: waleedr@met.gov.ps

PASSIA

19

**02:008872**
**0736**

- **Regional Offices:**
Dir. Gen.: Abdel Hameed Mizher
Tel.: 02-2981214/8
Mobile: 0598-818781
Fax: 02-2981207
E-mail:amizher@met.gov.ps
-**Minister's Office:**
Dir. Gen.: Faten Sharaf
Tel.: 02-2981213
Mobile: 0599-373805
Fax: 02-2987640
E-mail: fatens@met.gov.ps

▶ **MINISTRY OF PLANNING**

**Minister:** Dr. Samir Abdullah
Tel.: 02-2973022/3
Fax: 02-2973021
E-mail:minister.office@mop.gov.ps
http://www.mop.gov.ps
Minister Office:
Hesham Kadoumi
Tel.: 02-2973022/3/0599-762988
Fax: 02-2973021
E-mail:hkadoumi@mop.gov.ps

**Units & Departments:**

**Admin. Development &
Governance Directorate:**
Wafa Issa Hamayel
Tel.: 02-2973010-1/3
Mobile: 0598-999774
Fax: 02-2973021
E-mail: Wafa@mop.gov.

**Admin. & Financial Affairs:**
Ayed Masri
Tel.: 02-2973015/0598-999553
Fax: 02-2973021
E-mail: ayed@mop.gov.ps

**Aid Management & Coordination:**
Dr. Cairo Arafat
Tel.: 02-2973018/0599-675615
Fax: 02-2973021
E-mail: carafat@mop.gov.ps

**Cabinet Affairs Unit:**
Ayed Masri
Tel.: 02-2973010-1/3
Mobile: 0598-999553
Fax: 02-2973021
E-mail: ayed@mop.gov.ps

**Geographic Center & Technical
Support:**
Bashar Juma'a
Tel. & Fax: 02-2973116
Mobile: 0599-370334
E-mail: bjumaa@mop.gov.ps

**Infrastructure Sector Planning
Dep.:**
Taghreed Hithnawi
Tel.: 02-2973010-1/3/0599-786845
Fax: 02-2973021
E-mail: taghreedhithnawi@mop.gov.ps

**Jerusalem Affairs Unit**
Amer Nour
Tel.: 02-2973013
Mobile: 0599-888908
Fax: 02-2973021
E-mail: anour@mop.gov.

**Legal Affairs Unit:**
Wafa Issa Hamayel
Tel.: 02-2973022
Mobile: 0598-999774
Fax: 02-2973021
E-mail: Wafa@mop.gov.ps

**Monitoring & Evaluation Dep.**
Bader Abu Zahra
Tel.: 02-2973010-1/3/0599-255289
Fax: 02-2973021
E-mail: babuzahra@mop.gov.ps

**Public Relations:**
Ahmad 'Abbas
Tel. & Fax: 02-2973014/0599-531607
E-mail: aabbas@mop.gov.ps

**Social Sector Planning
Directorate:**
Mahmoud Ataya
Tel.: 02-2973010-1/3
Fax: 02-2973021
E-mail: mataya@mop.gov.ps

▶ **MINISTRY OF PUBLIC
WORKS & HOUSING**

**Minister:** Kamal Hassouneh
Tel.: 02-2984183
Fax: 02-2984182
E-mail: minister@mpwh.gov.ps
http://www.mpwh.gov.ps
Um Sharayet, Al-Amin sq., Al-Bireh,
PO Box 3910, Ramallah
**Dep. Min.:** Eng. Maher Ghnelm
Tel.: 02-2956006/7
Fax: 02-2987890
E-mail: mahermpw@p-ol.com
**Asst. Dep.:** Eng. Fayeq Al-Deek
Tel.: 02-2956006/7
Fax: 02-2987890
E-mail: fayeq-deek@yahoo.com
**Dir.-Gen., PR & Media:** Salah Haniah
Tel.: 02-2956006/7
Fax: 02-2987890
E-mail: aya2abd@yahoo.com

▶ **MINISTRY OF SOCIAL AFFAIRS**

**Minister:** Dr. Mahmoud Al-Habbash
West Bank:
Tel.: 02-2405641
Fax: 02-2405642/4
Mub'adin St., Al-Bireh
Dep. Min.: Mohammad Abu Hamied
Tel.: 02-2405641
Fax: 02-2405642/4
Minister's Office:
Dir.-Gen.: Layla Ghanam
Tel.: 02-2405641
Fax: 02-2405642/4

**Social Care Development**
Asst. Dep. Min.: Mayson Al-Waheidi
Tel.: 02-2405641
Fax: 02-2405642/4

**Planning Admin. Development**
Asst. Dep. Min.: Daoud Al-Deek
Tel.: 02-2405641
Fax: 02-2405642/
E-mail: ddeek@mosa.gov.ps

**Directorate, Northern Governorate**
Acting Asst. Dep. Min.: Anwar Hamam
Tel.: 02-2405641
Fax: 02-2405642
E-mail: anwerh@hotmail.com

**Directorate, Northern Governorate**
Acting Asst. Dep. Min.: Ali Mansor

**Public Relations & Media Unit**
Dir.-Gen.: Bassema Soboh
Tel.: 02-2405641/ 0599-205582
Fax: 02-2405642
E-mail: bsoboh@hotmail.com

**Social Needs**
Dir.-Gen.: Hana Qaimary
Tel.: 02-2405641
Fax: 02-2405642/4
- **Poverty Combat:**
Dir.Gen.: Thana' Al-Khazandar
Tel.: 08-2824380/47806/
0599-551249
Fax: 08-2829191

**Charitable Association and Local
Community:**
Dir.-Gen.: Abeer Abu Keshek
Tel.: 02-2405641
Fax: 02-2405642/4

**Human Resource and
Development**
Gen. Dir. Ghassan Jadallah
Tel.: 02-2405641
Fax: 02-2405642/4

**Family Affairs**
Dir.-Gen.: Basma Abu Sway
Tel.: 02-2405641
Fax: 02-2405642/4

**District Offices:**
Bethlehem.: Diana Mobarak
Tel.: 02-2741216
Fax: 02-2770582
Hebron: Sharif Jaradat
Tel.: 02-2227653/3380
Fax: 02-2220898
Jenin: Ismat Fakhouri
Tel.: 04-2501017/3598/3597
Fax: 04-2437118
Jericho: Kawhther Al-Moghrabi
Tel.: 02-2324290
Fax: 02-2322504
Abu Dis: Badran
Tel. & Fax: 02-2799969
Nablus: Dir.-Gen.: Khawla Al-Nabulsi
Tel.: 09-2383574/7785
Fax: 09-2388020
Qalqilya: Ezzat Mallouh
Tel.: 09-2942588
Fax: 09-2940036
Ramallah: Fadya Masri
Tel. & Fax: 02-2963836/56277
Salfit: Jamal Omar (Dep. Dir.)
Tel.: 09-2515722
Fax: 09-2515191
Tulkarem: Dir.-Gen.: Sabah Sharsheir
Tel.: 09-2671171/00929/4244
Tel. & Fax: 09-2674244

**Juveniles Centers for Males:**
Imad 'Emran
Tel.: 02-2956030
Ramallah

20

PASSIA

02:008873
0737

**Juveniles Centers for Females:**
Jihad Abu 'Ain
Tel. & Fax: 02-2742667
Bethlehem

**The Aging House**
Manal Abu Ramadan
Tel.: 02-2322319
Jericho

### ▶ MINISTRY OF TELECOMMU-NICATION & INFORMATION TECHNOLOGY

**Minister:** Kamal Hassouneh
Tel.: 02-2429867
Fax: 02-2429868
**Deputy Min.:** Sulaiman Zuhairi
Tel.: 02-2429345
Fax: 02-2429357
El-Balou', PO Box 674, Ramallah

**Postal Affairs**
Tel.: 02-2429441/3
Fax: 02-2429446

**Government Computer Center:**
Tel.: 02-2423748
Fax: 02-2423749
http://www.gcc.gov.ps/

### ▶ MINISTRY OF TOURISM & ANTIQUITIES

**Minister:**
Tel.: 02-2741581-3/2760098
Fax: 02-2743753
E-mail: minister@visit-palestine.com
   or: mota@visit-palestine.com
http://www.visit-palestine.com
Manger St., Nazzal Bldg.,
PO Box 534, Bethlehem
Ramallah:
Tel.: 02-2409534/9891/9463
Fax: 02-2409563/890
**Dep. Min.:** Marwan Toubassi
Tel.: 02-2409561
Fax: 02-2409890
E-mail: deputy@visit-palestine.com
**Asst. Dep. Min., Tourism Sector:**
Waleed Al-Sharif
E-mail: sharifw59@hotmail.com
**Finance & Administration:**
Dir.-Gen.: Ali Abu Srour
Tel. & Fax: 02-2760898
E-mail: asrour@visit-palestine.com

**District Offices:**
Gaza: Dir.-Gen. Dr. Akram Ijleh
Tel.: 02-2824866/9461/609
Tel. & Fax: 08-2824876

**Antiquities & Cultural Heritage Dept.:**
Ramallah
Asst. Dep. Min.: Dr. Hamdan Taha
Tel.: 02-2959561
Fax: 02-2959560
E-mail: htaha99@yahoo.com
Hebron: Dir.: Mohammad Ghayatha
Tel. & Fax 02-2229633
Bethlehem: Dir.: Nabeel Al-Khatib
Tel. & Fax: 02-2741580

---

Jenin: Dir.: Khalid Rabayah
Tel. & Fax: 04-2438381
Mobile: 0599-209748
Jericho:
Tel.: 02-2322935
Fax: 02-2321229
Nablus:
Tel.: 09-2385045
Fax: 09-2385043/2916
Qalqilya:
Tel. & Fax 09-2943143
Salfit:
Muntaser Jawdat
Tel.: 09-2515971
Fax: 09-2515970
Tulkarem:
Dir.: 'Amer Qubbaj
Tel. & Fax: 09-2679701
Mobile: 0599-732849

### ▶ MINISTRY OF TRANSPORTATION

**Minister:** Mashhour Abu Dakka
**Dep. Min.:** Ali Sha'ath
Tel.: 02-2951194-5/7
Fax: 02-2951318
http://www.mot.gov.ps
PO Box 399, Ramallah
**Director Generals:**
- **Licensing:** Fursan Smudi
   Tel.: 02-2951292-4/6
   Mobile: 0599-408000
   Fax: 02-2951318
- **Admin. Affairs & Supplies:**
   Kamal Ghannam
   Tel.: 02-2951470-1
   Fax: 02-2951318
- **Gen. Relations Plan:**
   Osama Abu Joma
   Tel.: 02-2951292-4/6
   Fax: 02-2951318

**Gaza International Airport:**
Dir.-Gen.: Salman Abu Halib
Tel.: 08-2830433
Fax: 08-2827844
E-mail: abuhalib@gaza_airport.com
http://www.mot.gov.ps
PO Box 4043, Rafah, Gaza
Ramallah: Tel.: 02-2405891
E-mail: y.jadallah@transport.com

**Palestine Airlines:**
Dir.-Gen.: Mansour Ibrahim
Tel.: 08-2830433
Fax: 08-2827844

### ▶ MINISTRY OF WAQF & RELIGIOUS AFFAIRS

**Minister:** Sheikh Jamal Bawatna
Tel.: 02-2799902-3/9760
Fax: 02-2796222/2799534
E-mail: info@pal-wakf.ps
http://www.pal-wakf.ps
Dar Al-Aytam Al-Islamia Bldg.,
Al-Izzariyya

**Administrative Affairs:**
Tel.: 02-2798811
**Al-Dawa Affairs**
Tel.: 02-2791655

---

**Al-Zaka:**
Tel.: 02-2798012

**Christian Affairs:**
Tel. & Fax: 02-2973170
Fax: 02-2973171

**Dar Al-Aytam Al-Islamieh:**
Jerusalem
Tel.: 02-6282241
Tel. & Fax: 02-6272920
Fax: 02-6286414
Al-Izzariyya
Tel.: 02-2799771
Tel. & Fax: 02-2790140

**Heritage & Islamic Research**
Tel.: 02-6285473
Tel. & Fax: 02-6262477
Fax: 02-6262123

**Islamic Waqf Directorates**
Jerusalem Affairs:
Tel.: 02-2794566
Fax: 02-2794577
Ramallah-Al-Bireh:
Tel.: 02-2956827
Fax: 02-2986335
Bethlehem:
Tel.: 02-2743544
Fax: 02-2741617
Nablus:
Tel.: 09-2387606
Tel. & Fax: 09-2395260
Hebron:
Tel.: 02-2228213
Tel. & Fax: 02-2250027
Fax: 02-2228251
Dura:
Tel. & Fax: 02-2281329
Fax: 02-2286611
Jericho:
Tel. & Fax: 02-2321268
Fax: 02-2321171
Jenin:
Tel.: 04-2501091
Fax: 04-2501888
Salfit:
Tel. & Fax: 09-2515666
Tulkarem:
Tel. & Fax: 09-2671766
Qalqilya:
Tel.: 09-2942533

**Commission of Al-Hajj Wa-Umrah**
Head: Ziad Al-Rjoub
Tel.: 02-2406329
Fax: 02-2401397
http://www.hajj-umrah.ps
Al-Balou', Al-Wardah Al-Hamrah
Bldg., 6th fl., Al-Bireh
Gaza
Dir. Gen.: Abdel Karim Qutati
Tel. & Fax: 08-2883320/30
Hebron:
Dir. Gen.: Mahmoud Thwaib
Tel. & Fax: 02-2298881-2
Burj Zalloum, 3rd fl., Ein Sara
Nablus:
Dir. Gen.: Sheikh Salim Al-Ashqar
Tel. & Fax: 09-2337714-5
Hamawi & Shaqou bldg., An-Najah
University St., Nablus

---

*Index p. 172 ff*                                    PASSIA                                    21

## ► MINISTRY OF WOMEN'S AFFAIRS

**Minister:** Dr. Kholoud Daibes
Tel.: 02-2423315/9461-2/
0599-204058
Fax: 02-2422175
E-mail: minister@visit-palestine.com
PO Box 4616, Al-Bireh
**Dep. Min.:** Salwa Hdeib-Qannam
Tel.: 02-2423315/ 0599-672347
Fax: 02-2422175
E-mail: salwa_jerusalem@hotmail.com

## ► MINISTRY OF YOUTH & SPORT

**Minister:**
Gaza:
Tel.: 08-2836646/77901/5529/30
Fax: 08-2875535
E-mail: youth@p-ol.com
http://www.mys.gov.ps
Ash-Shifa St., Southern Rimal,
PO Box 1416, Gaza
Ramallah:
Tel.: 02-2967890/1
Fax: 02-2985991
Irsal St., Irsal Bldg., PO Box 52
**Dep. Min.:**
- Hassan Khatib
Tel.: 02-2959733
- Mousa Abu Zaid
Tel.: 02-2959730/0599-260142
Fax: 02-2985991

**District Offices:**
Bethl.: Head: Khalil Shahwan
Tel.: 02-2770680
Deir Al Balah: Tel.: 08-2531929
Gaza Compound: 08-2824956
Hebron: Abdul Nasser Al Sharif
Tel.: 02-2226359/15018
Jenin: Head: Ghassan Kabaha
Tel.: 04-2502680
Jericho: Suleiman Abu Taleb
Tel.: 02-2322498
Jlem: Head: Amir Abu Shams
Tel.: 02-2347998
Khan Younis: Tel.: 08-2054176/3671
Nablus: Head: Fathi Khader
Tel. & Fax: 09-2382621/1557
Qalqilya: Head: Hussam Bal'awi
Tel.: 09-2942761
Ramallah-Al-Bireh: Nimer Attiyeh
Tel.: 02-2989890
Salfit: Head: Reyad Amer
Tel.: 09-2515040
Tulkarem: Head: A'la'a Haloub
Tel.: 09-2672783

**Majed As'ad Sports' Compound**
Dir.: Hussam Turki
Tel.: 02-2400144
Al-Bireh

**The Martyr Salah Khalaf Center for Young Leaders**
Dir.: Marwan Wishahi
Tel.: 09-2578620/2578177
Al-Fara'a

22

## PALESTINIAN LEGISLATIVE COUNCIL (PLC)

**Sec. Gen.:** Dr. Ibrahim Khreisheh
Tel. & Fax: 02-2984652
E-mail: ibrahimk@pal-plc.org

**- Office the Secretary General:**
Dir. Gen.: Nehad Alayyan
Tel.: 02-2984743
Mobile: 0598-922966

**- Speaker's Office:**
Tel. & Fax: 02-2987712
http://www.pal-plc.org
Main Office, Ramallah:
Tel.: 02-2984301-2/2984804/6
- Bureau of the Speaker
Head: Dr. Dawwas Dawwas
Tel.: 02-2960733/87712/84804/6
Mobile: 0599-877102
Fax: 02-2984652
E-mail: speaker@pal-plc.org
-Assistant of the Secretary Gen. for the External & Information Affairs:
Bassem Barhoum
Tel.: 02-2984159
Mobile: 0598-922967
Fax: 02-2984159
-External & Information Affairs Dep.:
Dir. Gen.: Hani Odeh
Tel.: 02-2986032
Mobile: 0598-316811
-Information Technology Dep:
Dir.: Anan Hamad
Tel.: 02-2984742
Tel. & Fax: 02-2958892
Gaza:
Tel.: 08-2827037/9337/8
08-2824194/3953
Fax: 08-2827027/4174/2596
E-mail: speaker@pal-plc.org

**Assistants:**
**- Legal Affairs**
Mr. Jamal Al-Khatib
Tel. & Fax: 02-2984245
Mobile: 0598-961333
E-mail: Jamalalkhateeb@yahoo.com
-Legal Affairs Dep. Mr. Yousef Joffal
-Research and Studies Dep.
Dir. Gen: Adnan Odeh
Tel.: 02-2984803

**- Financial & Admin. Affairs:**
Ahmad Abu Hashish
Tel. & Fax: 02-2984746
Mobile: 0599-200465
E-mail: asahashish@yahoo.com

**- Council Meetings & Committees**
Nasha'at Qariuti
Tel.: 02-2984807
Mobile: 0599-255932

**Committees' Affairs Dept.**
Tel.: 02-2980306

**Session Affairs Dept.**
Tel. & Fax: 02-2987719

## PLC MEMBERS

NB: * = currently imprisoned by Israel

El-Abadsa, Yahia (Change & Reform - List)
Tel.: 08-2052715
Mobile: 0599-608104

* Abdel Hamid, Nizar (Change & Reform - Hebron)
Tel.: 02-2284610
Mobile: 0599-225222

* Abdel Jawad, Nasir (Change & Reform - Salfit)
Tel.: 02-2995704
Mobile: 0599-593378
Fax: 09-2515814

* Abdel Rahman, Wa'el (Change & Reform - Jerusalem)
Tel.& Fax: 02-2347192
Mobile: 0522-825722

Abdel Rahman, Zaidan (Change & Reform - Tulkarem)
Tel.: 09-2663288
Mobile: 0599-207017

Abdullah, Abdullah (Fateh - List)
Tel. & Fax: 02-2951677
Mobile: 0599-240185

* Abu Ali, Mohammad (Fateh - List)
Tel.: 02-5821984
Mobile: 0599-367977

Abu Amro, Ziad (Independent - Gaza)
Tel.:08-2836617
Mobile: 0599-408407
Fax: 08-2836627

Abu Bakir, Najat (Fateh - List)
Tel.: 09-2342788
Mobile: 0599-872315
Fax: 09-2349015

Abu Halabiya, Ahmad (Change & Reform - List)
Tel. & Fax: 08-2855015
Mobile: 0599-320631

* Abu Hassan, Khalid (Change & Reform - Jenin)
Tel.: 04-2502260
Mobile: 0599-774286

Abu Houli, Ahmad (Fateh - Deir Al Balah)
Tel.: 08-2551611
Mobile: 0599-418706

* Abu Jhaisha, Mohammad (Change & Reform - Hebron)
Tel.: 02-2291933
Mobile: 0599-765859

PASSIA

02:008875
0739

**Abu Musameh, Sayed** (Change & Reform - List)
Tel.: 08-2149203
Mobile: 0599-852422

**Abu Ras, Marwan** (Change & Reform - List)
Tel.: 08-2827312 / 0599-465534
Fax: 08-2863552

**Abu Al-Rob, Jamal** (Fateh - List)
Tel.: 04-2512302
Mobile: 0599-365022

**\* Abu Salem, Ibrahim** (Change & Reform - Jerusalem)
Tel.:02-2449702
Mobile: 0525-768659

**Abu Shahla, Faysal** (Fateh - List)
Tel.: 08-2824878
Tel. & Fax: 08-2820839
Mobile: 0599-204245

**Abu Shammaleh, Majid** (Fateh - List)
Tel.: 08-2146884 /
Tel. & Fax: 08-2830500
Mobile: 0599-400202

**\* Abu Sir, Daoud** (Change & Reform -Nablus)
Tel.: 09-2392510 / 09-2520555
Tel. & Fax: 09-2520555
Mobile: 0599-749444

**\* Abu Teir, Mohammed** (Change & Reform - List)
Tel.: 02-6721726
Mobile: 0548-021499

**Abu Tous, Khalid** (Change & Reform - Tubas)
Tel.: 0599-534132
Mobile: 0599-534132
Fax: 09-2577777

**Abu Znaid, Jihad** (Fateh - List)
Tel.: 02-5826530/10977
Mobile: 0547-301049 / 0599-256135
Fax: 02-5321891/2345888

**Ahmad, Ahmad** (Change & Reform - Nablus)
Tel.: 09-2384607
Fax: 09-2330480

**Al-Ahmad, Azzam** (Fateh - Jenin)
Tel.:02-2981818/04-2403918
Tel. & Fax: 02-2405070 off.
Mobile: 0599-205220

**Al-'Aileh, Abdel Hamid** (Fateh -List)
Tel.: 08-2875712
Mobile: 0599-411200

**Al-Akhras, Radwan** (Fateh - Rafah)
Tel.:08-2137822/2845177
Mobile: 0599-403892

**\* Ala-Eddin, Mohammed** (Change & Reform - List)
Tel.: 02-2222360
Mobile: 0599-678264

**Al-Aloul, Mahmoud** (Fateh - Nablus)
Tel. & Fax: 09-2385075
09-2381045 off.
Mobile: 0599-205450

**\* Amii, Riad** (Change & Reform - Nablus)
Tel.:09-2520210
Tel. & Fax: 09-2520555- off.
Mobile: 0599-252559

**Al-Ashqar, Ismail** (Change & Reform - North Gaza)
Tel.: 08-2475426 / 0599-734827
08-2474414 off
Fax: 08-2474415

**Ashrawi, Hanan** (The Third Way - List)
Tel.: 02-2989490 off/2988989
Mobile: 0599-201207
Fax: 02-2989492

**Assaf, Walid** (Fateh - Qalqilya)
Tel. & Fax: 09-2902155
Mobile: 0599-803039

**Al-Astal, Najat** (Fateh - List)
Tel.: 08-2052797
Mobile: 0599-600144
Fax: 08-2067530

**Al-Astal, Younis** (Change & Reform - Khan Younis)
Tel.: 08-2065476
Mobile: 0599-481347

**\* Atoun, Ahmad** (Change & Reform - Jerusalem)
Tel.: 02-6733598
Mobile: 0505-452131
Fax: 02-6731402

**\*Badir, "Mohammed Maher"** (Change & Reform - List)
Tel.: 02-2251734/2217103
02-2298991
Mobile: 0599-381056
Fax: 02-2298990

**Bahar, Ahmad** (Change & Reform - Gaza)
Tel.: 08-2855186/2827027
Mobile: 0599-565536
Fax: 08-2827027/2855186

**Bal'awi, Hakam** (Fateh - List)
Tel.: 02-2401248
Mobile: 0599-200797
Fax: 02-2401081

**Barakah, Raja'i** (Fateh - List)
Tel.: 08-2076544
Mobile: 0599-884197

**Al-Bardawil, Salah** (Change & Reform - Khan Younis)
Tel. & Fax: 08-2068636
Mobile: 0599-402013

**\* Barghouthi, Marwan** (Fateh - List)
Tel.:02-2963131
Mobile: 0599-788540
Fax: 02-2989646

**Barghouthi, Mustafa** (Independent Palestine - List)
Tel.: 02-2954103
02-2966362 off.
Mobile: 0599-254218
Fax: 02-2989917/2969993

**Barhom, Abdel Rahim** (Fateh - List)
Tel.: 09-2940005/2943044
Mobile: 0599-674171
Fax: 09-2943045/8603

**\* Dahbour, Ibrahim** (Change & Reform - List)
Tel.: 04-2468404/9034
Mobile: 0599-264386
Fax: 04-2469034/2505365

**Dahlan, Mohammad** (Fateh - Khan Younis)
Fax: 08-2844908
Mobile: 0599-266000

**Daraghmeh, Ayman** (Change & Reform - List)
Mobile: 0599-520919
Tel. & Fax: 02-2971795

**Dokhan Abdel Fattah** (Change & Reform - List)
Tel.: 08-2550553

**\* Al-Dwaik, Aziz** (Change & Reform-Hebron)
Tel.: 02-2253678
Fax: 02-2229247
Mobile: 0599-253810

**Erekat, Sa'eb** (Fateh - Jericho)
Tel.: 02-2322304/2321540
Fax: 02-2321240
Mobile: 0599-151532

**Farahat, Maryam** (Change & Reform - List)
Tel.: 02-2812299

**Fayyad, Salam** (The Third Way - List)
Tel.: 02-2974961
Mobile: 0599-226228
Fax: 02-2409689

**Fokaha, 'Abdel Jabir** (Change & Reform - List)
Tel. & Fax: 02-2971795
Mobile: 0599-101060

**Al-Ghoul, Mohammad** (Change & Reform - Gaza)
Tel.: 08-2871711
Mobile: 0599-883008
Fax: 08-2823182

**Al-Haj, Jamal** (Fateh - List)
Tel.: 09-2324265/2316880
Mobile: 0599-520999

**Halaykah, Samira** (Change & Reform - List)
Tel.: 02-2560776
Mobile: 0599-399037

*Index p. 172 ff*

PASSIA

23

02:008876

0740

**\* Hamdan, Fadel** (Change & Reform -Ramallah)
Tel.: 02-2971487

**Hamdan, Rabiha Diab** (Fateh - List)
Tel.: 02-2813528/2984782
Mobile: 0599-555223
Fax: 02-2950155

**Hammad, Fathi** (Change & Reform - List)
Tel.: 08-2470876
Mobile: 0599-608915
Fax: 08-2470565

**Haniyeh, Isma'el** (Change & Reform - List)
Tel.: 08-2824550
Mobile: 0599-457575
Fax: 08-2824550

**Al-Haymoni, Akram** (Fateh - List)
Tel.: 02-2294722
Mobile: 0599-253256

**Al-Hayya, Khalil** (Change & Reform - Gaza)
Tel.: 08-2808472
Fax: 08-2860800
Mobile: 0599-608780

**Hijazi, Mohammad** (Fateh - Rafah)
Tel. & Fax: 08-2146836
Mobile: 0599-859561

**\* Hwail, Jamal** (Fateh - List)
Tel.: n/a
Mobile: n/a

**Idwan, Atif** (Change & Reform - North Gaza)
Tel.: 08-2457603
Mobile: 0599-873971

**Iskaik, Jamal**
Tel.: n/a
Mobile: n/a

**Al-Jamal, Abdul Rahman** (Change & Reform - Deir Al-Balah)
Tel.: 08-2553664
Mobile: 0599-407933

**Jarrar, Khalida** (Martyr Abu Ali Mustafa - List)
Tel.: 02-2952365/2960446
Fax: 02-2960447/2976083
Mobile: 0547-353140/0599-229977

**Jom'ah, Ashraf** (Fateh - Rafah)
Tel.: 08-2137191
Fax: 08-2138148
Mobile: 0599-414468

**Juma'a, Nasser** (Fateh - List)
Tel.: 09-2370715 / 0599-317333
Fax: 09-2370154
E-mail: naserjumaa@gmail.com

**\* Khadair Hamid** (Change & Reform - Nablus)
Tel.: 09-2326938
Fax: 09-2330480

**Khadir, Qais** (Abu Layla) (Alternative - List)
Tel.: 02-2988525
02-2965950 off.
Mobile: 0599-658349
Fax: 02-2980401

**\* Khalil, Hassan** (Change & Reform -Ramallah)
Tel.: 02-2901169
Mobile: 0599-658888

**\* Al-Khatib, Mahmoud** (Change & Reform - Bethlehem)
Tel.: 02-2767451
02-2764014 off.
Mobile: 0522-243001
Fax: 02-2764014

**Khreisheh, Hasan** (Independent - Tulkarem)
Tel.: 09-2675029
Mobile: 0599-205071
Fax: 09-2676026

**Al-Khudari, Jamal** (Independent - Gaza)
Tel.: 08-2822855
Mobile: 0599-466166
Fax: 08-2457152

**Kokali, Fouad** (Fateh - Bethlehem; Christian quota)
Tel.: 02-2774510
Mobile: 0599-204054
Fax: 02-2746741

**Al-Lahham, Mohammad** (Fateh - List)
Tel.: 02-2751664/0599-254723
Fax: 02-2746741

**Al-Majdalawi, Jameel** (Martyr Abu Ali Mustafa - List)
Tel.: 08-2454819/2830787
Mobile: 0599-410744
Fax: 08-2830575

**Mansour, Muna** (Change & Reform - List)
Tel.: 09-2344152
Mobile: 0599-870352
Fax: 09-2375936

**\* Mansour, Yaser** (Change & Reform - List)
Tel. & Fax: 09-2391347
Mobile: 0599-250280

**Al-Masdar, Ibrahim** (Fateh - List)
Tel. & Fax: 08-2531364
Mobile: 0599-873170

**Al-Masri, Mushir Al-Ahbal** (Change & Reform - North Gaza)
Tel.: 08-2474224
Mobile: 0599-689999

**\* Matar, Omar** (Change & Reform - List)
Tel.: 09-2515512
Mobile: 0599-290001
Fax: 09-2515814

**\* Mubarak, Ahmad** (Change & Reform - Ramallah)
Tel.: 02-2989724/
02-2401159 off.
Mobile: 0599-283384
Fax: 02-2401304

**\* Musleh, Mahmoud** (Change & Reform - Ramallah)
Tel.: 02-2984529
Mobile: 0599-568877

**Al-Najjar, Khamis** (Change & Reform - Khan Younis)
Tel.: 08-2051322
Mobile: 0599-856428

**\* Nofal, Imad** (Change & Reform - List)
Tel. & Fax: 09-2946576
Mobile: 0599-520970

**\* Al-Qadi, Samir** (Change & Reform - Hebron)
Tel. & Fax: 02-2523555/2251444
Mobile: 0599-520882/0599-795204

**\* Qafaish, Hatem** (Change & Reform - Hebron)
Tel.: 02-2230888/2230621
Mobile: 0599-523416

**Qaraqi, 'Issa** (Fateh - List)
Tel.: 02-2747258
Mobile: 0599-673887
Fax: 02-2747555/2746741

**\* Qar'awi, Fathi** (Change & Reform - List)
Tel.: 09-2692104

**Al-Qawasmi, Sahar** (Fateh - List)
Tel.: 02-2259545
Mobile: 0599-676637/0599-226893
Tel. & Fax: 02-2293456

**Al-Qreenawi, Huda** (Change & Reform - List)
Tel.: 08-2554816
Mobile: 0599-302794

**\* Rabai, Khalil** (Change & Reform - List)
Tel.: 02-2270050/2298990
Mobile: 0599-292609
Fax: 02-2298991/2279314

**\* Radad, Reyad** (Change & Reform-Tulkarem)
Tel.: 09-2666683
Mobile: 0599-389965

**\* Al-Rajoub, Naief** (Change & Reform - Hebron)
Tel.: 02-2281592
Mobile: 0599-801744

**\* Al-Ramahi, Mahmoud** (Change & Reform - List)
Tel.: 02-2405346
Mobile: 0599-293003
Fax: 02-2402218

24

PASSIA

02:008877
0741

\* **Rasoul, Ahmad Sa'adat** (Martyr Abu Ali Mustafa - List)
Tel.: 02-2970289
Fax: 02-2970325

\* **Romanin, Ali** (Change & Reform - List)
Tel.: 02-2328283/2327545
Mobile: 0599-838714
Fax: 02-2327544

**Sabella, Ivivan** (Fateh - Jerusalem; Christian quota)
Tel.: 02-5856859
Mobile: 0505-234416
Fax: 02-6271716

**Salamah, Muhib** (Fateh - Ramallah)
Tel.: 02-2905531
Mobile: 0599-711589
Fax: 02-2905524

**Salamah, Salim** (Change & Reform - Deir Al-Balah)
Tel.: 08-2550890
Mobile: 0599-850847
Fax: 08-2551186

**Saleh, Jamal** (Change & Reform - Gaza)
Tel.: 08-2828547
Mobile: 0599-414140

**Saleh, Maryam** (Change & Reform - List)
Tel. & Fax: 02-2971795
Mobile: 0599-522101

\* **Salhab, Azzam** (Change & Reform - Hebron)
Tel.: 02-2253516
Mobile: 0599-252206

**Al-Salhi, Bassam** (Alternative - List)
Tel.: 02-2403645
       02-2963593  off.
Mobile: 0599-224499
Fax: 02-2963593

**Al-Saqqa, Fayez** (Fateh-Bethlehem; Christian quota)
Tel.: 02-2754355/2741620
Mobile: 0599-276802
Fax: 02-2742641

**Seyam, Sa'eed** (Change & Reform - Gaza)
Tel.: 08-2874329
Mobile: 0599-609494

**Sha'ath, Nabil** (Fateh - List)
Tel.: 08-2852555
Mobile: 0599-603310
Fax: 08-2872460

**Shami, Shami** (Fateh - Jenin)
Tel.: 04-2504086
Mobile: 0599-391175
Fax: 04-2504449

**Al-Shanty, Jameela** (Change & Reform - List)
Tel.: 08-2450851
Mobile: 0599-565161

**Al-Sharafi, Yousef** (Change & Reform - North Gaza)
Tel.: 08-2470303
Mobile: 0599-847999
Fax: 08-2470555

**Shawa, Rawya** (Independent Palestine - List)
Tel.: 08-2808466
Tel. & Fax: 08-2824177
Mobile: 0599-307439

**Al-Sheikh, Ali Na'emah** (Fateh- List)
Tel.: 08-2825186
Mobile: 0599-412708
Fax: 08-2822727

**Shihab, Mohammed** (Change & Reform - North Gaza)
Tel.: 08-2454171
Mobile: 0599-608890
Fax: 08-2456258

**Shraim, Ahmad** (Fateh - Qalqilya)
Tel.: 09-2941297/3044
Mobile: 0599-205170

**Ai-Farrah, Sulieman** (Sufian Al-Agha) (Change & Reform - Khan Younis)
Tel. & Fax: 08-2054886
Mobile: 0599-422111

\* **Al-Tal, Mohammad** (Change & Reform - Hebron)
Tel.: 02-2265560/2298991
Fax: 02-2298991/0599-387739

**Ai-Tawil, Husam** (Independent - Gaza)
Tel.: 08-2840623
Mobile: 0599-403092
Fax: 08-2824299

**Thabit, Siham** (Fateh - List)
Tel. & Fax: 09-2671824
Tel.: 09-2671616 off.
Mobile: 0599-888938

\* **Terawi, Jamal** (Change & Reform- List)
Tel.: n/a

**Thwaib, Khalid** (Change & Reform - Bethlehem)
Tel.: 02-2772657
Tel. & Fax: 02-2764014
Mobile: 0522-489965

\* **Totah, Mohammad** (Change & Reform - Jerusalem)
Tel.: 02-6262603 / 054/-753225
Fax: 02-6271046

**Tumailah, Jihad** (Fateh - List)
Tel.: 02-2965657/2975652
Mobile: 0599-187070
Fax: 02-2986464

**Al-Wazir, Intisar** (Fateh - List)
Tel.: 08-2824730/02-2959928
Mobile: 0599-408413

**Yaghi, Alaa Addin** (Fateh - List)
Tel.: 08-2877402/02-2950222
Mobile: 0599-111149
Fax: 08-2854240

\* **Yahya, Khalid** (Change & Reform - Jenin)
Tel.:04-2505351
Mobile: 0599-355892
Fax: 04-2505365

\* **Yasin, Husni** (Change & Reform - Nablus)
Tel.: 09-2396257
Mobile: 0599-520989
Fax: 09-2396062

\* **Za'arir, Basim** (Change & Reform - Hebron)
Tel.: 02-2268780
Tel. & Fax: 02-2298990/1
Mobile: 0599-800507

**Al-Zahar, Mahmoud** (Change & Reform - List)
Tel.: 08-2865288
Mobile: 0599-408404

\* **Al-Zaidan, Abdel Rahman** (Change & Reform - List)
Tel.: 09-2663288
Mobile: 0599-207017

\* **Al-Zboun, Anwar** (Change & Reform - List)
Tel. & Fax: 02-2750506/2764014
Mobile: 0599-520909/0522-329344

---

## PLC COMMITTEES

(Note: currently not functioning)

Council Affairs Committee

The Budget & Financial Affairs Committee

The Economic Committee

The Education Committee

Energy & Natural Resources Committee

Interior & Security Committee

Jerusalem Affairs Committee

Land & Anti-Settlement & Racial Separation Wall Committee

The Legal Committee

Local Government

Martyrs, Prisoners, the Injured & Veterans Committee

Oversight & Human Rights Committee

The Political Committee

The Refugee Committee

Social Affairs Committee

*Index p. 172 ff*

PASSIA

25

02:008878
0742

## PA ATTORNEY GENERAL - GENERAL PROSECUTION

**Attorney General**
Ahmad Al-Mughanni
**Assistant, West Bank:**
Abdel Ghani Tweiwy
Tel.: 02-2426586/8/2429161
Fax: 02-2426587
E-mail: info@pgp.gov.ps
http://www.pgp.gov.ps
Al-Balua, opp. Foreign Ministry,
Al-Bireh

## PA HIGHER JUDICIAL COUNCIL

**Higher Judicial Council**
Chief Justice: Judge Issa Abu Sharar
Tel.: 02-2407768/4930
Fax: 02-2409029
E-mail: cjo@court.gov.ps
Ramallah
Sec.-Gen.: Judge Rasha Hammad
E-mail: 6_rasha_hammad@yahoo.com
**Judiciary Training Department:**
Head: Judge As'ad Mubarak
Tel. & Fax: 02-2403014
E-mail: assadmubarak@yahoo.com
**Judiciary Inspection Department:**
Head: Azmy Tanjeer
Tel. & Fax: 02-2402926
E-mail: azmi-tanjeer@yahoo.com
**Planning & Projects Management Department**
Head: Judge Thuraya Al-Wazir
Tel.: 02-2402926
Fax: 02-2402926
E-mail: thuraya.alwazir@gmail.com
**Court of Appeal:**
Tel.: 02-2409403
Fax: 02-2404401
Ramallah
**Financial & Administrative Affairs**
Acting- Dir.-Gen.: Fahad Qawasmi
Tel.: 02-2408565
Fax: 02-2402392
**District Courts:**
- Bethlehem:
  Tel.: 02-2742449
  Fax: 02-2742545
- Hebron:
  Tel.: 02-2290323/2
  Fax: 02-2290322
- Ramallah
  Tel. & Fax: 02-2407785
- Qalqilya:
  Tel. & Fax: 09-2940053
- Jenin:
  Tel.: 04-2501022
  Fax: 04-2503579
- Nablus:
  Tel.: 09-2382918
  Fax: 09-2388416
- Tulkarem:
  Tel. & Fax: 09-2671037

- Jericho:
  Tel. & Fax: 02-2321210
**Magistrate Courts:**
- Salfit:
  Tel. & Fax: 09-2515703
- Tubas:
  Tel. & Fax: 09-2574585
- Halhoul:
  Tel. & Fax: 02-2297717
- Dura:
  Tel.: 02-2281391
- Nablus:
  Tel.: 09-2382918
- Ramallah:
  Tel. & Fax: 02-2407761
- Bethlehem:
  Tel.: 02-2751191
- Hebron:
  Tel.: 02-2228154
- Tulkarem:
  Tel. & Fax: 09-2671037
- Jenin:
  Tel.: 04-2501022
- Jericho:
  Tel.: 02-2322565
- Qalqilya:
  Tel. & Fax: 09-2940053

## PA AGENCIES & INSTITUTIONS

**Environmental Quality Authority**
Chairman: Dr. Yousef Abu Safiyeh
Tel.: 08-2847208
Fax: 08-2847198
E-mail: environment@gov.ps
http://www.mena.gov.ps
An-Nasser, Ath-Thwara St., Gaza
Deputy Chairman: Jamil Al-Motour
Tel.: 02-2403495-8
Fax: 02-2403494
E-mail: jameel_mtr@hotmail.com
Al-Sharafeh, Burj Al-Sa'ah Bldg.,
PO Box 3841, Ramallah
*Regional Offices:*
Hebron: Tel.: 02-2225328/9269
          Fax: 02-2229279
PO Box 1310
Nablus: Tel. & Fax: 09-2341632
Jenin: Tel. & Fax: 04-2433770
Tulkarem: Tel. & Fax: 09-2675890
Bethlehem: Tel.: 02-2751917

**General Authority of Civil Affairs**
Chairman: Hussain Al-Sheikh
Tel. & Fax: 02-2403244
Fax: 02-2403220
E-mail: info@mca.gov.ps
http://www.mca.gov.ps
Qattom Bldg., Al-Balou', Al-Bireh,
PO Box 2074, Ramallah
Gaza:
Tel.: 08-2847500
Fax: 08-2824890
Al-Nasir St., Yazigi Bldg., opp. Qaser
Al-Hakem, Gaza

**Asst. Dep., Gaza:**
Abdul Nasser Al-Sarraj
Tel.: 08-2827846/9652
Fax: 08-2829648

**Asst. Dep., West Bank:**
Marouf Zahran
Tel.: 02-2405190
Fax: 02-2405185

**Dir.s Gen., West Bank:** Hisham Abu
Mariam, Ayman Qandil, Adib Abu
Khalil, Fakhreddin Al-Deek, Saleh Al-
Zeq, Rezq Nofal, Emran Yousef,
Hassan Abu Hasheesh, Majdi
Alawnch, Louay Alsady, Mahmoud
Samara, Imad El-Natsheh

**Dir.s Gen., Gaza:** Ziad Al-Abed, Khalil
Farraj, Musa Abu Ghazi, Maher Abu Al-
'Ouf, Ayman Elraqm, Muhammed
Joudeh, Sameer Abu Nahleh, Mousa
abu Sadeh, Ashraf Dahlan, Ziad Awaja

**PR: Dir.-Gen.:** Raghda Farrah

**Civil Affairs Offices:**
Abu Dis: Tel.: 02-2799520
Fax: 02-2797920
Allenby Bridge: Tel.: 02-2943395
Bethlehem: Tel.: 02-2770590/65305
              Fax: 02-2770591
Deir Al-Balah: Tel.& Fax: 08-2531517
Ethna: Tel.: 02-2258558
        Fax: 02-2226421
Gaza: Tel.: 08-2894049/2822333
Hebron: Tel.: 02-2226420/2258558
          Fax: 02-2226421
Jabalia: Tel. & Fax: 08-2479570-1
Jenin: Tel.: 04-2501555/2431642
        Fax: 04-2501565
Jericho: Tel.: 02-2321448
          Fax: 02-2321030
Nablus: Tel.: 09-2384404/2391750
          Fax: 09-2384405
Qalqilya: Tel.: 09-2942755
            Fax: 09-2942757
Rafah: Tel. & Fax: 08-2145773
Al-Ram: Tel.: 02-2344166
          Fax: 02-2344177
Rafah: Tel. & Fax: 08-2145773
Ramallah: Tel.: 02-2986512
            Fax: 02-2986513
Salfit: Tel.: 09-2515688
        Fax: 09-2515658
Tubas: Tel.: 09-2574112
        Fax: 09-2574111
Tulkarem: Tel.: 09-2674085
            Fax: 09-2674084

**General Personnel Council**
Chairman: Dr. Jihad Hamdan
Tel.: 02-2987791-3
Fax: 02-2980641
E-mail: info@gpc.gov.ps
http://www.gpc.gov.ps
Um Sharayet, PO Box 1995, Ramallah
Gaza: Tel.: 08-2829003
Fax: 08-2822236/
E-mail: info@gpc.gov.ps
Ansar area, besides Sheikh Zayed
Mosque, Gaza

**Government Computer Center** see
*Index of Ministry of Telecommunication*

**The Land Authority**
Pres.: Nadim Al-Barahmeh
Advisor to the Chairman: Sahar Jallad
Tel.: 02-2413717/1850

PASSIA

02:008879

0743

Tel. & Fax: 02-2413716
Dir.-Gen.: Sa'eb Nathif
Tel.: 02-2413713
Fax: 02-2413234
Al-Bireh, Nablus St., Al-Ramouni
Bldg., Ramallah
Gaza:
Tel.: 08-2828804/8827
Fax: 08-2820265
Real State & Surveying
Ramallah:
Tel.: 02-2413710     Survey
Tel.: 02-2413714     Real State
Bethl.: Tel. & Fax: 02-2751444
Hebron: Tel. & Fax 02-2226040
Jenin: Tel. & Fax: 04-2501016
Nablus: Tel.: 09-2385343
        Fax: 09-2383816
Qalqilya: Tel.: Fax 09-2940688
Tulkarem: Tel. & Fax: 09-2671780

**Land Registries:**
Ramallah: Tel. :02-2413711
Bethl.: Tel. & Fax  02-2742088
Hebron: Tel. & Fax 02-2229292
Jericho: Tel. 02-2322552
        Fax: 02-2321366
Jenin: Tel. & Fax: 04-2501042
Qalqilya: Tel. & Fax 09-2944927
Nablus: Tel. & Fax: 09-2347632
Tulkarem: Tel. & Fax: 09-2671006

**Martyrs' Families & Injured Care**
**Establishment (M's F. & I.C.E.)**
Dir.-Gen.: Khalid Jabarin
Dir.: Sulaiman Al-Deek
Tel.: 02-2958507 /60111
Fax: 02-2986268
Ramallah
Bethl.: Dir.: Yousef Abu Laban
        Tel. & Fax 02-2770945
Deir Al-Balah: Tel.: 08-2536301
Gaza: Dir.: Fathi Shahin
        Tel. & Fax 08-2824727
Hebron: Dir.: Amal Jaradat
        Tel. & Fax. 02-2223888
Jenin: Dir.: Mus'ad 'Ammar
        Tel. & Fax 04-2436864
Jericho: Dir: Sa'ed Jubran
        Tel.: 0599-711822
Jerusalem: Dir.: Ibrahim Faqousah
        Tel. & Fax: 02-2798433
Khan Younis: Tel.: 08-2061533
Nablus: Dir.: Ali Assad
        Tel. & Fax: 09-2385550
Qalqilya: Dir.: Mai Zeid
        Tel. & Fax. 09-2944373
Rafah: Tel.: 08-2130708
Salfit: Dir.: Zahra Qaroush
        Tel. & Fax: 09-2519326
Tulkarem: Dir.: Zuheir Khattab
        Tel. & Fax: 09-2680477

**National Center for Studies &**
**Documentation**
Head: Abdallah Hourani
Tel. & Fax: 08-2848778/2839940
E-mail: n-c-s-d@palnet.com
http://www.ncsd05.org
Ahmad Ben Abdul Aziz St., Rimal,
PO Box 5256, Gaza

**Palestine Monetary Authority**
Governor: Dr. Jihad Al-Wazir
Tel.: 02-2415252/54-5
Fax: 02-2409922/24
E-mail: info@pma.ps
http://www.pma-palestine.org
PO Box 452, Ramallah
Gaza:
Tel.: 08-2824599/5713/23
Fax: 08-2844487
Rimal, Nasroh St., POB 4026, Gaza

**Palestine News & Information**
**Agency (WAFA)**
Chair: Reyad Al-Hassan
Tel. & Fax: 02-2964761
Mobile: 0599-605522
E-mail: president@wafa.ps
        r_hasssan@yahoo.com
E-mail: edit@wafa.ps
http://www.wafa.ps
Dir. Gen. of WAFA: Nemer Khalouf
Tel.: 02-2973777/ 0599-202911
E-mail: nemer_ Khalouf@hotmail.com
**Dir. Gen.:** Nawaf Hamed
Tel. & Fax: 02-2964762/
Mobile: 0598-926200/ 0599-261311
E-mail: nawaf@wafa.ps
**Editor in Chief:** Ali Hussein
Tel.: 02-2987767/0599-403213
Fax: 02-2973511
E-mail: ali@wafa.ps
        Suhaal673@hotmail.com

*General Photographic (Archives):*
Tel.: 02-2964833/0599-383326
Fax: 02-2980472
E-mail: tasweer_w@wafa.ps
        tasweer_w@hotmail.com
Al-Masaief, Mak'a Center Bldg., 2, 4,
5 fl., Ramallah

**Palestine Standards Institution**
Dir.-Gen.: Mazen Abu Shari'a
Tel.: 02-2989650/4144/2965191
Fax: 02-2964433
E-mail: info@psi.gov.ps
http://www.psi.gov.ps
Al-Quds St., besides Nursing College,
PO Box 2258, Ramallah
Gaza: Tel.: 08-2836844
Hebron: Tel. & Fax: 02-2226976
Nablus: Tel. & Fax:
        Fax: 09-2341745

**Palestinian Broadcasting**
**Corporation (PBC)**
Chairman: Basem Abu Sumaya
Tel.: 02-2959894-91/0599-544333
Fax: 02-2959893
**Director Generals:**
Radio: Jamal Mohammad
Tel.: 02-2984731/0598-914464
TV: Mohammad El-Dahoudi
Tel. & Fax 02-2959999/ 0599-408068
Programs: Yahiya Barakat
Tel.: 2963755/ 0599-204646
Fax: 02-2963753
PR: Hanadi Masoud
Tel.: 02-2959895/0598-914454
Studies:
Ramallah: Tel.: 02-2963751-4
        Fax: 02-2963750

Index p. 172 ff

PASSIA RAMALLAH

**Palestinian Central Bureau of**
**Statistics (PCBS)**
Pres.: Dr. Luay Shabaneh
Tel.: 02-2426340
Fax: 02-2426343
E-mail: diwan@pcbs.gov.ps
http://www.pcbs.gov.ps
Al-Bireh, PO Box 1647, Ramallah
PR Officer: Loay Shihadeh
Tel.: 02-2426340/ 0599-230118
Fax: 02-2426343
E-mail: loays@pcbs.gov.ps

*Field Work Directorates:*
Gaza: Tel.: 08-2820965
        Fax: 08-2829600
Bethlehem: Tel. & Fax: 02-2744480
Khan Younis: Tel. & Fax: 08-2052943
Hebron: Tel.: 02-2220202
        Fax: 02-2252865
Jenin: Tel. & Fax: 04-2436969
Nablus: Tel.: 09-2381752
        Fax: 09-2387230
Qalqilya: Tel. & Fax 09-2943005
Ramallah: Tel.: 02-2951101
        Fax: 02-2952796
Tulkarem: Tel. & Fax: 09-2672905

**Palestinian Economic Council for**
**Development & Reconstruction**
**(PECDAR)**
President: Dr. Mohammed Shtayyeh
E-mail: shtayyeh@pecdar.edu
Tel.: 02-2974380-1 / 0599-210338
Fax: 02-2975140
http://www.pecdar.org
Yasmin St., near Nursery College,
Next to Al-Quds Educational TV, Al-
Bireh, PO Box 54910, Jerusalem
Admin. & Financial Department:
Mohammed Abu Awad
Tel.: 02-2974360
Fax: 02-2974331
Projects Monitoring Office:
Dir.: Dr. Hisham Shkoukani
Tel.: 02-2974340/48
Fax: 02-2974342
Public Relations Office:
Dir.: Abdul Hakim Odeh
Tel.: 02-2974358
Fax: 02-2974331
E-mail: odeh@pecdar.pna.net
Gaza:
Tel.: 08-2824859
Fax: 08-2824040
Nablus: Tel.: 09-2375575

*National Institute for*
*Information Technology "NIIT":*
Tel.: 02-2407751
Fax: 02-2407754
Gaza:
Tel.: 08-2833318
Fax: 08-2833308

**Palestinian Energy & Environ-**
**ment Research Center (PEC)**
Dir.: Eng. Hussin Hamed
Tel.: 09-2341804
Fax: 09-2341388
E-mail: perc@palnet.com
http://www.perc.ps
Zaka' Committee Bldg., 3rd fl.,
PO Box 85, Nablus
Ramallah: Tel. & Fax: 02-2989075

27
02:008880
0744

**Palestinian Industrial Estate & Free Zone Authority**
Board Chairman: Mohammad Hassouneh
Dir.-Gen.: Ahmad Al-Hasasneh
Tel. & Fax: 02-2960351/
Tel.: 02-2969912
E-mail: ahassaneh2007@yahoo.com
info@piefza.org
http://www.piefza.org
Al-Quds St., besides Nursing College
Palestine Standards Institution Bldg.,
4th fl., Ramallah
Gaza:
Tel.: 08-2801028/29/33
Fax: 08-2801034
Gaza industrial area

**Palestinian Investment Promotion Agency (PIPA)**
Board Chairman: Mohammad Hassouneh
Dir.-Gen.: Jafar Hdaib
Tel.: 02-2988791-2/4
Fax: 02-2988793
E-mail: info@pipa.gov.ps
http://www.pipa.gov.ps
Ein Misbah, PO Box 1984, Ramallah
Gaza:
Tel.: 08-2846007
Fax: 08-2846008
PO Box 4023, Gaza

**Palestinian Medical Council**
Head: Fathi Abu Mughli
Gen. Sec.: Dr. Munther Al-Sharif
Tel.: 02-2424150
Fax: 02-2422151
http://www.pmc.ps
Al-Balou', besides Al-Wardah Al-Hamrah Bldg., Ramallah, PO Box 2441, Jerusalem

**Palestinian National Commission for Education, Culture & Science (UNESCO, ISESCO, ALECSO)**
Sec.-Gen.: Ismail Tillawi
Tel.: 02-2401080/2400901
Fax: 02-2406333
E-mail: pncecs@palnet.com
http://www.pncecs.org
Al-Balou', Al-Wardah Al-Hamrah Bldg., 2nd fl., Al-Bireh
PO Box 174, Ramallah

**Palestinian Olympic Committee**
Head: Ahmad Arafat Qudwe
Tel. & Fax: 08-288999
E-mail: pal-noc@palnet.com
http://www.patolympic.org
Sudanieh, Gaza
Ramallah:
Tel. & Fax: 02-2348779

**Palestinian Water Authority**
Head: Dr. Shaddad Al-Attili
Tel.: 02-2429022
Fax: 02-2429341
E-mail: sattili@pwa.ps
http://www.pwa-pna.org
Al-Baloua', Al-Bireh

Gaza: Acting Dir.: Ribhi Ash-Shaikh
Tel.: 08-2827520/530/2696/37944/
2847007
Fax: 08-2822697

**State Audit and Administrative Control Bureau**
Head: Dr. Mahmoud Abu Ar-Rub
Acting Dir.: Jamal Abu Baker
Tel.: 02-2972289/90-93
Fax: 02-2967716
E-mail: facb@facb.gov.ps
http://www.facb.gov.ps
Al-Nahda St., PO Box 755, Ramallah
Gaza
Acting Dir.: Sa'eed Quilab
Tel.: 08-2829187/2867335
Fax: 08-2821703
Omar Al-Mukhtar St., beside Al-Abbas Mosque, PO Box 4059, Gaza

## PA COUNCILS & COMMISSIONS

**Central Election Commission - Palestine**
Chair: Dr. Hanna Nasir
Sec. Gen.: Dr. Rami Hamdallah
Tel.: 02-2969700
Fax: 02-2959712
E-mail: info@pal-cec.org
media@elections.ps
http://www.elections.ps
Al-Balou', Qasr Al-Murqan Bldg., Ramallah

**Higher Council for the Arab Tourism Industry - CURRENTLY CLOSED -**
Head: Haidar Husseini
Tel.: 0505-369395
Exec. Dir.: Abdel Rahman Abu Rabah
Khaled Ibn Walid St.,
PO Box 19850, Jerusalem

**Higher Islamic Council** see *Index*

**Local Authority Election Committee (Fateh)**
Gen. Coord.: Adnan Sarnarah
Tel.: 02-2421269
Tel. & Fax: 02-2421267/8
E-mail: info@vote4fateh.plo.ps
http://www.vote4fateh.plo.ps/
Bldg. for Ta'biah & Tanthim,
Al-Balou', Al-Bireh

**Palestinian Capital Market Authority**
Head: Dr. Atef Alawneh
Tel.: 02-2973334
Fax: 02-2973790
E-mail: pr@cma.gov.ps
http://www.pcma.gov.ps
Al-Ma'moun, PO Box 4041,
Al-Bireh

**Palestinian Council for Higher Education**
Minister: Lamis Al-Alami
Sec.-Gen.: Dr. Ghazi Abu Sharkh
Tel.: 02-2982617
Fax: 02-2954518
E-mail: eid.ghazi@yahoo.com
http://www.mohe.gov.ps
Ramallah

**Palestinian Oil Council (POC)**
Head: Dr. Said Assaf
Tel.: 02-2954223/ 0599-836430
Tel. & Fax: 02-2954223
E-mail: asirinstitute@yahoo.com
Prof.said.assaf@gmail.com
Ramallah
Jenin: Tel.: 04-2468581
Fax: 04-2468581
E-mail: asirinstitute@yahoo.com

**Political Guidance Commission**
Head: Gen. Mazen Izz Ed-Din
Tel.: 02-2987618-20
Fax: 02-2980392
E-mail: watani@palnet.com
Um Sharayet, Ramallah

## POLICE & SECURITY

**Border Crossings**
Dir.-Gen.: Nazmi Mhana
Allenby Bridge:
Tel. & Fax: 02-2323555
Erez: Tel.: 08-2458790
Rafah: Tel.: 08-2131695-4
Karni (Al-Mintar):
Tel.: 08-2841570/00222

**Civil Police**
Head: Brig. Hazem Atallah
Office Dir.: Laith Zidan
Tel.: 02-2953168
http://palpolice.ps
Ramallah
Dir. Central Operations:
Col. Ghazi Asfour
Tel.: 02-2953173
Administration Affairs:
Dir.-Gen.: Sa'ed Ahmad
Tel.: 02-2955094/0599-785785
Research Department:
Col. Jaber 'Asfour
Tel.: 02-2953189
Drugs Control Dept.:
Col. Abdul Al-Halim Al-'Afoul
Tel.: 02-2953177
Police Security Dept.
Col. Tariq Al-Whaidi
Tel.: 02-2953186
Inspections Dept.
Tel.: 02-2953162
Guarding Affairs Dept.
Col. Mustafa Eid
Tel.: 02-2953166
Financial Affairs Dept.
Col. Nazzal Nimr
Tel.: 02-2953186
Rehabilitation & Conducts Dept.
Col. Mahmoud Rahhal
Tel.: 02-2953163

PASSIA

02:008881

0745

Special Police:
Midhat Hijo
Tel.: 02-2981579
Patrolling Dept.:
Col. Ahmad Sharqawi
Tel.: 02-2953179
Planning Dept.:
Mohammed Sahmoud
Tel.: 02-2953179
Judicial Police:
Iyad Shtayyeh
Tel.: 0599-303989
General Administration for Tourism:
Col. Hassan Abu Namous
Tel.: 02-2747310/0599-719293
Crossings:
Munir Al-Tibani
Tel.: 0599-449018
Explosives Technician:
Dir.: Mohammad Ghanayem
Tel.: 0599-777049
Police Coordination:
Hussein Al-Kiswani
Tel.: 02-2953179
Gen. Dir. for Arms:
'Abbas Swaidan
Tel.: 02-2407306/0599-918018
Spokesman:
Adnan Dmairi
Tel.: 0599-401091

District Police Offices:
Jerusalem: Tel.: 02-2986545
Hebron: Tel.: 02-2226375
Jericho: Tel.: 02-2325243
Bethlehem: Tel.: 02-2741111
Ramallah: Tel.: 02-2409390
Jenin: Tel.: 04-2505971
Nablus: Tel.: 09-2383029
Qalqilya: Tel.: 09-2943021
Salfit: Tel.: 09-2515693
Tulkarem: Tel.: 09-2672160
Tubas: Tel.: 09-2574495

General Intelligence Service
Head, West Bank: Ismail Farraj
Tel.: 02-2969900
Fax: 02-2988980
Head, Gaza: Sami Nasman
Special Military Units:
Head: Gen.: Hashem 'Awaidah
Tel.: 02-2321174
Fax: 02-2321173
· Bethl.: Tel.: 02-2764441
         Fax: 02-2764440
· Hebron: Tel.: 02-2290561
· Gaza: Tel.: 08-2870900-5
· Nablus: Tel. & Fax: 09-2337181

Medical Military Services
Dir.: Dr. Abdel Qader 'Arbid
Tel.: 08-2826616/110/9034/417/
      08-2829551
Fax: 08-2823736/2830620

Military Intelligence
Head: Gen. Majed Faraj
Tel.: 02-2958730
Fax: 02-2958523
Ramallah

National Security
Head: Gen. Theab Al-Ali
Tel.: 08-2829284/4308/469/9242/75
Fax: 08-2825752
Gaza 08-2829352
Dir.-Gen., West Bank:
Munjed Zedan
Tel.: 02-2986524/5611/2986646

Police Directorate
Tel.: 08-2531444 (Central)
Tel.: 08-2457145/5491 (North)
Tel.: 08-2829331/102
Tel.: 08-2488300 (Beit Hanoun)
Tel.: 08-2457856 (Jabalia)
Tel.: 08-2477471 (Beit Lahia)
Tel.: 08-2820685 (Gaza)
Tel.: 08-2135555 (Rafah)
Tel.: 08-2074440 (Khan Younis)
Fax: 08-2829474

Presidential Security
Col. Munir Al-Zou'bi
Tel.: 02-2959928/2971950
Fax: 02-2963179

Preventive Security
Head, WB: Col. Ziad Hab Ar-Rieh
Tel.: 02-2904562/5/8/9
Fax: 02-2904360
District Offices:
Bethl.: Tel.: 02-2764177/51443
        Fax: 02-2741344
Hebron: Tel. & Fax 02-2266918
Jenin: Tel.: 04-2436632
       Fax: 04-2436634
Jericho: Tel.: 02-2323444
         Fax: 02-2321469
Jerusalem: Tel.: 02-2409982
           Fax: 02-2401576
Nablus: Tel.: 09-2383010
        Fax: 09-2335068
Qalqilya: Tel.: 09-2942777
          Fax: 09-2942737
Ramallah: Tel.: 02-2950080-1
          Fax: 02-02-2953952
Salfit: Tel.: 09-2515813
        Fax: 09-2515888/208
Tulkarem: Tel. & Fax: 09-2675501
Tubas: Tel.: 09-2574674
       Fax: 09-2574444

Tourism and Antiquities Police
Head: Col. Hassan Namous
Tel. & Fax: 02-2770750
Bethlehem: 02-2770750-1
Gaza: Tel.: 08-2829719
Jenin: 04-2433530
Jericho: 02-2324011
Nablus: 09-2385244
Hebron: 02-2226376
Ramallah: 02-2404694
Tulkarem: 09-2684295
Salfit: 09-2515693
Tubas: 09-2574495

LOCAL GOVERNMENT
ADMINISTRATION

GOVERNORATES

Governorate Bethlehem
Governor: Salah Al-Ta'mari
Tel.: 02-2741664/7/4995/6
Fax: 02-2741666
E-mail: info@bethlehemgov.ps
PO Box 1035

Governorate Gaza
Governor: Mohd Salem Qudwah
Tel.: 08-2828694/2828704/14/24
Fax: 08-2828684
E-mail: govrngz@gov.ps
http://www.gaza.gov.ps
Thalathini St., PO Box 1422, Gaza

Governorate Gaza Middle
Gov.: Dr. Abdallah Abu Samhadanah
Tel.: 08-2539330/33
Tel. & Fax: 08-2539333/4
PO Box 6006, Gaza

Governorate Gaza North
Governor: Ismail Abu Shammalah
Tel.: 08-2477131-3
Fax: 08-2477130
E-mail: northgov2002@hotmail.com

Governorate Hebron
Governor: Dr. Hussein Al-Araj
Tel.: 02-2290771
Fax: 02-2290770
E-mail: info@hebron-pal.org
http://www.hebron-pal.org
PO Box 785

Governorate Jenin
Governor: Qadoura Mousa
Tel.: 04-2503220/21
Fax: 04-2503222
Mobile: 0599-205479
E-mail: goj004@yahoo.com

Governorate Jericho
Governor: Kamel Hemed
Tel.: 02-2321241/42
Fax: 02-2321291

Governorate Jerusalem/Abu Dis
Governor: Adnan Husseini
Mobile: 0505-533668
E-mail: adnanhuss@hotmail.com
Ar-Ram: Fahmi Shabaneh
Tel.: 02-2343230/9/2347447/8
Biddu: Moh'd Al-Tarri
Tel.: 02-2471334
The Old Police Station, Biddu

Governorate Khan Younis
Governor: Osama Al-Farra
Tel.: 08-2054888/65/75/2933
      0599-501502
Fax: 08-2054845
E-mail: kh-gov@marna.com
PO Box 211

*Index p. 172 ff*

PASSIA

29

**Governorate Nablus**
Governor: Dr. Jamal Muhaisen
Tel.: 09-2341533/1433
Fax: 09-2341913
E-mail: govnablus@hally.net
PO Box 1564

**Governorate Qalqilya**
Governor: Rabieh Khandaqji
Tel.: 09-2942920/1/3010/0599-205347
Fax: 09-2942922
E-mail: qalqilyagov@yahoo.com
http://www.qalqilia-gov.com
Main St., PO Box 144, Qalqilya

**Governorate Rafah**
Gov.: Zuhdi Al-Qidra
Tel.: 08-2136875/2136870/1
Fax: 08-2130899
E-mail: rafahgov@p-is.com
PO Box 11, Rafah

**Governorate Ramallah**
Governor: Dr. Saeed Abu Ali
Tel.: 02-2957680/8588/2981045
Tel. & Fax: 02-2986569
http://www.ramgov.org/
Irsal St., PO Box 665, Ramallah

**Governorate Salfit**
Governor: Munir Al-Abboushi
Tel. & Fax: 09-2519898

**Governorate Tubas**
Governor: Dr. Sami Musallam
Tel.: 09-2573555/2751076-7
Mobile: 0599-207425
Hussam Daraghmeh
Mobile: 0598-935503

**Governorate Tulkarem**
Governor: Talal Dwaikat
Tel.: 09-2672707/3335/8190/2676
Fax: 09-2673334

---

## MUNICIPALITIES & VILLAGE COUNCILS

**Abasan Al-Jadida Municipality**
Mayor: Abdul Ra'ouf `Asfour
Tel. & Fax: 08-2071099

**Abasan Al-Kabira Municipality**
Mayor: Mushtafa Ash-Shawwaf
Tel.: 08-2073505
Fax: 08-2073066
E-mail: abasankab@yahoo.com

**Abu Dis Village Council**
Mayor: Ibrahim Jaffal
Tel.: 02-2/99245/0599-654015
Fax: 02-2799244
PO Box 108, Abu Dis

**Anabta Municipality** (est. 1954)
Mayor: Farouk Hamadallah
Tel.: 09-2672460/3401/9460
Mobile: 0599-200050
Fax: 09-2675155
E-mail: anabtamuni@yahoo.com
PO Box 1, Anabta

30

---

**Aqraba Municipality**
Mayor: Jawdat Bani Jaber
Tel.: 09-2598301 / 0522-451336
Fax: 09-2598446

**Arrabah Municipality**
Mayor: Adeeb Al-'Arda
Tel. & Fax: 04-2468929/8
Mobile: 0599-205478

**Assira Ash-Shamaliyeh Municip.**
Mayor: Mohammed Jawabreh
Vice Mayor: Saed Yasin
Tel.: 09-2396080/79/0599-383797
Tel. &Fax: 09-2396080
E-mail: info@asira-sh.net
http://www.asira-sh.net

**Attara Municipality**
Mayor: Rawhi Aqel
Tel.: 02-2956711/2814111
Fax: 02-2814111
Mobile: 0599-798391
PO Box 40, Attara

**Attil Municipality**
Head: Abdullah I'qraini
Tel.: 09-2660166/0599-229696
Tel. & Fax: 09-2661120

**Azzoun Municipality**
Mayor: Iyad Khalaf
Tel.: 09-2901930/0598-188444
Fax: 09-2901931
E-mail: azzounmun@hotmail.com
azzounmun@yahoo.com
http://www.azzoun.com
PO Box 753, Azzoun

**Bala' Municipality**
Mayor: Ahmad Mansour
Tel.: 09-2693221/0599-475930
Fax: 09-2693681

**Baqa Ash-Sharkiyeh Municipality**
Mayor: Mu'ald Hussain
Tel.: 09-2664318/0599-249556
Fax: 09-2664301

**Beit Anan Municipality**
Mayor: Naji Jomhour
Tel.: 02-2474111
Fax: 02-2474555

**Beit 'Awa Village Council**
Mayor: Ibrahim Masalmeh
Tel.: 02-2200005
Fax: 02-2200001
P O Box 2060, Doura

**Beit Fajjar Municipality**
Mayor: Ahmad Thawabteh
Tel.: 02-2769666/0599-524452
Fax: 02-2769490

**Beit Furik Municipality**
Mayor: Abd-Albaset Hanani
Tel.: 09-2500001-2/ 0599-8930676
Fax: 09-2500003

**Beit Hanoun Municipality**
Mayor: Mohammed Kafarneh
Tel.: 08-2488011/12/13
Mobile: 0599-668582
Tel. & Fax: 08-2488010/14

---

**Beit Iksa Village Council**
Act. Mayor: Omar Hamdan
Tel.: 02-2341105/ 0546-446914

**Beit Jala Municipality** (est. 1912)
Mayor: Raji Zeidan
Manager: Eng. Nadim Sim'an
Tel.: 02-2743979/2601/2747601
Fax: 02-2744457
E-mail: info@beitjala-city.org
Beitjala@p-ol.com
http://www.beitjala-city.org
PO Box 1, Beit Jala

**Beit Lahia Municipality**
Mayor: Izz Al-Dean Al-Dahnoun
Tel. & Fax: 08-2478085/752/1499
Tel.: 0599-181719

**Beit Lid Municipality**
Mayor: Salameh Al-Duraidi
Tel.: 09-2680697, 0599-311103
Fax: 09-2680697

**Beit Liqya Municipality**
Mayor: Hassan Mafarjeh
Tel. & Fax: 02-2484353/0546-435328

**Beit Sahour Municip.** (est. 1956)
Mayor: Hani Naji Hayek
Tel.: 02-2773666/7/4111/44007
Fax: 02-2773520
E-mail: bsmuni@p-ol.com
PO Box 1, Beit Sahour

**Beit Ula Municipality**
Mayor: Siliman Al-A'dal
Tel.: 02-2581004/0599-258100
Tel. & Fax: 02-2581551

**Beit Umar Municipality**
Mayor: Nasri Sabarneh
Tel.: 02-2520284/035/0599-710511
Fax: 02-2520275
E-mail: Beitommar@Hebronet.com

**Beni Naim Municipality**
Mayor: Radwan Manasrah
Tel.: 02-2218301/0599-259905
Tel. & Fax: 02-2229157

**Beni Suheila Municipality**
Mayor: Abdul Qader Al-Ruqab
Tel.: 08-2071088/2890/0599-413440
Fax: 08-2071077

**Beni Zeid Al-Gharbiyeh Municip.**
Mayor: Fathiyah Rhaymah
Tel.: 02-2860111/0/0599-878250
Fax: 02-2860112
E-mail: wbzm@p-ol.com
P O Box 1935, Beni Zeid Al-Gharbiyeh

**Beni Zeid Ash-Sharqiyeh Municip.**
Mayor: Abdul Rahman Al-Nobani
Tel.: 02-2806501 / 0599-255401
Fax: 02-2808622

**Bethlehem Municipality**
Mayor: Dr. Victor Batarseh
Tel.: 02-2741323-5/0599-258711
Fax: 02-2741327
E-mail: info@ bethlehem-city.org

---

http://www.bethlehem-city.org
PO Box 48, Bethlehem

**Betunia Municipality**
Mayor: Arafat Khalaf
Tel.: 02-2900754/533
Mobile: 0598-901379
Fax: 02-2900748/534

**Biddu Village Council**
Head: Ismaiel Qadan
Tel.: 02-2471220 / 0545-277526

**Bidya Municipality**
Mayor: Mustafa Da'as
Tel.: 09-2995219/0599-050596
Tel. & Fax: 09-2995204
PO Box 1

**Bir Nabala Village Council**
Head: Tawfiq Naball
Tel.: 02-2449418/0599-997355
Tel. & Fax: 02-2441431

**Al-Bireh Municipality** (est. 1950)
Mayor: Jamal Al-Tawil
Vice Mayor: Hassan Al-Sheikh Qassem
Tel.: 02-2406445
Fax: 02-2404431
E-mail: info@al-bireh.org
http://www.al-bireh.org
PO Box 6506, Al-Bireh

**Birzeit Municipality** (est. 1925)
Mayor: Dr. Yousef Naser
Tel.: 02-2810536/837
Mobile: 0599-285140
Fax: 02-2811477
PO Box 26, Birzeit

**Bitta Municipality**
Mayor: Arab Shurafa
Tel.: 09-2593203 / 0599-252464
Fax: 09-2593202/25938711

**Al-Breij Municipality**
Act. Mayor: Mohammed Saleh Taha
Tel.: 08-2554815
Tel. & Fax: 08-2550130

**Budrus**
Dir.: Mohammad Murar
Tel.: 02-2485603/0545-562057

**Burqeen Municipality**
Dir.: Ali 'Ateeq
Tel. & Fax: 04-2505137/8
Mobile: 0599-557505
PO Box 414 Burqeen, Jenin

**Deir Al-Balah Municipality**
Mayor: Gazi Al-Masri
Tel.: 08-2530085/2530026/2531154
Mobile: 0599-526115
Fax: 08-2531153/4
PO Box 1, Deir Al-Balah

**Deir Balout Municipality**
Mayor: Ahmad Yousef
Mobile: 0599-728155
Tel. & Fax: 09-2994675/5939

**Deir Dibwan Municipality**
Mayor: Wajeh Abdel-Karim Ahmad
Mobile: 0545-735991

Tel.: 02-2896420/6320
Fax: 02-2896455

**Deir Al-Ghosun Municipality**
Mayor: A'ahed Zanabet
Tel.: 09-2663912/0599-490412
Fax: 09-2663715

**Deir Istia Municipality**
Mayor: Jamal Abu Faris
Tel.: 09-2514226/0599-751308
Fax: 09-2514225
E-mail: deiristiamunicipality@hotmail.com

**Ad-Doha Municipality**
Mayor: Sami Marwa
Tel.: 02-2770233/45375
Fax: 02-2770233
E-mail: Dohacity2005@yahoo.com

**Dura Municipality** (est. 1967)
Mayor: Mustafa Al-Rjoub
Tel.: 02-2280355/555/360
Mobile: 0599-671539
Fax: 02-2280606
E-mail: Dura67@yahoo.com

**Gaza City Municipality**
Mayor: Rafeq Mecci
Tel.: 08-2825165/4700/2866670/
2866004-7/0080
Mobile: 0599-815650
Fax: 08-2824400
E-mail: info@mogaza.org
gm@mogaza.org
http://www.mogaza.org/
PO Box 16, Gaza City

**Hableh Municipality**
Mayor: Mohammed Odeh
Tel.: 09-2940491/0598-909088
Fax: 09-2940491
E-mail: hablamunc@hotmail.com

**Halhoul Municipality** (est. 1965)
Mayor: Dr. Ziad Rajab Abu Yousef
Tel.: 02-2229936/8167/0598-909088
Fax: 02-2227666
E-mail: halhul_2005@yahoo.com
http://www.halhul.pna.com
PO Box 47, Halhoul

**Hebron Municipality**
Mayor: Khaled Esseleh
Tel.: 02-2228123/2/0599-211211
Fax: 02-2228293
PO Box 6, Hebron

**Huwarah Municipality**
Mayor: Samer Odeh
Tel.: 09-2590470
Fax: 09-2590460
Mobile: 0599-675866
E-mail: howwara2006@hotmail.com

**Illar Municipality**
Mayor: Sufian Shadid
Tel. & Fax: 09-2666166/2666890
Mobile: 0599-377566
http://www.ellar.cjb.net

**Ithna Municipality**
Mayor: Jamal Ali Tmeizi
Tel.: 02-2256002/ 0599-200606

Fax: 02-2256001
E-mail: info@idnamuni.org
http://www.idnamuni.org

**Al-Izzariyya Village Council**
Head: Issam Far'oun
Tel.: 02-2799273/0599-255707
Fax: 02-2796243
E-mail: aizariacouncil@yahoo.com

**Jaba' Municipality**
Mayor: Ziad Alawneh
Tel.: 04-2450222/0599-948831
Fax: 04-2450222

**Jabalya An-Nazaleh Municip.**
Mayor: Mustafa Al-Kano'a
Tel.: 08-2476014/7121/9335
Fax: 08-2477020
E-mail: jmun@palnet.com

**Jayous Municipality**
Mayor: Shawkat Samha
Tel.: 09-2900033/0599-886861
Fax: 09-2900175
E-mail:bafadietjayw@yahoo.com

**Jenin Municipality**
(est. 1890)
Mayor: Hatem Jarrar
Vice Mayor: Ali Nabhan
Tel.: 04-2502304
Fax: 04-2433833
PO Box 13, Jenin

**Jericho Municipality**
(est. 1950)
Mayor: Hassan Saloh
Tel.: 02-2322417-8
Fax: 02-2322604
E-mail: info@jericho-city.org
http://www.jericho-city.org
PO Box 15

**Jerusalem Arab Municipality**
**(East)** (est. 1863; dissolved by Israel
in 1967)
Mayor: ................................
Tel.: 02- ..............................
Fax: 02-................................
PO Box ...............................

[**Jerusalem Israeli Mu-**
**nicipality (West)** (est. 1949)
Mayor: Uri Lupoliansky
Tel.: 02-6296666/7777
Fax: 02-6296014
http://www.jerusalem.muni.il]

**Jma'een Municipality**
Mayor: Izzat Zetawi
Mobile: 0598-930222
Tel. & Fax: 09-2596001/2596401

**Jinnata Municipality**
Tel.: 02-2743897/2380
Mobile: 0522-291221
Fax: 02-2765060

**Al-Khadr Municipality**
Mayor: Ramzi Salah
Tel.: 02-2770838 / 0599-524170
Fax: 02-2776680
PO Box 507

*Index p. 172 ff*

PASSIA

31

02:008884
0748

**Khan Younis Municipality**
Mayor: Mohammed Al-Farah
Tel.: 08-2053062
Fax: 08-2053155
E-mail: info@khanyounis.org
http://www.khanyounis.org

**Khuza'a Municipality**
Mayor: Kamal Al-Najjar
Tel &Fax.: 08-2084077/4488
Mobile: 0599-408354

**Kifl Haris Municipality**
Mayor: Ahmad Buziyeh
Tel. & Fax: 09-2513840/0599-821823

**Kufr Deik Municipality**
Mayor: Jamal Al-Deik
Tel. & Fax: 09-2511444/2511739
Mobile: 0599-437305

**Kufr Jammal Village Council**
Head: Abdel Ghani Al-Faris
Tel.: 09-2679125

**Kufr Rai' Municipality**
Mayor: Ahmad Rasheed Melhem
Tel.: 04-2466481/0599-305270
Tel. & Fax: 04-2466030

**Kufr Sur Village Council**
Head: Imad Zibdeh
Tel. & Fax: 09-2683718/666
Mobile: 0599-207662

**Kufr Thulth Municipality**
Mayor: Hussein Saifi
Tel.: 09-2901127/1339
Fax: 09-2901288
Mobile: 0599-222445

**Al-Maghazi Municipality**
Mayor: Mohammed Al-Najjar
Tel.: 08-2551146/0121/0599-604511
Fax: 08-2550121

**Maithaloun Municipality**
Mayor: Fawaz Ine'erat
Tel.: 04-2516112/0598-903070
Fax: 04-2516113

**Al-Mazra'a Ash-Shirqiyeh Munic.**
Mayor: Marzouq Ash-Shalabi
Tel.: 02-2892357
Fax: 02-2892584

**Nablus Municipality** (est. 1890)
Mayor: Eng. Adli Yaish
Tel.: 09-2379313/2386271/3077
Fax: 09-2374690
E-mail: nablus@nablus.org
http://www.nablus.org
PO Box 218, Nablus

**Na'len Municipality**
Mayor: Ayman Nafea'
Tel. & Fax: 02-2481210
Fax: 02-2481222/0598-920002
PO Box 2242, Na'len

**Nue'meh & Dyouk Village Council**
Head: Ghaleb A'watieh
Fax: 02-2324033/0522-043476

**Nusseirat Municipality**
Mayor: Mohammed Abu-Eshkayat
Tel.: 08-2550126/1553/7911
Fax: 08-2551553

**Al-Obeidiyeh Municipality**
Mayor: Seliman Abu-Asa
Tel.: 02-2761011/0598-880406
Fax: 02-2761033

**Al-Oja Village Council**
Head: Sulayman Issa
Tel.: 02-235555

**Qabalan Municipality**
Mayor: Fawaz Sa'eed
Tel.: 09-2520131/0599-679270
Fax: 09-2520130

**Qabatiya Municipality** (est. 1975)
Mayor: Issam Nazzal
Tel.: 04-2511606/25662/01036
Mobile: 0599-675330
Fax: 04-2526847

**Qafin Municipality**
Mayor: Saed Harasheh
Tel.: 09-2665930
Fax: 09-2665166
E-mail: qafin_mun@yahoo.com

**Qalqilya Municipality** (est. 1956)
Mayor: Wajih Qawas
Tel.: 09-2943064/0014/0313
Fax: 09-2940439
E-mail: qmuni@hotmail.com
http://www.qalqilya.com
PO Box 2, Qalqilya

**Al-Qarrara Municipality**
Mayor: Eid Al-Abadleh
Tel.: 08-2070050/0388
Fax: 08-2070050/ 0599-408687

**Qattaneh Village Council**
Head: Fou'ad Shamasnah
Tel.: 02-2475337/0545-419830
Fax: 02-2475353

**Rafah Municipality**
Mayor: Ali Barhoum
Tel.: 08-2145230/725/075
Mobile: 0599-815100
Fax: 08-2145921
E-mail: rbaladya@hotmail.com

**Ar-Ram Village Council**
Head: Sarhan As-Salaymeh
Tel.: 02-2349582/8808/9582
Mobile: 0546-883880
Fax: 02-2348807

**Ramallah Municipality** (est. 1907)
Mayor: Janet Michael
Tel.: 02-2963215-9
Fax: 02-2963214
E-mail: info@ramallah.ps
centennial@ramallah.ps
http://www.ramallah.ps
PO Box 3, Ramallah

**Sa'ir Municipality**
Mayor: Sulaiman Ash-Shalaldeh
Tel.: 02-2560940
Mobile: 0599-307842/0599-257370
Fax: 02-2560001
E-mail: sier@palnet.com

**Salfit Municipality** (est. 1955)
Mayor: Tahsin Sleimi
Tel.: 09-2515787/933/904/9049
Fax: 09-2515803
PO Box 4, Salfit

**As-Samoua' Municipality**
Mayor: Jamal Abu Al-Jadayel
Tel.: 02-2268001/554/0599-200560
Fax: 02-2268547

**As-Sawahreh Ash-Sharqiyeh
Village Council**
Mayor: Mohammad Shqeirat
Tel.: 02-2796463/0522-817569
Fax: 02-2796463
PO Box 51573, As-Sawahreh Ash-
Sharqiyeh

**Sebastia Municipality**
Mayor: Ali Azem
Tel.: 09-2532430/0599-649253
Fax: 09-2532430
PO Box 1898, Sebastia

**As-Sileh Al-Harithiyeh Municip.**
Mayor: Isam Eabede
Tel.: 04-2449176/
Mobile: 0599-260004
Fax: 01-2149945
E-mail: jenen_20022002@yahoo.com

**As-Silet Ath-Thahr Municipality**
Mayor: Saleh Hantouly
Tel.: 04-2505997/0599-869396
Fax: 04-2505997

**Ash-Sheikh Sa'ed Village Council**
Head: Jamal Shqairat
Tel.: 02-2797501 / 0522-946584

**Silwad Municipality**
Mayor: Na'el Hammad
Tel.: 02-2890032/04/ 0599-872244
Fax: 02-2890031

**Sinjel Municipality**
Mayor: Imad Masalmah
Tel.: 02-2809567/0599-674409
Fax: 02-2809791

**Sourif Municipality**
Mayor: Mahmoud Al-Ghour
Tel.: 02-2523001/0599-256005
Fax: 02-2523002

**Tammoun Municipality**
Mayor: Mohammad Besharat
Tel.: 09-2577777/0599-137171
Fax: 09-2577777

**Taqoua' Municipality**
Mayor: Khaled Hmaidah
Tel. & Fax: 02-2763142
Mobile: 0577-229288/0599-252533
E-mail: teqaumunicipality@yahoo.com

32

PASSIA

02:008885

0749

**Tarqoumya Municipality**
Mayor: Mohammed Al-Ja'freh
Tel.: 02-2584863/0599-295029
Fax: 02-2583180

**Taybeh Municipality**
Mayor: Daoud Khoury
Tel.: 02-2898436/0599-316252
Fax: 02-2898616
E-mail: taybeh@mfg.gov.ps
http://www.taybehmunicipality.org

**Thahriyeh Municipality**
Mayor: Sami Shnaiwer
Tel.: 02-2267701/048/0599-292563
Fax: 02-2267747
E-mail: hsbs76@hotmail.com
PO Box 51, Thahriyeh

**Tubas Municipality**
Mayor: 'Iqab Daraghmah
Tel.: 09-2573555/0599-255316
Fax: 09-2574661
E-mail: toubas@hally.net

**Tulkarem Municip. (est. 1886)**
Mayor: Walid Mwes
Tel.: 09-2672106/672/1015/1160/94
Fax: 09-2671490
E-mail: mayor@tulkarm-municipality.org
PO Box 9, Tulkarem

**Turmus Aya Municipality**
Mayor: Mohammad Ibrahim
Tel.: 02-2809116/0599-097322
Fax: 02-2805055

**Ya'abad Municipality**
Mayor: Walid Al-'Abadi
Tel.: 04-2462964/053/0599-673795
Fax: 2461111

**Yamoun Municipality**
Mayor: Imad Abahreh
Tel.: 04-2442341/689/0599-706048
Fax: 04-2442689

**Yatta Municipality (est. 1971)**
Mayor: Khalil Younis
Tel.: 02-2279502/394
Fax: 02-2279606

**Az-Zababdeh Municipality**
Mayor: Victor Is'eid
Tel.: 04-2510203-4/0599-789084
Fax: 04-2510202
E-mail: baladiyat_zababdeh@yahoo.com
PO Box 8, Az-Zababdeh

**Az-Zai'm Village Council**
Mayor: Mahmoud Sbeih
Tel.: 02-2797085/0505-292113
Fax: 02-2797085

**Za'tarah Municipality**
Mayor: Sami Tiwaib
Tel.: 02-2775152/0599-675848
Tel. & Fax: 02-2775297
E-mail: zataracity@palnet.com

**Az-Zaweideh Municipality**
Mayor: Hassan Mezied
Tel.: 08-2554114/0140/0598-270207
Fax: 08-2551138

*Index p. 172 ff*

**Az-Zawiyeh Municipality**
Mayor: Khader Hamoudeh
Tel.: 09-2990531/0599-050663
Tel. & Fax: 09-2990904
E-mail: alzawya_municipality@yahoo.com

**Az-Zaytouna Municipality**
(Mazra' Al-Qibiyeh & Abu Shkheidem)
Mayor: Said Shreiteh
Tel.: 02-2815825/0599-433829
Fax: 02-2815825

## POLITICAL PARTIES AND FACTIONS

### HIGHER COMMITTEE OF NATIONAL & ISLAMIC FORCES

**Arab Liberation Front**
Gen.-Sec.: Rakad Salem
Tel.: 02-2964007/0599-782848
Tel. & Fax: 02-2964008
- Ratib Al-'Imlah
  Mobile: 0599-401908
Bethlehem: Tel. & Fax: 02-2743492
Gaza: 02-2883466
Hebron: 02-2986734/0599-255171
Jenin: Tel.: 04-2577132
Tulkarem: Tel. & Fax: 02-2682607

**Democratic Front for the Liberation of Palestine (DFLP)**
Gen.-Sec.: Nayef Hawatmeh
Qais Abdul Karim (Abu Leila), member of the Politburo:
Tel.: 02-2965950
Fax: 02-2980401
E-mail: df_lp@yahoo.com
http://www.dflp-palestine.org
http://www.alhourriah.org

*Politburo members:*
Majida Al-Mmasri / Politburo
   Tel. & Fax: 09-2381070
- Hisham Abu Ghosh / Politburo
   Tel. & Fax: 02-2954438
   E-mail: habughosh@gmail.com

The Central Publication
Tel. & Fax: 02-2980402
E-mail: dflp_media@yahoo.com
Gaza
Tel.: 08-2827836
Fax: 08-2826030
Ramallah
Tel.: 02-2980572
Tel. & Fax: 02-2954438
Bethlehem:
Tel.: 02-2766014
Hebron:
Tel.: 02-2222431
Jericho:
02-2321634
Nablus:
Tel.: 09-2381070

**FATEH – Palestinian National Liberation Movement**
Repr.: Sakhr Habash
Tel.: 02-2987947/2951432
Mobile: 0599-425616
- Repr.: Marwan Barghouthi
  (currently imprisoned by Israel)
- Repr.: Ahmad Ghneim
  Tel.: 02-2402272
  Mobile: 0599-45329
- Official Spokesman:
  Ahmad Abdel Rahman
  Tel.: 02-2959928
  *(see organizational details below, p. 34)*

**HAMAS – Islamic Resistance Movement**
Repr.: Sheikh Hassan Yousef
(currently imprisoned by Israel)
Tel.: 02-2901169

**Islamic Jihad Palestine**
Repr.: Abdul Al-Hakim Masalmah
Sa'ed Nakhlah

**Al-Mubadara** *see* Palestinian National Initiative below

**Palestine Arab Front**
Rep: Mifleh Nadie
Tel.: 02-2987738
Mobile: 0599-794314

**Palestine Democratic Union – FIDA**
Gen.-Sec.: Saleh Ra'fat
Tel.: 02-2954072
Mobile: 0599-205972
Fax: 02-2954071
E-mail: info@fida.ps
        fida@palnet.com
http://www.fida.ps
PO Box 247, Ramallah
Bethlehem:
Tel. & Fax: 02-2747521
Gaza: Tel. 08-2822495
        Fax: 08-2822804
Hebron: Tel.: 02-2255643
Jabalia: Tel.: 08-2457433
Jenin: Tel.: 04-2504537
Jericho: Tel.: 02-2321046
Khan Younis: Tel.: 08-2052853
Nablus: Tel.: 09-2380774
Qalqilya: Tel.: 09-2942853
Rafah: Tel.: 08-2137424
Salfit: Tel.: 09-2519307
Tubas: Tel.: 09-2574471
Tulkarem: Tel.: 09-2675424

**Palestinian Liberation Front (PLF)**
West Bank:
Gen.-Sec.: Dr. Wasel Abu Yousef
Tel.: 02-2960488/0599-420601
Fax: 02-2960488
E-mail: plf1977@yahoo.com
Bethlehem: Tel. & Fax: 02-2767303
Gaza: Tel. & Fax: 08-2841036
Hebron: Tel. & Fax: 02-2257537
Jenin: Tel. & Fax: 04-2439607
Jericho: Tel. & Fax: 02-2323817
Tulkarem: 09-2678820

PASSIA

33

02:008886
0750

# PASSIA DIRECTORY 2010 - CONTENTS

| | | | |
|---|---|---|---|
| Palestine Liberation Organization (PLO) | | | 9 |
| | PLO Executive Committee and PLO Departments | | 9 |
| | Palestinian National Council | | 10 |
| | Delegations Abroad | | 10 |
| | Representation in International Bodies | | 13 |
| Palestinian Authority (PA) | | | 14 |
| | President's Office | | 14 |
| | Ministries | | 14 |
| | Palestinian Legislative Council (PLC) | | 23 |
| | | PLC Members | 23 |
| | PA Attorney General | | 26 |
| | PA Higher Judicial Council | | 26 |
| | PA Agencies and Institutions | | 27 |
| | PA Councils and Commissions | | 29 |
| | Police and Security (PA) | | 29 |
| | Local Government Administration (PA) | Governorates | 35 |
| | | Municipalities & Village Councils | 36 |
| Political Parties and Factions | | | 34 |
| | Higher Committee of National & Islamic Forces | | 34 |
| | Others | | 34 |
| | Fateh Bodies & Offices | | 35 |
| Academic and Research Centers | | | 37 |
| Agriculture | | | 40 |
| Associations & Unions | | | 41 |
| Chambers of Commerce | | | 45 |
| Charitable Organizations | | | 46 |
| Culture | Art & Galleries | | 54 |
| | Cultural & Folklore Centers | | 54 |
| | Film & Cinema | | 57 |
| | Literature | | 57 |
| | Museums | | 58 |
| | Music & Dance | | 58 |
| | Theater | | 58 |
| Democracy, Peace & Community Development Centers | | | 59 |
| Diplomatic Missions | Consulates | | 63 |
| | Representative Offices to the PA | | 64 |
| | Embassies | | 65 |
| Education | Universities | | 68 |
| | Colleges | | 76 |
| | Training & Vocational Centers | | 79 |
| | Schools | | 80 |
| | Early Childhood Education | | 82 |
| | Educational Institutes | | 83 |
| | Libraries | | 84 |
| Environment & Water | | | 85 |
| Financial & Development Institutions | Banks | | 90 |
| | Finance, Investment & Development Companies | | 91 |
| | Money Changers | | 93 |
| Governmental Aid Missions | | | 94 |
| Health (Hospitals, Clinics & Centers, Physicians, Pharmacies by geographic area) | | | 96 |
| Human Rights & Law | Human Rights Centers | | 102 |
| | Law Offices | | 105 |
| | Lawyers | | 106 |
| International & UN Organizations | | | 107 |
| Israeli Activist Groups | | | 109 |
| Media & Press | Palestinian | | 111 |
| | | Journals, Press | 111 |
| | | Development & Projects Services | 112 |
| | | Radio & TV Stations | 114 |
| | Arab | | 117 |
| | International | | 118 |
| | Israeli | | 121 |

02:008887
0751

NGOs - Non-Governmental Organizations   Coordinating Groups .... 122
                                        Canadian NGOs ...... 122
                                        European NGOs ...... 123
                                        US NGOs ...... 127
                                        Others & International NGOs ... 130
Palestinian Organizations in Israel ........ 132
Religious Forums & Centers   Islamic ........ 133
                            Christian Churches & Centers ...... 135
Restaurants  Jerusalem - West Bank - Gaza ...... 140
Services   Accountants ........ 144
           Advertisement, Print & Design ...... 144
           Bookshops & Stationary ...... 146
           Car Rentals ...... 146
           Computers, Software & Information Technology ...... 147
           Courier & Express Services ...... 149
           E-mail & Internet ...... 150
           Insurances ...... 150
           Management Consulting & Development ...... 152
           Photo Studios ...... 153
           Planning & Engineering ...... 153
           Real Estates ...... 154
           Telecommunication & Office Equipment ...... 155
           Translation & Editing ...... 155
           Other Services ...... 155
Sports Clubs & Fitness Centers ...... 157
Trade - Import/Export ...... 159
Travel and Tourism   Airlines ...... 160
                     Hotels & Resorts (Jerusalem - West Bank - Gaza) ...... 160
                     Hospices & Guesthouses ...... 164
                     Touristic & Recreational Sites ...... 165
                     Travel Agencies, Tourism Companies & Tour Operators ...... 166
                     Taxis & Transport ...... 169
Women's Organizations - by geographic area ...... 169
Youth Organizations ...... 174
Last Minute Entries / Notes ...... 176

Index ...... 177
Calendar Overview 2010-2011 ...... 187
Calendar 2010 ...... 188
Yearly Planner 2011 ...... 298
PASSIA Agenda 2010 ...... 301

Abbreviations:

| | | | | | |
|---|---|---|---|---|---|
| Act. | = | Acting | Min. | = | Minister |
| Adv. | = | Advocate | MFW | = | Main Fields of Work |
| Asst | = | Assistant | off. | = | Office |
| Att. | = | Attorney | PA | = | Palestinian Authority |
| Brig. | = | Brigadier | PCBS | = | Palestinian Central Bureau of Statistics |
| BZU | = | Birzeit University | PLC | = | Palestinian Legislative Council |
| CEO | = | Chief Executive Officer | PM | = | Prime Minister |
| Col | = | Colonel | Pres. | = | President |
| Coord | = | Coordination | Prin | = | Principal |
| Dep | = | Deputy | Proj | = | Project |
| Dept. | = | Department | Pub | = | Publication |
| Dir. | = | Director | Reg. | = | Regional |
| Ed. | = | Editor | Repr. | = | Representative |
| Eng. | = | Engineer | Res. | = | Residence |
| Est. | = | Established | Sec | = | Secretary |
| Exec. | = | Executive | UN | = | United Nations |
| FM | = | Foreign Minister | UNGA | = | United Nations General Assembly |
| Gen. | = | General | UNSC | = | United Nations Security Council |
| Lt. | = | Lieutenant | WBGS | = | West Bank and Gaza Strip |
| Maj. | = | Major | WJM | = | West Jerusalem Municipality |
| Man. | = | Manager | | | |



# DIRECTORY 2010



**PLO – PALESTINE LIBERATION ORGANIZATION**

## PLO EXECUTIVE COMMITTEE & PLO DEPARTMENTS

(NB: The heads of the following departments are all members of the PLO Executive Committee)

**Chairman**

**Secretariat General**

**Arab Affairs Department**
Head: Abdul Rahim Malouh
Tel: 02 2408921, 2/0599 749139
Tel. & Fax: 02 2408921

**Cultural & Media Department**
Head: Hanan Ashrawi
Tel: 02 2989990/1
Fax: 02 2989492
E-mail: ashrawi@mftah.org

**The Department of Arab & International Relations**

**Economic Department**
Acting Head: Dr. Salam Fayyad (in person)

**Educational & Higher Education Department**

**Legislative Affairs Department**

**Jerusalem Affairs Department**
Head: Ahmad Qurei
Tel: 02 2424291/3/2296660
E-mail:
Al Bireh, Ramallah

**Military Affairs Department**
Head: Salah Rafat
Tel: 02 2958922
Fax: 02 2958921
http://www.fida.ps
PO Box 767, Ramallah

**National Fund Department**
Muhammed Zuhdi Al-Nashashibi
Tel: 02 296/2960/0599 499210
Fax: 02 2962962

**Negotiations Affairs Department**
Head: Saeb Erekat

**Negotiations Support Unit (NSU)**

Palestinian National Committee for the Register of Damage (1967 e.)

**Palestinian Planning Center**

**Popular Organization Department**

**Refugees Department**

**Research Center**
Head: As'ad Abdul Rahman

**Social Affairs Department**
Head: Intisar Wazir

**Youth & Sports Department**

● Other PLO Executive Committee Members:

■ PLO Executive Committee Observers:

● Dr. Salam Fayyad
Tel: 02 2950010
Fax: 02 2950029
E-Mail:

● Dr. Wassel Abu Yousef
Tel: 02 2958967/2956512
Fax: 02 2956527
E-mail:
Al Bireh

*Index p. 177 ff*

02:008889

0753

E-mail: arabfront@yahoo.com
Um Al-Sharayet, Khallet Al-Qura'an, Ramallah

**The Islamic Christian Commission in Support of Jerusalem & Holy Sites**
Gen. Sec.: Dr. Hassan Khater
Tel.: 02-2951059/0599 223311
Fax: 02-2962487
E-mail: info@elquds.org
or: dkhater@hotmail.com
http://www.elquds.org
Irsal St., Shalash Bldg., 5th fl., Ramallah

**Orient House**
- closed by Israel since Aug. 2001 -
Tel.: 02-6273573/2483
Fax: 02-6286820/6274020
E-mail: info@orienthouse.org
http://www.orienthouse.org
Abu Obeidah St., PO Box 20479, Jerusalem

## PALESTINIAN NATIONAL COUNCIL

**Palestinian National Council (PNC)**
Speaker & Head: Salim Adib Al-Zanoun
Amman:
Dir.-Gen.: Abdul Ra'ouf Al-Alami
Tel.: 962-6-5857208
Tel. & Fax: 962-6-5679392
E-mail: pncplo@yahoo.com
http://www.palestinepnc.org
PO Box 910244, Amman
Deputy: Taysir Quba'a
Tel.: 00962-796601444
Ramallah:
Tel. & Fax: 02-2966053
E-mail: pnc.ramallah@gmail.com
Nablus: Dir. Gen. Bilal Al-Shakhshir
Tel.: 09-2386580
Fax: 09-2365572
Gaza
Tel. & Fax: 08-2824489/4164/5911

**Palestinian National Fund**
Dep. Man.: Dr. Ramzi (Mo'in) Elias Khouri
Tel.: 962-6-5690271-3/5690173
Fax: 962-6-5690171/474
E-mail: pnfjo@pnf.org.jo
pnfjo@yahoo.com
Amman, Jordan

## PLO DELEGATIONS ABROAD

Albania (Embassy)
Amb. Mohammed Tarshahani
Tel.: 355-42-228751/265804
Fax: 355-42-265804
E-mail: palembalb@yahoo.com
M_tarshahani@hotmail.com
Str. Alexandr Pek Tirana, Albania

**Algeria (Embassy)**
Amb. Mohammad Al-Hourani
Tel.: 213-2-1730899/3097
Fax: 213-2-1730916
E-mail: Palestine.dz@gmail.com
or: Emb.office.alg@gmail.com
15 Blvd. Victor Hugo
PO Box 308, Algiers, Algeria

**Angola**
Amb. Majed Wadi
Tel.: 244-2-22262233
Fax: 244-2-22263855
E-mail: palango@netangola.com
Rua da liberdade 108, Bro. Nelito Soares Vila Alice, PO Box 421, Luanda

**Argentina (General Delegation)**
Amb. Walid Al-Mu'aqet
Tel.: 54-11-4816-6651/58167021
Fax: 54-11-4816-6652
E-mail: embajada@palestina.int.ar
flasuwwan@ciudad.com.ar
http://www.palestina.int.ar
Riobambamba 981,
1116, Buenos Aires, Argentina

Australia (General Delegation)
Amb. Izzat Salah Abdul Hadi
Tel.: 612-62-867480
Fax: 612-62-867915
E-mail: ihadi@bigpond.net.au
or: palestine.delegation@bigpond.com
PO Box 4646, Kingston, ACT 2604, Australia

Austria (Permanent Mission)
Amb. Zuheir Al-Wazir
Tel.: 43-1-4088202/3/19
Fax: 43-1-4088119
E-mail: [illegible]
or: Zuheir[illegible]@yahoo.com
[illegible]gasse 5/1 [illegible] Vienna

Bahrain (Embassy)
Amb. Ahmad Abbas Ramadan
Tel.: 973-17276209/[illegible]
Fax: 973-17[illegible]
E-mail: [illegible]@hotmail.com
2901 [illegible] 57, PO Box 1107, Manama, Bahrain

Bangladesh (Embassy)
Amb. Shaher Abu Ayyadeh
Tel.: 880-2-9893895-6
Fax: 880-2-8823517
E-mail: pemdhaka@hotmail.com
shahermo@hotmail.com
PO Box 600, Code 1000
Dhaka, Bangladesh

Belarus
Amb. Dr. Muntaser Abu Zaid
Tel.: 375-17 232 [illegible]
Fax: 375-17-2271098
E-mail: [illegible]@yahoo.com
or: [illegible]

Belgium (General Delegation)
Amb. Leila Shahid
Tel.: 32-2-7[illegible]
Fax: 32-2-7[illegible]
E-mail: [illegible]
Rue [illegible], 1000 Bruxelles

Bosnia & Herzegovina
Amb. [illegible]
Tel.: 387-33-7[illegible]
Fax: 387-33-[illegible]
E-mail: [illegible]@yahoo.com
[illegible] 71000 Sarajevo

Brazil (Special Delegation)
Amb. [illegible]
Tel.: 55-61-[illegible]
Fax: 55-61-[illegible]
E-mail: [illegible]
or: [illegible]
P.O Box [illegible], zip code 71620 980
[illegible], Brasilia, DF Brazil

Bulgaria (Embassy)
Amb. [illegible]
Tel.: 359-2-963[illegible]
Fax: 359-2-[illegible]
E-mail: [illegible]
PO Box [illegible], Sofia, Bulgaria

Canada (General Delegation)
Amb. [illegible]
Tel.: 1-613-[illegible]
Fax: 1-613-[illegible]
E-mail: [illegible]
[illegible]
45 Country Club Drive, Ottawa, Ontario K1V 9W1 Canada

Chile (Embassy)
Amb. Dr. May Kaileh
Tel.: 56-2-[illegible]
Fax: 56-2-[illegible]
E-mail: [illegible]
or: [illegible]@yahoo.[illegible]
[illegible], Santiago - Chil

China (Embassy)
Amb. [illegible]
Tel.: 86-10-65[illegible]
Fax: 86-10-65[illegible]
E-mail: [illegible]
PO Box [illegible], Beijing, China

Colombia (Special Mission)
Amb. Imad Nabil Al Jada
Tel.: 57-1-2877581/2877904
Fax: 57-1-2887439
E-mail: [illegible]
Calle 45 No. 14-76, Santa Fe de Bogota, Colombia

Congo
Amb. Jawad Awad
Tel.: 24-[illegible]
Fax: 24-836811
PO Box 1082, Brazzaville, Congo

Côte d'Ivoire (Embassy)
Amb. Awad Yakhlif
Tel.: 225-[illegible]
Fax: 225-2-3-[illegible]
E-mail: [illegible]

Cuba (Embassy)
Amb. Dr. Akram Samhan
Tel.: 53-7-242556

PASSIA

02:008890
0754

Fax: 357-2 316 459
7 via 20, Jan. 315, Entex 701, 3 9/2.
Gnosso, Lausanne, 10557 Cuba

**Cyprus (Embassy)**
Amb. Khaled Al-Najib
Tel.: 357-22-315015
Fax: 357-22-311297
E-mail: palestin@cytanet.com.cy
Ypsna Psychari 51, Ayios Andreas
1107 Nicosia, Cyprus

**Czech Republic (embassy)**
Amb. Mohammed Salameh
Tel.: 420-2-3554224
Fax: 420-2-3552399
E-mail: palestin@mbox.vol.cz
or: palco@embassy.pol.cz
Prague 2 – Troja, Na Hrebeni 5, 1/3
Apartment no. 16

**Denmark (General Delegation)**
Amb. Anne Aviagone
Tel.: 45-33-912239
Fax: 45-33-912389
E-mail: Palestine b.a de de
ur. Anbadun7x@hitpopl.com
H.C. Anderson Boulevard 51, 1st
1553, Copenhagen V, Denmark

**Djibouti**
Amb. Said Al-Wahab
Tel.: 253 358455
Fax: 253 351922
E-mail: halco, Djibouti

**Egypt** (Embassy +
Amb. Dr. Barakat Al-Farra
Tel.: 20-2-3384761 3/3600
Fax: 20-2-3384764 3384760
E-mail: pulegypt@hotmail.com
33 An-Nahda St., Dokki, Cairo
Alexandria (Embassy)
Arab Jamal Al-Jamal
Tel.: 203-5922669 1049-bbado
Fax: 203 5903001
E-mail: pl. consul. alexander..cu
Egypt

**Ethiopia** (Embassy)
Amb. Zuhair Al-Shir
Tel.: 251-1 15610810
Fax: 251-1-10651199
E-mail: palembeth.org@yahoo.com
PO Box 5800, Addis Ababa

**Finland** (General Delegation)
Amb. Abbas Hassan Al-Naser
Tel.: 358-9 7 88 1 1
Fax: 358-9-27880161
E-mail: palestn-polost-valpl
mission@wandadi.org.fi
Viithsmaei 25-7, Helsinki
02400-000, Helsinki (Finland)

**France** (General Delegation)
Amb. Haal Khoury
Tel.: 33-1-48386600
Fax: 33-1-48285007
E-mail: del.palestine@wanadoo.fr
heidihoury2@gmail.com
65, Rue de Commandant Leander
75015 Paris

---

**Germany (General Delegation)**
Amb. Abdallah Frangi
Tel.: 49-30-206176
Fax: 49-30 2064 7725
E-mail: dlgy-palestine org
delegation.palestine.org
http://www.palorhd.org
Rheinstrasse 54, 1 785
12761 Berlin (Germany)

**Ghana (Embassy)**
Amb. Fahl Abdallah
Tel.: 233-21-232926 5431/4422
Fax: 233-21-235946
E-mail: Palembga@yahoo.com
15, Ghana Airports Avenue, Airport
residential area, Accra, Ghana

**Greece** (General Representation)
Amb. Samir Abu Ghazaleh
Tel.: 302-10 6925971
Fax: 301-10-6925065
E-mail: Palestine embassy gr
154-155 Mesogion, Athens

**Guinea** (Embassy)
Amb. Khaled Suleiman Abdalrazen
Tel.: 224 461123/410074
Fax: 224 461123/10256
E-mail: palestine embass@hotmail.com
BB 810, Conakry, Guinea 410104

**Hungary (embassy)**
Amb. Ahmad Abed-Ermeish
Tel.: 36-1 356 6060/6016
Fax: 36-1 356 6016
E-mail: Mary Iwd-mbx.hu
http:// palestn.hu
PO Box 282, Budapest, BP 256-82
1023 Budapest, Hungary

**India** (Embassy)
Amb. Adli Saleh
Tel.: 91-11-26106095 2595
Fax: 91-11-26106093
E-mail: embonu palestine.idu.com
Viswa Vihar Tim Devi
1100-006

**Indonesia** (Embassy)
Amb. Raliq Al-Masri
Tel.: 62-21-30451403 50360
Fax: 62-21-51945202
E-mail: palambasy@cogan.net.id
Yayasan 7 pala.com
5 Gatot Subroto St.
Jakarta 10110, Indonesia

**Iran** (Embassy)
Amb. Salah Al-Zawawi
Tel.: 98-21-2257 175 6450
Fax: 98-21 2257170
E-mail: palestine@email.com
16, No. 24, I.R. Esfandiar St.

**Iraq** (Embassy)
Acting Amb. Dr. Bassel
Tel.: 964-1 5564301 2314
Fax: 964-1 7177/4631502946
E-mail: palestn@yahoo.com
MG 804, 24-15, Baghdad 7-28

---

**Ireland (General Delegation)**
Amb. Michail Izzat Al-Ajuri
Tel.: 353-1 2103515
Fax: 353-1 2103512
E-mail: info@plo.ie
or: inknet@plo.ie
42 Ashford Road, Dublin 2, Ireland

**Italy** (General Delegation)
Amb. Yousef Abed-Alhayeh
Tel.: 3906-44240495 8391
Fax: 3906-7600127
Email: Ghassan Ebeid@plo.it ...
info and well delegation palestine
Pastena Bel et via via Pastrengo 12
Roma, Italy 00185

**Japan** (General Delegation)
Amb. Walid Siam
Tel.: 213-03-118445
Fax: 213-03-119122
E-mail: palestine delegation.jp.com
or: walid.siam@palest.jp.com
http://www.palestine.jp
9th floor, Kowa Building 38
Chuo, Chiyoda-ku, Tokyo, 105-0052

**Jordan** (Embassy)
Acting Amb. Jamal Al-Shobaki
Tel.: 962-6 5927017/5659 hrl
Fax: 962-6 4622/5927 569947
E-mail: palembassy-amman.org
or: ....5927072 ...almm gen.
PO Box 950787, Amman, Zarqa Jordan

**Kazakhstan** (Embassy)
Amb. Hussein Abu El-Oun
Tel.: 327-1 9128769/87162
Fax: 327-1 9287569
E-mail: Palembkz@rambler.ru
37 Uzhanbaul Str. Block 4, kv
Almaty, 4000000 Astana, Kazakhstan

**Korea, Democratic People's Republic of** (Embassy)
Acting Amb. Jihad Shayeb
Tel.: 850-2 3817385 2/817180
Fax: 850-2 3817...55
E-mail: palembkorea@email.com
PO Box 24, Pyong Yang, Korea

**Kuwait** (Embassy)
Charge d'Affaires: Jihad Al-Hamdan
Tel.: 965 52 661560
Fax: 965 02 661560
E-mail: palemkuw@hotmail.com
PO Box Safat 26 6452
Kuwait

**Lebanon** (Embassy)
Amb. Abbas Zaki
Tel.: 961 1...
Fax: 961 1...
Beirut, Lebanon

**Libya** (Embassy)
Amb. Atef Odeh
Tel.: 218-21 3338696
Fax: 218-21 3335908
E-mail: palembge@libya.net
PO Box 2345, Tripoli, Libya

*Index p. 177 fl.*

02:008891

0755

**Malaysia (Embassy)**
Amb. Abdel Aziz Abu Ghosh
Tel.: 60-3-42568905-6
Fax: 60-3-42570802
E-mail: embassyofpalestine@gmail.com
PO Box 10554-50716, 65 Jalan U
Thant, 55600, Kuala Lumpur

**Mali (Embassy)**
Amb. Abdel Hamid Al Sayed
Tel.: 223-20-211492/213510
Fax: 223-20-216452
E-mail: ambapalest@afribonemali.net
PO Box 1901, Bamako, Mali

**Malta**
Amb. Gabi Al-Tawil
Tel.: 356-21-382355/225533
Fax: 356-21-370605
E-mail: ptawel@onvol.net
Malta

**Mauritania (Embassy)**
Amb. Adnan Abu Al-Hega'a
Tel.: 222-2-53293-4/53993/62214:3
Fax: 222-2-52888
E-mail: ambpsmr1948@yahoo.fr
PO Box 547/408, Nouakchott

**Mexico (Special Delegation)**
Amb. Said Musa Hamad
Tel.: 52-55-255-2904
Fax: 52-55-5313821/4548936
E-mail: palestinemexico@gmail.com
or: palestinaenmexico@gmail.com
Lope de Vega 1465, Piso col. Polanco
Apdo., Postal 5-045 CP 06590

**Montenegro**
Amb. Adham Abu Moallalah
Tel.: 381-63212790
E-mail: rama@eunet.yu

**Morocco (Embassy)**
Amb. Dr. Ahmad Sobeh
Tel.: 212-537766806
212-537 769807
Fax: 212-537 767166
E-mail: sobohahmad@yahoo.com
10, Rue Annaba, Rabat, PO Box 301,
Rabat

**Mozambique (Embassy)**
Amb. Adnan Abu Al-Maja
Tel.: 258-1-486057
Fax: 258-1-486084
PO Box 1160, Maputo, Mozambique

**Netherlands (General Delegation)**
Amb. Dr. Nabil Abu Znaid
Tel.: 31-70-3604864
Fax: 31-70-365/847
E-mail: pgd@planet.nl
Laan Copes Van Cattenburch 73,
2585 EW, Den Haag, Netherlands

**Nicaragua (Embassy)**
Amb. Mohammed Sa'adat
Tel.: 505-2-262388/60239
Fax: 505-2-650589
E-mail: emb.palnic@turbonett.com.ni
Las Colinas, Calle Las Flores # 135,
PO Box 5305, Managua

**Nigeria (Embassy)**
Amb. Azmi Al-Dakka
Tel.: 2349-4135311/4135059
Fax: 2349-4135306
E-mail: palembasng@yahoo.com
or: aaidagab@yahoo.com
P.H.B 429 Garki, Abuja, Nigeria

**Norway (General Delegation)**
Amb. Yasser Najjar
Tel.: 47-2-2560547/49799
Fax: 47-2-2560738
E-mail: yorsernajjar@yahoo.com
Drammensveien 104, 0273 Oslo

**Oman (Embassy)**
Amb. Fuad Odeh
Tel.: 968-2-4605879/4605912
Fax: 968-2-4605327
E-mail: alboraak@omantel.net.om
Muscat, Oman

**Pakistan (Embassy)**
Amb. Hazem Abu Shanab
Tel.: 92-51-2291185/3748/155157
Fax: 92-51-2294763
E-mail: Palestine@dsl.net.pk
or: Palestine.pak@hotmail.com
fl House No. 456, PO Box 1064,
Islamabad, Pakistan

**Peru (Special PLO Representation)**
Amb. Walid Abdel Rahman
Tel.: 51-1-221-4241/450240
Fax: 51-1-221-4240
E-mail: paleprslima@terra.com.pe
or: salowwalid@palesa.com
Francisco de Paula Ugarriza 595,
Lima 18, Peru

**Poland (Embassy)**
Amb. Khaled Ghazal
Tel.: 48-22-8867772
Fax: 48-22-8867576
E-mail: info@palestine.pl
or: ambassadorkhaled@wp.pl
http://www.palestyna.pl
02-516 Warszaw St., ul. Starościńska
1/2 PO Box 495, Warsaw, Poland

**Portugal (General Delegation)**
Amb. Ranza Ibrahim Nabuls
Tel.: 351-21-3621118/3621098
Fax: 351-21-3621095
E-mail: embassyofpalestine.portugal@gmail.com
Rua 22 no. 2, Bairro de Boleth,
1400 - 383 Lisbon, Portugal

**Qatar (Embassy)**
Amb. Munir Ghanam
Tel.: 974-4692288/4688320
Fax: 974-4688640
E-mail: palembs@qatar.net.qa
Al-Khalij St., PO Box 138,
Doha 4100616

**Romania (Embassy)**
Amb. Ahmad Aqal
Tel.: 40-21-2119420/07932
Fax: 40-21-2119454
E-mail: pl.emb_romania@yahoo.com
or: ahmad@ahmedaqal.com
50r, Alexandru-sime Nr. 64
PO Box 316, Bucharest, Romania

**Russian Federation (Embassy)**
Amb. Dr. Fayed Mustafa
Tel.: 7-495-63714340/6373682
Fax: 7-495-6372195
E-mail: embassy@palestine.ru
http://www.palestine.ru
Kropotkinsky pereulol 26, Moscow
119034, Russian Federation

**Saudi Arabia (Embassy)**
Amb. Jamal Al Shobaki
Tel.: 966-1-4880735/9
Fax: 966-1-6936407/4880721
E-mail: info@palestineembassy.org.sa
or: phoubali@palestineembassy.org.sa
PO Box 3589, Riyadh, 11481 KSA
- Jeddah
Amb. Imad Sha'ath
Tel.: 966-2-6905593/2960156
Fax: 966-2-6972415
E-mail: imhfie@gmail.com

**Senegal (Embassy)**
Amb. Abdel Rahem Al-Farra
Tel.: 221-33-8604196
Fax: 221-33-8604179
E-mail: Palestine@sentoo.sn
PO Box 3119, Dakar, Senegal

**Serbia**
Amb. Mohammad Nabhan
Tel.: 381-11-3670708/109
Fax: 381-11-3670733
E-mail: ambas@palsa.com

**Slovakia (Embassy)**
Amb. Hatich Al-Tam
Tel.: 004-212-52621156
Fax: 004-212-52456007
E-mail: palestina@chello.sk
Slovakia

**South Africa (Embassy)**
Amb. Ali Halineh
Tel.: 27-12-3426411-3
Fax: 27-12-3426412
E-mail: Ambhalineh@yahoo.ie
or: palenibsa@ihurst.co.za
Sudhof Bldg., 472 Walker St., Flat no
5, Viof St., Sunnyside, Pretoria, PO
Box 56021, Arcadia, Pretoria 0007

**Spain (General Delegate)**
Amb. Kitah Odeh
Tel.: 34-91-3453262/58
Fax: 34-91-3454287
E-mail: embassydelpalestina@sisatelcom.com
20, Avda Pio XII, 28-16 Madrid

**Sri Lanka (Embassy)**
Amb. Dr. Anwar Al-Agha
Tel.: 941-1-2695891
Fax: 941-1-2695982
E-mail: Deagha@sltnet.com.com
PO Box 202, 13210 Vojerman NW,
Colombo 7, Sri Lanka

**Sudan (Embassy)**
Amb. Sayed Rashid Masri
Tel.: 249-1-5123791
Fax: 249-11-512231973
E-mail: plosudan@yahoo.com
Abdel Mun'em Riadh St.,
PO Box 2292, Khartoum, Sudan

Sweden (General Delegation)
Amb. Salah Hasan Abdul Shafi
Tel: 46-8 151588
Fax: 46-8 151529
E-mail: infol@pld-sweden.org
or: salah@pld-sweden.org
Radmansgatan 46, 113 57 Stockholm

Switzerland (General Delegation)
Amb. Ahmad Zidan
Tel: 41-313-324000
Fax: 41-313-324005
E-mail: ...
29 Rue de Vermont, Geneva
Case Postal 1207, Geneva 1

Syria (Embassy)
Amb. Mahmoud Al-Khalidi
Tel: 963-11-3413363/3443014
Fax: 963-11-4434805
E-mail: palidamas@gmail.com
Damascus, Syria

Tanzania (Embassy)
Amb. Nasri Abu Jesh
Tel: 255-222590636
Fax: 255-222153762
E-mail: palembtz@yahoo.com
PO Box 20547, Dar Es Salaam

Tunisia (Embassy)
Amb. Salman Harfi
Tel: 216-71-894872/ 869406/2
Fax: 216-71-899142
E-mail: ...
or: salman@... 
17 Rue Ernest Renan, Belvedere, PO
Box 330, Belvedere, 1002 Tunis

Turkey (Embassy)
Amb. Faed Mustafa
Tel: 90-312-440-7090/91/92/93
Fax: 90-312-4405661
E-mail: ...
or: ...
Filistin Sokak No. 41, Gaziosmanpasa
06700, Ankara, Turkey

Ukraine
A. del Emurad Ahmed El-Kidd
Tel: 380-44-2842046/2847042
Fax: 380-44-2847041
E-mail: ...
or: Palestine embassy@ukr.net
2/30/31, 12 Pushkina St, Kiev, Ukraine

United Arab Emirates
Amb. ...
Tel: ...
Fax: ...
E-mail: ...

United Kingdom (General Delegation)
Amb. Husam Zomlot
Tel: 44-2089563146/3212138
Fax: 44-2089563786
Fax: 44-2089563704
E-mail: palestine@...
or: ukpld@...
or: ukdeleg@...
5 Galena Road, Hammersmith
London, W6 0LT, United Kingdom

United States (PLO Office)
Amb. Maen Areikat
Tel: 1-202-9296360
Fax: 1-202-974-6278
E-mail: plonews@...
1320 18th Street, NW, Suite #200
Washington, DC, 20036

Uzbekistan (Embassy)
Amb. Anad Abdul Rahman Al-Jaaji
Tel: 99-871-2589448/55/4465
Fax: 99-271-2-55417
E-mail: embassy@...
or: ...
25 Karim Karimov St
Tashkent, 100000

Vatican (Gen. Delegation)
Amb. ...
Tel: ...
Fax: ...
Vatican

Vietnam (Embassy)
Amb. ...
Tel: 84-4-8252947/8258033
Fax: 84-4-8259896
E-Mail: vnemb@...gov.pk
PO Box 23, Hanoi, Vietnam

Yemen (Embassy)
Amb. Bassem Al-Agha
Tel: 967-1-428154/65
Fax: 967-1-428155
E-mail: palembyem@yahoo.com.ye
PO Box 185, Sana'a, Yemen

Zambia (Embassy)
Amb. Atallah Qhelat
Tel: 260-1-261873/4
Fax: 260-1-261876
E-mail: plozambia@zm.co.zm
Zambia

Zimbabwe (Embassy)
Amb. Anwa Abdullah Hourani
Tel: 263-4-794330
Fax: 263-4-794331
E-mail: alenan@icon.co.zw
Fairbridge Avenue Beatrice
PO Box 3617, Harare, Zimbabwe

## REPRESENTATION IN INTERNATIONAL BODIES

European Union (Gen. Delegation)
Amb. Leila Shahid
Avenue de la cour Belgium (pending)

League of Arab States
(Permanent Mission)
Amb. Dr. Barakat Al-Fara
Tel: 202-3235565 64732
Amb: 202-21636-91
Fax: 202-5337618b
E-mail: palos alyesbc.net
37 An-Nahda St., Doha, ...

Organization of the Islamic Conference (Permanent Mission)
Amb. Madani Saleh
Tel: 966-2-6909459/60/28
Mobile: 966-1-6905904
Fax: 966-2-6918427/686
E-mail: manal.nariman@hotmail.com
PO Box 1775, Jeddah, 21431
Saudi Arabia

United Nations
Amb. Riad Mansour
Tel: 1-212-5828002/4049210
Fax: 1-212-517-2377
E-mail: Palestine@un.int
115 East 65th Street
New York, NY 10021 USA

• Finland (Office)
Amb. Jabbar Ghannam
Tel: 358 9 7600024/452110
Fax: ...
E-flame Palestine embassy@co.fi
or: www.palestine... Pietari katu 9 A 25
Helsinki 00140 Finland
or: sambos I, Swaziland

UN Office & International Union
Geneva
Amb. Ibrahim Khreisheh
Tel: 41-22-9407810/4
Fax: 41-2-9407617
Kalamoun N. 1409 Geneva
Geneva

**UNESCO** (Permanent Delegation)
Amb. Elias Sanbar
Tel: 33-1-4568342/ 116
Fax: 33-1-45663307 9003
E-mail: delegation.palestine@unesco.org
or: sanbar.unesco.org
1, Rue Miollis 75015, Paris,
France

02:008893

0757



**PRESIDENT'S OFFICE**

**President:** HE Mahmoud Abbas
Tel.: 02-2959928/81370-5
Fax: 02-2963179
Gaza
Tel.: 08-2824670/2841028/038/9700
Fax: 08-2822365

**Secretary-General:** Tayyeb Abdul Rahim
Tel.: 02-2959928/08-2824171
Fax: 02-2963179/08-2824604

**Chief of Staff:** Dr. Rafiq Husseini
Tel.: 02-2963171/2959928   ext 249
Mobile: 0599-258413
Fax: 02-2969740
E-mail: rhusseini@president.ps

**Assist. Chief of Staff for Administrative Affairs:** Munir Salameh
Tel.: 02-2959928 ext 383
Mobile: 0599-313796

**Assist. Chief of Staff for General Services:** Imad Nahhas
Tel.: 02-2959926   ext 566
Fax: 02-2969733

**Assist. Chief of Staff for Policy Coordination:** Osama Keilani
Tel.: 02-2959928
Mobile: 0599-259424
E-mail: keilani@president.ps

▶ **UNITS & DEPARTMENTS**

**Arabic & Local Media Unit:** Dr. Hussein Hassan
Tel.: 02-2950770/0599-660205
Fax: 02-2969740

**Jerusalem Unit:** Head: Ahmad Rwaidy
Tel.: 02-2959928   ext 706
Tel. & Fax: 02-2959928
Mobile: 0599-919131
E-mail: arwaidy@president.ps

**Legal Unit:** Head: Dr. Yasser Abu Laban
Tel.: 02-2959928   ext 730
Tel. & Fax: 02-2931360
Mobile: 0599-479933
E-mail: ylaban@president.ps

**Planning and Institutional Development Unit:**
Tel.: 02-2959928

**Political and International Relations Unit:**
Head: Nabil Kraieh
Tel.: 02-2962530/2959928   ext 702
Fax: 02-2962530
Mobile: 0599-114314
E-mail: nkraieh@president.ps

**Protocol Unit:**
Dir. Gen.: Niveen Sarraj
Tel.: 02-2970588
Fax: 02-2963172

**Public Relations:**
Dir. Gen.: Hussam Dabbas
Tel.: 02-2981377/2959928   ext 662
Mobile: 0599-476476
Fax: 02-2969734
E-mail: hdabbas@president.ps

▶ **PRESIDENTIAL ADVISORS**

- Nimer Hammad (Political Affairs)
  Tel.: 02-2959928
- Sami Abu Rashbeh (Environmental Affairs)
  Tel. & Fax: 02-2959898
- Assad Abdul Rahman (Refugee Affairs)
  Tel. & Fax: 02-2959976
- Nasr Hammad (Foreign Affairs)
  Tel. & Fax: 02-2813380/2931377
- Hikmat Zeid (Governorate Affairs)
  Tel.: 02-2581378   ext 519
  Tel. & Fax: 02-2959973
- Hajj Ismail Jaber (Security Affairs)
  Tel.: 02-2959928
- Mohammad Ishtayeh (Economic Affairs)
  Tel.: 02-2929971/0599-250814
- Dr. Saeb Erekat (President, PLO Technical Operations)
  Tel.: 02-2929234/0599-512596
- Rafiq Al-Husseini (Scientific & Water Desalination Affairs)
  Tel.: 02-2959928/2969740
  E-mail: rhusseini@president.ps

## MINISTRIES

▶ **PRIME MINISTER'S OFFICE**

**Prime Minister:** Dr. Salam Fayyad
Tel.: 02-2950078
Fax: 02-2950961
E-mail: pm@pmo.gov.ps
http://www.palestinecabinet.gov.ps
A-Masyoun, PO Box 2466, Ramallah

**Dir. Gen. of the Prime Min.'s Office:** Muhammad Jaouni
E-mail: mjaouni@pmo.gov.ps
Tel: 02-2950978
Fax: 02-2968981/2950974

**Protocol Department:** Rasha Al-Sos
Tel.: 02-2950978
Fax: 02-2968972
E-mail: rsos@pmo.gov.ps

**Cabinet Secretary (Council of Ministers):** Dr. Riam Abu Ramadan
Tel: 02-2968963
Fax: 02-2968963
E-mail: rriam@planning.mop@gov.ps
mop@pi.ps
Office of the Cabinet Secretary
Dir. Gen.: Kamlan Enginawi
Tel. & Fax: 02-2968963/2959928/2959573
Fax: 02-2969805
E-mail: kenginawi@pbno.gov.ps
Deputy Secretary: Orab Awad Samoil
Tel: 02-2968963/2959928/2959437
Fax: 02-2959805
E-mail: awad@pmo.gov.ps
Deputy Secretary Chief: Salah Elayan
Tel: 02-2959928/0599-542541
Fax: 02-2959805
E-mail: selayan@pmo.gov.ps

**Minister of State:** Maher Ghneim
Tel: 02-2954486
Tel & Fax: 02-2968976
E-mail: mghneim@pmo.gov.ps

▶ **PRIME MINISTER'S ADVISORS**

**Advisor to the Prime Minister**
Omar Al-Ghul
Tel: 02-2951766/0599-408871
E-mail: omar_hlm2005@hotmail.com
Ramallah

**Arab & Islamic Funds Affairs**
Dr. Jawad Naji
Tel.: 02-2968976/0599-244550
Fax: 02-2968971
E-mail: jnaji@pmo.gov.ps
Jawad-953@hotmail.com
Ramallah

**Civil Society & Media Unit**
Jamal Zaqout
Tel: 02-2968967/2959928/435500
Fax: 02-2959437
E-mail: jamal.zaqout@gmail.com
Media Office, Tel.: 02-2968973
Fax: 02-2959437
E-mail: zaqout@pmo.gov.ps
pr.kandara@gmail.com
Gaza Tel.: 08-
Tel: 08-2844939
Fax: 08-
E-mail: media.kandara@gmail.com

**Economics Affairs Unit**
Special Advisor: Dr. Hassan Abu Libdeh
Tel.: 02-2959928
Fax: 02-2959419
E-mail: habulibdeh@palestinecabinet
Kherras Bldg., 1st fl., 2nd fl.,
Ramallah

**Wall and Settlements Affairs Unit**
Head: Ali Amer
Tel.: 02-2421537-8 / 0599-250895
Fax: 02-2421539
E-mail: aamer112002@yahoo.com
An-Nimeh Bldg., 1st fl., Al-Bireh

02:008894
0758

▶ **CABINET OFFICE**

Tel: 02-2989675
Fax: 02-2959929
E-mail: datacel@minfo.gov.ps
http://www.pales-govdata.gov.ps
Al Masyoun, A. An-Nahda St., Ramallah
Palestine

**Government Media Centre**
Gen. Dir. Ghassan Khatib
Tel: 02-2989931/2
Fax: 02-2989935
E-mail: gmc@gmc.ps
http://www.gmc.ps
Ramallah

**Palestine National Archives Centre**
Head: Mohammad Hmeid
Tel: 02-2981211
Fax: 02-2981211
Ramallah, P.O. Box 96

▶ **MINISTRY OF AGRICULTURE**

Minister: Ismail Daiq
Tel: 02-2403360
Fax: 02-2403361
E-mail: moa@palnet.edu
P.O. Box 197, Ramallah
Deputy: Azzam Tuaideh
Tel: 02-2403320
Fax: 02-2403317
Technical Advisor to the Minister
Dr. Thameen Hijawi
Tel: 02-2403369
Fax: 02-2403361
Asst. Deputy, West Bank:
Mahmoud Hussein
Tel: 02-2403306
Fax: 02-2403312

**Planning and Policies Dept:**
Dir. Abdullah Lahlah
Tel: 02-2403306
Fax: 02-2403312

**Land Development:**
Dir.-Gen. Zakaria Salaymeh
Tel: 02-2403306
Fax: 02-2403312
Mobile: 0599-572258

**Palestine National Agricultural Research Center**
Dir. Ziad Hilal
Tel & Fax: 02-2321251

**Unity Cabinet:**
Dir. Osama Mohamed Sharif
Tel: 02-2403364
Fax: 02-2403312

**Forestry, Range Land & Wild Life**
Dir. Tahseen Bakr
Tel: 02-2403366
Fax: 02-2403312

*Index p. 177 R*

---

**Fishery:**
Dir. Division of Fisheries
Tel: 02-2481291
Fax: 02-2958151

**Plant Protection:**
Dir. Aryad Dooh
Tel: 02-2959035
Fax: 02-2481312

**Soil & Irrigation:**
Division Dir. for Soil
Tel: 02-2481211
Fax: 02-2481312

**Marketing:**
Dir. Fathi
Tel: 02
Fax: 02

**Finance & Administration:**

**Public Relations:**

▶ **MINISTRY OF CULTURE & ARTS**

Minister: Ehab Bseiso
Tel: 02-2981251
Fax: 02

**West Bank:**
Tel: 02

Advisor:

**Director Generals:**
• Art Dept.
• Assistant for Foreign Affairs
• Books General Commission
• Cultural Development
• Finance & Administration
• Library Dept.
• Literature & Publishing
• Public Communication
• Woman Dept.

**Gaza:**

**West Bank Offices:**
Bethlehem
Hebron
Jenin
Jericho
Qalqilya
Salfit
Tulkarem
Tubas

---

▶ **MINISTRY OF DETAINEES & EX-DETAINEES AFFAIRS**

Minister: Issa Qaraqe
Tel & Fax: 02-2426602
E-mail: minister@freedom.ps
http://www.freedom.ps
Legal Body: Saleh Nueimat
Dep. Min.: Ziyad Abu Ein
Tel & Fax: 02-2426606
E-mail: zaddaboein@yahoo.com
West Bank
Dir.-Gen., Min.'s Office: Said Nur
Tel & Fax: 02-2426601
E-mail: manager@freedom.ps

**Minister's Council Unit**
Dir. Wedad Khader
Tel & Fax: 02-2426604

**General Departments:**

**Detainees Affairs:**
Dir.-Gen. Shaho Saadeh
Tel & Fax: 02-2438435
Deputy Gen. Arafat Nazzal
Tel & Fax: 02-2478635

**Ex-Detainees Rehabilitation Program:**
West Bank
Dir.-Gen. Muhsen Abu El Bara
Tel & Fax: 02-2438765

**Finance & Administration:**
Dir.-Gen. Sabah Hasan
Tel: 02-2423441
Fax: 02-2428068
E-mail: finance@freedom.ps

**Information:**
Dir.-Gen. Osama Abu Bakr
Tel: 02-2426601
Mobile: 0599-572258
E-mail: info@freedom.ps

**Information Systems:**
Dir.-Gen. Azzam Ismail
Tel: 02-2421442
Fax: 02-2428568
E-mail: system@freedom.ps

**Legal Affairs:**
Dir.-Gen. Jawad Amireh
Tel: 02-2426601

**Local Affairs:**
Dir.-Gen. Nizar Awad
Tel & Fax: 02-2426601

**Public Relations & Information:**
Dir.-Gen. Elias Abu Eita
Tel: 02-2426601

---

Departments:

Vocational Training:
Dir. Mohammed Fajjar
Projects Teams: Dr. J. Abecher Saleh
Education: Eng. Adel Arfaie
Care & Education: Dir. Ghaleb Deeb
Job & Employment: Dr. Mohammed Fayek
Health Insurance: Dr. Khalil Shbeck

District Offices:

Nablus Dir. Dr. Shaher Masjleh
Tel: 09-2374953
Fax: 09-2384555

Hebron Dir. Shaker Abbas
Tel: 02-2226433
Fax: 02-2276493

Jenin Dir. Nablus Abdel Ghaffar
Tel: 04-2503164
Fax: 04-2504576

Jericho Ahmed Abu Sakin
Tel: 02-3421205
Fax: 02-3421525

Jerusalem Dir. Mohammed Rizek
Tel. & Fax: 02-5792064

Nablus Dir. Saeed Deeb
Tel: 09-2376119
Fax: 09-2371525

Qalqilya Dir. Ziad Zakarna
Tel. & Fax: 09-2904987

Ramallah Dir. Basil Jabareen
Tel: 02-2410955
Fax: 02-2411240

Salfit Dir. Imad Abu Deia
Tel. & Fax: 09-2515044

Tubas Dir. Ahmad Abu Hassan
Tel. & Fax: 09-2574306

Tulkarem Dir. Atef Asa
Tel. & Fax: 09-2681114

### ▶ MINISTRY OF EDUCATION & HIGHER EDUCATION

**Minister:** Lamis Al-Alami
Tel: 02-2983356-7
Fax: 02-2983222
**Dep. Min.:** Mohammed Abu Zaid
Tel: 02-2983286
Fax: 02-2983272

**Assistant Deputy Ministers for:**

**Gen. Education (Gaza):**
Zainab El-Wazir
Tel: 08-2847779
Fax: 08-2866300

**Higher Education:**
Dr. Fahoom Shalaby
Tel: 02-2982012
Fax: 02-2954548
E-mail: fshalabi@mohe.gov.ps
**Planning & Development:**
Basri Saleh
Tel: 02-2983254
Fax: 02-2983299

**Educational Affairs:**
Jihad Zakarneh
Tel: 02-2983291
Fax: 02-2983222

**Admin. & Financial Affairs:**
Subhi Kayed
Tel: 02-2983209
Fax: 02-2983228

---

Sec. Gen. of Palestinian Council for Higher Education:
Dr. Ghassan Abu Shaikh
Tel: 02-2982623
Fax: 02-2982633

**Director Generals for:**

**Administrative Affairs:**
Dr. Abdelmonem
Tel: 02-2983277
Fax: 02-2983727

**Assessment and Evaluation & Examinations:**
Tel: 02-2982652
Fax: 02-2982651

**Buildings:**
Eng. Fatouh Musallal
Tel: 02-2982822
Fax: 02-2982822

**Colleges & TVET:**
Eng. Ziyad Jawabra
Tel: 02-2982600
Fax: 02-2954548

**Complaints:**
Jamal Abu Hashem
Tel: 08-2865200/ 02-2969370
Fax: 08-2865999

**Computer & Information:**
Tel: 02-2982645
Fax: 02-2954518

**Council of Ministers:**
No affair Al-Khaleeli
Tel: 02-2983208
Fax: 02-2983222

**Curriculum Development Center:**
Tel: 02-2983350
Fax: 02-2983927

**Diploma Accreditation:**
Dr. Jamal Hussein
Tel: 02-2982616
Fax: 02-2954518
E-mail: jhussein000@yahoo.com

**Educational Administration:**
Riyad Sbeihat
Tel: 02-2983287/2983292
Fax: 02-2983337

**Educational Counseling & Special Education:** Rima Zaid Al-Qlany
Tel: 02-2983250
Fax: 02-2983202

**Educational Supervision & Educational Qualifying:**
Marwan Lutfi Zaid
Tel. & Fax: 02-2983205

**Educational Technology:**
Tel: 2969386-4
Fax: 2969288

**Financial Affairs:**
Tel: 02-2983225
Fax: 02-2983222

**General Education:**
Dr. Hafia Al-Aggan
Tel: 02-2983205
Fax: 02-2983222

---

**Humanities and Social Studies:**
Ali Manasra
Tel: 02-2969370
Fax: 02-2969377

**Internal Auditing:**
Azzam Abu Bakr
Tel: 02-2983292
Fax: 02-2983272

**International & Public Relations**
Tel: 02-2983254
Fax: 02-2983299
E-mail: pasrwork@mohe.gov
**Jerusalem Affairs Unit**
Deema Samara
Tel: 02-2982226
Fax: 02-2983272

**Minister's Office & Asst. for Public Relations (Gaza):**
Ruwan Shadi
Tel. & Fax: 08-2825500
E-mail: ShadanShadi@education.gov

**National Institute for Educational Training:**
Col. Dir. Gen. Shehadi Dabbe
Tel: 02-2969444
Fax: 02-2969444

**Palestinian Education Initiative:**
Dr. Yousef Ghanem
Tel: 02-2969398
Fax: 02-2969398

**Planning:**
Saadah Hanineudah
Tel: 02-2983299
Fax: 02-2983272

**Project Management**
Act. Dir. Gen.: Jihad Drabi
Tel: 02-2983273
Fax: 02-2983363

**Scholarships**
Anwar Zakariya
Tel: 02-2982655
Fax: 02-2987833
E-mail: anwarzad@yahoo.com

**School Health**
Dr. Mohammed Al-Kheira
Tel. & Fax: 02-2983292

**Scientific Curriculum & Minister Advisor for TVET:**
Jamil Abu Saida
Tel: 02-2969350
Fax: 02-2969377

**Students Activities in Schools**
Riad Abdel Qader
Tel: 02-2983291
Fax: 02-2983222

**Students Revolving Fund:**
Abdel Latif Al-Zughol
Tel: 02-2983231
Fax: 02-2983272

**Students Services in Higher Education**
Tel: 02-2982650
Fax: 02-2954518

PASSIA

**Supplies:**
Mohammed Jaradah
Tel & Fax: 08-2861146
Tel & Fax: 02-2983284

**Textbooks & Educational Publications:**
Ali Al-Saeed Khawla
Tel & Fax: 08-2861146
Tel & Fax: 02-2969350

**Women's Unit:**
Nouhad Abu Ghazaleh
T. & 02-2969326
Fax: 02-2969323

**District Education Offices:**

Bethlehem
Dir. Abdallah Mohamed
Tel. 02-2741473
Fax: 02-2741393

Ramallah
Dir. Mohammed Bandoub
Tel & Fax: 02-2221271

Hebron
Dir. Naresh Anou
Tel. 02-2922802
Fax: 02-2278948

South Hebron
Dir. Fawzi Abu Bawa
Tel. 02-2752473
Fax: 02-2761950

Nablus
Dir. Hassan Touboul
Tel & Fax: 02-2297841

Jenin
Dir. Salam Nabeel Al-Jarar
Tel. 02-2501365
Fax: 02-2565503

Jericho
Dir. Mohammad Al-Qatar
Tel. 02-2671155
Fax: 02-2671035

Salfeet
Dir. Bassam Saqmah
Tel. & Fax: 02-2510564

Tulkarem
Dir. Walleed Deab
Tel. 09-2907313
Fax: 02-2408789

Qalqilya
Dir. Tawfiq Odeh
Tel. 09-2942624
Fax: 09-2942615

Gabatiya
Dir. Rownak Qadaghren
Tel. 09-2513681
Fax: 09-2513604

Tubas
Dir. Mohammad Zakern
Tel. 09-2571267
Fax: 09-2575101

Bahar
Dir. Sahar Awoob
Tel. 09-2380005
Fax: 09-2380495

Boqan
Dir. Mohammed Awad
Tel. 09-2591010
Fax: 09-2591000

Jerusalem
Dir. Samuel Noue
Tel. 6276519
Fax: 6283476

Jerusalem Suburbs
Dir. Omar Zobae
Tel. 02-2346622
Fax: 02-2346455

North Gaza
Dir. Husnham Abdul Hanal Hanafam
Tel. 08-2479971
Fax: 08-2472550

Middle Area
Dir. Dr. Fatila Hawsh
Tel. 08-2561112
Fax: 08-2561143

Gaza
Dir. Ali Abu Samah
Tel. 08-2429991/2829196
Fax: 08-2865900

Khan Younis
Dir. Hashem Qatran
Tel. 08-2067731
Fax: 08-2051123

Rafah
Dir. Salem Shah
Tel. 08-2136022
Fax: 08-2130125

---

**➤ MINISTRY OF FINANCE**

**Minister:** Dr. Salam Fayyad
Tel. 02-2978800/4
Fax: 02-2978845
E-mail: mof@baffat.net.com
http://www.mof.gov.ps
Al-Nasser St. (Ibah), Al-Bireh
PO Box 797, Ramallah

Gaza
Tel. 08-2826345
Fax: 08-2825694
Saraya St., PO Box 807

**Deputy Minister, West Bank:**
Mona Asfahan
Tel. 02-2978512
Fax: 02-2977824
E-mail: mona@mof.gov.ps

Gaza
Tel. 08-2826340
Fax: 08-2826410
Al-Jala St., Palestine complex, Gaza

**General Accountant**
Majed Doma
Tel. 02-2978021
Fax: 02-2978015
E-mail: mdoma@mof.net.ps

**General Directorates:**

**- Admin. & Financial Affairs:**
Basel Al-Ratahi
Tel. 02-2978637
Fax: 02-2578458

**- Auditing:**
Dir. Dr. Nader Saadar
Tel & Fax: 02-2656026

**- Budget:**
Dir. Farid Ghanam
Tel & Fax: 02-2977016

**- Customs & Excise:**
West Bank
Fadel Saadeh
Tel & Fax: 02-2979536

**- Financial Civil Control**
West Bank

**- Financial Military Control**
Abed Al-Rahahi
Tel & Fax: 02-2978536

**- Government Petroleum Corporation:**

**- Government Propriety Accounts**
West Bank - Ahmad Samah
Tel. 02-2978709
Fax: 02-2978950

**- Income Tax**

**- Information Technology:**
Dir. Bassam Ahmadh
Tel & Fax: 02-2979530
E-mail: comm@mof.gov.ps

**- International Relations & Projects:**
Ayad Dein

**- Legal Affairs Dept.:**

*Index p. 177 ff*

02:008897
0761

**· Payments:**
West Bank: Abdul Jabbar Salem
Tel.: 02-2978800
Fax: 02-2978771
Gaza: Ibrahim Al-Bitajee
Tel.: 08-2844301

**· Payrolls**
Dir.-Gen.: Mo'en Nasser Atta
Tel.: 02-2978765
Fax: 02-2978765
E-mail: a_atta@hawas@gmail.ps
Gaza: Fa'iq Abu Samra
Tel.: 08-3864.2875

**· Property Tax:**
Dir.-Gen.: Mahmoud Nofel
Tel.: 02-2408755
Fax: 02-2424755
E-mail: aynam_hawas@yahoo.com

**· Public Debts**
Gaza: Jamal Abdal Lafd
Tel.: 0599-413345
E-mail: j_gradh2000@gmail.com
West Bank: Isa Goudeh
Tel.: 02-2578060/0599-333347
Fax: 02-2525254

**· VAT**
Ahmed Al-Hamri
Tel. & Fax: 02-2978241

▶ **MINISTRY OF FOREIGN AFFAIRS**

Minister:  Dr. Riad Al-Malki
Tel.: 02-2420554
Fax: 02-2423772/2421022
E-mail: info@mofa-gov.ps
http://www.mofa-gov.ps
Al-Balu', Al-Bireh, PO Box 1336,
Ramallah or PO Box 54319, Tiem
Dep. Min.: Amb. Dr. Said Abu Amara
Tel.: 02-2424728
Fax: 02-2423772

Chief of Protocol:
Kanal Hamdan
Tel.: 0598-933782
Fax: 02-2423772

▶ **MINISTRY OF HEALTH**

Minister: Dr. Fathi Abu Moghli
Tel.: 02-2408650
Fax: 02-2408979
Nablus:
Tel.: 09-2384771-6
Fax: 09-2336466
http://www.moh.ps
Dep. Min.: Dr. Anan Al-Masri
Tel.: 09-2398095/2384771-6
Fax: 02-2407742
Fax: 09-2370439/02-2407743
E-mail: anan@moh.gov.ps
Anan_masri@gmail.com
http://www.moh.gov.ps
PO Box 14, Nablus

Director Generals:

**· Central Warehouses**
Mohammad Abu Hamlah
Tel.: 02-2957959
Fax: 02-2958805

**· Emergency & Medical Services**
Dir.-Gen.: Dr. Mohammad Edah
Tel.: 02-2402161

**· Engineering & Computer Unit**
Imad Al-Khateeb
Tel. & Fax: 09-2381642

**· Engineering & Medical Devices**
Ibrahim Alayan
Tel.: 02-2957933
Fax: 02-2958696

**· Finance**
West Bank: Mohammad Al-Atem
Tel. & Fax: 09-2370438

**· Finance & Administration:**
Dir.-Gen.: Saleh Thawabieh
Tel.: 09-2382870
Fax: 09-2388116
E-mail: s_thawabteh@yahoo.com

**· Gen. Hospitals Directorate:**
Dr. Na'eem Sabrah
Tel.: 09-2384740/771-6
Fax: 09-2385956
E-mail: dr.naimsabrah@hotmail.com

**· Health Information Center**
Dr. Jawad Al-Bitar
Tel.: 09-2393350
Fax: 09-2393381

**· Health Insurance**
Nizar Hasaimeh
Tel.: 02-2400673
Fax: 02-2400879

**· Health Policy & Planning**
Dir.-Gen.: Ghaleb Abu Bater
Tel. & Fax: 09-2381648
E-mail: g_yaabad@yahoo.com

**· Health Promotion & Education**
Dr.: Lubna Al-Saddar
Tel.: 09-2384771-6
Fax: 09-2384777

**· Higher & Continuing Health Education**
Dir.-Gen.: Dr. Said Hammuqa
Tel. & Fax: 09-2381018
E-mail: hammuqasaid@hotmail.com

**· International Cooperation:**
Dr. Qasim Al-Naani
Tel. & Fax: 09-238/275
E-mail: qmaani@yahoo.com

**· Laboratory & Blood Bank:**
West Bank: Wafing Jaber
Tel.: 09-2384771-6
Fax: 09-2384777

**· Pharmacy.**
Dir.-Gen.: Rania Shahin
Tel. & Fax: 09-2386110

**· Preventive Medicine:**
Dr. Iyad 'Arafat
Tel.: 02-2409052
Fax: 02-2409053

**· Primary Health:**
Dr. As'ad Ramlawi
Tel.: 02-2988055/034
Fax: 02-2988933

**· Psychiatric Dept.:**
West Bank
Dr. Hazem Ashu
Tel. & Fax: 02-2987146

**· Public Relation Dept.:**
Dir.-Gen.: Dr. Omar Al-Nasser
Tel. & Fax: 09-2383964
E-mail: prd.moh@gmail.com

**· Supply Unit**
Rezeq Othman
Tel. & Fax: 09-2380060

**· Women's Health:**
Dr.-Gen.: Dr. Gazan Abdoh
Tel.: 09-2385996
Fax: 09-2392877

▶ **MINISTRY OF INFORMATION**

Minister: Dr. Saleh Fayyad
Dep. Min.: Dr. Mutawakel Taha
Tel.: 02-2965588
Fax: 02-2965587
Tel. & Fax: 02-2986466/09-9l-34656.2
E-mail: mutawakel_taha@yahoo.com
Mutawakel_taha@yahoo.com
moi_pro@aw.albekram@gov.ps
http://www.moin.gov.ps
Al-Masyoun PO Box 293, Ramallah

General Directors:

**· External Media:**
Walid Afana
Tel.: 02-2965586
E-mail: external_media@owafo.ps

**· Financial & Admin. Affairs:**
Ibrahim Sajadiyah
Tel.: 02-02-2958004/0599-348958
Fax: 02-2984043
E-mail: i_sajdeyeh@yahoo.com

**· Media Production:**
Tel.: 02-2965584

**· Media Publications:**
Mahmoud Khaletah
Tel.: 08-2866588/0599-699-11
Fax: 08-2824926
E-mail: khalil14@hotmail.com
Dep. Gen.: Nimr Odwan
Tel.: 02-2986465/0599-782960
E-mail: nimr_odwan@yahoo.com

District Offices:
Tayseer Hussein
Tel.: 02-2961445/0599-252140
E-mail: taiser.abuhussain@hotmail.com
Bethlehem:
Fao'q Morsheo
Tel. & Fax: 02-2765115
Al-Jabal St.,
Hebron:
Ismail Jahshan
Tel. & Fax: 02-2226638/17508
Shafalah St., Natsheh Bldg
Nablus:
Majed Kotaah
Tel. & Fax: 09-2386404
Sa'addin Bldg., Ader St.
Jenin:
Mahmoud Egeiteh
Tel.: 04-2430138
Tulkarem: Moe'tasem Amous
Tel. & Fax: 09-2686166/0599-794357
Qalqiya:
Said Mazrai
Tel.: 09-2940260

02:008898
0762

Minister: Saed Abu Al
Office Man.: Bassam Queder
Tel.: 02-2429873-4
Tel. & Fax: 02-2429576
Dep. Min.: Amen Rbahed
Tel. & Fax: 02-2429249
Ramallah

**Strategic Planning Department**
Dir. Gen.: Brig.Gen. Mohamad B. Jbrin
Tel.: 02-2421131
Fax: 02-2421329
E-mail: info@spd.tra.ps
Dep. Asst.:
- Hussam Alam
  Tel. & Fax: 02-2409564
- Yousef Hadi
  Tel. & Fax: 02-2422064
  Nida Ahd
  Tel. & Fax: 02-2421266

**Departments & Units:**
- Bureau Diwan
  Ahmad Smande
  Tel. & Fax: 02-2409844
- Civil Affairs Dept.
  Imad Sharm
  Tel. & Fax: 02-2409191
- Complains Unit/West Bank
  Taha Al-Fagih
  Tel. & Fax: 02-2429430
- Control & Inspection Unit
  Shadi Abdul Razo
  Tel. & Fax: 02-2409430
- Head of Minister Bureau
  Khaled Sabri
  Tel. & Fax: 02-2421242
- International & Arab Affairs
  Ahmed Rabab
  Tel. & Fax: 02-2429201
- Legal Affairs
  Mohaya Al-Sarqa
  Tel. & Fax: 02-2409964
- Passports Residency
  Ahmad Safi
  Tel. & Fax: 02-2409809
- Political Affairs

- Public Affairs
  Fedaa Al-Shaer
  Tel. & Fax: 02-2409963
- Public Relation
  Naser Ah. Fekredin
  Tel. & Fax: 02-2409469

**West Bank Offices:**
Ramallah: Dir. Jhar. Ayya
Tel.: 02-2426615
Fax: 02-2959111
Al Ram Dir.: Radi Heren
Tel.: 02-2347531
Fax: 02-2347510
Abu Dis Dir.: Jamila Al Fadi
Tel.: 02-2799531
Fax: 02-2799502

---

Authorized Dir.: Jamal Abdel Fattah Salama
Tel.: 02-2970000
Fax: 02-2970072
Assist Dir.: Abdel Hadi Zeqasia
Tel.: 02-2421234
Fax: 02-2421064
Head of Dir.: Ismael Jaradat
Tel.: 02-2421234
Fax: 02-2429200
Office Dir.: Ibrahim Suleman
Tel.: 02-2970500
Judicial Affairs
Tel.: 02-2970000
Fax: 02-2970500
Assist Dir.: Hamdie
Tel.: 02-2970500
Tel.: 02-2970500
Fax: 02-2970500
Complains Unit: Abdullah Abdalla
Tel.: 02-2970500
Detained Dir.: Nabil Abd Nabi
Tel.: 02-2970500, 2422705
Fax: 02-2429244

**8- MINISTRY OF JUSTICE**

Minister: Dr. Ali Kashan
Tel.: 02-2972262/2970500 Jericho
Fax: 02-2973264
E-mail: amodjer@moj.gov.ps
Dir.: Khashan's Sandshed Web
Ramallah
Tel.: 02-2971664/2
Fax: 02-2974441
Office Man.: Tayer Muqasa
Tel.: 02-2972500, 634408
E-mail: ali@palaust@yahoo.com
Dep. for Justice Affairs
Assistant
Tel.: 02-2971000
Fax: 02-2970500
Political & Legislation
Tel.: 02-2970000

Bureau of Fatwa & Legislation
Sec.Gen.: Abdel Karim Abu Salah
Tel. & Fax: 02-2971564
E-mail: akimab@moj.gov.ps
PO Box: 2257, Ramallah

Justice Record Dept.
Dir. Man.: Hamed Ali
Tel.: 02-2972283/2970, 660514

Media & PR Unit:
Dir.: Samer Shiblam
Tel.: 02-2999, 674335
E-mail: shang@moj.gov.ps
Dir.: Shang@2005@yahoo.com

**8- MINISTRY OF LABOR**

Minister: Dr. Ahmad Medinan
Tel.: 02-2409583
Fax: 02-2409580
Ramallah
Tel.: 02-2429253
Fax: 02-2409280
E-mail: moeloa@moe.gov.ps
Website: www.moe.gov.ps
Al Masyoon St., PO Box, PO Box 350

---

Dep. Min.: Dr. Rashid Al-Piahe
Tel.: 02-2409584
Fax: 02-2409540

Asst. Dep. Ministers for:

International Cooperation & Finance:
Dir. Samer Al-Quter
Tel.: 02-2409401/2982595
Fax: 02-2982595

Policies & Administrative Development Affairs:
Dir. Amjad Abu Hijer Gen.
Tel.: 02-2982574
Fax: 02-2932901
Dawa
Tel.: 02-2982595/2950
Fax: 02-2982404
Al Haya'eda Bldg., PO Box 350

Southern Governorates:
Kayed Al Gural
Tel.: 08-2862526

Technical Affairs:
Sadier Qahtan
Tel.: 02-2982512
Fax: 02-2982591

Tripartite Parties:
Samer Shehat
Tel.: 02-2982104
Fax: 02-2982801

Director Generals:
Admin. & Financial Affairs:
Samed Al-Rar
Tel.: 02-2982901
Fax: 02-2982561
- Complaints Unit:
  Dr. Ali Abu Shah
  Tel.: 02-2982800
  Fax: 02-2982801
- General & Gen. Relat. Unit:
  Tel.: 02-2982800
  Fax: 02-2982801
- Employment Unit & Labor:
  Tel.: 02-2982800
- Policies & Labor Unit:
  Al-Rahi
  Tel.: 02-2982800
- Labor Relations Dept:
  Tel.: 02-2982800
  Fax: 02-2982801
- Information Unit & Gen. Relat:
  Tel.: 02-2982800
  Fax: 02-2982801
- Labor Policy Committee:
  Ibrahim Taleb
  Tel.: 02-2982800
  Fax: 02-2982801
- Labor Relations:
  Belal Draxaoeh
  Tel.: 02-2982615
  Fax: 02-2982801
- Minister's Office:
  Raan Hehdawi
  Tel.: 02-2409582
  Fax: 02-2409580

02:008899
0763

- Policies & Projects Unit:
Samer Salameh
Tel.: 02-2982800
Fax: 02-2982801
- Vocational Training:
Mahmoud Njoum
Tel.: 02-2402993
Fax: 02-2982801

Offices:

Bethlehem: Head: Kaysar Abu Rehan
Tel.: 02-2742552
Fax: 02-2751301
Deir: Abdel Fatah Suweiteh
Tel.: 02-2267807
Hebron: Head: Amro Al-Mizour
Tel.: 02-2226116
Fax: 02-2226115
Jenin: Head: Ahmad Daraghmeh
Tel.: 04-2501010
Jericho: Ayesha Awajneh
Tel.: 02-2322616
Fax: 02-2323166
Jerusalem: Yasin Faza
Tel.: 02-2345699
Nablus: Head: Rabie Tana
Tel.: 09-2380305
Qalqilya: Head: Saleh SummNo
Tel.: 09-2940686
Ramallah: Head: Mohamed Qam-
moura
Tel.: 02-2957395
Salfit: Head: Khaldoun Nasleh
Tel.: 09-2515526
Tulkarem: Khaldoun Msleh
Tel.: 09-2672086
Tuqua: Mohammad Abu Othayleh
Tel. & Fax: 09-2574525

▶ MINISTRY OF LOCAL
GOVERNMENT

Minister: Dr. Khaled Fahya Qa-
wasmeh
Tel.: 02-2401455
Fax: 02-2402346
E-mail: qawasmik@yahoo.com
Al-Bireh:
Tel.: 02-2401092/1085
Fax: 02-2401091
E-mail: palmolg@gmail.com
http://www.molg.gov.ps
Al-Balou', PO box 731, Ramallah
Dep. Min. Eng. Hazim Ghonaim
Tel. & Fax: 02-2402115

District Planning Committees:

Jerusalem:
As'ad Sawalmeh
Tel. & Fax: 02-2345239
Hebron:
Amro Al-Imleh
Tel.: 02-2229 732/8112
Fax: 02-2226740
Jericho:
Hatem Msallam
Tel.: 02-2323166
Fax: 02-2373944
Bethlehem:
Mohammed Jabarin
Tel.: 02-2770594
Fax: 02-2770595

Jenin:
Samir Dawabsheh
Tel.: 04-2501362
Fax: 04-2436191
Tubas:
Raid Moqbel
Tel.: 09-2672154
Fax: 09-2674088
Tubas:
Tareq Emer
Tel. & Fax: 09-2574677
Salfit:
Al-Sapubeh
Tel.: 09-2515805
Fax: 09-2515804
Salaitu:
Safwan Al-Halabi
Tel.: 09-2340876
Fax: 09-2340877
Qalqilya:
Khaled Shtayeh
Tel.: 09-2942989
Fax: 09-2912988
Ramallah:
Dr. Hani Al-Hroub
Tel.: 02-2951284/2956099
Fax: 02-2956304
Gaza:
Tel.: 08-2620273
Fax: 08-2867509

▶ MINISTRY OF NATIONAL
ECONOMY

Minister: Dr. Hassan Abu Libdeh
Tel.: 02-2981213
Fax: 02-2987640
PO Box 1629, Ramallah
Dep. Min.: Nasser Tahboub
Tel.: 02-2987748/0599-244550
Fax: 02-2960350
E-mail: nahboub@met.gov.ps
Dep. Min.: Abdul Hafiz Nofal
Tel.: 02-2981214/8
Fax: 02-2981207
Mobile: 0599-522523
E-mail: hafizn@met.gov.ps

Directorate Generals:

- Company Registration and
Industrial Licensing:
Dir. Gen.: Haha Stich
Tel.: 02-2954011
Fax: 02-2981207
E-mail: mahas@met.gov.ps

- Control Companies Department:
Dir. Gen.: Nizam Ayoub
Tel.: 02-2981214/8
Fax: 02-2981207
Mobile: 0599-836837
E-mail: nizam@met.gov.ps

- Human Resources, Finance &
Administration
Dir. Gen.: Tayseer Qablaw
Tel.: 02-2981214/8
Fax: 02-2981207
E-mail: rayseerq@met.gov.ps

- International Relations
Dir. Gen.: Iyad Karableh
Tel.: 02-2987747/0598-919300
Fax: 02-2981207
E-mail: iyadk@met.gov.ps

- Intellectual Property Rights:
Dir. Gen.: Ahmad Gmar
Tel.: 02-2981214/8
Fax: 02-2981207
E-mail: ahmadg@met.gov.ps
- IT, MIS, and Internet Services:
Dir. Gen.: Bilal Khatib
Tel.: 02-2981214/8
Fax: 02-2981207
E-mail: bilalk@met.gov.ps
- Minister's Office:
Dir. Gen.: Fatna Shaaf
Tel.: 02-2981213 / 0598-490507
Fax: 02-2987640
E-mail: fatena@met.gov.ps
- Policies Analysis and Statistics:
Dir. Gen.: Dr. Hatem Sarhan
Tel. & Fax: 02-2970221
E-mail: hatems@met.gov.ps
- Regional Offices:
Dir. Gen.: Okkah Gara
Tel.: 02-2981214/8, 0599-034756
Fax: 02-2981207
E-mail: Damran@met.gov.ps

▶ MINISTRY OF PLANNING &
ADMINISTRATIVE DEVELOP-
MENT (MOPAD)

Minister: Dr. Ali Jarbawi
Tel.: 02-2973022
Fax: 02-2973021
E-mail: minister.office@mop.gov.ps
http://www.mop.gov.ps

Minister's Office:
Dir. Ammar Jahour
Tel.: 02-2973022/3
Mobile: 0598-911359
Fax: 02-2973021
E-mail: ajmhour@mop.gov.ps

Special Advisors to the Minister:
PhD Stephan Salameh
Tel.: 02-2973022/0598-990255
Fax: 02-2973021
E-mail: stephan@reform.ps
Baha' Bahn, LLM
Tel.: 02-2973022/0598-926794
Fax: 02-2973021
E-mail: bhahn@mop.gov.ps

Advisor for the High Council of
Planning:
Dir. Gen.: Ahmad Abbas
Tel.: 02-2973010/0599-551402
Fax: 02-2973012
E-mail: aabbas@mop.gov.ps

Units and Departments:

Administrative & Financial Affairs:
Gen. Dir.: Ayad Mann
Tel.: 02-2973010/0598-999152
Fax: 02-2973021
E-mail: ayed@mop.gov.ps
Aid Management & Coordination
Directorate:
Dir. Gen.: Dr. Faraj Arefat
Tel.: 02-2973016/0599-575615
Fax: 02-2573012
E-mail: cerufat@mop.gov.ps

214

General Directorate of Monitoring & Evaluation

Governance Section

Legal Affairs Unit:

National Plan Coordinator:

Public Relations:
Tel: 02-2973010
Fax: 02-2973011

Social Sector Planning Directorate

▶ MINISTRY OF PUBLIC WORKS & HOUSING

Minister: Dr. Mohammad Shtayyeh
Tel: 02-2986297
Fax: 02-2987889
E-mail: Shtayyeh@gmail.com
http: www.mpwh.gov.ps
Um Sharayet, Al-Amin sq., Al-Birch
PO Box 1961, Ramallah
Act. Dep. Min.: Eng. Fayeq Al Ereif,
Tel: 02-2966006x7
Fax: 02-2967890
E-mail: fayeqereek@yahoo.com
Asst. Dep.: Eng. Atif Saic
Tel & Fax: 02-2984181
E-mail: atifdiwan@yahoo.com

PR & Media: Salah
Tel: 02-2966006
Fax: 02-2967890

I. MINISTRY OF SOCIAL AFFAIRS

Minister: Hasan
Ramallah
Tel: 02-2405641
Fax: 02-2405641
Mubadin St., A. Birch
Dep. Min.: Mohammad Abu Hamed
Tel: 02-2405641
Fax: 02-2405641

*Index p. 127 ff*

**Minister's Office**
Dir. Gen.: Ayman Sawwafta
Tel: 02-2405641
Fax: 02-2405641
Dir. Gen. of Cooperation Dept.
Radwan Attyan
Tel: 02-2405641
Fax: 02-2405641

**Consultant for Social Needs**
Dir. Gen.: Bassam Sayed
Mobile: 0599-987444

**Departments & Directorates**

**Charitable Association and Local Community**
Dir. Gen.: Abeer Abu Ershid
Tel: 02-2405641
Fax: 02-2405641

**Directorate, Northern Governorate**
Acting Asst. Dep.: Ahsan Hamad
Tel: 02-2405641
Fax: 02-2405641

**Family Affairs**
Dir. Gen.: Khadija
Tel: 02-2405641
Fax: 02-2405641

**Human Resource & Development**
Gen. Dir. Ghassar
Tel: 02-2405642
Fax: 02-2405642

**Planning Admin. Development**
Asst. Dep. Min.: Jacob Anders
Tel: 02-2405641
Fax: 02-2405642
E-mail:

**Poverty Combat**

**Public Relations & Information**

**Social Care Development**
Asst. Dep. Min.:
Tel: 02-2405641
Fax: 02-2405642

**Social Needs**
Dir. Gen.:
Tel: 02-2405641
Fax: 02-2405641

*District Offices*

▶ MINISTRY OF TELECOMMUNICATION & INFORMATION TECHNOLOGY

Minister:

Dep. Min.:

Postal Affairs:

Government Computer Center:

▶ MINISTRY OF TOURISM & ANTIQUITIES

Minister:

Manger St., Nazzal Bldg.,
PO Box 531, Bethlehem
Ramallah
Tel.: 02-2409553-9869-1/9463
Fax: 02-2409563/890
Dep. Min.: Marwan Toubassi
Tel.: 02-2409561
Fax: 02-2409090
E-mail: deputy@visit-palestine.com
Asst. Dep. Min. for Antiquities &
Cultural Heritage
Dr. Hamdan Taha
Tel. & Fax: 02-2409560
E-mail: htaha99@yahoo.com
Asst. Dep. Min./Tourism Sector:
Waleed Al-Sharif
Tel.: 02-2770604
E-mail: sharifw99@hotmail.com

Finance & Administration:
Dir.-Gen.: Ali Abu Srour
Tel. & Fax: 02-2760898
E-mail: asrour@visit-palestine.com

Marketing, Licensing
Acting Dir.-Gen. Majed Ishaq
Tel.: 02-2741563-3
E-mail: marketing@visit-palestine.com

Public Relations & Information
Dir.-Gen.: Majdi Khalil Abed Rabbo
Tel.: 02-2770602
Fax: 02-2743753
E-mail: media@visit-palestine.com

District Offices:
Gaza: Dir.-Gen. Dr. Akram Ijleh:
Mobile: 0598-940085
Hebron: Dir.: Mohammad Ghayatha
Tel. & Fax 02-2229833
Bethlehem: Dir.: Nabeel Al-Khatib
Tel. & Fax: 02-2741580
Jenin: Dir.: Khalid Rabayah
Tel.: 04-2438381/0598-940112
Fax: 04-2438381
Jericho: Iyad Hamdan
Tel.: 02-2322935
Fax: 02-2321229
Nablus: Nihad 'Abdu
Tel.: 09-2385045
Tel. & Fax 09-2385043
Qalqilya
Tel. & Fax 09-2943143
Salfit: Muntaser Jawdat
Tel.: 09-2515970
Fax: 09-2515970
Tulkarem: Dir.: 'Amer Qubhaj
Tel.: 09-2679701/0598-940115
Fax: 09-2679701

▶ MINISTRY OF
TRANSPORTATION

Minister: Dr. Sadi Al-Krunze
Dep. Min.: Ali Sha'ath
Tel.: 02-2951194-5/1292
Fax: 02-2951318
http://www.mot.gov.ps
PO Box 399, Ramallah

Director Generals:
- Licensing: Fursan Smudi
Tel.: 02-2951292-4/ 0599-408000
Fax: 02-2951318

· Admin. Affairs & Supplies:
Kamal Ghannam
Tel.: 02-2951470-1
Tel.: 02-2951318
· Gen. Relations Plan:
Mohammed Ammous
Tel.: 02-2951292-4/6
Fax: 02-2951318

Gaza International Airport:
Dir.-Gen.: Abu Halili,
Tel.: 08-2830433
Fax: 08-2827844
E-mail: abuhalib@gaza_airport.com
http://www.mot.gov.ps
PO Box 4043, Rafah, Gaza
Ramallah: Tel.: 02-2405891
E-mail: y.jadallah@transport.com

Palestine Airlines:
Dir.-Gen.: Ziad Al-Badah
Tel.: 08-2830433
Fax: 08-2827844

▶ MINISTRY OF WAQF &
RELIGIOUS AFFAIRS

Minister: Dr. Mahmoud Al-Habbash
Tel.: 02-2799062-3/8983
Fax: 02-2796322/2799531
E-mail: info@pal-wakf.ps
http://www.pal-wakf.ps
Dar Al-Aytam Al-Islamia Bldg.,
Al-Izzariyya

Departments:
Administrative Affairs:
Tel.: 02-2798613
Ad-Dawa Affairs
Tel.: 02-2791655
Az-Zaka:
Tel.: 02-2798512
Christian Affairs:
Tel. & Fax: 02-2973170
Fax: 02-2973171
Al-Hajj Wa-Umrah
Tel.: 02-2794790
Dar Al-Aytam Al-Islamiyeh:
Jerusalem:
Tel.: 02-6282241
Tel. & Fax: 02-6277928
Fax: 02-6286414
Al-Izzariyya:
Tel.: 02-2799771
Tel. & Fax: 02-2790140
Heritage & Islamic Research
Tel.: 02-6285473
Tel. & Fax: 02-6262477
Fax: 02-6762123

Islamic Waqf Directorates
Jerusalem Affairs:
Tel.: 02-2794586
Fax: 02-2794577
Ramallah/Al-Bireh:
Tel.: 02-2956827
Fax: 02-2966325
Bethlehem:
Tel.: 02-2743644
Fax: 02-2741617
Nablus:
Tel.: 09-2387606
Tel. & Fax: 09-2385366-1

Minister:
Tel.: 02-2826212
Fax: 02-2326292
Dep.:
Tel. & Fax: 02-2891520
Fax: 02-2286012
Jericho:
Tel. & Fax: 02-2312919
Jenin:
Tel.: 04-2501601
Fax: 04-2501606
Tulkarem:
Tel. & Fax: 09-2517466
Hebron:
Tel.: 02-2217766
Fax: 02-2217566
Gaza:
Tel. & Fax: 09-2573632
Qalqilya:
Tel.: 09-2912523

▶ MINISTRY OF WOMEN'S
AFFAIRS

Minister: Rabiha Diab
Tel.: 02-2423315/9361-2
Mobile: 0598-983372/0599-955223
Fax: 02-2427175
E-mail: rabiha_diab@palnet.com
PO Box 4616, Al-Biren

Dep. Min.: Salwa Hdaib-Qanzam
Tel.: 02-2423315/ 0599-670542
Fax: 02-2422175
E-mail: salwa_jerusalem@hotmail.com

▶ MINISTRY OF YOUTH & SPORT

Acting Min.: Dr. Salam Fayyad
Gaza:
Tel.: 08-2836646/77901/9599/30
Fax: 08-2875535
E-mail: youth@p-ol.com
http://www.mys.gov.ps
Ash-Shifa St., Southern Rimal,
PO Box 1416, Gaza
Ramallah:
Tel.: 02-2967890/1
Fax: 02-2985991
Irsal St., Irsal Bldg., PO Box 52
Dep. Min.: Musa Abu Zaid
Tel.: 02-2959730/0599-607069
Fax: 02-2985991
Advisor: Tamer Abu Shams
Tel.: 02-2959730/0599-363831
Fax: 02-2985991

Departments:
Administrative Affairs:
Dir.-Gen.: Muntaser Parsalman
Tel.: 02-2959730/2/0599-607573
Fax: 02-2985991
Adolescence & Children
Dir.-Gen.: Fathi Khader Al-Sabbah
Tel.: 02-2959730/2/0598-987741
Fax: 02-2985991
Cabinet Affairs:
Dir.-Gen.: Mohammed Sbeihat
Tel.: 02-02-2959730/2/0599-607378
Fax: 02-2985991

**Complaints Unit**
Dir. Gen.: Dr. Royal Al Fayed
Tel: 02-2959730/2/0599 559603
Fax: 02-2989991

**Inspection & Internal Control**
Dir. Gen.: Ibrahim Al Sabbah
Tel: 02-2959730/2/0599 6.0531
Fax: 02-2989991

**Planning & Projects**
Dir. Gen.: Osama Nasir
Tel: 02-2959730/2/0599 675500
Fax: 02-2989991

**Planning & Research**
Dir. Gen.: Mohammad Shahadah
Tel: 02-2959730/2/0599 934200
Fax: 02-2989991

**Public Relation & Media**
Dir. Gen.: Bader Maku
Tel: 02-2959730/2/0599 571724
Fax: 02-2989991

**Sports Affairs**
Dir. Gen.: Ibrahim Al Sabbah
Tel: 02-2959730/2 0599 60760
Fax: 02-2989991

**Youth Affairs**
Dir. Gen.: Walid Katana
Tel: 02-2959730/2/0599-687552
Fax: 02-2989991

**PALESTINIAN LEGISLATIVE COUNCIL (PLC)**

**Sec. Gen.:** Dr. Ibrahim Khreisheh
Tel. & Fax: 02-2984453
Tel: 0599 560317
E-mail: ibrahim-x@plc.plc.org

**Office the Secretary General:**
Dir. Gen.: Nehad Qayyan
Tel: 02-2984743/0599 927905

**Speaker's Office:**
Tel: 02-2984501/2-2984806
Tel. & Fax: 02-2982771
http://www.pal.plc.org
Main Office, Ramallah

**Assistant Sec. Gens for:**

**External & Information Affairs:**
Bassim Barhoum
Tel: 02-2984159   0599-927567
Fax: 02-2984159

**Financial & Administrative Affairs:**
Ahmad Abu Yusrah
Tel: 02-2984746/0599 200465
Fax: 02-2984746
E-mail: aqahsgm@yahoo.com

**Legal Affairs:**
Mr. Jamal Al-Khateb
Tel: 02-2984245/0599 461333
Fax: 02-2984245
E-mail: jamalalkhateb@yahoo.com
Legal Affairs Dept., Yousef Jabal
Research and Studies Dept.,
Jihad Harb
Tel: 02-2984804

**Directorates:**

**Administration & HR Affairs**
Dir. Gen.: Issam Hasan
Tel: 02-2984746 0599-xxxxx

**Financial Affairs**
Dir. Gen.: Wael Saleh
Tel. & Fax: 02-2984724/0599 111440

**PR & Media:**
Dir. Gen.: Raja Taleb
Tel. & Fax: 05-2984746

**Departments:**

**Committees' Affairs Dept.:**
Tel: 02-2980301

**Information Technology Dept.:**
Tel: 02-2984742
Tel. & Fax: 02-2984942

**Gaza**
Tel: 08-2827782/8/937 84194
Fax: 08-2827827/84124 2599
E-mail: speaker.g@plc.org

**PLC MEMBERS**

NB: (*) currently imprisoned by Israel

**El-Alastsa, Yahia** (Change & Reform - List)
Tel: 02-2471215 Independent

**Abdel Hamid, Nizar** (Change & Reform - Hebron)
Tel: 02-2298610   0599 295257

**Abdel Jawad, Nasir** (Change & Reform - Salfit)
Tel: 09-2995701/0599-595150
Fax: 09-2515814

**Abdul Rahman, Wael** (Change & Reform - Ramallah)
Tel: 02-2204210   0599 295000
Fax: 02-2347192

**Abu Ali, Mohammad** (Change & Reform)
Tel: 02-2001 0599 295250

**Abu Amro, Ziad** (Independent - Gaza)
Tel: 08-2865015 0599-295000

**Abu Bakir, Najat** (Change & Reform)
Tel: 09-2342788
Fax: 09-2342789

**Abu Balabiya, Ahmad** (Change & Reform - Rafah - List)
Tel: 08-2855015 0599-2000
Fax: 08-2855015

**Abu Hassan, Khalid** (Change & Reform - Jenin)
Tel: 04-2502790-0599-294000

**Abu Houli, Ahmad** (Fatah - Deir Al Balah)
Tel: 08-2551611-0599-4

**Abu Znaima, Mohammad** (Change & Reform - Hebron)
Tel: 02-2221-0599 79x000

**Abu Musameh, Sayed** (Change & Reform - Hebron - List)
Tel: 02-2395013 0599 295000

**Abu Ras, Marwan** (Change & Reform - Gaza)
Tel: 08-2523-0599 295000
Fax: 08-2563957

PASSIA 2006/2007

**Abu Salem, Ibrahim (Change & Reform - Jerusalem)**
Tel.: 02-2447070/0525-268659

**Abu Shalla, Faysal (Fatah - List)**
Tel.: 08-2824878/8839
Mobile: 0599-204215
Fax: 08-2820839

**Abu Shammaleh, Majid (Fateh - List)**
Tel.: 08-2146884/2630500
Mobile: 0599-402002 / 0598-905405
Fax: 08-2839099

**Abu Sir, Daoud (Change & Reform - Nablus)**
Tel.: 09-2393510/2520555
Mobile: 0599-749444
Fax: 09-2520555

**' Abu Terr, Mohammed (Change & Reform - List)**
Tel.: 02-4721726/0599-621497

**Abu Tous, Khalid (Change & Reform - Tubas)**
Tel.: 09-2577273/0599-534132
Fax: 09-2577277

**Abu Znaid, Jihad (Fateh - List)**
Tel.: 02-5826530/10077
Mobile: 0547-301049/0599-056135
Fax: 02-5321891

**Ahmad, Ahmad (Change & Reform - Nablus)**
Tel.: 09-2384607
Fax: 09-2330480

**Al-Ahmad, Azzam (Fateh - Jenin)**
Tel.:02-2981818/04-2403918
Tel. & Fax: 02-2405070 off.
Mobile: 0599-205220

**Al-'Aileh, Abdel Hamid (Fateh - List)**
Tel.: 08-2875712 / 0599-411200

**Al-Akhras, Radwan (Fateh - Rafah)**
Tel.:08-2137822/2845177/
Mobile: 0599-403892
Fax: 08-2958029

**' Ala-Eddin, Mohammed (Change & Reform - List)**
Tel.: 02-2222360/0599-678264

**Al-Aloul, Mahmoud (Fateh - Nablus)**
Tel.: 09-2385075/0599-205450
Tel. & Fax: 09-2381045 off.

**Amli, Riad (Change & Reform - Nablus)**
Tel.:09-2520210/0599-252559
Tel. & Fax: 09-2570555 off.

**Al-Ashqar, Ismail (Change & Reform - North Gaza)**
Tel.: 08-2475426 / 0599-734877
08-2474414 off
Fax: 08-2474415

**Ashrawi, Hanan (The Third Way List)**
Tel.: 02-2989989/0599-201207
02-2989490 off.
Fax: 02-2989492

**Assaf, Walid (Fateh - Qalqilya)**
Tel.: 09-2902155/0599-803030
Fax: 09-2902155

**Al-Astal, Najat (Fateh - List)**
Tel.: 08-2052707
Mobile: 0599-609144
Fax: 08-2057530

**Al-Astal, Younis (Change & Reform - Khan Younis)**
Tel.: 08-2065476/0599-481347

**Atoun, Ahmad (Change & Reform Jerusalem)**
Tel.: 02-6733568/0505-4521??
Fax: 02-6731402

**Badir, "Mohammed Maher' (Change & Reform - List)**
Tel.: 02-2251734/2710549894
Mobile: 0599-301036
Fax: 02-2298990

**Bahar, Ahmad (Change & Reform - Gaza)**
Tel.: 08-2855186/0599-565536
Fax: 08-2855186

**Batlawi, Hakam (Fateh - List)**
Tel.: 02-2740626/585-0599-593277
Fax: 02-2461084

**Barakah, Raja'i (Fateh - List)**
Tel.: 08-2076544/ 0599-884197

**Al-Bardawil, Salah (Change & Reform - Khan Younis)**
Tel.: 08-2068636/0599-402013
Fax: 08-2068636

**' Barghouthi, Marwan (Fateh - List)**
Tel.:02-2963131/0599-788540
Fax: 02-2989646

**Barghouthi, Mustafa (Independent Palestine - List)**
Tel.: 02-2954103/0599-254?16
02-2966362 off.
Fax: 02-2969993

**Barhom, Abdel Rahim (Fateh - List)**
Tel.: 09-2940005/3044/0599-674171
Fax: 09-2943045

**Dahbour, Ibrahim (Change & Reform - List)**
Tel.: 04-2468404/9034
Fax: 04-2469034/2505365

**Dahlan, Mohammad (Fateh - Khan Younis)**
Tel.: 0599-266000/08-2406702 off.
Fax: 08-2844908/2406701

**' Daraghmeh, Ayman (Change & Reform - List)**
Mobile: 0599-584973

**Gokhan Abdel Fattah (Change & Reform - List)**
Tel.: 02-2590155

**Al-Dwaik, Aziz (Change & Reform - Hebron)**
Tel.: 02-3253678/0599-253846
Fax: 02-2229242
Hebron

**Freh Al, Saleh (Fateh - Jenin)**
Tel.: 02-2322034/2140/0599-151532
Fax: 02-2321541

**Farahat, Maryam (Change & Reform - List)**
Tel.: 02-2812299

**Fayyad, Salam (The Third Way List)**
Tel.: 02-2924961/0599-220228
Fax: 02-2924961

**'Fokaha, 'Abdel Jabir (Change & Reform - List)**
Tel.: 02-2989661/0599-367805
Fax: 02-2989661

**Al-Ghoul, Mohammed (Change & Reform - List)**
Tel.: 02-2982?1 / 02-2985289
Fax: 02-2635165

**'Al-Haj, Jamal Abdel Hamid (Fateh - List)**
Tel.: 09-2384564/16580
Mobile: 0599-520098

**Halaykah, Samira (Change & Reform - List)**
Tel.: 02-2560776/0599-2?????

**Hamdan, Fadel (Change & Reform - Ramallah)**
Tel.: 02-2971487

**Hamdan, Rabiha Diab (Fateh - List)**
Tel.: 02-2813538/2994782
Mobile: 0599-535222
Fax: 02-2994145/236-3578

**Hammad, Fathi (Change & Reform - List)**
Tel.: 08-2470676/ 0599-436915
Fax: 08-2470745

**Hammad, Imad (Change & Reform - List)**
Tel.: 08-2474916/0599-853338
Fax: 02-2770835

**Al-Hayya, Khalil (Change & Reform - Gaza)**
Tel.: 08-2868945/0599-605785
Fax: 08-2866880

**Hijazi, Mohammad (Fateh - Rafah)**
Tel.: 08-2146836 / 0599-859861
Fax: 08-2146836

PASSIA

02:008904
0768



**Hwail, Jamal** (Fateh - List)
Tel.: n/a
Mobile: n/a

**Idwan, Atif** (Change & Reform
North Gaza)
Tel.: 08-2452603/599-873971

**Iskaik, Jamal**
Tel.: n/a
Mobile: n/a

**Al-Jamal, Abdul Rahman** (Change
& Reform - Deir Al-Balah)
Tel.: 08-2553664/ 0599-407423

Jarrar, Khalida (Martyr Abu Ali
Mustafa - List)
Tel.: 02-2952365/2946446
Mobile: 0547-333336/0599-299292
Fax: 02-2982442/2976292

Jarrar ah, Ashraf (Fateh - Ralah)
Tel.: 08-2872341
Fax: 02-2135348
Mobile: 0599-414468

Juma'a, Nasser (Fateh - List)
Tel.: 09-2330715 / 0599-317333
e-mail: nasserjumaa@gmail.com

**Khadair Hamid** (Change & Reform
Qabas)
Tel.: 02-2135040
Fax: 02-2936040

Khadir, Qais Abu Layla (Alternative -
Bar - List)
Tel.: 02-2998925 / 0599-692349
02-2995250 off.
Fax: 02-2995901

* **Khalil, Hassan** (Change & Reform
Ramallah)
Tel.: 02-2901169/0599-658808

**Al-Khatib, Mahmoud** (Change &
Reform - Beit Liqya)
Tel.: 02-2742991/0522-243701
02-2746514 off.
Fax: 02-2054016

**Khreisheh, Hasan** (Independent -
Tulkarem)
Tel.: 09-2675029/0599-205071
Fax: 09-2676026

**Al-Khudari, Jamal** (Independent
Gaza)
Tel.: 08-2822855/0599-466166
Fax: 08-2457152

**Kokali, Fouad** (Fateh - Bethlehem,
Christian quota)
Tel.: 02-2274510/0599-204054
Fax: 02-2746741

**Al-Lahham, Mohammad** (Fateh
List)
Tel.: 02-2751664/0599-259723
Fax: 02-2746741

**Al-Majdalawi, Jameel** (Martyr Abu
Ali Mustafa - List)
Tel.: 08-2454345/2830154
Mobile: 0599-410741
Fax: 08-2838575

Mansour, Muna (Change & Reform
List)
Tel.: 09-2384303/2306363
Fax: 09-2379566

**Mansour, Yaser** (Change & Reform
List)
Tel.: 09-2301302/0599-351288
Fax: 09-2301342

**Al-Masder, Ibrahim** (Fateh - List)
Tel.: 08-2875340/0599-602263
Fax: 08-2875341

**Al-Masri, Marim Al-Abdat**
(Change & Reform - Beit Hanoun)
Tel.: 08-2458325
Mobile: 0599-401699

**Matar, Omar** (Change & Reform
List)
Tel.: 08-2855325/0599-204903
Fax: 09-2556346

* **Mubarak, Ahmad** (Change &
Reform - Ramallah)
Tel.: 02-2909221/0599-265334
02-2911130 off.
Fax: 02-2909334

**Musleh, Mahmoud** (Change &
Reform - Ramallah)
Tel.: 02-2904525/0599-594877

**Al-Najjar, Khamis** (Change &
Reform - Khan Younis)
Tel.: 08-2051226/0599-816528

**Nofal, Imad** (Change & Reform
List)
Tel.: 09-2946576/0599-273586
Fax: 09-2946576

**Al-Qadi, Samir** (Change & Reform
Hebron)
Tel.: 02-2523655/2233458
Mobile: 0599-208123/0599-205220
Fax: 02-2523653

**Qafaisi, Hatem** (Change & Reform
Hebron)
Tel.: 02-2230888/621/0599-523413
Fax: 02-2298996

**Qaraqi, Issa** (Fateh - List)
Tel.: 02-2742 58/0599-673887
Fax: 02-2747555/ 2746741

**Qar'awi, Fathi** (Change & Reform
List)
Tel.: 09-2692104

**Al-Qawasmi, Sahar** (Fateh - List)
Tel.: 02-2259545/2293456
Mobile: 0599-676637/0599-22689
Fax: 02-2293456

**Al-Qeenawi, Huda** (Change &
Reform - List)
Tel.: 08-2454345/08-2879

**Rabai, Khalil** (Change & Reform
List)
Tel.: 02-2276050/2295960
Mobile: 0599-297669
Fax: 02-2298901/2279314

**Radad, Reyad** (Change & Reform
Tulkarem)
Tel.: 09-2686081/0599-398905

* **Al-Rajoub, Nayef** (Change &
Reform - Hebron)
Tel.: 02-2200335/2208803/599

**Al-Ramahi, Mahmoud** (Change &
Reform - Ramallah)
Tel.: 02-2777200/02-2950789
Mobile: 0599-205899

* **Rayoul, Ahmad Sa'adat** (Martyr
Abu Ali Mustafa - List)
Tel.: 02-2970788
Fax: 02-2970525

* **Romanin, Ali** (Change & Reform
List)
Tel.: 02-2226600/0599-835184

**Sabella, Ivivan** (Fateh - Jerusalem
Christian quota)
Tel.: 02-2656850 0599-253116
Fax: 02-6291219

**Salamah, Muhib** (Fateh - Gaza City)
Tel.: 02-2905531/0599-253283
Fax: 02-2905524

Salamieh, Salim (Change & Reform
List)
Tel.: 08-2812600/ 0599-260842
Fax: 08-2834100

**Saleh, Jamal** (Change & Reform
List)
Tel.: 09-2512500/2512804

**Saleh, Maryam** (Change & Reform
List)
Tel.: 02-2765544/0599-577422

* **Salem, Azzam** (Change &
Reform - Jericho)
Tel.: 02-2322500/0599-252536

**Al-Salhi, Bassam** (Alternative - List)
Tel.: 02-2403635/0599-224499
02-2965393 off.
Fax: 02-2963595

**Al-Saqqa, Fayez** (Fateh - Bethle-
hem, Christian quota)
Tel.: 02-2754355/2741620
Mobile: 0599-274602
Fax: 02-2746741

**Seyam, Sa'eed** (Change & Reform
List)
Tel.: 08-2832584/0599-776994

**Sha'ath, Nabil (Fateh - List)**
Tel.: 08-2852555/0599-603310
Fax: 08-2872460

**Shami, Shami (Fateh - Jenin)**
Tel.: 04-2501086/0599-520903
Tel. & Fax: 04-2504449

**Al-Shanty, Jameela (Change &**
**Reform - List)**
Tel.: 08-2450851/0599-565167

**Al-Sharafi, Yousef (Change &**
**Reform - North Gaza)**
Tel.: 08-2470303/0599-847999
Fax: 08-2470555

**Shawa, Rawya (Independent Pales-**
**tine - List)**
Tel.: 08-2808466/2824177
Mobile: 0599-307439 / 0599-331429
Fax: 08-2824177

**Al-Sheikh, Ali Na'emah(Fateh-List)**
Tel.: 08-2821186/0599-412708
Fax: 08-2822727

**Shihab, Mohammed (Change &**
**Reform - North Gaza)**
Tel.: 08-2454171/0599-608890
Fax: 08-2456256

**Shraim, Ahmad (Fateh - Qalqilya)**
Tel.: 09-2941297/3044/0599-205179
Fax: 09-2421461

**\* Al-Tal, Mohammad (Change &**
**Reform - Hebron)**
Tel.: 02-2265560/2298991
Fax: 02-2298991/0599-387739

**Al-Tawil, Husam (Independent -**
**Gaza)**
Tel.: 08-2840623/0599-403092
Fax: 08-2824299

**\* Terawi, Jamal (Change &**
**Reform - List)**
Tel.: n.a

**Thabit, Siham (Fateh - List)**
Tel.: 09-2671824 / 0599-888938
       09-2671616 off.
Fax: 09-2671824

**\* Thwaib, Khalid (Change & Reform**
**- Bethlehem)**
Tel.: 02-2772667/0522-489905
Tel. & Fax: 02-2764614

**\* Totah, Mohammad (Change &**
**Reform - Jerusalem)**
Tel.: 02-6262603 / 0547-752725
Fax: 02-6271646

**Tumailah, Jihad (Fateh - List)**
Tel.: 02-2955652/2975652
Mobile: 0599-187070
Fax: 02-2984464/2965652

**Al-Wazir, Intisar (Fateh - List)**
Tel.: 08-2824730
Mobile: 0599-406413 / 0599-413881
Fax: 08-2842633

**Yaghi, Alaa Addin (Fateh - List)**
Tel.: 08-2837900/0522-262247
Mobile: 0599-111549
Fax: 08-2836249

**Yahya, Khalid (Change & Reform -**
**Jenin)**
Tel.: 04-2501524/0599-435554
Fax: 04-2501524

**Yassin, Husni (Change & Reform -**
**Hebron)**
Tel.: 09-2399022/0599-629880
Fax: 09-2396602

**\* Zaharin, Bassm (Change & Reform**
**- Hebron)**
Tel.: 02-2365740/0599-890907
Tel. & Fax: 02-2565940

**Al-Zahar, Mahmoud (Change &**
**Reform - List)**
Tel.: 08-2865364/0599-408461

**Zaidan, Abdel Rahman (Change &**
**Reform - Tulkarem)**
Tel.: 09-2663288/0599-257017

**\* Al-Zboun, Anwar (Change &**
**Reform - List)**
Tel. & Fax: 02-2750586/2764614
Mobile: 0599-530900/0522-329344

## PLC COMMITTEES

**Note:** The following PLC Committees were established, but this document not necessary.

Committees list:

- Budget & Financial Affairs
- Council Affairs
- Economy
- Education
- Energy & Natural Resources
- Interior & Security
- Jerusalem Affairs
- Land, Anti-Settlement & Racial Separation Wall
- Legal Affairs
- Local Government
- Martyrs, Prisoners, Injured & Veterans
- Oversight & Human Rights
- Political Affairs
- Refugees
- Social Affairs

## PA ATTORNEY GENERAL - GENERAL PROSECUTION

**Attorney General**
Ahmad Al-Mughani
Assistant, West Bank,
Abdel Ghani Jweikay
Tel.: 02-2426586/0/2429161
Fax: 02-2426587
E-mail: info@pgp.gov.ps
http://www.pgp.gov.ps
Al-Bahia, opp. Foreign Ministry,
Al-Bireh

## PA HIGHER JUDICIAL COUNCIL

Higher Judicial Council
Chief Justice Judge Issa Abu Sharar
Tel.: 02-2959210
Fax: 02-2959215
E-mail: hjc@hjc.gov.ps
Ramallah

Judiciary Training Department:
Head: Judge Fa'ed Abdel Hamid
Tel. & Fax: 02-2426560
E-mail: naedm@hotmail.com

Judiciary Inspection Department:
Head: Amin Tanajreh
Tel. & Fax: 02-2408165
E-mail: amin.tanajreh@yahoo.com

Planning & Projects Management
Department
Head: Judge Thuraya Al-Wazir
Tel. & Fax: 02-2423915
E-mail: thuraya.alwazir@gmail.com

Court of Appeals:
Tel.: 02-2409403
Fax: 02-2404401
Ramallah

Financial & Administrative Affairs
Acting-Dir. Wael Fahad Qawasmi
Tel.: 02-2408565
Fax: 02-2402992

**District Courts:**
- Bethlehem
    Tel.: 02-2742649
    Fax: 02-2742945
- Hebron
    Tel.: 02-2290023/2
    Fax: 02-2270322
- Ramallah
    Tel. & Fax: 02-2407265
- Salfeet
    Tel. & Fax: 09-2513053
- Jenin
    Tel.: 04-2501022
    Fax: 04-2503579
- Nablus
    Tel.: 09-2382910
    Fax: 09-2388410
- Tulkarem
    Tel. & Fax: 09-2671937
- Jericho
    Tel.: 02-2320093
    Fax: 02-2320092

PASSIA

**Magistrate Courts:**

Safit
Tel. & Fax: 09-2515476

Dura:
Tel. & Fax: 02-2624051

Hebron:
Tel. & Fax: 02-22622.9

Dura:
Tel. 02-2281391

Nablus:
Tel. 09-2382915

Ramallah:
Tel. & Fax: 02-2400101

Bethlehem:
Tel. 02-2751191

Hebron:
Tel. 02-22981.54

Tulkarem:
Tel. & Fax: 09-2672272

Jenin:
Tel. 04-2500922

Jericho:
Tel. 02-2322565

Qalqilia:
Tel. & Fax: 09-2940095

**PA AGENCIES & INSTITUTIONS**

**Environmental Quality Authority**
Chairman: Dr. Yousef Abu Safieh
Tel. & Fax: 02-2403796
Ambassador Hotel (Block 5), Gaza
Deputy Chairman: Jamil Al Mutour
Tel. 02-2984055/008
Fax: 02-2403901
E-mail: jamous.mi@hotmail.com
Al Shaqfeh, Beit Hanina
PO Box 3841, Ramallah

*Regional Offices:*
Hebron: Tel. 02-2229478/9509
          Fax: 02-2229779

PO Box 1310
Nablus: Tel. & Fax: 09-2349437
Jenin: Tel. & Fax: 04-2437276
Tulkarem: Tel. & Fax: 09-2678995
Bethlehem: Tel. 02-2774901

**General Authority of Civil Affairs**
Chairman: Hussein al-Sheikh
Tel. 02-2403209
Fax: 02-2401320/44
E-mail: info@mca.gov.ps
http://www.mca.gov.ps
Qalton Bldg., Al-Balad, Ramallah
PO Box 2074, Ramallah
*Gaza:*
Dep. Asst.: Amer Siam
Tel. 08-2829652
Fax: 08-28229648
Al Nasr St., Yazaji Bldg., 2nd Floor
Al-Halama, Gaza
Asst. Dep., West Bank
Khazod Zahran
Tel. 02-2405190
Fax: 02-2405105

Dist. Gen.: Yusuf Bodir, Hisham Abu
Manara, Ayman Qandil, Adeb Abu
Khalil, Fakhruddin Al-Deek, Saleh A.
Zeid, Roze, Nofal, Eawar Yousef, Muen

**Civil Affairs Offices:**

Abu Dis: Tel. 02-2790520
Fax: 02-2792900
Abbasy Bridge: Tel. 02-2943395
Bethlehem: Tel. 02-2770590/766305
          Fax: 02-2770591
Beit Al Baqer: Tel. & Fax: 08-2931517
Erez: Tel. 02-2795590
          Fax: 02-2795112
Gaza: Tel. 08-2864049-2827335
          Tel. 02-2026420-3258558
          Fax: 02-2776171
Hebron: Tel. & Fax: 08-2429572-1
Jenin: Tel. & Fax: 04-2553531612
          Fax: 04-2501565
Jericho: Tel. 02-2321948
Fax: 02-2321030
Nablus: Tel. 09-2384164/2558/708
          Fax: 09-2384005
Qalqiliya: Tel. 09-2942755
          Fax: 09-2942757
Salem: Tel. & Fax: 08-2145721
Al Karar: Tel. 02-2344106
          Fax: 02-2504177
Rafah: Tel. & Fax: 08-2145772
Ramallah: Tel. 02-2986542
          Fax: 02-2986513
Safa: Tel. 08-2515588
          Fax: 09-2515658
Tulkarem: Tel. 09-2925412
          Fax: 09-2925111
Tulkarem: Tel. 09-2674065
          Fax: 09-2674065

**General Personnel Council**
Chairman: Dr. Ghazi Hamdan
Tel. 02-2980963-1
Fax: 02-2982963
E-mail: info@gpc.gov.ps
http://www.gpc.gov.ps
Um Sharayet, Al-Tira Blvd., Ramallah

**Government Computer Center**
*(see Ministry of Telecommunications & Information Technology)*

**Palestinian Land Authority**
Deputy Minister in Department
Tel. 02-2986520
Tel. 02-22409.12
Fax: 02-2984062
Surda St., Ramallah
PO Box 3841, Ramallah
Gaza:
Tel. 08-2825477
Fax: 08-2528007

**Real State & Surveying:**
Tel. 02-2409580
Tel. 08-3115585, Surveying

**Martyrs' Families & Injured Care Establishment (M's F. & I.C.E.)**
Dir. Gen.: Khalid Jaradah
Dir.: Suleiman Al-Deek
Tel. 02-2958507/65113
Fax: 02-2958268
Ramallah:
Bethl.: Dir.: Yousef Abu Latiaa
          Tel. & Fax: 02-2770945
Deir Al-Balah: Tel. 08-2536301
Gaza: Dir.: Fathi Shahin
          Tel. & Fax: 08-2824727
Hebron: Dir.: Amal Jarallah
          Tel. & Fax: 02-2223869
Jenin: Dir.: Riad al-Ammar
          Tel. & Fax: 04-2436861
Jericho: Dir.: Saeed Isaian
          Tel. 0599-711823
Jerusalem: Dir.: Ibrahim Lagouseh
          Tel. & Fax: 02-2298533
Khan Younis: Tel. 08-2061533
Nablus: Dir.: Ali Assad
          Tel. & Fax: 08-2385550
Qalqiliya: Dir.: Ala Zeid
          Tel. & Fax: 09-2934773
Rafah: Tel. 08-2130768
Salfit: Dir.: Zafer Qarrash
          Tel. & Fax: 09-2519326
Tulkarem: Dir.: Zuhes Shahine
          Tel. & Fax: 09-2689473

**National Center for Studies & Documentation**
Head: Abdallah Horani
Tel. & Fax: 02-2982501-2982960
Al-Muntazah, Al-Tira Blvd., Ramallah
http://www.ncsd.org.ps
Al Kamal al-Hija, 2nd Fl., Ramallah
Beit Rima, Al-Tira, Ramallah
PO Box 1256, Gaza

**Palestine Monetary Authority**
Governor: Dr. Jihad Al-Wazir
Tel. 02-2415250-2/563
Fax: 02-24095724-44
E-mail: info@pma.ps
http://www.pma.ps
PO Box 452, Ramallah
Gaza:
Tel. 08-2824598/571/573
Fax: 08-2982607
Hassan Salameh St., Munair Bldg.
PO Box 4026, Gaza

*Index p. 177 K*

**Palestine News & Information Agency (WAFA)**
Chair: Reyad Al-Hassan
Tel.: 02-2964761/0599-695522
Fax: 02-296476)
E-mail: r_hasssan@yahoo.com
   or: edit@wafa.ps
http://www.wafa.ps
Dir. Gen. of WAFA:
Remei Khalouf
Tel.: 02-2973777/0599-202911
E-mail: nemer_Khalouf@hotmail.com
Dir. Gen.:
Nawaf Hamed
Tel. & Fax: 02-2964762/
Mobile: 0598-926206/0599-261311
E-mail: nawal@wafa.ps
Editor in Chief:
Ali Hussein
Tel.: 02-2987767/0599-403213
Fax: 02-2973511
E-mail: ali@wafa.ps
   or: Sohaail73@hotmail.com

**General Photographic (Archives):**
Tel.: 02-2964833/0599-383326
Fax: 02-2980372
E-mail: tasweer_w@wafa.ps
   or: tasweer_w@hotmail.com
Al-Masaief, Hal'a Center Bldg., 2, 4,
5 fl., Ramallah

**Palestine Standards Institution**
Dir.-Gen.: Hazem Al-Shumar
Tel.: 02-2989656/4144/2965191
Fax: 02-2964433
E-mail: info@psi.gov.ps
http://www.psi.gov.ps
Al-Quds St., Al-Tal Area, PO Box
225b, Ramallah
Gaza: Tel.: 08-2826844
   Fax: 08-2830152
Hebron: Tel. & Fax: 02-2226976
Nablus: Tel. 09-2341722
   Fax. 09-2341745

**Palestinian Broadcasting Corporation (PBC)**
Gen. Supervisor: Yasser Ahed Rabbo
Tel: 02-2407725/0599-262276
Fax: 02-2407730
E-mail: yasser@palestine-pmc.com
Assistant of General Supervisor:
Ibrahim Mohem
Tel.: 02-2959893 / 0599-205146
Fax: 02-2959899
E-mail: ib_mihim@hotmail.com
**Director Generals:**
T.V. Ahmad Hazoun
Tel.: 02-2959894/0598914458
Fax: 02-2959893
E-mail: ahmadhazoun@hotmail.com
Radio: Jamal Mohammed
Tel.: 02-2984736/0598-992099
Fax: 02-2984736
E-mail: jamal200662@yahoo.com
**Programs:**
T.V: Emad Al-Asfar
Tel.: 02-2954457/63750/0598-914456
Fax: 02-2963752
E-mail: Emadalasfar@hotmail.com

Radio:
Tel.: 02-2984736
Fax: 02-2967902
News:
T.V. Tel: 02-2967971
Fax: 02-2967920
E-mail: news@bcbat-hotmail.com
Radio: Tel. 02-2559895
Fax: 02-2987902
Studios:
TV. Tel.: 02-2971840-1/7901-3
Radio. Tel.: 02-2988688/89
Public Relations: Inam Shaban
Tel.: 02-2959895/0505-387909
Fax: 02-2959893
E-mail: selvan2008@hotmail.com

**Palestinian Central Bureau of Statistics (PCBS)**
Acting Pres.: Ola Awad
Tel.: 02-2982700
Fax: 02-2982710
E-mail: diwan@pcbs.gov.ps
http://www.pcbs.gov.ps
Ein Munjed Quarter, Tokyo St., opp.
Ramallah, Cultural Palace, PO Box
1647, Ramallah
PR Officer: way Sinf-adeh
Tel.: 02-2982700/0599-730113
Fax: 02-2982710
E-mail: ibays@pcbs.gov.ps

Palestinian Economic Council for
Development & Reconstruction
(PECDAR)
President: Dr. Mohammed Shtayyeh
E-mail: shtayyeh@planet.com
Tel.: 02-2424536-1 / 0599-210338
Fax: 02-2425346
http://www.pecdar.ps
Hasson St., near Mersity College,
next to Al Quds Educational TV, Al-
Bireh, PO Box 1499, Jerusalem
Admin. & Financial Department:
Mohammed Abu Awad
Tel.: 02-2424753
Fax: 02-2424153
Projects Department Office
Dir.: Dr. Hassan Shtayyeh
Tel.: 02-2429346
Fax: 02-2929347
Public Relations Officer:
Mazi Abdul Latif
Tel.: 02-2424753
Fax: 02-2424733
E-mail: pubrel@pecdar.pmo.net
Gaza:
Tel.: 08-2824040
Fax: 08-2824040
Nablus: Tel. 09-2435471

PASSIA

**National Institute for Information Technology "NIIT":**
Tel.: 02-2407751
Fax: 02-2407794
Gaza:
Tel.: 08-2833318
Fax: 08-2833308

**Palestinian Energy & Environment Research Center (PEC)**
Dir. Gen.: Ayman Ismail
Tel.: 09-2341804
Fax: 09-2341388
E-mail: perc@palnet.com
http://www.perc.ps
Zahta Committee Bldg., 3rd fl.,
PO Box 115, Nablus
Ramallah: Tel. & Fax: 02-2989025

**Palestinian Industrial Estate & Free Zone Authority**
Board Chairman: Dr. Hassan Abu Libdeh
Dir.-Gen.: Ahmad Al-Hasasneh
Tel. & Fax: 02-2960351/
Tel.: 02-2989912
E-mail: ahasasaneh2007@yahoo.com
   or: info@piefza.org
http://www.piefza.org
Al-Quds St., beside Nursing College
Palestine Standards Institution Bldg.,
4th fl., Ramallah
Gaza:
Tel.: 08-2801028/29/33
Fax: 08-2801034
Gaza industrial area

**Palestinian Investment Promotion Agency (PIPA)**
Board Chairman: Dr. Hassan Abu Libdeh
Dir.-Gen.: Eng. Ja'far Haidh
Tel.: 02-2988791-2/4
Fax: 02-2988793
E-mail: info@pipa.gov.ps
http://www.pipa.gov.ps
Ein Misbah, PO Box 1984, Ramallah
Gaza:
Tel.: 08-2846007
Fax: 08-2846008
PO Box 4023, Gaza

**Palestinian Medical Council**
Head: Fathi Abu Mughli
Gen. Sec.: Dr. Munther Al-Sharif
Tel.: 02-2424150
Fax: 02-2422151
http://www.pmc.ps
Al-Balou', besides Al-Wardah Al-Hamrah Bldg., Ramallah, PO Box 2441, Jerusalem

**Palestinian National Commission for Education, Culture & Science (UNESCO, ISESCO, ALECSO)**
Sec.-Gen.: Fsma Tillawi
Tel.: 02-2401008/2959094
Fax: 02-2400833
E-mail: pncecs@palnet.com
http://www.pncecs.org
Al-Balou', Al-Wardah Al-Hamrah Bldg.,
4th fl., Al-Bireh, PO Box 324, Ramallah

**Palestinian Olympic Committee**
Head: Nbnl Rajoub
Tel.: 02-2420068/89
Fax: 02-2425045
E-mail: profolympic@yahoo.com
Ramallah, Industrial area St.
Gaza,
Tel.: 08-2979191/9?
Fax: 08-2979191

**Palestinian Water Authority**
Head: Dr. Shaddad Al Attli
Tel.: 02-2829622
Fax: 02-2425341
E-mail: pwa@pwa.ps
or: sattli@pwa.ps
http://www.pwa-pna.org
Al-Bateen, Al-Bireh
Gaza: Acting Dir.: Fehbi Ash-Sharih
Tel.: 08-2827520/30/2608-57944
08-2847002
Fax: 08-2822697

**State Audit and Administrative Control Bureau**
Head: Dr. Mahmoud Abu Arafeh
Acting Dir.: Jamal Abu Bakes
Tel.: 02-2972289/90-93
Fax: 02-2967716
E-mail: loct@acb.gov.ps
http://www.saacb.ps
Al-Nahda St., PO Box 755, Ramallah,
Gaza, Acting Dir.: Said Qulab
Tel.: 08-2829187/2867335
Fax: 08-2821703
Omar Al Mukhtar St., beside Al Nihar
Postoel, PO Box 4059, Gaza

---

## PA COUNCILS & COMMISSIONS

**Central Election Commission - Palestine**
Chair: Dr. Hanna Nasir
Sec. Gen.: Dr. Ramz Bandak
Tel.: 02-2986200
Fax: 02-2986212
E-mail: info@pal-cec.org
reena@electionel.ps
http://www.elections.ps
Al-Balou, Opas Al-Manara Bldg
Ramallah

**Commission of Energy and Natural Resources**
Head: Dr. Omar Kittaneh
Tel.: 02-2984752-3
Fax: 02-2986191
http://www.mof.org
Zahed Al-Masayef, Irsal St.
PO Box 3991, Al-Bireh
Gaza: Dep. Mina: Yahya Shboreh
Tel.: 08-2829730/70
Fax: 08-28392660

**Higher Council for the Arab Tourism Industry**
Head: Ahmar Hashem
Tel.:

---

**Higher Islamic Council**

**Palestine Capital Market Authority**

**Palestinian Council for Higher Education**
Minister: Omar Al Allam
Tel.: 02-2982612
Fax: 02-2984515
E-mail: info@mohe.pna.org
http://www.mohe.gov.ps
Ramallah

**Palestinian Oil Corporation (POC)**
Head: Dr. Said Shuli

---

## POLICE & SECURITY

**Border Crossings**

**Civil Police**
Head: Brig. Hazem Atallah
Deputy: Brig. Gen. Johar Mussem
Tel.: 02-2953162
Gen. Sec.: Col. Yousef Al Hindi
Tel.: 02-2963171
Asst. of Dep. Brig. Dir.
Tel.: 02-2963171
Directorate, Administ.
Tel.: 02-2953167-8
http://police.ps
Ramallah

General Inspector
Brig. Gen. Thaer Rahim
Tel.: 02-2233155
Central Operations
Dir.: Col. Ghazi Subih
Tel.: 02-2953173

---

**Games**
Dir.: Brig. Gen. Kasim Suleman
Tel.: 02-2953166
Administration Affairs:
Dir. Gen.: Saled Ahmad
Tel.: 02-2953/plo/4096/08/96
Criminal Research Dept.
Col. Jaber Asfour
Tel.: 02-2953396
Crops Control Dept.
Col. Abdel Jabbar Bargas
Tel.: 02-2963177
Police Security Forces
Col. Tariq Abdullah
Tel.: 02-2954186
Political Guidance to the Police
Col. Jamal Yassin
Tel.: 02-2467306
Computer
Col. Wisam Al Ashure
Tel.: 02-2324996
Arms & Rehabilitation
Dir.: Mahmoud Al Ahmad
Tel.: 02-2953167
Finance Dir.: Col. Midhat Omar
Tel.: 02-2982556
Planning Dept.: Mohammad Salamah
Tel.: 02-2969952
Judicial Police: Ryad Sdayyeh
Tel.: 02-2419666/4099-303999
Special Police: Mahaw Hijo
Tel.: 02-2981549
Information Dept.
Dir.: Col. Mahmoud Al Dik
Tel.: 02-2973588
Traffic: Dir.: Waddah Tawateh
Tel.: 02-2953175
Legal Dept. of Police Headquarters
Dir.: Ali Al Qamah
Tel.: 0599-649601
Prisoner Affairs Dept.: Nazed Nim
Tel.: 02-2966-06
Police Coordinator: Bilal Arafa
Tel.: 02-2420763
Arms
Sr. Dir.: Anwas Swaidan
Tel.: 02-2953179/0599-918018
Public Relations: Mansour Khazameh
Tel.: 02-2953622

*District Police Offices:*

**General Intelligence Service**

02:008909
0773

**Special Military Units:**
Head: Gen. Hashem Awadah
Tel.: 02-2321174
Fax: 02-2321173
- Beitin.: Tel.: 02-2764441
    Fax: 02-2764440
- Hebron: Tel.: 02-2990663
- Gaza: Tel.: 08-2870900-5
- Nablus, Tel. & Fax: 09-2337161

**Medical Military Services**
Dir.: Dr. Omar An-Natsheh
Tel.: 08-2826110/9034/9553
Ansar Area, Gaza

**Military Intelligence**
Head: Gen. Nidal Abu Dukhan
Tel.: 02-2955230
Fax: 02-2958523
Ramallah

**National Security**
Head: Gen. Thaeb Al-Ali
Tel.: 02-2409311-13
Fax: 02-2406546
West Bank:
Dir.-Gen.: Brig. Munjed Pedan
Tel.: 02-2986524

**Presidential Security**
Col. Mujir Al-Zourob
Tel.: 02-2959724/2971950
Fax: 02-2463179
Ramallah

**Preventive Security**
Head, WB: Col. Ziad Hab Ar-Reeh
Tel.: 02-2904562/578-0
Fax: 02-2903360

*District Offices:*
Beitin.: Tel.: 02-2751443
    Fax: 02-2741344
Hebron: Tel. & Fax 02-2226920-21
    Fax: 02-2226919
Jenin: Tel.: 04-2436632
    Fax: 04-2436634
Jericho: Tel.& Fax: 02-2323444/1469
Jerusalem: Tel.: 02-2429982
    Fax: 02-2901576
Nablus. Tel.: 09-2383010/7225
    Fax: 09-2338068
Qalqilya: Tel.: 09-2942777
    Fax: 09-2942737
Ramallah: Tel.: 02-2950060-1
    Fax.: 02-02-2913952
Salfit: Tel.: 09-2515813
    Fax: 09-2515868/206
Tulkarem: Tel.: 2672165
    Fax: 09-2675501
Tubas: Tel.: 09-2571674
    Fax: 09-2574444

**Tourism and Antiquities Police**
Head: Col. Firkhat Al-Omari
Tel. & Fax: 02-2770750
Bethlehem: 02-2770751
Jenin: 04-2433530
Jericho: 02-2324021
Nablus: 09-2385244
Hebron: 02-2226941
Ramallah: 02-2404694
Tulkarem: 09-2684295
Salfit: 09-2515693

30

Tubas: 09-2571752
Qalqiya: Tel.: 09-2946003

LOCAL GOVERNMENT
ADMINISTRATION

## GOVERNORATES

**Governorate Bethlehem**
Governor: Abdul Fatah Hamayel
Tel.: 02-2741664/77/4995/6
Fax: 02-2741665
E-mail: info@bethlehemgov.ps
PO Box 1035

**Governorate Gaza**
(ceased to serve, June 14, 2007)
Governor: Majed Salem Quahsid
Tel.: 08-2829761/2828784/4764
Fax: 08-2870584/2780669/2824689
E-mail: governor@gov.ps
http://www.gazagov.or
Omar Mukhtar St., PO Box 1422, Gaza

**Governorate Gaza Middle**
(ceased serve June 14, 2007)
Gov.: Dr. Abdallah Abu Samhadaneh
Tel.: 08-2539310/2332/2553230
Ayman abu ataya
Tel. & Fax: 08-2539123/4
PO Box 1900, Gaza

**Governorate Gaza North**
(ceased serve June 14, 2007)
Governor: Izzat Abu Shawraikh
Tel.: 08-2437113/137
Fax: 08-2477136
E-mail: asnhgov09026@hotmas.com

**Governorate Hebron**
Governor: Dr. Hussein Al-Araj
Tel.: 02-2219372/2225544/2183.
Fax: 02-2298700
E-mail: info@hebron-gov.pg.leg
Hebron town, behind industrial reg
PO Box 705

**Governorate Jenin**
Governor: Qaddura Mousa
Tel.: 04-2503239/25
Fax: 04-2503739
Mobile: 0599-265979
E-mail: qj09@lg.yahoo.com
Jenin, govern-ate,09@municipa.gov.com

**Governorate Jericho**
Governor: Kamel Hmeid
Tel.: 02-2322644/692
Fax: 02-2321391

**Governorate Jerusalem/Abu Dis**
Governor: Adnan Hussein
Mobile: 0547-537001
E-mail: ajgovernate@hotmai.com
Town: Al-Bireh
Tel.: 02-2347310/9/3347376
Fax:
Mt. of Olives Street, Abu Dis

PASSIA

**Governorate Khan Younis**
Tel.: 08-2054868/65/75/2923
Fax: 08-2054645
E-mail: kh-gov@main.com
PO Box 211

**Governorate Nablus**
Governor: Jibril Al-Bakri
Tel.: 09-2341533/1433
Fax: 09-2341913/2341526
E-mail: govnablus@haliv.net
PO Box 1564

**Governorate Qalqilya**
Governor: Rabeeh Khandaqji
Tel.: 09-2942920/1/3010
Fax: 09-2942922/2643010
E-mail: qalqilyagov@yahoo.com
http://www.qalqilya-gov.com
Main St., PO Box 144, Qalqilya

**Governorate Rafah**
(ceased since June 14, 2007)
Gov.:
Tel.: 08-2136875/6870/1/2785
Fax: 08-2130899
E-mail: rafahgov@p-is.com
PO Box 11, Rafah

**Governorate Ramallah**
Tel.: 02-2957680/8588/2981045
Tel. & Fax: 02-2986569
http://www.ramgov.org
Irsal St., PO Box 665, Ramallah

**Governorate Salfit**
Governor: Numir Al-Abboushi
Tel.: 09-2519919
Fax: 09-2519898
Dir. Gen. for Admin. & Finances:
Mahmoud Saleh
Tel.: 0598-503000

**Governorate Tubas**
Governor: Dr. Sami Murshllam
Tel.: 09-2573555/2751076-7
Mobile: 0549-207425
Dir. Gen. for Admin. & Finances:
Hussam Daraghmeh
Tel.: 0598-935503

**Governorate Tulkarem**
Governor: Talal Dwaikat
Tel.: 09-2672707/3335/6196-2676
Fax: 09-2673334

## MUNICIPALITIES & VILLAGE COUNCILS

**Abasan Al-Jadida Municipality**
Mayor: Abdul Raouf Azoul
Tel.: 08-2073099: 0599-088049
Fax: 08-2073099

**Abasan Al-Kabira Municipality**
Mayor: Mustafa Ash-Shawwat
Tel.: 08-2073905/0599-856145
Fax: 08-2073066
E-mail: abasankab@yahoo.com

02:008910
0774

# PASSIA DIARY

# 2011





الجمعية الفلسطينية الأكاديمية
للشؤون الدولية، القدس



**PASSIA**

Palestinian Academic Society for the Study of International Affairs, Jerusalem

60 NiS

02:008912
0776

# DIRECTORY 2011

## PLO – PALESTINE LIBERATION ORGANIZATION

### PLO EXECUTIVE COMMITTEE & PLO DEPARTMENTS

(NB: The heads of the following departments are all members of the PLO Executive Committee)

**Chairman**
HE Mahmoud Abbas (Abu Mazen)
Tel.: 02-2959928/81370-5/2947470
Fax: 02-2964739/2947475
Dir.-Gen.: Intisar Abu 'Amara
Tel.: 02-2959928/81370/
0599-657234
Fax: 02-2409639

**Secretariat General**
Gen. Sec.: Yasser Abed Rabbo
Tel.: 02-2407721-2/2947470
Fax: 02-2407730/2947475
E-mail: yasser@palestine-pmc.com

**Arab Affairs Department**
Head: Abdel Rahim Mallouh
Tel.: 02-2947470-4
Fax: 02-2947475
E-mail: mallouh@p-ol.com

**Cultural & Media Department**
Head: Hanan Ashrawi
Tel.: 02-2947470-4
Fax: 02-2947475
E-mail: ashrawi@miftah.org

**The Department of Arab & International Relations**
Head: Ghassan Shaka'a
Tel.: 09-2341960 / 0599-330331
Fax: 09-2341961
E-mail: g.shakaa@palnet.com
Ramallah:
Tel.: 02-2947470-4
Fax: 02-2947475
E-mail: dair@palnet.com

**Economic Department**
Acting Head: Dr. Salam Fayyad (Observer)
Tel.: 02-2950970
Fax: 02-2950979

**Educational & Higher Educational Department**
Head: Dr. Riad Khodari
Tel.: 02-2947470-4/ 0599-408027
Fax: 02-2947475
E-mail: r.elkhoudary@gwu.edu.ps

**Expatriate Affairs Department**
Head: Taysir Khaled
Tel. & Fax: 09-2385577  off.
         09-2338266 / 0599-292255
E-mail: pead2978@gmail.com
   or: Nbprs95@hotmail.com
   or: Nbprs95@yahoo.com

*Index p. 181 ff*

http://www.pead.ps
http://www.nbprs.ps
Ramallah:
Tel.: 02-2947470-4
Fax: 02-2947475

**Jerusalem Affairs Department**
Head: Ahmad Qrei'a
Tel.: 02-2790666/24220521/523
Fax: 02-2790665/2420520
Mobile: 0599-542666/0599-200888
E-mail: office@ahmedqurie.ps
Al-Bireh, Ramallah

**Military Affairs Department**
Head: Saleh Ra'fat
Tel.: 02-2947470-4/ 0599-205972
Fax: 02-2947475
E-mail: info@fida.ps
   or: fida@palnet.com
   or: saleh@fida.ps
http://www.fida.ps
PO Box 247, Ramallah

**National Fund Department**
Mohammed Zuhdi An-Nashashibi
Tel.: 02-2947470-4/0599-490210
Fax: 02-2947475

**Negotiations Affairs Department**
Head: Sa'eb Erekat
Deputy Head: Issa Kassassieh
Ramallah:
Tel.: 02-2429081-4
Fax: 02-2429087
E-mail: nadpto@palnet.com/
Macca Bldg., 3rd fl., Al-Balou' (near PCBS), Al-Bireh, PO Box 2245, Ramallah
Jericho: Dir. Gen.: Wajeeha Khalil
Tel.: 02-2321446
Fax: 02-2321240
Gaza: Dir. Gen.: Mariam Sharafi
Mobile: 0599-411193

*Negotiations Support Unit (NSU)*
Tel.: 02-2963741-6
Fax: 02-2963740
E-mail: nad@palnet.com
http://www.nad-plo.org
PO Box 4120, El-Bireh, Irsal St., Awad Center, 5th fl., Ramallah

**Palestinian National Committee for the Register of Damage (PNCRoD)**
Head: Taysir Khaled
Tel.: 02-2955127
Fax: 02-2955128
E-mail: info@pncrod.ps
Birzeit Rd., Irsal Bldg. 2nd fl., Ramallah

**Palestinian Planning Center**
Dr. Ahmad Majdalani
Tel.: 02-2406134/8/7915/2947470-4
Fax: 02-2407915/2947475
E-mail: ppsf_1967@yahoo.com
   or: Ahmad139@hotmail.com
Palestine Investment Bank Bldg., 3rd fl., Al-Bireh

**Political Department**
Head: Mahmoud Abbas (Abu Mazen)
Tel.: 02-2959928/2947470-4
Fax: 02-2964739/00639/2947475

**Popular Organization Department**
Head: Mahmoud Ismail
Tel.: 02-2409227/ 2947470-4/
0599-425623
Fax: 02-2409226/7/2947475
Palestine Investment Bank Bldg., 5th fl., Al-Bireh

**Refugees Department**
Head: Dr. Zakaria Al-Agha
Tel.: 0599-233223
Ramallah: Tel.: 02-2409537-9
Fax: 02-2429535
E-mail: plord@plord.org
http://www.plord.org
Dir.-Gen.: Ahmad Hannoun
Tel.: 02-2409537/49/0599-265265
Bethlehem: Tel. & Fax: 02-2764746
Gaza: Tel.: 08-2842583/93
Fax: 08-2824885
Nablus: Tel.: 09-2335415

**Research Center**
Head: As'ad Abdul Rahman
Tel. & Fax: 962-6-5668318
Mobile: 962-795882020
   or: 0599-490302
E-mail: pii@zain.jo.com

**Social Affairs Department**
Head: Hanna 'Amireh
Tel.: 02-6275446 /294/470-4
0505-218929/0599-218929
Fax: 02-6273516/2947475
E-mail: hanamir2@yahoo.co.uk

**Youth & Sports Department**
Head: Ali Ishaq
Tel.: 02-2947470-4/ 0599-878889
Fax: 02-2947475
E-Mail: hatuqa@hotmail.com

### ■ Other PLO Executive Committee Members:

♦ Farouk Qaddoumi
Tel.: 002167-1230105/3816/7917
Fax: 002167-71766640/66323
E-mail: ayman1@qnet.tn
95, Rue Mouawia Ibn Abu Sufian El-Tunisia Menzah VI

### ■ PLO Executive Committee Observers:

♦ Dr. Salam Fayyad
Tel.: 02-2950970
Fax: 02-2950979
E-Mail: info@levant.ps

♦ Dr. Wassel Abu Yousef
Tel.: 02-2950547/0599-420601
Fax: 02-2950547
E-mail: Plf1977@yahoo.com
Al-Bireh

♦ Jamil Hassan Shehadeh
Tel. & Fax: 02-2987738/2950015
Mobile: 0599-402595
E-mail: arabfront@yahoo.com
Um Al-Sharayet, Khallet Al-Qura'an, Ramallah

PASSIA

9

02:008913
0777

**The Islamic Christian Commission in Support of Jerusalem & Holy Sites**
Gen. Sec.: Dr. Hassan Khater
Tel.: 02-2954059/0599-223311
Fax: 02-2962487
E-mail: info@elquds.org
  or: dkhater@hotmail.com
http://www.elquds.org
Irsal St., Shatash Bldg., 5th fl.,
Ramallah

**Orient House**
-closed by Israel since Aug. 2001
Tel.: 02-6273573/2483
Fax: 02-6286820/6274020
E-mail: info@orienthouse.org
http://www.orienthouse.org
Abu Obeidah St., PO Box 20479,
Jerusalem

## PALESTINIAN NATIONAL COUNCIL

**Palestinian National Council (PNC)**
Speaker & Head:
Salim Adib Al-Zanoun
Amman:
Dir.-Gen.: Abdul Ra'ouf Al-'Alami
Tel.: 962-6-5857208
Fax: 962-6-5855711
Tel. & Fax: 962-6-5679392
E-mail: pncplo@yahoo.com
http://www.palestinepnc.org
PO Box 910244, Amman
Deputy: Taysir Quba'a
Tel.: 00962-796601444
Ramallah: Dir. Gen. Bilal Al-Shakhshir
Tel. & Fax: 02-2966053
E-mail: pnc.ramallah@gmail.com
Gaza:
Tel. & Fax: 08-2824489/4164/5941

**Palestinian National Fund**
Dep.Man.: Dr. Ramzi (Mo'in) Elias
Khouri
Tel.: 962-6-5690271-3/5690473
Fax: 962-6-5690471/474
E-mail: pnf@pnf.org.jo
  or: pnfjo@yahoo.com
Amman, Jordan

## PLO DELEGATIONS ABROAD

**Albania** (Embassy)
Amb. Issam Masalhah
Tel.: 355-42-228751/265804
Fax: 355-42-265804
E-mail: palembalb@yahoo.com
  M_tarshahani@hotmail.com
Str. Alexandr Pek Tirana, Albania

**Algeria** (Embassy)
Amb. Hussein Abdel Khaleq
Tel.: 213-2-1730899/3097
Fax: 213-2-1730916
E-mail: Palestine.dz@gmail.com
  or: Emb.office.alg@gmail.com

15 Blvd. Victor Hugo
PO Box 308, Algiers, Algeria

**Angola**
Amb. Ahmad Hassan
Tel.: 244-2-22262233
Fax: 244-2-22263855
E-mail: pafango@netangola.com
Rua da liberdade 108, Bro. Nelito
Soares Vila Alice, PO Box 421, Luanda

**Argentina** (General Delegation)
Amb. Walid Al-Mu'aqat
Tel.: 54-11-4816-6651/58167021
Fax: 54-11-4816-6652
E-mail: embajada@palestina.int.ar
ffasuwwan@ciudad.com.ar
http://www.palestina.int.ar
Riobambomba 981,
1116, Buenos Aires, Argentina

**Australia** (General Delegation)
Amb. Izzat Salah Abdul Hadi
Tel.: 612-62-867483
Fax: 612-62-867915
E-mail: ihadi@bigpond.net.au
or: paletine.delegation@bigpond.com
PO Box 4646, Kingston, ACT 2604,
Australia

**Austria** (Permanent Mission)
Amb. Zuheir Al-Wazir
Tel.: 43-1-4088202/3/10
Fax: 43-1-4088119
E-mail: Palestine.mission@chello.at
  or: Zuheir55@yahoo.com
Josefsgasse 5/1-1080 Vienna

**Azerbaijan**
Amb. Nasser Abdul Karim
Tel.: 43-1-4088202/3/10
Fax: 43-1-4088119

**Bahrain** (Embassy)
Amb. Taha Mahmoud Taha
Tel.: 973-17276099/262769
Fax: 973-17276054
E-mail: aramadan77@hotmail.com
2801 St., Block 57, PO Box 1102,
Manama, Bahrain

**Bangladesh** (Embassy)
Amb. Shaher Abu Ayyadeh
Tel.: 880-2-9893895-6
Fax: 880-2-8823517
E-mail: pemdhaka@hotmail.com
  or: shahermo@hotmail.com
PO Box 600, Code 1000
Dhaka, Bangladesh

**Belarus**
Amb. Dr. Khaled Iraiqat
Tel.: 375-17-2371087/88
Fax: 375-17-2371096
E-mail: mfabuzaid@yahoo.com
  or: palestine_bel_emb@hotmail.com

**Belgium** (General Delegation)
Amb. Laila Shahid
Tel.: 32-2-7351639/6476
Fax: 32-2-7352478
E-mail: deleg.palestinienne@beon.be
Rue Franklin #111, 1000 Bruxelles

**Bosnia & Herzegowina**
Amb. Khaled Al-Atrash
Tel.: 387-33-766395/6
Fax: 387-33-235173
E-mail: palesarnbih@yahoo.com
Hosana Kajmije 23-71000 Sarajevo

**Brazil** (Special Delegation)
Amb. Ibrahim Al-Zebin
Tel.: 55-61-3284482/760
Fax: 55-61-3248589
E-mail: embpalestina@uol.com.br
  or: palestina@uol.com.br
P O Box 10555, zip code 71620 980,
Lago Suli, Brasilia, DF Brazil

**Bulgaria** (Embassy)
Amb. Ahmad Al-Mathbouh
Tel.: 359-2-9634324/3123
Fax: 359-2-9632571
E-mail: palestina.sofia@internet-bg.net
PO Box 87, Sofia, Bulgaria

**Canada** (General Delegation)
Amb. Amin Ahmad Abu Hassira
Tel.: 1-613-7360053
Fax: 1-613-7360535
E-mail: palestinegd@rogers.com
  or: amin_abouhassira@hotmail.com
45 Country Club Drive, Ottawa,
Ontario K1V 9W1 Canada

**Chile** (Embassy)
Amb. Dr. May Keleh
Tel.: 56-2-2017944
Fax: 56-2-2244505
E-mail: embajada@empajadapalestina.cl
  or: maiskalla@yahoo.com
Casilla postal 53170, Santiago-1, Chili

**China** (Embassy)
Amb. Ahmad Ramadan
Tel.: 86-10-65323327
Fax: 86-10-65323241
E-mail: dhob.n.a@hotmail.com
PO Box 9008, Beijing, China

**Colombia** (Special Mission)
Amb. Imad Nabil Al-Jada
Tel.: 57-1-2877691/2877904
Fax: 57-1-2887439
E-mail: jerusalem@telesat.com.co
Calle 45 No. 14-76, Santa Fe de
Bogota, Colombia

**Congo**
Amb. Jawad Aqel
Tel.: 24-828237/813055/810639
Fax: 24-836815
PO Box 1082, Prazaville, Congo

**Côte d'Ivoire** (Embassy)
Amb. 'Awad Yakhlif
Tel.: 225-050-41075
Fax: 225-2-2424385
E-mail: amb.pal@aviso.ci

**Cuba** (Embassy)
Amb. Dr. Akram Samhan
Tel.: 53-7-242556
Fax: 53-7-241159
Calle 20, No. 714, Entre 7Ma, Y.9 NA
Miramar, La Havana, 00537 Cuba

10

PASSIA

02:008914
0778

**Cyprus** (Embassy)
Amb. Dr. Walid Hassan
Tel.: 357-22-315010
Fax: 357-22-311797
E-mail: palestin@spidernet.com.cy
Yianni Psychari 31, Ayios Andreas,
1107 Nicosia, Cyprus

**Czech Republic** (Embassy)
Amb. Mohammed Salaimeh
Tel.: 420-2-33544224
Fax: 420-2-33552449
E-mail: palestcz@mbox.vol.cz
or: palesrez@mbox.vol.cz
Prague 7 – Troja, Nakazance 634/7
Apartment no. 16

**Denmark** (General Delegation)
Amb. Amro Al-Horani
Tel.: 45-33-932239
Fax: 45-33-932286
E-mail: Palestine@mail.dk
or: Amrosh7@hotmail.com
H.C. Anderson Boulevard 51, 1th
1553, Copenhagen V, Denmark

**Djibouti**
Amb. Kamel Kazzaz
Tel.: 253-358205
Fax: 253-354923
PO Box 10033, Djibouti

**Egypt** (Embassy)
Amb. Dr. Barakat Al-Farra
Tel.: 20-2-33384761-3/3602297
Fax: 20-2-3384764/3384760
E-mail: peegypt@hotmail.com
33 An-Nahda St., Dokki, Cairo
- *Alexandria* (Embassy)
Amb. Jamal Al-Jamal
Tel.: 203-5922651/109998046
Fax: 203-5903001
E-mail: ps_consul_alex@hotmail.com

**Ethiopia** (Embassy)
Amb. Zuhair Al-Shin
Tel.: 251-1-16610810
Fax: 251-1-16611199
E-mail: palembethiopia@yahoo.com
PO Box 5800, Addis Ababa

**Finland** (General Delegation)
Amb. Nabil Darwish Al-Wazir
Tel.: 358-9-2789771
Fax: 358-9-2789770
E-mail: pgd@palestinegd.fi
http://www.palestinegd.fi
Fredrikinkatu 25 A, HKI 00120,
PO Box 351, Helsinki 00121, Finland

**France** (General Delegation)
Amb. Hayel Al-Fahoum
Tel.: 33-1-48286600
Fax: 33-1-48285067
E-mail: del.palestine@wanadoo.fr
hindkhoury@gmail.com
63, Rue de Commandant Léandri,
75015 Paris

**Germany** (General Delegation)
Amb. Salah Abdel Shafi
Tel.: 49-30-2061770
Fax: 49-30-20617710
E-mail: info@palaestina.org

or: healf@palaestina.org
http://www.palaestina.org
Michaelkirchstraße 17/18
10179 Berlin, Germany

**Ghana** (Republic)
Amb. Rafiq Abu Dalfah
Tel.: 233-21-778736/244334422
Fax: 233-21-785806
E-mail: Palembac@yahoo.com
15, Ghana Airways Avenue, Airport
residential area, Accra, Ghana

**Greece** (Diplomatic Representation)
Amb. Samir Abu Ghazaleh
Tel.: 302-10-6726061-3
Fax: 302-10-6726064
E-mail: falaslin@otenet.gr
31 Marathonodromon St.
154 52 Psychico, Athens

**Guinea** (Embassy)
Amb. Abdul Rahman Al-Farrah
Tel.: 224-441132/413034
Fax: 224-442227/412230
E-mail: Palestine_conakry@hotmail.com
POB 1021, Conakry, Guinea 413034

**Hungary** (Embassy)
Amb. Ahmed Abdel Razeq
Tel.: 36-1-3257579/3260340
Fax: 36-1-3260341
E-mail: elian@fre4-mail.hu
http://www.palestine.hu
PO Box 213, Jozsefhegyi, UT 28-30
H- 1025, Budapest, Hungary

**India** (Embassy)
Amb. Adli Sadiq
Tel.: 91-11-26146605/2859
Fax: 91-11-26142942
E-mail: embassy@palestineindia.com
D1/27 Vasant Vihar, New Delhi
110057, India

**Indonesia** (Embassy)
Amb. Fariz Al-Mihdawi
Tel.: 62-21-3145444/923521
Fax: 62-21-3108011
E-mail: palembidsec@centrin.net.id
fdmehdawi@yahoo.com
Jl Diponegoro No. 59
Jakarta 10310, Indonesia

**Iran** (Embassy)
Amb.
Tel.: 98-21-66402513/64501
Fax: 98-21-66402513
E-mail: yafa@rasaneh.com
PO Box 1455-3455, Tehran, Iran

**Iraq** (Embassy)
Amb. Fariz Al-Mihdawi
Tel.: 964-1-5550757/3146
Fax: 964-1-7183146/5555968
E-mail: daleelq@yahoo.com
PO Box 3122, Baghdad, Iraq

**Ireland** (General Delegation)
Amb. Hikmat Izzat Al-Ajuri
Tel.: 353-1-2103515
Fax: 353-1-2103513
E-mail: info@gdp.ie
or: hikmat@gdp.ie
42 Adelaid Road, Dublin 2, Ireland

**Italy** (General Delegation)
Amb. Sabri Haj Asad Attiyeh
Tel.: 390-6-7005041/8791
Fax: 390-6-7005115
E-mail: ateyeh@hotmail.com or:
delegazionepalestinese@yahoo.com .
Piazza San Giovanni In Laterano, 72
Rome, Italy 00184

**Japan** (General Delegation)
Amb. Walid Siam
Tel.: 813-55-118400
Fax: 813-55-110333
E-mail: palestine@paltst-jp.com
or: waleedsiam@palst-jp.com
http://www.palst-jp.com
Chiyoda House 6F 2 – 17-8, Nagata-
Cho, Chiyoda-Ku, Tokyo 100-0014

**Jordan** (Embassy)
Acting Amb. Atallah Al-Kheiri
Tel.: 962-6-5677517/5663813
Fax: 962-6-5661727/5690471
E-mail: palestine@nol.com.jo
or: Palemb009@yahoo.com
PO Box 925757, Amman, Wadi Saqra

**Kazakhstan** (Embassy)
Amb. Nasser Abdel Karim
Tel.: 77-1-72287557/87562
Fax: 77-1-72287555
E-mail: Pal.emb@rambler.ru
37 Kabanbai-Batyr St., Block 4, en-
trance, 4,010000, Astana, Kazakhstan

**Korea, Democratic People's
Republic** (Embassy)
Amb. Dr. Ismail Hassan
Tel.: 850-2-3817456/827463/4
Fax: 850-2-3817259
E-mail: palestinekorea@hotmail.com
PO Box 24, Pyong Yang, D.P.R.

**Kuwait** (Embassy)
Chargé d'Affaires: Zeyad Al-Hamshari
Tel.: 965-22-652450
Fax: 965-22-652450
E-mail: hammad41@maktoob.com
PO Box 5363, As-Safat,
Kuwait

**Lebanon** (PLO Office)
Amb. Dr. Abdullah Abdullah
Tel.: 961-1-844993/4
Fax: 961-1-844992
E-mail: plo.r.lp@yahoo.com
or: Plo_r_lp@hotmail.com
Kurnish Al Mazraa', Al Mazraa'
Beirut, Lebanon

**Libya** (Embassy)
Amb. Atef Odeh
Tel.: 218-21-3339806
Fax: 218-21-3339806
E-mail: palestinelb@hotmail.com
PO Box 2465, Tripoli, Libya

**Malaysia** (Embassy)
Amb. Abdel Aziz Abu Ghosh
Tel.: 60-3-42568905-6
Fax: 60-3-42570802
E-mail: embassyofpalestine@gmail.com
PO Box 10554-50716, 65 Jalan U
Thant, 55000, Kuala Lumpur

*Index p. 181 ff*

PASSIA

11

02:008915

0779

**Mali** (Embassy)
Amb. Abdel Rahim Al-Farra
Tel.: 223-2-216462/2215328
Fax: 223-2-216462
E-mail: ambpalestine@afribone.net.ml
PO Box 1951, Bamaco, Mali

**Malta**
Amb. Gabi Al-Tawil
Tel.: 356-21-382355/76533
Fax: 356-21-370605
E-mail: jtaweel@onvol.net
Malta

**Mauritania** (Embassy)
Amb. Adnan Abu Al-Heja'a
Tel.: 222-2-52393-4/53993/6221414
Fax: 222-2-53868
E-mail: ambpsmr1948@yahoo.fr
PO Box 517/408, Nouakchott

**Mexico** (Special Delegation)
Amb. Randa Al-Nabulsi
Tel.: 52-55-255-2904
Fax: 52-55-5313821/4548936
E-mail: palestinaemb@gmail.com
    or: palestinaenmexico@gmail.com
Lope de Vega 1465, Piso col. Polanco
Apdo., Postal 5-045 CP 06500

**Montenegro**
Amb. Adham Abu Mdallalah
Tel.: 381-63212790
E-mail: ramaz@eunet.yu

**Morocco** (Embassy)
Amb. Dr. Ahmad Soboh
Tel.: 212-537766008
       212-537 769807
Fax: 212-537 767166
E-mail: sobohahmed@yahoo.com
10, Rue Annaba, Rabat, PO Box 387,
Rabat

**Mozambique** (Embassy)
Amb. Fayez Abdel Jawad
Tel.: 258-1-486057
Fax: 258-1-486084
PO Box 1160, Mapoto, Mozambique

**Netherlands** (General Delegation)
Amb. Dr. Nabil Abu Znaid
Tel.: 31-70-3604864
Fax: 31-70-3657847
E-mail: pgd@planet.nl
Laan Copes Van Cattenburch 73,
2585 EW, Den Haag, Netherlands

**Nicaragua** (Embassy)
Amb. Walid Al-Mu'aqet
Tel.: 505-2-762388/60239
Fax: 505-2-650589
E-mail: embpalnic@turbonett.com.ni
Las Colinas, Calle Los Flores # 136,
PO Box 5305, Managua

**Nigeria** (Embassy)
Amb. Azmi Al-Dakka
Tel.: 2349-4135311/4135059
Fax: 2349-4135308
E-mail: palembsng@yahoo.com
    or: aaldaqqa@yahoo.com
P.M.B 429 Garki, Abuja, Nigeria

**Norway** (General Delegation)
Amb. Yousef Najjar
Tel.: 47-2-2560547/49799
Fax: 47-2-2546738
E-mail: yassernajjar@yahoo.com
Drammensveien 104, 0273 Oslo

**Oman** (Embassy)
Amb. Loa'i Issa
Tel.: 968-24697230/29601312
Fax: 968-24697257
E-mail: abuemara@hotmail.com
Muscat, Oman

**Pakistan** (Embassy)
Amb. Hazem Abu Shanab
Tel.: 92-51-2291185/3748/105457
Fax: 92-51-229703
E-mail: Palestine@dsl.net.pk
    or: Palestine.pak@hotmail.com
9 House No. 486, PO Box 1064,
Islamabad, Pakistan

**Peru** (Special PLO Representation)
Amb: Walid Abdel Rahim
Tel.: 51-1-221-4241/458740
Fax: 51-1-221-4240
E-mail: paperu@terra.com.pe
        salimwalid@gmail.com
Fracisco de Paula Ugarriza 595,
Lima 18, Peru

**Poland** (Embassy)
Amb. Khaled Ghazal
Tel.: 48-22-489/772
Fax: 48-22-8567376
E-mail: info@palestine.pl
    or: ambassadorkhasled@wp.pl
http://www.palestyna.pl
02-516 Warszaw St., Ul. Staroscinska
1/7 PO Box 475, Warsaw, Poland

**Portugal** (General Delegation)
Amb. Mufid Al-Shami
Tel.: 351-21-3521118/3621098
Fax: 351-21-3621095
E-mail: embassyofpalestine.portugal@
        gmail.com
Rua 22 no. 2, Bairro de Belem,
1400 - 383 Lisbon, Portugal

**Qatar** (Embassy)
Amb. Munir Ghanam
Tel.: 974-4692228/46882720
Fax: 974-4688949
E-mail: palembs@qatar.net.qa
Al-Khalij St., PO Box 138,
Doha 4100616

**Romania** (Embassy)
Amb. Ahmad Aqel
Tel.: 40-21-2119422/07437
Fax: 40-21-2119424
E-mail: pl_em_romania@yahoo.com
    or: ahmandd@hotmail.com
Str., Alexanderusania Nr. 64
PO Box 314, Bucharest, Romania

**Russian Federation** (Embassy)
Amb. Dr. Fayed Mustafa
Tel.: 7-195-6374340/6373682
Fax: 7-4956372195
E-mail: embassy@palestine.ru
http://www.palestine.ru

**Kropotkinsky pereulok 26, Moscow**
119034, Russian Federation

**Saudi Arabia** (Embassy)
Amb. Jamal Al-Shohaki
Tel.: 966-1-4880738/9
Fax: 966-1-6936407/4880721
E-mail: info@palestineembassy.org.sa
or: jshoubaki@palestineembassy.com
PO Box 3589, Riyadh, 11481 KSA
- Jeddah: Amb. Imad Sha'ath
Tel.: 966-2-6985599/2561158
Fax: 966-2-6972415
E-mail: mhifne@gmail.com

**Senegal** (Embassy)
Amb. Abdel Rahim Al-Farra
Tel.: 221-33-8604196
Fax: 221-33-8604179
E-mail: Palestine@sentoo.sn
PO Box 3119, Dakar, Senegal

**Serbia**
Amb. Mohammed Khalil Nabhan
Tel.: 938111-3671407/326
Fax: 938111-3671336
E-mail: ampat@eunet.yu

**Slovakia** (Embassy)
Amb. Dr. Abdel Rahman Bsiso
Tel.: 004-212-52621116
Fax: 004-212-52450007
E-mail: palestina@chello.sk
Slovakia

**South Africa** (Embassy)
Amb. Ali Halimeh
Tel.: 27-12-3426411-3
Fax: 27-12-3426412
E-mail: Ambhalimeh@yahoo.ie
    or: palembsa@iburst.co.za
Sudhof Bldg. 472 Walker St., Flat no.
5, Vlok St., Sunnyside, Pretoria, PO
Box 56021, Arcadia, Pretoria 0007

**Spain** (General Delegation)
Amb. Mousa Odeh
Tel.: 34-91-3453262/58
Fax: 34-91-3454287
E-mail: embajadapalestina@sistelcom.com
20, Avda Pio XII, 28016 Madrid

**Sri Lanka** (General Delegation)
Amb. Dr. Anwar Al-Agha
Tel.: 941-1-2695991
Fax: 941-1-2695992
E-mail: Dr.agha@hotmail.com
PO Box 207, 110/10 Wejerman NW,
Colombo 7, Sri Lanka

**Sudan** (Embassy)
Amb. Sayed Khalil Al-Masri
Tel.: 249-1-83238791
Fax: 249-11-83221873
E-mail: plosudan@yahoo.com
Abdel Mun'em Riad St.,
PO Box 2262, Khartoum, Sudan

**Sweden** (General Delegation)
Amb.
Tel.: 46-8-151588
Fax: 46-8-151528
E-mail: info@plo-sweden.org
    or: s.shafi@plo-sweden.org
Rodmansgatan 48, 113 57 Stockholm

12

PASSIA

**Switzerland** (General Delegation)
Amb. Ibrahim Khrashah
Tel.: 41-313-521407/08
Fax: 41-313-521409
E-mail: mission-observer.Palestine@itu.ch
96 Route de Vernier Chatelaine, Case
Postal 1828, 1211 Geneva 1

**Syria** (Embassy)
Amb. Mahmoud Al-Khaldi
Tel.: 963-11-3113303/4443524
Fax: 963-11-4443525
E-mail: pal.damas@gmail.com
Murshed Khater St.,
PO Box 2889, Damascus, Syria

**Tanzania** (Embassy)
Amb. Nasri Abu Jesh
Tel.: 255-222150636
Fax: 255-222153257
E-mail: palembtz@yahoo.com
PO Box 20307, Dar As-Salaam

**Tunisia** (Embassy)
Amb. Salman Harfi
Tel: 216-717-84725/98586632
Fax: 216-717-85973
E-mail: palembtn@yahoo.com
  or: salmanelherfi@yahoo.com
17 Rue Ernest Conseil, Belvedere, PO
Box 310, Belvedere, 1002 Tunis

**Turkey** (Embassy)
Amb. Nabil Ma'rouf
Tel.: 90-312-4903546
Mobile: 90-533-6597770
Fax: 90-312-4904077
E-mail: embapaltr@hotmail.com
  or: nabilmarouf@hotmail.com
http://www.filistinelc-tr.com
      www.embpalestine-tr.com
Kilic Ali Sok. No. 5, diplomatic Site,
06450/ or –An/ Ankara, Turkey

**Ukraine**
Amb. Mohammed Al-Asad
Tel.: 380-44-2382695/2894210
Fax: 380-44-2894210
E-mail: Khalid_ariqat@yahoo.com
  or: Palestine_ukraine@hotmail.com
019101, 12 Fedrova Sti, Ap9, Ukraine

**United Arab Emirates** (Embassy)
Amb. Khairy Al-Areidh
Tel.: 971-2-4434048/617/652
Fax: 971-2-4434363
E-mail: palestinead@hotmail.com
PO Box 841, Abu Dhabi, UAE

**United Kingdom** (Gen. Delegation)
Amb. Manuel Hassassian
Tel.: 44-208-5630008/3703245
Mobile: +07904673706
Fax: 44-208-5630058
E-mail: palestinianuk@aol.com
  or: ukemb@mofa-gov.ps
  or: info@palestiniangd.org
5 Galena Road, Hammersmith,
London, W60LT, United Kingdom

**United States** (PLO Office)
Amb. Maen Areikat
Tel.: 1-202-9746360
Fax: 1-202-9746278
E-mail: plomission1@aol.com

1320, 18th Street, NW, Suite # 200
Washington DC, 20036

**Uzbekistan** (Embassy)
Amb. Asad Abdul Munem Al-Asad
Tel.: 99-871-2549418/1524145
Fax: 99-871-2531017
E-mail: pal-embassy@yahoo.com
  or: alasad_asad@hotmail.com
35 Karim Karimov St.,
Tashkent, 100070

**Vatican** (Gen. Delegation)
Amb. n/a
Tel.: n/a
Fax: n/a

**Vietnam** (Embassy)
Amb. Sa'di Al-Tmaizi
Tel.: 84-4-8522947/8524013
Fax: 84-4-9349696
E-Mail: vnemb@mofa-gov.ps
PO Box 73, Hanoi, Vietnam

**Yemen** (Embassy)
Amb. Bassem Al-Agha
Tel.: 967-1-428154/65
Fax: 967-1-428155
E-mail: palembyem1@yamen.net.ye
PO Box 185, San'aa, Yemen

**Zambia** (Embassy)
Amb.: 'Atallah Qbei'ah
Tel.: 260-1-261873/4
Fax: 260-1-261876
E-mail: plozambia@gmail.com
Zambia

**Zimbabwe** (Embassy)
Amb. Dr. Hashem Al-Dijani
Tel.: 263-4-794330
Fax: 263-4-794331
E-mail: aliman@icon.co.zw
1 Fairbridge Avenue Belgravia,
PO Box 3817, Harare, Zimbabwe

---

## REPRESENTATION IN INTERNATIONAL BODIES

**European Union** (Gen. Delegation)
Amb. Laila Shahid
c/o PLO Office in Belgium (see above)

**League of Arab States**
(Permanent Mission)
Amb. Dr. Barakat Al-Farra
Tel.: 202-33355665/64732
Mobile: 201-21636785
Fax: 202-33376186
E-mail: pales_al@link.rret
33 An-Nahda St., Dokki, Cairo, Egypt

**Organization of the Islamic Con-
ference** (Permanent Mission)
Amb. Madhat Saidam
Tel.: 966-2-6800800/800128
Mobile: 966-5-05675070
Fax: 966-2-6873558/6873568
E-mail: madhat-saidam@hotmail.com
PO Box 1255, Jeddah 21431
Saudi Arabia

**United Nations**
Amb. Riad Mansour
Tel.: 1-212-288-8500/4074848211
Fax: 1-212-517-2377
E-mail: Palestine@un.int
115 East 65th Street
New York, NY 10021, US
- *Geneva Office:*
Amb. Ibrahim Khraishah
Tel.: 41-22-7967660/79-4752110
Fax: 41-22-7967860
E-Mail: Palestine.un@bluewin.ch
  or: mission-observer.Palestine@itu.ch
96 route de Vernier, Case Postale
1828, 1211 Geneva 1, Switzerland

**UN Office & International Organ-
izations**
Amb. Mohammed Abu Karsh
Tel.: 43-1-4088202/3
Fax: 43-1-4088117
Josefgasse 5, 1080 Vienna,
Austria

**UNESCO** (Permanent Observer)
Amb. Elias Sanbar
Tel.: 33-1-45683342/339
Fax: 33-1-45683340/5675
F-mail: dl.palestine@unesco.org
     e.sanbar@unesco.org
1, Rue Miollis 75015, Paris,
France

---

## PALESTINIAN AUTHORITY (PA)

### PRESIDENT'S OFFICE

**President:** HE Mahmoud Abbas
Tel.: 02-2959928/81370-5
Fax: 02-2963179
*Gaza:*
Tel.: 08-2824670/2841028/038/9700
Fax: 08-2822365

**Sec. General:** Tayyeb Abdul Rahim
Tel.: 02-2959928/08-2824171
Fax: 02-2963179/08-2824604

**Chief of Staff:** Dr. Hussein Al-Araj
Tel.: 02-2963171/2959928
Fax: 02-2960740
E-mail: halaraj@president.ps
**Deputy:** Dr. Mohammed Odeh
Tel.: 02-2959928
Fax: 02-2972298
E-mail: modoh@president.ps
**Asst. Chief of Staff for Administrative
Affairs:** Mounir Salameh
Tel.: 02-2959928
Mobile: 0599-313799
E-mail: halaraj@president.ps
**Asst. Chief of Staff for General Ser-
vices:** Imad Nahhas
Tel.: 02-2959928
Fax: 02-2969733
E-mail: inahhas@president.ps

*Index p. 181 ff*

PASSIA

13

Asst. Chief of Staff for Policy Co-
ordination: Osama Al-Bast
Tel.: 02-2959928 /0599-258424
E-mail: oalbast@president.ps

▶ **UNITS & DEPARTMENTS**

**President's Office**
Dir. Gen.: Intesar Abu Ammara
Tel.: 02-2959928
Fax: 02-2974921

**Chief of President's Protocol**
Dir.: Hussein Hussein
Tel.: 02-2950770/0599-696204
Fax: 02-2969740

**Media Unit:**
Tel.: 02-2959928
Fax: 02-2969740

**Jerusalem Unit:**
Head: Ahmed Rwaidy
Tel.: 02-2959928
Tel. & Fax: 02-2977528
Mobile: 0598-919131
E-mail: arwaidy@president.ps

**Legal Unit:**
Tel.: 02-2959928
Tel. & Fax: 02-2951266
Mobile: 0598-929900

**Protocol Unit:**
Dir. Gen.: Niveen Sarraj
Tel.: 02-2970588/2959928
Fax: 02-2963173
E-mail: nsarraj@president.ps

**Public Relations:**
Dir. Gen.: Hussam Dabbas
Tel.: 02-2981377/2959928
Mobile: 0599-478478
Fax: 02-2969731
E-mail: hdabbas@president.ps

▶ **PRESIDENTIAL ADVISORS**

• Rawhi Fattouh (Special Representative)
  Tel.: 02-2959928

• Ahmad Abdul Rahman (PLO Affairs)
  Tel.: 02-2959928

• Hassan Al-Ouri (Legal Affairs)
  Tel.: 02-2959928
  Tel. & Fax: 02-2973076

• Nabil Abu Rudaineh (Spokesperson)
  Tel.: 02-2959928

• Nimr Hammad (Political Affairs)
  Tel. & Fax: 02-2973080/2981370-2

• Haj Ismail Jaber (Governorates
  Affairs / Security Affairs)
  Tel.: 02-2959928
  Tel. & Fax: 02-2976973

• Mohammad Mustafa (Economic Affairs)
  Tel.: 02-2974971/0599-256811

• Dr. Sabri Saidam (Telecom, IT &
  Technical Education)
  Tel.: 02-2959928/ 0599-413580

• Abdallah Al-Frangi (Internat Affairs)
  Tel.: 02-2959928/0599-604062

Tel. & Fax: 02-2972911
E-mail: aalfranji@president.ps
  or: alfrangi@gmail.com

• Majdi Khaldi (Diplomatic Affairs)
  Tel.: 02-2957530/2959928
  Mobile: 0599-114112
  Fax: 02-2957530
  E-mail: mjdikhaldi@yahoo.com

• Dr. Ziyad Bandak (Christian Affairs)
  Tel.: 02-2959928/0599-250030

---

## MINISTRIES

▶ **PRIME MINISTER'S OFFICE**

**Prime Minister:** Dr. Salam Fayyad
Tel: 02-2968989
Fax: 02-2950981/2968972
E-mail: pm@pmo.pna.ps
http://www.palestinecabinet.gov.ps
Al-Masyoun, PO Box 2466, Ramallah
**Dir. Gen., Prime Min.'s Office:**
Mohammad Jarrad
Tel: 02-2968989
Fax: 02-2968981/72
E-mail: mjarrad@pmo.pna.ps
**International Relations Unit:**
Dir. Gen.: Manal Zeidan
Tel: 02-2968989
Fax: 02-2968983
**Protocol Department:** Majd Hardan
Tel: 02-2968989
Fax: 02-2968983
E-mail: mkarakra@pmo.pna.ps

**Cabinet Secretary /Council of
Ministers:** Dr. Naim Abu Hommos
Tel: 02-2969775
Fax: 02-2950985
E-mail: nhommos@pmo.gov.ps
Ramallah
**Office of the Cabinet Secretary**
Dir. Gen.: Marwan Emghames
Tel: 02-2969770-3
Fax: 02-2969797
E-mail: memghames@pmo.gov.ps
**Deputy Sec.Gen.:** Oqab Abdel Samad
Tel: 02-2968979/0599-205447
Fax: 02-2950975
E-mail: osamad@pmo.gov.ps
**Deputy Bureau Chief:** Salah Elayan
Tel: 02-2950980/ 0547-542542
Fax: 02-2950985
E-mail: selayan@pmo.gov.ps

▶ **PRIME MINISTER'S ADVISORS**

**Advisor to the Prime Minister**
Omar Al-Ghoul
Tel: 02-2951766/ 0599-408871
E-mail: omar_hilmy2005@hotmail.com
Ramallah

**Arab & Islamic Funds Affairs**
Dr. Jawad Naji
Tel.: 02-2968976/ 0599-244550
Fax: 02-2968971
E-mail: jnaji@pmo.gov.ps
  or: Jawad-953@hotmail.com
Ramallah

**Civil Society & Media Unit**
Jamal Zaqout
Tel.: 02-2968987-8/0599-408500
Fax: 02-2950971
E-mail: zakout_jamal@gmail.com
**Media Office:**
Tel.: 02-2968987-8
Fax: 02-2950971
E-mail: pmo-media@pmo.gov.ps
  or: pmo.media2@gmail.com
**Civil Society:**
Tel: 02-2968987-8
Fax: 02-2950971
E-mail: civil-society@pmo.gov.ps

▶ **CABINET OFFICE**

Tel.: 02-2968987-8
Fax: 02-2950979
E-mail: diwan@pmo.gov.ps
http://www.palestinecabinet.gov.ps
Al-Masyoun, Al-Ma'ahed St., PO Box
2466, Ramallah

**Government Media Center**
Dir.: Dr. Ghassan Al-Khatib
Tel.: 02-2954064/0599-246112
Fax: 02-2954035
E-mail: info@pgmc.ps
http://www.pgmc.ps
Ramallah

**Palestine National Archives Center**
Head: Mohammed Bheis
Tel.: 02-2904121
Fax: 02-2904124
E-mail: archive@pnac.ps
http://www.pnac.ps
Beitunia St., Al-Taher Bldg., Ramallah,
PO Box 66353, Jerusalem

▶ **MINISTRY OF AGRICULTURE**

**Minister:** Ismail Daiq
Tel.: 02-2403360
Fax: 02-2403361
E-mail: moa@planet.edu
PO Box 197, Ramallah
**Minister's Advisor:**
Dir. Hamdalah Hamdalah
Tel: 02-2403304/0599-205095
Fax: 02-2403312
**Technical Advisor to the Minister:**
Dr. Thamin Hijawi
Tel.: 02-2403360
Fax: 02-2403361
**Asst. Deputy, West Bank:**
Mahmoud Hussein
Tel.: 02-2403306
Fax: 02-2403312

**Planning and Policies Dept:**
Dir.: Abdallah Lahluh
Tel.: 02-2403306
Fax: 02-2403312

**Land Development:**
Dir. Gen.: Zakaria Salawdeh
Tel.: 02-2403306/0599-872256
Fax: 02-2403312

**Palestinian National Agricultural
Research Center (Jericho):**
Dir.: Ziad Fada
Tel. & Fax: 02-2321280

14

PASSIA

02:008918
0782

**Unity Cabinet:**
Dir.-Gen.: Mohammed Shahbari
Tel.: 02-2403306
Fax: 02-2403312

**Central Veterinary:**
Dir.-Gen.: Jamil Makhamra
Tel.: 02-2403306
Fax: 02-2403312

**Extension & Development:**
Tel.: 02-2403306
Fax: 02-2403312

**Forestry, Range Land & Wild Life:**
Dir.: Bassem Hammad
Tel.: 02-2403306
Fax: 02-2403312

**Fishery:**
Dir.: Mohamed Qamhia
Tel: 02-2403301
Fax: 02-2403312

**Plant Protection:**
Dir.: Amjad Salah
Tel.: 02-2403306
Fax: 02-2403312

**Soil & Irrigation:**
Dir.-Gen. Qasem 'Abdo
Tel.: 02-2403304
Fax: 02-2403312

**Marketing:**
Dir. Hani Bazra
Tel.: 02-2403306
Fax: 02-2403312

**Finance & Administration:**
Dir.-Gen.: Ahmad Zakarnah
Tel.: 02-2403306
Fax: 02-2403312

**Public Relations:**
Dir.: Mu'awya Swelem
Tel.: 02-2403306/0599-368936
Fax: 02-2403312

▶ **MINISTRY OF CULTURE & ARTS**

**Minister:** Seham Barghouthi
Tel.: 02-2981031
Fax: 02-2981032

**West Bank:**
Tel.: 02-2986205/6
Fax: 02-2986204
E-mail: minister@moc.gov.ps
http://www.moc.pna.ps
Ar-Rayan Bldg., Irsal St.,
PO Box 147, Ramallah
**Asst. Deputy:** Musa Abu Gharbieh
**Advisor:** Husni Radwan
**Director Generals:**
- Art Dept.: Nader Jala
- Asst. for Foreign Affairs: Musa Abu Gharbieh
- Books General Commission: Mohammed Al-Asmar
- Asst. for Cultural Development: Read Self
- Finance & Admin.: Maher Abu Reda
- Library Dept.: Sami Batrawy
- Literature & Publishing: Tal'at Abdul Hamid

*Index p. 181 ff*

– **Public Communication:** Fayez Sersawi
– **Gender Unit:** Asma Kilani

**West Bank Offices:**
Tulkarem: 09-2672733
Hebron: 02-2226757/19372
Jenin: 04-2435866
Nablus: 09-2384790
Qalqilya: 09-2945585
Salfit: 09-2515920
Bethlehem: 02-2741524
Tubas: 09-2571229

▶ **MINISTRY OF DETAINEES & EX-DETAINEES AFFAIRS**

**Minister:** Issa Qaraqe'
Tel. & Fax: 02-2428602
E-mail: minister@freedom.ps
http://www.freedom.ps
Lweez Bldg, Sateh Marhaba, Al-Bireh
**Dep. Min.:** Zeyad Abu Ein
Tel. & Fax: 02-2428606
E-mail: ziadabuein@yahoo.com
**West Bank:**
Dir.-Gen., Min.'s Office: S'ad Nimr
Tel. & Fax: 02-2428602
E-mail: minister@freedom.ps

**Minister's Council Unit**
Dir.: Wedad Khader
Tel. & Fax: 02-2428604

**General Departments:**
**Detainees Affairs:**
Dir.-Gen.: Shukri Salameh
Tel. & Fax: 02-2428635
Deputy Gen.: Mohammad Baloshe
Tel. & Fax: 02-2428635
**Ex-Detainees Rehabilitation Program:**
**West Bank:**
Dir.-Gen.: Mohammad Al-Batta
Tel. & Fax: 02-2428589
E-mail: mohammad_batta@yahoo.com
Lweez Bldg, Sateh Marhaba, Al-Bireh
(health insurance, vocational training,
family support, education, wage subsidy,
self-employment loans, psychological
counseling, project loans)

**Finance & Administration:**
Dir.-Gen.: Azzam Irmeili
Tel.: 02-2421447
Fax: 02-2428588
E-mail: azzam_ir@hotmail.com
**Information Systems:**
Dir.-Gen.: Saleh Nazzal
Tel.: 02-2421447
Fax: 02-2428588
**Legal Affairs:**
Dir.-Gen.: Jawad Amawe
Tel.: 02-2428605
Fax: 02-2420503
**Local Affairs:**
Dir.-Gen.: Naeil Khalil
Tel. & Fax: 02-2428524
**Public Relations & Information:**
Dir.-Gen.: Hasan Abed Rabo
Tel.: 02-2428529
**Complaints Unit:**
Dir.-Gen.: Mohanad Jaradat
Tel.: 02-2421448

**Departments:**
Dir.: Osama Al-Ghoul
Tel.: 02-2428529
Mobile: 0598-937045
E-mail: free.asra@gmail.com
or: osama@freedom.ps
http://www.freedom.ps

**Vocational Training:**
Dir.: Mohammed Ammar
Projects Loans: Dir.: Kawther Jaber
Education: Dir.: Sayaf Abu Sayaf
Care & Counceling: Dir.: Adnan Psasi
Job & Employment: Dir.: Mohammad Fayat
Health Insurance: Dir.: Eyad Khalf

**District Offices:**
Bethl.: Dir.: Khader Al-Araj
Tel.: 02-2741642
Fax: 02-2751555
Hebron: Dir.: Ibrahim Najajreh
Tel.: 02- 2226423
Fax: 02-2213993
Jenin: Dir.: Nathmi Abdel-Ghafour
Tel.: 04-2501184
Fax: 04-2505477
Jericho: Mohammad Baloo
Tel. & Fax: 02-2325286
Jerusalem: Dir.: Nahad Sandoqa
Tel. & Fax: 02-2794636
Nablus: Dir.: Samir Samro
Tel.: 09-2374125
Fax: 09-2330123
Qalqilya: Dir.: Nael Khannam
Tel. & Fax: 09-2942587
Ramallah: Dir.: Bilal Jalamneh
Tel.: 02-2428665
Fax: 02-2428661
Salfit: Dir.: Ismat Abu Saa
Tel. & Fax: 09-2515544
Tubas: Dir.: Ahmad Abu Hassan
Tel. & Fax: 09-2573208
Tulkarem: Dir.: Atef Ata
Tel. & Fax: 09-2681111

▶ **MINISTRY OF EDUCATION & HIGHER EDUCATION**

**Minister:** Lamis Al-Alami
Tel.: 02-2983256-7
Fax: 02-2983222
**Dep. Min.:** Mohammad Abu Zaid
Tel.: 02-2983289
Fax: 02-2983272

**Asstistant Deputy Ministers for:**
**Gen. Education (Gaza):**
Zainab El-Wazir
Tel.: 08-2847770
Fax: 08-2868300
**Higher Education:**
Dr. Fahoorn Shalaby
Tel.: 02-2982612
Fax: 02-2954518
E-mail: falshalabi@mohe.gov.ps
**Planning & Development:**
Basri Saleh
Tel.: 02-2983254
Fax: 02-2983299
**Educational Affairs:**
Jihad Zakarneh
Tel.: 02-2983291
Fax: 02-2983222

PASSIA

15

02:008919

0783

**Admin. & Financial Affairs:**
Sobhi Kayed
Tel.: 02-2983209
Fax: 02-2983238

**Sec. Gen. of Palestinian Council for Higher Education:**
Dr. Ghazi Abu Sharekh
Tel.: 02-2982623
Fax: 02-2987833

**Director Generals for:**

**Administrative Affairs:**
Dr. Akram Hammad
Tel.: 02-2983292
Fax: 02-2983222

**Assessment and Evaluation & Examinations**
Tel : 02-2972852
Fax: 02-2972855

**Buildings:**
Eng. Fawwaz Mujahed
Tel.: 02-2983252
Fax: 02-2983222

**Colleges & TVET:**
Eng. Ziyad Jewailes
Tel.: 02-2982600
Fax: 02-2954518

**Complaints:**
Jamal Abu Hashem
Tel.: 08-2865200/ 02-2969370
Fax: 08-2865909

**Computer & Information:**
Tel.: 02-2982645
Fax: 02-2954518

**Council of Ministers:**
Mowaffaq Al-Khateeb
Tel : 02-2983298
Fax: 02-2983222

**Curriculum Development Center:**
Tel : 02-2969350
Fax: 02-2963977

**Diploma Accreditation:**
Dr. Jamal Hussein
Tel.: 02-2982616
Fax: 02-2954518
E-mail: Jhussien2000@yahoo.com

**Educational Administration:**
Riyad Sammor
Tel.: 02-2983267/2983292
Fax: 02-2983222

**Educational Counseling & Special Education:** Rima Zaid Al- Kilany
Tel.: 02-2983250
Fax: 02-2983222

**Educational Supervision & Educational Qualifying:**
Tharwat Lutfi Zaid
Tel. & Fax: 02-2983255

**Educational Technology:**
Tel.: 2969380-1
Fax: 2969388

**Financial Affairs:**
Tel.: 02-2983225
Fax: 02-2983222

**General Education:**
Dr. Haifa Al-Aggah
Tel.: 02-2983205
Fax: 02-2983222

16

**Humanities and Social Studies:**
Ali Manasra
Tel.: 02-2969370
Fax: 02-2969377

**Internal Auditing:**
Azzam Abu Baker
Tel.: 02-2983292
Fax: 02-2983222

**International & Public Relations**
Tel.: 02-2983254
Fax: 02-2983299
E-mail: basrimoe@palnet.com

**Jerusalem Affairs Unit**
Deema Samman
Tel.: 02-2983276
Fax: 02-2983222

**Minister's Office & Asst. for Public Relations (Gaza):**
Numan Sharif
Tel. & Fax: 08-2822509
E-mail: numanSharif@hotmail.com

**National Institute for Educational Training**
Act. Dir. Gen.: Shahnaz El-Far
Tel.: 02- 2409840
Fax: 02-2409841

**Palestinian Education Initiative**
Dr. Wasel Ghanem
Tel.: 02-2969399
Fax: 02-2969398

**Planning:**
Saadah Hammoudah
Tel.: 02-2983290
Fax: 02-2983222

**Project Management**
Act. Dir. Gen.: Jihad Draidi
Tel.: 02-2983273
Fax: 02-2983263

**Scholarships**
Anwar Zakariya
Tel : 02-2982655
Fax: 02-2987833
E-mail: anwartarifi@yahoo.com

**School Health**
Dr. Mohammed Al-Rimawi
Tel. & Fax: 02-2983237

**Scientific Curriculum & Minister Advisor for TVET:** Jamil Abu Sa'da
Tel.: 02-2969370
Fax: 02-2969377

**Students' Activities in Schools:**
Elham Abdul-Qader
Tel.: 02-2983251
Fax: 02-2983222

**Students Revolving Fund:**
Abdel Karim Al-Zugheir
Tel.: 02-2983231
Fax: 02-2983222

**Students Services in Higher Education:**
Tel.: 02-2982600
Fax: 02-2954518

**Supplies:**
Mohammad Jaradah
Tel. & Fax: 08-2861146 / 02-2983284

**Textbooks & Educational Publications:**
Ali Al-Sayed Khalefa
Tel. & Fax: 08-2861146 / 02-2969350

**Women's Unit:**
Nouhad Abu Ghazaleh
Tel.: 02-2969370
Fax: 02-2969377

**District Education Offices:**
**Bethlehem:**
Dir.: Abdullah Shakarneh
Tel.: 02-2711271
Fax: 02-2744392
**Jericho:**
Dir.: Mohammed El-Hawwash
Tel. & Fax: 02-2321278
**Hebron:**
Dir.: Nisreen Amro
Tel.: 02-2227862
Fax: 02-2228990
**South Hebron:**
Dir.: Fawzi Abu Hiayil
Tel.: 02-2282773
Fax: 02-2282360
**North Hebron:**
Dir.: Bassam Tahboub
Tel. &Fax: 02-2292891
**Jenin:**
Dir.: Salam Nabeel Al-Taher
Tel.: 04-2501366
Fax: 04-2503503
**Tulkarem:**
Dir.: Mohammad Al-Qubaj
Tel.: 09-2671153
Fax: 09-2671038
**Salfeet:**
Dir.: Rafeeq Salameh
Tel. & Fax: 09-2395664
**Ramallah:**
Dir.: Waleed Deeb
Tel.: 02-2404714-5
Fax: 02-2404706
**Qalqilya:**
Dir.: Yousef Odeh
Tel.: 09-2943094
Fax: 09-2942415
**Qabatya:**
Dir.: Reema Daraghmeh
Tel.: 04-2512601
Fax: 04-2522604
**Toubas:**
Dir.: Mohammad Zakarni
Tel.: 09-2571757
Fax: 09-2575411
**Nablus:**
Dir.: Sahar Aqoub
Tel.: 09-2380034
Fax: 09-2389495
**Howara:**
Dir.: Mohammed Awwad
Tel.: 09-2591010
Fax: 09-2591006
**Jerusalem:**
Dir.: Sameer Jibreel
Tel.: 02-6270700
Fax: 02-6283476
**Jerusalem Suburbs:**
Dir.: Omar Anbar
Tel.: 02-2348627
Fax: 02-2344455
**North Gaza:**
Dir.: Musallam Abdel Hamid Musallam
Tel.: 08-2479871
Fax: 08-2472550
**Middle Area:**
Dir.: Dr. Fathi Kaloob
Tel.: 08-2561112
Fax: 08-2561113

PASSIA

02:008920
0784

**Gaza:**
Dir.: Ali Abu Samak
Tel.: 08-2826912/2829206
Fax: 08-2865300
**Khan Younis:**
Dir.: Hashem Qan'an
Tel.: 08-2067716
Fax: 08-20511/2
**Rafah:**
Dir.: Sa'eed Harb
Tel.: 08-2140222
Fax: 08-2140125

► **MINISTRY OF FINANCE**

Minister: Dr. Salam Fayyad
Tel.: 02-2978948/47
Fax: 02-2978845
E-mail: mofbud@palnet.com
http://www.mof.gov.ps
Al-Masayef, Al-Irsal, Al-Bireh
PO Box 795, Ramallah
**Gaza:**
Tel.: 08-2826188
Fax: 08-2820696
Beirut St., Tel Al-Hawa, PO Box 4007
**Dep. Min.:** Mona Al-Masri
Tel.: 02-2978823
Fax: 02-2978824
E-mail: deputy@mof.gov.ps
**Gaza:**
Tel.: 08-2829500
Fax: 08-2869730
PO Box 4007, Abu Khadra complex
**General Accountant:**
Yousef Zamer
Tel.: 02-2978801
Fax: 02-2978771
E-mail: y_zamer@pmof.ps
**General Directorates:**
- **Admin. & Financial Affairs:**
Basel Ar-Ramahi
Tel.: 02-2978837
Fax: 02-2978838
E-mail: basel_al_ramahi@hotmail.com
**Gaza:**
Diab Khalaf
Tel.: 08-2842727
Fax: 08-2830566
- **Auditing:**
Dir.-Gen.: Nader Salahat
Tel. & Fax: 02-2978820
- **Budget:**
Dir.-Gen.: Farald Ghanam
Tel. & Fax: 02-2978787
E-mail: budgetmof@hotmail.com
    or: budgetmof@yahoo.com
- **Customs & Excise:**
West Bank:
Fouad Shobakie
Tel. & Fax: 02-2978740
- **Financial Civil Control**
West Bank: Mahmoud Abu Zahror
Tel.: 02-2978805
Fax: 02-2978806
E-mail: conmof@p-ol.com
Gaza: Mohammed Mershed
Tel. & Fax: 08-2848908
E-mail: mershed11@hotmail.com

**Financial Military Control**
Abed Abu Redeh
Tel. & Fax: 02-2978775
- **General Accounts:**
West Bank: Yousef Qadah
Tel.: 02-2978798
Fax: 02-2978802
E-mail: y_qaddah@pmof.ps
Gaza: Jawad Al-Bazz
Tel. & Fax: 08-2844301
- **General Petroleum Corporation:**
Dir.-Gen.: Amen Basheer
Tel.: 02-2978749
Fax: 02-2978750
E-mail: gpc@palnet.com
Gaza:
Tel.: 08-2843407
Fax: 08-2843417
- **General Supplies:**
Dir.-Gen.: Khawla Shahrour
Tel.: 02-2987112/3
Fax: 02-2987065
E-mail: gsd@mof.gov.ps
- **Government Propriety Accounts**
West Bank: Ahmed Sabbah
Tel.: 02-2978753
Fax: 02-2978755
- **Income Tax:**
West Bank: Hamza Zaloum
Tel.: 02-2978794
Fax: 02-2978793
- **Information Technology:**
Dir.-Gen.: Sulaiman Amarneh
Tel. & Fax: 02-2978807
E-mail: commof@p-ol.com
- **International Relations & Projects:**
Asst. Dep.: Mazen Jadallah
Tel.: 02-2978833
Fax: 02-2978831
E-mail: mofrid@palnet.com
    or: Fadlalihamad@yahoo.com
- **Legal Affairs Dept.:**
West Bank: Feda ' Abu Hmeid
Tel.: 02-2978823
Fax: 02-2978824
Gaza: Tel. & Fax: 08-2844499
- **Payments:**
West Bank: Abdul Jabbar Salem
Tel.: 02-2978800
Fax: 02-2978771
Gaza: Ibrahim Al-Biltajee
Tel. & Fax: 08-2844301
- **Payroll:**
Dir.-Gen.: Abdul Jabbar Salem
Tel.: 02-2978795
Fax: 02-2978785
Gaza: Nafiz Abu Samra
Tel.: 08-28426375
- **Property Tax:**
Dir.-Gen.: Mahmoud Nofel
Tel.: 02-2978755
Fax: 02-2978756
E-mail: ayman-haw@yahoo.com
- **Public Debts**
Gaza:
Jamal Abdul Latif
Tel.: 0599-413144
E-mail: jostath2000@hotmail

**West Bank:**
Mai Zreadeh
Tel.: 02-2978801/0599-111317
Fax: 02-2978771
- **VAT**
Ahmed Al-Helow
Tel. & Fax: 02-2978741

► **MINISTRY OF FOREIGN AFFAIRS**

Minister: Dr. Riad Al-Malki
Tel.: 02-2429554
Fax: 02-2423772/2421850
E-mail: minister@mofa-gov.ps
http://www.mofa-gov.ps
Al-Balu', Al-Bireh, PO Box 1336,
Ramallah or PO Box 54319, 7lem
**Dep. Min.:** Amb. Dr. Ibrahim Khraishi
Tel.& Fax: 02-2424728

**Chief of Protocol:**
Manal Hamdan
Tel.: 02-2425040/0598-933787
Fax: 02-2423772
E-mail: manali_h@yahoo.com

► **MINISTRY OF HEALTH**

Minister: Dr. Fathi Abu Moghli
Tel.: 02-2408690
Fax: 02-2408979
**Nablus:**
Tel.: 09-2384771-6
Fax: 09-2336466
http://www.moh.ps
**Dep. Min.:** Dr. Anan Al-Masri
Tel.: 09-2398695/2384771-6
    02-2407742
Fax: 09-2370439/02-2407743
E-mail: anan@moh.gov.ps
    or: Anan_masri@gmail.com
http://www.moh.gov.ps
PO Box 14, Nablus

**Director Generals:**
- **Emergency & Medical Services**
Dir.-Gen.: Dr. Mohammad 'Edah
Tel.: 02-2402161
- **Engineering & Computer Unit**
Imad Al-Khateeb
Tel. & Fax: 09-2381047
- **Engineering & Medical Devices**
Ibrahim Alayan
Tel.: 02-2957933
Fax: 02-2958696
- **Finance**
West Bank: Mohammed Al-'Atiani
Tel. & Fax: 09-2370438
- **Finance & Adminstration:**
Dir.-Gen.: Saleh Thawabteh
Tel.: 09-2382870
Fax: 09-2388116
E-mail: s_thawabteh@yahoo.com
- **Gen. Hospitals Directorate:**
Dr. Na'eem Sabrah
Tel.: 09-2384740/71313
Fax: 09-2385956
E-mail: dr.naimsabra@hotmail.com

*Index p. 181 ff*                    PASSIA

- **Health Information Center**
Dr. Jawad Al-Bitar
Tel.: 09-2393380
Fax: 09-2393381
- **Health Insurance**
Nizar Masalmeh
Tel.: 02-2400573
Fax: 02-2400879
- **Health Policy & Planning**
Dir.-Gen.: Ghaleb Abu Baker
Tel. & Fax: 09-2381048
E-mail: g_yaabad@yahoo.com
- **Health Promotion & Education**
Dir.: Lubna Al-Saddar
Tel.: 09-2384771-6
Fax: 09-2384777
- **Higher & Continuing Health Education**
Dir.-Gen.: Dr. Said Hammouz
Tel. & Fax: 09-2381048
E-mail: hammozsaid@hotmail.com
- **International Cooperation:**
Dr. Qasim Al-Maani
Tel. & Fax: 09-2387275
E-mail: qmaani@yahoo.com
- **Laboratory & Blood Bank:**
West Bank: Wathiq Jaber
Tel.: 09-2384771-6
Fax: 09-2384777
- **Pharmacy:**
Dir.-Gen.: Rania Shahin
Tel. & Fax: 09-2386410
- **Preventive Medicine:**
Dr. Iyad 'Arafah
Tel.: 02-2409052
Fax: 02-2409053
- **Primary Health:**
Dr. As'ad Ramlawi
Tel.: 02-2988055/034
Fax: 02-2988033
- **Psychiatric Dept.:**
West Bank:
Dr. Hazem Ashur
Tel. & Fax: 02-2987146
- **Public Relation Dept.:**
Dir.-Gen.: Dr. Omar Al-Nasser
Tel. & Fax: 09-2336464
E-mail: prd.moh@gmail.com
- **Supply Unit**
Rezeq Othman
Tel. & Fax: 09-2380060
- **Women's Health:**
Dir.-Gen.: Dr. Suzan Abdoh
Tel.: 09-2385998
Fax: 09-2392577

▶ **MINISTRY OF INFORMATION**

Minister: Dr. Salim Fayyad
Dep. Min.: Dr. Mutawakel Taha
Tel. & Fax: 02-2986466/0599-448822
E-mail: mutawakel_taha@yahoo.com
Ramallah:
Tel.: 02-2965588
Fax: 02-2965587
http://www.minfo.gov.ps
Al-Masyoun, PO Box: 224, Ramallah

General Directors:
- **Financial & Admin. Affairs:**
Ibrahim Sajdeyeh
Tel.: 02-02-2954044/0599-348958
Fax: 02-2954043
E-mail: I_sajdeyeh@yahoo.com
- **Media Production:**
Tel.: 02-2965584
- **Media Publications:**
Mahmoud Khalefah
Tel.: 08-2866888/ 0599-899111
Fax: 08-2824926
E-mail: khalef14@hotmail.com
Dep. Dir.: Nimr Odwan
Tel.: 02-2986465/0599-782960
E-mail: nimr_odwan@yahoo.com
- **External Media:**
Walid Alami
Tel.: 02-2965586
E-mail:external_media@minfo.ps

District Offices:
Tayseer Hussein
Tel.: 02-2961445/0599-252140
E-mail: tolsir-abuhussain@hotmail.com
Bethlehem: Fae'q Morshed
Tel. & Fax: 02-2765115
Al-Jabal St.
Hebron: Ismael Jahshan
Tel. & Fax: 02-2226938/17308
Shatalah St., Natsheh Bldg.
Nablus: Majed Ketanh
Tel. & Fax: 09-2384024
Sa'addin Bldg., Adel St.
Jenin: Mahmoud Esteteh
Tel.: 04-2430138
Tulkarem: Moa'tasem Amous
Tel. & Fax: 09-2686166/0599-204347
Qalqilya: Said Nazzal
Tel.: 09-2949260

▶ **MINISTRY OF THE INTERIOR**

Minister: Saed Abu Ali
Dir. Gen., Bureau: Bassam Queder
Tel. & Fax: 02-2429878
Dep. Min.: Hassan Alawi
Tel. & Fax: 02-2429248
Ramallah
Strategic Planning Directorate
Dir.Gen.: Brig.Gen. Mohammed Jibrini
Tel.: 02-2421331
Fax: 02-2421330
E-mail: info@spd-moi.ps
Dep. Asst.:
- Hani Ayyad: Tel.& Fax: 02-2429564
- Yousef Harb:Tel.& Fax: 02-2422684
- Nidal Amr: Tel. & Fax: 02-2421246

Departments & Units:
- **Bureau Diwan:** Ahmad Salameh
Tel. & Fax: 02-2422791
- **Civil Affairs Dept.:** Imad Shanan
Tel. & Fax: 02-2422791
- **Complains Unit/Control & Inspection:** Majdi Alawnah
Tel. & Fax: 02-2429205
- **Head of Minister Bureau:** Khaled Salim
Tel. & Fax: 02-2421241

- **International & Arab Affairs:**
Ahmad Rabaie
Tel. & Fax: 02-2429223
- **Legal Affairs:** Nehaya Al-Saqqa
Tel. & Fax: 02-2409964
- **Passports & Nationality:**
Ahmad Safi
Tel. & Fax: 02-2429879
- **Political Affairs:** Salti Remony
Tel. & Fax: 02-2429246
- **Public Affairs:** Fadwa Al-Shaer
Tel. & Fax: 02-2429963
- **Public Relations:** Nasser Abu Fekhedeh
Tel. & Fax: 02-2422684
E-mail:pr@moi.pna.ps
- **Administrative Affairs:**
Kamal Ayyash
Tel. & Fax: 02-2426482

West Bank Offices:
Ramallah: Dir.: Mohammed Issa
Tel.: 02-2426615
Fax: 02-2429111
Al-Ram: Dir.: Radi Jaber
Tel.: 02-2347511
Fax: 02-2347510
Abu Dis: Dir.: Raed Alasa
Tel.: 02-2799571
Fax: 02-2799572
Bethlehem: Dir.: Jamal Abdel Fattah Sabatin
Tel.: 02-2770746
Fax: 02-2767879
Jericho: Dir.: Abdel Hadi Zawawi
Tel.: 02-2321194
Fax: 02-2321063
Hebron: Dir.: Kayed Jaradat
Tel.: 02-2226120
Fax: 02-2228649
Nablus: Dir.: Ibrahim Salameh
Tel.: 09-2398606
Fax: 09-2385037
Salfit: Dir.: Mostafa Jaradat
Tel.: 09-2515655
Fax: 09-2515656
Jenin: Dir.: Mostafa Jaradat
Tel.: 04-2503199/2501375
Fax: 04-2503174
Tulkarem: Dir.: Abdallah AlDana
Tel. & Fax: 09-2674090
Qalqilya: Dir.: Bahjat Jayosi
Tel.: 09-2942754 / 2942753
Fax: 09-2942744
Dura: Dir.: Abd Hamid Al-Qasrawi
Tel. & Fax: 02-2280298
Tubas: Dir.: Aws Shrim
Tel. & Fax: 09-2574885
Halhoul: Dir.: Nasser Al-Sharabati
Tel.: 02-2293345
Fax: 02-2293348

▶ **MINISTRY OF JUSTICE**

Minister: Dr. Ali Khashan
Tel.: 02-2973263/0599-549015
Fax: 02-2973264
E-mail: minister@moj.gov.ps
or: Khashan@alqudsnet.com

18

PASSIA

**Ramallah**
Tel.: 02-2971661/2
Fax: 02-2974491
E-mail: info@moj.gov.ps
http://www.moj.ps
**Dep. Min.: Khalil Al-Rifa'i**
Tel.: 02-2987661/2
E-mail: krifai@moj.gov.ps
**Dep. Asst.: Odeh Masharqa**
Tel.: 02-2957107
E-mail: o_masrqa@moj.gov.ps
**Dep. Asst. for Legal Affaires:**
Mohammad Abdallah
Tel.: 02-2973253/0597-100234
E-mail: mabdallah@moj.gov.ps
**Legal Advisor:**
Maysa Hamarsheh
Tel.: 02-2973263
E-mail: mi6raheem@moj.gov.ps
**Dir. of Min.'s Office:**
Rula Ma'ayah
Tel.: 02-2971661/2
E-mail: rmaayah@moj.gov.ps
**Bureau of Fatwa & Legislation:**
Minister: Abdel Karim Abu Salah
Tel. & Fax: 02-2971654
E-mail: diwanalfatwa@hotmail.com
PO Box 2382, Ramallah
**National Justice Record:**
Gen. Man.: Mamoun Mehmeed
Tel.: 02-2971669/0597-982225
E-mail: mmhameeef@moj.gov.ps
**Media & PR Unit:**
Dir.: Samer Sharqawi
Mobile: 0599-774335
E-mail: sharq@moj.gov.ps
    or: sharqawi2005@yahoo.com

## ▶ MINISTRY OF LABOR

**Minister:** Dr. Ahmad Majdalani
Tel.: 02-2409583
Fax: 02-2409580
**Ramallah:**
Tel.: 02-2982800
Fax: 02-2982801
E-mail: info@mol.gov.ps
http://www.mol.gov.ps
Al-Muba'din St., Al-Irsal, PO Box 350
**Dep. Min.: Dr. Hassan Al-Khatib**
Tel.: 02-2409585
Fax: 02-2409580

**Asst. Dep. Ministers for:**

**International Cooperation & Finance:**
Dr. Salah Al-Zaro
Tel.: 02-2409581/2982808
Fax: 02-2982801
**Policies & Administrative Development Affairs:**
Dr. Abdul Majeed Sweilem
Tel.: 02-2982826
Fax: 02-2982801
**Gaza:**
Tel.: 08-2829129/30/46
Fax: 08-2864300
Al-Khazendar Bldg., PO Box 4021
**Southern Governorates:**
Kayed Al-Ghoul
Tel.: 08-2867336

**Technical Affairs:**
Nasser Qatami
Tel.: 02-2982812
Fax: 02-2982801
**Tripartite Parties:**
Samir Sbehat
Tel.: 02-2982818
Fax: 02-2982801
**Director Generals:**
- **Minister's Office:** Rami Mehdawi
  Tel.: 02-2409583
  Fax: 02-2409580
- **Labor Inspection:**
  Abdul Karim Daraghmeh
  Tel.: 02-2982800
  Fax: 02-2982801
- **Legal Unit:** Buthaynah Salem
  Tel.: 02-2982800
  Fax: 02-2982801
- **Admin. & Financial Affairs:**
  Yousef Al-Turk
  Tel.: 02-2982820
  Fax: 02-2982801
- **Complaints Unit:** Amin Al-Mtour
  Tel.: 02-2982800
  Fax: 02-2982801
- **Public Relations & Media Unit:**
  Fayed Abdul Majeed
  Tel.: 02-2982824
  Fax: 02-2982801
- **Computer Unit:** Yehia Atawneh
  Tel.: 02-2982827
  Fax: 02-2982801
- **Cooperatives:** Ghazi Abu Thaher
  Tel.: 02-2982822
  Fax: 02-2982801
- **Council of Ministers Unit:**
  Ali 'Assawi
  Tel.: 02-2982800
  Fax: 02-2982801
- **Employment:** Asef Saeed
  Tel.: 02-2982819
  Fax: 02-2982801
- **Gender Unit:** Iman Assaf
  Tel.: 02-2982800
  Fax: 02-2982801
- **Jerusalem Unit:**
  Dr. Ali Abu Samara
  Tel.: 02-2345692
  Fax: 02-2982801
- **Labor Policy Committee:**
  Hakam Taleb
  Tel.: 02-2982800
  Fax: 02-2982801
- **Labor Relations:**
  Bilal Thawabeh
  Tel.: 02-2982815
  Fax: 02-2982801
- **Policies & Projects Unit:**
  Samer Salameh
  Tel.: 02-2982800
  Fax: 02-2982801
- **Vocational Training:**
  Mahmoud Njoum
  Tel.: 02-2402993
  Fax: 02-2982801
- **Monitoring & Internal Inspection Unit:**
  Hussein Al-Abed
  Tel.: 02-2982800
  Fax: 02-2982801

**Offices:**
**Bethlehem:** Head: Yaseen Radi
    Tel. & Fax: 02-2742557
**Dura:** Abdul Karim Saya'reh
    Tel.: 02-2287807
**Hebron:** Head: Ali Qdimat
    Tel.: 02-2226116
    Fax: 02-2226115
**Jenin:** Head: Ahmad Daraghmah
    Tel.: 04-2501010
**Jericho:** Amjad Jaber
    Tel.: 02-2322616
    Fax: 02-2323166
**Jerusalem:** Riad Jubran
    Tel.: 02-2345692
**Nablus:** Head: Baha' Taha
    Tel.: 09-2380395
    Fax: 09-2385143
**Qalqilya:** Head: Saleh Sammour
    Tel.: 09-2940686
**Ramallah:** Head: Mohammed Nammoura
    Tel.: 02-2957395
**Salfit:** Head: Mohammad Taha
    Tel.: 09-2515226
**Tulkarem:** Khaldoun Misleh
    Tel.: 09-2673085
**Tubas:** Mohammad Abu Qthayleh
    Tel. & Fax: 09-2574535

## ▶ MINISTRY OF LOCAL GOVERNMENT

**Minister:** Dr. Khaled Fahed Qawasmeh
Tel.: 02-2401455
Fax: 02-2402346
E-mail: qawasmik@yahoo.com
**Al-Bireh:**
Tel.: 02-2401092/1085
Fax: 02-2401091
E-mail: palmolg@gmail.com
http://www.molg.gov.ps
Al-Balou', PO Box 731, Ramallah
**Dep. Min.: Eng. Mazen Ghonaim**
Tel. & Fax: 02-2402115

**District Planning Committees:**
**Jerusalem:** Maher Jaber
    Tel. & Fax: 02-2345339
**Hebron:** Rashid Awwad
    Tel.: 02-2229732/8112
    Fax: 02-2226740
**Jericho:** Hatem Msallam
    Tel.: 02-2323166
    Fax: 02-2323944
**Bethlehem:** Amro Al-Imleh
    Tel.: 02-2770594
    Fax: 02-2770595
**Jenin:** Samir Dawabsheh
    Tel.: 04-2501362
    Fax: 04-2436191
**Tulkarem:** Raid Moqbel
    Tel.: 09-2672154
    Fax: 09-2674088
**Tubas:** Tareq Emair
    Tel. & Fax: 09-2574677
**Salfit:** Ali Sapubeh
    Tel.: 09-2515805
    Fax: 09-2515804
**Nablus:** Khaled Shtayeh
    Tel.: 09-2340876
    Fax: 09-2340877

*Index p. 181 ff*

PASSIA

02:008923
0787

Qalqilya: As'ad Sawalmeh
Tel.: 09-2942989
Fax: 09-2942988
Ramallah: Safwan Al-Halabi
Tel.: 02-2951284/2956090
Fax: 02-2956304
Gaza:
Tel.: 08-2820273
Fax: 08-2867509

### ▶ MINISTRY OF NATIONAL ECONOMY

Minister: Dr. Hassan Abu Libdeh
Tel.: 02-2981213
Fax: 02-2987640
PO Box 1629, Ramallah
Dep. Min.: Abdel Hafiz Nofal
Tel.: 02-2981218
Fax: 02-2981212
E-mail: hafizn@met.gov.ps
Minister's Office:
Chief of Bureau: Faten Sharaf
Tel.: 02-2981213 / 0598-803873
Fax: 02-2987640
E-mail: fatens@met.gov.ps
Directorate Generals:
- Company Registration and Industrial Licensing:
  Dir. Gen.: Maha Sbieh
  Tel.: 02-2954011
  Fax: 02-2981207
  E-mail:mahas@met.gov.ps
- Control Companies
  Dir. Gen.: Nizam Ayoub
  Tel.: 02-2981214/8
  Fax: 02-2981207
  Mobile: 0599-836837
  E-mail:nizam@met.gov.ps
- Human Resources, Finance & Administration
  Dir. Gen.: Tayseer Qablawi
  Tel.: 02-2981214/8
  Fax: 02-2981207
  E-mail: tayseerq@met.gov.ps
- International Relations
  Dir. Gen.: Reem Najjar
  Tel.: 02-2987747
  Fax: 02-2981207
  E-mail: reemn@met.gov.ps
- Intellectual Property Rights:
  Dir. Gen.: Ahmad Omar
  Tel.: 02-2981214/8
  Fax: 02-2981207
  E-mail:ahmado@met.gov.ps
- IT, MIS, and Internet Services:
  Dir. Gen.: Bilal Kamel
  Tel.: 02-2981214/8
  Fax: 02-2981207
  E-mail:bilalk@met.gov.ps
- Policies Analysis and Statistics:
  Dir. Gen.: Ziad Karablieh
  Tel. & Fax: 02-2970221
  E-mail: ziadk@met.gov.ps
- Regional Offices:
  Dir. Gen.: Omran Sbeih
  Tel.: 02-2981214/8 / 0599-674556
  Fax: 02-2981207
  E-mail: Domrani@met.gov.ps

- Legal Affairs
  Dir. Gen.: Bashaer Risheq
  Tel.: 02-2981214/8
  Fax: 02-2981207
  E-mail: bashaeri@met.gov.ps
- Industry, Trade and Consumer services
  Tech. Supervisor: Eng. Ziad Toame
  Tel.: 02-2981218
  Fax: 02-2981207
  E-mail: ziadt@met.gov.ps
- Consumer Protection
  Contact: Abdel Hamid Mizher
  Tel.: 02-2987892/3
  E-mail: amizher@met.gov.ps
- Al-Karama Fund/Settlement Unit
  Contact: Omar Kabha
  Tel.: 02-2980319
  E-mail: omerk@met.gov.ps
- Palestinian Council for Consumer Protection
  Contact: Tayseer Nofal
  Tel.: 02-2980319
  E-mail: tayseernof@met.gov.ps

### ▶ MINISTRY OF PLANNING & ADMINISTRATIVE DEVELOPMENT (MOPAD)

Minister: Dr. Ali Jarbawi
Tel.: 02-2973022
Fax: 02-2973021
E-mail: minister.office@mop.gov.ps
http://www.mop.gov.ps
Office of the Minister:
Dir: Ammar Jmhour
Tel.: 02-2973022/3/0598-911359
Fax: 02-2973021
E-mail: ajmhour@mop.gov.ps
Advisor for the High Council of Planning:
Dir. Gen.: Ahmad Abbas
Tel.: 02-29/3010/0599-531607
Fax: 02-2973012
E-mail: aabbas@mop.gov.ps
Legal Affairs Unit:
Wafa Hamayel
Tel.: 02-2973010/0598-999774
Fax: 02-2973012
E-mail: wafa@mop.gov.ps
General Directorates:
Administrative & Financial Affairs:
Ayed Masri
Tel.: 02-2973010/0598-999553
Fax: 02-2973012
E-mail: ayed@mop.gov.ps
Aid Management & Coordination:
Dr. Estephan Salameh
Tel.: 02-2973010/0598-978253
Fax: 02-2973012
E-mail: csalameh@mop.gov.ps
Monitoring & Evaluation:
Bader Abu Zahra
Tel.: 02-2973010/0599-255289
Fax: 02-2973012
E-mail: babuzahra@mop.gov.ps

Governance Sector:
Mutasem Awad
Tel.: 02-2973010/0597-969450
Fax: 02-2973012
E-mail: mawad@mop.gov.ps
Infrastructure Sector
Taghreed Hithnawi
Tel.: 02-2973010/0599-786845
Fax: 02-2973012
E-mail: taghreedhithnawi@mop.gov.ps
National Plan Coordinator:
Bashar Juma'a
Tel.: 02-2973010/0599-370334
Fax: 02-2973012
E-mail: bjumaa@mop.gov.ps
Social Sector: Mahmoud Ataya
Tel.: 02-2973010/0599-777022
Fax: 02-2973012
E-mail: mataya@mop.gov.ps
Economic Sector: Amer Nour
Tel.: 02-2973010/0599-919799
Fax: 02-2973012
E-mail: anour@mop.gov.ps

### ▶ MINISTRY OF PUBLIC WORKS & HOUSING

Minister: Dr. Salam Fayyad
Tel.: 02-2980207
Fax: 02-2987889
http://www.mpwh.gov.ps
Um Sharayet, Al-Amin sq., Al-Bireh,
PO Box 3961, Ramallah
Dep. Min.: Eng. Fayeq Al-Deek
Tel.: 02-2966006/7
Fax: 02-2987890
E-mail: fayeq-deek@yahoo.com
Asst. Dep.: Eng. Afif Said
Tel. & Fax: 02-2984181
E-mail: afifalisaid@yahoo.com
PR & Media: Salah Haniah
Tel.: 02-2966006/7
Fax: 02-2987890
E-mail: aya2abd@yahoo.com

### ▶ MINISTRY OF SOCIAL AFFAIRS

Minister: Majida Al-Masri
West Bank:
Tel.: 02-2405641
Fax: 02-2405642/4
Mub'adin St., Al-Bireh
Dep. Min.: Mohammad Abu Hamied
Tel.: 02-2405641
Fax: 02-2405642/4
Minister's Office:
Dir.-Gen.: Ayman Sawalha
Tel.: 02-2405641
Fax: 02-2405642/4
Planning Admin. Development
Asst. Dep. Min.: Daoud Al-Deek
Tel.: 02-2405641
Fax: 02-2405642/
E-mail: ddeek@mosa.gov.ps
Directorate, Northern Governorate
Acting Asst. Dep.: Anwar Hamam
Tel.: 02-2405641
Fax: 02-2405642
E-mail: anwerh@hotmail.com

20

PASSIA

02:008924

0788

**Consultant for Social Needs**
Dir. Gen.: Bassam Sayyel
Mobile: 0599-997444

**Departments & Directorates:**
**Charitable Association and Local Community**
Dir. Gen.: Abeer Abu Keshek
Tel.: 02-2405641
Fax: 02-2405642/4

**Family Affairs**
Dir. Gen.: Khawthar Al-Moghrabi
Tel.: 02-2405641
Fax: 02-2405642/4

**Human Resource & Development**
Dir. Gen.: Asem Khamis
Tel.: 02-2405641
Fax: 02-2405642/4

**Poverty Combat**
Dir. Gen.: Thana' Al-Khazandar
Tel.: 08-2824380/47806/0599-551249
Fax: 08-2829191

**Public Relations & Media Unit**
Dir. Gen.: Nihad Abu Ghoush
Mobile: 0598-940441
Arafat Abu Rass
Tel.: 02-2405641/0597-624706
Fax: 02-2405642
E-mail.: abughoshn@yahoo.com
Pna_mosa@yahoo.com

**Legal Affairs Unit:**
Kholoud Abdel Khaleq

**Cabinet Affairs Unit:**
Ehsan Al-Deek

**Social Care Development:**
Dir. Gen.: Jamil Abu Zaitoun
Tel.: 02-2405641
Fax: 02-2405642/4

**Social Needs:**
Dir.-Gen.: Hana Qaimary
Tel.: 02-2405641
Fax: 02-2405642/4

*District Offices:*
**Bethlehem.:** Amal Maali
Tel.: 02-2741216
Fax: 02-2770582
**Hebron:** Suzan Selmi
Tel.: 02-2227653/3380
Fax: 02-2220898
**Jenin:** Sulaiman Bsharat
Tel.: 04-2501017/3598/3597
Fax: 04-2437118
**Jericho:** Manal Abu Ramadan
Tel.: 02-2324290
Fax: 02-2322504
**Abu Dis:** Badran Bader
Tel. & Fax: 02-2799969/0599-188973
**Nablus:** Dir.-Gen.: Khawla Al-Nabulsi
Tel.: 09-2383574/7785
Fax: 09-2388020
**Qalqilya:** Ezzat Mallouh
Tel.: 09-2942588
Fax: 09-2940036
**Ramallah:** Amin Ennabi
Tel. & Fax: 02-2963836/56277
Mobile: 0599-842119
**Salfit:** Jamal Omar (Dep. Dir.)
Tel.: 02-2515722
Fax: 09-2515191

*Index p. 181 ff*

**Tulkarem:** Dir.-Gen.: Sabah Sharsheir
Tel.: 09-2671171/80929/4244
Fax: 09-2674244
**Tubas:** Nasser Jaradat
Tel.: 09-2575622
Fax: 09-2574869
**Yalta:** Majid Jaradat
Tel. & Fax: 02-2279364

**Centers:**
**The Aging House**
Khaled Abu Helal
Tel.: 02-2322319
Jericho
**Juveniles Centers for Females:**
Jihad Abu 'Ain
Tel. & Fax: 02-2742667
Bethlehem
**Juveniles Centers for Males:**
Imad 'Emran
Tel.: 02-2956030/0599-203715
Ramallah
**Childhood Protection Center**
Bregheith Bregheith
Tel 02-2903790
Fax: 02-2903089
**Ronaldo Center**
Abdul Hadi Shahwan
**Mehwar Center for Girls**
Tel. & Fax: 02-2748660
Beit Sahour

▶ **MINISTRY OF TELECOMMU-NICATION & INFORMATION TECHNOLOGY**

Minister: Dr. Mashhour Abu Daka
Tel.: 02-2429867
Fax: 02-2429868
http://www.pmtit.ps
**Dep. Min.:** Sulaiman Zuhairi
Tel.: 02-2429345
Fax: 02-2429357
El-Balou', PO Box 674, Ramallah

**Postal Affairs:**
Tel.: 02-2429441/3
Fax: 02-2429446

**Government Computer Center:**
Tel.: 02-2423748
Fax: 02-2423749
http://www.gcc.gov.ps/

▶ **MINISTRY OF TOURISM & ANTIQUITIES**

Minister: Dr. Khloud Daibes
Tel.: 02-2741581-3
Fax: 02-2743753
E-mail: minister@visit-palestine.com
http://www.mota.gov.ps
http://www.travelpalestine.ps
Manger St., Nazzal Bldg.,
PO Box 534, Bethlehem
**Ramallah:**
Tel.: 02-2409534/9891/9463
Fax: 02-2409563/890
**Asst. Dep. Min. for Antiquities & Cultural Heritage:** Dr. Hamdan Taha
Tel. & Fax: 02-2409560
E-mail: htaha99@yahoo.com

**Asst. Dep. Min., Tourism Sector:**
Waleed Al-Sharif
Tel.: 02-2770604
E-mail: sharifw59@hotmail.com

**Finance & Administration:**
Dir.-Gen.: Wajih Abed Rabbo
Tel. & Fax: 02-2760898
E-mail: whamideh@travelpalestine.ps

**Marketing, Licensing**
Acting Dir. Gen. Majed Ishaq
Tel.: 02-2741581-3
E-mail: marketing@visit-palestine.com

**Public Relations & Information**
Dir.-Gen.: Ali Abu Srour
Tel.: 02-2770602
Fax: 02-2743753
E-mail: asrour@visit-palestine.com

*District Offices:*
**Gaza:** Dir.-Gen. Dr. Akram Ijleh
Mobile: 0598-940085
**Hebron:** Dir.: Mohammed Sabarneh
Tel. & Fax 02-2229633
**Bethlehem:** Dir.: Mohammad Ghayatha
Tel. & Fax: 02-2741580
**Jenin:**
Tel.: 04-2438381
Fax: 04-2438381
**Jericho:** Iyad Hamdan
Tel.: 02-2322935
Fax: 02-2321229
**Nablus:** Ziad Hamad
Tel.: 09-2385045
Fax: 09-2385043
**Qalqilya:** Hatem Judeh
Tel. & Fax 09-2943143
**Ramallah:** Saleh Tawafsheh
Tel.: 02-2515971
Fax: 02-2515970
**Salfit:** Muntaser Jawdat
Tel.: 09-2515971
Fax: 09-2515970
**Tulkarem:** Dir.: Dirgham Al-Faris
Tel.: 09-2679701
Fax: 09-2679701

▶ **MINISTRY OF TRANSPORTATION**

Minister: Dr. Sadi Al-Krunze
Dep. Min.: Ali Sha'ath
Tel.: 02-2951194-5
Fax: 02-2951318
http://www.mot.gov.ps
PO Box 399, Ramallah

**Director Generals:**
- Licensing: Yasir Al-Khatib
Tel.: 02-2951292-4/ 0599-255873
Fax: 02-2951318
- Financial Affairs:
Kamal Ghannam
Tel.: 02-2951470-1
Fax: 02-2951318
- Admin. Affairs & Supplies:
Imad Al-Safi
Tel.: 02-2951292-4
Fax: 02-2951318
- Relations & Media:
Osama Abu Joma'a
Tel.: 02-2951470-1
Fax: 02-2951318

PASSIA

21

02:008925
0789

**Palestine Airlines:**
Dir.-Gen.: Captain Ziad Al-Badah
Tel. & Fax: 02-2950453

▶ **MINISTRY OF WAQF & RELIGIOUS AFFAIRS**

**Minister:** Dr. Mahmoud Al-Habbash
Tel.: 02-2411929
Fax: 02-2411920
E-mail: info@pal-wakf.ps
http://www.pal-wakf.ps
Hai Al-Jinan, Al-Bireh
Ramallah:
Tel.: 02-2411926-8
Fax: 02-2411930

**Departments:**

**Christian Affairs:**
Tel. & Fax: 02-2973170
Fax: 02-2973171

**Dar Al-Aytam Al-Islamiyeh:**
Jerusalem:
Tel.: 02-6282241
Tel. & Fax: 02-6272920
Fax: 02-6286414
Al-Izzariyya: Tel.: 02-2799771
Tel. & Fax: 02-2790140

**Heritage & Islamic Research:**
Tel.: 02-6285473
Tel. & Fax: 02-6262477
Fax: 02-6262123

*Islamic Waqf Directorates*

Jerusalem Affairs:
Tel.: 02-2794556
Fax: 02-2794577
Ramallah/Al-Bireh:
Tel.: 02-2956827
Fax: 02-2986335
Bethlehem:
Tel.: 02-2743544
Fax: 02-2741617
Nablus:
Tel.: 09-2387606
Tel. & Fax: 09-2395260
Hebron:
Tel.: 02-2228213
Fax: 02-2228251
Dura:
Tel. & Fax: 02-2281329
Fax: 02-2286611
Jericho: Tel. & Fax: 02-2321268
Jenin: Tel.: 04-2501091
Fax: 04-2501888
Salfit:
Tel. & Fax: 09-2515666
Tulkarem: Tel.: 09-2671766
Fax: 09-2687560
Tubas: Tel. & Fax: 02-2573622
Qalqilya: Tel.: 09-2942533

▶ **MINISTRY OF WOMEN'S AFFAIRS**

**Minister:** Rabiha Diab
Tel.: 02-2423315/9461-2/2429947
Mobile: 0599-555223
Fax: 02-2422175
E-mail: rabiha_diab@palnet.com
http://www.mowa.gov.ps
PO Box 4616, Al-Bireh

**Gen. Dir.:** Randa Sousou-Janho
Tel.: 02-2429461/2423315
Mobile: 0599-677987/0598-887007
Fax: 02-2422175
E-mail: randasocio@yahoo.com
**Gen. Dir. of A.M.C:** Marlene Al-Rabadi - Nazzale
Tel.: 02-2423315/0599-672346
Fax: 02-2422175
E-mail: nazzalmar@yahoo.com
**Gen. Dir. of Planning & Policies:**
Fatinah Al-Wathaefi
Tel.: 02-2409461/0599-674776
Fax: 02-2422175
E-mail: f-wathaefi@yahoo.com
**Gen. Dir. of Human & Financial Resources:** Haitham Amro
Tel.: 02-2423315/0599-998941
Fax: 02-2422175
E-mail: haitham.amro@yahoo.com

▶ **MINISTRY OF YOUTH & SPORT**

**Acting Min.:** Dr. Salam Fayyad
Gaza:
Tel.: 08-2836646/77901/5529/30
Fax: 08-2875535
E-mail: youth@p-ol.com
http://www.mys.gov.ps
Ash-Shifa St., Southern Rimal,
PO Box 1416, Gaza
Ramallah:
Tel.: 02-2967890/1
Fax: 02-2985991
Surda St., opp. Al-Zuhor Bldg., after Best Eastern Hotel, Ramallah
**Dep. Min.:** Musa Abu Zaid
Tel.: 02-2959730/0599-607660
Fax: 02-2985991
**Advisor:** 'Amer Abu Shams
Tel.: 02-2959730/2/0597-303831
Fax: 02-2985991

**Departments:**

**Administration Affairs:**
Dir.-Gen.: Munther Masalmah
Tel.: 02-2959730/2/0599-607375
Fax: 02-2985991

**Adolescence & Children**
Dir.-Gen.: Fathi Khader Al-Sabbah
Tel.: 02-2959730/2/0598-947741
Fax: 02-2985991

**Cabinet Affairs:**
Dir.-Gen.: Mahmoud Al-Saqa
Tel.: 02-02-2959730/2/0599-202084
Fax: 02-2985991

**Complaints Unit**
Dir.-Gen.: Dr. Reyad Al-Fayed
Tel.: 02-2959730/2/0599-357093
Fax: 02-2985991

**Inspection & Internal Control:**
Dir.-Gen.: Mohammed Daoud
Tel.: 02-2959730/2
Fax: 02-2985991

**Infrastructure & Projects**
Asst. Dir.: Malek Barghouthi
Tel.: 02-2959730/2/0599-607364
Fax: 02-2985991

**Planning & Research**
Asst. Dir.: Wael Rimawi
Tel.: 02-2959730/2/0599-111334
Fax: 02-2985991

**Public Relation & Media**
Dir.-Gen.: Badder Makki
Tel.: 02-2959730/2/0597-917201
Fax: 02-2985991

**Sports Affairs**
Dir.-Gen.: Ibrahim Al-Sabbah
Tel.: 02-2959730/2/0599-607661
Fax: 02-2985991

**Youth Affairs**
Dir.-Gen.: Walid 'Atatrah
Tel.: 02-2959730/2/0599-607662
Fax: 02-2985991

*District Offices:*

Bethl.: Head: Abdul Nasser Al Sharif
Tel.: 02-2770680/0598-947743
Hebron: Saleh Jadallah
Tel.: 02-2215018/0598-947756
Jenin: Head: Saeed Hamdan
Tel.: 04-2502680/0598-947746
Jericho: Majed Abu Zayed
Tel.: 02-2322498/0598-947748
Jlem: Head: Mohammed Sub Labban
Tel.: 02-2347998/0598-947742
Nablus: Ghassan Qabaha
Tel.: 09-2382621/0598-947755
Qalqilya: Reyad 'Amer
Tel.: 09-2942761/0598-947752
Ramallah/Al-Bireh: Tamador Sawalmeh
Tel.: 02-2989890/0598-947740
Salfit: Head: Hussam Bal'awi
Tel.: 09-2515040/0598-947749
Tubas: Head: Arafat Al-Masri
Tel.: 0599-338456
Tulkarem: Head: Himmat Al-Shanteer
Tel.: 09-2672783/0598-947751

**Majed As'ad Sports' Compound**
Dir.: Abdel Rahman Rimawi
Tel.: 02-2400144/0597-975471
Al-Bireh

**The Martyr Salah Khalaf Center for Young Leaders**
Dir.: Marwan Wishahi
Tel.: 09-2578177/0598-947747
Al-Fara'a

---

**PALESTINIAN LEGISLATIVE COUNCIL (PLC)**

**Sec. Gen.:** Dr. Ibrahim Khreiheh
Tel. & Fax: 02-2984652
Tel.: 0599-566317
E-mail: ibrahimk@pal-plc.org

**Office the Secretary General:**
Dir. Gen.: Nehad Alayyan
Tel.: 02-2984743/0598-922966

**Speaker's Office:**
Tel.: 02-2984301-2/2984804/6
Tel. & Fax: 02-2987712
http://www.pal-plc.org
Main Office, Ramallah:

- **Bureau of the Speaker**
Head: Dr. Dawwas Dawwas
Tel.: 02-2960733/87712/84804/6
Mobile: 0599-877102
Fax: 02-2984652
E-mail: speaker@pal-plc.org

22

PASSIA

**Assistant Sec. Gen.s for:**

**Council Meetings & Committees**
Nasha'at Qariuti
Tel.: 02-2984807/0599-255932

**Sessions Affairs:**
Dir. Gen.: Raeda Qandil
Tel.: 02-2987719/0599-711756

**Record Keeping Department:**
Ameenah Zahran
Tel. & Fax: 02-2987719

**External & Information Affairs:**
Bassem Barhoum
Tel.: 02-2984159/ 0598-922967
Fax: 02-2984159

**Financial & Administrative Affairs:**
Ahmad Abu Hashish
Tel.: 02-2984746/0599-200465
Fax: 02-2984746
E-mail: asahashish@yahoo.com

**Legal Affairs:**
Mr. Jamal Al-Khatib
Tel.: 02-2984245/0598-961333
Fax: 02-2984245
E-mail: Jamalalkhateeb@yahoo.com
-Legal Affairs Dept.: Yousef Jaffal
-Research and Studies Dept.:
Jihad Harb
Tel.: 02-2984803/0599-679303

**Directorates:**

**Administration & HR Affairs**
Dir. Gen: Hani Odeh
Tel.: 02-2984302/0597-532532

**Financial Affairs**
Dir. Gen.: Nabil Odeh
Tel. & Fax: 02-2987721/0599-111440

**PR & Media:**
Dir. Gen.: Kamal Daibes
Tel. & Fax.: 02-2984240
Mobile: 0599-799339
E-mail: kamald2000@gmail.com

**Departments:**

**Committees' Affairs Dept.:**
Dir. Gen: Dr. Ahmad Abu Dayyeh
Tel.: 02-2980306/0599-801010

**Information Technology Dept.:**
Tel.: 02-2984742
Tel. & Fax: 02-2958892
Gaza:
Tel.: 08-2827037/9337/84194/3953
Fax: 08-2827027/4174/2596
E-mail: speaker@pal-plc.org

**Session Affairs Dept.:**
Tel. & Fax: 02-2987719

---

## PLC MEMBERS

NB: *= currently imprisoned by Israel

**El-Abadsa, Yahia** (Change & Reform - List)
Tel.: 08-2052715 / 0599-608184

**Abdel Hamid, Nizar** (Change & Reform - Hebron)
Tel.: 02-2284610/0599-225222

---

**Abdel Jawad, Nasir** (Change & Reform - Salfit)
Tel.: 09-2995704/0599-593378
Fax: 09-2515814

**Abdel Rahman, Wa'el** (Change & Reform - Jerusalem)
Tel.: 02-2347192 / 0522-825722
Fax: 02-2347192

**Abdullah, Abdullah** (Fateh - List)
Tel.: 02-2951677 / 0599-240185
Fax: 02-2951677

**Abu Ali, Mohammad** (Fateh - List)
Tel.: 02-5821984/0599-367977

**Abu Amro, Ziad** (Independent-Gaza)
Tel.:08-2836617 / 0599-408407
Fax: 08-2836627
E-mail: ziadabuamr@yahoo.com

**Abu Bakir, Najat** (Fateh - List)
Tel.: 09-2342788 / 0599-872315
Fax: 09-2342788

**Abu Halabiya, Ahmad** (Change & Reform - List)
Tel.: 08-2855015/0599-320631
Fax: 08-2855015

**Abu Hassan, Khalid** (Change & Reform - Jenin)
Tel.: 04-2502260/0599-774286

**Abu Houli, Ahmad** (Fateh - Deir Al-Balah)
Tel.: 08-2551611/0599-418706

**Abu Jhaisha, Mohammad** (Change & Reform - Hebron)
Tel.: 02-2291933/0599-765859

**Abu Musameh, Sayed** (Change & Reform - List)
Tel.: 08-2149203/0599-852422

**Abu Ras, Marwan** (Change & Reform - List)
Tel.: 08-2827312 / 0599-465534
Fax: 08-2863552

**Abu Al-Rob, Jamal** (Fateh - List)
Tel.: 04-2512302/0599-365022

**Abu Salem, Ibrahim** (Change & Reform - Jerusalem)
Tel.:02-2449702/0525-768659

**Abu Shahla, Faysal** (Fateh - List)
Tel.: 08-2824878/0839
Mobile: 0599-204245
Fax: 08-2820839

**Abu Shammaleh, Majid** (Fateh - List)
Tel.: 08-2146884/2830500
Mobile: 0599-400202 / 0598-905105
Fax: 08-2830500

**Abu Sir, Daoud** (Change & Reform - Nablus)
Tel.: 09-2392510/2520555
Mobile: 0599-749444
Fax: 09-2520555

---

**\* Abu Teir, Mohammed** (Change & Reform - List)
Tel.: 02-6721726/0548-021499

**Abu Tous, Khalid** (Change & Reform - Tubas)
Tel.: 09-2577273/0599-534132
Fax: 09-2577777

**Abu Znaid, Jihad** (Fateh - List)
Tel.: 02-5826530/10977
Mobile: 0547-301049 /0599-256135
Fax: 02-5321891

**Ahmad, Ahmad** (Change & Reform - Nablus)
Tel.: 09-2384607
Fax: 09-2330480

**Al-Ahmad, Azzam** (Fateh - Jenin)
Tel.:02-2981818/04-2403918
Tel. & Fax: 02-2405070 off.
Mobile: 0599-205220

**Al-'Aileh, Abdel Hamid** (Fateh-List)
Tel.: 08-2875712 / 0599-411200

**Al-Akhras, Radwan** (Fateh - Rafah)
Tel.:08-2137822/2845177/
Mobile: 0599-403892
Fax: 08-2958029

**\* Aia-Eddin, Mohammed** (Change & Reform - List)
Tel.: 02-2222360/0599-678264

**Al-Aloul, Mahmoud** (Fateh -Nablus)
Tel.: 09-2385075/0599-205450
Tel. & Fax: 09-2381045 off.

**Amli, Riad** (Change & Reform - Nablus)
Tel.:09-2520210/0599-252559
Tel. & Fax: 09-2520555- off.

**Al-Ashqar, Ismail** (Change & Reform - North Gaza)
Tel.: 08-2475426 / 0599-734827
08-2474414 off
Fax: 08-2474415

**Ashrawi, Hanan** (The Third Way - List)
Tel.: 02-2988989/0599-201207
02-2989490 off.
Fax: 02-2989492

**Assaf, Walid** (Fateh - Qalqilya)
Tel.: 09-2902155/0599-803039
Fax: 09-2902155

**Al-Astal, Najat** (Fateh - List)
Tel.: 08-2052797 / 0599-600144
Fax: 08-2067530

**Al-Astal, Younis** (Change & Reform - Khan Younis)
Tel.: 08-2065476/ 0599-481347

**Atoun, Ahmad** (Change & Reform - Jerusalem) (Self-imposed house arrest (ICRC) since 1/7/2010)
Tel.: 02-6733598/0505-452131
Fax: 02-6731402

---

*Index p. 181 ff*

PASSIA

23

**Mubarak, Ahmad** (Change & Reform - Ramallah)
Tel.: 02-2989724/0599-283384
02-2401159 off.
Fax: 02-2401304

**Musleh, Mahmoud** (Change & Reform - Ramallah)
Tel.: 02-2984529/0599-568877

**Al-Najjar, Khamis** (Change & Reform - Khan Younis)
Tel.: 08-2051322/0599-856428

**Nofal, Imad** (Change & Reform - List)
Tel.: 09-2946576/0599-520920
Fax: 09-2946576

**Al-Qadi, Samir** (Change & Reform - Hebron)
Tel.: 02-2523555/2251444
Mobile: 0599-520882/0599-795204
Fax: 02-2523555

**Qafaish, Hatem** (Change & Reform - Hebron)
Tel.: 02-2230888/621/0599-523416
Fax: 02-2298990

**Qaraqi, 'Issa** (Fateh - List)
Tel.: 02-2747258/0599-673887
Fax: 02-2747555/2746741

**Qar'awi, Fathi** (Change & Reform - List)
Tel.: 09-2692104

**Al-Qawasmi, Sahar** (Fateh - List)
Tel.: 02-2259545/2293456
Mobile: 0599-226893
Fax: 02-2293456

**Al-Qreenawi, Huda** (Change & Reform - List)
Tel.: 08-2554816/0599-302794

**Rabai, Khalil** (Change & Reform - List)
Tel.: 02-2270050/2298990
Mobile: 0599-292609
Fax: 02-2298991/2279314

**Radad, Reyad** (Change & Reform - Tulkarem)
Tel.: 09-2666683/0599-389965

* **Al-Rajoub, Naief** (Change & Reform - Hebron)
Tel.: 02-2281592/0599-801744

* **Al-Ramahi, Mahmoud** (Change & Reform - List) (arrested by Israel on 10/11/2010)
Tel.: 02-2405346/0599-522699
Fax: 02-2402218

* **Rasoul, Ahmad Sa'adat** (Martyr Abu Ali Mustafa - List)
Tel.: 02-2970288
Fax: 02-2970325

* **Romanin, Ali** (Change & Reform - List)
Tel.: 02-2328283/7545/0599-838714
Fax: 02-2327544

**Sabella, Ivivan** (Fateh - Jerusalem; Christian quota)
Tel.: 02-5856859/0505-234416
Fax: 02-6271716

**Salamah, Muhib** (Fateh - Ramallah)
Tel.: 02-2905531/0599-711589
Fax: 02-2905524

**Salamah, Salim** (Change & Reform - Deir Al-Balah)
Tel.: 08-2550890/ 0599-850847
Fax: 08-2551186

**Saleh, Jamal** (Change & Reform - Gaza)
Tel.: 08-2828547/599-414140

**Saleh, Maryam** (Change & Reform - List)
Tel.: 02-2952543/0599-875472

* **Salhab, Azzam** (Change & Reform - Hebron)
Tel.: 02-2253516/0599-252206

**Al-Salhi, Bassam** (Alternative - List)
Tel.: 02-2403645/0599-224499
02-2963593 off.
Fax: 02-2963593

**Al-Saqqa, Fayez** (Fateh- Bethlehem; Christian quota)
Tel.: 02-2754355/2741620
Mobile: 0599-276802
Fax: 02-2746741

**Sha'ath, Nabil** (Fateh - List)
Tel.: 08-2852555/0599-603310
Fax: 08-2872460

**Shami, Shami** (Fateh - Jenin)
Tel.: 04-2504086/0599-520903
Tel. & Fax: 04-2504449

**Shamieh, Yahia**
Tel.: 08-2847059/0599-408008
Fax: 08-2820200

**Al-Shanty, Jameela** (Change & Reform - List)
Tel.: 08-2450851/0599-565161

**Al-Sharafi, Yousef** (Change & Reform - North Gaza)
Tel.: 08-2470303/0599-847999
Fax: 08-2470565

**Shawa, Rawya** (Independent Palestine - List)
Tel.: 08-2808466/2824177
Mobile: 0599-307439 / 0599-334470
Fax: 08-2824177

**Al-Sheikh, Ali Na'emah** (Fateh-List)
Tel.: 08-2825186/0599-412708
Fax: 08-2822727

**Shihab, Mohammed** (Change & Reform - North Gaza)
Tel.: 08-2454171/0599-608890
Fax: 08-2456258

**Shraim, Ahmad** (Fateh - Qalqilya)
Tel.: 09-2941297/3044/0599-205170
Fax: 09-2421461

**Al-Tal, Mohammad** (Change & Reform - Hebron)
Tel.: 02-2265560/2298991
Fax: 02-2298991/0599-387739

**Al-Tawil, Husam** (Independent - Gaza)
Tel.: 08-2840623/0599-403092
Fax: 08-2824299

* **Terawi, Jamal** (Change & Reform- List)
Tel.: n/a

**Thabit, Siham** (Fateh - List)
Tel.: 09-2671824 / 0599-888938
09-2671616 off.
Fax: 09-2671824

**Thwaib, Khalid** (Change & Reform - Bethlehem)
Tel.: 02-2772657/0522-489965
Tel. & Fax: 02-2764014

**Totah, Mohammad** (Change & Reform - Jerusalem) (Self-imposed house arrest (ICRC) since 1/7/2010)
Tel.: 02-6262603 / 0547-753225
Fax: 02-6271046

**Tumailah, Jihad** (Fateh - List)
Tel.: 02-2965657/2975652
Mobile: 0599-187070
Fax: 02-2986464/2965657

**Al-Wazir, Intisar** (Fateh - List)
Tel.: 08-2824730
Mobile: 0599-408413 / 0599-110881
Fax: 08-2842633

**Yaghi, Alaa Addin** (Fateh - List)
Tel.: 08-2877402/02-2950222
Mobile: 0599-111149
Fax: 08-2854240

**Yahya, Khalid** (Change & Reform - Jenin)
Tel.: 04-2505351/0599-355892
Fax: 04-2505365

**Yasin, Husni** (Change & Reform - Nablus)
Tel.: 09-2396257/0599-520989
Fax: 09-2396062

* **Za'arir, Basim** (Change & Reform - Hebron)
Tel.: 02-2268780/0599-800507
Tel. & Fax: 02-2298990/1

**Al-Zahar, Mahmoud** (Change & Reform - List)
Tel.: 08-2865288/0599-408404

*Index p. 181 ff*

PASSIA

25

02:008929
0792

**Zaidan, Abdel Rahman** (Change & Reform - Tulkarem)
Tel.: 09-2663288/0599-207017

**Al-Zboun, Anwar** (Change & Reform - List)
Tel. & Fax: 02-2750506/2764014
Mobile: 0599-520909/0522-329344

## PA ATTORNEY GENERAL - GENERAL PROSECUTION

**Attorney General**
Ahmad Al-Mughanni
Assistant, West Bank:
Abdel Ghani Tweiwy
Tel.: 02-2426586/8/2429161
Fax: 02-2426587
E-mail: ag.office@pgp.ps
http://www.pgp.ps
Al-Balua, opp. Foreign Min., Al-Bireh

## PA HIGHER JUDICIAL COUNCIL

**Higher Judicial Council**
Chief Justice: Judge Farid El-Jallad
Tel.: 02-2424930
Fax: 02-2429029
E-mail: sab2001b@yahoo.com
Al-Bireh, Al-Balua, opp. City Inn Hotel

**Judiciary Training Department:**
Head: Judge Dr. Othman El-Takrouri
Tel. & Fax: 02-2428560
E-mail: rjornbour@hotmail.com
Al-Bireh, Al-Balua, opp. City Inn Hotel

**Judiciary Inspection Department:**
Head: Azmy Tangeer
Tel. & Fax: 02-2408165
E-mail: azmi-tanjeer@yahoo.com
Al-Bireh, Nablus St., nr. Ford Agency

**Planning & Projects Management Department**
Head: Judge Thuraya Al-Wazir
Tel. & Fax: 02-2423013
E-mail: thuraya.alwazir@gmail.com

**Court of Appeal**
Ramallah:
Tel. & Fax: 02-2409403
Al-Bireh, Al-Baloua', opp. Ministry of Foreign Affairs
Jerusalem:
Tel. & Fax: 02-2409402

**Financial & Administrative Affairs**
Dir.-Gen.: Fahad Qawasmi
Tel.: 02-2408565
Fax: 02-2402392

**Courts Admin. Department:**
Head: Judge Ezzat El-Ramini
Tel. & Fax: 02-2428564
E-mail: ezzat.ramini@gmail.com

**Judicial Media Center**
Head: Majed Al-Arouri
Tel. & Fax: 02-2422310
E-mail: layan1012@hotmail.com

26

**District Courts:**
- Bethlehem:
  Tel.: 02-2742449
  Fax: 02-2742545
- Hebron:
  Tel.: 02-2290323/2
  Fax: 02-2290322
- Ramallah
  Tel. & Fax: 02-2407785
- Qalqilya:
  Tel. & Fax: 09-2940053
- Jenin:
  Tel.: 04-2501022
  Fax: 04-2503579
- Nablus:
  Tel.: 09-2382918
  Fax: 09-2388416
- Tulkarem:
  Tel. & Fax: 09-2671037
- Jericho:
  Tel.: 02-2320993
  Fax: 02-2320992

**Magistrate Courts:**
- Salfit:
  Tel. & Fax: 09-2515703
- Tubas:
  Tel. & Fax: 09-2574585
- Halhoul:
  Tel. & Fax: 02-2297717
- Dura:
  Tel.: 02-2281391
- Nablus:
  Tel.: 09-2382918
- Ramallah:
  Tel. & Fax: 02-2407761
- Bethlehem:
  Tel.: 02-2751191
- Hebron:
  Tel.: 02-2228154
- Tulkarem:
  Tel. & Fax: 09-2671037
- Jenin:
  Tel.: 04-2501022
- Jericho:
  Tel.: 02-2322565
- Qalqilya:
  Tel. & Fax: 09-2940053

## SUPREME JUDGE DEPARTMENT - THE UPPER COUNCIL OF SHARIA JURISDICTION

Acting Supreme Judge: His Eminence Sheikh: Yousef Ed'ees Al Sheikh
Deputy Head of the Upper Council of Sharia Jurisdiction
Deputy Head of Sharia High Court
Tel.: 02-2411158/2411633
Fax: 02-2412033
E-mail: Kudah@kudah.gov.ps
http://www.kudah.gov.ps
Supreme Sharia Court:
Member: Sheikh Mustafa Al-Tawil,
Tel.: 02-24012045
Court of Appeal
Acting: Sheikh Atta Al-Muhtaseb
Tel.: 02-2412044
Jerusalem

Court of Appeal -Nablus:
Head: Fahmi Jaradat
Tel.: 09-2351038

## PA AGENCIES & INSTITUTIONS

**Environmental Quality Authority**
Chairman: Dr. Yousef Abu Safiyeh
Tel. & Fax: 08-2477744
An-Nasser, Ath-Thwara St., Gaza
Deputy Chairman: Jamil Al-Motour
Tel.: 02-2403495/6/8
Fax: 02-2403494
E-mail: jameel_mtr@hotmail.com
Al-Sharafeh, Burj Al-Ein,
PO Box 3841, Ramallah

*Regional Offices:*
Hebron: Tel.: 02-2225328/9269
      Fax: 02-2229279
      PO Box 1310
Nablus: Tel. & Fax: 09-2341632
Jenin: Tel. & Fax: 04-2433770
Tulkarem: Tel. & Fax: 09-2674558
Bethlehem: Tel.: 02-2757039

**General Authority of Civil Affairs**
Chairman: Hussein Al-Sheikh
Tel.: 02-2403244
Fax: 02-2403220/44
E-mail: info@mca.gov.ps
http://www.mca.gov.ps
Qattom Bldg., Al-Balou', Al-Bireh,
PO Box 2074, Ramallah
Gaza:
Dep. Asst.: Amin Siam
Tel.: 08-2829652/47/9
Fax: 08-28229648
Al-Nasir St., Yaziji Bldg., opp. Qaser Al-Hakem, Gaza
Dep. Minister, West Bank:
Marouf Zahran, Ayman Kandil
Tel.: 02-2405190
Fax: 02-2405185

Dir.s Gen., West Bank: Hisham Abu Mariam, Adib Abu Khalil, Fakhreddin Al-Deek, Saleh Al-Zeq, Rezq Nofal, Emran Yousef, Majdi Alawneh, Hassan Abu Hasheesh, Louay Alsady, Mahmoud Samara, Imad El-Natsheh

Dir.s Gen., Gaza: Ziad Al-Abed, Khalil Farraj, Musa Abu Ghazi, Maher Abu Al-'Ouf, Ayman Elraqm, Muhammed Joudeh, Sameer Abu Nahleh, Musa Abu Sadeh, Ashraf Dahlan, Ziad Awaja

PR: Dir.-Gen.: Raghda Farrah

**Civil Affairs Offices:**
Abu Dis: Tel.: 02-2799520
Fax: 02-2797920
Allenby Bridge: Tel.: 02-2943395
Bethlehem: Tel.: 02-2770590/65305
      Fax: 02-2770591
Deir Al-Balah: Tel.& Fax: 08-2531517
Ethna: Tel.: 02-2258558
      Fax: 02-2226421
Gaza: Tel.: 08-2894049/2822333
Hebron: Tel.: 02-2226420/2258558
      Fax: 02-2226421

PASSIA

02:008930
0793

Jabalia: Tel. & Fax: 08-2479570-1
Jenin: Tel.: 04-2501555/2431642
Fax: 04-2501565
Jericho: Tel.: 02-2321448
Fax: 02-2321030
Nablus: Tel.: 09-2384404/2391750
Fax: 09-2384405
Qalqilya: Tel.: 09-2942755
Fax: 09-2942757
Rafah: Tel. & Fax: 08-2145773
Al-Ram: Tel.: 02-2344166
Fax: 02-2344177
Rafah: Tel. & Fax: 08-2145773
Ramallah: Tel. & Fax: 02-2986512
Fax: 02-2986513
Salfit: Tel.: 09-2515688
Fax: 09-2515658
Tubas: Tel.: 09-2574112
Fax: 09-2574111
Tulkarem: Tel.: 09-2674085
Fax: 09-2674084

**General Personnel Council**
Chairman: Dr. Hussein Al-Araj
Tel.: 02-2987791-3
Fax: 02-2980641
E-mail: info@gpc.gov.ps
http://www.gpc.gov.ps
Um Sharayet, PO Box 1995, Ramallah

**Government Computer Center**
see *Index* or *Ministry of Telecommunication* above

**The Land Authority**
Pres.: Nadim Al-Barahmeh
Tel.: 02-2415572
Tel. & Fax: 02-2413716
Dir.-Gen.: Sa'eb Nathif
Tel.: 02-2415584
Fax: 02-2413234
Nablus St., Al-Ramuni Bldg., Al-Bireh
Gaza:
Tel.: 08-2828804/8827
Fax: 08-2820265

**Real State & Surveying:**
Ramallah:
Tel.: 02-2415585   Survey
Tel.: 02-2415581   State Land
Bethl.: Tel. & Fax: 02-2751444
Hebron: Tel. & Fax: 02-2226040
Jenin: Tel. & Fax: 04-2501016
Nablus: Tel.: 09-2385343
Fax: 09-2383816
Qalqilya: Tel.: Fax 09-2940688
Tulkarem: Tel. & Fax: 09-2671780

**Land Registries:**
Ramallah: Tel.:02-2415588
Fax: 02-2415587
Bethl.: Tel. & Fax 02-2742088
Hebron: Tel. & Fax 02-2229292
Jericho: Tel. 02-2322552
Fax: 02-2321366
Jenin: Tel. & Fax: 04-2501042
Qalqilya: Tel. & Fax 09-2944927
Nablus: Tel.: 09-2347632
Fax: 09-2351432
Tulkarem: Tel. & Fax: 09-2671006
Tubas: Tel. & Fax: 09-2571157
Salfit: Tel. & Fax: 09-2515135

**Martyrs' Families & Injured Care Establishment (M's F. & I.C.E.)**
Dir.-Gen.: Khalid Jabarin
Dir.: Sulaiman Al-Deek
Tel.: 02-2958507 /60111
Fax: 02-2986268
Ramallah
Bethl.: Dir.: Yousef Abu Laban
Tel. & Fax: 02-2770945
Deir Al-Balah: Tel.: 08-2536301
Gaza: Dir.: Fathi Shahin
Tel. & Fax: 08-2824727
Hebron: Dir.: Amal Jaradat
Tel. & Fax: 02-2223888
Jenin: Dir.: Mus'ad 'Ammar
Tel. & Fax: 04-2436864
Jericho: Dir: Sa'ed Jubran
Tel.: 02-2323169
Jerusalem: Dir.: Ibrahim Faqousah
Tel. & Fax: 02-2798433
Khan Younis: Tel.: 08-2061533
Nablus: Dir.: Ali Assad
Tel. & Fax: 09-2385550
Qalqiya: Dir.: Mai Zeid
Tel. & Fax: 09-2944373
Rafah: Tel.: 08-2130708
Salfit: Dir.: Zahra Qaroush
Tel. & Fax: 09-2519326
Tulkarem: Dir.: Zuheir Khattab
Tel. & Fax: 09-2680477

**National Center for Studies & Documentation**
Tel. & Fax: 08-2848778/2839940
E-mail: n-c-s-d@palnet.com
http://www.qum-ncsd.com
Al-Khazendar Bldg., 1+2 fl., Ahmad
Ben Abdul Aziz St., Rimal, PO Box
5256, Gaza

**Palestine Monetary Authority**
Governor: Dr. Jihad Al-Wazir
Tel.: 02-2415250-2/54-5
Fax: 02-2409922/24
E-mail: info@pma.ps
http://www.pma.ps
PO Box 452, Ramallah
Gaza:
Tel.: 08-2824599/5713/23
Fax: 08-2844487
Haidar Abdul Shafi St., Murad Bldg.,
PO Box 4026, Gaza

**Palestine News & Information Agency (WAFA)**
Chair: Reyad Al-Hassan
Tel.: 02-2964761/0599-605522
Fax: 02-2964761
E-mail: r_hasssan@yahoo.com
or: elhassan.r@gmail.com
http://www.wafa.ps
Dir. Gen. of WAFA: Nemer Khalouf
Tel.: 02-2973777/ 0599-202911
E-mail: nemer_khalouf@hotmail.com
Dir. Gen.: Nawaf Hamed
Tel. & Fax: 02-2964762/
Mobile: 0598-926200/ 0599-261311
E-mail: nawaf@wafa.ps
Editor in Chief: Ali Hussein
Tel.: 02-2987767/0599-403213
Fax: 02-2973511
E-mail: ali@wafa.ps
or: Suhaali73@hotmail.com

**General Photographic (Archives):**
Tel.: 02-2964833/0599-383326
Fax: 02-2980472
E-mail: tasweer_w@wafa.ps
or: tasweer_w@hotmail.com
Al-Masaief, Mak'a Center Bldg., 2, 4,
5 fl., Ramallah

**Palestine Standards Institution**
Dir.-Gen.: Dr. Mazen Abu Shanieha'
Tel.: 02-2989014/4144/2965191
Fax: 02-2964433
E-mail: info@psi.gov.ps
http://www.psi.gov.ps
Al-Quds St., Al-Tai Area, PO Box
2258, Ramallah
Gaza: Tel.: 08-2836844
Fax: 08-2839152
Hebron: Tel. & Fax: 02-2226976
Jenin: Tel.: 04-2503220
Nablus: Tel. 09-2341722
Fax: 09-2341745

**Palestinian Broadcasting Corporation (PBC)**
Gen. Supervisor: Yasser Abed Rabbo
Tel.: 02-2407725/0597-403168
Fax: 02-2407730
E-mail: yasser@palestine-pmc.com
Asst.: Ibrahim Melhem
Tel.: 02-2959899/0599-205146
Fax: 02-2959899
E-mail: ib.milhim@hotmail.com
**Director Generals, TV:**
- Financial & Administrative Affairs:
Mahmoud Mizher
Tel.: 02-2404653/0599-111337
Fax: 02-2404653
E-mail: misnmof@hotmail.com
or: Mahmoudmizher@pbc.pna.ps
- Gen. Man. of TV: Ahmad Hazouri
Tel.: 02-2959894/0598-914458
Fax: 02-2959893
E-mail: ahmadhazouri@hotmail.com
- News Department: Dr. Said Ayyad
Tel.: 02-2967921/0598-914467
Tel.: 02-2745325   res.
Fax: 02-2967920
E-mail: newspbc2@hotmail.com
or: ayyads@yahoo.com
- TV Programs: Emad Al-Asfar
Tel.: 02-2954457/63750/0598-914456
Fax: 02-2963752
E-mail: Emadalasfar@hotmail.com
- International Relation & Training:
Sameh Khader
Tel.: 02-2410914/0599-262276
Fax: 02-2404635
E-mail: sameh.khader@pbc.pna.ps
**Director Generals, Radio:**
Gen. Dir.: Khaled Siam
Tel.: 02-2984732/0597-785454
Fax: 02-2984736
- Acting Dir. Gen. News Department:
Haitham Saleh
Tel.: 02-2959896/0598-914487
Fax: 02-2987902
Public Relation & Information:
Head: Mufid Sahloob
Tel.: 02-2959894/0599-204839
Fax: 02-2959893
E-mail: mufid.press@gmail.com

*Index p. 181 ff*

PASSIA

Dir.: Inam Shaban
Tel.: 02-2959895/0505-387969
Fax: 02-2959893
E-mail: seiwan2008j@hotmail.com

Marketing Department
Dir.: Ibrahim Qendah
Tel.: 02-2404650/0598-914498
Fax: 02-2404653
E-mail: pbcmarketing.com

Producing Department
Dir.: Mohammed Abu Al-Rob
Tel.: 02-2404653/0598-914470
Fax: 02-2404653
E-mail: aboelrob@hotmail.com

Legal Advisor: Loai Allawi
Tel.: 02-2959894/0599-364896
Fax: 02-2959893
E-mail: loailalawi@hotmail.com

Planning & Coordination TV Program,
Qassem Mansour
Tel.: 02-2953256/0598-914490
Fax: 02-2959893
E-mail:kasem5656@hotmail.com

Coordination TV
Dir.: Mohammed Al-Barghouthi
Tel.: 02-2963755/0598-914495
Fax: 02-2959893
E-mail: m-brghoute@yahoo.com

Studios:
TV: Tel.: 02-2971840-1/2977901-3
Radio: Tel.: 02-2988888-9

News:
TV: Tel.: 02-967921
        Fax: 02-967920
        E-mail: newspbc2@hotmail.com
Radio: Tel.: 02-2959896
        Fax: 02-2987902

**Palestinian Central Bureau of Statistics (PCBS)**
Acting Pres.: Ola Awad
Tel.: 02-2982700
Fax: 02-2982710
E-mail: diwan@pcbs.gov.ps
http://www.pcbs.gov.ps
Ein Munjed Quarter, Tokyo St., opp.
Ramallah Cultural Palace, PO Box
1647, Ramallah
PR Officer: Loay Shehadeh
Tel.: 02-2982700/0599-230118
Fax: 02-2982710
E-mail: loays@pcbs.gov.ps

Field Work Directorates:
Gaza: Tel.: 08-2820885
        Fax: 08-2829600
Bethlehem:
Tel. & Fax: 02-2744480
Khan Younis:
Tel. & Fax: 08-2052943
Hebron: Tel.: 02-2220222
        Fax: 02-2252865
Jenin:
Tel. & Fax: 04-2436969
Nablus: Tel.: 09-2381752
        Fax: 09-2387230
Qalqilya:
Tel. & Fax: 09-2943005
Tulkarem:
Tel. & Fax: 09-2672905

**Palestinian Economic Council for Development & Reconstruction (PECDAR)**
President: Dr. Mohammed Shtayyeh
E-mail: shtayyeh@planet.edu
Tel.: 02-2974380-1 / 0599-210338
Fax: 02-2975140
http://www.pecdar.org
Yasmin St., near Nursery College,
Next to Al-Quds Educational TV, Al-Bireh, PO Box 54910, Jerusalem
Admin. & Financial Department:
Mohammed Abu Awad
Tel.: 02-2974360
Fax: 02-2974331
Projects Monitoring Office:
Dir.: Dr. Hisham Shkoukani
Tel.: 02-2974340/48
Fax: 02-2974342
Public Relations Office:
Dir.: Abdul Hakim Odeh
Tel.: 02-2974358
Fax: 02-2974331
E-mail: odeh@pecdar.pna.net
Gaza:
Tel.: 08-2824859
Fax: 08-2824040
Nablus: Tel.: 09-2375575

National Institute for Information Technology "NIIT":
Tel.: 02-2407751
Fax: 02-2407754
Gaza:
Tel.: 08-2833318
Fax: 08-2833308

**Palestinian Energy & Environment Research Center (PEC)**
Dir. Gen.: Ayman Ismail
Tel.: 09-2341804
Fax: 09-2341388
E-mail: perc@palnet.com
http://www.perc.ps
Zaka' Committee Bldg., 3rd fl.,
PO Box 85, Nablus
Ramallah: Tel. & Fax: 02-2989075

**Palestinian Industrial Estate & Free Zone Authority**
Board Chairman: Dr.Hassan Abu Libdeh
Dir.-Gen.: Abdel Rahman Ishtayeh
Tel.: 02-2960351/2989912
Fax: 02-2960355
E-mail: info@piefza.org
http://www.piefza.org
Al-Quds St., besides Nursing College
Palestine Standards Institution Bldg.,
4th fl., Ramallah
Gaza:
Tel.: 08-2801028/29/33
Fax: 08-2801034
Gaza industrial area

**Palestinian Investment Promotion Agency (PIPA)**
Board Chairman: Dr.Hassan Abu Libdeh
Dir.-Gen.: Eng. Ja'far Hdaib
Tel.: 02-2988791-2/4
Fax: 02-2988793
E-mail: info@pipa.gov.ps
http://www.pipa.gov.ps
Ein Misbah, PO Box 1984, Ramallah

PASSIA

**Palestinian Medical Council**
Head: Minister of Health
Gen. Sec.: Dr. Munther Al-Sharif
Tel.: 02-2424150
Fax: 02-2422151
http://www.pmc.ps
Al-Balou', besides Al-Wardah Al-Hamrah Bldg., Ramallah, PO Box 2441, Jerusalem

**Palestinian National Commission for Education, Culture & Science (UNESCO, ISESCO, ALECSO)**
Sec.-Gen.: Ismail Tillawi
Tel.: 02-2401080/2400901
Fax: 02-2406333
E-mail: pncecs@palnet.com
http://www.pncecs.org
Al-Balou', Al-Wardah Al-Hamrah
Bldg., 2nd fl., Al-Bireh, PO Box 174, Ramallah

**Palestinian Olympic Committee**
Head: Jibril Rajoub
Tel.: 02-2429088/89/2410612/18
Fax: 02-2424045/2410611
E-mail: palolympic@yahoo.com
    or: j.rajoub2009@gmail.com
Ramallah, Industrial Area St.
Gaza:
Tel.: 08-28979191/92
Fax: 08-2879191

**Palestinian Water Authority**
Head: Dr. Shaddad Al-Attili
Tel.: 02-2429022
Fax: 02-2429341
E-mail: pwa@pwa.ps
    or: sattili@pwa.ps
http://www.pwa-pna.org
Al-Baloua', Al-Bireh
Gaza:
Acting Dir.: Ribhi Ash-Shaikh
Tel.: 08-2827409
Fax: 08-2826630

**State Audit and Administrative Control Bureau**
Acting Auditor Gen.: Jamal Abu Baker
Tel.: 02-2972289/90-93
Fax: 02-2967716
E-mail: facb@facb.gov.ps
http://www.saacb.ps
Al-Nahda St., PO Box 755, Ramallah

---

## PA COUNCILS & COMMISSIONS

**Central Election Commission - Palestine**
Chair: Dr. Hanna Nasir
Sec. Gen.: Dr. Rami Hamdallah
Tel.: 02-2969700
Fax: 02-2969712
E-mail: info@elections.ps
http://www.elections.ps
Al-Balou', Qasr Al-Murqan Bldg., Ramallah

28

02:008932
0795

**Commission of Energy and Natural Resources**
Head: Dr. Omar Kittaneh
Tel.: 02-2984752-3
Fax: 02-2986191
http://www.menr.org
Zahrit Al-Masayef., Irsal St.,
PO Box 3591, Al-Bireh
Gaza:
Dep. Min.: Yehya Shamieh
Tel.: 08-2839230/70
Fax: 08-28392660

**Higher Council for the Arab Tourism Industry**
- CURRENTLY CLOSED -
Head: Haidar Husseini
Tel.: 0505-369395
Exec. Dir.: Abdel Rahman Abu Rabah
Khaled Ibn Walid St.,
PO Box 19850, Jerusalem

**Higher Islamic Council** see Index

**Palestine Capital Market Authority**
Head: 'Abeer Odeh
Tel.: 02-2973334
Fax: 02-2973790
E-mail: ad@pcma.ps
http://www.pcma.ps
Al-Ma'moun St., PO Box 4041, Al-Bireh

**Palestinian Council for Higher Education**
Minister: Lamis Al-Alami
Sec.-Gen.: Dr. Ghazi Abu Sharkh
Tel.: 02-2982617
Fax: 02-2954518
E-mail: eid.ghazi@yahoo.com
http://www.mohe.gov.ps
Ramallah

**Palestinian Oil Council (POC)**
Head: Dr. Said Assaf
Tel.: 02-2954223/ 0599-836430
Tel. & Fax: 02-2954223
E-mail: asirinstitute@yahoo.com
    or: Prof.said.assaf@gmail.com
Ramallah
Jenin:
Tel.: 04-2468581
Fax: 04-2468681
E-mail: asirinstitute@yahoo.com

**Political Guidance Commission**
Head: Gen. Adnan Dmairi
Tel.: 02-2980392
Fax: 02-2980392
E-mail: watani@palnet.com
Um Sharayet, Ramallah

## POLICE & SECURITY

**Border Crossings**
Dir.-Gen.: Nazmi Mhana
Allenby Bridge:
Tel. & Fax: 02-2323555/1988
Erez: Tel.: 08-2458790
Rafah: Tel.: 08-2131695

**Civil Police**
Head: Brig. Hazem Atallah
Deputy: Brig.-Gen. Jihad Massimi
Tel.: 02-2953162
Gen. Dir.: Col. Yousef Shihadeh
Tel.: 02-2953167-8
Asst. of Dir.: Issa Hijjo
Tel.: 02-2961371
Office Dir.: Laith Zidan
Tel.: 02-2953167-8-
http://palpolice.ps
Ramallah
General Inspector:
Tel.: 02-2324155
Central Operations:
Tel.: 02-2953173
Guards:
Tel.: 02-2953166
Administration Affairs:
Tel.: 02-2955094/0599-785785
Criminal Research Dept.:
Tel.: 02-2953189
Drugs Control Dept.:
Tel.: 02-2953177
Police Security Dept.:
Tel.: 02-2953186
Political Guidance to the Police:
Tel.: 02-2407306
Crossings:
Tel.: 02-2324996
Reform & Rehabilitation:
Tel.: 02-2953163
Tourism:
Tel.: 02-2987556
Planning Dept.:
Tel.: 02-2969952
Judicial Police:
Tel.: 02-2413066
Special Police:
Tel.: 02-2981579
Information Dept.:
Tel.: 02-2973588
Traffic:
Tel.: 02-2953175
Financial Affairs Dept.:
Tel.: 02-2986706
Police Coordination:
Tel.: 02-2420263
Arms:
Tel.: 02-2953179
Public Relations:
Tel.: 02-2953822

*District Police Offices:*
Jerusalem: Tel.: 02-2986545/53705
Hebron: Tel.: 02-2226375/2226382
Jericho: Tel.: 02-2325144/2325243
Bethlehem: Tel.: 02-2744056/4902
Ramallah: Tel.: 02-2429199/9153
Jenin: Tel.: 04-2505971/2433339
Nablus: Tel.: 09-2383029/40/5662
Qalqilya: Tel.: 09-2943021/2946001
Salfit: Tel.: 09-2515693/2519102
Tulkarem: Tel.: 09-2672160/20/67
Tubas: Tel.: 09-2571161/60

**General Intelligence Service**
Head: Maj .Majed Faraj
Tel.: 02-2969900
Fax: 02-29889B0/2909926

**Southern Governorate:**
Dir.: Sami Nasman
Tel.: 02-2900771
Fax: 02-2900655

**Medical Military Services**
Dir.: Dr. Abdel Qader Al-Arbeld
Tel.: 08-2826110/9034/9551
Fax: 08-2829034
Ansar Area, Gaza

**Military Intelligence**
Head: Gen. Nidal Abu Dukhan
Tel.: 02-2958730
Fax: 02-2958523
Ramallah

**National Security**
Head: Gen. Theab Al-Ali
Tel. & Fax: 02-2961131
Operations Dept.: Tel.: 02-2986524

**Presidential Security**
Col. Munir Al-Zou'bi
Tel.: 02-2959928/2971950
Fax: 02-2963179
Ramallah

**Preventive Security**
Head, WB: Col. Ziad Hab Ar-Rleh
Tel.: 02-2904562/5/8-9
Fax: 02-2904360

*District Offices:*
Bethl.: Tel.: 02-2751443
        Fax: 02-2741344
Hebron: Tel. & Fax 02-2226920-21
        Fax: 02-2226919
Jenin: Tel.: 04-2436632
        Fax: 04-2436752
Jericho: Tel.& Fax: 02-2323444/1469
        Fax: 02-2429982
Jerusalem: Tel.: 02-2401576
        Fax: 02-2401576
Nablus: Tel.: 09-2383010/7225
        Fax: 09-2335068
Qalqilya: Tel.: 09-2942777
        Fax: 09-2942737
Ramallah:Tel.: 02-2950080-1
        Fax: 02-2953952
Salfit: Tel.: 09-2515813
        Fax: 09-2515888/208
Tulkarem: Tel.: 09-2672165
        Fax: 09-2675501
Tubas: Tel.: 09-2574674
        Fax: 09-2574444

**Tourism and Antiquities Police**
Head: Col. Midhat Al-Omari
Tel. & Fax: 02-2770750
Bethlehem: 02-2770751
Jenin: 04-2433530
Jericho: 02-2324011
Nablus: 09-2385244
Hebron: 02-2226941
Ramallah: 02-2404694
Tulkarem: 09-2684295
Salfit: 09-2515693
Tubas: 09-2574495
Qalqilya: Tel.: 09-2946001

Index p. 181 ff

PASSIA

02:008933
0796

## LOCAL GOVERNMENT ADMINISTRATION

### GOVERNORATES

**Governorate Bethlehem**
Governor: Abdul Fattah Hamayel
Tel.: 02-2741664/4995/6
Fax: 02-2741666
E-mail: info@bethlehemgov.ps
http://www.bethlehemgov.ps/
PO Box 1035

**Governorate Gaza**
(ceased since June 14, 2007)
Governor: Mohd. Salem Qudwah
Tel.: 08-2828694/2828704/14/24
Fax: 08-2828684/4700/66007/44055
E-mail: govrngz@gov.ps
http://www.gaza.gov.ps
Thalathini St., PO Box 1422, Gaza

**Governorate Gaza Middle**
(ceased since June 14, 2007)
Gov.: Dr. Abdallah Abu Samhadanah
Tel.: 08-2539330/33/2553230,
Ayman Abu Ataya
Tel. & Fax: 08-2539333/4
PO Box 6006, Gaza

**Governorate Gaza North**
(ceased since June 14, 2007)
Governor: Ismail Abu Shammalah
Tel.: 08-2477131-3/
Fax: 08-2477130
E-mail: northgov2002@hotmail.com

**Governorate Hebron**
Governor: Kamel Hemaid
Tel.: 02-2290771/0599-205237
Fax: 02-2290770
E-mail: info@hebron.plo.ps
http://www.hebron.plo.ps
PO Box 785          .

**Governorate Jenin**
Governor: Qadoura Mousa
Tel.: 04-2503220/21
Fax: 04-2503222
Mobile: 0599-205479
E-mail: goj004@yahoo.com
Jenin_governorate2005@yahoo.com
Haifa St., Jenin

**Governorate Jericho**
Governor: N/A
Acting: Majed Fetiani
Tel.: 02-2321241/42
Fax: 02-2321291
E-mail: Jericho.governorate@live.com
http://www.Jericho.plo.ps
**Governorate Jerusalem/Abu Dis**
Governor: Adnan Husseini
Mobile: 0505-533668
E-mail: adnanhuss@hotmail.com
Dahiet Al-Barid:
Tel.: 02-2343230/9/2347447/8
Biddu:
Tel.: 02-2471334
The Old Police Station, Biddu

**Governorate Khan Younis**
Tel.: 08-2054888/65/75/2933
Fax: 08-2054845
E-mail: kh-gov@marna.com
PO Box 211

**Governorate Nablus**
Governor: Jibril Al-Bakri
Tel.: 09-2341533/1433
Fax: 09-2341913/2341526
E-mail: govnablus@hally.net
PO Box 1564

**Governorate Qalqilya**
Governor: Rabieh Khandaqji
Tel.: 09-2942920/1/3010
Fax: 09-2942922/2943010
E-mail: khandaqji@gmail.com
Main St., PO Box 144, Qalqilya

**Governorate Rafah**
(ceased since June 14, 2007)
Gov.:
Tel.: 08-2136875/6870/1/7785
Fax: 08-2130899
E-mail: rafahgov@p-is.com
PO Box 11, Rafah

**Governorate Ramallah**
Governor: Dr. Laila Ghanam
Tel.: 02-2957680/8588/2981045
Tel. & Fax: 02-2986569
http://www.ramgov.org
Irsal St., PO Box 665, Ramallah

**Governorate Salfit**
Governor: Issam Abu Baker
Tel.: 09-2519919
Fax: 09-2519898
Dir. Gen. for Admin. & Finances:
Mahmoud Saleh
Tel.: 0598-503000

**Governorate Tubas**
Governor: Marwan Toubasi
Tel.: 09-2571075/77
Fax: 09-2571078
Dir. Gen. for Admin. & Finances:
Hussam Daraghmeh
Tel.: 0568-500833

**Governorate Tulkarem**
Governor: Talal Dwaikat
Tel.: 09-2672707/3335/8190/2676
Fax: 09-2673334
E-mail: tulkarm-gov@tulkarm-gov.ps
http://www.tulkarm-gov.ps

## MUNICIPALITIES & VILLAGE COUNCILS

**Abasan Al-Jadida Municipality**
Mayor: Abdul Ra'ouf 'Asfour
Tel.: 08-2071099/ 0599-408049
Fax: 08-2071099
E-mail: tarekreida1968@hotmail.com
Gaza

**Abasan Al-Kabira Municipality**
Mayor: Eng. Mustafa Ash-Shawwaf
Tel.: 08-2073505/0599-469666
Fax: 08-2073066
E-mail: abasankab@yahoo.com
Gaza

**Abu Dis Village Council**
Mayor: Ra'ed Al-Barghouthi
Tel.: 02-2799245/0598-904356
Fax: 02-2799244
PO Box 108, Abu Dis

**Anabta Municipality** (est. 1954)
Mayor: Yaser Barakat
Tel.: 09-2672460/3401/4460
Mobile: 0599-200859
Fax: 09-2675155
E-mail: anabtamuni@yahoo.com
PO Box 1, Anabta

**Aqraba Municipality**
Mayor: Jawdat Bani Jaber
Tel.: 09-2598301/0522-451336/
0599-549158
Fax: 09-2598446
E-mail: info@aqrabamunicipality.ps
http://www.aqrabamunicipality.ps
Nablus

**Arrabah Municipality**
Mayor: Adeeb Al-'Arda
Tel.: 04-2468929/8 / 0599-205478
Tel. & Fax: 04-2468929/8
E-mail: Araba_muni2005@yahoo.com

**Assira Ash-Shamaliyeh Municip.**
Mayor: Abd Elkareem Saed
Tel.: 09-2396080/79/0599113911
Fax: 09-2396916
E-mail: info@asira.net
http://www.asira.net

**Attara Municipality**
Mayor: Rawhi Aqel
Tel.: 02-2814111 / 0599-798391
Fax: 02-2814111
E-mail: attara.municipality@yahoo.com
http://www.Attara.ps

**Attil Municipality**
Head: Nash'at Daqa
Tel. & Fax: 09-2661120
Tel.: 09-2660166/0599-996387
E-mail: attil@attil.info
http://www.Attil.info

**Azzoun Municipality**
Mayor: Ahmad Omran
Tel.: 09-2901930/0598-188444
Fax: 09-2901931
E-mail: azzoun@yahoo.com

30

or: azzoun@hotmail.com
http://www.azzoun-mun.gov.ps/azzoun
PO Box 753, Azzoun

**Bala' Municipality**
Mayor: Ahmad Mansour
Tel.: 09-2693221/0599-475930
Fax: 09-2693681
E-mail: info@balaa.org
      or: Balamunicipality@yahoo.com
http://www.balaa.org/

**Baqa Ash-Sharkiyeh Municipality**
Mayor: Mu'iad Hussain
Tel.: 09-2664318/0599-249556
Fax: 09-2664301
E-mail: Baqaalsharqiua@yahoo.com

**Beit Anan Municipality**
Mayor: Naji Jomhour
Tel. & Fax: 02-2474111/0598-366662
Fax: 02-2474555
E-mail: b.anan_gov@yahoo.com

**Beit 'Awa Village Council**
Mayor: Rashid Awaad
Tel.: 02-2200005
Fax: 02-2200001
PO Box 2060, Beit Awa

**Beit Fajjar Municipality**
Mayor: Kamel Hammash
Tel.: 02-2769666/0599-8749070
Fax: 02-2769755
E-mail: Fajjar2006@yahoo.com

**Beit Furik Municipality**
Mayor: A'tef Afif Hanania
Tel.: 09-2500001-2/ 0598-930678
Tel. & Fax: 09-2500003
E-mail: info@beitfoureek.com

**Beit Hanoun Municipality**
Mayor: Mohammed Al-Farneh
Tel.: 08-2488011/2/3/0599-668582
Tel. & Fax: 08-2488012/14
E-mail: info@beithanoun.ps
http://www.beithanoun.ps

**Beit Iksa Village Council**
Act. Mayor: Omar Hamdan
Tel.: 02-2341105/ 0546-446914
Fax: 02-2341074
Beit Iksa

**Beit Jala Municipality** (est. 1912)
Mayor: Raji Zeidan
Manager: Eng. Nadim Sim'an
Tel.: 02-2743979/2601/2742601
Fax: 02-2744457
E-mail: info@beitjala-city.org
      or: Beitjala@p-ol.com
http://www.beitjala.ps
PO Box 1, Beit Jala

**Beit Lahia Municipality**
Mayor: Izz Al-Dean Al-Dahnoun
Tel.: 08-2478085/752/0599-181719
Fax: 08-2475554
E-mail: baitlahia@hotmail.com
http://www.bietlahia.mun.ps
Beit Lahia

**Beit Lid Municipality**
Mayor: Salameh Al-Duraidi
Tel.: 09-2680697 / 0599-311103
Fax: 09-2680697
E-mail: info@mbeitleed.com
http://www.mbeitleed.com

**Beit Liqya Municipality**
Mayor: Khaled Shalbi
Tel.: 02-2484353
Mobile: 0597950090
Fax: 02-2484627
E-mail:bliqia@yahoo.com
http://www.beitliqia.net/

**Beit Sahour Municip.** (est. 1956)
Mayor: Hani Naji Hayek
Tel.: 02-2773666/7/4111/44007
Fax: 02-2773520
E-mail: bsmuni@p-ol.com
http://www.Beitsahourmunicipality.com
PO Box 1, Beit Sahour

**Beit Ula Municipality**
Mayor: Sliman Al-A'dam
Tel.: 02-2581004/0599-258100
Tel. & Fax: 02-2581551
E-mail: beitulamncpity@yahoo.com

**Beit Umar Municipality**
Mayor: Nasri Sabarneh
Tel.: 02-2520035/035/0599-710511
Fax: 02-2520275
E-mail: Beitommar@Hebronet.ps
http://www.beitommar.ps

**Beni Naim Municipality**
Mayor: Radwan Manasrah
Tel.: 02-2218301/0599-259905
Tel. & Fax: 02-2229157
E-mail: Bni_naim_mun@yahoo.com
http://www.Baninaim.ps

**Beni Suheila Municipality**
Mayor: Abdul Qader Al-Ruqab
Tel.: 08-2071088/2890/0599-413440
Fax: 08-2071077
E-mail:Suhaila_2001@hotmail.com
      or: info@Banisuhaila.org
http://www.banisuhaila.org

**Beni Zeid Al-Gharbiyeh Munic.**
Mayor: Fathiyah Rhaymah
Tel.: 02-2860111/0/0599-878250
Fax: 02-2860112
E-mail: wbzm@p-ol.com
PO Box 1935, Beni Zeid Al-Gharbiyeh

**Beni Zeid Ash-Sharqiyeh Munici-
pality**
Mayor: Abdul Rahman Al-Nobani
Tel.: 02-2806501/ 0599-255401
Fax: 02-2806822
E-mail: Tayseer3000@hotmail.com

**Bethlehem Municipality**
Mayor: Dr. Victor Batarseh
Tel.: 02-2741323-5/2741670
Mobile: 0599-258711
Fax: 02-2741327
E-mail: info@bethlehem-city.org
http://www.bethlehem-city.org
PO Box 48, Bethlehem

**Betunia Municipality**
Mayor: Arafat Khalaf
Tel.: 02-2900754/533
Mobile: 0598-901379
Fax: 02-2900748/534
E-mail:cesretare@peitunia.ps
      or: Administration@petunia.ps

**Biddu Local Council**
Head: Ismaiel Qadan
Tel.: 02-2471220
Mobile: 0545-277526/0597-525626
E-mail:Biddu.local@gmail.com
http://Biddu.ps

**Bidya Municipality**
Mayor: Raed Hamdallah
Tel.: 09-2995219/0599-202700
Tel. & Fax: 09-2995204
PO Box 1

**Bir Nabala Local Council**
Head: Tawfiq Nabali
Tel.: 02-2449418/0599-997355
Tel. & Fax: 02-2441431
Bir Nabala

**Al-Bireh Municipality** (est. 1950)
Mayor: Jamal Al-Tawil
Vice Mayor: Hassan Al-Sheikh Qassem
Tel.: 02-2406445
Fax: 02-2404431
E-mail: info@al-bireh.org
http://www.al-bireh.org
PO Box 6506, Al-Bireh

**Birzeit Municipality** (est. 1925)
Mayor: Dr. Yousef Naser
Tel.: 02-2810536/837/0599-285140
Fax: 02-2811477
PO Box 26, Birzeit
E-mail: Bz_muni@yahoo.com
      or: Bz_muni@hotmail.com
Birzeit

**Bitta Municipality**
Mayor: Fayez Hamayel
Tel.: 09-2593203/8711/0598-060604
Fax: 09-2593202
http://beita.ps/

**Al-Breij Municipality**
Act. Mayor: Mohammed Saleh Taha
Tel.: 08-2554815
Tel. & Fax: 08-2550130
E-mail: Buraij@gmail.com

**Budrus**
Dir.: Mohammad Murar
Tel.: 02-2485603/0545-562057/
      0598-917841
E-mail: Free_bodros_mm@yahoo.com
http://www.natoof.org

**Burqeen Municipality**
Dir.: Noor Edeen Khalaf
Tel.: 04-2505137-8 / 0599-208359
Fax: 04-2505137/8
PO Box 414 Burqeen, Jenin
E-mail: Berqeen_munic@yahoo.com
http://www.burqen.ps/

*Index p. 181 ff*

PASSIA

02:008935
0798

**Deir Al-Balah Municipality**
Mayor: Said Ahmad Nassar
Tel.: 08-2530085/26/1154
Mobile: 0598992999
Fax: 08-2531153/4
E-mail: info@modb.ps
PO Box 1, Deir Al-Balah

**Deir Balout Municipality**
Mayor: Ahmad Yousef
Tel.: 09-2994675/5939/0599-728155
Fax: 09-2994675/5939
E-mail: dairbal_mun@yahoo.com
http://www.deirballout.com

**Deir Dibwan Municipality**
Mayor: Wajeh Abdel-Karim Ahmad
Tel.: 02-2896420/6320/0545-735991
Fax: 02-2896455
E-mail:Deirdibwan_mun@yahoo.com

**Deir Al-Ghosun Municipality**
Mayor: Nasooh Mohd Badran
Tel.: 09-2663912/0599-490412
Fax: 09-2663715

**Deir Istia Municipality**
Mayor: Nazmi Salman
Tel.: 09-2514226/5/0599-788273
Fax: 09-2514225
E-mail: deiristiamunicipality@hotmail.com

**Ad-Doha Municipality**
Mayor: Sami Marwa
Tel.: 02-2770233/45375
Fax: 02-2770233
E-mail: Dohacity2005@yahoo.com

**Dura Municipality** (est. 1967)
Mayor: Mustafa Al-Rjoub
Tel.: 02-2280355/555/360
Mobile: 0599-671539
Fax: 02-2280606
E-mail: Dura67@yahoo.com

**Gaza City Municipality**
(ceased since June 14, 2007)
Mayor: Rafeq Mecci
Tel.: 08-2825165/4700/8775/44055/
28266670/004-7/0080
Mobile: 0599-815650
Fax: 08-2824400
E-mail: info@mogaza.org
or: gm@mogaza.org
http://www.mogaza.org/
PO Box 16, Gaza City

**Hableh Municipality**
Mayor: Mohammed Odeh
Tel.: 09-2940491/0598-909088
Fax: 09-2940491
E-mail: hablamunc@hotmail.com
http://www.hablah.ps

**Halhoul Municipality** (est. 1965)
Mayor: Dr. Ziad Rajab Abu Yousef
Tel.: 0599-200619
Secretary: Abdel Hafez Karajeh
Tel.: 0599-200619
Fax: 02-2227666
E-mail: halhul_2005@yahoo.com
http://www.halhul-city.com
PO Box 47, Halhoul

**Hebron Municipality**
Mayor: Khaled Esseleh
Tel.: 02-2228123/2/0599-211211
Fax: 02-2228293
E-mail: Hebron@hebron-city.com
http://Hebron-city.ps
PO Box 6, Hebron

**Huwarah Municipality**
Mayor: Samer Odeh
Tel.: 09-2590470 / 0599-675866
Fax: 09-2590460
E-mail: howwara2006@yahoo.com

**Illar Municipality**
Mayor: Sufian Shadid
Tel.: 09-2666166/967/ 0599-377566
Fax: 09-2666166/967
E-mail: ellar.municipal@yahoo.com
http://www.ellar.ps

**Ithna Municipality**
Mayor: Jamal Ali Tmeizi
Tel.: 02-2256002/2256127 res.
Mobile: 0599-200606
Fax: 02-2256001
E-mail: info@idnamuni.org
http://www.idnamuni.org
PO Box 3513

**Al-Izzariyya Local Council**
Head: Issam Far'oun
Tel.: 02-2799273/0599-255707
Fax:02-2796243
E-mail: aizariacouncil@yahoo.com

**Jaba' Municipality**
Mayor: Ziad Alawneh
Tel.: 04-2450222/0599-948831
Fax: 04-2450222
E-mail: Jaba222m@yahoo.com

**Jabalya An-Nazaleh Municip.**
Mayor: Issam Judeh
Tel.: 08-2476014/7121/9335
Fax: 08-2477020
E-mail: jmun@palnet.com

**Jayous Municipality**
Mayor: Muhammed Taher Jabr
Tel.: 09-2900033/0599-886861
Fax: 09-2900175
E-mail: baladietjayw@yahoo.com

**Jenin Municipality** (est. 1890)
Mayor: Ali Nabhan
Tel.: 04-2502304
Fax: 04-2433833
PO Box 13, Jenin

**Jericho Municipality** (est. 1950)
Mayor: Hassan Saleh
Tel.: 02-2322417-8
Fax: 02-2322604
E-mail: info@jericho-city.org
http://www.jericho-city.org
PO Box 15

**Jerusalem Arab Municipality** (est.
1863; dissolved by Israel in 1967)
Mayor: ...................................
Tel.: 02-...............................
Fax: 02-...............................
PO Box...............................

**[Jerusalem Israeli Mu-
nicipality (West)** (est. 1949)
Mayor: Nir Barkat
Tel.: 02-6297720/7777/6666
Fax: 02-6296014
http://www.jerusalem.muni.il]

**Jma'een Municipality**
Mayor: Rasim Daraghmeh
Tel.: 09-2596001/401/0598-060660
Fax: 09-2596001/2596401
E-mail: Jammaien2005@yahoo.com
http://www.jammain-mun.org.ps

**Jinnata Municipality**
Mayor: Majed Asakrah
Tel. &: 02-2742380
Mobile: 0598-932089
E-mail: Jinnatamun_2007@yahoo.com

**Al-Khadr Municipality**
Mayor: Ramzi Salah
Tel.: 02-2770838/ 0599-524170
Fax: 02-2776680
E-mail: al_khadermuni@yahoo.com
http://al_khader.org
PO Box 507

**Khan Younis Municipality**
Mayor: Mohammed Al-Farah
Tel.: 08-2053062/2066770/1033
Fax: 08-2053155
E-mail: info@khanyounis.org
http://www.khanyounis.org

**Khuza'a Municipality**
Mayor: Kamal Al-Najjar
Tel.: 08-2084077/4488 /0599-408354
Fax: 08-2084077/4488
E-mail: khuza3a@hotmail.com

**Kifl Haris Municipality**
Mayor: Ahmad Buziyeh
Tel.: 09-2513840/731 / 0599-259820
Fax: 09-2513840/731
E-mail: kefelharesmunicipality@gmail.com

**Kufr Deik Municipality**
Mayor: Jamal Al-Deik
Tel.: 09-2511444/739/0599-437305
Fax: 09-2511444/2511739
E-mail: aideeek3@hotmail.com

**Kufr Jammal Local Council**
Head: Abdel Rahman Shakir
Tel.: 09-2679125/0599387693

**Kufr Rai' Municipality**
Mayor: Ahmad Rasheed Melhem
Tel.: 04-2466481/030/0599-305270
Fax: 04-2466030
E-mail: kufrraimun@yahoo.com
http://www.kufrrai.ps

**Kufr Sur Village Council**
Head: Imad Zibdeh
Tel.: 09-2683718/666/0599-207662
Fax: 09-2683718/666

**Kufr Thulth Municipality**
Mayor: Hussein Saifi
Tel.: 09-2901127/1339/0599-222445
Fax: 09-2901288

32

PASSIA

E-mail: kt.m1997@hotmail.com
http://www.kthulth.org

**Kufr Zebad Village Council**
Head: Farouq Ghanayem
Tel. & Fax: 09-2686222/0599-700605

**Al-Maghazi Municipality**
Mayor: Mohammed Al-Najjar
Tel.: 08-2551146/0121/0599-604511
Fax: 08-2550121
E-mail: Maghazimunicipality@yahoo.com

**Maithaloun Municipality**
Mayor: Fawaz Ine'erat
Tel.: 04-2516112/0598-903070
Fax: 04-2516113
E-mail: Maithalun@yahoo.com

**Al-Mazra'a Ash-Shirqiyeh Munic.**
Mayor: Marzouq Ash-Shalabi
Tel.: 02-2892357
Fax: 02-2892584
E-mail: J4baladi@yahoo.com
http://www.4baladi.com

**Nablus Municipality** (est. 1890)
Mayor: Eng. Adli Yaish
Tel.: 09-2373913/2386271/3077
Fax: 09-2374690
E-mail: nablus@nablus.org
http://www.nablus.org
PO Box 218, Nablus

**Na'len Municipality**
Mayor: Ayman Nafea'
Tel. & Fax: 02-2482222
Fax: 02-2481222/0598-920002
PO Box 2242, Na'len
E-mail: Nileen_mun@yahoo.com

**Nue'meh & Dyouk Local Council**
Head: Ghaleb A'watleh
Tel. & Fax: 02-2324033/
Mobile: 0522-0434 76/0569-043476
E-mail: ghaleb_2007@yahoo.com

**Nusseirat Municipality**
Mayor: Mohammed Abu-Eshkayat
Tel.: 08-2550126/1553/7911
Fax: 08-2551553

**Al-Obeidiyeh Municipality**
Mayor: Seliman Abu-Asa
Tel.: 02-2761011/0598-880406
Fax: 02-2761033
E-mail: S_alassa@yahoo.com

**Al-Oja Local Council**
Head: Sulayman Issa Romanen
Tel.: 02-2325555
Fax: 02-2328190

**Qabalan Municipality**
Mayor: Yusif As idi
Tel.: 09-2520131/0599-338329
Fax: 09-2520130
E-mail: info@Qabalan.org
http://www.Qabalan.org

**Qabatiya Municipality** (est. 1975)
Mayor: Dr.Issam Nazzal
Tel.: 04-2511606/25662/01036
Mobile: 0599-675330

Fax: 04-2526847
E-mail: Qabatia2005@yahoo.com
http://www.Qabatia.com

**Qafin Municipality**
Mayor: Omar Khalil Ammar
Tel.: 09-2665166
Fax: 09-2665930
E-mail: qaffintown@yahoo.com
http://www.qaffin.com

**Qalqilya Municipality** (est. 1956)
Contact: Sameir Dawabsheh
Tel.: 09-2943064/0014/0313
Fax: 09-2940439
E-mail: qmuni@hotmail.com
http://www.qalqilya.com
PO Box 2, Qalqilya

**Al-Qarrara Municipality**
Mayor: Abdul Rahim Al-Abdullah
Tel.: 08-2070388
Fax: 08-2070050/0599-405570
E-mail: Qararamu@yahoo.com

**Qattaneh Village Council**
Head: Hasan Ali Abu Zaydeh
Tel.: 02-2475337/0547316826
Fax: 02-2475353
E-mail: qb_1997@yahoo.com
http://www.Qatanna.ps

**Rafah Municipality**
Mayor: Issa Al-Nashar
Tel.: 08-2145230/725/075
Mobile: 0599-815100
Fax: 08-2145921
E-mail: rbaladya@hotmail.com

**Ar-Ram local Council**
Head: Sarhan As-Salaymeh
Mayor: Sarhan As-Salaymeh
Mobile: 0546-883880
Fax: 02-2348807
E-mail: Ram_council@yahoo.co.uk

**Ramallah Municipality** (est. 1907)
Mayor: Janet Michael
Tel.: 02-2963215-9
Fax: 02-2963214
E-mail: info@ramallah.ps
       or: centennial@ramallah.ps
http://www.ramallah.ps
PO Box 3, Ramallah

**Sa'ir Municipality**
Mayor: Sulaiman Ash-Shalaldeh
Tel.: 02-2560940/0599-257370
Fax: 02-2560001
E-mail: sier@palnet.com
http://www.Siermunic.org

**Salfit Municipality** (est. 1955)
Mayor: Tahsin Abu Sleimi
Tel.: 09-2515787/933/04/9049/704
Fax: 09-2515803
PO Box 4, Salfit
E-mail: Salfeet@salfeet.org
http://www.salfeet.org

**As-Samoua' Municipality**
Mayor: Abdel Nabi Al-Hawamda
Tel.: 02-2268001/554/0599200560

Fax: 02-2268547
E-mail: info@samou.ps
http://www.samou.ps

**As-Sawahreh Ash-Sharqiyeh
Local Council**
Mayor: Zuhdi Shaheen
Tel.: 02-2796463/0547-291263
Fax: 02-2793122
E-mail: lcsawahre@yahoo.com
http://www.sawahra-lc.com
PO Box 51573

**Sebastia Municipality**
Mayor: Kamelia Soukkr
Tel.: 09-2532430/0599-7505007
Fax: 09-2532430
PO Box 1898, Sebastia
E-mail: info@sabastiya.org.ps
http://www.sabastiya.org.ps

**As-Sileh Al-Harithiyeh Municip.**
Mayor: Isam Eabede
Tel.: 04-2449176/177/0599-260004
Fax: 04-2449945
E-mail: Jenen_20022002@yahoo.com
       or: s.elharithia_mun@yahoo.com

**As-Silet Ath-Thahr Municipality**
Mayor: Abdel Lateef Ghanim
Tel.: 04-2505997/0599835232
Fax: 04-2505997
E-mail: info@sela.ps
       or: webmaster@sela.ps
       or: selamun2008@yahoo.com

**Ash-Sheikh Sa'ed Village Council**
Head: Ibrahim Zaatreh
Tel. & Fax: 02-2797501/0522-670163

**Silwad Municipality**
Mayor: Na'el Hamed
Tel.: 02-2890032/04/ 0599-872244
Fax: 02-2890031
E-mail: silwad_mu@yahoo.com

**Sinjel Municipality**
Mayor: Imad Massimah
Tel.: 02-2809567/ 0599-674409
Fax: 02-2809791

**Sourif Municipality**
Mayor:Mousa Al-Sha er
Tel.: 02-2523001/0599-256005
Fax: 02-2523002
E-mail: sourif2@yahoo.com

**Tammoun Municipality**
Mayor: Jamal Sa ed Bni Odah
Tel.: 09-2577430/0597364422
Fax: 09-2577777
E-mail: mskq_2007@hotmail.com

**Taqoua' Municipality**
Mayor: Hatem Sabah
Tel. & Fax: 02-2763142
Mobile: 0599-831969/0598-574303
E-mail:tuqu_municipality@yahoo.com

**Tarqoumya Municipality**
Mayor: Mohammed Al-Ja'freh
Tel.: 02-2584863/0599-295029
Fax: 02-2583180
E-mail: info@tarqumia.city.org

*Index p. 181 ff*

PASSIA

33

02:008937
0800

**Taybeh Municipality**
Mayor: Daoud Khoury
Tel.: 02-2898436/0599-316252
Fax: 02-2898616
E-mail: taybeh@mlg.gov.ps
http://www.taybehmunicipality.org

**Thahriyeh Municipality**
Mayor: Sami Shnaiwer
Tel.: 02-2267601/048/0599-292563
Fax: 02-2267747
E-mail: hsbs76@hotmail.com
PO Box 51, Thahriyeh

**Tubas Municipality**
Mayor: 'Iqab Daraghmah
Tel.: 09-25/3555/0599-255316
Fax: 09-2574661/09-2573554
E-mail: toubas@hally.net
   or: Mayor.pu.okab@gmail.com

**Tulkarem Municip. (est. 1886)**
Mayor: Iyad Abdel Karim Al-Jallad
Tel.: 09-2671020/672/1015/1160/94
Fax: 09-2671490
E-mail: mayor@tulkarm-muncipality.org
PO Box 9, Tulkarem

**Turmus Aya Municipality**
Mayor: Mohammad Ibrahim
Tel.: 02-2809116/0599-097322
Fax: 02-2805055

**Ya'abad Municipality**
Mayor: Walid Al-'Abadi
Tel.: 04-2462053/053/0599-673795
Fax: 04-2461111
E-mail: yabadmunicipal@yahoo.com
http://www.yabad.ps

**Yamoun Municipality**
Mayor: Imad Abahreh
Tel.: 04-2442341/565/0599-706048
Fax: 04-2442689
E-mail: emadr1978@yahoo.com

**Yatta Municipality (est. 1971)**
Mayor: Zahran Abu Qbetah
Tel.: 02-2299502/394
Fax: 02-2279606
E-mail: zahran.Abuqbita@yahoo.com
   or: info@yatta-munc.org
http://www.yatta-munc.org

**Az-Zababdeh Municipality**
Mayor: Victor Is'eid
Tel.: 04-2510203-4/0599-789084
Fax: 04-2510202
E-mail: baladiyat_zababdeh@yahoo.com
PO Box 8, Az-Zababdeh

**Az-Zai'm Village Council**
Mayor: Mahmoud Sbeih (Abu Hussam)
Tel.: 02-2797085/0505-292113
Fax: 02-2797085

**Za'tarah Municipality**
Mayor: Khaled Ahmad Abu Omryeh
Tel.: 02-2775152/297/0599-450000
Fax: 02-2775297
E-mail: b_zatara2005@yahoo.com

**Az-Zaweideh Municipality**
Mayor: Hasan Mezied
Tel.: 08-2550140/0598-270207
Fax: 08-2551138
E-mail: hassan_mezyed@hotmail.com

**Az-Zawiyeh Municipality**
Mayor: Khader Hamoudeh
Tel.: 09-2990904/531/0599-050663
Fax: 09-2990531
E-mail: alzawya_municipality@yahoo.com
   or: Abu_alassaf@yahoo.com
http://www.al_zawyah.com

**Az-Zaytouna Municipality**
(Mazra' Al-Qibliyeh & Abu Shkheidem)
Mayor: Said Shreiteh
Tel.: 02-2815825/0599-433829
Fax: 02-2815825
http://www.alzeitona-mun.org

## POLITICAL PARTIES AND FACTIONS

### HIGHER COMMITTEE OF NATIONAL & ISLAMIC FORCES

**Arab Liberation Front**
Gen.-Sec.: Rakad Salem
Tel.: 02-2964007/0598-782747
Tel. & Fax: 02-2964008
- Ratib Al-'Imlah
   Mobile:   0599-401908
Bethlehem: Tel. & Fax: 02-2743492
Gaza: Tel.: 08-2883466
Hebron: 02-2966734/0599-255171
Jenin: Tel.: 04-2577132
Tulkarem: Tel. & Fax: 09-2682607

**Democratic Front for the Liberation of Palestine (DFLP)**
Gen.-Sec.: Nayef Hawatmeh
Qais Abdul Karim (Abu Leila), member of the Politburo:
Tel.: 02-2965950
Fax: 02-2980401
E-mail: df_lp@yahoo.com
http://www.dflp-palestine.org
http://www.alhourriah.org

*Politburo members:*
Majida Al-Masri / Politburo
 Tel. & Fax: 09-2381070
- Hisham Abu Ghosh / Politburo
 Tel. & Fax: 02-2954438
 E-mail: habughosh@gmail.com

The Central Publication:
Tel. & Fax: 02-2980402
E-mail: dflp_media@yahoo.com
Gaza:
Tel.: 08-2827836
Fax: 08-2826030
Ramallah:
Tel.: 02-2980572
Tel. & Fax: 02-2954438

Bethlehem: Tel.: 02-2766014
Hebron: Tel.: 02-2222431
Jericho: 02-2321634
Nablus: Tel.: 09-2381070

**FATEH - Palestinian National Liberation Movement**
Chairman: HE Mahmoud Abbas (Abu Mazen)
Tel.: 02-2959928/81370-5
Fax: 02-2964739
Gen. Sec.: Mohammed Ghneim
Tel.: 059-7775530
Fax: 02-2984565
Dep. Gen. Sec.: Jibril Rajoub
Tel.: 02-2429088/9/ 0599-289000
Fax: 02-2424045
E-mail: j.rajoub2009@gmail.com
- Official Spokesman:
   Ahmad Abdel Rahman
   Tel.: 02-2959928
*(see organizational details below, p. 35/6)*

**HAMAS - Islamic Resistance Movement**
Repr.: Sheikh Hassan Yousef
(currently imprisoned by Israel)
Tel.: 02-2901169

**Islamic Jihad Palestine**
Repr.: Abdul Al-Hakim Masalmah
Sa'id Nakhlah

**Al-Mubadara** *see Palestinian National Initiative below*

**Palestine Arab Front**
Rep: Mifleh Nadie
Tel.: 02-2987738/0599-794314

**Palestine Democratic Union -FIDA**
Gen.-Sec.: Saleh Ra'fat
Tel.: 02-2954072/0599-205972
Fax: 02-2954071
E-mail: info@fida.ps
   or: fida@palnet.com
http://www.fida.ps
PO Box 247, Ramallah
Bethlehem: Tel. & Fax: 02-2747521
Gaza: Tel.: 08-2822495
       Fax: 08-2822804
Hebron: Tel.: 02-2255643
Jabalia: Tel.: 08-2457433
Jenin: Tel.: 04-2504537
Jericho: Tel.: 02-2321046
Khan Younis: Tel.: 08-2052853
Nablus: Tel.: 09-2380774
Qalqilya: Tel.: 09-2942853
Rafah: Tel.: 08-2137424
Salfit: Tel.: 09-2519307
Tubas: Tel.: 09-2574471
Tulkarem: Tel.: 09-2675424

**Palestinian Liberation Front (PLF)**
West Bank:
Gen.-Sec.: Dr. Wasel Abu Yousef
Tel.: 02-2950547
Fax: 02-2988553
Ramallah:
Tel.: 02-2960488/0599-420601
Fax: 02-2960488
E-mail: plf1977@yahoo.com

34

PASSIA

02:008938

0801

| نوفمبر ٢٠٠٥م | الوقائع الفلسطينية | العدد السنون |
|---|---|---|

# قانون المخابرات العامة رقم (١٧) لسنة ٢٠٠٥م

**رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية**

**رئيس السلطة الوطنية الفلسطينية**

بعد الاطّلاع على القانون الأساسي المعدل لسنة ٢٠٠٣ وتعديلاته،

وعلى قانون الخدمة المدنية رقم (٤) لسنة ١٩٩٨م وتعديلاته،

وعلى قانون التأمين والمعاشات لقوى الأمن الفلسطيني رقـــم (١٦) لســنة ٢٠٠٤ م وتعديلاته،

وعلى قانون التقاعد العام رقم (٧) لسنة ٢٠٠٥م،

وعلى قانون الخدمة في قوى الأمن الفلسطينية رقم (٨) لسنة ٢٠٠٥م،

وبناءً على ما أقره المجلس التشريعي في جلسته المنعقدة بتاريخ: ٢٠٠٥/٩/٢١م،

وبناءً على الصلاحيات المخولة لنا،

وباسم الشعب العربي الفلسطيني.

**أصدرنا القانون التالي:**

## الفصل الأول

### تعاريف وأحكام عامة

#### مادة (١)

يكون للكلمات والعبارات الآتية الواردة في هذا القانون المعاني المخصصة لها أدناه ما لم تدل القرينة على غير ذلك:

| **الســلطة:** | السلطة الوطنية الفلسطينية. |
|---|---|
| **الرئيـــس:** | رئيس السلطة الوطنية الفلسطينية. |

٨٤

| نوقمبر ٢٠٠٥م | الوقائع الفلسطينية | العدد الستون |
|---|---|---|

المخابرات: المخابرات العامة الفلسطينية.

رئيس المخابرات: رئيس المخابرات العامة الفلسطينية.

العـــامـــل: الضابط أو ضابط الصف أو الفرد المعين في المخابرات.

## مادة (٢)

المخابرات هيئة أمنية نظامية تتبع الرئيس، تؤدي وظائفها وتباشر اختصاصاتها وفقاً لأحكام القانون برئاسة رئيسها وتحت قيادته وهو الذي يصدر القـــرارات اللازمـــة لإدارة عملها وتنظيم شؤونها كافة.

## مادة (٣)

تتكون المخابرات من رئيس ونائب وعدد كاف من الضباط والأفراد اللازمين لتسيير العمل وفقاً للهيكل التنظيمي الذي يصدره الرئيس وتسري أحكام هذا القانون علـــى جميع العاملين فيها.

## مادة (٤)

١- يعين رئيس المخابرات بقرار من الرئيس وبدرجةً وزير.

٢- مدة تعيين رئيس المخابرات ثلاث سنوات، ويجوز تمديدها لمدة سنه فقط.

## مادة (٥)

رئيس المخابرات هو السلطة المختصة بتنفيذ الأحكام الواردة في هذا القانون وتحديد اختصاصات الوحدات على ضوء اللائحة التنفيذية، وله أن يفوض من يراه مناســـباً من الضباط بعض اختصاصاته.

٨٥

| نوفمبر ٢٠٠٥م | الوقائع الفلسطينية | العدد السنون |
|---|---|---|

## مادة (٦)

١- يعين نائب رئيس المخابرات بقرار من الرئيس وبتنسيب من رئيس المخابرات.

٢- يكون التعيين في وظيفة مدير دائرة من دوائر المخابرات، بقرار مـــن رئـــيس المخابرات وبتنسيب من لجنة الضباط.

٣- يعتبر مديرو الدوائر من القيادة التنفيذية للمخابرات ومسؤولين عن تنفيذ المهـــام المناطة بهم مسئولية كاملة.

## مادة (٧)

١- يتولى رئيس المخابرات سلطة الإشراف على أعمال المخابرات والعاملين فيهـــا وله تشكيل اللجان الضرورية، ويصدر القرارات والأوامر اللازمة لتنظيم سير العمل وضمان حسن الأداء.

٢- يكون رئيس المخابرات مسؤولاً أمام الرئيس أو من يفوضه على المحافظة على سرية نشاط المخابرات والمعلومات ووسائل الحصول عليها ومصـــادرها، ولا يجوز الاطلاع على تحريات المخابرات أو معلوماتها إلا بـــإذن خـــاص مـــن الرئيس أو من يفوضه.

٣- يبلغ رئيس المخابرات الرئيس أو من يفوضه عن كل المســـائل ذات الطبيعـــة الهامة أو المستعجلة.

## الفصل الثاني
## مهام المخابرات
## مادة (٨)

١- تعتبر المخابرات الجهة المكلفة رسمياً بممارسة الأنشطة والمهام الأمنية خـــارج الحدود الجغرافية لفلسطين.

٨٦

| العدد الستون | الوقائع الفلسطينية | نوفمبر ٢٠٠٥م |
|---|---|---|

٢- تمارس المخابرات مهام أمنية محددة داخل الحدود الجغرافية لدولـــة فلســـطين لاستكمال الإجراءات والنشاطات التي بدأت بها خارج الحدود.

### مادة (٩)

تتولى المخابرات:

١- اتخاذ التدابير اللازمة للوقاية من أية أعمال تعرض أمن وسلامة فلسطين للخطر واتخاذ الإجراءات اللازمة ضد مرتكبيها وفقاً لأحكام القانون.

٢- الكشف عن الأخطار الخارجية التي من شأنها المساس بالأمن القومي الفلسطيني في مجالات التجسس والتآمر والتخريب أو أية أعمال أخرى تهدد وحدة الوطن وأمنه واستقلاله ومقدراته.

٣- التعاون المشترك مع أجهزة الدول الصديقة المشابهة لمكافحة أية أعمال تهدد السلم والأمن المشترك أو أي من مجالات الأمن الخارجي، شريطة المعاملة بالمثل.

### مادة (١٠)

الأعمال التي ينطبق عليها نص المادة السابقة هي:

١- التخابر مع دولة أجنبية على القيام بعمل عدواني ضد فلسطين.

٢- الالتحاق بخدمة جيش أجنبي في حالة حرب مع فلسطين.

٣- تسليم أو المساعدة في تسليم دولة أجنبية سراً من أسرار الدفاع عن فلسطين في النواحي العسكرية أو السياسية أو الاقتصادية أو الاجتماعية.

٤- أي فعل عمدي يتسبب في موت أو إحداث إصابة جسدية جسيمه أو فقدان حرية أي من:

أ ) ملوك ورؤساء الدول وزوجاتهم أو أصولهم أو فروعهم.

ب) أولياء العهد أو نواب رؤساء الدول أو رؤساء الحكومات أو الوزراء.

٨٧

| العدد الستون | الوقائع الفلسطينية | نوفمبر ٢٠٠٥م |
|---|---|---|

ج) الأشخاص القائمين بمسؤوليات عامه أو من ذوي المناصب العامة إذا وجهت هذه الأفعال إليهم بصفاتهم هذه.

د) السفراء أوالدبلوماسيين المعتمدين لدى دولة فلسطين.

٥- التخريب المتعمد أو إتلاف الممتلكات العامة أو الممتلكات الخاصـــة لأغـــراض عامة والمتعلقة أو الخاضعة لسلطات دولة تربطها بفلسطين علاقات دبلوماســـية أو علاقات صداقة.

٦ – تصنيع أو حيازة أو إحراز أسلحة أو متفجرات أو أية مـــواد ضـــارة بقصـــد ارتكاب أي من الأفعال السابقة في أي دولة من الدول

٧ – كل فعل من أفعال العنف أو التهديد أيا كانت بواعثه أو أغراضه، يقـــع تنفيـــذاً لمشروع إجرامي فردي أو جماعي ويهدف إلى إلقاء الرعـــب بـــين النـــاس أو ترويعهم بإيذائهم أو تعريض حياتهم أو حرياتهم أو أمـــنهم للخطـــر أو إلحـــاق الضرر بالبيئة أو بأحد المرافق أو الأملاك العامة أو احتلالها أو الاستيلاء عليها أو تسريب الأراضي أو تعريض أحد الموارد الوطنية للخطر.

### مادة (١١)

وفقاً لأحكام القانون للمخابرات الحق في جمع المعلومات في الاختصاصـــات التـــي أقرها القانون وطلبها من أجهزة السـلطة وغيرهـا بـدون معارضـة، ولــرئيس المخابرات الطلب من النائب العام وفقاً للقانون حق استصدار القـرارات القانونيـة لمنع سفر الأجانب من وإلى البلاد ومنع المواطنين من السفر لدواعي الأمن القومي كما يكون للمخابرات في سبيل مباشرة اختصاصاتها المقررة بموجب هذا القــانون سلطة الرقابة والتحري بالوسائل الفنية والمهنية المختلفة وفقاً للقانون.

02:008943
0806
الأمنية

Case 1:21-cv-03043-RM-STV   Document 69-12   Filed 09/19/22   USDC Colorado   Page 216 of 240

Appellate Case: 23-1395   Birzeit University - Institute of Law - Al-Muqtafi Legal Database   Document: 010910836   Date Filed: 01/29/2024   Page: 257

| العدد الستون | الوقائع الفلسطينية | نوفمبر ٢٠٠٥م |
|---|---|---|

## مادة (١٢)

يكون للمخابرات في سبيل مباشرة اختصاصاتها المقرة بموجب هذا القـــانون صـــفة الضبطية القضائية.

## مادة (١٣)

على المخابرات مراعاة الحقوق والضـــمانات المنصـــوص عليهـــا فـــي القـــوانين الفلسطينية وقواعد القانون الدولي في هذا المجال.

## مادة (١٤)

وفقاً لأحكام القانون تقوم المخابرات بإجراء تحقيق أولـــي فـــي الوقـــائع المنســـوبة للشخص المقبوض عليه وتمارس الرقابة والبحث والتحري والتفتيش وطلب حجـــز الأموال والأفراد واستدعائهم واستجوابهم وســـماع أقـــوالهم وطلـــب البيانـــات أو المعلومات أو الوثائق من أي شخص أو الاحتفاظ بها واتخاذ مـــا تـــراه ضـــرورياً بشأنها طبقاً للقانون.

## مادة (١٥)

١– إذا كان الشخص المقبوض عليه أجنبياً وجب مساعدته في الاتصال بأقرب ممثل للدولة التي يكون أحد رعاياها.

٢– يجوز للمخابرات إخطار أي دولة أخرى ذات مصلحة إذا رأت أن ذلك مناســـبة لحقيقة هذا الإجراء والظروف التي دعت إلى اتخاذه.

## مادة (١٦)

بما لا يتعارض مع أحكام القانون يتعين مراعاة المعاهدات الخاصة بتسليم المتهمين في الجرائم القابلة للتسليم بين السلطة وأي دولة أخرى.

٨٩

## الفصل الثالث

## الموازنة

### مادة (١٧)

١- وفقاً لأحكام القانون يكون للمخابرات موازنتها المستقلة وتدرج رقماً واحـداً ضـمـن الموازنة العامة للدولة، وتتولى بنفسها إدارتها والإنفاق منها تحت إشراف الرئيس.

٢- يشكل المجلس التشريعي لجنة خاصة من ثلاثة أعضاء تتولى مناقشـة إقـرار موازنة المخابرات، في إطار إقرار الموازنة العامة.

٣- يعين مراقب مالي في المخابرات بقرار من الـرئيس وبتنسـيب مـن رئـيس المخابرات، ويتولى المراقب المالي الاطلاع على بنود الصـرف والإشـراف المباشر على تدقيق الحسابات والتأكد من سلامتها.

### مادة (١٨)

١- يتولى رئيس المخابرات إعداد الموازنة السنوية للمخـابرات وعرضـها علـى الرئيس للتصديق عليها.

٢- يصدر رئيس المخابرات القرارات التي تتضمن الأسس والإجـراءات المتعلقـة بتنفيذ بنود الموازنة في الأغراض المخصصة لها، وتكون له صلاحية صـرف النفقات المكتومة بالطريقة التي يقررها دون التقيد باللوائح والقرارات المعمول بها في الأجهزة الحكومية الأخرى، وتعتبر جميع البنود والإجراءات المتعلقـة بذلك سرية.

### مادة (١٩)

يعد رئيس المخابرات نظاماً للمشتريات يتلاءم وطبيعة عمل المخـابرات، ويصـدر بهذا النظام قرار من الرئيس وتكون لرئيس المخابرات الصلاحية الكاملة لتطبيقه.

٩٠

## الفصل الرابع
## اللجان
### مادة (٢٠)

يجوز لرئيس المخابرات تشكيل لجان طبقاً لمقتضيات مصلحة العمل، ويحدد قـــرار التشكيل مهام وصلاحيات وضوابط عمل كل لجنة، على ألا يتعارض عمل أي لجنة مع مهام الإدارات والوحدات القائمة أصلاً، ويستثنى من ذلك لجان التحقيـــق التـــي تشكل لأغراض محددة.

### مادة (٢١)

وفقاً لأحكام قانون الخدمة في قوى الأمن الفلسطينية وبقرار من رئيس المخـــابرات تشكل لجنة ضباط فرعية في المخابرات.

### مادة (٢٢)

تمارس اللجنة اختصاصاتها على كافة العاملين بالمخابرات، ويجوز لهـــا أن تـــدعو لاجتماعاتها من ترى الاستعانة بهم.

## الفصل الخامس
## واجبات العاملين والأعمال المحظورة
### مادة (٢٣)

لا يجوز لرئيس المخابرات أو نائبة أو لأي من العاملين فيه أن يشهد أمام المحاكم ولو بعد تركه العمل عما يكون قد وصل إلى علمه أثناء قيامه بالعمل من معلومات لم تنشر بالطريق القانوني، ولم تأذن السلطة المختصة في نشرها، ويعطى إذن السلطة المختصة لرئيس المخابرات ونائبه من الرئيس، ولباقي العاملين من رئيس المخابرات.

٩١

02:008946
الأمنية 0809

| العدد الستون | الوقائع الفلسطينية | نوفمبر ٢٠٠٥م |
|---|---|---|

## مادة (٢٤)

١– يجب على العاملين التقيد بأحكام هذا القانون ولائحته، وعليهم الالتـزام بـالنظم واللوائح المعمول بها داخل المخابرات وخارجها.

٢– يصدر دليل للعاملين ينظم سلوكهم وأخلاقياتهم.

## مادة (٢٥)

إضافة إلى ما ورد في قانون الخدمة في قوى الأمن الفلسطينية يحظر على العاملين ما يلي:

١– الجمع بين العمل بالمخابرات وأية أعمال أخرى، إلا إذا اقتضت مصلحة العمل ذلك وبقرار من رئيس المخابرات.

٢– الإهمال أو التقصير الذي يترتب عليه ضياع حق من حقوق الدولة.

٣– التصريح بأي بيانات تتعلق بأمور العمل لوسائل الإعلام سواء كان أثناء الخدمة أو بعدها إلا من خلال شخص مفوض بذلك.

٤– القيام بأي نشاط سياسي أو إعلامي.

٥– الانتساب إلى الجمعيات أو المؤسسات أو الأندية إلا إذا اقتضت مصلحة العمـل ذلك وبقرار من رئيس المخابرات.

٦– استغلال الوظيفة لتحقيق أغراض شخصية.

٧– الاحتفاظ لأنفسهم بأية وثيقة من الوثائق الرسمية ولو كانت خاصة بأعمال كلفوا بها.

٨– مخالفة إجراءات الأمن التي يصدر بها قرار من السلطة المختصة.

٩– التستر على أخطاء ومخالفات زملائهم في العمل.

١٠– الاتصال أو إقامة علاقات خاصة بالأجانب أو بأعضاء السـفارات والبعثـات المعتمدة بالدولة إلا إذا اقتضت مصلحة العمـل ذلـك وبقـرار مـن رئـيس المخابرات.

٩٢

| العدد الستون | الوقائع الفلسطينية | نوفمبر ٢٠٠٥م |
|---|---|---|

## الفصل السادس

### التعيين

**مادة (٢٦)**

يشترط فيمن يعين بالمخابرات ما يلي:

١- أن يكون فلسطيني الجنسية ومن أبوين فلسطينيين.

٢- ألا يكون قد سبق الحكم عليه بعقوبة في جناية أو جنحـة مخلـة بالشــرف أو الأمانة.

٣- أن يكون لائقاً صحياً للخدمة.

٤- ألا يكون متزوجاً من غير عربية.

٥- أن يتراوح عمره مابين ١٨و ٣٠ سنة.

٦- ألا يكون قد فصل من خدمته السابقة بقرار تأديبي.

٧- أن يكون محمود ا لسيرة حسن السمعة.

٨- أن يكون حاصلاً على المؤهلات العلمية المقررة للوظيفة.

٩- إن يجتاز الاختبارات اللازمة لشغل الوظيفة.

**مادة (٢٧)**

١- يؤدي كل من يعين ضابطاً بالمخابرات قسم الولاء حسب الصيغة التالية:

" أقسم بالله العظيم بأن أكون مخلصاً للوطن والشعب، وأن أدافع عنهما وأبـذل روحي في سبيلهما، وأحافظ على سلاحي وشرفي العسكري، واحترم القــوانين والأنظمة وأن أعمل بها، وأن أصون أسرار مهنتي وأن أقوم بجميع واجبـاتي الوظيفية والوطنية بشرف وأمانة وإخلاص، والله على ما أقول شهيد".

٢- تكون تأدية القسم لرئيس المخابرات ونائبه أمام الرئيس.

٩٣

| نوفمبر ٢٠٠٥م | الوقائع الفلسطينية | العدد الستون |
|---|---|---|

٣- تكون تأدية القسم أمام رئيس المخابرات أو من ينيبه لذلك، ويوقع الضابط على نموذج " تأدية القسم " ويحفظ في ملف الخدمة.

## مادة (٢٨)

يجوز الاستعانة بذوي الخبرة من المتقاعدين العاملين سابقاً في المخابرات لأداء أعمال محددة بعقود عمل خاصة لمدة سنة تجدد لمدة ثلاث سنوات نظير مكافأة مقطوعة.

## الفصل السابع
## السرية والانضباط
## مادة (٢٩)

يخضع جميع العاملين بالمخابرات للتعليمات والضوابط والإجراءات الأمنيـة التـي تصدر عن رئيس المخابرات.

## مادة (٣٠)

تعتبر المعلومات المتعلقة بتنظيم المخابرات وأنشطتها وأعمالها ووثائقهـا ومقرهـا وممتلكاتها وبيانات العاملين من أسرار الأمن الوطني التي يحظر إفشاؤها، ويسري ذلك على جميع العاملين بالمخابرات والعاملين بعقود خاصـة حتـى بعـد انتهـاء خدمتهم.

## مادة (٣١)

يعاقب كل من يخرج على مقتضى الواجب الـوظيفي، أو يرتكـب أحـد الأعمـال المحظورة المنصوص عليها في هذا القانون ولائحته، أو يظهر بمظهر مخل بكرامة الوظيفة ومقتضياتها بموجب قوانين العقوبات النافذة.

٩٤

Appellate Case: Birzeit University Institute of Law Document: 83 Al-Muqtafi Legal Database Page: 263

| نوفمبر ٢٠٠٥م | الوقائع الفلسطينية | العدد الستون |
|---|---|---|

## مادة (٣٢)

في غير حالة التلبس، لا يجوز للسلطات المختصة القبض على العامل أو التحقيـــق معه إلا بعد إعلام رئيس المخابرات.

### الفصل الثامن
### أحكام ختامية
## مادة (٣٣)

للمجلس التشريعي عبر لجانه المختصة مساءلة رئيس المخابرات.

## مادة (٣٤)

١- تنشأ بموجب أحكام هذا القانون أكاديمية أمنية لأغراض إعداد وتدريب وتأهيـــل العاملين بالمخابرات.

٢- يتولى رئيس المخابرات الإشراف على المناهج والمساقات وتعيـــين المـــدربين والأساتذة وفقاً للمصلحة وتحقيق الأهداف.

## مادة (٣٥)

بما لا يتعارض مع أحكام هذا القانون تسري على العاملين أحكام قانون الخدمة فـــي قوى الأمن الفلسطينية من حيث التعيين والأقدمية والترقية والندب والإلحاق والنقـــل والإعارة والبعثات الدراسية والرواتب والأجازات والواجبات والأعمال المحظـــورة والعقوبات والأوسمة والأنواط والميداليات والإحالة إلى الاستيداع وانتهـــاء الخدمـــة وأية مسألة أخرى لم يرد فيها نص خاص في هذا القانون.

٩٥

## مادة (٣٦)

يعد رئيس المخابرات اللائحة التنفيذية للقانون والأنظمة اللازمة لعمل المخـــابرات، وتصدر بقرار من الرئيس.

## مادة (٣٧)

على جميع الجهات المختصة– كلٌ فيما يخصه– تنفيذ أحكام هذا القانون، ويعمل به من تاريخ نشره في الجريدة الرسمية.

صدر في مدينة رام الله بتاريخ: ٢٠٠٥/١٠/٢٦ ميـــلاديـــة.
الموافق: ٢٣/ رمضان/١٤٢٦ هجرية.

**محمود عباس**
**رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية**
**رئيس السلطة الوطنية الفلسطينية**

٩٦

P.002

أولاً : معلومات ذاتية :

الرقم المحلي : _____ الرقم المركزي : _____

اسم الحالة : _____ سرحبي ابراهيم سعيد رمضان _____ الاسم الحركي : _____

الجنسية : _____ فلسطيني _____ رقم الهوية : _____

اسم المستفيد رباعي : ابراهيم سعيد ابراهيم رمضان ____ رقم الهوية : _____

اسم الأم كامل : _____ عزيزة علي ابراهيم رمضان ____ رقم هوية الأم : _____

تاريخ ومكان الميلاد : _____ ١٨ / ١ / ١٩٧٨ ____ البلد الأصلي : _____

الديانة : _____ مسلم _____ الجنس : ____ ذكر ____ الحالة الاجتماعية : _____ متزوج _____

العمل السابق : _____ خريج جامعة ____ العمل الحالي : _____

تاريخ ورقم كتاب الاعتماد : _____

تاريخ الاعتماد بالمؤسسة : _____

المؤهل العلمي : _____ تاريخ عام _____

ثانياً : معلومات ادارية :

الرتبة العسكرية : _____ الرتبة التنظيمية : _____

كتاب إعتماد الرتبة : _____ رقم : _____ تاريخ : _____

المخصص الشهري السابق : _____ رقم المذكرة : _____

التنظيم التابع له : _____ القطاع : _____

تاريخ الالتحاق بالثورة : _____ تنظيما : _____ عسكريا : _____ تفرغا : _____

الدورات التي اجتازها : _____

تاريخ ومكان الحادث : _____ ٢٢ / ١١ / ٢٠٠٦ ____ النصر المدينة شارع مينا _____

كيفية حدوث الحادث : _____

_____

موجز سيرته الذاتية :

_____

_____

_____

ا.الأسرة : ملك : _____ ايجار : _____ مشترك : _____

دار الشهري : _____

ع الكامل : _____ الجنس ترمذي تل / غرب عبد المجيد _____

CONFIDENTIAL

02:008952

0815

RX Date/Time 14/02/2007 06:50

المدينة سمير ابراهيم سعيد ريضان

ثالثاً : الجدول الأسري : ٭ متزوج - أعزب

١- المتزوج : يسجل الزوجات والأبناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
٢- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج .

| العنوان | الحالة الاجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة بالمبحوثة | الاسم | مسلسل |
|---|---|---|---|---|---|---|---|
| جل | متزوجة | ربة منزل | ابتدائى | ١٩٦١ | والده | ابراهيم سعيد ابراهيم ريضان | ١ |
| جل | متزوجة | ربة بيت | ادبي | ١٩٦٣ | والدته | عزة علوى ابراهيم ريضان | ٢ |
| فلسطين | متزوجة | ربة بيت | انثرادي | ١٩٧٧ | شقيقة | ادل | ٣ |
| مصر | متزوجة | - | متزوجة | ١٩٨٠ | شقيقة | دليل | ٤ |
| جل | متزوجة | طالبة جامعية | شقيقة | ١٩٨٤ | شقيقة | صياح | ٥ |
| جل | اعزب | طالب | متزوجات | ١٩٨٩ | شقيم | محمد | ٦ |
| | آنسة | طالبة | ناجح | ١٩٨٧ | شقيقة | اليام | ٧ |
| | | | | | | | ٨ |
| | | | | | | | ٩ |
| | | | | | | | ١٠ |
| | | | | | | | ١١ |
| | | | | | | | ١٢ |
| | | | | | | | ١٣ |
| | | | | | | | ١٤ |
| | | | | | | | ١٥ |
| | | | | | | | ١٦ |
| | | | | | | | ١٧ |
| | | | | | | | ١٨ |
| | | | | | | | ١٩ |
| | | | | | | | ٢٠ |
| | | | | | | | ٢١ |

عدد المعالين : ٥

- المتزوج : الزوجات والابناء القصر :
- الاعزب : الوالدين والاخوة القصر :

ملاحظات على الجدول الاسري :
يتم صرف راتب لشخص ايراهيم سعيد ابراهيم ريضان مصر ٢٤٢٩٨٥ بلطامهم/محمد منخ يا
(دينار)
١٠ ١٠/١ ٤٢٥٠٨٠٥٢٢ ابرى/نامح

CONFIDENTIAL

02:08:53
0616

Palestine Liberation Organization

Ms I. & P.C.E



منظمة التحرير الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

كشف حساب مالي

| | | |
|---|---|---|
| المستحق : | | 1560 |
| تاريخ الاستحقاق : | 01/02/2002 | |
| تمويل الاستحقاق : | 01/01/3000 | |
| المبلغ المصروف : | 30840 | |
| المبلغ غير المصروف : | 0 | |

رقم الحساب: 0103168
اسم البنك: بنك فلسطين سعيد رمضان
اسم المستفيد: عزو علي ابراهيم رمضان
المكتب: نابلس
اسم الوكيل: شريك

| السنة | 2009 | 2010 | 2011 |
|---|---|---|---|
| شهر ١ | د | 980 | 1160 |
| شهر ٢ | د | 980 | 1160 |
| شهر ٣ | د | 980 | 1160 |
| شهر ٤ | د | 980 | 1160 |
| شهر ٥ | د | 980 | 1160 |
| شهر ٦ | د | 980 | 1160 |
| شهر ٧ | 980 | 980 | 1560 |
| شهر ٨ | 980 | 980 | 1560 |
| شهر ٩ | 980 | 980 | 1560 |
| شهر ١٠ | 980 | 980 | 1560 |
| شهر ١١ | 980 | 980 | |
| شهر ١٢ | 980 | 980 | |

14/06/2012

CONFIDENTIAL

02:00954
0817

Palestinian National Authority

السلطة الوطنية الفلسطينية
ديوان الموظفين العام رام الله والبيرة

14/06/2012

المؤسسة رعاية أسر الشهداء

السلطة الوطنية الفلسطينية

| | ٥/٢٠١٢ | ٩٠٤٥٦٧٨٠٤ | حرب علي ابراهيم رمضان | ١٥٠ | |

Palestinian National Authority

تاريخ الطباعة    14/06/2012

CONFIDENTIAL

02:008956
0819



التاريخ : 2012/12/17

السلطة الوطنية الفلسطينية
وزارة الداخلية والامن الوطني
الإدارة المالية المركزية

كشف سنوي شخصي

2000

رقم الهوية : 904460862     الاســـم : ماجد اسماعيل محمد المصري     الرقم المالي : 76076

| شهر | القطاع | الإدارة | الرتبة | ح . اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| 1 | الشرطة المدنية | شرطة رام الله* | ملازم اول + 4 | م/ 2 | | 236.838 | 28.396 | 2005.21 |
| 2 | الشرطة المدنية | شرطة رام الله* | ملازم اول + 4 | م/ 2 | | 236.838 | 28.396 | 2005.21 |
| 3 | الشرطة المدنية | شرطة رام الله* | ملازم اول + 4 | م/ 2 | | 236.838 | 28.396 | 2005.21 |
| 4 | الشرطة المدنية | شرطة رام الله* | ملازم اول + 4 | م/ 2 | | 236.838 | 28.396 | 2005.21 |
| 5 | الشرطة المدنية | شرطة رام الله* | ملازم اول + 4 | م/ 2 | | 236.838 | 28.396 | 2005.21 |
| 6 | الشرطة المدنية | شرطة نابلس* | ملازم اول + 4 | م/ 2 | | 236.838 | 28.396 | 2005.21 |
| 7 | الشرطة المدنية | شرطة نابلس* | ملازم اول + 0 | م/ 2 | | 250.725 | 41.86 | 2009.28 |
| 8 | الشرطة المدنية | شرطة نابلس* | نقيب + 0 | م/ 2 | | 243.685 | 35.21 | 2005.52 |
| 9 | الشرطة المدنية | شرطة نابلس* | نقيب + 0 | م/ 2 | | 250.725 | 41.86 | 2009.28 |
| 10 | الشرطة المدنية | شرطة نابلس* | نقيب + 0 | م/ 2 | | 250.725 | 41.86 | 2009.28 |
| 11 | الشرطة المدنية | شرطة نابلس* | نقيب + 0 | م/ 2 | | 250.725 | 41.86 | 2009.28 |
| 12 | الشرطة المدنية | شرطة نابلس* | نقيب + 0 | م/ 2 | | 250.725 | 41.86 | 2009.28 |

الإجمـــــــالي     24083.18

CONFIDENTIAL

02:008957

0820



السلطة الوطنية الفلسطينية
وزارة الداخلية والامن الوطني
الإدارة المالية المركزية

التاريخ : 2012/12/17

**كشف سنوي شخصي**

**2001**

رقم الهوية : 904460862     الاســم : ماجد اسماعيل محمد المصري     الرقم المالي : 76076

| شهر | القطاع | الإدارة | الرتبة | ح . اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| 1 | الشرطة المدنية | شرطة نابلس* | نقيب + 0 | م/ 2 | | 250.725 | 41.86 | 2009.28 |
| 2 | الشرطة المدنية | شرطة نابلس* | نقيب + 0 | م/ 2 | | 250.725 | 41.86 | 2009.28 |
| 3 | الشرطة المدنية | شرطة نابلس* | نقيب + 0 | م/ 2 | | 250.725 | 41.86 | 2009.28 |
| 4 | الشرطة المدنية | شرطة نابلس* | نقيب + 0 | م/ 2 | | 250.725 | 41.86 | 2009.28 |
| 5 | الشرطة المدنية | شرطة نابلس* | نقيب + 0 | م/ 2 | | 250.725 | 41.86 | 2009.28 |
| 6 | الشرطة المدنية | شرطة نابلس* | نقيب + 0 | م/ 2 | | 250.725 | 41.86 | 2009.28 |
| 7 | الشرطة المدنية | شرطة نابلس* | نقيب + 1 | م/ 2 | | 255.775 | 42.64 | 2050.35 |
| 8 | الشرطة المدنية | شرطة نابلس* | نقيب + 1 | م/ 2 | | 255.775 | 42.64 | 2050.35 |
| 9 | الشرطة المدنية | شرطة نابلس* | نقيب + 1 | م/ 2 | | 255.775 | 42.64 | 2050.35 |
| 10 | الشرطة المدنية | شرطة نابلس* | نقيب + 1 | م/ 2 | | 255.775 | 42.64 | 2050.35 |
| 11 | الشرطة المدنية | شرطة نابلس* | نقيب + 1 | م/ 2 | | 255.775 | 42.64 | 2050.35 |
| 12 | الشرطة المدنية | شرطة نابلس* | نقيب + 1 | م/ 2 | | 255.775 | 42.64 | 2050.35 |
| الإجمـــــــــالي | | | | | | | | 24357.78 |

**CONFIDENTIAL**

02:008958
0821



السلطة الوطنية الفلسطينية
وزارة الداخلية والامن الوطني
الإدارة الماليــة المركزيــة

التاريخ : 2012/12/17

## كشف سنوي شخصي

## 2002

| الرقم المالي : 76076 | | الاســــم : ماجد اسماعيل محمد المصري | | | | رقم الهوية : 904460862 | | |
|---|---|---|---|---|---|---|---|---|
| شهر | القطاع | الإدارة | الرتبة | ح . اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
| 1 | الشرطة المدنية | شرطة نابلس* | نقيب + 1 | م/ 2 | | 255.775 | 42.64 | 2050.35 |
| 2 | الشرطة المدنية | شرطة نابلس* | نقيب + 1 | م/ | | 255.775 | 42.64 | 2020.34 |
| 3 | الشرطة المدنية | شرطة نابلس* | نقيب + 1 | م/ | | 255.775 | 42.64 | 2020.34 |
| 4 | الشرطة المدنية | شرطة نابلس* | نقيب + 1 | م/ | | 255.775 | 42.64 | 2020.34 |
| 5 | الشرطة المدنية | شرطة نابلس* | نقيب + 1 | م/ | | 255.775 | 42.64 | 2020.34 |
| 6 | الشرطة المدنية | شرطة نابلس* | نقيب + 1 | م/ | | 255.775 | 42.64 | 2020.34 |
| 7 | الشرطة المدنية | شرطة نابلس* | نقيب + 2 | م/ | | 260.825 | 43.42 | 2061.42 |
| 8 | الشرطة المدنية | شرطة نابلس* | نقيب + 2 | م/ | | 260.825 | 43.42 | 2061.42 |
| 9 | الشرطة المدنية | شرطة نابلس* | نقيب + 2 | م/ | | 260.825 | 43.42 | 2061.42 |
| 10 | الشرطة المدنية | شرطة نابلس* | نقيب + 2 | م/ | | 260.825 | 43.42 | 2061.42 |
| 11 | الشرطة المدنية | شرطة نابلس* | نقيب + 2 | م/ | | 260.825 | 43.42 | 2061.42 |
| 12 | الشرطة المدنية | شرطة نابلس* | نقيب + 2 | م/ | | 260.825 | 43.42 | 2061.42 |
| الإجمـــــــالي | | | | | | | | 24520.57 |

CONFIDENTIAL



دولـــة فلســـطين
منظمة التحرير الفلسطينية
قوى الأمن
هيئة التنظيم والادارة

| | |
|---|---|
| تاريخ الالتحاق: | **1988/04/01** |
| الرقم المالي: | **76076** |

**بيان التدقيق الشامل**

| | | | |
|---|---|---|---|
| م. اجتماعية: متزوج+2 | الاســـم: | ماجد اسماعيل محمد المصرى | |
| تاريخ الرتبة : 2010/01/01 | الرتبـــة : | عقيد | |
| صفة العمل : | الوحـــدة : | مديرية الشرطة / محافظات الشمال | |
| تاريخ الميلاد : 1972/02/15 | ملاحظات 1 : | | |

| | | | | | |
|---|---|---|---|---|---|
| الرقم العسكري: **061009958** | رقم الذاتية : **66338** | الام: فتحيه | رقم الهوية : **904460862** | | |
| مجاز الى : | تاريخ أمر الاخذ: **1992/09/02** | | رقم أمر الاخذ: **2728/1** | | |

**الترقيــــات**

| | | | | |
|---|---|---|---|---|
| 1996/10/26 | بالأمر 10661/3 | ملازم اول شرف1995/07/17 | الى | من ملازم شرف 1992/07/17 |
| دورة تأهيل ضباط 1999/03/13 | بالأمر 2301/15 | ملازم اول 1995/07/17 | الى | من ملازم اول شرف 1995/07/17 |
| ترقيه 2000/07/17 | بالأمر 7689/3 | نقيب 2000/07/17 | الى | من ملازم اول 1995/07/17 |
| 2006/07/11 | بالأمر 10237/3 | رائد 2004/07/17 | الى | من نقيب 2000/07/17 |
| استنابة بتعليمات الاخ الرئيس 2010/01/25 | بالأمر 594/3 | عقيد 2010/01/01 | الى | من رائد 2004/07/17 |

**ترقين للأبد**

**النقـــــل**

| | | | | |
|---|---|---|---|---|
| 1996/08/24 | بالأمر 8258/7 | مديرية الشرطة / محافظات الشمال | الى | نقل في 1996/09/01 من الامن الوطني / محافظات الشمال |
| بسبب | | | | |

**انهاء خدمات**

**احالة للاستيداع**

**الصـــرف**

**متفرقات صف ضباط**

**متفرقات ضباط**

| | | | |
|---|---|---|---|
| المالية / تم اعتقاله من الطرف الاخر لي 2002/11/30 تصرف رواتبه لحين البت بوضعه | بسبب | 2002/12/18 | بالأمر 12502/15 |
| شطب علاوة الزوجة(زينب مصرى)اعتبارا من 2003/7/1 وذلك لعملها كموظفة | بسبب | 2010/07/11 | بالأمر 5530/15 |
| تعديل تاريخ الالتحاق ليصبح من1990/2/15) بدلا من 1988/4/1 ( حسب تاريخ الميلاد) | بسبب | 2012/09/24 | بالأمر 6025/15 |

**عقوبــــات**

**شعبة امنية**

CONFIDENTIAL

02:008060
0825

السلطة الوطنية الفلسطينية

وزارة الداخلية والامن الوطني

الإدارة المالية المركزية

التاريخ : ٢٠١١/١٢/٠١

## كشف سنوي شخصي

### ٢٠٠٠

| الرقم المالي : ٦٦٥٣٩ | | الاســـم : احمد طلب مصطفى البرغوتي | | | رقم الهوية : ٩٩٤٤٦٦٨٦٠ | | |
|---|---|---|---|---|---|---|---|
| شهر | القاطع | الإدارة | الرتبة | ح . اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |

| شهر | القاطع | الإدارة | الرتبة | ح . اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| ١ | الشرطة المدنية | شرطة رام الله* | عريف + ٢ | أ/ ٠ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |
| ٢ | الشرطة المدنية | شرطة رام الله* | عريف + ٢ | أ/ ٠ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |
| ٣ | الشرطة المدنية | شرطة رام الله* | عريف + ٢ | أ/ ٠ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |
| ٤ | الشرطة المدنية | شرطة رام الله* | عريف + ٢ | أ/ ٠ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |
| ٥ | الشرطة المدنية | شرطة رام الله* | عريف + ٢ | أ/ ٠ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |
| ٦ | الشرطة المدنية | شرطة رام الله* | عريف + ٢ | أ/ ٠ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |
| ٧ | الشرطة المدنية | شرطة رام الله* | عريف + ٢ | أ/ ٠ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |
| ٨ | الشرطة المدنية | شرطة رام الله* | عريف + ٢ | أ/ ٠ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |
| ٩ | الشرطة المدنية | شرطة رام الله* | عريف + ٢ | أ/ ٠ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |
| ١٠ | الشرطة المدنية | شرطة رام الله* | عريف + ٢ | أ/ ٠ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |
| ١١ | الشرطة المدنية | شرطة رام الله* | عريف + ٢ | أ/ ٠ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |
| ١٢ | الشرطة المدنية | شرطة رام الله* | عريف + ٢ | أ/ ٠ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |
| الإجمـــــــالي | | | | | | | | ١٢٤٩٩,٨٠ |

CONFIDENTIAL

02:008961

0824

السلطة الوطنية الفلسطينية

وزارة الداخلية والامن الوطني

الإدارة المالية المركزية

التاريخ : ٢٠١١/١٢/٠١

## كشف سنوي شخصي

### ٢٠٠١

الرقم المالي : ٦٦٥٣٩     الاســــم : احمد طلب مصطفى البرغوتي     رقم الهوية : ٩٩٤٤٦٦٨٦٠

| شهر | القطاع | الإدارة | الرتبة | ح . اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| ١ | الشرطة المدنية | شرطة رام الله* | عريف + ٣ | أ/ ٠ | | ١٢٢,٢٦٣ | ١٢,٨٥٦ | ١٠٥٢,٤٩ |
| ٢ | الشرطة المدنية | شرطة رام الله* | عريف + ٣ | أ/ ٠ | | ١٢٢,٢٦٣ | ١٢,٨٥٦ | ١٠٥٢,٤٩ |
| ٣ | الشرطة المدنية | شرطة رام الله* | رقيب + ٠ | أ/ ٠ | | ١٢٧,١٨٨ | ١٣,٢٧٦ | ١٠٩٥,٨٣ |
| ٤ | الشرطة المدنية | شرطة رام الله* | رقيب + ٠ | أ/ ٠ | | ١٢٤,٧٨٨ | ١٣,١٢٦ | ١٠٧٤,١٨ |
| ٥ | الشرطة المدنية | شرطة رام الله* | رقيب + ٠ | أ/ ٠ | | ١٢٤,٧٨٨ | ١٣,١٢٦ | ١٠٧٤,١٨ |
| ٦ | الشرطة المدنية | شرطة رام الله* | رقيب + ٠ | أ/ ٠ | | ١٢٤,٧٨٨ | ١٣,١٢٦ | ١٠٧٤,١٨ |
| ٧ | الشرطة المدنية | شرطة رام الله* | رقيب + ٠ | أ/ ٠ | | ١٢٤,٧٨٨ | ١٣,١٢٦ | ١٠٧٤,١٨ |
| ٨ | الشرطة المدنية | شرطة رام الله* | رقيب + ٠ | أ/ ٠ | | ١٢٤,٧٨٨ | ١٣,١٢٦ | ١٠٧٤,١٨ |
| ٩ | الشرطة المدنية | شرطة رام الله* | رقيب + ٠ | أ/ ٠ | | ١٢٤,٧٨٨ | ١٣,١٢٦ | ١٠٧٤,١٨ |
| ١٠ | الشرطة المدنية | شرطة رام الله* | رقيب + ٠ | أ/ ٠ | | ١٢٤,٧٨٨ | ١٣,١٢٦ | ١٠٧٤,١٨ |
| ١١ | الشرطة المدنية | شرطة رام الله* | رقيب + ٠ | أ/ ٠ | | ١٢٤,٧٨٨ | ١٣,١٢٦ | ١٠٧٤,١٨ |
| ١٢ | الشرطة المدنية | شرطة رام الله* | رقيب + ٠ | أ/ ٠ | | ١٢٤,٧٨٨ | ١٣,١٢٦ | ١٠٧٤,١٨ |

الإجمــــــــــالي     ١٢٨٦٨,٤٣

CONFIDENTIAL

02:008962
0825



السلطة الوطنية الفلسطينية

وزارة الداخلية والامن الوطني

الإدارة المالية المركزية

التاريخ : ٢٠١١/١٢/٠١

## كشف سنوي شخصي

### ٢٠٠٢

| الرقم المالي : ٦٦٥٣٩ | الاســـم : احمد طلب مصطفى البرغوتي | رقم الهوية : ٩٩٤٤٦٦٨٦٠ |
|---|---|---|

| شهر | القطاع | الإدارة | الرتبة | ح . اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| ١ | الشرطة المدنية | شرطة رام الله* | رقيب + ١ | أ/ ٠ | | ١٢٦,٠٥ | ١٣,٢٦ | ١٠٨٥,٠٣ |
| ٢ | الشرطة المدنية | شرطة رام الله* | رقيب + ١ | أ/ | | ١٢٦,٠٥ | ١٣,٢٦ | ١٠٧٨,٩٧ |
| ٣ | الشرطة المدنية | شرطة رام الله* | رقيب + ١ | أ/ | | ١٢٦,٠٥ | ١٣,٢٦ | ١٠٧٨,٩٧ |
| ٤ | الشرطة المدنية | شرطة رام الله* | رقيب + ١ | أ/ | | ١٢٦,٠٥ | ١٣,٢٦ | ١٠٧٨,٩٧ |
| ٥ | الشرطة المدنية | شرطة رام الله* | رقيب + ١ | أ/ | | ١٢٦,٠٥ | ١٣,٢٦ | ١٠٧٨,٩٧ |
| ٦ | الشرطة المدنية | شرطة رام الله* | رقيب + ١ | أ/ | | ١٢٦,٠٥ | ١٣,٢٦ | ١٠٧٨,٩٧ |
| ٧ | الشرطة المدنية | شرطة رام الله* | رقيب + ١ | أ/ | | ١٢٦,٠٥ | ١٣,٢٦ | ١٠٧٨,٩٧ |
| ٨ | الشرطة المدنية | شرطة رام الله* | رقيب + ١ | أ/ | | ١٢٦,٠٥ | ١٣,٢٦ | ١٠٧٨,٩٧ |
| ٩ | الشرطة المدنية | شرطة رام الله* | رقيب + ١ | أ/ | | ١٢٦,٠٥ | ١٣,٢٦ | ١٠٧٨,٩٧ |
| ١٠ | الشرطة المدنية | شرطة رام الله* | رقيب + ١ | أ/ | | ١٢٦,٠٥ | ١٣,٢٦ | ١٠٧٨,٩٧ |
| ١١ | الشرطة المدنية | شرطة رام الله* | رقيب + ١ | أ/ | | ١٢٦,٠٥ | ١٣,٢٦ | ١٠٧٨,٩٧ |
| ١٢ | الشرطة المدنية | شرطة رام الله* | رقيب + ١ | أ/ | | ١٢٦,٠٥ | ١٣,٢٦ | ١٠٧٨,٩٧ |

الإجمـــــــالي                ١٢٩٥٣,٧٠

CONFIDENTIAL

02:008963

0826



دولـــة فلســـطين
الامن العام
هيئة التنظيم والادارة

2009/07/06

| تاريخ الالتحاق | 1995/12/01 | بيان التدقيق الشامل |

| الاسم: | احمد طلب مصطفى البرغوثي | م. اجتماعية: | اعزب+٠ |
| الرتبة: | مساعد | تاريخ الرتبة: | 2008/01/01 |
| الوحدة: | مديرية الشرطة / محافظات الشمال | رقم الذاتية: | 25378 |
| ملاحظات ١: | | تاريخ الميلاد: | 1976/03/15 |
| رقم الهوية: | 994466860  الام: | الرقم العسكري: | 141071477 |
| رقم امر الاخذ: | 11577/1  تاريخ امر الاخذ: | 1995/11/26  مؤرز الى: | |

**الترقيـــات**

| من جندي | 1995/12/01 الى عريف | 1998/01/01 بالامر 249/3 | 1998/01/14 |
| من عريف | 1998/01/01 الى رقيب | 2001/01/01 بالامر 1914/3 | 2001/02/21 |
| من رقيب | 2001/01/01 الى رقيب اول | 2004/01/01 بالامر 4861/3 | 2004/07/01 |
| من رقيب اول | 2004/01/01 الى مساعد | 2008/01/01 بالامر 15999/3 | 2008/11/13  تعليمات الاخ الرئيس |

ترقين القيد

النقـــل

انهاء خدمات

الصـــرف

**متفرقات صف ضباط**

| بالامر | 4780/14 | 2002/05/26 | بسبب | بتاريخ ١٥/٤/٢٠٠٢ تم اقال المذكور تصرف رواتب المذكور ولحين البت بوضعه |
| بالامر | 3447/14 | 2006/03/14 | بسبب | تثبيت رقيب اول ١/١/٢٠٠٤ |

متفرقات ضباط

عقوبـــات

شبكة امنية

بحث امني

salem                                         l

CONFIDENTIAL

02:008964
0827

| | | | |
|---|---|---|---|
| **Palestinian National Authority**<br>**Ministry of Detainees Affairs** |  | السلطة الوطنية الفلسطينية<br>وزارة شؤون الأسرى والمحررين | |

## ملف أسير / محرر

### البيانات الشخصية

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 19/05/2004 | تاريخ | ذكر | الجنس | 994466860 | رقم الهوية | 446455 | رقم الملف |
| | تلفون | | البرغوثي | مصطفى | طلب | احمد | الاسم |
| 1 | عدد الابناء | رام الله ٣٦٠٧٩ رام الله | العنوان | 0 | عدد الزوجات | رام الله | العنوان<br>24 مركز صرف |
| | | | | | | متزوج | حالة زواجية |

### البيانات المالية

| | | | | | |
|---|---|---|---|---|---|
| | العنوان | الصلة | | احمد طلب مصطفى البرغوثي | اسم |
| | العنوان | الصلة | الهوية 994466860 | | اسم الوكيل |
| 36079 | رقم الحساب | الهوية 0 | | الاسكان للتجارة والتمويل 4 | البنك |
| 01/12/2004 | نهاية | الفرع رام الله | بداية الاعتماد 01/07/2002 | المتأخرات 0 | المخصص 0 |

### بيانات الأسر

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 سنة | 0 شهر | 0 الحكم يوم | إداري | الحالة الاعتقالية | 11/04/2002 | تاريخ الأسر |
| 0 | تاريخ تحرر فعلي | 0 | تاريخ تحرر | عسكرى 2 | العمل |
| 20040450 | رقم كشف | غيرمحدد 1 | السجن | فتح 1 | التنظيم |

### المصروفات

| السنة | الشهر | المخصص | المتأخرات | المرجع | اسم المستفيد | رقم الهوية | البنك | الفرع | رقم الحساب |
|---|---|---|---|---|---|---|---|---|---|
| 2004 | 3 | 1000 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2004 | 2 | 1000 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2004 | 1 | 1000 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 12 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 11 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 10 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 9 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 8 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 7 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 6 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 5 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 4 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 3 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 2 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 1 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2002 | 12 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2002 | 11 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2002 | 10 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2002 | 8 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2002 | 7 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| | | **18300** | **0** | **0** | | | | | |

CONFIDENTIAL

02008965
0828

| Palestinian National Authority<br>Ministry of Detainees Affairs |  | السلطة الوطنية الفلسطينية<br>وزارة شؤون الأسرى والمحررين |
|---|---|---|

## ملف أسير / محرر

### البيانات الشخصية

| | | | | | | |
|---|---|---|---|---|---|---|
| 19/05/2004 | تاريخ | ذكر | الجنس | 994466860 | رقم الهوية | **446455** رقم الملف |
| تلفون | | البرغوثي | مصطفى | طلب | احمد | الاسم |
| | | رام الله ٣٦٠٧٩ رام الله | العنوان | | رام الله | 24 مركز صرف |
| 1 عدد الابناء | | 0 عدد الزوجات | | | متزوج | حالة زواجية |

### البيانات المالية

| | | | | |
|---|---|---|---|---|
| العنوان | الصلة | الهوية 994466860 | | احمد طلب مصطفى البرغوثي اسم |
| العنوان | الصلة | الهوية 0 | | اسم الوكيل |
| 36079 رقم الحساب | | الفرع رام الله | | الاسكان للتجارة والتمويل 4 البنك |
| 01/12/2004 نهاية | 01/07/2002 بداية الاعتماد | | المتأخرات 0 | 0 المخصص |

### بيانات الأسر

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 سنة | 0 شهر | 0 الحكم يوم | اداري | الحالة الاعتقالية | 11/04/2002 | تاريخ الأسر |
| 0 | | تاريخ تحرر فعلي | 0 | تاريخ تحرر | عسكري 2 | العمل |
| 20040450 | رقم كشف | غيرمحدد | 1 | السجن | فتح 1 | التنظيم |

CONFIDENTIAL

028966

26/09/2011



السلطة الوطنية الفلسطينية

الأمن العام

الإدارة المالية المركزية

قسيمة راتب شهر : 2011/08/01

| الـــرقم المالي : 63565 | إسم المستفيد : ناصر محمود احمد عويص |
|---|---|
| رقـــم الهويـــة : 900358664 | الرتبة الحالية : عقيد | تاريخ الرتبة : 2010/01/01 |
| الحالة الإجتماعية : اعزب | عـــدد الأبناء : 0 | تاريخ الأخذ : 1986/01/19 |

البنك الرئيسي : فلسطين

(473705)

| الفرع : بنك فلسطين المحدود / نابلس | الإدارة : الأمن الوطني – الضفة |
|---|---|
| رقم الحساب : 180150 | القاطع : القاطع الاول/ الضفة |

| الإستقطاعات من الراتب | | إجمالي الراتب | |
|---|---|---|---|
| تقاعـــــد: | 720.12 | راتب أسـاسي: | 3320.00 |
| ضمان صحـي: | 113.22 | علاوة دوريـــة: | 1209.12 |
| ض.ص. زوجة: | 0.00 | غلاء معيشـــة : | 407.62 |
| ض. ص. أولاد: | 0.00 | علاوة طبيعة عمل : | 2264.56 |
| ضمان صحى والدين: | 41.55 | علاوة فيـــادة : | 650.00 |
| جــــزاء: | 0.00 | علاوة مخــاطرة: | 0.00 |
| تغـــريم : | 0.00 | علاوة اختصاص: | 0.00 |
| إبـــــراء : | 0.00 | علاوة زوجـــة: | 0.00 |
| الضريبــــة: | 290.97 | علاوة أولاد : | 0.00 |
| حصة حكومة: | 864.14 | استدراكــــات: | 0.00 |
| | | حصـة حكومة: | 864.14 |
| 1165.86 | | 7851.30 | |

| كهرباء غزة : | 0.00 |
|---|---|
| حـــقوق الغــير : | 0.00 |

الراتب من الإدارة المالية : 6685.44

الراتب من وزارة المالية : 6685.44

صفحة 1 من 1

CONFIDENTIAL

02:008967

0830



| Palestinian National Authority Ministry of Detainees Affairs | | السلطة الوطنية الفلسطينية وزارة شؤون الأسرى والمحررين |

## ملف أسير / محرر

### البيانات الشخصية

| | | | | | |
|---|---|---|---|---|---|
| 16/09/2008 | تاريخ | ذكر | الجنس | 25806985 | رقم الهوية | 446300 | رقم الملف |

| تلفون | | غانم | محمد | صادق | فراس | الاسم |
| | | القدس ٦٢٨٠٢٤ القدس | العنوان | القدس | 10 | مركز صرف |
| 4 | عدد الأبناء | 1 | عدد الزوجات | | متزوج | حالة زواجية |

### البيانات المالية

| العنوان | | الصلة | | الهوية 904892304 | | نوال حسن احمد سلمية | اسم |
| العنوان | | الصلة | | الهوية 0 | | | اسم الوكيل |
| 628024 | رقم الحساب | | | الفرع 9030 | | البنك العربي 6 | البنك |
| 01/12/2009 | نهاية | 01/07/2002 | بداية الاعتماد | 0 المتأخرات | | 1800 | المخصص |

### بيانات الأسر

| 999 سنة | 0 شهر | 0 الحكم يوم | محكوم | الحالة الاعتقالية | | 18/02/2002 | تاريخ الأسر |
| 0 | | تاريخ تحرر فعلي | 0 | تاريخ تحرر | | القدس 850 | العمل |
| 20040964 | رقم كشف | | غير محدد 1 | السجن | | فتح 1 | التنظيم |

### المصروفات

| السنة | الشهر | المخصص | المتأخرات | المرجع | اسم المستفيد | رقم الهوية | البنك | الفرع | رقم الحساب |
|---|---|---|---|---|---|---|---|---|---|
| 2009 | 1 | 1800 | 500 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2008 | 12 | 1800 | 500 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2008 | 11 | 1800 | 300 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2008 | 10 | 1800 | 300 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2008 | 9 | 1800 | 300 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2008 | 8 | 1800 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2008 | 7 | 1800 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2008 | 6 | 1800 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2008 | 5 | 1800 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2008 | 4 | 1800 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2008 | 3 | 1800 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2008 | 2 | 1800 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2008 | 1 | 1800 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2007 | 12 | 1800 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2007 | 11 | 1800 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2007 | 10 | 1800 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2007 | 9 | 1800 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2007 | 8 | 1800 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2007 | 7 | 1800 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2007 | 6 | 1800 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2007 | 5 | 1800 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2007 | 4 | 1800 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |

CONFIDENTIAL

02009968